**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Barfly Ventures, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1798379** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **35 Oakes Street SW #400** **Grand Rapids, MI 49530** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kent** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Barfly Ventures, LLC**                                    Case number (*if known*) _____
_____
Name

---

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**7225**

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

---

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **See attached list**                        Relationship _____

District _____    When _____    Case number, if known _____

---

Debtor    **Barfly Ventures, LLC**                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49      ☐ 1,000-5,000        ☐ 25,001-50,000
■ 50-99     ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199   ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ■ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **Barfly Ventures, LLC**                                    Case number (*if known*)
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  3, 2020**
MM / DD / YYYY

**X** **/s/ Mark A. Sellers, III**                                    **Mark A. Sellers, III**
Signature of authorized representative of debtor                Printed name

Title   **Founder and Chairman of the Board**

**18. Signature of attorney**

**X** **/s/ Rozanne M. Giunta**                                    Date   **June  3, 2020**
Signature of attorney for debtor                                MM / DD / YYYY

**Rozanne M. Giunta P29969**
Printed name

**Warner Norcross & Judd, LLP**
Firm name

**715 E. Main Street**
**Suite 110**
**Midland, MI 48640-5382**
Number, Street, City, State & ZIP Code

Contact phone   **989-698-3758**        Email address   **rgiunta@wnj.com**

**P29969 MI**
Bar number and State

| Debtor Name | Federal ID | District Filed | Relationship |
|---|---|---|---|
| BarFly Ventures, LLC | 8379 | Western | Affiliate |
| Barfly Management, LLC | 6274 | Western | Affiliate |
| 9 Volt, LLC dba HopCat-GR | 1129 | Western | Affiliate |
| 50 Amp Fuse, LLC dba Stella's Lounge | 3684 | Western | Affiliate |
| EL Brewpub, LLC dba Hopcat East Lansing | 5334 | Western | Affiliate |
| GRBC Holdings, LLC dba Grand Rapids Brewing Company | 2130 | Western | Affiliate |
| Luck of the Irish, LLC dba The Waldron Public House and McFadden's Restaurant & Saloon | 4255 | Western | Affiliate |
| Hopcat-Ann Arbor, LLC | 5229 | Western | Affiliate |
| Hopcat-Chicago, LLC | 7552 | Western | Affiliate |
| Hopcat-Concessions, LLC | 2597 | Western | Affiliate |
| Hopcat-Detroit, LLC | 8519 | Western | Affiliate |
| HopCat-GR Beltline, LLC | 9149 | Western | Affiliate |
| HopCat-Holland, LLC | 7132 | Western | Affiliate |
| Hopcat-Indianapolis, LLC dba HopCat-Broad Ripple | 7970 | Western | Affiliate |
| Hopcat-Kalamazoo, LLC | 8992 | Western | Affiliate |
| Hopcat-Kansas City, LLC dba HopCat-KC, LLC and Tikicat | 6242 | Western | Affiliate |
| Hopcat-Lexington, LLC | 6748 | Western | Affiliate |
| Hopcat-Lincoln, LLC | 2999 | Western | Affiliate |
| Hopcat-Louisville, LLC | 0252 | Western | Affiliate |
| Hopcat-Madison, LLC | 9108 | Western | Affiliate |
| Hopcat-Minneapolis, LLC | 8622 | Western | Affiliate |
| Hopcat-Port St. Lucie, LLC | 0616 | Western | Affiliate |
| Hopcat-Royal Oak, LLC | 1935 | Western | Affiliate |
| Hopcat-St. Louis, LLC | 6994 | Western | Affiliate |
| | | | |
| The date filed in each case are all the same date and the Judges will be determined by the Court. | | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Barfly Ventures, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Savings Bank Small Business Lending 702 N. Shore Drive Suite 300 Jeffersonville, IN 47130** | | **PPP Loan during COVID-19** | | | | **$6,602,400.00** |
| **Gordon Food Service Dept CH 10490 Palatine, IL 60055** | | | | | | **$1,728,525.53** |
| **Innovo Development Group - RO 1321 S Westnedge Ave Kalamazoo, MI 49008** | | | | | | **$79,517.22** |
| **Consumers Energy PO Box 740309 Cincinnati, OH 45274** | | | | | | **$35,400.90** |
| **Corrigan Logistics 23923 Research Drive Farmington, MI 48335** | | | | | | **$28,900.00** |
| **HNI Risk Advisors PO Box 510187 New Berlin, WI 53151** | | | | | | **$27,489.00** |
| **Plante & Moran PLLC 166 Collections Center Drive Chicago, IL 60693** | | | | | | **$19,660.00** |
| **Perkins Coie LLP PO Box 24643 Seattle, WA 98124** | | | | | | **$17,283.50** |

