## UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| BARFLY VENTURES, LLC, | Case No: 20-01947 |
| | Chapter 11 |
| Debtor. | |
| _____/ | Filed: June 3, 2020 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned appears on behalf of the Debtor, and requests that all notices given and all papers served or otherwise filed in this Chapter 11 case be served upon the undersigned at the mailing address and email address set forth below.

Please take notice that the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, electronic notice or otherwise which affect the above-captioned Debtor.

WARNER NORCROSS + JUDD LLP
Attorneys for Debtor

Dated: June 3, 2020

By: /s/Elisabeth M. Von Eitzen
    Elisabeth M. Von Eitzen (P70183)
    150 Ottawa Ave. NW, Ste. 150
    Grand Rapids, MI 49503
    evoneitzen@wnj.com
    Telephone No. 616-752-2418

20224512