UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Joint Administration Pending*

_____/

**ORDER GRANTING AN EMERGENCY HEARING
ON DEBTORS' FIRST DAY MOTIONS
and
NOTICE OF HEARING**

This matter having come before the Court on *Debtors' Ex Parte Motion For An Emergency Hearing On Their First Day Motions* ("**Motion**"); the Court having reviewed the Motion and having determined that (a) the legal and factual basis set forth in the Motion established good cause for the relief granted as set forth below; (b) no notice or hearing on the Motion is needed or required; and (c) the Court being otherwise fully advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED that

1. The Motion is GRANTED.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

2. A hearing on the First Day Motions set forth below will be conducted by Honorable James W. Boyd, on **Monday, June 8, 2020, at 1:00 p.m. (Eastern Time)**, or as soon thereafter as counsel may be heard:

    a. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Their Chapter 11 Cases and (II) Granting Related Relief;

    b. Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for each Debtor and (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (II) Granting Related Relief;

    c. Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, and Employee Benefits; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests;

    d. Debtors' Motion for Entry of an Order Authorizing Debtors' (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Limited Waiver of Section 345(b) Deposit and Investment Requirements; and (IV) Related Relief;

    e. Debtors' Motion for the Entry of an Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases Pursuant to 11 U.S.C. § 365; (II) Abandon any Remaining Personal Property Located at the Leased Premises Pursuant to 11 U.S.C. § 554; and (III) Fix a Bar Date for Claims of Counterparties;

    f. Debtors' Motion for Entry of an Order Extending the Time for Filing Their Schedules and Related Documents.

IT IS FURTHER ORDERED that the hearings on June 8, 2020, will be conducted by videoconferencing using the Zoom Cloud Meeting program/app. Any party or attorney who wishes to appear at the hearings shall provide an email address and telephone number to Judge Boyd's Judicial Assistant, Shelli Elzinga, at Shelli_Elzinga@miwb.uscourts.gov, by no later than **Monday, June 8, 2020 at 10:00 a.m. (Eastern Time)**. The court will send an email invitation

with a hyperlink, Meeting ID, and password that may be used to join the video hearing to each participant who has timely contacted the court.

**PRIOR TO THE VIDEO HEARING** each participant should review Judge Boyd's Guidelines for Participation in Video Hearings via Zoom, available at https://www.miwb.uscourts.gov/content/judge-james-w-boyd under the "Authorized Video Appearances" tab.

IT IS FURTHER ORDERED Debtors must serve this Order on (a) the United States Trustee, (b) Congruent Credit Opportunities Fund III, LP, Main Street Capital Corporation, and HMC Income Fund, Inc. c/o, CIIP Administrative, LLC (Debtors' secured lender) and any other identified secured creditor, (c) Debtors' 20 largest unsecured creditors (on an unconsolidated basis), (d) the United States Attorney's Office for the Western District of Michigan; (e) the Internal Revenue Service; (f) the state attorneys general for all states in which the Debtors conduct business or have conducted business; and (g) creditors having requested notice or otherwise appeared in this case by electronic mail, facsimile, or overnight delivery to the best available address on or before **Thursday, June 4, 2020**.  Any **objections** to the First Day Motions must be filed on or before **Sunday, June 7, 2020, at 5:00 p.m. (Eastern Time)**.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated June 3, 2020**





James W. Boyd
United States Bankruptcy Judge