**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al,*[1]

                Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Joint Administration Pending*

**MOTION FOR ADMISSION PRO HAC VICE PURSUANT TO LBR 9010-3**

John W. Lucas ("Lucas"), an attorney license to practice law and a member of the law firm of Pachulski Stang Ziehl & Jones, LLP, moves this Court for admission *pro hac vice* (the "Motion"), under United States Bankruptcy Court for the Western District of Michigan Local Rule 9010-3, to appear in these chapter 11 cases, and any related contested matters or adversary proceedings, as counsel for the Debtors. In support, Lucas states the following:

1. Lucas is licensed to practice in, and is a member in good standing of, the Bars of the States of California and New York. His business address is 150 California Street, 15th Floor, San Francisco, CA 94111. His email address is jlucas@pszjlaw.com. His New York professional license number is 4288379 and his California professional license number is 271038.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

2. Lucas is admitted to the following courts: the United States District Court—Southern District of New York; the United States District Court—Eastern District of New York; the United States District Court—Northern District of California; the United States District Court—Eastern District of California, and; the United States District Court—Southern District of California.

3. Lucas understands that he is bound by all rules, practices, and ethics that are applicable to all other attorneys admitted to practice before the United States Bankruptcy Court for the Western District of Michigan, located in Grand Rapids, Michigan.

4. As requested by Local Rule 9010-3, upon entry of an order by the United States Bankruptcy Court for the Western District of Michigan granting this Motion, Lucas will pay the $35.00 fee as required, remitted by check or money order within ten (10) days of the entry of the order granting this Motion.

5. Under Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Lucas requests that all notices given or required to be given in the above proceeding be given to and served upon the undersigned at the office, address, email, and telephone number set forth below.

*(The rest of this page is intentionally left blank)*

WHEREFORE, John W. Lucas respectfully requests that this Court enter an order granting his request for *Pro Hac Vice* admission and to appear on behalf of each of the Debtors in the above captioned proceedings, as well as in any contested matter or adversary proceeding arising therein.

Dated: June 5, 2020

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

/s/ John W. Lucas
John W. Lucas
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 263-7000

and

WARNER NORCROSS + JUDD LLP

/s/ Elisabeth M. Von Eitzen
Rozanne M. Giunta (P29969)
Elisabeth M. Von Eitzen (P70183)
Stephen B. Grow (P39622)
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000

*Proposed Counsel to the Debtors*

20236329-1