Form BOCPRVBK (03/14)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Barfly Ventures, LLC**<br>35 Oakes Street SW #400<br>Grand Rapids, MI 49530<br>Tax ID: 27-1798379<br><br>**Debtor** | Case Number 20-01947-jwb<br><br>Chapter 11<br><br>Honorable James W. Boyd |

## STATEMENT OF COSTS

To: John W. Lucas, Esq.

   Pursuant to Local Bankruptcy Rule 9010-3*, upon entry of an order granting a motion to appear pro hac vice, the attorney admitted shall remit an admission fee in the amount of $35.00 within thirty (30) days of entry of said order. Please be advised that LBR 9010-3 further states that payment be made payable to the "U. S. District Court for the Western District of Michigan" and tendered to the Clerk of the Court, U.S. Bankruptcy Court for the Western District of Michigan. Please note on the check or money order "pro hac vice admission fee" along with the name and case number.

   Failure to pay this fee shall result in revocation of the admission order and result in the attorney being denied the privilege to appear and be heard.

   Please remit your check or money order to:
   U.S. District Court for the Western District of Michigan
   c/o Clerk, U.S. Bankruptcy Court
   One Division Avenue North, Room 200
   Grand Rapids, MI 49503

**Total Amount Due:**                                    $ 35.00


**Dated:** June 8, 2020                           By: /S/_____
                                                  Michelle M. Wilson
                                                  Clerk of Court


Bill of Costs served by regular mail upon admitted attorney  6/8/20

*Local Bankruptcy Rules are posted on the Court's Internet website at www.miwb.uscourts.gov.

**Notice to Customers Making Payment by Check**

**When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.**

*Privacy Act* – **A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for**

**soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available from our internet site at (http://www.fms.treas.gov/otcnet/index.html), or call toll free at (1–866–945–7920) to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.**