UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

    Barfly Ventures, LLC, et al,[1]　　　　　　Case No. BG20-01947
    　　　　　　　　　　　　　　　　　　　　Chapter 11
    　　　　　　　　　　　　　　　　　　　　Honorable James W. Boyd

    　　　　　　　　　　　　　　　　　　　　Jointly Administered

_____  Debtors./

UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF THE OFFICIAL
UNSECURED CREDITORS' COMMITTEE PURSUANT TO 11 U.S.C. SECTION
1102(A)(1)

    Andrew R. Vara, United States Trustee for Regions 3 and 9, pursuant to his authority under 11 U.S.C. Section 307 and 28 U.S.C. Section 586(a)(3), files this Notice of Appointment of the official Unsecured Creditors' Committee Pursuant to

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon)(4255).

11 U.S.C. Section 1102(a)(1), and hereby appoints the following creditors to the

Official Unsecured Creditors' Committee for this jointly administered case:

Gordon Food Service, Inc.
c/o Sharon Murphy, Director of Credit
Dept. CH 10490
Palatine, Illinois 60055
Tel: 1-800-905-3012
Email: sharon.vet@gfs.com


2577 North Clark Land Trust
c/o Lior Evan
64 Groton Street
Forest Hill, New York 11375-5921
Tel: 1-860-596-4821
Email: Lior.Evan@parallelcapital.com


Geenen DeKock Properties, LLC
c/o Douglas DeKock
12 West 8th Street, Suite 250
Holland, Michigan 49423
Tel: 1-616-403-3555
Email: ddekock@gdkproperties.com


Corrigan Moving Systems
dba Corrigan Logistics
c/o Joanne Toth
23923 Research Drive
Farmington, MI 48335
Tel: 1-248-615-7902
Email: jtoth@corrigan.com



Lee Shore Enterprises
Eric Hall, Vice President
c/o CWD Real Estate Investment

5 Louis NW, Suite 6
Grand Rapids, Michigan 49503
Tel: 1-616-403-1071
Email: craig@leeshore.com

                                         Respectfully submitted,
                                         ANDREW R. VARA
                                         United States Trustee
                                         Regions 3 and 9

Date:_____          By:_____
                                        By: */s/ Michael V. Maggio*
                                          Michael V. Maggio
                                          Trial Attorney
                                          Office of the United States Trustee
                                          United States Department of Justice
                                          The Ledyard Building, Second Floor
                                          125 Ottawa Avenue NW, Suite 200R
                                          Grand Rapids, Michigan 49503
                                          Tel: (616) 456-2002, ext. 14