# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

          Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

**ORDER GRANTING DEBTORS' MOTION TO SHORTEN OBJECTION PERIOD AND FOR EXPEDITED HEARING REGARDING MOTION OF DEBTORS FOR ENTRY OF (I) AN ORDER (A) APPROVING BIDDING PROCEDURES AND SCHEDULING SALE HEARING, (B) APPROVING THE FORM OF THE ASSET PURCHASE AGREEMENT, INCLUDING THE BID PROTECTIONS, AND (C) GRANTING RELATED RELIEF; AND (II) AN ORDER (A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (C) GRANTING RELATED RELIEF**

This matter comes before the Court on *Debtors' Motion to Shorten Objection Period and for Expedited Hearing Regarding Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures and Scheduling Sale Hearing, (B) Approving the Form of the Asset Purchase Agreement, Including the Bid Protections, and (C) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain*

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

*Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* (the "Motion to Shorten").  The Motion to Shorten seeks to reduce the period of time parties in interest have to object to the *Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures and Scheduling Sale Hearing, (B) Approving the Form of the Asset Purchase Agreement, Including the Bid Protections, and (C) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* (the "Bidding and Sale Procedures Motion"), separately filed by Debtors, and to hold an expedited hearing on the Bidding and Sale Procedures Motion.

The Court has reviewed the Motion to Shorten and finds that a hearing is unnecessary.  The Motion to Shorten sufficiently demonstrates cause for reducing the period for parties in interest to object to the Bidding and Sale Procedures Motion as required by Fed. R. Bankr. P. 9006(c) and LBR 9013(h).

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Motion to Shorten is granted.

2. A hearing on the Bidding and Sale Procedures Motion is scheduled for July 20, 2020 at 10:00 a.m. (Eastern Time).

3. Objections to the Bidding and Sale Procedures Motion, if any, must be filed and served on proposed counsel to the Debtors on or before July 16, 2020 at 4:00 p.m. (Eastern Time).

4. The hearing will be conducted by videoconferencing using the Zoom Cloud Meeting program/app.  Any party or attorney who wishes to appear at the hearing must provide an email address and telephone number to Judge Boyd's Judicial Assistant, Shelli Elzinga, at

Shelli_Elzinga@miwb.uscourts.gov, by no later than July 16, 2020 at 4:00 p.m. (Eastern Time). The court will send an email invitation with a hyperlink, Meeting ID, and password that may be used to join the video hearing to each participate who has timely contacted the court.

5. **PRIOR TO THE VIDEO HEARING**, each participate should review Judge Boyd's Guidelines for Participation in Video Hearings via Zoom, available at https://www.miwb.uscourts.gov/content/judge-james-w-boyd under the "Authorized Video Appearances" tab.

6. On or before July 10, 2020, Debtors must serve the Bidding and Sale Procedures Motion and this Order on (a) the Office of the United States Trustee for Region 9; (b) counsel to the Committee; (c) counsel to the Prepetition Secured Lender; (d) all parties asserting liens in the Assets; (e) landlords who are counter-parties to Debtors' unexpired leases; (f) counter-parties to Debtors' executory contracts; and (g) all parties that have requested notice or otherwise appeared in this case.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### END OF ORDER

*Order prepared and submitted by:*
WARNER NORCROSS + JUDD LLP
Elisabeth M. Von Eitzen (P70183)
1500 Warner Building
150 Ottawa Avenue, NW
Telephone: (616) 752-2418
evoneitzen@wnj.com
*Proposed Counsel to the Debtors*
20390709-1

**IT IS SO ORDERED.**

**Dated July 9, 2020**

James W. Boyd
United States Bankruptcy Judge