## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[1]

          Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Joint Administration*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 10, 2020, a copy of the document listed below was served on the attached service list by first class mail, postage prepaid and by CM/ECF:

Order Granting Debtors' Motion To Shorten Objection Period And For Expedited Hearing Regarding Motion Of Debtors For Entry Of (I) An Order (A) Approving Bidding Procedures And Scheduling Sale Hearing, (B) Approving The Form Of The Asset Purchase Agreement, Including The Bid Protections, And (C) Granting Related Relief; And (II) An Order (A) Authorizing The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Liens, Claims, Encumbrances, And Other Interests, (B) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (C) Granting Related Relief

Motion Of Debtors For Entry Of (I) An Order (A) Approving Bidding Procedures And Scheduling Sale Hearing, (B) Approving The Form Of The Asset Purchase Agreement, Including The Bid Protections, And (C) Granting Related Relief; And (II) An Order (A) Authorizing The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Liens, Claims, Encumbrances, And Other Interests, (B) Authorizing The Assumption And Assignment Of Certain (C) Granting Related Relief

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

Dated: July 10, 2020          WARNER NORCROSS + JUDD LLP

/s/ Elisabeth M. Von Eitzen
Rozanne M. Giunta (P29969)
Elisabeth M. Von Eitzen (P70183)
Stephen B. Grow (P39622)
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000

PACHULSKI STANG ZIEHL & JONES LLP
John W. Lucas
Jason Rosell
Steven W. Golden
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 263-7000
*Proposed Counsel to the Debtors*

20392895

| | | |
|---|---|---|
| A Closer Look Inc<br>460 S Peachtree St NW<br>Norcross GA 30071 | A&L Janitorial Inc.<br>903 Jackson St<br>PO Box 153<br>Kalamazoo MI 49001 | Ace Landscaping<br>PO Box 75<br>Clawson MI 48107 |
| Adaptive Insights<br>2400 Geng Road Ste 200<br>Palo Alto CA 94303 | ArrowWaste Inc<br>PO Box 828<br>Jenison MI 49429 | Avidxchange<br>1111 Metropolitan Ave Ste 650<br>Charlotte NC 28204 |
| Badger Sports Properties<br>601 W Dayton St<br>Kohl Center<br>Madison WI 53715 | BD Clean LLC<br>PO Box 46188<br>Madison, WI 53744 | Blackhawk Network<br>6220 Stoneridge Mall Rd<br>Pleasanton CA 94588 |
| Corvas Janitorial Systems<br>815 W Weed St<br>Chicago IL 60642 | Crown Linen Services<br>322 E Industrial Dr<br>Columbia IL 62236 | DoorDash Inc<br>901 Market St Ste 600<br>San Francisco CA 94103 |
| DV Clean<br>1810 Broad Ripple Ave #15<br>Indianapolis IN 46220 | Ecolab Inc.<br>1 Ecolab Place<br>St Paul MN 55102 | Ecolab Pest Elimination<br>655 Lone Oak Dr ESC E3<br>Eagan MN 55121 |
| eFileCabinet<br>3300 N Ashton Rd Ste 400<br>Lehi UT 84043 | Egencia LLC<br>333 108th Ave NE<br>Bellevue WA 98004 | Final Clean Pro LLC<br>2843 Grand River #253<br>East Lansing MI 48823 |
| Gordon Food Service<br>1300 Gezon Pkwy SW<br>Wyoming MI 49509 | Great America Financial Svc<br>Attn: Peggy Upton<br>625 First Street SE<br>Cedar Rapids IA 52401 | Green For Life<br>26999 Central Park Blvd Ste 200<br>Southfield MI 48076 |
| Hot Schedules<br>3440Presston Ridge Rd #650<br>Alpharetta GA 30005 | HR Collaborative LLC<br>678 Front Ave NW Ste 265<br>Grand Rapids MI 49504 | Huskers IMG Sports Marketing<br>IMG College LLC<br>PO Box 16533<br>Palatine IL 60055 |
| Ice Town<br>140 N Mitchell Ct Ste 100<br>Addison IL 60101 | Jani-King<br>9750 Ormsby Station Road Ste 100<br>Louisville KY 40223 | Jani-King of Michigan Inc<br>31420 Northwestern Hwy Ste 125<br>Farmington MI 48334 |
| Mahoney Environmental<br>712 Essington Rd<br>Joliet IL 60435 | Maid Brigade<br>220 Big Run Ste 4<br>Lexington KY 40503 | Michigan Carpet & Air Duct Clean<br>2845 Truffle Dr<br>Troy MI 48083 |

