UNITED STATES BANKRUPTCY COURT
**WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al*,[1]

Debtors.

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Joint Administration*

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 23, 2020, a copy of the Order (A) Approving Bidding Procedures and Scheduling Sale Hearing, (B) Approving the Form of the Asset Purchase Agreement, including the Bid Protections, and (C) Granting Related Relief was served on the following by first class mail, postage prepaid:

All those listed on the attached matrix

Dated: July 23, 2020

WARNER NORCROSS + JUDD LLP

/s/ Elisabeth M. Von Eitzen
Rozanne M. Giunta (P29969)
Elisabeth M. Von Eitzen (P70183)
Stephen B. Grow (P39622)
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000
Attorneys for Debtors

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0646-1<br>Case 20-01947-jwb<br>Western District of Michigan<br>Grand Rapids<br>Thu Jul 23 07:17:56 EDT 2020 | 1064 Bardstown, LLC<br>c/o Erika R. Barnes<br>401 Comerce St.<br>Suite 800<br>Nashville, TN 37219-2490 | ADP LLC<br>P.O. Box 842875<br>Boston MA 02284-2875 |
| AXA XL<br>190 S. LaSalle St. #950<br>Chicago IL 60603-3442 | Abel Balderas<br>1133 Fremont Ave. NW<br>Grand Rapids MI 49504-4111 | Accounting Principals dba Ajilon<br>c/o Lisa Werner<br>10151 Deerwood Park Blvd<br>Jacksonville FL 32256-0592 |
| Ace Lawn Care & Snow Removal<br>P.O. Box 75<br>Clawson MI 48017-0075 | Adaptive Insights<br>Dept. LA 23246<br>Pasadena CA 91185-3246 | Admiral Insurance Company<br>311 S. Wacker Dr. #3225<br>Chicago IL 60606-6668 |
| Airgas USA LLC<br>P.O. Box 734445<br>Chicago IL 60673-4445 | Allegra<br>3983 Linden Ave SE<br>Grand Rapids MI 49548-3431 | Andrew Woodruff<br>2731 Colton Ave SE<br>Grand Rapids MI 49506-4930 |
| Arena Group, LLC<br>85 Las Quebradas Lane<br>Alamo CA 94507-1645 | AvidXchange Inc<br>75 Remittance Dr, Ste 6666<br>Chicago IL 60675-6666 | BJP Brew Investments 2, LLC<br>5273 140th Ave. NE<br>Bellevue WA 98005-1024 |
| BJP Brew Investments, LLC<br>5273 140th Ave. NE<br>Bellevue WA 98005-1024 | Banker Capital, LLC<br>6508 Crane Road<br>Ypsilanti MI 48197-8851 | Barfly Management LLC<br>1040 Oakleigh Ave. NW<br>Grand Rapids MI 49504-3715 |
| Barfly Ventures, LLC<br>35 Oakes Street SW #400<br>Grand Rapids, MI 49503-3137 | Erika R. Barnes<br>Stites & Harbison, PLLC<br>401 Commerce St, Suite 800<br>Nasville, TN 37219-2490 | Becker & Poliakoff, P.A.<br>1 EAst Broward Road<br>Suite 1800<br>Fort Lauderdale FL 33301-1876 |
| David E. Bevins<br>Rhoades McKee<br>55 Campau Ave. NW<br>Suite 300<br>Grand Rapids, MI 49503-2793 | Blackhawk<br>6220 Stoneridge Mall Road<br>Pleasanton CA 94588-3260 | Borgetto Investments, LLC<br>100 Monroe Center NW<br>Grand Rapids MI 49503-2802 |
| Bose McKinney & Evans LLP<br>111 Monument Circle, Ste 2700<br>Indianapolis IN 46204-5120 | Michael Aaron Brandess<br>Sugar Felsenthal Grais & Helsinger LLP<br>30 N La Salle St Ste 3000<br>30 N. LaSalle St., Suite 3000<br>Chicago, IL 60602-3481 | Brian and Danielle Brennan<br>5950 Egypt Valley Ave. NE<br>Rockford MI 49341-8208 |
| Bright House Networks<br>P.O. Box 30262<br>Tampa FL 33630-3262 | CDL Investments, LLC<br>5470 Kenowa Ave. SW<br>Wyoming MI 49418-9501 | CIP Administrative LLC<br>3400 Carlisle Street, Ste 430<br>Dallas TX 75204-1221 |

