UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al.*,[1]

Debtors.

_____/

Chapter 11
Hon. James W. Boyd
Jointly Administered
Case No. 20-01947-jwb

## ORDER APPROVING MOTION FOR STIPULATED RELIEF
## (RE: STAY RELIEF & ABANDONMENT OF ROYAL OAK LIQUOR LICENSE)

Upon consideration of the Motion to Approve Stipulated Relief Re: Royal Oak Liquor License (Doc #:166), and the Stipulation For Stay Relief and Abandonment of Debtors' Interest in HopCat-Royal Oak, LLC Liquor License referenced therein (the "Stipulation") between the Debtors and Innovo Development Group, L.L.C.; the Bankruptcy Court having jurisdiction to consider the Motion, the Stipulation and the relief requested pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that proper and adequate notice of the Motion has been given under the particular circumstances pursuant to Bankruptcy Rule 2002 and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, the relief appearing to be in the best interest of the Estate and the creditors; and the Court being otherwise fully advised in the premises;

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274) 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat– GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), **HopCat- Royal Oak, LLC** (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon)(4255).

NOW THEREFORE, IT IS HEREBY ORDERED:

1. That the Motion (Doc #:166) is granted in all respects, and specifically that

   - the interest of the Debtors in the MLCC Class C Resort Liquor License owned by HopCat – Royal Oak, LLC is hereby deemed abandoned in accordance with 11 U.S.C. §554; and

   - Innovo Development Group, L.L.C. is granted relief from stay solely for the purposes of protecting and enforcing its interest in the Liquor License currently in the name of HopCat – Royal Oak, LLC and to otherwise effectuate an assignment, transfer or sale thereof through the Michigan Liquor Control Commission.

2. This Order has immediate effect notwithstanding the provisions of FRBP 4001(a)(3) and shall be binding and effective despite any conversion of this proceeding to one under any other Chapter of the Title 11 of the U.S. Bankruptcy Code.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### END OF ORDER

*Order Prepared and Submitted By:*
Robert F. Wardrop II (P31639)
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, NW, Suite 150
Grand Rapids, MI  49503
(616) 459-1225
robb@wardroplaw.com
bkfilings@wardroplaw.com

**IT IS SO ORDERED.**

Dated August 6, 2020



James W. Boyd
United States Bankruptcy Judge