## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

### ORDER ADJOURNING SALE HEARING AND CURE HEARINGS

The Court has reviewed the stipulation between the Debtors,[2] the Objecting Creditors, the Committee, the Lender and the Stalking Horse Bidder, which requests that the Court issue an order adjourning the Sale Hearing and the Cure Hearings, which are currently set for August 27, 2020 at 10:00 a.m. The Court has determined to grant the request for an order approving that stipulation without further notice or hearing, therefore:

**IT IS ORDERED THAT:**

1. The Sale Hearing and Cure Hearings will be held before the Court on **September 15, 2020 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel and interested parties may be heard; *provided*, the Debtors may seek an adjournment of the Sale Hearing, consistent with the Procedures Order.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

[2] All capitalized terms not otherwise defined have the same meaning as set forth in the Stipulation.

2. The deadline for the Committee and the United States Trustee to file a response to the Sale Motion is adjourned until September 11, 2020 at 5:00 p.m. (eastern time).

3. The hearings will be conducted by videoconferencing using the Zoom Cloud Meeting Program/App. Any party or attorney who wishes to appear at the hearing must register by no later than **September 14, 2020 at 1:00 p.m.** Eastern time. Information about registration is available on the Court's website under Covid-19 Notices, https://www.miwb.uscourts.gov/covid-19-notices. Parties who have already registered with the Court for the August 27, 2020 hearing do not need to re-register.

**END OF ORDER**

*Order prepared and submitted by:*

WARNER NORCROSS + JUDD LLP
Elisabeth M. Von Eitzen (P70183)
1500 Warner Building
150 Ottawa Avenue, NW
Telephone: (616) 752-2418
Facsimile: (616) 222-2418
evoneitzen@wnj.com
Counsel for Debtors