## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Joint Administration*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 26, 2020, a copy of the documents listed below were served by CM/ECF and on the attached service list by first class mail, postage prepaid:

Debtors' Third Omnibus Motion for Entry of an Order Rejecting Certain Unexpired Leases and to Abandon any Remaining Personal Property Located at the Leased Premises and to Approve Landlord Agreements Related to Same and a proposed order

Notice to Creditors and other Parties in Interest Regarding Debtors' Third Omnibus Motion for Entry of an Order Rejecting Certain Unexpired Leases and to Abandon any Remaining Personal Property Located at the Leased Premises and to Approve Landlord Agreements Related to Same

Dated: August 26, 2020

WARNER NORCROSS + JUDD LLP

/s/ Elisabeth M. Von Eitzen
Rozanne M. Giunta (P29969)
Elisabeth M. Von Eitzen (P70183)
Stephen B. Grow (P39622)
150 Ottawa Avenue, NW Ste. 1500
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000
Attorneys for Debtors           20598897

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

| | | |
|---|---|---|
| BarFly Ventures, LLC<br>c/o Mark A. Sellers, III<br>35 Oakes Street, SW, Suite 400<br>Grand Rapids, Michigan 49503 | Pachulski Stang Ziehl & Jones LLP<br>Attn. John Lucas<br>150 California Street, 15th Floor<br>San Francisco, CA  94111-4500 | United States Trustee<br>Attn. Michael Maggio<br>125 Ottawa Street, Suite 200R<br>Grand Rapids, Michigan 49503 |
| Sugar Felsenthal Grais & Helsinger<br>Attn: Michael Brandess<br>30 N. LaSalle St., Ste. 3000 Chicago, Illinois 60602 | Jaffe Raitt Heuer & Weiss<br>Attn: Paul Hage<br>27777 Franklin Rd., Ste. 2500<br>Southfield, Michigan 48034 | Rayman & Knight<br>Attn: Steve Rayman<br>141 E Michigan Ave # 301<br>Kalamazoo, Michigan 49007 |
| Paul Hastings LLP<br>Attn: Nathan S. Gimpel<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606 | 222 Venture LLP<br>c/o Urban Land Interests, LLC<br>10 East Doty Street, Suite 300<br>Madison, Wisconsin 53703 | Nicollet Residences, LLC<br>c/o AEW Management LP<br>465 Nicollet Mall<br>Minneapolis, Minnesota 55401 |
| US Trustee's Office<br>125 Ottawa NW  Ste 200R<br>Grand Rapids MI 49503 | Hood Westport LLC; Tholen Westport LLC; Irving Westport LLC c/o CAD Management LLC<br>Attn: Wesley J. Carrillo<br>1100 Main Street, Suite 2121<br>Kansas City, Missouri 64105 | Victorian Square, LLC<br>401 West Main Street, Ste 313<br>Lexington, Kentucky 40507 |