UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al.*,[1]

    Debtors.

_____/

Chapter 11
Hon. James W. Boyd
Jointly Administered
Case No. 20-01947-jwb

## CERTIFICATE OF SERVICE

Wendy Rouse of Wardrop & Wardrop, P.C. hereby certifies that on the 26th day of August, 2020, **JK East Beltline LLC's Supplemental Protective Objection to Debtors' Proposed Sale Order Re: Adequate Assurance** was filed electronically with the Clerk using the Court's CM/ECF system which sent notification of such filing to counsel of record including the Debtors' Attorneys, Attorneys for the Official Committee of Unsecured Creditors, and Office of the U.S. Trustee Attorneys and all other interested parties registered in this jointly administered Chapter 11 case requesting service via ECF notification, and, further that in accordance with Paragraph 6 of the Notice (Doc #198), **JK East Beltline LLC's Supplemental Protective Objection to Debtors' Proposed Sale Order Re: Adequate Assurance** was also served via e-mail upon the Objection Notice Parties:

    John Lucas
    jlucas@pszjlaw.com

    Michael Brandess
    mbrandess@sfgh.com

    Jason Rosell
    jrosell@pszjlaw.com

    Nathan Gimpel
    nathangimpel@paulhastings.com

        /S/ Wendy Rouse
    Wendy Rouse
    bkfilings@wardroplaw.com

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274) 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), **HopCat– GR Beltline, LLC** (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon)(4255).