# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*

          Debtors.

Case No.: 20-01947-jwb
Chapter 11
Honorable James W. Boyd

**Rozanne M. Giunta**
Attorney for Debtor
715 E. Main St., Ste. 110
Midland, MI 48640

**Nicholas J. Spigiel (P73526)**
Kreis, Enderle, Hudgins & Borsos, PC
Attorney for **GTW Depot, LLC**
PO Box 4010
Kalamazoo, MI 49003-4010

**NOTICE OF PARTY IN INTEREST STATUS, APPEARANCE OF AND REPRESENTATION BY COUNSEL AND DEMAND FOR SERVICE OF PAPERS**

**TO:**  **Clerk of the Court**
U.S. Bankruptcy Court
Western District of Michigan
1 Division Ave., N
Room 200
Grand Rapids, MI 49503

**Rozanne M. Guinta**
Attorney for Debtor
715 E. Main St.
Ste. 110
Midland, MI 48640

**Office of the U.S. Trustee**
The Ledyard Building, 2nd Floor
125 Ottawa NW, Ste. 200R
Grand Rapids, MI 49503

**Michael V. Maggio**
**Dean E. Rietberg**
United States Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Ste. 200R
Grand Rapids, MI 49503

**PLEASE TAKE NOTICE** that the undersigned is counsel to **GTW DEPOT, LLC,** a party in interest in the above captioned case and, pursuant to Bankruptcy Rule 2002 and Sections 704(a)(7); 1106(a)(1); 1202(b)(1) and / or 1302 (b)(1) of the Bankruptcy Code, as applicable to this case demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Sections 704(a)(7); 1106(a)(1); 1202(b)(1) and / or 1302 (b)(1) of the Bankruptcy Code, as applicable in this case; the foregoing demand includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, e-mail or otherwise, which affects the Debtor or the property of the Debtor or the estate.

Dated: 08/26/2020

**BUSINESS ADDRESS:**

P.O. Box 4010
Kalamazoo, MI 49003
(269) 324-3000
nspigiel@kehb.com

Respectfully submitted,

**KREIS, ENDERLE, HUDGINS
& BORSOS, P.C.**

By: /s/  *Nicholas J. Spigiel*
         Nicholas J. Spigiel (P73526)
         Attorneys for GTW Depot, LLC