United States Bankruptcy Court
Western District of Michigan

In re:                                                    Case No. 20-01947-jwb
Barfly Ventures, LLC                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0646-1        User: lindstrom        Page 1 of 3            Date Rcvd: Aug 28, 2020
                           Form ID: ostrkce        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2020.
8602447        +Boss Business Solutions,    724 George St,    Midland MI 48640-5330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2020 at the address(es) listed below:
          Anh P. Nguyen    on behalf of Creditor    Fourth Enterprises, LLC f/n/a HotSchedules
          nguyen@slollp.com
          Anthony J. Kochis    on behalf of Creditor    HC Woodward LLC akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com
          David E. Bevins    on behalf of Creditor    Project Oscar, LLC ECF-Deb@rhoadesmckee.com,
          ecf@rhoadesmckee.com
          Dean E. Rietberg    Dean.E.Rietberg@usdoj.gov
          Denise D. Twinney    on behalf of Creditor    Innovo Development Group, LLC bkfilings@wardroplaw.com
          Denise D. Twinney    on behalf of Creditor    JK East Beltline Real Estate LLC
          bkfilings@wardroplaw.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Chicago, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    Barfly Management, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-GR Beltline, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    50 Amp Fuse, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Royal Oak, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Ann Arbor, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Kansas City, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Lexington, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-St. Louis, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Detroit, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Lincoln, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Port St. Lucie, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    9 Volt, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Indianapolis, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Kalamazoo, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    GRBC Holdings, LLC evoneitzen@wnj.com,
          jnikodemski@wnj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Holland, LLC evoneitzen@wnj.com,
           jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    Luck of the Irish, LLC evoneitzen@wnj.com,
           jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Minneapolis, LLC evoneitzen@wnj.com,
           jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    Barfly Ventures, LLC evoneitzen@wnj.com,
           jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Louisville, LLC evoneitzen@wnj.com,
           jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Madison, LLC evoneitzen@wnj.com,
           jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    EL Brewpub, LLC evoneitzen@wnj.com,
           jnikodemski@wnj.com
          Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Concessions, LLC evoneitzen@wnj.com,
           jnikodemski@wnj.com
          Elizabeth B. Vandesteeg    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors evandesteeg@sfgh.com, bkdocket@sfgh.com
          Erika R. Barnes    on behalf of Creditor    1064 Bardstown, LLC ebarnes@stites.com,
           cbeatty@stites.com;docketclerk@stites.com
          Howard S. Sher    on behalf of Creditor    Liberty Maynard, LLC howard@jacobweingarten.com
          Jason M. Torf    on behalf of Creditor    Gordon Food Service, Inc. jason.torf@icemiller.com
          Jeff A. Moyer    on behalf of Creditor    Project 35, LLC jeff@thebankruptcygrp.com,
           crissy@thebankruptcygrp.com;heather@thebankruptcygrp.com
          John C. Cannizzaro    on behalf of Creditor    Gordon Food Service, Inc.
           john.cannizzaro@icemiller.com
          John T. Piggins    on behalf of Interested Party Mark  Sellers ecfpigginsj@millerjohnson.com,
           8473902420@filings.docketbird.com;Docket@millerjohnson.com
          Judith Greenstone Miller    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors of Barfly Ventures, LLC jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
          Judith Greenstone Miller    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
          Michael Aaron Brandess    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors mbrandess@sfgh.com, bkdocket@sfgh.com
          Michael Aaron Brandess    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors of Barfly Ventures, LLC mbrandess@sfgh.com, bkdocket@sfgh.com
          Michael E. Moore    on behalf of Interested Party    Mercantile Bank of Michigan
           moore@millercanfield.com, laitila@millercanfield.com
          Michael J. Malinowski    on behalf of Interested Party MIKE  MALINOWSKI ecf@malinowskilaw.com
          Michael V. Maggio    michael.v.maggio@usdoj.gov
          Nicholas J. Spigiel    on behalf of Interested Party    GTW Depot, LLC nspigiel@kreisenderle.com,
           dquick@kreisenderle.com
          Norman C. Witte    on behalf of Creditor    A&G Partnership, LLC ncwitte@wittelaw.com,
           mmallswede@wittelaw.com
          Patrick E. Sweeney    on behalf of Creditor    Ionia Ventures, LLC psweeney@rhoadesmckee.com,
           kjhaisma@rhoadesmckee.com
          Patrick E. Sweeney    on behalf of Creditor    58 Ionia Holdings, LLC psweeney@rhoadesmckee.com,
           kjhaisma@rhoadesmckee.com
          Paul R. Hage    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
           Barfly Ventures, LLC phage@jaffelaw.com, gshaw@jaffelaw.com
          Paul R. Hage    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           phage@jaffelaw.com, gshaw@jaffelaw.com
          Robert F. Wardrop, II    on behalf of Creditor    JK East Beltline Real Estate LLC
           bkfilings@wardroplaw.com, bkrfilings@wardroplaw.com;bkwalfilings@wardroplaw.com
          Robert F. Wardrop, II    on behalf of Creditor    Innovo Development Group, LLC
           bkfilings@wardroplaw.com, bkrfilings@wardroplaw.com;bkwalfilings@wardroplaw.com
