Form OSTRKCE (12/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Barfly Ventures, LLC**<br>35 Oakes Street SW #400<br>Grand Rapids, MI 49503<br>Tax ID: 27–1798379<br><br>**Debtor** | **Case Number 20–01947–jwb**<br><br>**Chapter 11**<br><br>**Honorable James W. Boyd** |

# NOTICE OF DEFECTIVE CLAIM

In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005–2(e), the following proof of claim presented for filing is deemed defective:

    Claim Number: 38–2

    Name of Claimant: Michael Moore

    Reason for Defect: Other No amount listed

    NOTICE IS FURTHER GIVEN that the following action must be taken.

☑ Document needs to be re–filed
☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456–2693 or by using online chat via www.miwb.uscourts.gov



Michelle M. Wilson
Clerk of Court

**Dated:** September 1, 2020

---

[1] *Aliases for Debtor Barfly Ventures, LLC : Note See Joint Administration Order (DN 60)*