```
                        United States Bankruptcy Court
                         Western District of Michigan
In re:                                                          Case No. 20-01947-jwb
Barfly Ventures, LLC                                            Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0646-1         User: lindstrom             Page 1 of 3              Date Rcvd: Sep 01, 2020
                             Form ID: ostrkce            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2020.
8598076        +Michael Moore,   179 Van Rensselaer Blvd.,   Menands, NY 12204-2002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2020 at the address(es) listed below:

              Anh P. Nguyen    on behalf of Creditor    Fourth Enterprises, LLC f/n/a HotSchedules
               nguyen@slollp.com
              Anthony J. Kochis    on behalf of Creditor    HC Woodward LLC akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com
              David E. Bevins    on behalf of Creditor    Project Oscar, LLC ECF-Deb@rhoadesmckee.com,
               ecf@rhoadesmckee.com
              Dean E. Rietberg    Dean.E.Rietberg@usdoj.gov
              Denise D. Twinney    on behalf of Creditor    Innovo Development Group, LLC bkfilings@wardroplaw.com
              Denise D. Twinney    on behalf of Creditor    JK East Beltline Real Estate LLC
               bkfilings@wardroplaw.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Chicago, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    Barfly Management, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-GR Beltline, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    50 Amp Fuse, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Royal Oak, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Ann Arbor, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Kansas City, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Lexington, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-St. Louis, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Detroit, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Lincoln, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Port St. Lucie, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    9 Volt, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Indianapolis, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    HopCat-Kalamazoo, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com
              Elisabeth M. Von Eitzen    on behalf of Debtor    GRBC Holdings, LLC evoneitzen@wnj.com,
               jnikodemski@wnj.com

