## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

     Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

## MONTHLY FEE STATEMENT OF SUGAR FELSENTHAL GRAIS & HELSINGER LLP FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUGUST 2020

| | |
|---|---|
| Name of Applicant: | Sugar Felsenthal Grais & Helsinger LLP |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | August 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $41,950.00[2]<br>80%  =  $33,560.00<br>20%  =  $8,390.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | **$33,560.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

[2] Pursuant to the Committee's retention of SFGH, SFGH invoices the Committee at a blended hourly rate of $500.

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:_____/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS &
HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
(312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel for the Official Committee of Unsecured
Creditors of Barfly Ventures, LLC et al.*

Dated: September 14, 2020

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle  Street
Suite 3000
Chicago, IL  60602
(312)704-9400

Page: 1

Official Committee of Unsecured Creditors
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.
Attn: Sharon Murphy, Dir of Credit
Palatine  IL  60055

08/31/2020

Account No:    10836-001
Statement No:      263207

Attn: Sharon Murphy, Director of Credit

General Case Administration

Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/11/2020 | MAB | Telephone conference with John Lucas regarding case status (0.3); email correspondence with Paul Hage regarding same (0.3). | 0.60 | 345.00 |
| 08/12/2020 | MAB | Telephone conference with James Morden regarding PPP hearing, sale, and case status (0.4). | 0.40 | 230.00 |
| 08/14/2020 | MAB | Multiple email correspondence with committee professional working group regarding Mark Sellers bankruptcy (0.5); strategy conference with Paul Hage regarding same (0.3). | 0.80 | 460.00 |
| 08/16/2020 | EBV | Attention to issues raised by Mark Sellers personal bankruptcy (0.4). | 0.40 | 262.00 |
| 08/17/2020 | EBV | Strategy conferences with Michael Brandess and Paul Hage regarding various issues (sale, PPP, Sellers' BK) (0.9). | 0.90 | 589.50 |
|  | MAB | Multiple e-mail correspondence with John Lucas regarding Mark Seller's bankruptcy filing (0.4); review loan document regarding same (0.3); telephone conference with John Lucas and Paul Hage regarding sale, PPP issue, and case status (0.4); strategy conference with committee professionals regarding case status (0.9). | 2.00 | 1,150.00 |
| 08/18/2020 | MAB | Review debtors' professionals' fee statements (0.7); email correspondence with Paul Hage regarding same (0.2). | 0.90 | 517.50 |
|  | EBV | Review draft appearance to be filed in Mark Sellers personal BK case (0.1). | 0.10 | 65.50 |
| 08/19/2020 | MAB | Telephone conference with John Lucas regarding PPP issue, sale, and case status (0.3); multiple strategy conferences and email correspondence with Elizabeth Vandesteeg and Paul Hage regarding same (0.7); strategy conference with Paul Hage regarding same (0.2). | 1.20 | 690.00 |
|  | EBV | Strategy conference with Michael Brandess regarding sale and PPP status and strategy (0.5); call with Mastodon and Committee professionals regarding sale update (0.5). | 1.00 | 655.00 |
| 08/24/2020 | MAB | Draft e-mail memorandum to John Lucas regarding sale motion, PPP issue, and Mark Sellers bankruptcy (0.3). | 0.30 | 172.50 |

Official Committee of Unsecured Creditors

| | | | Account No: | 10836-001 |
| | | | Statement No: | 263207 |

General Case Administration

| | | | Hours | |
|---|---|---|---|---|
| 08/25/2020 | MAB | Prepare for and participate in status hearing (0.8). | 0.80 | 460.00 |
| 08/27/2020 | EBV | Put together strategy and outline for TRO regarding declaratory/adversary regarding SBA and PPP funds (2.1). | 2.10 | 1,375.50 |
| 08/28/2020 | EBV | Attention to upcoming hearing in Sellers' bankruptcy to determine whether committee appearance necessary (0.3). | 0.30 | 196.50 |
| | | For Current Services Rendered | 11.80 | 7,169.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Elizabeth B. Vandesteeg | 4.80 | $655.00 | $3,144.00 |
| Michael A. Brandess | 7.00 | 575.00 | 4,025.00 |

FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle  Street
Suite 3000
Chicago, IL  60602
(312)704-9400

