IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

    Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

**MONTHLY FEE STATEMENT OF JAFFE RAITT HEUER & WEISS, P.C. FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUGUST 2020**

| | |
|---|---|
| Name of Applicant: | Jaffe Raitt Heuer & Weiss, P.C. |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | August 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $17,235.00<br>80%  =  $13,788.00<br>20%  =  $3,447.00 |
| Amount of expense reimbursement sought: | $0 |
| Total interim request: | **$13,788.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et al.*

Dated: September 14, 2020.



## Jaffe
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • P.O. BOX 5034 • SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
Official Committee of Unsecured Creditors of Ba  September 4, 2020
c/o Gordon Food Service, Inc.
Sharon Murphy - Director of Credit
1300 Gezon Parkway SW
Wyoming, MI 49509-9300                            Invoice No. 465559
```

FOR LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2020
AS ITEMIZED ON THE ATTACHED REPORT:


ASSET ANALYSIS

|  |  |  |
|---|---|---|
|  | Total Fees | $8,041.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $8,041.50 |

ASSET DISPOSITION

|  |  |  |
|---|---|---|
|  | Total Fees | $1,944.00 |
|  | Total Costs | $0.00 |
|  | Subtotal | $1,944.00 |

CASE ADMINISTRATION

|  |  |  |
|---|---|---|
|  | Total Fees | $1,660.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $1,660.50 |

CLAIMS

|  |  |  |
|---|---|---|
|  | Total Fees | $40.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $40.50 |

COMMITTEE COMMUNICATIONS

|  |  |  |
|---|---|---|
|  | Total Fees | $1,539.00 |
|  | Total Costs | $0.00 |
|  | Subtotal | $1,539.00 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020     PAGE   2
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559

    EMPLOYMENT APPLICATIONS

                                Total Fees              $526.50
                                Total Costs               $0.00
                                                    -----------
                                Subtotal                $526.50
    EMPLOYMENT OBJECTIONS

                                Total Fees              $243.00
                                Total Costs               $0.00
                                                    -----------
                                Subtotal                $243.00
    EXECUTORY CONTRACTS

                                Total Fees            $1,579.50
                                Total Costs               $0.00
                                                    -----------
                                Subtotal              $1,579.50
    FEE APPLICATIONS / OBJECTIONS

                                Total Fees            $1,660.50
                                Total Costs               $0.00
                                                    -----------
                                Subtotal              $1,660.50


              TOTAL FEES THIS INVOICE        $      17,235.00
                                                    ----------
              TOTAL AMOUNT DUE               $      17,235.00



    FED. TAX I.D. 38-1915036    TERMS:  NET 30 DAYS

    {J1}
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Sep  4, 2020     PAGE   3
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559
```

Official Committee of Unsecured Creditors of Barfly Ventures
   ASSET ANALYSIS
\*\*OPEN FOR TIME ONLY\*\*

