IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

    Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

**MONTHLY FEE STATEMENT OF AMHERST CONSULTING, LLC FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUGUST 2020**

| | |
|---|---|
| Name of Applicant: | Amherst Consulting, LLC |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | August 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $5,485.00<br>80%  =  $4,388.00<br>20%  =  $1,097.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | **$4,388.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

4958880.v1

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC*

Dated: September 14, 2020.

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**
Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---:|
| **Invoice #:** | 41863 |
| **Invoice Date:** | 9/8/2020 |
| **Due Date:** | 9/8/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/1/2020 | CF / Liquidity | Partner-Sto... | Review Committee's response to FSB's PPP objections (.30) | 0.30 | 400.00 | 120.00 |
| 8/3/2020 | Asset Sales | Partner-Sto... | Review Mastodon information | 0.20 | 400.00 | 80.00 |
| 8/3/2020 | Committee Mtg / Communication | Partner-Sto... | Phone call with M. Brandess | 0.20 | 400.00 | 80.00 |
| 8/3/2020 | Case Admin | MD-Morden | Call with M. Brandess on case steps (0.1), review of FSB filed docs (0.2) | 0.20 | 350.00 | 70.00 |
| 8/3/2020 | CF / Liquidity | MD-Morden | Review of cash flow file from Rock Creek | 0.20 | 350.00 | 70.00 |
| 8/3/2020 | Fin. Info. Analysis | MD-Morden | Follow ups with debtor on PPP usage (0.1) | 0.10 | 350.00 | 35.00 |
| 8/3/2020 | Retention / Fee Applications | MD-Morden | Prep of July statement | 0.50 | 350.00 | 175.00 |
| 8/4/2020 | Case Admin | Partner-Sto... | Read and respond to emails | 0.50 | 400.00 | 200.00 |
| 8/4/2020 | Committee Mtg / Communication | Partner-Sto... | Committee call | 0.50 | 400.00 | 200.00 |
| 8/4/2020 | Case Admin | MD-Morden | Review liquor license emails | 0.10 | 350.00 | 35.00 |
| 8/4/2020 | CF / Liquidity | MD-Morden | Review cash flow info from Rock Creek and analyze cash/respond to same | 0.20 | 350.00 | 70.00 |
| 8/4/2020 | Retention / Fee Applications | MD-Morden | Call with P. Hague on fee apps (0.2), revise June/July bills (1.0) | 1.30 | 350.00 | 455.00 |
| 8/5/2020 | Committee Mtg / Communication | Partner-Sto... | Review Amherst fee application | 0.20 | 400.00 | 80.00 |
| 8/5/2020 | Case Admin | MD-Morden | Review committee strategy emails | 0.20 | 350.00 | 70.00 |
| 8/5/2020 | CF / Liquidity | MD-Morden | Latest cash flow file review | 0.10 | 350.00 | 35.00 |
| 8/6/2020 | Asset Sales | Partner-Sto... | Review Mastodon information | 0.30 | 400.00 | 120.00 |
| 8/6/2020 | CF / Liquidity | MD-Morden | Cash flow review | 0.20 | 350.00 | 70.00 |
| 8/7/2020 | CF / Liquidity | Partner-Sto... | Review cash flow | 0.20 | 400.00 | 80.00 |
| 8/7/2020 | CF / Liquidity | MD-Morden | Review of latest cash flow and questions to Rock Creek on same | 0.50 | 350.00 | 175.00 |

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI  48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

**Current Invoice Total**

# Amherst Consulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

**Invoice #:** 41863
**Invoice Date:** 9/8/2020
**Due Date:** 9/8/2020

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/10/2020 | Retention / Fee Applications | MD-Morden | Prep fee data | 0.20 | 350.00 | 70.00 |
| 8/11/2020 | Committee Mtg / Communication | Partner-Sto… | Review applications | 0.50 | 400.00 | 200.00 |
| 8/12/2020 | Case Admin | Partner-Sto… | Classify June and July 2020 labor categories for invoicing purposes | 0.50 | 400.00 | 200.00 |
| 8/12/2020 | Case Admin | MD-Morden | Review case email and call with M. Brandess on case status | 0.30 | 350.00 | 105.00 |
| 8/14/2020 | Asset Sales | Partner-Sto… | CC w/ Mastodon | 0.30 | 400.00 | 120.00 |
| 8/14/2020 | Committee Mtg / Communication | Partner-Sto… | Review Bar Date motio | 0.20 | 400.00 | 80.00 |
| 8/18/2020 | Committee Mtg / Communication | Partner-Sto… | Weekly Committee call | 0.50 | 400.00 | 200.00 |
| 8/18/2020 | Asset Sales | MD-Morden | Review Mastadon sales process email and supporting files | 0.20 | 350.00 | 70.00 |
| 8/19/2020 | Asset Sales | Partner-Sto… | CC with Mastodon | 0.50 | 400.00 | 200.00 |
| 8/19/2020 | Case Admin | Partner-Sto… | Review and respond to emails | 0.30 | 400.00 | 120.00 |
| 8/21/2020 | Asset Sales | Partner-Sto… | CC w/ Mastodon/Brandess | 0.50 | 400.00 | 200.00 |
| 8/21/2020 | CF / Liquidity | Partner-Sto… | Review two weeks of cash flow | 1.00 | 400.00 | 400.00 |
| 8/25/2020 | Asset Sales | MD-Morden | Review of sales process updates | 0.10 | 350.00 | 35.00 |
| 8/26/2020 | Case Admin | Partner-Sto… | Review emails | 0.20 | 400.00 | 80.00 |
| 8/27/2020 | CF / Liquidity | Partner-Sto… | Review TWCF | 0.50 | 400.00 | 200.00 |
| 8/27/2020 | CF / Liquidity | MD-Morden | Review, variance analysis, and info request for updated cash flow from RC | 0.70 | 350.00 | 245.00 |
| 8/28/2020 | Asset Sales | Partner-Sto… | CCw/ Mastodon; PC w/ M. Brandess | 0.70 | 400.00 | 280.00 |
| 8/31/2020 | Asset Sales | Partner-Sto… | Review sales matrix | 0.20 | 400.00 | 80.00 |
| 8/31/2020 | Asset Sales | Partner-Sto… | PC's (2) w/ J. Morden | 0.30 | 400.00 | 120.00 |
| 8/31/2020 | Asset Sales | Partner-Sto… | PC w/ M. Brandess | 0.30 | 400.00 | 120.00 |
| 8/31/2020 | Asset Sales | MD-Morden | Call with S. Stone (0.2) on asset sale, asset sale file review | 0.40 | 350.00 | 140.00 |

Make Checks Payable to:
Amherst Consulting, LLC
255 E Brown St., Ste. 120
Birmingham, MI 48009

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI 48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

**Current Invoice Total**      $5,485.00