**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARFLY VENTURES, LLC, et al.,[1] | ) | Case No. 20-01947-jwb |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF APPLICATION OF GORDON FOOD SERVICE, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM

Gordon Food Service, Inc., a creditor in the above-captioned case, has filed an application with the Court for allowance and payment of an administrative expense claims totaling $4,107.76 (the "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the Court to consider your views on the Application, within 14 days from the date of this notice, you or your attorney must:

1. File with the court a written objection or request for hearing, explaining your position at:

   INTAKE OFFICE
   U.S. Bankruptcy Court
   1 Division Ave., N, Room 200
   Grand Rapids, MI 49503

   If you mail your objection or request for hearing to the Court for filing, you must mail it early enough so the Court will receive it on or before the 14 day period expires. All attorneys are required to file pleadings electronically.

2. Mail a copy to:

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCatChicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCatGR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCatMinneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

CO\6518139.1

      Jason M. Torf
      ICE MILLER LLP
      200 W. Madison Street, Suite 3500
      Chicago, IL 60606-3417

      If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the Application and you will be served with a notice of the date, time and location of the hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.**

Dated:  September 14, 2020        Respectfully submitted,

      /s/ Jason M. Torf
      Jason M. Torf
      John C. Cannizzaro
      ICE MILLER LLP
      200 W. Madison Street, Suite 3500
      Chicago, IL 60606-3417
      Telephone:   (312) 726-6244
      Facsimile:   (312) 726-6214
      Email:         Jason.Torf@icemiller.com

*Counsel for Gordon Food Service Inc.*