# Exhibit C



Gordon Food Service Inc
Shipped From Brighton Distribution Ctr
7770 Kensington Court - Brighton, MI 48116
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

**Drop Ship Invoice**  200306923
*Purchase Order*
Invoice Date   01/31/2020

| GFS-MC | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 52422 | 8 | 100119375 HOPCAT-ANN ARBOR | 2422: Tony Rabideau 1(616)278-0711 / 1(616)278-0711 | 45 DAYS |

Ship To **HOPCAT-ANN ARBOR**
**311 MAYNARD ST**
**ANN ARBOR MI 48104-2211**

Bill To **BARFLY VENTURES**
**35 OAKES STREET SW**
**GRAND RAPIDS MI 49503**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 353779 | N | 1 | CASE | 6-18.1Z SEASONING PILPELCHUMA H639B<br>THE ITEM LISTED ABOVE IS A SPECIAL ORDER ITEM (#3832281) AND MAY NOT BE RETURNED | GR | 12.98 | 77.86 | | 77.86 |
| Totals: | | 1 | | Total Grocery Pieces | | | | | |

*Page sub-total:*   77.86

| Spec Key | |
|---|---|
| Code | Description |
| N | Non-stock Item |

**Group Summary**

| Cases | Group | Amount | Tax | Total |
|---|---|---|---|---|
| 1 | Grocery - GR | 77.86 | 0.00 | 77.86 |

SubTotal   $77.86
Invoice Total   $77.86

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law.  All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date.  ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received.  ~ Marine Stewardship Council : MSC-C-53810

Received By _____   Print Name _____

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

**Thank you for your order.**
Please enclose this stub with payment.

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| Customer Number | 100119375 |
|---|---|
| **Drop Ship Invoice** | **200306923** |
| *Purchase Order* | |
| Invoice Date | 01/31/2020 |
| **Due Date** | **03/16/2020** |
| **Pay This Amount** | **$77.86** |



1001193752102003069230000077867000000778678