## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARFLY VENTURES, LLC, et al.,[1] | ) | Case No. 20-01947-jwb |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

### NOTICE OF MOTION FOR ORDER PROVIDING ADEQUATE PROTECTION OF PACA CLAIM

Gordon Food Service, Inc., a creditor in the above-captioned case, has filed motion with the Court for adequate protection and payment of its claim under the Perishable Agricultural Commodities Act of 1930 totaling $349,185.14 (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the Court to consider your views on the Motion, within 14 days from the date of this notice, you or your attorney must:

1. File with the court a written objection or request for hearing, explaining your position at:

    INTAKE OFFICE
    U.S. Bankruptcy Court
    1 Division Ave., N, Room 200
    Grand Rapids, MI 49503

    If you mail your objection or request for hearing to the Court for filing, you must mail it early enough so the Court will receive it on or before the 14-day period expires. All attorneys are required to file pleadings electronically.

2. Mail a copy to:

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCatChicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCatGR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCatMinneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

CO\6500649.2

Jason M. Torf
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417

If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

Dated:  September 14, 2020                    Respectfully submitted,

/s/ Jason M. Torf
Jason M. Torf
John C. Cannizzaro
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417
Telephone:   (312) 726-6244
Facsimile:   (312) 726-6214
Email:       Jason.Torf@icemiller.com

*Counsel for Gordon Food Service Inc.*