## **CERTIFICATE OF SERVICE**

       I certify that on September 14, 2020, I electronically filed the Motion for Order Providing Adequate Protection of PACA Claim, a Proposed Order granting same, the Notice of same, and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- **Erika R. Barnes**  ebarnes@stites.com, cbeatty@stites.com;docketclerk@stites.com
- **David E. Bevins**  ECF-Deb@rhoadesmckee.com, ecf@rhoadesmckee.com
- **Michael Aaron Brandess**  mbrandess@sfgh.com, bkdocket@sfgh.com
- **John C. Cannizzaro**  john.cannizzaro@icemiller.com
- **Wesley Jacob Carrillo**  wcarrillo@enszjester.com
- **Shannon L. Deeby**  sdeeby@clarkhill.com
- **Rozanne M. Giunta**  rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com
- **Ronald E. Gold**  rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com; sbryant@fbtlaw.com
- **Stephen B. Grow**  sgrow@wnj.com, bpowers@wnj.com
- **Paul R. Hage**  phage@jaffelaw.com, tneddermeyer@jaffelaw.com
- **Anthony J. Kochis**  akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
- **Michael V. Maggio**  michael.v.maggio@usdoj.gov
- **Michael M. Malinowski**  ecf@malinowskilaw.com
- **Judith Greenstone Miller**  jmiller@jaffelaw.com, tneddermeyer@jaffelaw.com
- **Michael E. Moore**  moore@millercanfield.com, laitila@millercanfield.com; wysocki@millercanfield.com
- **Jeff A. Moyer**  jeff@thebankruptcygrp.com, crissy@thebankruptcygrp.com; heather@thebankruptcygrp.com
- **Anh P. Nguyen**  nguyen@slollp.com
- **Timothy F. Nixon**  tnixon@gklaw.com, kboucher@gklaw.com;ekulpinski@gklaw.com
- **John T. Piggins**  ecfpigginsj@millerjohnson.com, 8473902420@filings.docketbird.com; Docket@millerjohnson.com
- **Steven L. Rayman**  courtmail@raymanknight.com
- **Dean E. Rietberg**  Dean.E.Rietberg@usdoj.gov
- **Howard S. Sher**  howard@jacobweingarten.com
- **Nicholas J. Spigiel**  nspigiel@kreisenderle.com, dquick@kreisenderle.com
- **Patrick E. Sweeney**  psweeney@rhoadesmckee.com, kjhaisma@rhoadesmckee.com
- **Jason M. Torf**  jason.torf@icemiller.com
- **Denise D. Twinney**  bkfilings@wardroplaw.com
- **Elizabeth B. Vandesteeg**  evandesteeg@sfgh.com, bkdocket@sfgh.com
- **Elisabeth M. Von Eitzen**  evoneitzen@wnj.com, jnikodemski@wnj.com
- **Robert F. Wardrop**  bkfilings@wardroplaw.com, bkrfilings@wardroplaw.com; bkwalfilings@wardroplaw.com
- **Norman C. Witte**  ncwitte@wittelaw.com, mmallswede@wittelaw.com
- **Scott A. Wolfson**  swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

and I hereby certify that on September 14, 2020, I served same on the following parties via first class mail, postage prepaid:

    **Amherst Partners, LLC**
    255 Brown St
    Suite 120
    Birmingham, MI 48009

CO\6500649.2

**James Gansman**
Rock Creek Advisors, LLC
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP
150 California St 15th Fl
San Francisco, CA 94111

**Nathan S. Gimpel**
Paul Hastings LLP
71 South Wacker Drive
Suite 4500
Chicago, IL 60606

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Mastodon Ventures, Inc**
Robert S. Hersch
918 Congress Avenue, Suite 100
Austin, TX 78701

**Matthew M. Murphy**
Paul Hastings LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606

**Jason H. Rosell**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Todd M. Schwartz**
Paul Hastings LLP
1117 S. California Avenue
Palo Alto, CA 94304

Dated:  September 14, 2020                Respectfully submitted,

/s/ Jason M. Torf
Jason M. Torf
John C. Cannizzaro
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417
Telephone:  (312) 726-6244
Facsimile:  (312) 726-6214
Email:       Jason.Torf@icemiller.com

*Counsel for Gordon Food Service, Inc.*

4