## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[1]

Debtors.

_____/

Chapter 11

Case No. 20-01947-jwb

Hon. James W. Boyd

*Jointly Administered*

## ORDER ADJOURNING THE SALE HEARING AND RELATED HEARINGS REGARDING CURE OBJECTIONS AND ADEQUATE ASSURANCE

The Court has reviewed the stipulation between the Debtors,[2] the Objecting Creditors, the Committee, GTW Depot, LLC, First Savings Bank, the Lender, and the Stalking Horse Bidder, which requests that the Court issue an order adjourning the Sale Hearing, the Cure Hearings, and the Adequate Assurance Hearings which are currently set for September 15, 2020 at 10:00 a.m. The Court has determined to grant the request for an order approving that stipulation without further notice or hearing, therefore:

**IT IS ORDERED THAT:**

1.      The Court will conduct a status conference on **September 15, 2020 at 10:00 a.m. (Eastern Time)** by videoconferencing using the Zoom Cloud Meeting Program/App.

2.      Any party or attorney who wishes to appear at the Status Conference must register

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

[2] All capitalized terms not otherwise defined have the same meaning as set forth in the Stipulation.

by no later than **September 14, 2020 at 1:00 p.m.** Eastern time.  Information about registration is available on the Court's website under Covid-19 Notices, https://www.miwb.uscourts.gov/covid-19-notices.  Parties who have already registered with the Court for the August 27, 2020 or the September 15 hearing do not need to re-register.

3.      The Sale Hearing, Cure Hearings, and Adequate Assurance Hearings will be held before the Court on **September 25, 2020 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel and interested parties may be heard; *provided*, the Debtors may seek an adjournment of the Sale Hearing, consistent with the Procedures Order.

4.      The deadline for the Committee and the United States Trustee to file a response to the Sale Motion is adjourned until September 23, 2020 at 5:00 p.m. (eastern time).

5.      The Sale Hearing, Cure Hearings, and Adequate Assurance Hearings will be conducted by videoconferencing using the Zoom Cloud Meeting Program/App.  Any party or attorney who wishes to appear at the Sale Hearing, Cure Hearings, and Adequate Assurance Hearings must register by no later than **September 24, 2020 at 1:00 p.m.** Eastern time. Information about registration is available on the Court's website under Covid-19 Notices, https://www.miwb.uscourts.gov/covid-19-notices.  Parties who have already registered with the Court for the August 27, 2020 or the September 15 hearing do not need to re-register.

**END OF ORDER**

*Order prepared and submitted by:*
WARNER NORCROSS + JUDD LLP
Elisabeth M. Von Eitzen (P70183)
150 Ottawa Avenue, NW  Ste. 1500
Telephone: (616) 752-2418
Facsimile: (616) 222-2418
evoneitzen@wnj.com
Counsel for Debtors

**IT IS SO ORDERED.**

**Dated September 14, 2020**



James W. Boyd
United States Bankruptcy Judge