## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| BARFLY VENTURES, LLC,<br>(FEIN **-***8379)<br><br>        Debtor.<br>_____/ | Case No. 20-01947-jwb<br>Chapter 11<br>Hon. James W. Boyd |

## APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of Dana Nessel, Attorney General for the State of Michigan, and Rebecca A. Smith, Assistant Attorney General, as attorneys for Creditor, Michigan Unemployment Insurance Agency, in the above-captioned matter and request copies of all papers filed in this case after this date.

                                                Respectfully submitted,

                                                Dana Nessel
                                                Attorney General

                                                */s/ Rebecca M. Smith*
                                                Rebecca M. Smith (P72184)
                                                Assistant Attorney General
                                                Attorneys for Creditor, Michigan
                                                Unemployment Insurance Agency
                                                Labor Division
                                                P.O. Box 30736
                                                Lansing, MI 48909
                                                (517) 335-1950
Dated: September 16, 2020                  Smithr72@michigan.gov