**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re:<br><br>BARFLY VENTURES, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-01947-jwb<br><br>Jointly Administered |

**NOTICE OF (I) CANCELLATION OF AUCTION, (II) SELECTION OF SUCCESSFUL BIDDER, AND (III) RESCHEDULED SALE HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On July 9, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their *Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Scheduling Sale Hearing, (B) Approving the Form of the Asset Purchase Agreement, Including the Bid Protections, and (C) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [Docket No. 127] (the "Sale Motion").

2. Only July 22, 2020, the United States Bankruptcy Court for the Western District of Michigan (the "Bankruptcy Court") entered its *Order (A) Approving Bidding Procedures and*

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCat-Chicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCat-GR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCat-Minneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

*Scheduling Sale Hearing, (B) Approving the Form of the Asset Purchase Agreement, Including the Bid Protections, and (C) Granting Relied Relief* (the "<u>Bidding Procedures Order</u>").[2]

3. Pursuant to the Bidding Procedures Order and the Bidding Procedures, the deadline to submit offers to purchase the Assets was August 21, 2020 at 4:00 p.m. (Eastern Time). In the event that more than one Qualified Bid was received on or before the Bid Deadline, the Debtors were to conduct an Auction to commence on August 24, 2020 at 10:00 a.m. (Eastern Time), at the offices of Warner Norcross + Judd LLP, 1500 Warner Building, 150 Ottawa Avenue, NW, Grand Rapids, Michigan 49503, to determine the highest or otherwise best bid for the Assets.

4. The Stalking Horse Bidder was the only party to submit a Qualified Bid. No other bids were received. Accordingly, no Auction will be held and the Sale Hearing shall proceed solely to consider the approval of the proposed sale to the Stalking Horse Bidder.

5. The Sale Hearing has been adjourned to **September 25, 2020 at 10:00 a.m. (Eastern Time)**. The Sale Hearing will be conducted by videoconferencing using the Zoom Cloud Meeting Program/App. Any party or attorney who wishes to appear at the Sale Hearing must register by no later than September 24, 2020 at 1:00 p.m. (Eastern Time). Information about registration is available on the Bankruptcy Court's website under Covid-19 Notices, https://www.miwb.uscourts.gov/covid-19-notices.

---

[2] A capitalized term not defined herein shall have the meaning ascribed to it in the Bidding Procedures Order.

Dated:  September 16, 2020       **WARNER NORCROSS + JUDD LLP**

/s/ *Elisabeth M. Von Eitzen*
Rozanne M. Giunta (P29969)
Stephen B. Grow (P39622)
Elisabeth M. Von Eitzen (P70183)
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000

--and--

**PACHULSKI STANG ZIEHL & JONES LLP**

John W. Lucas (admitted *pro hac vice*)
Jason Rosell (admitted *pro hac vice*)
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 263-7000

*Counsel to the Debtors and Debtors in Possession*

20684252-1