**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al,*[1]

          Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Joint Administration*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 16, 2020, a copy of the NOTICE OF (I) CANCELLATION OF AUCTION, (II) SELECTION OF SUCCESSFUL BIDDER, AND (III) RESCHEDULED SALE HEARING was served electronically by CM/ECF and also by first class mail to the United States Trustee, 125 Ottawa NW, Suite 200R, Grand Rapids, Michigan 49503:

The notice was also served on the following:

(i) the Debtors (Mark A. Sellers, III at mark@barflyventures.com and Ned Lidvall at nlidvall@barflyventures.com); (ii) counsel to the Debtors (John Lucas at jlucas@pszjlaw.com and Jason Rosell at jrosell@pszjlaw.com); (iii) the investment banker to the Debtors (Robert Hersch at rhersch@mastodonventures.com); (iv) counsel to the Committee (Michael Brandess at mbrandess@sfgh.com); and (v) counsel to the Administrative Agent (Nathan Gimpel at nathangimpel@paulhastings.com)

Dated:  September 16, 2020

WARNER NORCROSS + JUDD LLP

/s/ Elisabeth M. Von Eitzen
Rozanne M. Giunta (P29969)
Elisabeth M. Von Eitzen (P70183)
Stephen B. Grow (P39622)
150 Ottawa Avenue, NW  Ste. 1500
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000
*Counsel to the Debtors*

20683708

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).