**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al*,[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

### ORDER GRANTING DERIVATIVE STANDING TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PURSUE CAUSES OF ACTION ON BEHALF OF THE DEBTORS' BANKRUPTCY ESTATES

Upon the *Stipulation to Entry of Order Granting Derivative Standing to the Official Committee of Unsecured Creditors to Pursue Causes of Action on Behalf of the Debtors' Bankruptcy Estates* (the "Stipulation") filed by the Debtors[2] and the Committee; and the Court having reviewed the Stipulation;

**IT IS HEREBY ORDERED THAT:**

1.     The Committee is granted derivative standing and authority to prosecute the Sellers Claims on behalf of the Debtors' bankruptcy estates by, among other things, filing a proof of claim in the Sellers Bankruptcy Case.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

2.     The Committee is authorized to take all actions it deems necessary or appropriate in connection with the authority granted in this Order, with the full rights and privileges of the Debtors including, but not limited to, the right to enter into settlement negotiations and, subject to court approval, to settle the Sellers Claims.

3.     Except as otherwise expressly provided in the Stipulation and this Order, all parties reserve all of their rights, claims and defenses with respect to all matters, including with respect to the Sellers Claims.  For the avoidance of doubt, nothing in this Order or the Stipulation shall in any way constitute an admission by the Debtors regarding the validity of the Sellers Claims.

4.     This Court shall retain jurisdiction over all matters related to the interpretation, implementation, and enforcement of the Stipulation and this Order.

**END OF ORDER**

*Order prepared and submitted by:*

JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (P70460)
27777 Franklin, Suite 2500
Southfield, MI 48034
(248) 840-9079)
phage@jaffelaw.com

**IT IS SO ORDERED.**

**Dated September 17, 2020**



James W. Boyd
United States Bankruptcy Judge