**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al,*[1]

    Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

**ORDER GRANTING DEBTORS' MOTION TO SHORTEN OBJECTION PERIOD AND FOR EXPEDITED HEARING REGARDING DEBTORS' MOTION TO EXTEND TIME WITHIN WHICH UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY MAY BE ASSUMED OR REJECTED**

This matter comes before the Court on *Debtors' Motion to Shorten Objection Period and for Expedited Hearing Regarding Debtors' Motion to Extend Time Within Which Unexpired Leases of Nonresidential Real Property May be Assumed or Rejected* (the "Motion to Shorten"). The Motion to Shorten seeks to reduce the period of time parties in interest have to object to the *Debtors' Motion to Extend Time Within Which Unexpired Leases of Nonresidential Real Property May be Assumed or Rejected* (the "Extension Motion"), separately filed by Debtors, and to hold an expedited hearing on the Extension Motion.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

The Court has reviewed the Motion to Shorten and finds that a hearing is unnecessary. The Motion to Shorten sufficiently demonstrates cause for reducing the period for parties in interest to object to the Extension Motion as required by Fed. R. Bankr. P. 9006(c) and LBR 9013(h).

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Motion to Shorten is granted.

2. A hearing on the Extension Motion is **September 25, 2020 at 10:00 a.m.** (Eastern Time).

3. Objections to the Extension Motion, if any, must be filed and served on proposed counsel to the Debtors on or before **September 24, 2020 at 1:00 p.m.** (Eastern Time).

4. The hearing will be conducted by videoconferencing using the Zoom Cloud Meeting Program/App. Any party or attorney who wishes to appear at the hearing must register by no later than **September 24, 2020 at 1:00 p.m.** Eastern time. Information about registration is available on the Court's website under Covid-19 Notices, https://www.miwb.uscourts.gov/covid-19-notices. Parties who have already registered with the Court for the sale hearings scheduled for August 27, 2020 and September 15 hearing, do not need to re-register.

5. On or before September 21, 2020, Debtors must serve the Extension Motion and this Order on (a) the Office of the United States Trustee for Region 9; (b) counsel to the Committee; (c) counsel to the Prepetition Secured Lender; (d) landlords who are counter-parties to Debtors' Unexpired Leases; and (e) parties who have requested notice or otherwise appeared in this case.

6.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## END OF ORDER

*Order prepared and submitted by:*
WARNER NORCROSS + JUDD LLP
Elisabeth M. Von Eitzen (P70183)
1500 Warner Building
150 Ottawa Avenue, NW
Telephone: (616) 752-2418
evoneitzen@wnj.com
*Counsel to the Debtors*
20691281-1

**IT IS SO ORDERED.**

**Dated September 18, 2020**



James W. Boyd
United States Bankruptcy Judge