## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Joint Administration*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 18, 2020, a copy of the documents listed below were served by CM/ECF and also by first class mail to the following parties listed on the attached:

ORDER GRANTING DEBTORS' MOTION TO SHORTEN OBJECTION PERIOD AND FOR EXPEDITED HEARING REGARDING DEBTORS' MOTION TO EXTEND TIME WITHIN WHICH UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY MAY BE ASSUMED OR REJECTED

DEBTORS' MOTION TO EXTEND TIME WITHIN WHICH UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY MAY BE ASSUMED OR REJECTED

Dated: September 18, 2020

WARNER NORCROSS + JUDD LLP

/s/ Rozanne M. Giunta
Rozanne M. Giunta (P29969)
Elisabeth M. Von Eitzen (P70183)
Stephen B. Grow (P39622)
150 Ottawa Avenue, NW, Ste. 1500
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000
*Counsel to the Debtors*

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

| Parties for Service | | | |
|---|---|---|---|
| Lee Shore-Lemon Wheeler Building | 50 Louis Street NW, Suite 600 | | Grand Rapids | MI 49503 |
| 50 Commerce Building, LLC | 35 Oakes Street, Suite 400 | | Grand Rapids | MI 49503 |
| A&G Partnership, LLC | 117 Center Street | | East Lansing | MI 48823 |
| Ionia Ventures, LLC | 80 Ottawa Avenue, NW, Suite 415 | | Grand Rapids | MI 49503 |
| Liberty Maynard LLC | 30100 Telegraph Rd, Suite 220 | | Bingham Farms | MI 48205 |
| HC Woodward, LLC | 5000 Kendrick St | | Grand Rapids | MI 49512 |
| HC Woodward, LLC | 477 Lake Park | | Birmingham | MI 48009 |
| JK East Beltline Real Estate | 13405 West Star Drive, Suite 2 | | Shelby Township | MI 48315 |
| Greenen Dekock Properties, LLC | 12 West 8th Street #250 | | Holland | MI 49423 |
| 6280 LLC | 47 S Pennyslvania St, 10th Floor | | Indianapolis | IN 46204 |
| GTW Depot, LLC | 200 West Michigan, Suite 201 | | Kalamazoo | MI 49007 |
| Project Oscar, LLC | 10340 N 84th St | | Omaha | NE 68122 |
| Project Oscar, LLC | 11422 Miracle Hills Drive, Suite 400 | | Omaha | NE 68154 |
| CIP Administrative, LLC | Paul Hastings LLP | Attn: Matthew M. Murphy | 71 S. Wacker Drive, Suite 4500 | Chicago | IL 60622 |
| Office of the US Trustee | Michael V. Maggio | The Ledyard Building, 2nd Fl. | 125 Ottawa NW, Suite 200R | Grand Rapids | MI 49503 |
| Office of the US Trustee | Dean E. Rietberg | The Ledyard Building, 2nd Fl. | 125 Ottawa NW, Suite 200R | Grand Rapids | MI 49503 |
| Sugar Felsenthal Grais & Helsinger LLP | Michael Aaron Brandess | | 30 N. La Salle St., Suite 3000 | Chicago | IL 60602-3481 |
| Jaffe Raitt Heuer & Weiss PC | Paul R. Hage | | 27777 Franklin Road | Suite 2500 | Southfield | MI 48034 |
| Jaffe Raitt Heuer & Weiss PC | Judith Greenstone Miller | | 27777 Franklin Road | Suite 2500 | Southfield | MI 48034 |
| Sugar Felsenthal Grais & Helsinger LLP | Elizabeth B. Vandesteeg | | 30 N. La Salle St., Suite 3000 | Chicago | IL 60602-3481 |