**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et. al.*,[1]

Debtor.

_____/

Chapter 11
Case No. 20-01947

(Jointly Administered)

**MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTORS FOR AUGUST 1, 2020 TO AUGUST 31, 2020**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to provide services to: | Debtors |
| Effective Date of Retention: | June 3, 2020 |
| Period for which compensation is sought:[2] | August 1, 2020 – August 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $32,489.50<br>80% = $25,991.60<br>20% = $ 6,497.90 |
| Amount of expense reimbursement sought: | $355.84 |
| Total interim request: | $26,347.44 |

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCat-Chicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCat-GR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCat-Minneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

[2] Under the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 113], monthly fee statements are to be filed on or before the 20th of each month. The Court's order authorizing employment of Pachulski Stang Ziehl & Jones LLP, however, was not entered until July 22, 2020. Therefore, PSZJ delayed filing its fee statement until its retention was approved.

Dated:  September 17, 2020        **WARNER NORCROSS + JUDD LLP**

/s/ *Rozanne M. Giunta*
Rozanne M. Giunta (P29969)
Stephen B. Grow (P39622)
Elisabeth M. Von Eitzen (P70183)
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000

--and--

**PACHULSKI STANG ZIEHL & JONES LLP**

John W. Lucas (admitted *pro hac vice*)
Jason Rosell (admitted *pro hac vice*)
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 263-7000

*Counsel to the Debtors and Debtors in Possession*

# Pachulski Stang Ziehl & Jones LLP

150 California St.
Floor 15th
San Francisco, CA 94111

Jeffrey Sorum
Barfly Ventures
35 Oakes St. SW #400
Grand Rapids, MI  49503

August 31, 2020
Invoice   125858
Client    07979
Matter    00002
**JWL**

RE:   Chapter 11

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH    08/31/2020**

| | |
|---|---:|
| FEES | $34,465.00 |
| EXPENSES | $355.84 |
| LESS COURTESY DISCOUNT | $1,975.50 |
| **TOTAL CURRENT CHARGES** | **$32,845.34** |
| **BALANCE FORWARD** | **$39,714.39** |
| **TOTAL BALANCE DUE** | **$72,559.73** |

Pachulski Stang Ziehl & Jones LLP                                              Page:     2
Barfly Ventures LLC                                                            Invoice 125858
07979    - 00002                                                               August 31, 2020

**Summary of Services by Professional**

| ID  | Name             | Title   | Rate   | Hours | Amount      |
|-----|------------------|---------|--------|-------|-------------|
| JHR | Rosell, Jason H. | Partner | 725.00 | 13.40 | $9,715.00   |
| JWL | Lucas, John W.   | Partner | 825.00 | 30.00 | $24,750.00  |
|     |                  |         |        | 43.40 | $34,465.00  |

Pachulski Stang Ziehl & Jones LLP  
Barfly Ventures LLC  
07979    - 00002

Page:    3  
Invoice 125858  
August 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 14.10 | $11,152.50 |
| BL | Bankruptcy Litigation [L430] | 0.20 | $145.00 |
| BO | Business Operations | 2.30 | $1,817.50 |
| CA | Case Administration [B110] | 0.90 | $652.50 |
| CG | Corporate Governance/Board Mtr | 1.90 | $1,567.50 |
| CO | Claims Admin/Objections[B310] | 13.50 | $10,927.50 |
| CP | Compensation Prof. [B160] | 1.50 | $1,117.50 |
| CPO | Comp. of Prof./Others | 0.10 | $72.50 |
| EC | Executory Contracts [B185] | 3.30 | $2,462.50 |
| FN | Financing [B230] | 0.60 | $495.00 |
| GC | General Creditors Comm. [B150] | 0.30 | $247.50 |
| H | Hearings | 4.30 | $3,487.50 |
| RPO | Ret. of Prof./Other | 0.30 | $247.50 |
| SL | Stay Litigation [B140] | 0.10 | $72.50 |
| | | 43.40 | $34,465.00 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 4 |
| Barfly Ventures LLC | Invoice 125858 |
| 07979   - 00002 | August 31, 2020 |