| Debtor | **Barfly Ventures, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rock Creek Advisors LLC 555 Fifth Avenue, 14th Floor New York, NY 10017 | | | | | | $15,000.00 |
| Envoy Facilities Maintenance 8014 Cumming Hwy, Ste 403-306 Canton, GA 30115 | | | | | | $15,000.00 |
| Happy PR 1059 Wealthy St SE #202 Grand Rapids, MI 49506 | | | | | | $14,000.00 |
| Paytronix Systems Inc 80 Bridge St Newton, MA 02458 | | | | | | $13,327.15 |
| iHeartMedia 3964 Collection Center Drive Chicago, IL 60693-0039 | | | | | | $12,037.40 |
| NuArx Inc P.O. Box 771994 Detroit, MI 48277-1994 | | | | | | $10,947.14 |
| QSR Automations Inc 2301 Stanley Gault Parkway Louisville, KY 40223 | | | | | | $8,480.57 |
| HotSchedules.com, Inc. P.O. Box 848472 Dallas, TX 75284-8472 | | | | | | $8,046.40 |
| Hyatt Place Royal Oak 422 N Main St Royal Oak, MI 48067 | | | | | | $7,819.80 |
| Schiff Hardin LLP 233 South Wacker Drive Suite 7100 Chicago, IL 60606 | | | | | | $7,125.00 |
| HR Collaborative LLC 678 Front Ave NW Ste 265 Grand Rapids, MI 49504 | | | | | | $6,366.68 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Barfly Ventures, LLC**
          Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wisely Inc.**<br>**205 E. Washington Street**<br>**Suite 2A**<br>**Ann Arbor, MI 48104** | | | | | | **$5,880.06** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Michigan

In re   **Barfly Ventures, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Abel Balderas**<br>**1133 Fremont Ave. NW**<br>**Grand Rapids, MI 49504** | **Incentive Units** | **.069%** | **Membership Interest** |
| **Arena Group, LLC**<br>**85 Las Quebradas Lane**<br>**Alamo, CA 94507** | **Common Units** | **.584%** | **Membership Interest** |
| **Banker Capital, LLC**<br>**6508 Crane Road**<br>**Ypsilanti, MI 48197** | **Common Units** | **.825%** | **Membership Interest** |
| **Barfly Management LLC**<br>**1040 Oakleigh Ave. NW**<br>**Grand Rapids, MI 49504** | **Common Units** | **27.816%** | **Membership Interest** |
| **BJP Brew Investments 2, LLC**<br>**5273 140th Ave. NE**<br>**Bellevue, WA 98005** | **Common Units** | **2.247%** | **Membership Interest** |
| **BJP Brew Investments 2, LLC**<br>**5273 140th Ave. NE**<br>**Bellevue, WA 98005** | **Incentive Units** | **.484%** | **Membership Interest** |
| **BJP Brew Investments, LLC**<br>**5273 140th Ave. NE**<br>**Bellevue, WA 98005** | **Common Units** | **1.358%** | **Membership Interest** |
| **Borgetto Investments, LLC**<br>**100 Monroe Center NW**<br>**Grand Rapids, MI 49503** | **Common Units** | **1.941%** | **Membership Interest** |
| **Brian and Danielle Brennan**<br>**5950 Egypt Valley Ave. NE**<br>**Rockford, MI 49341** | **Incentive Units** | **.517%** | **Membership Interest** |
| **CDL Investments, LLC**<br>**5470 Kenowa Ave. SW**<br>**Wyoming, MI 49418** | **Common Units** | **1.239%** | **Membership Interest** |
| **Christopher Knape**<br>**2530 Maplewood Dr. SE**<br>**Grand Rapids, MI 49506** | **Incentive Units** | **.517%** | **Membership Interest** |

Sheet 1 of 5 in List of Equity Security Holders

In re:  **Barfly Ventures, LLC** _____ Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Congruent Credit Opportunities**<br>**Matt Killebrew**<br>**3400 Carlisle Street**<br>**Suite 400**<br>**Dallas, TX 75204** | **Units** | **7.254%** | **Membership Interest** |
| **Duran Family Trust**<br>**257 Garnet Avenue**<br>**San Carlos, CA 94070** | **Common Units** | **.859%** | **Membership Interest** |
| **E3 Enterprises, LLC**<br>**6254 Northwood Road**<br>**Dallas, TX 75225** | **Common Units** | **1.652%** | **Membership Interest** |
| **Ellen Winterburn**<br>**7795 Wedgemont Ct. SE**<br>**Alto, MI 49302** | **Incentive Units** | **.228%** | **Membership Interest** |
| **Erin Lind**<br>**110 N. Birchwood**<br>**Louisville, KY 40206** | **Incentive Units** | **.048%** | **Membership Interest** |
| **Frank Nesti**<br>**609 Chapin Ave.**<br>**Birmingham, MI 48009** | **Common Units** | **.448%** | **Membership Interest** |
| **Frank Nesti**<br>**609 Chapin Avenue**<br>**Birmingham, MI 48009** | **Incentive Units** | **.238%** | **Membership Interest** |
| **Garry Boyd**<br>**1855 Colfax Avenue**<br>**Grand Haven, MI 49417** | **Incentive Units** | **1.756%** | **Membership Interest** |
| **Genevieve Gudebski Trust**<br>**1561 Rancho View Road**<br>**Lafayette, CA 94549** | **Common Units** | **.414%** | **Membership Interest** |
| **HCBF, LLC**<br>**117 Center Street**<br>**East Lansing, MI 48823** | **Common Units** | **1.580%** | **Membership Interest** |
| **HMS Equity holdings**<br>**Matt Killebrew**<br>**3400 Carlisle Street**<br>**Suite 400**<br>**Dallas, TX 75204** | **Options/Warrants** | **3.135%** | **Membership Interest** |

In re:  **Barfly Ventures, LLC**                                                    Case No. _____