| | | |
|---|---|---|
| MLIVE Media Group<br>169 Monroe Ave NW Ste 100<br>Grand Rapids MI 49503 | My Green Michigan<br>5834 N Michigan Rd<br>Dimondale MI 48821 | NCR Corporation<br>PO Box 198755<br>Atlanta GA 30384 |
| Nexonia Technologies Inc<br>2 St Clair Avenue East Ste 750<br>Toronto ON  M4T 2T5 | NextGlass Inc dba Untrapped<br>21 South Front St<br>Wilmington NC 28401 | NuCO2 LLC<br>2800 SE Market Place<br>Stuart FL 34997 |
| O.P.E.N. America Inc.<br>4742 North 24th St  Ste 450<br>Phoenix AZ 85016 | Olo/Mobo Systems<br>285 Fulton Street  82nd Fl<br>New York, NY 10007 | Oracle Screening Services Inc<br>6800 Weiskopf Ave  Ste150<br>McKinney TX 75070 |
| Paytronix Systems Inc.<br>74 Bridge St  Ste 400<br>Newton MA 02458 | Pellitteri Waste Systems<br>7035 Raywood Rd<br>PO Box 259426<br>Madison WI 53725 | Pepsi Beverage Company<br>700 Anderson Hill Rd<br>Purchase NY 10577-1401 |
| Pepsi-Cola General Bottlers<br>1 Pepsi Way<br>Somers NY 10589 | Positive Solutions Group Inc<br>301 Williamston Center Rd Ste 500<br>Williamston MI 48895 | Pure Tap<br>413 Martha Street South<br>Stillwater MN 55082 |
| Red Bull North America Inc<br>1740 Stewart St<br>Santa Monica CA 90404 | Republic Services<br>1633 Highwood West<br>Pontiac MI 48340 | Round It Up America<br>149 S Barrington Ave #254<br>Los Angeles CA 90049 |
| Sanimax LLC<br>545 Hardman Ave South<br>South St Paul MN 55075 | Sonitrol<br>7241 Fenton Road<br>Grand Blanc MI 48439 | Spruce<br>9311 Bryant Ave So<br>Bloomington MN 55420 |
| Stratus Building Solutions<br>10530 Victory Blvd.<br>Los Angeles CA 91606 | TBX<br>601 5th Street NW  Ste 301<br>Grand Rapids MI 49504 | The Green Company Inc<br>7310 Woodward Ave<br>Detroit MI 48202 |
| The Knot<br>11106 Mockingbird Dr<br>Omaha NE 68137 | Total Organic Recycling<br>39 Old Elam Ave<br>Valley Park MO 63088 | Waste Management of Kentucky<br>2555 Meridian Dr  Ste 200<br>Franklin TN 37067 |
| Waste Management of Michigan<br>48797 Alpha Dr  Ste 100<br>Wixom MI 48393 | Waster Pro of Florida<br>4100 Selvitz Road<br>Ft Pierce FL 34981 | Yelp Inc<br>PO Box 398857<br>San Francisco CA 94139 |