CONSUMERS ENERGY COMPANY
Attn: Legal Dept
One Energy Plaza
Jackson, MI 49201-2357

Century Link Communications
Business Services
P.O. Box 52187
Phoenix AZ 85072-2187

Christopher Knape
2530 Maplewood Dr. SE
Grand Rapids MI 49506-4757


City of Ann Arbor
P.O. Box 77000
Dept. #77610
Detroit MI 48277-2000

City of East Lansing
Attn: Treasury
410 Abbot Road
East Lansing MI 48823-3321

City of Grand Rapids
Water & Sewer
300 Monroe Ave. NW
Room 49503-1099


City of Grand Rapids Treasurer
300 Monroe Ave. NW
Grand Rapids MI 49503-1099

City of Grand Rapids Treasurer
300 Monroe Ave. NW
Room 220
Grand Rapids MI 49503-2296

City of Holland
c/o Ronald J. VanderVeen
321 Settlers Road
Holland, MI 49423-3778


City of Royal Oak
P.O. Box 64
Royal Oak MI 48068-0064

Clevland Menu Printing, Inc.
1441 E. 17th Street
Cleveland OH 44114-2012

Club Lincoln
401 Westport Road
Kansas City MO 64111-3004


ComEd
P.O. Box 6111
Carol Stream IL 60197-6111

Commonwealth Edison Company
ComEd Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523-1502

Compeat, Inc.
Dept. 0397
P.O. Box 120397
Dallas TX 75312-0397


Congruent Credit Opportunities
Matt Killebrew
3400 Carlisle Street
Suite 400
Dallas TX 75204-1268

Congruent Investment Partners
CIP Administrative, LLC
Attn: Matt Killebrew
3400 Carlisle Street, Ste. 430
Dallas TX 75204-1221

Consumers Energy
PO Box 740309
Cincinnati OH 45274-0309


Corrigan Logistics
23923 Research Drive
Farmington MI 48335-2630

Coverall of West Michigan
5075 Cascade Rd SE
Suite L
Grand Rapids, MI 49546-3751

Craig Bush Family
Limited Partnership
438 South Main Street
Suite 202
Rochester MI 48307-2092


Craig Wish Family Limited
Partnership, c/o Holly Jackson
Kuiper Kraemer
180 Monroe Ave. NW, #400
Grand Rapids MI 49503-2695

Culligan of Greater Kansas
P.O. Box 843142
Kansas City MO 64184-3142

Cusano Baking Company
5480 West Hillsboro Blv.
Coconut Creek FL 33073-4307


D. Park Smith
Law Office of D. Park Smith
250 Cherry Springs Rd.
Suite 200
Hunt, TX 78024-3010

Darren M. Malek
Veritas Law Group
107 W. Michigan Avenue
Floor 5
Kalamazoo MI 49007-3959

Detroit Health Department
3245 E. Jefferson
Suite 100
Detroit MI 48207-4222


DoorDash
901 Market Street
6th Floor
San Francisco CA 94103-1740

Driscon LLC
182 N. State Street
Sparta MI 49345-1024

Duran Family Trust
257 Garnet Avenue
San Carlos CA 94070-4532

E3 Enterprises, LLC
6254 Northwood Road
Dallas TX 75225-2821

Ecolab Pest Elim Div
26252 Network Place
Chicago IL 60673-1262

Egencia
500 W. Madison
Suite 1000
Chicago IL 60661-2559

Ellen Winterburn
7795 Wedgemont Ct. SE
Alto MI 49302-9777

Engineered Protection Systems
750 Front Ave NW Ste 300
Grand Rapids MI 49504-4470