          Ronald E. Gold    on behalf of Creditor    First Savings Bank rgold@fbtlaw.com,
           awebb@fbtlaw.com;eseverini@fbtlaw.com;sbryant@fbtlaw.com
          Rozanne M. Giunta    on behalf of Debtor    HopCat-Kansas City, LLC rgiunta@wnj.com,
           scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta    on behalf of Debtor    HopCat-Louisville, LLC rgiunta@wnj.com,
           scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta    on behalf of Debtor    HopCat-Chicago, LLC rgiunta@wnj.com,
           scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta    on behalf of Debtor    50 Amp Fuse, LLC rgiunta@wnj.com,
           scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta    on behalf of Debtor    HopCat-St. Louis, LLC rgiunta@wnj.com,
           scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta    on behalf of Debtor    Barfly Ventures, LLC rgiunta@wnj.com,
           scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta    on behalf of Debtor    HopCat-GR Beltline, LLC rgiunta@wnj.com,
           scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta    on behalf of Debtor    HopCat-Royal Oak, LLC rgiunta@wnj.com,
           scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta    on behalf of Debtor    9 Volt, LLC rgiunta@wnj.com,
           scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta    on behalf of Debtor    HopCat-Detroit, LLC rgiunta@wnj.com,
           scardinal@wnj.com;giuntarr81911@notify.bestcase.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Rozanne M. Giunta   on behalf of Debtor   HopCat-Kalamazoo, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   HopCat-Ann Arbor, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   HopCat-Concessions, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   HopCat-Lexington, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   HopCat-Madison, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   HopCat-Holland, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   Luck of the Irish, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   EL Brewpub, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   GRBC Holdings, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   Barfly Management, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   HopCat-Port St. Lucie, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   HopCat-Lincoln, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   HopCat-Indianapolis, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Rozanne M. Giunta   on behalf of Debtor   HopCat-Minneapolis, LLC rgiunta@wnj.com,
              scardinal@wnj.com;giuntarr8191l@notify.bestcase.com
              Scott A. Wolfson   on behalf of Creditor   HC Woodward LLC swolfson@wolfsonbolton.com,
              stravis@wolfsonbolton.com
              Shannon L. Deeby   on behalf of Creditor   Fourth Enterprises, LLC f/n/a HotSchedules
              sdeeby@clarkhill.com
              Stephen B. Grow   on behalf of Debtor   HopCat-GR Beltline, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Kalamazoo, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Lexington, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   Barfly Ventures, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Minneapolis, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Lincoln, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Royal Oak, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   Luck of the Irish, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Concessions, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Kansas City, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Chicago, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   EL Brewpub, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   9 Volt, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Ann Arbor, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Indianapolis, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-St. Louis, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Detroit, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   50 Amp Fuse, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Louisville, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Holland, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   HopCat-Madison, LLC sgrow@wnj.com, bpowers@wnj.com
              Stephen B. Grow   on behalf of Debtor   GRBC Holdings, LLC sgrow@wnj.com, bpowers@wnj.com
              Steven L. Rayman   on behalf of Interested Party   CIP Administrative, LLC
              courtmail@raymanknight.com
              Timothy F. Nixon   on behalf of Creditor   222 Venture, LLP tnixon@gklaw.com,
              kboucher@gklaw.com;ekulpinski@gklaw.com
              Wesley Jacob Carrillo   on behalf of Creditor   CAD Management, LLC wcarrillo@enszjester.com
              Wesley Jacob Carrillo   on behalf of Creditor   Tholen Westport, LLC wcarrillo@enszjester.com
              Wesley Jacob Carrillo   on behalf of Creditor   Hood Westport, LLC wcarrillo@enszjester.com
              Wesley Jacob Carrillo   on behalf of Creditor   Irving Westport, LLC wcarrillo@enszjester.com
                                                                      TOTAL: 107

Form OSTRKCE (12/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Barfly Ventures, LLC**<br>35 Oakes Street SW #400<br>Grand Rapids, MI 49503<br>Tax ID: 27–1798379<br><br><div align="right">**Debtor**</div> | **Case Number 20–01947–jwb**<br><br>**Chapter 11**<br><br>**Honorable James W. Boyd** |

## NOTICE OF DEFECTIVE CLAIM

In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005–2(e), the following proof of claim presented for filing is deemed defective:

       Claim Number: 58

       Name of Claimant: Boss Business Solutions

       Reason for Defect: Case name & number do not match *(Top of Proof of Claim form lists creditor as Debtor 1)*

    NOTICE IS FURTHER GIVEN that the following action must be taken.

☑ Document needs to be re–filed
☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456–2693 or by using online chat via www.miwb.uscourts.gov



*Michelle M. Wilson*
Michelle M. Wilson
Clerk of Court

**Dated:** August 28, 2020

[1] *Aliases for Debtor Barfly Ventures, LLC : Note See Joint Administration Order (DN 60)*