```
District/off: 0646-1              User: lindstrom              Page 2 of 3              Date Rcvd: Sep 01, 2020
                                  Form ID: ostrkce             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Elisabeth M. Von Eitzen   on behalf of Debtor   HopCat-Holland, LLC evoneitzen@wnj.com, jnikodemski@wnj.com
          Elisabeth M. Von Eitzen   on behalf of Debtor   Luck of the Irish, LLC evoneitzen@wnj.com, jnikodemski@wnj.com
          Elisabeth M. Von Eitzen   on behalf of Debtor   HopCat-Minneapolis, LLC evoneitzen@wnj.com, jnikodemski@wnj.com
          Elisabeth M. Von Eitzen   on behalf of Debtor   Barfly Ventures, LLC evoneitzen@wnj.com, jnikodemski@wnj.com
          Elisabeth M. Von Eitzen   on behalf of Debtor   HopCat-Louisville, LLC evoneitzen@wnj.com, jnikodemski@wnj.com
          Elisabeth M. Von Eitzen   on behalf of Debtor   HopCat-Madison, LLC evoneitzen@wnj.com, jnikodemski@wnj.com
          Elisabeth M. Von Eitzen   on behalf of Debtor   EL Brewpub, LLC evoneitzen@wnj.com, jnikodemski@wnj.com
          Elisabeth M. Von Eitzen   on behalf of Debtor   HopCat-Concessions, LLC evoneitzen@wnj.com, jnikodemski@wnj.com
          Elizabeth B. Vandesteeg   on behalf of Creditor Committee   Official Committee of Unsecured Creditors evandesteeg@sfgh.com, bkdocket@sfgh.com
          Erika R. Barnes   on behalf of Creditor   1064 Bardstown, LLC ebarnes@stites.com, cbeatty@stites.com;docketclerk@stites.com
          Howard S. Sher   on behalf of Creditor   Liberty Maynard, LLC howard@jacobweingarten.com
          Jason M. Torf   on behalf of Creditor   Gordon Food Service, Inc. jason.torf@icemiller.com
          Jeff A. Moyer   on behalf of Creditor   Project 35, LLC jeff@thebankruptcygrp.com, crissy@thebankruptcygrp.com;heather@thebankruptcygrp.com
          John C. Cannizzaro   on behalf of Creditor   Gordon Food Service, Inc. john.cannizzaro@icemiller.com
          John T. Piggins   on behalf of Interested Party Mark Sellers ecfpigginsj@millerjohnson.com, 8473902420@filings.docketbird.com;Docket@millerjohnson.com
          Judith Greenstone Miller   on behalf of Creditor Committee   Official Committee of Unsecured Creditors of Barfly Ventures, LLC jmiller@jaffelaw.com, tneddermeyer@jaffelaw.com
          Judith Greenstone Miller   on behalf of Creditor Committee   Official Committee of Unsecured Creditors jmiller@jaffelaw.com, tneddermeyer@jaffelaw.com
          Michael Aaron Brandess   on behalf of Creditor Committee   Official Committee of Unsecured Creditors mbrandess@sfgh.com, bkdocket@sfgh.com
          Michael Aaron Brandess   on behalf of Creditor Committee   Official Committee of Unsecured Creditors of Barfly Ventures, LLC mbrandess@sfgh.com, bkdocket@sfgh.com
          Michael E. Moore   on behalf of Interested Party   Mercantile Bank of Michigan moore@millercanfield.com, laitila@millercanfield.com
          Michael M. Malinowski   on behalf of Interested Party MIKE MALINOWSKI ecf@malinowskilaw.com
          Michael V. Maggio   michael.v.maggio@usdoj.gov
          Nicholas J. Spigiel   on behalf of Interested Party   GTW Depot, LLC nspigiel@kreisenderle.com, dquick@kreisenderle.com
          Norman C. Witte   on behalf of Creditor   A&G Partnership, LLC ncwitte@wittelaw.com, mmallswede@wittelaw.com
          Patrick E. Sweeney   on behalf of Creditor   Ionia Ventures, LLC psweeney@rhoadesmckee.com, kjhaisma@rhoadesmckee.com
          Patrick E. Sweeney   on behalf of Creditor   58 Ionia Holdings, LLC psweeney@rhoadesmckee.com, kjhaisma@rhoadesmckee.com
          Paul R. Hage   on behalf of Creditor Committee   Official Committee of Unsecured Creditors of Barfly Ventures, LLC phage@jaffelaw.com, tneddermeyer@jaffelaw.com
          Paul R. Hage   on behalf of Creditor Committee   Official Committee of Unsecured Creditors phage@jaffelaw.com, tneddermeyer@jaffelaw.com
          Robert F. Wardrop, II   on behalf of Creditor   JK East Beltline Real Estate LLC bkfilings@wardroplaw.com, bkrfilings@wardroplaw.com;bkwalfilings@wardroplaw.com
          Robert F. Wardrop, II   on behalf of Creditor   Innovo Development Group, LLC bkfilings@wardroplaw.com, bkrfilings@wardroplaw.com;bkwalfilings@wardroplaw.com
          Ronald E. Gold   on behalf of Creditor   First Savings Bank rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;sbryant@fbtlaw.com
          Rozanne M. Giunta   on behalf of Debtor   HopCat-Kansas City, LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta   on behalf of Debtor   HopCat-Louisville, LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta   on behalf of Debtor   HopCat-Chicago, LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta   on behalf of Debtor   50 Amp Fuse, LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta   on behalf of Debtor   HopCat-St. Louis, LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta   on behalf of Debtor   Barfly Ventures, LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta   on behalf of Debtor   HopCat-GR Beltline, LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta   on behalf of Debtor   HopCat-Royal Oak, LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta   on behalf of Debtor   9 Volt, LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com
          Rozanne M. Giunta   on behalf of Debtor   HopCat-Detroit, LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

```
District/off: 0646-1           User: lindstrom              Page 3 of 3                   Date Rcvd: Sep 01, 2020
                               Form ID: ostrkce             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Rozanne M. Giunta    on behalf of Debtor    HopCat-Kalamazoo, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    HopCat-Ann Arbor, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    HopCat-Concessions, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    HopCat-Lexington, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    HopCat-Madison, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    HopCat-Holland, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    Luck of the Irish, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    EL Brewpub, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    GRBC Holdings, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    Barfly Management, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    HopCat-Port St. Lucie, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    HopCat-Lincoln, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    HopCat-Indianapolis, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Rozanne M. Giunta    on behalf of Debtor    HopCat-Minneapolis, LLC rgiunta@wnj.com,
               scardinal@wnj.com;giuntarr81911@notify.bestcase.com
              Scott A. Wolfson    on behalf of Creditor    HC Woodward LLC swolfson@wolfsonbolton.com,
               stravis@wolfsonbolton.com
              Shannon L. Deeby    on behalf of Creditor    Fourth Enterprises, LLC f/n/a HotSchedules
               sdeeby@clarkhill.com
              Stephen B. Grow    on behalf of Debtor    HopCat-GR Beltline, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Kalamazoo, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Lexington, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    Barfly Ventures, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Minneapolis, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Lincoln, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Royal Oak, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    Luck of the Irish, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Concessions, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Kansas City, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Chicago, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    EL Brewpub, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    9 Volt, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Ann Arbor, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Indianapolis, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-St. Louis, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Detroit, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    50 Amp Fuse, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Louisville, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Holland, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    HopCat-Madison, LLC sgrow@wnj.com,  bpowers@wnj.com
              Stephen B. Grow    on behalf of Debtor    GRBC Holdings, LLC sgrow@wnj.com,  bpowers@wnj.com
              Steven L. Rayman    on behalf of Interested Party    CIP Administrative, LLC
               courtmail@raymanknight.com
              Timothy F. Nixon    on behalf of Creditor    222 Venture, LLP tnixon@gklaw.com,
               kboucher@gklaw.com;ekulpinski@gklaw.com
              Wesley Jacob Carrillo    on behalf of Creditor    CAD Management, LLC wcarrillo@enszjester.com
              Wesley Jacob Carrillo    on behalf of Creditor    Tholen Westport, LLC wcarrillo@enszjester.com
              Wesley Jacob Carrillo    on behalf of Creditor    Hood Westport, LLC wcarrillo@enszjester.com
              Wesley Jacob Carrillo    on behalf of Creditor    Irving Westport, LLC wcarrillo@enszjester.com
                                                                                                  TOTAL: 107
```

Form OSTRKCE (12/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Barfly Ventures, LLC**<br>35 Oakes Street SW #400<br>Grand Rapids, MI 49503<br>Tax ID: 27-1798379<br><br>**Debtor** | Case Number 20-01947-jwb<br><br>Chapter 11<br><br>Honorable James W. Boyd |

# NOTICE OF DEFECTIVE CLAIM

In the above-noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005-2(e), the following proof of claim presented for filing is deemed defective:

    Claim Number: 38-2

    Name of Claimant: Michael Moore

    Reason for Defect: Other No amount listed

    NOTICE IS FURTHER GIVEN that the following action must be taken.

☑ Document needs to be re-filed
☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456-2693 or by using online chat via www.miwb.uscourts.gov



Michelle M. Wilson
Clerk of Court

**Dated:** September 1, 2020

---

[1] *Aliases for Debtor Barfly Ventures, LLC : Note See Joint Administration Order (DN 60)*