Official Committee of Unsecured Creditors
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.
Attn: Sharon Murphy, Dir of Credit
Palatine  IL  60055

Attn: Sharon Murphy, Director of Credit

Investigation of Operations & Assets

08/31/2020

Account No:     10836-004
Statement No:      263210

Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/03/2020 | MAB | Telephone conference with John Lucas regarding PPP responsive filings (0.2); strategy conference with Elizabeth Vandesteeg regarding same (0.4); telephone conference with Paul Hage regarding same (0.2); email correspondence with Mark Melickian regarding PPP legislation and committee responsive pleadings (0.3); finalize response to First Savings Bank objections (0.9). | 2.00 | 1,150.00 |
| | EBV | Review debtors objection to First Savings Bank (0.3); strategy conference with Michael Brandess regarding same (0.4). | 0.70 | 458.50 |
| | MSM | Analyze and summarize proposed PPP legislation and potential impact on case for Committee counsel team (2.1). | 2.10 | 1,438.50 |
| 08/04/2020 | EBV | Strategy conference with Michael Brandess regarding upcoming hearing (0.3). | 0.30 | 196.50 |
| | MAB | Review East Beltline letter regarding liquor license (0.3); email correspondence with committee professionals regarding same (0.2); research UCC filings regarding liquor license (0.3); email correspondence with Paul Hage regarding same (0.1); Strategy conference with Elizabeth Vandesteeg regarding PPP hearing (0.3) | 0.90 | 517.50 |
| | MSM | Telephone calls with Michael Brandess regarding Barfly arguments (0.2). | 0.20 | 137.00 |
| 08/05/2020 | MAB | Draft outline for PPP hearing (1.1); strategy conference with professional working group regarding same (0.8). | 1.90 | 1,092.50 |
| | EBV | Strategy conference with Michael Brandess regarding PPP argument (0.4); PPP hearing outline and preparation (2.2); strategy conference with committee professionals and debtors' counsel regarding PPP hearing prep (0.8); review First Savings Bank response (0.6). | 4.00 | 2,620.00 |
| 08/06/2020 | MAB | Prepare for and participate in hearing on PPP funds (1.8); email correspondence with committee regarding same (0.3); telephone conference with professional working group regarding same (0.3). | 2.40 | 1,380.00 |
| | EBV | Continue to prepare for hearing on use of PPP funds (2.3); attend and argue at hearing on PPP funds usage (1.8); various communications with | | |

Official Committee of Unsecured Creditors

Account No: 10836-004
Statement No: 263210

Investigation of Operations & Assets

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | committee/debtors' professionals regarding PPP, Mastodon, and other issues (0.4). | 4.50 | 2,947.50 |
|  | JTW | Review of FSB Supplemental Response (0.3); Strategy conference with Elizabeth Vandesteeg regarding same, primarily with respect to arguments on usage of PPP loan monies (0.6). | 0.90 | 522.00 |
| 08/07/2020 | MAB | Participate in court hearing on PPP funds (0.8); post-hearing strategy conference with committee professionals regarding same (0.3); post-hearing strategy conference with John Lucas and Paul Hage and Elizabeth Vandesteeg regarding same (0.6). | 1.70 | 977.50 |
|  | EBV | Continued hearing on use of PPP funds (0.7); strategy conference with Michael Brandess and Paul Hage regarding next steps and committee position in light of opinion (0.6). | 1.30 | 851.50 |
| 08/10/2020 | MAB | Telephone conference and e-mail correspondence with Jason Torf regarding ongoing food service (0.4). | 0.40 | 230.00 |
| 08/17/2020 | MAB | Review Mark Sellers' note to company (0.3); strategy conference with Committee professionals regarding same (0.3). | 0.60 | 345.00 |
|  |  | For Current Services Rendered | 23.90 | 14,864.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mark S. Melickian | 2.30 | $685.00 | $1,575.50 |
| Elizabeth B. Vandesteeg | 10.80 | 655.00 | 7,074.00 |
| Jeremy T. Waitzman | 0.90 | 580.00 | 522.00 |
| Michael A. Brandess | 9.90 | 575.00 | 5,692.50 |

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH "PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle  Street
Suite 3000
Chicago, IL  60602
(312)704-9400