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 08/03/20 | PRH | PHONE CALL WITH E. NOVETSKY RE PPP ISSUES AND RELATED CORRESPONDENCE (.4). PHONE CALLS WITH M. BRANDESS REGARDING PPP BRIEF STRATEGY (.6). REVIEW DEBTORS' BRIEF (.5). FINALIZE AND FILE COMMITTEE BRIEF (1.1). | 2.60 | 1053.00 |
| 08/03/20 | EDN | RSCH RE (0.8) AND REVIEW AND REVISE BRIEF RE PPP PROCEEDS (1.5) | 2.30 | 793.50 |
| 08/05/20 | PRH | REVIEW FSB BRIEF RE PPP ISSUE (.6). DISCUSS SAME WITH M. BRANDESS (.3). REVIEW AND PROPOSE REVISIONS TO OUTLINE FOR ORAL ARGUMENT (.8). CONFERENCE CALL WITH ESTATE PROFESSIONALS IN PREPARATION FOR HEARING ON PPP ISSUES (.9). CORRESPONDENCE IN PREPARATION FOR HEARING (.2). | 2.80 | 1134.00 |
| 08/06/20 | PRH | ATTEND HEARING RE PPP PROCEED ISSUE. | 2.00 | 810.00 |
| 08/07/20 | PRH | ATTEND CONTINUED HEARING RE PPP FUNDS (.8). FOLLOW UP CALLS AND CORRESPONDENCE WITH COMMITTEE PROFESSIONALS (.4). ATTEND CONFERENCE CALL WITH J. LUCAS AND M. BRANDESS TO DISCUSS RULING, STRATEGY (.6). | 1.80 | 729.00 |
| 08/10/20 | PRH | REVIEW ORDER OVERRULING FSB OBJECTIONS (.1). REVIEW CASELAW DEALING WITH PPP ISSUES (.2). | .30 | 121.50 |
| 08/11/20 | PRH | CORRESPONDENCE WITH M. BRANDESS REGARDING PPP STRATEGY. | .30 | 121.50 |
| 08/12/20 | PRH | CORRESPONDENCE WITH ESTATE PROFESSIONALS REGARDING PPP STRATEGY. | .10 | 40.50 |
| 08/13/20 | PRH | CORRESPONDENCE RE PPP ISSUE. | .10 | 40.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Sep 4, 2020      PAGE    4
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


08/17/20  PRH  REVIEW SELLERS PROMISSORY NOTE (.2).                .60    243.00
               CORRESPONDENCE AND CALL WITH COMMITTEE COUNSEL
               RE SELLERS BANKRUPTCY STRATEGY (.4).

08/27/20  PRH  PHONE CALL WITH M. BRANDESS REGARDING TRO BRIEF    1.00    405.00
               (.2).  DISCUSS SAME WITH D. WILLIAMS AND LOCATE
               RELEVANT RESEARCH (.5).  PHONE CALL AND
               CORRESPONDENCE WITH M. CHAPMAN RE OBTAINING
               HEARING TRANSCRIPT (.3).

08/28/20  PRH  CORRESPONDENCE WITH M. CHAPMAN RE OBTAINING         .50    202.50
               TRANSCRIPT OF PPP HEARING (.2).  REVIEW
               TRANSCRIPT FROM HEARING (.2).  CORRESPONDENCE
               WITH M. BRANDESS RE BRIEF (.1).

08/28/20  MEC  COMMUNCATIONS W/ P. HAGE RE TRANSCRIPT REQUEST    1.20    282.00
               (.3). PREPARE LOCAL FORM FOR TRANSCRIPT REQUEST
               (.4). TELEPHONE CALLS W/ COURT REPORTER RE
               TRANSCRIPT REQUEST ON RUSH BASIS (.4). RECEIPT
               AND REVIEW TRANSCRIPT (.1).

08/30/20  PRH  RESEARCH REGARDING PPP ISSUES AND RELATED         1.30    526.50
               CORRESPONDENCE WITH J. LUCAS AND M. BRANDESS.

08/31/20  PRH  REVIEW TRO MOTION AND MEMO REGARDING PPP FUNDS   3.10   1255.50
               (1.6).  CONFERENCE CALL WITH COMMITTEE
               PROFESSIONALS RE STRATEGY (.7).  REVIEW REVISED
               DRAFT OF TRO BRIEF AND RELATED CORRESPONDENCE
               WITH CO-COUNSEL (.8).

08/31/20  PRH  REVIEW SELLERS BANKRUPTCY SCHEDULES AND SOFA       .70    283.50
               AND PREPARE E-MAIL TO COMMITTEE MEMBERS RE
               SAME.