## Summary of Expenses

| Description | Amount |
|---|---:|
| Conference Call [E105] | $52.19 |
| Lexis/Nexis- Legal Research [E | $139.95 |
| Pacer - Court Research | $122.90 |
| Transcript [E116] | $40.80 |
| | $355.84 |

| Pachulski Stang Ziehl & Jones LLP | | Page: 5 |
|---|---|---|
| Barfly Ventures LLC | | Invoice 125858 |
| 07979    - 00002 | | August 31, 2020 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 08/07/2020 | JWL | AD | Emails with client regarding sale/auction for surplus property at rejected locations (.3) | 0.30 | 825.00 | $247.50 |
| 08/07/2020 | JWL | AD | Call with R. Hersch regarding sale issues and next steps on sale process (.3); emails with client and lender regarding potential sale of FF&E (.2) | 0.50 | 825.00 | $412.50 |
| 08/07/2020 | JWL | AD | Consider strategies for asset sale and timing of closing (.3) | 0.50 | 825.00 | $412.50 |
| 08/07/2020 | JHR | AD | Correspondence with Gordon Foods re: adequate assurance | 0.10 | 725.00 | $72.50 |
| 08/10/2020 | JHR | AD | Review correspondence from lenders re: FF&E | 0.10 | 725.00 | $72.50 |
| 08/11/2020 | JWL | AD | Call with UCC counsel regarding sale issues (.3) | 0.30 | 825.00 | $247.50 |
| 08/13/2020 | JHR | AD | Correspondence with client re: FF&E issues | 0.10 | 725.00 | $72.50 |
| 08/14/2020 | JWL | AD | Call with R. Hersch regarding sale process (.2); email to lenders regarding the same (.1); call with J. Gansman regarding PPP and sale process (.2); call with WNJ regarding contract cure issues (.4) | 0.90 | 825.00 | $742.50 |
| 08/14/2020 | JHR | AD | Review Liberty sale objection and related research | 0.30 | 725.00 | $217.50 |
| 08/16/2020 | JHR | AD | Review APA re: insurance issues and related correspondence with Rock Creek | 0.40 | 725.00 | $290.00 |
| 08/16/2020 | JHR | AD | Review APA schedules list | 0.20 | 725.00 | $145.00 |
| 08/17/2020 | JWL | AD | Review and respond to sale update from Mastodon (.3); call with UCC regarding sale process (.3); call with Rock Creek regarding APA schedules (.8) | 1.40 | 825.00 | $1,155.00 |
| 08/18/2020 | JWL | AD | Emails regarding continuance of sale hearing and rejecting unwanted locations (.2); review and comment on APA schedules (.8) | 1.00 | 825.00 | $825.00 |
| 08/19/2020 | JWL | AD | Emails with client and WNJ regarding continuation of sale hearing (.1); call with WNJ regarding continuing sale hearing (.2); emails with client regarding rejection and abandonment of FF&E (.4) | 0.70 | 825.00 | $577.50 |
| 08/19/2020 | JHR | AD | Review correspondence with lenders re: rejection of leases and abandonment of FF&E | 0.30 | 725.00 | $217.50 |
| 08/20/2020 | JWL | AD | Call regarding rejection or potential sale of dormant locations (.7); call with M. Sellers regarding same (.2); call with R. Hersch regarding sale process (.2); another call with R. Hersch regarding sale timeline | 1.50 | 825.00 | $1,237.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | issues (.4) | | | |
| 08/21/2020 | JWL | AD | Call with Gordon Foods counsel regarding sale process (.2) | 0.20 | 825.00 | $165.00 |
| 08/21/2020 | JHR | AD | Call with Committee and Mastodon re: sale udpate | 0.40 | 725.00 | $290.00 |
| 08/24/2020 | JWL | AD | Review stip to continue sale hearing (.1); respond to lender email regarding APA schedules, 2x (.4); calls with UCC an contract counterparties regarding continuation of sale hearing (.3); email to lenders regarding sale process (.2) | 1.00 | 825.00 | $825.00 |
| 08/24/2020 | JHR | AD | Correspondence with WNJ re: bidding procedures | 0.20 | 725.00 | $145.00 |
| 08/24/2020 | JHR | AD | Correspondence with J. Lucas re: sale issues | 0.20 | 725.00 | $145.00 |
| 08/25/2020 | JWL | AD | Call with lenders' counsel regarding next steps for sale (.3); respond to lender questions regarding sale process and next steps (.4); call N. Lidvall regarding sale process (.3) | 1.00 | 825.00 | $825.00 |
| 08/25/2020 | JHR | AD | Call with Mercantile Bank re: sale issues | 0.20 | 725.00 | $145.00 |
| 08/25/2020 | JHR | AD | Review FSB sale objection and related research | 0.50 | 725.00 | $362.50 |
| 08/26/2020 | JHR | AD | Review objections to adequate assurance information | 0.50 | 725.00 | $362.50 |
| 08/26/2020 | JHR | AD | Review GFS sale objection | 0.20 | 725.00 | $145.00 |
| 08/27/2020 | JHR | AD | Call with client re: Mercantile account | 0.20 | 725.00 | $145.00 |
| 08/28/2020 | JHR | AD | Attend committee sale update call | 0.40 | 725.00 | $290.00 |
| 08/31/2020 | JHR | AD | Prepare for sale update call with Mastodon | 0.20 | 725.00 | $145.00 |
| 08/31/2020 | JHR | AD | Attend sale update call with Mastodon | 0.30 | 725.00 | $217.50 |
| | | | | **14.10** | | **$11,152.50** |

### Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/04/2020 | JHR | BL | Review correspondence with landlord re: liquor license issues | 0.20 | 725.00 | $145.00 |
| | | | | **0.20** | | **$145.00** |

### Business Operations

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/08/2020 | JWL | BO | Call with counsel to Gordon Foods regarding payment (.4); and email to lenders regarding the same (.1) | 0.50 | 825.00 | $412.50 |

Pachulski Stang Ziehl & Jones LLP
Barfly Ventures LLC
07979    - 00002

Page:    6
Invoice 125858
August 31, 2020

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 7 | |
| Barfly Ventures LLC | | | | | | Invoice 125858 | |
| 07979  - 00002 | | | | | | August 31, 2020 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/10/2020 | JWL | BO | Call with J. Rosell and Rock Creek regarding cash flow (.5) | 0.50 | 825.00 | $412.50 |
| 08/10/2020 | JHR | BO | Revise MOR and related correspondence with Rock Creek | 0.50 | 725.00 | $362.50 |
| 08/11/2020 | JWL | BO | Review business operation cash forecast (.2); respond to email from Gordon Foods and lenders regarding operations (.1) | 0.30 | 825.00 | $247.50 |
| 08/21/2020 | JWL | BO | Emails to client regarding disposition of Royal Oak property (.2) | 0.20 | 825.00 | $165.00 |
| 08/28/2020 | JHR | BO | Research customer deposit issues | 0.30 | 725.00 | $217.50 |
| | | | | **2.30** | | **$1,817.50** |

### Case Administration [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/06/2020 | JHR | CA | Call with Rock Creek re: monthly operating reports | 0.40 | 725.00 | $290.00 |
| 08/14/2020 | JHR | CA | Update work in progress report. | 0.50 | 725.00 | $362.50 |
| | | | | **0.90** | | **$652.50** |

### Corporate Governance/Board Mtr

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/01/2020 | JWL | CG | call with board regarding PPP loan issues (.7); follow up call with Rock Creek regarding same (.1); email to lender regarding result of board meeting (.4) | 1.20 | 825.00 | $990.00 |
| 08/10/2020 | JWL | CG | Attend board meeting regarding use of PPP funds (.7) | 0.70 | 825.00 | $577.50 |
| | | | | **1.90** | | **$1,567.50** |

### Claims Admin/Objections[B310]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/02/2020 | JHR | CO | Review correspondence with lender re: PPP issues | 0.10 | 725.00 | $72.50 |
| 08/03/2020 | JWL | CO | Draft response FSB PPP use objection (3.8) | 3.80 | 825.00 | $3,135.00 |
| 08/03/2020 | JHR | CO | Review Committee response to objections to fee statements re PPP issues. | 0.40 | 725.00 | $290.00 |
| 08/03/2020 | JHR | CO | Research re: PPP issues | 0.40 | 725.00 | $290.00 |
| 08/05/2020 | JWL | CO | Review FSB PPP response (.3); call with UCC regarding same and prep for hearing (.7); work on hearing prep for PPP dispute (.3) | 1.30 | 825.00 | $1,072.50 |