_____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jacob and Annie Kibler**<br>**7708 Canary Lane**<br>**Jenison, MI 49428** | **Incentive Units** | **.069%** | **Membership Interest** |
| **James Snelson**<br>**104 South G Street**<br>**Midland, TX 79701** | **Common Units** | **1.032%** | **Membership Interest** |
| **Jay Gudebski Trust**<br>**1561 Rancho View Road**<br>**Lafayette, CA 94549** | **Common Units** | **3.108%** | **Membership Interest** |
| **Jay Gudebski Trust**<br>**1561 Rancho View Road**<br>**Lafayette, CA 94549** | **Common Units** | **2.072%** | **Membership Interest** |
| **Jeffrey Sorum**<br>**18329 Frontier Place**<br>**Eden Prairie, MN 55347** | **Incentive Units** | **1.160%** | **Membership Interest** |
| **Jill and George Golder**<br>**900 20th Avenue South**<br>**Unit 815**<br>**Nashville, TN 37212** | **Common Units** | **.46%** | **Membership Interest** |
| **Joe Mansueto**<br>**400 North Michigan Ave.**<br>**Suite 350**<br>**Chicago, IL 60611** | **Common Units** | **17.186%** | **Membership Interest** |
| **John Fulkerson**<br>**7314 Lane Park Drive**<br>**Dallas, TX 75225** | **Common Units** | **1.772%** | **Membership Interest** |
| **Joseph and Michelle Verbrugge**<br>**Family Trust UAD June 21, 2010**<br>**1720 Flowers Crossing Dr. NE**<br>**Grand Rapids, MI 49525** | **Common Units** | **1.719%** | **Membership Interest** |
| **Justin Pollock**<br>**1310 Aberdeen Street**<br>**Grand Rapids, MI 49505** | **Incentive Units** | **.048%** | **Membership Interest** |
| **Kevin Kozak**<br>**2757 Copper Hill Drive**<br>**Grand Rapids, MI 49525** | **Incentive Units** | **.342%** | **Membership Interest** |

List of equity security holders consists of 5 total page(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:   **Barfly Ventures, LLC**                                    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Khaled Ibrahim**<br>**7308 N. Tipton Avenue**<br>**Kansas City, MO 64152** | **Incentive Units** | **.048%** | **Membership Interest** |
| **KM Prost, LLC**<br>**957 Leonard Street NW**<br>**Grand Rapids, MI 49504** | **Common Units** | **1.032%** | **Membership Interest** |
| **Lisa Miller**<br>**1487 Stoney Lake Drive**<br>**Holland, MI 49424** | **Incentive Units** | **.654%** | **Membership Interest** |
| **Main Street Equity Interest**<br>**1300 Post Oak Blvd.**<br>**Suite 800**<br>**Houston, TX 77056** | **Options/Warrants** | **3,369%** | **Membership Interest** |
| **Mark Gray**<br>**918 SW Jeremko Avenue**<br>**Port Saint Lucie, FL 34953** | **Incentive Units** | **1.185%** | **Membership Interest** |
| **Matthew McKissock**<br>**1010 Follett Run Road**<br>**Warren, PA 16365** | **Common Units** | **2.543%** | **Membership Interest** |
| **Mike Moore**<br>**2010 Alamanda Drive**<br>**Miami, FL 33181** | **Incentive Units** | **.114%** | **Membership Interest** |
| **N2 Ventures, LLC**<br>**2845 Wilson Ave.**<br>**Grandville, MI 49418** | **Common Units** | **1.653%** | **Membership Interest** |
| **Phil Crawford**<br>**679 Mountain Avenue**<br>**Berkeley Heights, NJ 07922** | **Incentive Units** | **.049%** | **Membership Interest** |
| **Richard and Bernadette Cooley**<br>**4427 Harvey Avenue**<br>**Western Springs, IL 60558** | **Common Units** | **.344%** | **Membership Interest** |
| **Richard Smith**<br>**26 Gibralter Dr. NE**<br>**Rockford, MI 49341** | **Incentive Units** | **.048%** | **Membership Interest** |
| **Roger Lipton**<br>**983 Park Avenue**<br>**New York, NY 10028** | **Incentive Units** | **.035%** | **Membership Interest** |

List of equity security holders consists of 5 total page(s)

In re:  **Barfly Ventures, LLC** _____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sarah Jones**<br>**915 Washington St. #101**<br>**Kansas City, MO 64105** | **Incentive Units** | **.048$** | **Membership Interest** |
| **Shawn and Alexandria Blonk**<br>**1063 Ardmore SE**<br>**Grand Rapids, MI 49507** | **Incentive Units** | **.069%** | **Membership Interest** |
| **Steve and Allison Cestari**<br>**3182 Baypoint Drive**<br>**Rochester, MI 48309** | **Incentive Units** | **.455%** | **Membership Interest** |
| **Thinc Barfly, LLC**<br>**9500 Downes St. NE**<br>**Lowell, MI 49331** | **Common Units** | **.413%** | **Membership Interest** |
| **Todd Kronebusch**<br>**1537 Providence Cove Court**<br>**Byron Center, MI 49315** | **Incentive Units** | **2.320%** | **Membership Interest** |
| **William Holmes**<br>**P.O. Box 3728**<br>**Midland, TX 79702** | **Common Units** | **1.166%** | **Membership Interest** |
| **William Vosseler**<br>**4246 Marber Avenue**<br>**Lakewood, CA 90713** | **Incentive Units** | **.206%** | **Membership Interest** |
| **Wooten Family Trust**<br>**1637 Santa Rosa Avenue**<br>**Santa Barbara, CA 93109** | **Common Units** | **.069%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Founder and Chairman of the Board** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June  3, 2020** _____    Signature **/s/ Mark A. Sellers, III** _____
                                                              **Mark A. Sellers, III**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of Michigan

In re  **Barfly Ventures, LLC** _____

Debtor(s)

Case No. _____

Chapter  **11** _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mark A. Sellers, III**, declare under penalty of perjury that I am the **Founder and Chairman of the Board** of **Barfly Ventures, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said Limited Liability Company (the "Company") at a special meeting duly called and held on the 3rd day of June, 2020.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark A. Sellers, III, Founder and Chairman of the Board** of this Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Mark A. Sellers, III, Founder and Chairman of the Board** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark A. Sellers, III, Founder and Chairman of the Board** of this Company is authorized and directed to employ **Rozanne M. Giunta P29969**, attorney and the law firm of **Warner Norcross & Judd, LLP** to represent the Company in such bankruptcy case."