| | | |
|---|---|---|
| Travelers<br>Great Lakes Risk Mgmt<br>CL Remittance Center<br>Hartford CT 06183 | Accident Fund Insurance Company<br>PO Box 77000<br>Dept 77125<br>Detroit MI 48277 | Indian Harbor Insurance Co<br>190 S LaSalle ST #950<br>Chicago IL 60603 |
| Admiral Insurance Company<br>311 S Wacker Dr #3225<br>Chicago IL 60606 | Zurich North America<br>1333 Richwood Dr SE<br>Grand Rapids MI 49508 | Coverall of Western Michigan<br>PO Box 72346<br>Cleveland OH 44192 |
| Coverall North America Inc<br>2955 Momentum Place<br>Chicago IL 60689 | ECOSURE<br>26397 Network Place<br>Chicago IL 60673 | Empire Disposal<br>1545 Clay St Unit 5<br>Detroit MI 48211 |
| Enviro-Master of West Michigan<br>PO Box 12350<br>Charlotte NC 28220 | Field Fire Protection Inc<br>4303 40th Street SE<br>Grand Rapids MI 49512 | Swept Away<br>5238 32nd Avenue<br>Hudsonville MI 49426 |
| Unifirst<br>1191A Brock Mcvey Dr<br>Lexington KY 40509 | Unifirst<br>W136 N4863 Campbell Dr<br>Menomonee WI 53051 | Unifirst<br>1339 Healy<br>Kalamazoo MI 49048 |
| Unifirst<br>1300 Auburn Ave<br>Pontiac MI 48342 | Valley City Linen<br>10 Diamond Ave SE #1456<br>Grand Rapids MI 49506 | Happy PR<br>1059 Wealthy St SE #202<br>Grand rapids MI 49506 |
| Outfront Media/CBS Outdoor<br>PO Box 33074<br>Newark NJ 07188 | Great Lakes Sports & Social Club<br>1324 Lake Dr SE<br>Grand Rapids MI 49506 | Ionia Venture LLC<br>80 Monroe Ave NW Ste 415<br>Grand Rapids MI 49503 |
| 4265 Woodward Ventures LLC<br>5000 Kendrick St<br>Grand Rapids MI 49512 | Lee Shore-Lemon Wheeler Building<br>50 Louis Street NW Ste 600<br>Grand Rapids, MI 49503 | 1064 Bardstown LLC<br>400 West Market St Ste 1800<br>Louisville KY 40202 |
| Liberty Maynard LLC<br>30100 Telegraph Rd Ste 220<br>Bingham Farms MI 48025 | SCP Clark LLC<br>3201 Old Glenview Rd Ste 301<br>Wilmette IL 60091 | Innovo Development Group LLC<br>1321 South Westnedge Ave<br>Kalamazoo MI 49008 |
| CAD Management LLC<br>4050 Pennsylvania Ave Ste 400<br>Kansas City MO 64015 | Victorian Square LLC<br>401 West Main St Ste 313<br>Lexington KY 40507 | A&G Partnership<br>117 Center St<br>East Lansing MI 48823 |

| | | |
|---|---|---|
| JK East Beltline Real Estate<br>13405 West Star Dr Ste 2<br>Shelby Township MI 48315 | Geenen Dekock Properties LLC<br>12 West 8th St #250<br>Holland MI 49423 | 6280 LLC<br>47 S Pennsylvania St 10th Fl<br>Indianapolis IN 46204 |
| GTW Depot LLC<br>200 West Michigan Ste 201<br>Kalamazoo MI 49007 | Project Oscar LLC<br>10340 N 84th St<br>Omaha NE 68122 | 222 Venture LLP<br>10 East Doty St Ste 300<br>Madison WI 53703 |
| Nicollet Residences LLC<br>c/o AEW Management<br>465 Nicollet Mall<br>Minneapolis MN 55401 | Ionia Retail LLC<br>44 Grandville Ave SW #001<br>Grand Rapids MI 49503 | 53 Commerce Building LLC<br>35 Oakes Street Ste 400<br>Grand Rapids MI 49503 |
| Project 35 LLC<br>601 First Street NW<br>Grand Rapids MI 49504 | Gateway Huron, LLC<br>c/o Robert L. Stark Enterprises<br>1350 West Third Street<br>Cleveland, OH 44113 | Congruent Investment Partners<br>CIP Administrative, LLC<br>Attn: Matt Killebrew<br>3400 Carlisle Street, Ste. 430<br>Dallas TX 75204-0000 |
| US Trustee's Office<br>125 Ottawa NW Ste 200R<br>Grand Rapids MI 49503 | Mercantile Bank<br>310 Leonard Street NW<br>Grand Rapids MI 49504 | Innovo Royal Oak LLC<br>1321 S Westnedge Ave<br>Kalamazoo MI 49008 |
| Innovo Royal Oak LLC<br>c/o Assurity Life Insurance Co<br>20000 Q Street<br>Lincoln NE 68503 | Lease Corporation of America<br>3150 Livernois Road, Suite 300<br>Troy, Michigan 48083 | 2577 N Clark Land Trust<br>Parallel Capital LLC, Trustee<br>c/o Lior Evan<br>64 Groton Street<br>Forest Hills, NY 11375 |