Envoy Facilities Maintenance
8014 Cumming Hwy, Ste 403-306
Canton GA 30115-9339

Erin Lind
110 N. Birchwood
Louisville KY 40206-1522

Excel Pest Control
2246 Grainger Parkway
Lincoln NE 68512-9518

FPL
General Mail Facility
Miami FL 33188-0001

Fayette Urban County Governmen
P.O. Box 34090
Lexington KY 40588-4090

First Savings Bank
c/o Ronald E. Gold, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202-4257

First Savings Bank
c/o Ronald E. Gold
301 East Fourth Street
Cincinnati, OH 45202-4245

First Savings Bank
c/o Small Business Lending
702 N. Shore Drive
Suite 300
Jeffersonville, IN 47130-3146

Fish Window Cleaning
P.O. Box 111
Oshtemo MI 49077-0111

Fish Window Cleaning
P.O. Box 251302
West Bloomfield MI 48325-1302

Fourth Enterprises, LLC
c/o Streusand Landon Ozburn & Lemmon
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746

Fourth Enterprises, LLC f/n/a HotSchedules
c/oStreusand Landon Ozburn & Lemmon, LLP
1801 S. Mopac Expressway
Suite 320
Austin, TX 78746 United States

Frank Nesti
609 Chapin Ave.
Birmingham MI 48009-2032

Garry Boyd
1855 Colfax Avenue
Grand Haven MI 49417-2303

Gemini Media LLC
401 Hall Street SW
Suite 331
Grand Rapids, MI 49503-6501

Genevieve Gudebski Trust
1561 Rancho View Road
Lafayette CA 94549-2236

Nathan S. Gimpel
Paul Hastings LLP
71 South Wacker Drive
Suite 4500
Chicago, IL 60606-4608

Rozanne M. Giunta
Warner Norcross & Judd LLP
715 E. Main Street
Suite 110
Midland, MI 48640-5488

Ronald E. Gold
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth St.
Cincinnati, OH 45202-4257

Gordon Food Service
Dept CH 10490
Palatine IL 60055-0001

Great America Financial
Services
PO Box 660831
Dallas TX 75266-0831

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
P.O. Box 609
Cedar Rapids, IA 52406-0609

GreatAmerica Printer
P.O. Box 660831
Dallas TX 75266-0831

Green for LIfe
26999 Central Park Blvd
Suite 200
Southfield, MI 48076-4145

Gregory FX Daly,
Collector of Revenue
1200 Market St., Room 410
St Louis, MO 63103-2841