Page: 1

Official Committee of Unsecured Creditors                                                        08/31/2020
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.                                   Account No:      10836-005
Attn: Sharon Murphy, Dir of Credit                              Statement No:        263211
Palatine  IL  60055

Attn: Sharon Murphy, Director of Credit

Employment & Fee Applications - SFGH

Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/04/2020 | MAB | Draft July monthly fee statement (1.2). | 1.20 | 690.00 |
| 08/05/2020 | MAB | Review U.S. Trustee objection to committee professional retainers (0.4); draft outline regarding same (0.8). | 1.20 | 690.00 |
|  | EBV | Review UST objection to SFGH retainers (0.2). | 0.20 | 131.00 |
| 08/10/2020 | MAB | Draft July monthly invoice (0.9); multiple e-mail correspondence with Paul Hage regarding same (0.3). | 1.20 | 690.00 |
|  | NB | Review and compile order overruling First Savings Bank's objections to fee statements of debtors' professionals; review and compile order authorizing employment of Sugar Felsenthal Grais & Helsinger, LLP (0.2). | 0.20 | 50.00 |
| 08/11/2020 | NB | Review and compile court docket entries related to limited objections to appointment of professionals (0.1). | 0.10 | 25.00 |
| 08/14/2020 | NB | Review and compile interim fee application for Sugar Felsenthal (0.1). | 0.10 | 25.00 |
|  |  | For Current Services Rendered | 4.20 | 2,301.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Elizabeth B. Vandesteeg | 0.20 | $655.00 | $131.00 |
| Michael A. Brandess | 3.60 | 575.00 | 2,070.00 |
| Nancy Bailey | 0.40 | 250.00 | 100.00 |

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
**30 N. LaSalle  Street**
**Suite 3000**
**Chicago, IL  60602**
**(312)704-9400**

| | |
|---|---|
| | Page: 1 |
| Official Committee of Unsecured Creditors | 08/31/2020 |
| Barfly Ventures, LLC, et al. | |
| c/o Gordon Food Service, Inc. | Account No:   10836-006 |
| Attn: Sharon Murphy, Dir of Credit | Statement No:   263212 |
| Palatine  IL  60055 | |

Attn: Sharon Murphy, Director of Credit

Employment & Fee Application - other professionals

Fees

| | | | Hours | |
|---|---|---|---|---|
| 08/04/2020 | MAB | Telephone conference with Paul Hage regarding monthly fee statements (0.2). | 0.20 | 115.00 |
| 08/05/2020 | MAB | Review and revise Mastodon retention order (0.4); email correspondence with John Lucas regarding same (0.2). | 0.60 | 345.00 |
| 08/10/2020 | NB | Review and compile order overruling First Savings Bank's objections to fee statements of debtors' professionals; review and compile orders authorizing employment of Amherst Partners, LLC, and Jaffe Raitt Heuer & Weiss, P.C. (0.2). | 0.20 | 50.00 |
| | | For Current Services Rendered | 1.00 | 510.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 0.80 | $575.00 | $460.00 |
| Nancy Bailey | 0.20 | 250.00 | 50.00 |

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH**
**"PAY MY BILL" LINK AT WWW.SFGH.COM**
**AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD**
**PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
**30 N. LaSalle Street**
**Suite 3000**
**Chicago, IL 60602**
**(312)704-9400**

Page: 1

Official Committee of Unsecured Creditors
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.
Attn: Sharon Murphy, Dir of Credit
Palatine IL 60055

08/31/2020
Account No: 10836-009
Statement No: 263214

Attn: Sharon Murphy, Director of Credit

Budget & Financial Issues

Fees

| | | | Hours | |
|---|---|---|---|---|
| 08/03/2020 | MAB | Email correspondence with Sheldon Stone and James Morden regarding cash flow projections (0.2). | 0.20 | 115.00 |
| | | For Current Services Rendered | 0.20 | 115.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 0.20 | $575.00 | $115.00 |

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH**
**"PAY MY BILL" LINK AT WWW.SFGH.COM**
**AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD**
**PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle  Street
Suite 3000
Chicago, IL  60602
(312)704-9400

Official Committee of Unsecured Creditors
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.
Attn: Sharon Murphy, Dir of Credit
Palatine  IL  60055