     TOTAL HOURS        20.70      FOR SERVICES RENDERED    $      8041.50
                                                                ----------

                                   MATTER TOTAL             $      8041.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020     PAGE   5
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559



*---------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE    HOURS           FEES
PAUL R. HAGE                     405.00    17.20        6966.00
ERIC D. NOVETSKY                 345.00     2.30         793.50
MAUREEN E. CHAPMAN               235.00     1.20         282.00
                        TOTALS             20.70        8041.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Sep  4, 2020     PAGE    6
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559
```

Official Committee of Unsecured Creditors of Barfly Ventures
ASSET DISPOSITION

```
  DATE    ATTY    SERVICE DESCRIPTION                            HOURS

08/11/20  PRH  CORRESPONDENCE WITH M. BRANDESS RE ADEQUATE         .10     40.50
               ASSURANCE INFORMATION.

08/14/20  PRH  REVIEW FILED SALE OBJECTION.                        .10     40.50

08/18/20  PRH  REVIEW CORRESPONDENCE AND MODELS FROM R. HERSCH     .30    121.50
               RE STATUS OF SALE PROCESS (.2). RELATED
               CORRESPONDENCE WITH COMMITTEE PROFESSIONALS
               (.1).

08/19/20  PRH  REVIEW LANDLORD SALE OBJECTION (.1).               1.00    405.00
               CORRESPONDENCE AND CALL WITH M. BRANDESS AND E.
               VANDESTEEG RE SALE STRATEGY/ISSUES (.4).
               CONFERENCE CALL WITH MASTODON REGARDING STATUS
               OF SALE (.5).

08/20/20  PRH  REVIEW SALE HEARING NOTICE (.1). CORRESPONDENCE     .20     81.00
               WITH CO-COUNSEL AND THE COURT RE SALE HEARING
               (.1).

08/21/20  PRH  REVIEW LENDER ADEQUATE ASSURANCE PACKAGE AND        .20     81.00
               RELATED CORRESPONDENCE WITH COMMITTEE
               PROFESSIONALS.

08/24/20  PRH  PHONE CALL WITH H. SHER RE STATUS OF SALE          1.80    729.00
               PROCESS (.4). REVIEW AND REVISE DRAFT
               STIPULATION EXTENDING SALE DEADLINES AND
               RELATED CORRESPONDENCE WITH E. VON EITZEN (.6).
               PHONE CALLS WITH M. MAGGIO AND M. BRANDESS RE
               OBJECTION DEADLINE FOR SALE (.3). VARIOUS
               CORRESPONDENCE RE SALE ADJOURNMENT STIPULATION
               AND ORDER (.5).
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Sep  4, 2020      PAGE   7
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


08/25/20 PRH VARIOUS CORRESPONDENCE RE ADEQUATE                  .50    202.50
             ASSURANCE/SALE ISSUES AND STIPULATION (.3).
             REVIEW FSB SALE OBJECTION AND RELATED
             CORRESPONDENCE (.2).

08/26/20 PRH REVIEW FILED STIPULATION AND ORDER ADJOURNING       .50    202.50
             SALE HEARING (.2).  REVIEW LANDLORD SALE
             OBJECTIONS (.3).

08/27/20 PRH CORRESPONDENCE WITH COMMITTEE PROFESSIONALS RE      .10     40.50
             SALE HEARING, PROCESS.