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 8 | |
| Barfly Ventures LLC | | | | | | Invoice 125858 | |
| 07979   - 00002 | | | | | | August 31, 2020 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/06/2020 | JWL | CO | Call with FSB counsel regarding hearing and potential settlement on ruling (.6); email to the client regarding the hearing (.2) | 0.80 | 825.00 | $660.00 |
| 08/07/2020 | JWL | CO | Call with Rock Creek regarding use of PPP funds (.2); call with UCC counsel regarding next steps re PPP and paths to closing a restructuring deal (.5); prepare substantive email to client regarding the same (.8) | 1.50 | 825.00 | $1,237.50 |
| 08/08/2020 | JHR | CO | Review Mark Sellers loan documents | 0.20 | 725.00 | $145.00 |
| 08/09/2020 | JHR | CO | Correspondence with J. Lucas re: PPP issues | 0.20 | 725.00 | $145.00 |
| 08/10/2020 | JHR | CO | Call with Rock Creek re: PPP issues | 0.50 | 725.00 | $362.50 |
| 08/10/2020 | JWL | CO | Call with PPP lender counsel regarding path forward (.5) | 0.50 | 825.00 | $412.50 |
| 08/10/2020 | JWL | CO | Review inquiry by prepetition secured lender and prepare response for client's review (.5) | 0.50 | 825.00 | $412.50 |
| 08/12/2020 | JWL | CO | Call with J. Gansman regarding PPP issues (.2) | 0.20 | 825.00 | $165.00 |
| 08/13/2020 | JWL | CO | Call with FSB counsel regarding PPP loan issues (.5) | 0.50 | 825.00 | $412.50 |
| 08/13/2020 | JHR | CO | Review waterfall analysis re: PPP issues | 0.30 | 725.00 | $217.50 |
| 08/17/2020 | JWL | CO | Draft complaint regarding PPP funds and use (2.1) | 2.10 | 825.00 | $1,732.50 |
| 08/29/2020 | JWL | CO | Research regarding enforcement of claims against the SBA (.2) | 0.20 | 825.00 | $165.00 |
| | | | | 13.50 | | $10,927.50 |

**Compensation Prof. [B160]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/05/2020 | JHR | CP | Analyze FSB reply in support of objections to fee statements re PPP issues. | 1.10 | 725.00 | $797.50 |
| 08/10/2020 | JHR | CP | Review order granting fee statements | 0.10 | 725.00 | $72.50 |
| 08/12/2020 | JWL | CP | Prepare and review July fee statement (.3) | 0.30 | 825.00 | $247.50 |
| | | | | 1.50 | | $1,117.50 |

**Comp. of Prof./Others**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/07/2020 | JHR | CPO | Review UST objection to Committee retention applications | 0.10 | 725.00 | $72.50 |

| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 9 | |
|---|---|---|---|---|---|---|
| Barfly Ventures LLC | | | | | Invoice 125858 | |
| 07979   - 00002 | | | | | August 31, 2020 | |

|  |  |  |  | 0.10 |  | $72.50 |
|---|---|---|---|---|---|---|
| **Executory Contracts [B185]** | | | | | | |
| 08/05/2020 | JHR | EC | Call with client re: lease issues | 0.50 | 725.00 | $362.50 |
| 08/09/2020 | JHR | EC | Call with client re: lease issues | 0.40 | 725.00 | $290.00 |
| 08/14/2020 | JHR | EC | Review correspondence with WNJ re: status of executory contracts | 0.20 | 725.00 | $145.00 |
| 08/19/2020 | JWL | EC | Call with N. Lidval regarding rejection of dormant locations (.2) | 0.20 | 825.00 | $165.00 |
| 08/24/2020 | JHR | EC | Review correspondence re: Ionia property | 0.30 | 725.00 | $217.50 |
| 08/24/2020 | JHR | EC | Review draft motion to reject leases and related correspondence with WNJ | 0.30 | 725.00 | $217.50 |
| 08/26/2020 | JHR | EC | Review motion to reject leases | 0.20 | 725.00 | $145.00 |
| 08/27/2020 | JHR | EC | Call with J. Lucas re: equipment removal issues | 0.20 | 725.00 | $145.00 |
| 08/27/2020 | JHR | EC | Call with KC landlord counsel re: equipment removal sisues | 0.20 | 725.00 | $145.00 |
| 08/27/2020 | JWL | EC | Calls with landlord for Kansas City location regarding rejection of lease and abandonment (.5) | 0.50 | 825.00 | $412.50 |
| 08/27/2020 | JHR | EC | Review KC lease for equipment removal issues | 0.30 | 725.00 | $217.50 |
|  |  |  |  | **3.30** |  | **$2,462.50** |
| **Financing [B230]** | | | | | | |
| 08/11/2020 | JWL | FN | Call with lenders regarding proposed DIP financing (.3); prepare and send email to client regarding the same (.3) | 0.60 | 825.00 | $495.00 |
|  |  |  |  | **0.60** |  | **$495.00** |
| **General Creditors Comm. [B150]** | | | | | | |
| 08/17/2020 | JWL | GC | Emails with UCC regarding Sellers bankruptcy case (.1) | 0.10 | 825.00 | $82.50 |
| 08/24/2020 | JWL | GC | Respond to UCC questions regarding case status on a number of matters (.2) | 0.20 | 825.00 | $165.00 |
|  |  |  |  | **0.30** |  | **$247.50** |
| **Hearings** | | | | | | |
| 08/06/2020 | JWL | H | Prepare for (1.3) and attend hearing on PPP use of | 3.00 | 825.00 | $2,475.00 |