Date  June 3, 2020 _____

Signed  **/s/ Mark A. Sellers, III** _____

**Mark A. Sellers, III**

### BARFLY VENTURES, LLC AND ITS AFFILIATES
### RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY

A meeting of the Board of Directors of BARFLY VENTURES, LLC, a Michigan limited liability company (the "**Company**"), was held on May 29, 2020.

The Company is the sole member and manager of the following entities:  9 Volt, LLC (d/b/a HopCat), 50 Amp Fuse, LLC (d/b/a Stella's Lounge), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company), E L Brewpub, LLC (d/b/a HopCat East Lansing), HopCat-Ann Arbor, LLC, HopCat-Chicago, LLC, HopCat-Concessions, LLC, HopCat-Detroit, LLC, HopCat-GR Beltline, LLC, HopCat-Holland, LLC, HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple), HopCat-Kalamazoo, LLC, HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and Tikicat), HopCat-Lexington, LLC, HopCat-Lincoln, LLC, HopCat-Louisville, LLC, HopCat-Madison, LLC, HopCat-Minneapolis, LLC, HopCat-Port St. Lucie, LLC, HopCat-Royal Oak, LLC, HopCat-St. Louis, LLC, Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant & Saloon) (collectively, the ("**Affiliates**").

All of the directors of the Company were present and proper notice of the meeting was provided or waived.

Upon motion duly made, seconded and carried, the following resolutions were adopted by at least a majority of the members of the Board of Directors:

IT IS RESOLVED that, in light of the current circumstances of the Company and its Affiliates, it is in the best interests of the Company, its Affiliates, and their creditors for the Company and its Affiliates to file voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. Sections 101 et seq. ("**Chapter 11**") in the United States Bankruptcy Court for the Western District of Michigan;

IT IS FURTHER RESOLVED that the Company, its Affiliates, and their officers are authorized and directed to take any and all steps necessary to effect the foregoing, including but not limited to executing petitions for relief under Chapter 11 and any related documents, including but not limited to the schedules and statements of financial affairs, applications and petitions for Court approval and other relief, a plan or plans of reorganization, a plan or plans for disposition of the Company's and its Affiliates' assets, and pleadings in adversary proceedings;

IT IS FURTHER RESOLVED that Mark A. Sellers, III and/or any other officer of the Company are authorized and directed to appear on behalf of the Company and its Affiliates in all bankruptcy proceedings and to otherwise do and perform all acts and deeds necessary and to execute and deliver all necessary documents on behalf of the Company and its Affiliates in connection with such bankruptcy cases; and

IT IS FURTHER RESOLVED that the Company and its Affiliates are authorized and directed to employ during the Chapter 11 proceedings: the law firms of Warner Norcross + Judd LLP and Pachulski Stang Ziehl & Jones LLP as legal counsel and Rock Creek Advisors LLC to provide financial advisory services and Mastodon Ventures, Inc. to provide investment banking services.

The undersigned certify that they are the respective acting Secretary and Board Chairman of the Company and that the foregoing is a true record of resolutions duly adopted at a meeting of the directors and that said meeting was held in accordance with State law and the operating agreement of the Company.  The above resolutions are now in full force and effect without modification or rescission.


/s/ Amy Unseld_____          /s/ Mark A. Sellers, III_____
By: Amy Unseld                                By: Mark A. Sellers, III
Its: Acting Secretary                         Its: Board Chairman

# United States Bankruptcy Court
## Western District of Michigan

In re    **Barfly Ventures, LLC**                                          Case No.

Debtor(s)                          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Founder and Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June  3, 2020**                              **/s/ Mark A. Sellers, III**

**Mark A. Sellers, III**/Founder and Chairman of the Board
Signer/Title

```
UNITED STATES ATTORNEY'S OFFIC
WESTERN DISTRICT OF MICHIGAN
BANKRUPTCY SECTION
P.O. BOX 208
GRAND RAPIDS MI 49501-0208


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


MICHIGAN DEPARTMENT OF TREASURY
BANKRUPTCY UNIT
P.O. BOX 30168
LANSING MI 48909


MICHIGAN UNEMPLOYMENT INS. AGE
PROOF OF CLAIM UNIT
3024 WEST GRAND BLVD.
SUITE 11-500
DETROIT MI 48202


ABEL BALDERAS
1133 FREMONT AVE. NW
GRAND RAPIDS MI 49504


ACE LAWN CARE & SNOW REMOVAL
P.O. BOX 75
CLAWSON MI 48017-0075


ADAPTIVE INSIGHTS
DEPT. LA 23246
PASADENA CA 91185-3246


ADMIRAL INSURANCE COMPANY
311 S. WACKER DR. #3225
CHICAGO IL 60606


ADP LLC
P.O. BOX 842875
BOSTON MA 02284-2875


AIRGAS USA LLC
P.O. BOX 734445
CHICAGO IL 60673-4445
```