| | | |
|---|---|---|
| Stephen B. Grow<br>Warner Norcross + Judd, LLP<br>1500 Warner Building<br>150 Ottawa Avenue NW<br>Grand Rapids, MI 49503-2832 | HCBF, LLC<br>117 Center Street<br>East Lansing MI 48823-4251 | HMS Equity holdings<br>Matt Killebrew<br>3400 Carlisle Street<br>Suite 400<br>Dallas TX 75204-1268 |
| HNI Risk Advisors<br>PO Box 510187<br>New Berlin WI 53151-0187 | HR Collaborative LLC<br>678 Front Ave NW Ste 265<br>Grand Rapids MI 49504-5300 | Paul R. Hage<br>Jaffe Raitt Heuer & Weiss PC<br>27777 Franklin Road<br>Suite 2500<br>Southfield, MI 48034-8214 |
| Happy PR<br>1059 Wealthy St SE #202<br>Grand Rapids MI 49506-1689 | Hoekstra Electrical Services<br>80 W. 64th Street<br>Holland MI 49423-9356 | HotSchedules.com, Inc.<br>P.O. Box 848472<br>Dallas TX 75284-8472 |
| Hyatt Place Royal Oak<br>422 N Main St<br>Royal Oak MI 48067-1813 | ID Watchdog Inc<br>PO Box 71221<br>Charlotte NC 28272-1221 | Indeed Inc<br>Mail Code 5160<br>PO Box 660367<br>Dallas TX 75266-0367 |
| Information Professionals Inc<br>Dept 888<br>PO Box 299<br>Emerson NJ 07630-0299 | Innovo Development Group - RO<br>1321 S Westnedge Ave<br>Kalamazoo MI 49008-1353 | Innovo Development Group, LLC<br>1321 S. Westnedge Ave.<br>Kalamazoo, MI 49008-1353 |
| Insite Business Solutions<br>PO Box 8494<br>Holland MI 49422-8494 | Internal Revenue Service<br>Centralized Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| JK East Beltline Real Estate LLC<br>c/o Denise D. Twinney, Esq.<br>300 Ottawa Avenue NW<br>Suite 150<br>Grand Rapids, MI 49503-2308 | Jacob and Annie Kibler<br>7708 Canary Lane<br>Jenison MI 49428-7956 | James Snelson<br>104 South G Street<br>Midland TX 79701-6607 |
| (p)JAY GUDEBSKI<br>1561 RANCHO VIEW RD<br>LAFAYETTE CA 94549-2236 | Jeffrey Sorum<br>18329 Frontier Place<br>Eden Prairie MN 55347-4183 | Jill Spruit<br>2162 Shenandoah Dr. NW<br>Grand Rapids MI 49504-5912 |
| Jill and George Golder<br>900 20th Avenue South<br>Unit 815<br>Nashville TN 37212-2239 | Joe Mansueto<br>400 North Michigan Ave.<br>Suite 350<br>Chicago IL 60611-4105 | John Fulkerson<br>7314 Lane Park Drive<br>Dallas TX 75225-2462 |
| Joseph and Michelle Verbrugge<br>Family Trust UAD June 21, 2010<br>1720 Flowers Crossing Dr. NE<br>Grand Rapids MI 49525-9523 | Justin Pollock<br>1310 Aberdeen Street<br>Grand Rapids MI 49505-3825 | K - Data Systems LLC<br>678 Front Ave. NW<br>Suite 3<br>Grand Rapids MI 49504-5323 |

(p)KM PROST LLC
PO BOX 161
ELK RAPIDS MI 49629-0161

Kaat's Water Conditioning, Inc
3470 Three Mile Road NW
Grand Rapids MI 49534-1228

Kalamazoo County Health and
Community, Environmental Healt
311 E. Alcott Street
Kalamazoo, MI 49001-6169


Kevin Kozak
2757 Copper Hill Drive
Grand Rapids MI 49525-3188

Khaled Ibrahim
7308 N. Tipton Avenue
Kansas City MO 64152-4608

Anthony J. Kochis
Wolfson Bolton PLLC
3150 Livernois, Suite 275
Troy, MI 48083-5034


LASEP, LLC
c/o Learfield Communications
P.O. Box 843038
Kansas City MO 64184-3038

LG&E
P.O. Box 9001960
Louisville KY 40290-1960

Learfield Communications, LLC
c/o Learfield IMG College
P.O. Box 843038
Kansas City MO 64184-3038


Liberty Maynard, LLC
30100 Telegraph Rd
Suite 220
Bingham Farms, MI 48025-4516

Lisa Miller
1487 Stoney Lake Drive
Holland MI 49424-6176

(p)LOBB & HURST PLLC
4898 BROWNSBORO ROAD
SUITE 300
LOUISVILLE KY 40207-2427


Louisville Water Company
550 South Third Street
Louisville KY 40202-1839

John W. Lucas
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4554

MIKE MALINOWSKI
MICHAEL M MALINOWSKI PLC
740 Alger SE
GRAND RAPIDS, MI 49507-3531


MI DEPT OF TREASURY
COLLECTION DIVISION/BANKRUPTCY
PO BOX 30168
LANSING, MI 48909-7668

MI Hop Alliance
51960 W. 12 Mile Road
Wixom MI 48393-3107

MLive Media Group
Dept. 77571
P.O. Box 77000
Detroit MI 48277-0571


MNY Locksmith, LLC
671 E. Long Road
Bloomfield Hills MI 48304

Mac Services Inc
Roto-Rooter
P.O. Box 83617
Lincoln NE 68501-3617

Madison Gas and Electric
P.O. Box 1231
Madison WI 53701-1231


Michael V. Maggio
Trial Attorney
Office of the US Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2865