Page: 1
08/31/2020
Account No:      10836-011
Statement No:        263215

Attn: Sharon Murphy, Director of Credit

Committee Meetings & Governance

Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/03/2020 | MAB | Telephone conference with Craig Hall regarding case status (0.3); email correspondence with committee regarding committee's and debtors' responses to First Savings Bank's filings (0.2). | 0.50 | 287.50 |
| 08/04/2020 | MAB | Draft agenda for committee meeting (0.2); participate in same (0.5). | 0.50 | 287.50 |
| 08/05/2020 | MAB | Email correspondence with committee regarding PPP issue, Mastodon retention, and sale status (0.4). | 0.40 | 230.00 |
| 08/06/2020 | MAB | Draft email memorandum to committee summarizing PPP hearing (0.4); telephone conference with Craig Hall regarding same (0.2); email correspondence and telephone conference with Doug DeKock regarding claim (0.4). | 1.00 | 575.00 |
| 08/07/2020 | MAB | Email correspondence with committee regarding PPP hearing (0.3); telephone conference with Jason Torf regarding same (0.3). | 0.60 | 345.00 |
| 08/11/2020 | MAB | Draft agenda for committee call (0.4); participate in same (0.5). | 0.90 | 517.50 |
| 08/13/2020 | MAB | Draft email memorandum to committee regarding claims bar date (0.4). | 0.40 | 230.00 |
| 08/18/2020 | EBV | Communications with Committee professionals regarding upcoming Committee call (0.3); Participate in standing weekly committee call (0.6). | 0.90 | 589.50 |
| | MAB | Draft agenda for committee call (0.3); participate in same (0.6); multiple email correspondence with Jason Torf regarding post-call follow up (0.3). | 0.90 | 517.50 |
| 08/25/2020 | MAB | Email correspondence with committee regarding case update (0.3). | 0.30 | 172.50 |
| | EBV | Communications with committee regarding status of sale efforts and continuations in lieu of weekly call (0.2). | 0.20 | 131.00 |
| 08/26/2020 | MAB | Draft e-mail memorandum to committee regarding case status and lease rejection motion (0.4). | 0.40 | 230.00 |
| | | For Current Services Rendered | 7.00 | 4,113.00 |

Official Committee of Unsecured Creditors

Committee Meetings & Governance

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Elizabeth B. Vandesteeg | 1.10 | $655.00 | $720.50 |
| Michael A. Brandess | 5.90 | 575.00 | 3,392.50 |

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle  Street
Suite 3000
Chicago, IL  60602
(312)704-9400

Page: 1
Official Committee of Unsecured Creditors                                                    08/31/2020
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.                                        Account No:      10836-012
Attn: Sharon Murphy, Dir of Credit                                  Statement No:       263216
Palatine  IL  60055

Attn: Sharon Murphy, Director of Credit

Asset Sales

Fees

| | | | Hours | |
|---|---|---|---|---|
| 08/04/2020 | MAB | Email correspondence with John Lucas and Robert Hersch regarding stalking horse adequate assurance package (0.2); email correspondence with Nathan Gimpel regarding same (0.2). | 0.40 | 230.00 |
| 08/05/2020 | MAB | Telephone conference with Nathan Gimpel regarding adequate assurance information (0.3); email correspondence with committees professionals regarding same (0.2). | 0.50 | 287.50 |
| | MAB | Telephone conference with Nathan Gimpel regarding adequate assurance package (0.4); email memorandum to committee professionals regarding same (0.3). | 0.70 | 402.50 |
| 08/06/2020 | MAB | Email correspondence with Robert Hersch regarding sale updates (0.1). | 0.10 | 57.50 |
| 08/10/2020 | MAB | Email correspondence with Paul Hage regarding adequate assurance request list (0.2); email correspondence with Nathan Gimpel regarding same (0.3). | 0.50 | 287.50 |
| 08/14/2020 | MAB | Telephone conference with Robert Hersch regarding sale update (0.5). | 0.50 | 287.50 |
| 08/18/2020 | EBV | Review and analysis regarding Robert Hersch sale status update (0.6). | 0.60 | 393.00 |
| | MAB | Review analysis prepared by Robert Hersch (0.5); email correspondence with Committee professionals regarding same (0.2); email correspondence with Robert Hersch regarding same (0.1). | 0.80 | 460.00 |
| 08/19/2020 | MAB | Telephone conference with Robert Hersch regarding sale status (0.5). | 0.50 | 287.50 |
| 08/21/2020 | EBV | Strategy conference with Michael Brandess regarding sale update status (0.4). | 0.40 | 262.00 |
| | MAB | Review adequate assurance package (0.2); email correspondence with Nathan Gimpel regarding same (0.2); strategy conference with Committee professionals regarding same (0.4); telephone call and multiple email correspondence with Jason Torf regarding sale status (0.7); telephone conference with Robert Hersch regarding sale status (0.6); telephone conference with Sheldon Stone regarding same (0.4); telephone conference with Elizabeth Vandesteeg regarding same (0.3); email memorandum to | | |