     TOTAL HOURS           4.80     FOR SERVICES RENDERED   $       1944.00

                                                                ----------

                                    MATTER TOTAL            $       1944.00




*---------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE    HOURS             FEES
PAUL R. HAGE                      405.00     4.80         1944.00
                         TOTALS              4.80         1944.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020   PAGE   8
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559
```

Official Committee of Unsecured Creditors of Barfly Ventures
CASE ADMINISTRATION
\*\*OPEN FOR TIME ONLY\*\*

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 08/13/20 | PRH | REVIEW MONTHLY OPERATING REPORT FILED BY DEBTORS. | .20 | 81.00 |
| 08/14/20 | PRH | REVIEW BANKRUPTCY DOCKET FOR M. SELLERS CHAPTER 11 AND RELATED CORRESPONDENCE WITH COMMITTEE PROFESSIONALS (1.0). PHONE CALL WITH M. BRANDESS RE CASE STRATEGY (.4). | 1.40 | 567.00 |
| 08/17/20 | PRH | PHONE CALL WITH M. BRANDESS AND J. LUCAS REGARDING VARIOUS ISSUES IN CASE. | .30 | 121.50 |
| 08/17/20 | PRH | CONFERENCE CALL WITH M. BRANDESS AND E. VANDESTEEG RE CASE STRATEGY. | .60 | 243.00 |
| 08/18/20 | PRH | CORRESPONDENCE WITH M. BRANDESS AND E. VANDESTEEG RE SELLERS BANKRUPTCY (.1). REVIEW DOCKET IN CASE (.2). PREPARE AND FILE APPEARANCES (.3). | .60 | 243.00 |
| 08/19/20 | PRH | REVIEW FILINGS IN THE SELLERS BANKRUPTCY CASE (.2). PREPARE E-MAIL TO COMMITTEE MEMBERS RE SAME (.2). | .40 | 162.00 |
| 08/20/20 | PRH | REVIEW MOTION TO EXTEND DEADLINE TO FILE SCHEDULES. | .10 | 40.50 |
| 08/21/20 | PRH | REVIEW FILINGS IN BANKRUPTCY CASES. | .30 | 121.50 |
| 08/24/20 | PRH | CORRESPONDENCE WITH ESTATE PROFESSIONALS RE STATUS OF VARIOUS OPEN MATTERS. | .20 | 81.00 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Sep  4, 2020    PAGE   9
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559

   TOTAL HOURS          4.10      FOR SERVICES RENDERED    $      1660.50

                                                                ----------

                                  MATTER TOTAL             $      1660.50



*---------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE    HOURS              FEES
PAUL R. HAGE                      405.00    4.10           1660.50
                      TOTALS                4.10           1660.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020    PAGE  10
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


    Official Committee of Unsecured Creditors of Barfly Ventures
    CLAIMS
**OPEN FOR TIME ONLY**


  DATE   ATTY   SERVICE DESCRIPTION                          HOURS

08/13/20 PRH  REVIEW CLAIMS BAR DATE ORDER ENTERED BY COURT    .10    40.50
              AND CALENDAR DEADLINES.



    TOTAL HOURS         0.10      FOR SERVICES RENDERED   $        40.50

                                                               ----------

                                  MATTER TOTAL            $        40.50




*---------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*   RATE    HOURS             FEES
PAUL R. HAGE                     405.00     .10           40.50
                       TOTALS               .10           40.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020    PAGE   11
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559
```