| Pachulski Stang Ziehl & Jones LLP | Page: 10 |
|---|---|
| Barfly Ventures LLC | Invoice 125858 |
| 07979   - 00002 | August 31, 2020 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | funds (1.7) |  |  |  |
| 08/07/2020 | JWL | H | Prepare for (.2) and attend hearing on use of PPP loan proceeds (.5) | 0.70 | 825.00 | $577.50 |
| 08/07/2020 | JHR | H | Attend 8/7 hearing re PPP. | 0.60 | 725.00 | $435.00 |
|  |  |  |  | **4.30** |  | **$3,487.50** |

### Ret. of Prof./Other

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/03/2020 | JWL | RPO | Review email from R. Hersch regarding terms of retention of Mastodon and respond regarding changes to the order (.3) | 0.30 | 825.00 | $247.50 |
|  |  |  |  | **0.30** |  | **$247.50** |

### Stay Litigation [B140]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/07/2020 | JHR | SL | Review order approving Innovo stay relief motion | 0.10 | 725.00 | $72.50 |
|  |  |  |  | **0.10** |  | **$72.50** |

**TOTAL SERVICES FOR THIS MATTER:** **$34,465.00**

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page:     11 |
| Barfly Ventures LLC | | | Invoice 125858 |
| 07979    - 00002 | | | August 31, 2020 |

### Expenses

| Date | Code | Description | Amount |
|---|---|---|---:|
| 07/03/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 19.38 |
| 07/13/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 10.40 |
| 07/13/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 1.07 |
| 07/16/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 7.59 |
| 07/20/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 2.96 |
| 07/26/2020 | TR | Transcript [E116] eScribers, Inv. 342483, KKY | 40.80 |
| 07/28/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 6.41 |
| 07/31/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 4.38 |
| 08/03/2020 | LN | 07979.00002 Lexis Charges for 08-03-20 | 7.51 |
| 08/04/2020 | LN | 07979.00002 Lexis Charges for 08-04-20 | 2.67 |
| 08/04/2020 | LN | 07979.00002 Lexis Charges for 08-04-20 | 24.10 |
| 08/20/2020 | LN | 07979.00002 Lexis Charges for 08-20-20 | 1.60 |
| 08/20/2020 | LN | 07979.00002 Lexis Charges for 08-20-20 | 24.10 |
| 08/21/2020 | LN | 07979.00002 Lexis Charges for 08-21-20 | 1.60 |
| 08/21/2020 | LN | 07979.00002 Lexis Charges for 08-21-20 | 14.11 |
| 08/24/2020 | LN | 07979.00002 Lexis Charges for 08-24-20 | 1.60 |
| 08/24/2020 | LN | 07979.00002 Lexis Charges for 08-24-20 | 15.04 |
| 08/24/2020 | LN | 07979.00002 Lexis Charges for 08-24-20 | 14.11 |
| 08/25/2020 | LN | 07979.00002 Lexis Charges for 08-25-20 | 1.07 |
| 08/25/2020 | LN | 07979.00002 Lexis Charges for 08-25-20 | 13.28 |
| 08/26/2020 | LN | 07979.00002 Lexis Charges for 08-26-20 | 11.64 |
| 08/29/2020 | LN | 07979.00002 Lexis Charges for 08-29-20 | 7.52 |
| 08/31/2020 | PAC | Pacer - Court Research | 122.90 |

**Total Expenses for this Matter** **$355.84**

Pachulski Stang Ziehl & Jones LLP  Page: 12
Barfly Ventures LLC  Invoice 125858
07979   - 00002  August 31, 2020

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**     08/31/2020

| | |
|---|---:|
| **Total Fees** | $34,465.00 |
| **Total Expenses** | 355.84 |
| **Less Courtesy Discount** | $1,975.50 |
| **Total Due on Current Invoice** | $32,845.34 |

**Outstanding Balance from prior invoices as of     08/31/2020         (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125564 | 07/31/2020 | $81,370.00 | $652.09 | $39,714.39 |

**Total Amount Due on Current and Prior Invoices:**     $72,559.73