ALLEGRA
3983 LINDEN AVE SE
GRAND RAPIDS MI 49548


ANDREW WOODRUFF
2731 COLTON AVE SE
GRAND RAPIDS MI 49506


ARENA GROUP, LLC
85 LAS QUEBRADAS LANE
ALAMO CA 94507


AVIDXCHANGE INC
75 REMITTANCE DR, STE 6666
CHICAGO IL 60675


AXA XL
190 S. LASALLE ST. #950
CHICAGO IL 60603


BANKER CAPITAL, LLC
6508 CRANE ROAD
YPSILANTI MI 48197


BARFLY MANAGEMENT LLC
1040 OAKLEIGH AVE. NW
GRAND RAPIDS MI 49504


BECKER & POLIAKOFF, P.A.
1 EAST BROWARD ROAD
SUITE 1800
FORT LAUDERDALE FL 33301


BJP BREW INVESTMENTS 2, LLC
5273 140TH AVE. NE
BELLEVUE WA 98005


BJP BREW INVESTMENTS, LLC
5273 140TH AVE. NE
BELLEVUE WA 98005


BLACKHAWK
6220 STONERIDGE MALL ROAD
PLEASANTON CA 94588

BORGETTO INVESTMENTS, LLC
100 MONROE CENTER NW
GRAND RAPIDS MI 49503


BOSE MCKINNEY & EVANS LLP
111 MONUMENT CIRCLE, STE 2700
INDIANAPOLIS IN 46204


BRIAN AND DANIELLE BRENNAN
5950 EGYPT VALLEY AVE. NE
ROCKFORD MI 49341


BRIGHT HOUSE NETWORKS
P.O. BOX 30262
TAMPA FL 33630-3262


CDL INVESTMENTS, LLC
5470 KENOWA AVE. SW
WYOMING MI 49418


CENTURY LINK COMMUNICATIONS
BUSINESS SERVICES
P.O. BOX 52187
PHOENIX AZ 85072-2187


CHRISTOPHER KNAPE
2530 MAPLEWOOD DR. SE
GRAND RAPIDS MI 49506


CIP ADMINISTRATIVE LLC
3400 CARLISLE STREET, STE 430
DALLAS TX 75204


CITY OF ANN ARBOR
P.O. BOX 77000
DEPT. #77610
DETROIT MI 48277


CITY OF EAST LANSING
ATTN: TREASURY
410 ABBOT ROAD
EAST LANSING MI 48823

CITY OF GRAND RAPIDS
WATER & SEWER
300 MONROE AVE. NW
ROOM 220
49503


CITY OF GRAND RAPIDS TREASURER
300 MONROE AVE. NW
GRAND RAPIDS MI 49503


CITY OF GRAND RAPIDS TREASURER
300 MONROE AVE. NW
ROOM 220
GRAND RAPIDS MI 49503-2296


CITY OF ROYAL OAK
P.O. BOX 64
ROYAL OAK MI 48068-0064


CLEVLAND MENU PRINTING, INC.
1441 E. 17TH STREET
CLEVELAND OH 44114


CLUB LINCOLN
401 WESTPORT ROAD
KANSAS CITY MO 64131


COMED
P.O. BOX 6111
CAROL STREAM IL 60197-6111


COMPEAT, INC.
DEPT. 0397
P.O. BOX 120397
DALLAS TX 75312-0397


CONGRUENT CREDIT OPPORTUNITIES
MATT KILLEBREW
3400 CARLISLE STREET
SUITE 400
DALLAS TX 75204

CONGRUENT INVESTMENT PARTNERS
CIP ADMINISTRATIVE, LLC
ATTN: MATT KILLEBREW
3400 CARLISLE STREET, STE. 430
DALLAS TX 75204