Main Street Equity Interest
1300 Post Oak Blvd.
Suite 800
Houston TX 77056-3011

Michael M. Malinowski
Michael M. Malinowski PLC
740 Alger Street, S.E.
Grand Rapids, MI 49507-3531


Mark Gray
918 SW Jeremko Avenue
Port Saint Lucie FL 34953-5665

Matthew McKissock
1010 Follett Run Road
Warren PA 16365-1361

Mercantile Bank
310 Leonard Street NW
Grand Rapids MI 49504-4224


Mercantile Bank of Michigan
Miller, Canfield, Paddock and Stone, PLC
99 Monroe Avenue, NW
Suite 1200
Grand Rapids, MI 49503-2670

Michigan Department of Treasury
Bankruptcy Unit
P.O. Box 30168
Lansing MI 48909-7668

Michigan Dept. of Treasury
Tax Collection Enforcement
Bankruptcy Section
Treasury Building
Lansing, MI 48922-0001

| | | |
|---|---|---|
| Michigan Unemployment Ins. Age<br>Proof of Claim Unit<br>3024 West Grand Blvd.<br>Suite 11-500<br>Detroit MI 48202-6024 | (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE<br>ATTN BANKRUPTCY UNIT<br>3024 W GRAND BLVD<br>SUITE 12-100<br>DETROIT MI 48202-6024 | Mike Moore<br>2010 Alamanda Drive<br>Miami FL 33181-2624 |
| Judith Greenstone Miller<br>Jaffe Raitt Heuer & Weiss, PC<br>27777 Franklin Road, Ste 2500<br>Southfield, MI 48034-8214 | Mills Transfer<br>656 Rose Street<br>Lincoln NE 68502-2098 | Missouri Dirctor of Revenue<br>Missouri Division of Alcohol<br>of Tabacoo<br>P.O. Box 456<br>Jefferson City MO 65102-0456 |
| Mitchelle Jump<br>5349 Stoney Brook<br>Kalamazoo MI 49009-3849 | Michael E. Moore<br>Miller, Canfield, Paddock and Stone, PLC<br>99 Monroe Avenue, NW<br>Suite 1200<br>Grand Rapids, MI 49503-2670 | Mr. Handy Man of Louisville<br>12200 Shelbyville Road<br>Suite 205<br>Louisville KY 40243-1444 |
| Matthew M. Murphy<br>Paul Hastings LLP<br>71 S. Wacker Drive, 45th Floor<br>Chicago, IL 60606-4626 | Mutual of Omaha<br>Policyholder Services<br>P.O. Box 2147<br>Omaha NE 68103-2147 | N2 Ventures, LLC<br>2845 Wilson Ave.<br>Grandville MI 49418-3501 |
| NIR<br>6921 West Remington Drive<br>Lincoln NE 68532-1800 | NORTHERN STATES POWER CO(MN) DBA XCEL ENERGY<br>PO BOX 9477<br>MINNEAPOLIS, MN 55484-0001 | Nebraska Industrial Refrigeration, Inc.<br>6921 W. Remington Drive<br>Lincoln, NE 68532-1800 |
| NetWolves Network Services<br>P.O. Box 826923<br>Philadelphia PA 19182-0001 | Anh P. Nguyen<br>Streusand, Landon, Ozburn & Lemmon, LLP<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746 | Nick's Gyro's LLC<br>2727 W. Michigan Ave.<br>Kalamazoo MI 49006-5503 |
| NorthStar Capital Partners LLC<br>Attn: Russell C. Youngdahl, Jr<br>110 S. Jackson St., Ste. 206<br>Jackson MI 49201 | NuArx Inc<br>P.O. Box 771994<br>Detroit MI 48277-1994 | Oakland County Circuit Court<br>1200 N. Telegraph Road<br>Department 404<br>Pontiac MI 48341-0404 |
| Office Depot<br>6600 N Military Trail<br>Bankruptcy Processing<br>Boca Raton, FL 33496-2434 | Oracle Screening Services Inc<br>68 Weiskopf Ave. Suite 15<br>McKinney TX 75070 | Organix Recycling<br>19065 Hickory Creek Drive<br>Suite #240<br>Mokena IL 60448-8597 |
| Otis Elevator Company<br>P.O. Box 73579<br>Chicago IL 60673-7579 | Ottawa County Health Dept.<br>12251 James Street<br>Suite 200<br>Holland MI 49424-8942 | Patty Matters<br>3439 Senora Avenue SE<br>Grand Rapids MI 49508-2510 |
| Paytronix Systems Inc<br>80 Bridge St<br>Newton MA 02458-1119 | Pellitteri Waste Systems<br>P.O. Box 259426<br>7035 Raywood Road<br>Madison WI 53713-2271 | Perkins Coie LLP<br>PO Box 24643<br>Seattle WA 98124-0643 |