Official Committee of Unsecured Creditors

| | Account No: | 10836-012 |
|---|---|---|
| | Statement No: | 263216 |

Asset Sales

| | | | Hours | |
|---|---|---|---|---|
| | | committee regarding same (0.6). | 3.40 | 1,955.00 |
| 08/24/2020 | MAB | Multiple telephone conferences with Michael Maggio regarding sale hearing (0.3); telephone conference with Elizabeth Vandesteeg and John Lucas regarding same (0.2); telephone conference with Paul Hage regarding same (0.2); multiple telephone conferences with Jason Torf regarding same (0.3); review stipulation extending sale hearing and objection deadline (0.3). | 1.30 | 747.50 |
| | EBV | Review Stalking Horse adequate assurance letter (0.3); review update to committee regarding overall sale status and adequate assurance issues (0.2); strategy conference with John Lucas regarding committee exception to pending sale objection deadline (0.3); review and revise stipulation regarding hearing continuance to incorporate same (0.3); strategy conference with Michael Brandess regarding same (0.2) | 1.30 | 851.50 |
| 08/25/2020 | MAB | Review First Savings Bank's response to sale motion (0.3). | 0.30 | 172.50 |
| 08/28/2020 | EBV | Attention to status of sale process (0.2); participate in Mastodon update call regarding same (0.5). | 0.70 | 458.50 |
| 08/31/2020 | MAB | Strategy conference with Sheldon Stone regarding sale process (0.3); multiple e-mail correspondence with Robert Hersch regarding same (0.2); review updated sale information (0.3). | 0.80 | 460.00 |
| | | For Current Services Rendered | 12.80 | 7,600.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Elizabeth B. Vandesteeg | 3.00 | $655.00 | $1,965.00 |
| Michael A. Brandess | 9.80 | 575.00 | 5,635.00 |

MAB/MSM/EBV/JPF/JRO

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
**30 N. LaSalle  Street**
**Suite 3000**
**Chicago, IL  60602**
**(312)704-9400**

|  |  |
|---|---|
|  | Page: 1 |
| Official Committee of Unsecured Creditors | 08/31/2020 |
| Barfly Ventures, LLC, et al. | Account No:    10836-015 |
| c/o Gordon Food Service, Inc. | Statement No:         263217 |
| Attn: Sharon Murphy, Dir of Credit |  |
| Palatine  IL  60055 |  |

Attn: Sharon Murphy, Director of Credit

Litigation & Contested Matters

Fees

| | | | Hours | |
|---|---|---|---|---|
| 08/27/2020 | MAB | Draft temporary restraining order motion (4.2); e-mail correspondence with John Lucas regarding same (0.2); strategy conference with Committee professionals regarding same (0.3). | 4.70 | |
| 08/28/2020 | MAB | Draft temporary restraining order motion (5.9). | 5.90 | |
| 08/29/2020 | MAB | Draft temporary restraining order motion (3.8). | 3.80 | |
| 08/30/2020 | MAB | Draft temporary restraining order motion (2.9). | 2.90 | |
| 08/31/2020 | EBV | Review and revise TRO regarding PPP use (3.1); call with Michael Brandess and P. Hage regarding same (0.7). | 3.80 | |
| | MAB | Strategy conference with Committee professionals regarding temporary restraining motion and related go-forward approach (0.6); revise same (1.3). | 1.90 | |
| | | For Current Services Rendered | 23.00 | 13,529.00 |

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH**
**"PAY MY BILL" LINK AT WWW.SFGH.COM**
**AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD**
**PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**