Official Committee of Unsecured Creditors of Barfly Ventures
COMMITTEE COMMUNICATIONS
\*\*OPEN FOR TIME ONLY\*\*

```
  DATE    ATTY    SERVICE DESCRIPTION                          HOURS

08/04/20 PRH REVIEW DRAFT AGENDA AND RELATED CORRESPONDENCE    1.10    445.50
             PREPARATION FOR COMMITTEE CALL (.1).  ATTEND
             COMMITTEE CONFERENCE CALL (.5).  FOLLOW UP
             CORRESPONDENCE (.5).

08/05/20 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE STATUS    .10     40.50
             OF CASE.

08/06/20 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE STATUS    .10     40.50
             OF CASE.

08/07/20 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE PPP       .10     40.50
             RULING.

08/11/20 PRH REVIEW AGENDA FOR, AND ATTEND, COMMITTEE           .70    283.50
             CONFERENCE CALL.

08/13/20 PRH REVIEW CORRESPONDENCE TO COMMITTEE RE CLAIMS       .30    121.50
             BAR DATE ORDER (.1).  CORRESPONDENCE WITH
             COMMITTEE RE MONTHLY FEE STATEMENTS (.2).

08/14/20 PRH CORRESPONDENCE TO COMMITTEE REGARDING SELLERS      .40    162.00
             BANKRUPTCY FILING.

08/18/20 PRH CORRESPONDENCE WITH COMMITTEE PROFESSIONALS RE     .60    243.00
             WEEKLY CALL (.1).  ATTEND WEEKLY COMMITTEE CALL
             (.5).

08/21/20 PRH REVIEW CORRESPONDENCE TO COMMITTEE RE STATUS OF    .10     40.50
             CASE.
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020     PAGE  12
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559

08/25/20 PRH CORRESPONDENCE WITH M. BRANDESS AND COMMITTEE        .20    81.00
             MEMBERS RE STATUS OF CASE AND ADJOURNING WEEKLY
             COMMITTEE CALL.

08/26/20 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE SALE        .10    40.50
             RELATED ISSUES.


    TOTAL HOURS         3.80     FOR SERVICES RENDERED    $      1539.00

                                                                ----------

                                 MATTER TOTAL             $      1539.00




*----------------------------TIME AND FEE SUMMARY-----------------------*
*----------TIMEKEEPER---------*    RATE    HOURS           FEES
PAUL R. HAGE                      405.00    3.80        1539.00
                         TOTALS             3.80        1539.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020     PAGE   13
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559



   Official Committee of Unsecured Creditors of Barfly Ventures
   EMPLOYMENT APPLICATIONS
**OPEN FOR TIME ONLY**


  DATE   ATTY   SERVICE DESCRIPTION                           HOURS

08/05/20 PRH REVIEW REVISED MASTODON RETENTION ORDER (.2).    .50    202.50
             RELATED CORRESPONDENCE (.1). REVIEW UST
             OBJECTION TO PROFESSIONAL RETAINERS AND RELATED
             CORRESPONDENCE (.2).

08/07/20 PRH REVISE RETENTION ORDERS AND UPLOAD THEM TO       .60    243.00
             COURT FOR ENTRY.

08/10/20 PRH REVIEW ORDERS APPROVING RETENTION OF COMMITTEE   .20     81.00
             PROFESSIONALS (.1). RELATED CORRESPONDENCE
             WITH COMMITTEE PROFESSIONALS (.1).



     TOTAL HOURS         1.30      FOR SERVICES RENDERED   $       526.50
                                                                 ----------
                                   MATTER TOTAL            $       526.50



*--------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE    HOURS             FEES
PAUL R. HAGE                      405.00    1.30           526.50
                        TOTALS              1.30           526.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020    PAGE   14
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559



   Official Committee of Unsecured Creditors of Barfly Ventures
     EMPLOYMENT OBJECTIONS
**OPEN FOR TIME ONLY**


  DATE    ATTY    SERVICE DESCRIPTION                           HOURS

08/17/20 PRH CORRESPONDENCE WITH M. MAGGIO AND M. BRANDESS       .20     81.00
             RE MASTODON RETENTION ORDER.

08/18/20 PRH REVIEW REVISED MASTODON RETENTION ORDER (.2).       .20     81.00

08/19/20 PRH REVIEW DEBTOR PROFESSIONAL MONTHLY FEE              .20     81.00
             STATEMENTS AND RELATED CORRESPONDENCE WITH M.
             BRANDESS.


    TOTAL HOURS           0.60       FOR SERVICES RENDERED    $       243.00
                                                                  ----------