CONSUMERS ENERGY
PO BOX 740309
CINCINNATI OH 45274


CORRIGAN LOGISTICS
23923 RESEARCH DRIVE
FARMINGTON MI 48335


CRAIG BUSH FAMILY
LIMITED PARTNERSHIP
438 SOUTH MAIN STREET
SUITE 202
ROCHESTER MI 48307


CRAIG WISH FAMILY LIMITED
PARTNERSHIP, C/O HOLLY JACKSON
KUIPER KRAEMER
180 MONROE AVE. NW, #400
GRAND RAPIDS MI 49503


CULLIGAN OF GREATER KANSAS
P.O. BOX 843142
KANSAS CITY MO 64184-3142


CUSANO BAKING COMPANY
5480 WEST HILLSBORO BLV.
COCONUT CREEK FL 33073


DARREN M. MALEK
VERITAS LAW GROUP
107 W. MICHIGAN AVENUE
FLOOR 5
KALAMAZOO MI 49007-3959


DETROIT HEALTH DEPARTMENT
3245 E. JEFFERSON
SUITE 100
DETROIT MI 48207

DOORDASH
901 MARKET STREET
6TH FLOOR
SAN FRANCISCO CA 94103


DRISCON LLC
182 N. STATE STREET
SPARTA MI 49345


DURAN FAMILY TRUST
257 GARNET AVENUE
SAN CARLOS CA 94070


E3 ENTERPRISES, LLC
6254 NORTHWOOD ROAD
DALLAS TX 75225


ECOLAB PEST ELIM DIV
26252 NETWORK PLACE
CHICAGO IL 60673


EFILECABINET
3300 N. ASHTON BLVD.
SUITE 400
LEHI UT 84043


EGENCIA
500 W. MADISON
SUITE 1000
CHICAGO IL 60661


ELLEN WINTERBURN
7795 WEDGEMONT CT. SE
ALTO MI 49302


ENGINEERED PROTECTION SYSTEMS
750 FRONT AVE NW STE 300
GRAND RAPIDS MI 49504


ENVOY FACILITIES MAINTENANCE
8014 CUMMING HWY, STE 403-306
CANTON GA 30115

ERIN LIND
110 N. BIRCHWOOD
LOUISVILLE KY 40206


EXCEL PEST CONTROL
2246 GRAINGER PARKWAY
LINCOLN NE 68512


FAYETTE URBAN COUNTY GOVERNMEN
P.O. BOX 34090
LEXINGTON KY 40588-4090


FIRST SAVINGS BANK
SMALL BUSINESS LENDING
702 N. SHORE DRIVE
SUITE 300
JEFFERSONVILLE IN 47130


FISH WINDOW CLEANING
P.O. BOX 111
OSHTEMO MI 49077


FISH WINDOW CLEANING
P.O. BOX 251302
WEST BLOOMFIELD MI 48325


FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001


FRANK NESTI
609 CHAPIN AVE.
BIRMINGHAM MI 48009


GARRY BOYD
1855 COLFAX AVENUE
GRAND HAVEN MI 49417


GEMINI MEDIA LLC
549 OTTAWA AVE. NW
GRAND RAPIDS MI 49503


GENEVIEVE GUDEBSKI TRUST
1561 RANCHO VIEW ROAD
LAFAYETTE CA 94549

GORDON FOOD SERVICE
DEPT CH 10490
PALATINE IL 60055


GREAT AMERICA FINANCIAL
SERVICES
PO BOX 660831
DALLAS TX 75266


GREATAMERICA PRINTER
P.O. BOX 660831
DALLAS TX 75266-0831


GREEN FOR LIFE
6200 ELMRIDGE
STERLING HEIGHTS MI 48313


HAPPY PR
1059 WEALTHY ST SE #202
GRAND RAPIDS MI 49506


HCBF, LLC
117 CENTER STREET
EAST LANSING MI 48823


HMS EQUITY HOLDINGS
MATT KILLEBREW
3400 CARLISLE STREET
SUITE 400
DALLAS TX 75204


HNI RISK ADVISORS
PO BOX 510187
NEW BERLIN WI 53151


HOEKSTRA ELECTRICAL SERVICES
80 W. 64TH STREET
HOLLAND MI 49423


HOTSCHEDULES.COM, INC.
P.O. BOX 848472
DALLAS TX 75284-8472

HR COLLABORATIVE LLC
678 FRONT AVE NW STE 265
GRAND RAPIDS MI 49504


HYATT PLACE ROYAL OAK
422 N MAIN ST
ROYAL OAK MI 48067


ID WATCHDOG INC
PO BOX 71221
CHARLOTTE NC 28272


IHEARTMEDIA
3964 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0039


INDEED INC
MAIL CODE 5160
PO BOX 660367
DALLAS TX 75266-0367


INFORMATION PROFESSIONALS INC
DEPT 888
PO BOX 299
EMERSON NJ 07630


INFORMATION PROFESSIONALS INC.
DEPARTMENT 888
P.O. BOX 299
EMERSON NJ 07630


INNOVO DEVELOPMENT GROUP - RO
1321 S WESTNEDGE AVE
KALAMAZOO MI 49008


INSITE BUSINESS SOLUTIONS
PO BOX 8494
HOLLAND MI 49422


JACOB AND ANNIE KIBLER
7708 CANARY LANE
JENISON MI 49428

JAMES SNELSON
104 SOUTH G STREET
MIDLAND TX 79701


JAY GUDEBSKI TRUST
1561 RANCHO VIEW ROAD
LAFAYETTE CA 94549


JEFFREY SORUM
18329 FRONTIER PLACE
EDEN PRAIRIE MN 55347


JILL AND GEORGE GOLDER
900 20TH AVENUE SOUTH
UNIT 815
NASHVILLE TN 37212


JILL SPRUIT
2162 SHENANDOAH DR. NW
GRAND RAPIDS MI 49504


JOE MANSUETO
400 NORTH MICHIGAN AVE.
SUITE 350
CHICAGO IL 60611


JOHN FULKERSON
7314 LANE PARK DRIVE
DALLAS TX 75225


JOSEPH AND MICHELLE VERBRUGGE
FAMILY TRUST UAD JUNE 21, 2010
1720 FLOWERS CROSSING DR. NE
GRAND RAPIDS MI 49525


JUSTIN POLLOCK
1310 ABERDEEN STREET
GRAND RAPIDS MI 49505


K - DATA SYSTEMS LLC
678 FRONT AVE. NW
SUITE 3
GRAND RAPIDS MI 49504