| | | |
|---|---|---|
| Perrigo Printing<br>125 Ottawa Ave. NW<br>Ledyard Bilding<br>Grand Rapids MI 49503-2898 | Phil Crawford<br>679 Mountain Avenue<br>Berkeley Heights NJ 07922-2523 | John T. Piggins<br>Miller Johnson<br>45 Ottawa Avenue, SW<br>Suite 1100<br>Grand Rapids, MI 49503-4265 |
| Pitney Bowes Global<br>Financial Services<br>P.O. Box 371887<br>Pittsburgh PA 15250-7887 | Pizza Parliament LLC<br>199 Deer Run Drive NE<br>Ada MI 49301-9541 | Plante & Moran PLLC<br>634 Front Ave NW<br>Grand Rapids MI 49504-5370 |
| Plaza Storage, LLC<br>Dept. 9536<br>P.O. Box 30516<br>Lansing MI 48909-8016 | Professional Maintenance<br>of Michigan, Inc.<br>1640 Elizabeth NW<br>Grand Rapids MI 49504-2002 | Project 35 LLC<br>c/o Rockford Construction<br>61 First Street NW<br>Grand Rapids MI 49504 |
| Purchase Power<br>P.O. Box 371874<br>Pittsburgh PA 15250-7874 | QSR Automations Inc<br>2301 Stanley Gault Parkway<br>Louisville KY 40223-4173 | R.E. Golden Produce Co.<br>1337 Gilson Street<br>Madison WI 53715-2121 |
| RLM Services, LLC<br>510 Cheshire Drive NE<br>Grand Rapids MI 49505-4145 | Steven L. Rayman<br>Rayman & Knight<br>141 E Michigan Avenue, Ste 301<br>Kalamazoo, MI 49007-3943 | Republic<br>1633 Highwood West<br>Pontiac MI 48340-1244 |
| Richard Smith<br>26 Gibralter Dr. NE<br>Rockford MI 49341-7703 | Richard and Bernadette Cooley<br>4427 Harvey Avenue<br>Western Springs IL 60558-1646 | Dean E. Rietberg<br>Trial Attorney<br>Office of the US Trustee<br>The Ledyard Building, 2nd Floor<br>125 Ottawa NW, Suite 200R<br>Grand Rapids, MI 49503-2865 |
| Rock Creek Advisors LLC<br>555 Fifth Avenue, 14th Floor<br>New York NY 10017-9257 | Roger Lipton<br>983 Park Avenue<br>New York NY 10028-0808 | Jason H. Rosell<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4554 |
| Round It Up America<br>P.O. Box 844284<br>Los Angeles CA 90084-4284 | Rowster Coffee<br>632 Wealthy St SE<br>Grand Rapids MI 49503-5447 | Rutledge Ecenia, P.A.<br>P.O. Box 551<br>Tallahassee FL 32302-0551 |
| SECURITIES & EXCHANGE COMM<br>BANKRUPTCY SECTION<br>175 W. JACKSON BLVD.<br>SUITE 900<br>CHICAGO, IL 60604-2815 | Saladino Smoke LLC<br>758 Ada Way Ave. SE<br>Ada MI 49301-7817 | Sarah Jones<br>915 Washington St. #101<br>Kansas City MO 64105-2255 |
| Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 7100<br>Chicago IL 60606-6307 | Todd M. Schwartz<br>Paul Hastings LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304-1106 | Mark Sellers<br>1040 Oakleigh Rd NW<br>Grand Rapids, MI 49504-3715 |