                                     MATTER TOTAL             $       243.00



    *--------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER----------*    RATE    HOURS            FEES
    PAUL R. HAGE                       405.00     .60          243.00
                            TOTALS                .60          243.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020     PAGE   15
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559



      Official Committee of Unsecured Creditors of Barfly Ventures
      EXECUTORY CONTRACTS
 **OPEN FOR TIME ONLY**


   DATE    ATTY    SERVICE DESCRIPTION                         HOURS

 08/04/20  PRH  REVIEW WARDROPP LETTER (.1). RESEARCH ISSUES    1.90    769.50
                REGARDING PERFECTION OF SECURITY INTEREST IN
                LIQUOR LICENSE AND ABILITY TO TRANSFER LICENSE
                IN SALE (1.7). RELATED CORRESPONDENCE WITH M.
                BRANDESS (.1).

 08/04/20  PRH  CORRESPONDENCE WITH M. BRANDESS RE ADEQUATE      .10     40.50
                ASSURANCE PACKAGE FROM LENDERS.

 08/05/20  PRH  REVIEW LANDLORD CURE OBJECTIONS (.3).            .60    243.00
                CORRESPONDENCE WITH CO-COUNSEL RE ADEQUATE
                ASSURANCE REQUEST (.3).

 08/06/20  PRH  REVIEW FILED CURE OBJECTIONS.                    .30    121.50

 08/07/20  PRH  REVIEW FILED CURE OBJECTIONS.                    .20     81.00

 08/12/20  PRH  REVIEW HEARING NOTICES RE CURE OBJECTIONS.       .10     40.50

 08/17/20  PRH  REVIEW IONIA PROPERTIES LEASE ASSUMPTION         .10     40.50
                OBJECTION.

 08/19/20  PRH  REVIEW LEASE REJECTION ORDER.                    .10     40.50

 08/26/20  PRH  REVIEW FILED MOTION TO REJECT LEASES (.1).       .30    121.50
                DISCUSS SAME WITH M. BRANDESS (.2).

 08/31/20  PRH  REVIEW OMNIBUS MOTION TO REJECT LEASES.          .20     81.00



      TOTAL HOURS          3.90       FOR SERVICES RENDERED    $     1579.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020     PAGE  16
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559
```

```
                                                              ----------

                              MATTER TOTAL              $       1579.50




*---------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE   HOURS              FEES
PAUL R. HAGE                      405.00   3.90           1579.50
                         TOTALS            3.90           1579.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020    PAGE   17
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559



    Official Committee of Unsecured Creditors of Barfly Ventures
    FEE APPLICATIONS / OBJECTIONS
**OPEN FOR TIME ONLY**


   DATE   ATTY    SERVICE DESCRIPTION                         HOURS

 08/03/20 PRH CORRESPONDENCE WITH S. STONE AND J. MORDEN RE    .10    40.50
              AMHERST FEE STATEMENT.

 08/04/20 PRH REVIEW AMHERST FEE STATEMENT (.1).               .90   364.50
              CORRESPONDENCE AND CALLS WITH M. BRANDESS, S.
              STONE AND J. MORDEN RE NEED TO BREAK DOWN TIME
              ENTRIES BY CATEGORY (.8).

 08/06/20 PRH REVIEW TIME ENTRIES AND ATTEND TO PREPARATION    .90   364.50
              OF MONTHLY FEE STATEMENTS.

 08/10/20 PRH CORRESPONDENCE WITH M. BRANDESS RE               .10    40.50
              TIMING/STATUS OF JULY FEE STATEMENTS.

 08/11/20 PRH ATTENTION TO MONTHLY FEE STATEMENTS.             .40   162.00

 08/12/20 PRH CORRESPONDENCE RE NOTICE, FILING OF MONTHLY FEE  .30   121.50
              STATEMENTS.  ATTENTION TO FEE STATEMENTS.

 08/13/20 PRH ATTENTION TO MONTHLY FEE STATEMENTS FOR          .90   364.50
              COMMITTEE PROFESSIONALS.

 08/14/20 PRH ATTENTION TO FILING AND SERVICE OF MONTHLY FEE   .50   202.50
              STATEMENTS FOR COMMITTEE PROFESSIONALS.



       TOTAL HOURS        4.10       FOR SERVICES RENDERED    $      1660.50
                                                                   ----------

                                     MATTER TOTAL             $      1660.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020     PAGE  18
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559




*---------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*   RATE    HOURS              FEES
PAUL R. HAGE                     405.00    4.10           1660.50
                     TOTALS                4.10           1660.50
```