KAAT'S WATER CONDITIONING, INC
3470 THREE MILE ROAD NW
GRAND RAPIDS MI 49534-1228


KALAMAZOO COUNTY HEALTH AND
COMMUNITY, ENVIRONMENTAL HEALT
3299 GULL ROAD
P.O. BOX 42
NAZARETH MI 49074


KEVIN KOZAK
2757 COPPER HILL DRIVE
GRAND RAPIDS MI 49525


KHALED IBRAHIM
7308 N. TIPTON AVENUE
KANSAS CITY MO 64152


KM PROST, LLC
957 LEONARD STREET NW
GRAND RAPIDS MI 49504


LASEP, LLC
C/O LEARFIELD COMMUNICATIONS
P.O. BOX 843038
KANSAS CITY MO 64184-3038


LEARFIELD COMMUNICATIONS, LLC
C/O LEARFIELD IMG COLLEGE
P.O. BOX 843038
KANSAS CITY MO 64184-3038


LG&E
P.O. BOX 9001960
LOUISVILLE KY 40290-1960


LISA MILLER
1487 STONEY LAKE DRIVE
HOLLAND MI 49424


LOBB & HURST, PLLC
4898 BROWNSBORO ROAD
SUITE 300
LOUISVILLE KY 40207-2427

```
LOUISVILLE WATER COMPANY
550 SOUTH THIRD STREET
LOUISVILLE KY 40202-1839


MADISON GAS AND ELECTRIC
P.O. BOX 1231
MADISON WI 53701-1231


MAIN STREET EQUITY INTEREST
1300 POST OAK BLVD.
SUITE 800
HOUSTON TX 77056


MARK GRAY
918 SW JEREMKO AVENUE
PORT SAINT LUCIE FL 34953


MATTHEW MCKISSOCK
1010 FOLLETT RUN ROAD
WARREN PA 16365


MERCANTILE BANK
310 LEONARD STREET NW
GRAND RAPIDS MI 49504


MI HOP ALLIANCE
51960 W. 12 MILE ROAD
WIXOM MI 48393


MIKE MOORE
2010 ALAMANDA DRIVE
MIAMI FL 33181


MILLS TRANSFER
656 ROSE STREET
LINCOLN NE 68508


MISSOURI DIRCTOR OF REVENUE
MISSOURI DIVISION OF ALCOHOL
OF TABACOO
P.O. BOX 456
JEFFERSON CITY MO 65102
```

MITCHELLE JUMP
5349 STONEY BROOK
KALAMAZOO MI 49009


MLIVE MEDIA GROUP
DEPT. 77571
P.O. BOX 77000
DETROIT MI 48277-0571


MNY LOCKSMITH, LLC
671 E. LONG ROAD
BLOOMFIELD HILLS MI 48304


MR. HANDY MAN OF LOUISVILLE
12200 SHELBYVILLE ROAD
SUITE 205
LOUISVILLE KY 40243


MUTUAL OF OMAHA
POLICYHOLDER SERVICES
P.O. BOX 2147
OMAHA NE 68103-2147


N2 VENTURES, LLC
2845 WILSON AVE.
GRANDVILLE MI 49418


NETWOLVES NETWORK SERVICES
P.O. BOX 826923
PHILADELPHIA PA 19182


NICK'S GYRO'S LLC
2727 W. MICHIGAN AVE.
KALAMAZOO MI 49006


NIR
6921 WEST REMINGTON DRIVE
LINCOLN NE 68532


NORTHSTAR CAPITAL PARTNERS LLC
ATTN: RUSSELL C. YOUNGDAHL, JR
110 S. JACKSON ST., STE. 206
JACKSON MI 49201

NUARX INC
P.O. BOX 771994
DETROIT MI 48277-1994


OAKLAND COUNTY CIRCUIT COURT
1200 N. TELEGRAPH ROAD
DEPARTMENT 404
PONTIAC MI 48341-0404


ORACLE SCREENING SERVICES INC
68 WEISKOPF AVE. SUITE 15
MCKINNEY TX 75070


ORGANIX RECYCLING
19065 HICKORY CREEK DRIVE
SUITE #240
MOKENA IL 60448-8596


OTIS ELEVATOR COMPANY
P.O. BOX 73579
CHICAGO IL 60607-3757


OTTAWA COUNTY HEALTH DEPT.
12251 JAMES STREET
SUITE 200
HOLLAND MI 49424


PATTY MATTERS
3439 SENORA AVENUE SE
GRAND RAPIDS MI 49508


PAYTRONIX SYSTEMS INC
80 BRIDGE ST
NEWTON MA 02458


PELLITTERI WASTE SYSTEMS
P.O. BOX 259426
7035 RAYWOOD ROAD
MADISON WI 53725


PERKINS COIE LLP
PO BOX 24643
SEATTLE WA 98124

PERRIGO PRINTING
125 OTTAWA AVE. NW
LEDYARD BILDING
GRAND RAPIDS MI 49503


PHIL CRAWFORD
679 MOUNTAIN AVENUE
BERKELEY HEIGHTS NJ 07922


PITNEY BOWES GLOBAL
FINANCIAL SERVICES
P.O. BOX 371887
PITTSBURGH PA 15250-7887


PIZZA PARLIAMENT LLC
199 DEER RUN DRIVE NE
ADA MI 49301


PLANTE & MORAN PLLC
166 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


PLAZA STORAGE, LLC
DEPT. 9536
P.O. BOX 30516
LANSING MI 48909-8016


PROFESSIONAL MAINTENANCE
OF MICHIGAN, INC.
1640 ELIZABETH NW
GRAND RAPIDS MI 49504


PROJECT 35 LLC
C/O ROCKFORD CONSTRUCTION
61 FIRST STREET NW
GRAND RAPIDS MI 49504


PURCHASE POWER
P.O. BOX 371874
PITTSBURGH PA 15250-7874


QSR AUTOMATIONS INC
2301 STANLEY GAULT PARKWAY
LOUISVILLE KY 40223

R.E. GOLDEN PRODUCE CO.
1337 GILSON STREET
MADISON WI 53715


REPUBLIC
1633 HIGHWOOD WEST
PONTIAC MI 48340-1244


RICHARD AND BERNADETTE COOLEY
4427 HARVEY AVENUE
WESTERN SPRINGS IL 60558


RICHARD SMITH
26 GIBRALTER DR. NE
ROCKFORD MI 49341


RLM SERVICES, LLC
510 CHESHIRE DRIVE NE
GRAND RAPIDS MI 49505


ROCK CREEK ADVISORS LLC
555 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10017