Shawn and Alexandria Blonk  
1063 Ardmore SE  
Grand Rapids MI 49507-2748

Howard S. Sher  
Jacob & Weingarten, PC  
2301 West Big Beaver, Ste 777  
Troy, MI 48084-3330

Smart Care Equipment Solutions  
EEC Acquisition LLC  
P.O. Box 74008980  
Chicago IL 60674-8980

Sonitrol Great Lakes - Michigan  
7241 Fenton Rosd  
Grand Blanc, MI  48439

Sonitrol of Lexington, Inc.  
3166 Custer Drive  
Lexington KY 40517-4000

Sparkling Windows Corp.  
6820 Lansdown Dr.  
Dimondale, MI 48821-9431

Steve and Allison Cestari  
3182 Baypoint Drive  
Rochester MI 48309-1272

Stratus Solutions  
P.O. Box 211339  
Denver CO 80221-0391

Suter Mechanical Inc.  
P.O. Box 22735  
Lexington KY 40522-2735

TBX  
601 Fifth St. NW  
Suite 301  
Grand Rapids MI 49504-5182

Tacos El Cunado  
1024 Bridge Street NW  
Grand Rapids MI 49504-5025

TalentReef  
Dept CH 19769  
Palatine IL 60055-0001

TelDesigns Inc  
P.O. Box 2625  
Holland MI 49422-2625

The Edelen Company Inc.  
4170 Shoreline Drive  
Earth City MO 63045-1212

The Green Company, Inc.  
7310 Woodward Ave  
STE 740  
Detroit, MI 48202-3165

The Knot  
11106 Mockingbird Drive  
Omaha NE 68137-2331

The Lock Up Storage Centers  
701 N. 7th Street  
Minneapolis MN 55411-4311

The Walking Wiener  
1342 Fisk Road SE  
Grand Rapids MI 49506-3278

Thinc Barfly, LLC  
9500 Downes St. NE  
Lowell MI 49331-9772

Thinkbox Creative, LLC  
601 Fifth Street NW  
Suite 301  
Grand Rapids MI 49504-5182

ThyssenKrupp Elevator Corp.  
c/o Law Office of D. Park Smith  
250 Cherry Springs Rd.  
Suite 200  
Hunt, TX 78024-3010

Todd Kronebusch  
1537 Providence Cove Court  
Byron Center MI 49315-9149

Todd Kronebusch  
35 Oakes Street SW  
Suite 400  
Grand Rapids MI 49503-3137

Jason M. Torf  
Ice Miller LLP  
200 W. Madison St.  
Suite 3500  
Chicago, IL 60606-3417

Travelers Insurance  
One Tower Square  
Hartford CT 06183-0002

Denise D. Twinney  
Wardrop & Wardrop, P.C.  
300 Ottawa Avenue, NW  
Suite 150  
Grand Rapids, MI 49503-2308

UNITED STATES TRUSTEE  
THE LEDYARD BUILDING, 2ND FLOOR  
125 OTTAWA NW, SUITE 200R  
GRAND RAPIDS, MI 49503-2837

US Signal  
201 Ionia Ave SW  
Grand Rapids MI 49503-4136

Uline, Inc.  
12575 Uline Drive  
Pleasant Prairie, WI 53158-3686

UniFi Equipment Finance, Inc.  
801 W Ellsworth Rd  
Ann Arbor, MI 48108-3314

United Mobile Power Wash, Inc.
P.O. Box 725257
Berkley MI 48072-5257

United States Attorney's Offic
Western District of Michigan
Bankruptcy Section
P.O. Box 208
Grand Rapids MI 49501-0208