ROGER LIPTON
983 PARK AVENUE
NEW YORK NY 10028


ROTO-ROOTER
P.O. BOX 83617
LINCOLN NE 68501-3617


ROUND IT UP AMERICA
P.O. BOX 844284
LOS ANGELES CA 90084-4284


ROWSTER COFFEE
632 WEALTHY ST SE
GRAND RAPIDS MI 49503


RUTLEDGE ECENIA, P.A.
P.O. BOX 551
TALLAHASSEE FL 32302-0551

SALADINO SMOKE LLC
758 ADA WAY AVE. SE
ADA MI 49301


SARAH JONES
915 WASHINGTON ST. #101
KANSAS CITY MO 64105


SCHIFF HARDIN LLP
233 SOUTH WACKER DRIVE
SUITE 7100
CHICAGO IL 60606


SHAWN AND ALEXANDRIA BLONK
1063 ARDMORE SE
GRAND RAPIDS MI 49507


SMART CARE EQUIPMENT SOLUTIONS
EEC ACQUISITION LLC
P.O. BOX 74008980
CHICAGO IL 60674-8980


SONITROL OF LEXINGTON, INC.
3166 CUSTER DRIVE
LEXINGTON KY 40517


SPARKLING WINDOWS CORP.
P.O. BOX 476
DIMONDALE MI 48821


STEVE AND ALLISON CESTARI
3182 BAYPOINT DRIVE
ROCHESTER MI 48309


STRATUS SOLUTIONS
P.O. BOX 211339
DENVER CO 80221


SUTER MECHANICAL INC.
P.O. BOX 22735
LEXINGTON KY 40522


TACOS EL CUNADO
1024 BRIDGE STREET NW
GRAND RAPIDS MI 49504

```
TALENTREEF
DEPT CH 19769
PALATINE IL 60055


TBX
601 FIFTH ST. NW
SUITE 301
GRAND RAPIDS MI 49504


TELDESIGNS INC
P.O. BOX 2625
HOLLAND MI 49422


THE EDELEN COMPANY INC.
4170 SHORELINE DRIVE
EARTH CITY MO 63045


THE KNOT
11106 MOCKINGBIRD DRIVE
OMAHA NE 68137


THE LOCK UP STORAGE CENTERS
701 N. 7TH STREET
MINNEAPOLIS MN 55411


THE WALKING WIENER
1342 FISK ROAD SE
GRAND RAPIDS MI 49506


THINC BARFLY, LLC
9500 DOWNES ST. NE
LOWELL MI 49331


THINKBOX CREATIVE, LLC
601 FIFTH STREET NW
SUITE 301
GRAND RAPIDS MI 49504


TODD KRONEBUSCH
35 OAKES STREET SW
SUITE 400
GRAND RAPIDS MI 49503
```

TODD KRONEBUSCH
1537 PROVIDENCE COVE COURT
BYRON CENTER MI 49315


TRAVELERS INSURANCE
ONE TOWER SQUARE
HARTFORD CT 06183


UNITED MOBILE POWER WASH, INC.
P.O. BOX 725257
BERKLEY MI 48072


UNTAPPD
21 SOUTH FRONT STREET
WILMINGTON NC 28401


US SIGNAL
201 IONIA AVE SW
GRAND RAPIDS MI 49503


VERITIV
P.O. BOX 64452
PITTSBURGH PA 15264


VERIZON WIRELESS
P.O. BOX 660108
DALLAS TX 75266-0108


VICINITY ENERGY GRAND RAPIDS
LOCK BOX 24535
24535 NETWORK PLACE
CHICAGO IL 60673-1245


VOS GLASS, INC.
902 SCRIBNER NW
GRAND RAPIDS MI 49504


VOXX LIGHTING
P.O. BOX 22159
LINCOLN NE 68542-2159


VSP INSURANCE CO.
P.O. BOX 742788
LOS ANGELES CA 90074-2788

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE KY 40290-1054


WASTE PRO
P.O. BOX 865185
ORLANDO FL 32886-5185


WEST MICHIGAN DOCUMENT
SHREDDING LLC
PO BOX 459
HUDSONVILLE MI 49426


WESTERN WORLD
300 KIMBALL DRIVE
SUITE 500
PARSIPPANY NJ 07054


WILLIAM HOLMES
P.O. BOX 3728
MIDLAND TX 79702


WILLIAM VOSSELER
4246 MARBER AVENUE
LAKEWOOD CA 90713


WILLIAMS GROUP INC.
70 IONIA AVENUE
SUITE 200
GRAND RAPIDS MI 49503


WISELY INC.
205 E. WASHINGTON STREET
SUITE 2A
ANN ARBOR MI 48104


WOOTEN FAMILY TRUST
1637 SANTA ROSA AVENUE
SANTA BARBARA CA 93109


YELP INC.
P.O. BOX 398857
SAN FRANCISCO CA 94139-8857

ZURICH
1333 RICHWOOD DR. SE
GRAND RAPIDS MI 49508

# United States Bankruptcy Court
## Western District of Michigan

In re   **Barfly Ventures, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Barfly Ventures, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 3, 2020**

Date

**/s/ Rozanne M. Giunta**

**Rozanne M. Giunta P29969**

Signature of Attorney or Litigant

Counsel for   **Barfly Ventures, LLC**

**Warner Norcross & Judd, LLP**

**715 E. Main Street**
**Suite 110**
**Midland, MI 48640-5382**
**989-698-3758 Fax:989-486-6158**
**rgiunta@wnj.com**