Untappd
21 South Front Street
Wilmington NC 28401-4463

VSP Insurance Co.
P.O. Box 742788
Los Angeles CA 90074-2788

Elizabeth B. Vandesteeg
Sugar Felsenthal Grais & Helsinger LLC
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602-3481

Veritiv
140 Thorn Hill Road
Warrendale PA 15086

Veritiv
Commercial Collection Corp of NY
34 Seymour St
Tonawanda NY 14150-2126

Verizon Wireless
P.O. Box 660108
Dallas TX 75266-0108

(p)VICINITY ENERGY GRAND RAPIDS
ATTN SUITE 500
50 LOUIS STREET NW
GRAND RAPIDS MI 49503-2674

Elisabeth M. Von Eitzen
Warner Norcross + Judd LLP
1500 Warner Building
150 Ottawa Avenue NW
Grand Rapids, MI 49503-2832

Vos Glass, Inc.
902 Scribner NW
Grand Rapids MI 49504-4411

Voxx Lighting
P.O. Box 22159
Lincoln NE 68542-2159

Robert F. Wardrop II
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, N.W., Ste 150
Grand Rapids, MI 49503-2308

Waste Management
P.O. Box 9001054
Louisville KY 40290-1054

Waste Pro
P.O. Box 865185
Orlando FL 32886-5185

West Michigan Document
Shredding LLC
PO Box 459
Hudsonville MI 49426-0459

Western World
300 Kimball Drive
Suite 500
Parsippany NJ 07054-2187

William Holmes
P.O. Box 3728
Midland TX 79702-3728

William Vosseler
4246 Marber Avenue
Lakewood CA 90713-3054

Williams Group Inc.
70 Ionia Avenue
Suite 200
Grand Rapids MI 49503-5139

Wisely Inc.
205 E. Washington Street
Suite 2A
Ann Arbor MI 48104-2030

Wolf Tanglefoot, LLC
c/o Rachel L Hillegonds
Miller Johnson, PO Box 306
Grand Rapids, MI 49501-0306

Wolfe Service, LLC
838 West River Center Dr, Ste B
Comstock Park, MI 49321-9024

Scott A. Wolfson
Wolfson Bolton PLLC
3150 Livernois
Suite 275
Troy, MI 48083-5034

Wooten Family Trust
1637 Santa Rosa Avenue
Santa Barbara CA 93109-2068

Yelp Inc.
P.O. Box 398857
San Francisco CA 94139-8857

Zurich
1333 Richwood Dr. SE
Grand Rapids MI 49508-3544

eFileCabinet
3300 N. Ashton Blvd.
Suite 400
Lehi UT 84043-5351

iHeart Media, Inc
20880 Stone Oak Parkway
San Antonio, TX 78258-7460

iHeartMedia
3964 Collection Center Drive
Chicago IL 60693-0039

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jay Gudebski Trust<br>1561 Rancho View Road<br>Lafayette CA 94549 | KM Prost, LLC<br>957 Leonard Street NW<br>Grand Rapids MI 49504 | Lobb & Hurst, PLLC<br>4898 Brownsboro Road<br>Suite 300<br>Louisville KY 40207-2427 |
| Michigan Unemployment Insurance Agency<br>3024 West Grand Blvd.<br>Tax Office, Suite 12-300<br>Detroit, MI 48202 | Vicinity Energy Grand Rapids<br>50 Louis St NW, Suite 500<br>Grand Rapids MI 49503 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CIP Administrative, LLC | (u)Gordon Food Service, Inc. | (u)HC Woodward LLC |
| (d)Hoekstra Electrical Services LLC<br>80 W 64th St<br>Holland, MI 49423-9356 | (d)Information Professionals Inc.<br>Department 888<br>P.O. Box 299<br>Emerson NJ 07630-0299 | (u)Official Committee of Unsecured Creditors |
| (u)Project Oscar, LLC | (d)United States Trustee<br>The Ledyard Building, 2nd Floor<br>125 Ottawa NW, Suite 200R<br>Grand Rapids, MI 49503-2837 | End of Label Matrix<br>Mailable recipients  269<br>Bypassed recipients    8<br>Total                277 |