# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 11 |
| Barfly Ventures, LLC, et al.[1] | CASE NO: 20-01947 |
| | HON. James W. Boyd |
| Debtor. _____/ | *Jointly Administered* |

**SUMMARY OF THIRD MONTHLY FEE STATEMENT OF ROCK CREEK ADVISORS, LLC FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR DEBTOR FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| | |
|---|---|
| Name of Applicant: | Rock Creek Advisors, LLC |
| Authorized to Provide Professional Services to: | The above captioned Debtor |
| Date of Order Approving Retention: | July 22, 2020 |
| Effective Date of Retention: | June 3, 2020 |
| Period for which compensation and reimbursement are sought: | August 1, 2020 through August 31, 2020 |
| Total Amount of Compensation sought as actual, reasonable and necessary: | $ 96,807.50<br>80%:    $77,446.00<br>20%:    $19,361.50 |
| Amount of Reimbursement sought: | $0.00 |

This is a(n): **X** Monthly ___Interim ___Final Application

Rock Creek Advisors, LLC

/s/ Brian Ayers

---

[1] - The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCatConcessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCatLouisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

**Rock Creek Advisors LLC**
555 Fifth Avenue, 14th Floor
New York, NY  10017 US
jgansman@rockcreekFA.com
rockcreekfa.com



# INVOICE

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Barfly Ventures, LLC | Barfly Ventures, LLC | **INVOICE #** | 1176 |
| 35 Oakes St SW Ste 400 | 35 Oakes St SW Ste 400 | **DATE** | 09/18/2020 |
| Grand Rapids, MI  49503 | Grand Rapids, MI  49503 | **DUE DATE** | 09/18/2020 |
| United States | United States | **TERMS** | Due on receipt |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Financial Advisory Services | Jim Gansman | 13.40 | 575.00 | 7,705.00 |
| Financial Advisory Services | Paul Neitzel | 101.60 | 525.00 | 53,340.00 |
| Financial Advisory Services | Chris Peirce | 52.60 | 375.00 | 19,725.00 |
| Financial Advisory Services | Brian Ayers | 22.90 | 475.00 | 10,877.50 |
| Financial Advisory Services | Lindsey Neitzel | 17.20 | 300.00 | 5,160.00 |

BALANCE DUE  $96,807.50

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-01947-jwb**

**Project Category Summary**

|  | Hours | Amount |
|---|---|---|
| Attendance at Court Hearings and Review of Pleadings | 4.8 | $ 2,640.00 |
| Bankruptcy Reporting | 36.5 | $ 17,502.50 |
| Business Analysis | 40.6 | $ 19,080.00 |
| Business Operations | 18.7 | $ 9,497.50 |
| Creditors/Creditor Committee Communication | 2.0 | $ 990.00 |
| Discussions with Lender | 1.2 | $ 660.00 |
| Fee Application | 17.9 | $ 5,932.50 |
| Landlord Negotiations | 29.8 | $ 15,655.00 |
| Meetings - Other | 6.0 | $ 2,730.00 |
| Meetings - with Counsel | 8.6 | $ 4,370.00 |
| Meetings - with Debtor | 18.7 | $ 8,672.50 |
| Sale Process | 22.9 | $ 9,077.50 |
| Total | 207.7 | $ 96,807.50 |

**Blended Hourly Rate**                                                                                        $   466.09

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category by Person**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Attendance at Court Hearings and Review of Pleadings** | | | |
| Jim Gansman | 2.4 | $575.00 | $ 1,380.00 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 2.4 | $525.00 | $ 1,260.00 |
| Chris Peirce | 0.0 | $375.00 | $ - |
| Sub-Total | 4.8 | $550.00 | $ 2,640.00 |
| | | | |
| **Bankruptcy Reporting** | | | |
| Brian Ayers | 11.6 | $475.00 | $ 5,510.00 |
| Jim Gansman | 0.3 | $575.00 | $ 172.50 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 17.3 | $525.00 | $ 9,082.50 |
| Chris Peirce | 7.3 | $375.00 | $ 2,737.50 |
| Sub-Total | 36.5 | $479.52 | $ 17,502.50 |
| | | | |
| **Business Analysis** | | | |
| Brian Ayers | 4.0 | $475.00 | $ 1,900.00 |
| Jim Gansman | 1.9 | $575.00 | $ 1,092.50 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 1.8 | $300.00 | $ 540.00 |
| Paul Neitzel | 21.4 | $525.00 | $ 11,235.00 |
| Chris Peirce | 11.5 | $375.00 | $ 4,312.50 |
| Sub-Total | 40.6 | $469.95 | $ 19,080.00 |
| | | | |
| **Business Operations** | | | |
| Brian Ayers | 3.4 | $475.00 | $ 1,615.00 |
| Jim Gansman | 0.6 | $575.00 | $ 345.00 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 13.5 | $525.00 | $ 7,087.50 |
| Chris Peirce | 1.2 | $375.00 | $ 450.00 |
| Sub-Total | 18.7 | $507.89 | $ 9,497.50 |
| | | | |
| **Creditors/Creditor Committee Communication** | | | |
| Brian Ayers | 0.0 | $475.00 | $ - |
| Jim Gansman | 0.0 | $575.00 | $ - |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 1.6 | $525.00 | $ 840.00 |
| Chris Peirce | 0.4 | $375.00 | $ 150.00 |
| Sub-Total | 2.0 | $495.00 | $ 990.00 |
| | | | |
| **Discussions with Lender** | | | |
| Brian Ayers | 0.0 | $475.00 | $ - |
| Jim Gansman | 0.6 | $575.00 | $ 345.00 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 0.6 | $525.00 | $ 315.00 |
| Chris Peirce | 0.0 | $375.00 | $ - |
| Sub-Total | 1.2 | $550.00 | $ 660.00 |
| | | | |
| **Fee Application** | | | |
| Brian Ayers | 0.0 | $475.00 | $ - |
| Jim Gansman | 0.0 | $575.00 | $ - |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 15.4 | $300.00 | $ 4,620.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category by Person**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Paul Neitzel | 2.5 | $525.00 | $ 1,312.50 |
| Chris Peirce | 0.0 | $375.00 | $ - |
| Sub-Total | 17.9 | $331.42 | $ 5,932.50 |
|  |  |  |  |
| Landlord Negotiations |  |  |  |
| Brian Ayers | 0.0 | $475.00 | $ - |
| Jim Gansman | 0.2 | $575.00 | $ 115.00 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 29.6 | $525.00 | $ 15,540.00 |
| Chris Peirce | 0.0 | $375.00 | $ - |
| Sub-Total | 29.8 | $525.34 | $ 15,655.00 |
|  |  |  |  |
| Meetings - Other |  |  |  |
| Brian Ayers | 2.1 | $475.00 | $ 997.50 |
| Jim Gansman | 0.0 | $575.00 | $ - |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 1.8 | $525.00 | $ 945.00 |
| Chris Peirce | 2.1 | $375.00 | $ 787.50 |
| Sub-Total | 6.0 | $455.00 | 2730.00 |
|  |  |  |  |
| Meetings - with Counsel |  |  |  |
| Brian Ayers | 1.0 | $475.00 | $ 475.00 |
| Jim Gansman | 2.9 | $575.00 | $ 1,667.50 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 3.1 | $525.00 | $ 1,627.50 |
| Chris Peirce | 1.6 | $375.00 | $ 600.00 |
| Sub-Total | 8.6 | $508.14 | $ 4,370.00 |
|  |  |  |  |
| Meetings - with Debtor |  |  |  |
| Brian Ayers | 0.8 | $475.00 | $ 380.00 |
| Jim Gansman | 2.8 | $575.00 | $ 1,610.00 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 6.8 | $525.00 | $ 3,570.00 |
| Chris Peirce | 8.3 | $375.00 | $ 3,112.50 |
| Sub-Total | 18.7 | $463.77 | $ 8,672.50 |
|  |  |  |  |
| Sale Process |  |  |  |
| Brian Ayers | 0.0 | $475.00 | $ - |
| Jim Gansman | 1.7 | $575.00 | $ 977.50 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 1.0 | $525.00 | $ 525.00 |
| Chris Peirce | 20.2 | $375.00 | $ 7,575.00 |
| Sub-Total | 22.9 | $396.40 | $ 9,077.50 |
|  |  |  |  |
| Total | 207.7 | 5,732.4 | 96,807.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 8/1/2020 | Jim Gansman | Meetings - with Debtor | Board call w/ Pachulski and RC to talk about PPP lender and court hearing | 0.8 | $ 575.00 | $ 460.00 |
| 8/1/2020 | Paul Neitzel | Business Analysis | Update of Cash Segregation analysis for BOD call | 1.4 | $ 525.00 | $ 735.00 |
| 8/1/2020 | Paul Neitzel | Meetings - with Debtor | BFV BOD Meeting PPP | 0.8 | $ 525.00 | $ 420.00 |
| 8/1/2020 | Paul Neitzel | Meetings - with Counsel | Call with Jim Gansman and John Lucas re: next steps | 0.1 | $ 525.00 | $ 52.50 |
| 8/1/2020 | Paul Neitzel | Meetings - with Debtor | Call with Ned re: PPP forgiveness | 0.2 | $ 525.00 | $ 105.00 |
| 8/1/2020 | Paul Neitzel | Business Analysis | Update UCC 13 week c/f | 0.2 | $ 525.00 | $ 105.00 |
| 8/2/2020 | Brian Ayers | Bankruptcy Reporting | discussion with Paul re mor disbursements | 0.4 | $ 475.00 | $ 190.00 |
| 8/2/2020 | Paul Neitzel | Bankruptcy Reporting | Disbursement calculation from company's bank statements for UST fee | 2.7 | $ 525.00 | $ 1,417.50 |
| 8/2/2020 | Paul Neitzel | Bankruptcy Reporting | Review Bank reconciliations and move statements to disbursement file for June MOR | 1.8 | $ 525.00 | $ 945.00 |
| 8/2/2020 | Paul Neitzel | Bankruptcy Reporting | discussion with Brian re MOR disbursements | 0.4 | $ 525.00 | $ 210.00 |
| 8/3/2020 | Chris Peirce | Bankruptcy Reporting | Research and provide address for creditor to WNJ | 0.2 | $ 375.00 | $ 75.00 |
| 8/3/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss pre-petition invoices, month end close, and MOR disbursements | 0.8 | $ 375.00 | $ 300.00 |
| 8/3/2020 | Chris Peirce | Business Analysis | Send Tim Gauthier updated cash flow file to enter actuals for prior week | 0.1 | $ 375.00 | $ 37.50 |
| 8/3/2020 | Chris Peirce | Meetings - with Debtor | Call with Mastodon regarding cash flow forecast | 0.3 | $ 375.00 | $ 112.50 |
| 8/3/2020 | Chris Peirce | Sale Process | Review Mastodon cash flow forecast file | 0.3 | $ 375.00 | $ 112.50 |
| 8/3/2020 | Chris Peirce | Business Analysis | Review company payroll allocation | 0.2 | $ 375.00 | $ 75.00 |
| 8/3/2020 | Chris Peirce | Creditors/Creditor Committee Communication | Review Amherst Partners email regarding cash flow questions | 0.1 | $ 375.00 | $ 37.50 |
| 8/3/2020 | Chris Peirce | Business Analysis | Review daily sales flash report | 0.1 | $ 375.00 | $ 37.50 |
| 8/3/2020 | Chris Peirce | Business Analysis | Review Ned Lidvall feedback on Location Pro Forma model used for rent negotiations | 0.1 | $ 375.00 | $ 37.50 |
| 8/3/2020 | Jim Gansman | Meetings - with Counsel | Call with Paul and John Lucas re: next steps | 0.1 | $ 575.00 | $ 57.50 |
| 8/3/2020 | Jim Gansman | Meetings - with Debtor | PPP Schedule with Ned and Paul | 0.5 | $ 575.00 | $ 287.50 |
| 8/3/2020 | Paul Neitzel | Business Analysis | Call with BFV (Tim, Shawn & Denise) re: weekly operations | 0.8 | $ 525.00 | $ 420.00 |
| 8/3/2020 | Paul Neitzel | Landlord Negotiations | emails with Broad Ripple landlord | 0.1 | $ 525.00 | $ 52.50 |
| 8/3/2020 | Paul Neitzel | Meetings - with Debtor | Call with Mastodon, Rock Creek and the company regarding sales projections | 0.3 | $ 525.00 | $ 157.50 |
| 8/3/2020 | Paul Neitzel | Meetings - with Debtor | Call with Tim re: Mercantile bank rec for June | 0.5 | $ 525.00 | $ 262.50 |
| 8/3/2020 | Paul Neitzel | Landlord Negotiations | Email with KC landlord re: potential purchase of assets | 0.1 | $ 525.00 | $ 52.50 |
| 8/3/2020 | Paul Neitzel | Meetings - with Debtor | Call with Ned & Jim Gansman reviewing PPP use schedule | 0.5 | $ 525.00 | $ 262.50 |
| 8/3/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Responses to creditor committee questions | 0.4 | $ 525.00 | $ 210.00 |
| 8/3/2020 | Paul Neitzel | Landlord Negotiations | Editing Stella lease amendment and sending for signature | 0.7 | $ 525.00 | $ 367.50 |
| 8/3/2020 | Paul Neitzel | Landlord Negotiations | Email Lansing landlord re: lease amendment | 0.1 | $ 525.00 | $ 52.50 |
| 8/4/2020 | Brian Ayers | Bankruptcy Reporting | Review of balance sheets as of 6/3 and 6/28 for MOR reporting | 0.8 | $ 475.00 | $ 380.00 |
| 8/4/2020 | Brian Ayers | Bankruptcy Reporting | Review of June financial statements and June MOR with Paul and Tim (BFV). | 1.1 | $ 475.00 | $ 522.50 |
| 8/4/2020 | Brian Ayers | Bankruptcy Reporting | Call with Tim (BF) re balance sheets | 0.3 | $ 475.00 | $ 142.50 |
| 8/4/2020 | Brian Ayers | Meetings - Other | call re cash disbursement reporting | 0.3 | $ 475.00 | $ 142.50 |
| 8/4/2020 | Chris Peirce | Business Analysis | Update prior week actuals in cash flow forecast and send to company | 0.2 | $ 375.00 | $ 75.00 |
| 8/4/2020 | Chris Peirce | Bankruptcy Reporting | Create .pdf of all bank account statements and bank reconciliations | 2.0 | $ 375.00 | $ 750.00 |
| 8/4/2020 | Chris Peirce | Meetings - Other | Call with Paul Neitzel and Brian Ayers to discuss MOR and cash reconciliation | 0.3 | $ 375.00 | $ 112.50 |
| 8/4/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss timing of P7 MOR reporting, P7 month end close, and AP invoices | 0.2 | $ 375.00 | $ 75.00 |
| 8/4/2020 | Chris Peirce | Business Analysis | Update store pro forma P&L file in preparation for call with Beltline landlord | 0.2 | $ 375.00 | $ 75.00 |
| 8/4/2020 | Jim Gansman | Business Operations | Research and emails w Ned re business interruption insurance for closed restaurants | 0.6 | $ 575.00 | $ 345.00 |
| 8/4/2020 | Paul Neitzel | Bankruptcy Reporting | Discuss June MOR reporting package with Chris Peirce and Brian Ayers | 0.3 | $ 525.00 | $ 157.50 |
| 8/4/2020 | Paul Neitzel | Landlord Negotiations | Send Stella's amendment to Pachulski for review | 0.1 | $ 525.00 | $ 52.50 |
| 8/4/2020 | Paul Neitzel | Business Operations | Call with BFV mgmt re: daily operations and reporting needs | 0.2 | $ 525.00 | $ 105.00 |
| 8/4/2020 | Paul Neitzel | Bankruptcy Reporting | Review Mercantile June bank statement with Tim | 0.5 | $ 525.00 | $ 262.50 |
| 8/4/2020 | Paul Neitzel | Landlord Negotiations | Call with Beltline landlord and follow-up with Ned | 0.7 | $ 525.00 | $ 367.50 |
| 8/4/2020 | Paul Neitzel | Bankruptcy Reporting | Work on June MOR | 2.1 | $ 525.00 | $ 1,102.50 |
| 8/4/2020 | Paul Neitzel | Business Operations | Review and email with landlord re: business interpretation insurance claim | 0.1 | $ 525.00 | $ 52.50 |
| 8/4/2020 | Paul Neitzel | Bankruptcy Reporting | Review of June financial statements and June MOR with Brian (RC) and Tim (BFV). | 1.1 | $ 525.00 | $ 577.50 |
| 8/5/2020 | Brian Ayers | Bankruptcy Reporting | Reviewing June financials with Paul, Chris and Company | 1.1 | $ 475.00 | $ 522.50 |
| 8/5/2020 | Brian Ayers | Meetings - with Debtor | Call with Company re AP due dates and current post-petition AP | 0.5 | $ 475.00 | $ 237.50 |
| 8/5/2020 | Chris Peirce | Business Analysis | Update forecast with changes from cash flow call | 0.5 | $ 375.00 | $ 187.50 |
| 8/5/2020 | Chris Peirce | Bankruptcy Reporting | Daily cash flow call - review prior week actuals vs. forecast | 1.1 | $ 375.00 | $ 412.50 |
| 8/5/2020 | Chris Peirce | Business Analysis | Send Barfly team updated forecast and detail of Music/Cable/Internet account | 0.2 | $ 375.00 | $ 75.00 |
| 8/5/2020 | Chris Peirce | Creditors/Creditor Committee Communication | Prepare and upload cash flow forecast for UST and UCC | 0.3 | $ 375.00 | $ 112.50 |
| 8/5/2020 | Paul Neitzel | Bankruptcy Reporting | Discuss AP due with Denise (BFV) and Brian (RC) | 0.5 | $ 525.00 | $ 262.50 |
| 8/5/2020 | Paul Neitzel | Bankruptcy Reporting | Review of prior week c/f with company (Ned & Tim) | 1.1 | $ 525.00 | $ 577.50 |
| 8/5/2020 | Paul Neitzel | Landlord Negotiations | Discussion with BFV (Ned) & counsel (Jason - Pachulski) re: lease assumptions/rejections | 0.6 | $ 525.00 | $ 315.00 |
| 8/5/2020 | Paul Neitzel | Bankruptcy Reporting | Review and respond to June MOR draft | 0.8 | $ 525.00 | $ 420.00 |
| 8/5/2020 | Paul Neitzel | Bankruptcy Reporting | Review of bank accounts opened in June | 0.3 | $ 525.00 | $ 157.50 |
| 8/5/2020 | Paul Neitzel | Landlord Negotiations | Email Rockford Construction re: office lease | 0.1 | $ 525.00 | $ 52.50 |
| 8/6/2020 | Brian Ayers | Meetings - with Counsel | Discussion with counsel re: MOR and Paul | 0.4 | $ 475.00 | $ 190.00 |
| 8/6/2020 | Brian Ayers | Bankruptcy Reporting | review of disbursement reporting schedule, format for MOR presentation | 1.3 | $ 475.00 | $ 617.50 |
| 8/6/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - review any AP issues and reconcile sales tax and credit card fee expenses | 0.8 | $ 375.00 | $ 300.00 |
| 8/6/2020 | Chris Peirce | Business Analysis | Review sales tax and credit card fee payment schedule from company | 0.2 | $ 375.00 | $ 75.00 |
| 8/6/2020 | Jim Gansman | Attendance at Court Hearings and Review of Pleadings | Attendance at PPP court hearing re professional fees | 1.7 | $ 575.00 | $ 977.50 |
| 8/6/2020 | Jim Gansman | Meetings - with Counsel | prior to PPP hearing to discuss FSB supplemental brief | 0.3 | $ 575.00 | $ 172.50 |
| 8/6/2020 | Paul Neitzel | Attendance at Court Hearings and Review of Pleadings | Attend zoom hearing | 1.7 | $ 525.00 | $ 892.50 |
| 8/6/2020 | Paul Neitzel | Bankruptcy Reporting | Review FSB response to BFV & USS objection in advance of hearing | 0.4 | $ 525.00 | $ 210.00 |
| 8/6/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Email creditor committee re: liquor licenses | 0.1 | $ 525.00 | $ 52.50 |
| 8/6/2020 | Paul Neitzel | Business Analysis | Update company cash use for BOD | 0.6 | $ 525.00 | $ 315.00 |
| 8/6/2020 | Paul Neitzel | Meetings - with Counsel | Discussion with counsel re: MOR and B Ayers | 0.4 | $ 525.00 | $ 210.00 |
| 8/6/2020 | Paul Neitzel | Bankruptcy Reporting | Review and discussion of Member Advance with company | 0.3 | $ 525.00 | $ 157.50 |
| 8/7/2020 | Jim Gansman | Meetings - with Counsel | call w/john and Paul after court ruling | 0.3 | $ 575.00 | $ 172.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 8/7/2020 | Jim Gansman | Attendance at Court Hearings and Review of Pleadings | Attendance at court hearing re PPP and professional fees | 0.7 | $ 575.00 | $ 402.50 |
| 8/7/2020 | Paul Neitzel | Landlord Negotiations | Update call with East Lansing landlord Doug Chron | 1.0 | $ 525.00 | $ 525.00 |
| 8/7/2020 | Paul Neitzel | Meetings - with Debtor | Meeting with Shawn Blonk and Ned re: forecast, utilities and leases | 0.5 | $ 525.00 | $ 262.50 |
| 8/7/2020 | Paul Neitzel | Attendance at Court Hearings and Review of Pleadings | Attend zoom hearing re: PPP funds | 0.7 | $ 525.00 | $ 367.50 |
| 8/7/2020 | Paul Neitzel | Meetings - with Counsel | Follow-up of hearing with Jim and John Lucas | 0.3 | $ 525.00 | $ 157.50 |
| 8/8/2020 | Jim Gansman | Landlord Negotiations | Call w/ Paul and Lexington ll about them not letting us remove property | 0.2 | $ 575.00 | $ 115.00 |
| 8/8/2020 | Paul Neitzel | Business Operations | Call with Jim about Lexington property removal | 0.2 | $ 525.00 | $ 105.00 |
| 8/8/2020 | Paul Neitzel | Business Operations | Call with Shawn & Kevin re: removal of patio furniture in Lexington | 0.1 | $ 525.00 | $ 52.50 |
| 8/8/2020 | Paul Neitzel | Landlord Negotiations | Call, text and email with Lexington property manager regarding removal of property from location | 0.5 | $ 525.00 | $ 262.50 |
| 8/8/2020 | Paul Neitzel | Meetings - with Counsel | Calls with WNJ re: Lexington property and removal | 0.3 | $ 525.00 | $ 157.50 |
| 8/8/2020 | Paul Neitzel | Landlord Negotiations | Call with mastodon re: lease amendment in Lexington | 0.2 | $ 525.00 | $ 105.00 |
| 8/8/2020 | Paul Neitzel | Business Operations | Call with Shawn Blonk at company re: Lexington status | 0.2 | $ 525.00 | $ 105.00 |
| 8/8/2020 | Paul Neitzel | Meetings - with Counsel | Call w Jim and Brian re MOR outstanding issues | 0.3 | $ 525.00 | $ 157.50 |
| 8/9/2020 | Brian Ayers | Bankruptcy Reporting | call to discuss MOR W/ RC | 0.3 | $ 475.00 | $ 142.50 |
| 8/9/2020 | Chris Peirce | Business Analysis | Prepare and send out updated weekly cash flow forecast to company | 0.2 | $ 375.00 | $ 75.00 |
| 8/9/2020 | Jim Gansman | Bankruptcy Reporting | Call w Paul and Brian re MOR outstanding issues | 0.3 | $ 575.00 | $ 172.50 |
| 8/10/2020 | Brian Ayers | Bankruptcy Reporting | Call with Chris and Paul re MOR | 0.3 | $ 475.00 | $ 142.50 |
| 8/10/2020 | Brian Ayers | Bankruptcy Reporting | Finalize June MOR | 1.2 | $ 475.00 | $ 570.00 |
| 8/10/2020 | Chris Peirce | Meetings - with Debtor | Daily Cash flow call - discuss status of month end, sales trend, and timing of prior week actuals | 0.2 | $ 375.00 | $ 75.00 |
| 8/10/2020 | Chris Peirce | Bankruptcy Reporting | Prepare G&A and interest expense allocation by location for June MOR | 0.5 | $ 375.00 | $ 187.50 |
| 8/10/2020 | Chris Peirce | Business Analysis | Review sales flash report | 0.2 | $ 375.00 | $ 75.00 |
| 8/10/2020 | Chris Peirce | Bankruptcy Reporting | Reconcile consolidated P&L variance to sum of locations for P6 | 0.5 | $ 375.00 | $ 187.50 |
| 8/10/2020 | Chris Peirce | Bankruptcy Reporting | Call with Paul Neitzel and Brian Ayers to discuss MOR | 0.3 | $ 375.00 | $ 112.50 |
| 8/10/2020 | Jim Gansman | Meetings - with Debtor | Board call to discuss ruling on PPP and payment of non-allowable expenses | 0.5 | $ 575.00 | $ 287.50 |
| 8/10/2020 | Jim Gansman | Meetings - with Counsel | Call w/ RC, Jason and John regarding PPP motion for declatory judgement and MOR filing | 0.5 | $ 575.00 | $ 287.50 |
| 8/10/2020 | Paul Neitzel | Business Operations | Attend BFV board meeting | 0.7 | $ 525.00 | $ 367.50 |
| 8/10/2020 | Paul Neitzel | Meetings - with Counsel | Email with Pachulski re: PPP funds after FSB discussion | 0.1 | $ 525.00 | $ 52.50 |
| 8/10/2020 | Paul Neitzel | Bankruptcy Reporting | Review of June MOR with Brian & Chris | 0.3 | $ 525.00 | $ 157.50 |
| 8/10/2020 | Paul Neitzel | Business Operations | Call from Spectrum Lincoln | 0.2 | $ 525.00 | $ 105.00 |
| 8/10/2020 | Paul Neitzel | Meetings - with Counsel | Call with Pachulski (John Lucas & Jason Rosell) & Rock Creek re: PPP funds follow-up with FSB counsel | 0.5 | $ 525.00 | $ 262.50 |
| 8/10/2020 | Paul Neitzel | Meetings - with Counsel | Update of landlord negotiations, c/f and waterfall for email to secured lender counsel | 0.6 | $ 525.00 | $ 315.00 |
| 8/10/2020 | Paul Neitzel | Business Analysis | Update cash waterfall for FSB kender counsel and investment banker | 2.4 | $ 525.00 | $ 1,260.00 |
| 8/11/2020 | Brian Ayers | Business Analysis | discuss hearing re PPP motion and judgement | 0.3 | $ 475.00 | $ 142.50 |
| 8/11/2020 | Chris Peirce | Sale Process | Review updated waterfall analysis | 0.2 | $ 375.00 | $ 75.00 |
| 8/11/2020 | Chris Peirce | Business Analysis | Review daily flash sales report | 0.2 | $ 375.00 | $ 75.00 |
| 8/11/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss forecast items for the week and MOR | 0.4 | $ 375.00 | $ 150.00 |
| 8/11/2020 | Chris Peirce | Business Analysis | Update forecast with prior week actuals and variances | 0.5 | $ 375.00 | $ 187.50 |
| 8/11/2020 | Chris Peirce | Sale Process | Begin compiling APA schedules | 1.0 | $ 375.00 | $ 375.00 |
| 8/11/2020 | Jim Gansman | Discussions with Lender | Review of email from lender on proposed DIP amounts on adequate protection payments | 0.3 | $ 575.00 | $ 172.50 |
| 8/11/2020 | Paul Neitzel | Landlord Negotiations | Discussion with CEO Ned re: office lease prior to call with Rockford construction | 0.2 | $ 525.00 | $ 105.00 |
| 8/11/2020 | Paul Neitzel | Landlord Negotiations | Call with Rockford Construction (office landlord) | 0.4 | $ 525.00 | $ 210.00 |
| 8/11/2020 | Paul Neitzel | Landlord Negotiations | Call with downtown landlord re: office space | 0.4 | $ 525.00 | $ 210.00 |
| 8/11/2020 | Paul Neitzel | Bankruptcy Reporting | Review June MOR with Ned - CEO BFV | 0.5 | $ 525.00 | $ 262.50 |
| 8/11/2020 | Paul Neitzel | Business Operations | Call with debtor management regarding cash & operations | 0.4 | $ 525.00 | $ 210.00 |
| 8/11/2020 | Paul Neitzel | Business Analysis | Analysis of company waterfall | 0.6 | $ 525.00 | $ 315.00 |
| 8/11/2020 | Paul Neitzel | Discussions with Lender | Call with lender re: leases and company payroll n relation to PPP | 0.6 | $ 525.00 | $ 315.00 |
| 8/12/2020 | Brian Ayers | Business Analysis | review of updated forecast | 0.4 | $ 475.00 | $ 190.00 |
| 8/12/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - review prior week actuals, open AP issues, P7 actuals, and APA needs | 0.8 | $ 375.00 | $ 300.00 |
| 8/12/2020 | Chris Peirce | Business Analysis | Send out updated forecast for review | 0.1 | $ 375.00 | $ 37.50 |
| 8/12/2020 | Jim Gansman | Meetings - with Counsel | Calls w John re proposals from lender on dIP from adequate assurance payments | 0.4 | $ 575.00 | $ 230.00 |
| 8/12/2020 | Paul Neitzel | Business Analysis | Call with Ned, Tim & Denise from BFV re: cash flow, July financials and AP issues | 0.7 | $ 525.00 | $ 367.50 |
| 8/12/2020 | Paul Neitzel | Business Operations | Call with Spectrum for Lincoln NE cable | 0.2 | $ 525.00 | $ 105.00 |
| 8/12/2020 | Paul Neitzel | Business Operations | Call with BFV (Abel & Jessie ) re: Lincoln cable | 0.2 | $ 525.00 | $ 105.00 |
| 8/13/2020 | Brian Ayers | Meetings - with Debtor | call and emails with Debtor re P7 financials. | 0.3 | $ 475.00 | $ 142.50 |
| 8/13/2020 | Chris Peirce | Business Operations | Phone call with Paul and emails with BFV (Denise & Amy) and Pachulski (Jason Rosell) re food licenses | 0.3 | $ 375.00 | $ 112.50 |
| 8/13/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss food license payments and month end close | 0.2 | $ 375.00 | $ 75.00 |
| 8/13/2020 | Chris Peirce | Business Analysis | Email Ned Lidvall current payroll forecast to compare to actual amount this week | 0.1 | $ 375.00 | $ 37.50 |
| 8/13/2020 | Chris Peirce | Sale Process | Begin populating APA schedules with company files, request files from company | 2.5 | $ 375.00 | $ 937.50 |
| 8/13/2020 | Lindsey Neitzel | Fee Application | Fee App | 0.4 | $ 300.00 | $ 120.00 |
| 8/13/2020 | Lindsey Neitzel | Fee Application | Fee App | 1.2 | $ 300.00 | $ 360.00 |
| 8/13/2020 | Paul Neitzel | Business Operations | Call with Abel (BFV IT) and Spectrum re: Lincoln service | 0.3 | $ 525.00 | $ 157.50 |
| 8/13/2020 | Paul Neitzel | Business Operations | Second call of day with Abel (BFV IT) and Spectrum for Lincoln NE service | 0.2 | $ 525.00 | $ 105.00 |
| 8/13/2020 | Paul Neitzel | Business Operations | 3rd call with Abel (BFV IT) and Spectrum re: Lincoln, NE service | 0.2 | $ 525.00 | $ 105.00 |
| 8/13/2020 | Paul Neitzel | Business Operations | 4th call with Abel (BFV IT) and Spectrum re: service in Lincoln, NE | 0.9 | $ 525.00 | $ 472.50 |
| 8/13/2020 | Paul Neitzel | Business Operations | Phone call with Chris Peirce and emails with BFV (Denise & Amy) and Pachulski (Jason Rosell) re food licenses | 0.3 | $ 525.00 | $ 157.50 |
| 8/14/2020 | Chris Peirce | Sale Process | Continue populating APA schedules with files from company | 0.5 | $ 375.00 | $ 187.50 |
| 8/14/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss P7 actuals | 0.3 | $ 375.00 | $ 112.50 |
| 8/14/2020 | Chris Peirce | Business Analysis | Review P7 financials | 0.5 | $ 375.00 | $ 187.50 |
| 8/14/2020 | Chris Peirce | Sale Process | Correspondence with company regarding liquor licenses for APA schedules | 0.1 | $ 375.00 | $ 37.50 |
| 8/14/2020 | Jim Gansman | Meetings - with Counsel | Call w/ John Lucas re PPP litigation and potential SBA may make appearance and sale update | 0.4 | $ 575.00 | $ 230.00 |
| 8/14/2020 | Jim Gansman | Business Analysis | Call with Paul re MOR, fee application, 13 week cf and documents lender requested | 0.3 | $ 575.00 | $ 172.50 |
| 8/14/2020 | Lindsey Neitzel | Fee Application | Fee App | 4.2 | $ 300.00 | $ 1,260.00 |
| 8/14/2020 | Lindsey Neitzel | Fee Application | Fee App | 0.9 | $ 300.00 | $ 270.00 |

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 8/14/2020 | Lindsey Neitzel | Fee Application | Fee App | 4.4 | $ 300.00 | $ 1,320.00 |
| 8/14/2020 | Paul Neitzel | Business Operations | Call with BFV (Ned, Tim, Shawn) r: P7 progress | 0.3 | $ 525.00 | $ 157.50 |
| 8/14/2020 | Paul Neitzel | Business Analysis | Update and email 13-week cash to lender with cash segregation | 0.4 | $ 525.00 | $ 210.00 |
| 8/14/2020 | Paul Neitzel | Landlord Negotiations | Call with Jim re MOR, fee application, 13 week cf and documents lender requested | 0.3 | $ 525.00 | $ 157.50 |
| 8/14/2020 | Paul Neitzel | Landlord Negotiations | Update proforma for Broad Ripple and send to CEO (Ned) for review. | 0.3 | $ 525.00 | $ 157.50 |
| 8/14/2020 | Paul Neitzel | Landlord Negotiations | Email to BFV corporate office landlord | 0.3 | $ 525.00 | $ 157.50 |
| 8/14/2020 | Paul Neitzel | Landlord Negotiations | Respond to BFV CEO questions on Broad Ripple lease proposal | 0.4 | $ 525.00 | $ 210.00 |
| 8/14/2020 | Paul Neitzel | Fee Application | Fee Application aggregation | 2.5 | $ 525.00 | $ 1,312.50 |
| 8/15/2020 | Jim Gansman | Business Analysis | Calls w Paul and emails regarding P7 and forecast of rest of year | 0.4 | $ 575.00 | $ 230.00 |
| 8/15/2020 | Jim Gansman | Business Analysis | Review of Ned's email on Landlords. Calls w Ned and Paul re same. Follow up call on Monday. | 0.5 | $ 575.00 | $ 287.50 |
| 8/15/2020 | Lindsey Neitzel | Fee Application | Fee App | 0.5 | $ 300.00 | $ 150.00 |
| 8/15/2020 | Paul Neitzel | Business Analysis | Calls w Jim regarding P7 and forecast of rest of year | 0.4 | $ 525.00 | $ 210.00 |
| 8/15/2020 | Paul Neitzel | Business Analysis | Calculating cash rent for the remainder of 2020 & all of 2021 for Mastodon model | 1.5 | $ 525.00 | $ 787.50 |
| 8/15/2020 | Paul Neitzel | Landlord Negotiations | Emails with company re: lease negotiations and pro-forma P&LS | 0.2 | $ 525.00 | $ 105.00 |
| 8/16/2020 | Chris Peirce | Sale Process | APA Schedule work | 1.5 | $ 375.00 | $ 562.50 |
| 8/16/2020 | Lindsey Neitzel | Fee Application | Fee App | 3.8 | $ 300.00 | $ 1,140.00 |
| 8/16/2020 | Lindsey Neitzel | Business Analysis | Excel - July MOR dispersment reporting | 1.8 | $ 300.00 | $ 540.00 |
| 8/16/2020 | Paul Neitzel | Landlord Negotiations | Work on pro forma P&L with fixed vs variable expenses for landlord negotiations | 2.5 | $ 525.00 | $ 1,312.50 |
| 8/16/2020 | Paul Neitzel | Sale Process | Collecting data for schedules to the APA | 0.4 | $ 525.00 | $ 210.00 |
| 8/16/2020 | Paul Neitzel | Landlord Negotiations | Email with CEO Ned re: corporate office plan | 0.5 | $ 525.00 | $ 262.50 |
| 8/16/2020 | Paul Neitzel | Landlord Negotiations | Emails to Ned (BFV CEO) and Rockford Construction (office LL) re: go-forward rent | 0.3 | $ 525.00 | $ 157.50 |
| 8/17/2020 | Brian Ayers | Business Operations | review and discussion re APA support schedules | 0.8 | $ 475.00 | $ 380.00 |
| 8/17/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss weekly payments and APA schedules | 0.3 | $ 375.00 | $ 112.50 |
| 8/17/2020 | Chris Peirce | Meetings - with Counsel | Call with John Lucas to discuss APA schedules | 0.8 | $ 375.00 | $ 300.00 |
| 8/17/2020 | Chris Peirce | Sale Process | Update APA Schedules | 4.9 | $ 375.00 | $ 1,837.50 |
| 8/17/2020 | Jim Gansman | Sale Process | Review of Robert's email and calls with John and Paul re same | 0.4 | $ 575.00 | $ 230.00 |
| 8/17/2020 | Jim Gansman | Meetings - with Debtor | Call w/ Paul and Ned to review models to share w/ landlords on lease negotiation | 0.4 | $ 575.00 | $ 230.00 |
| 8/17/2020 | Paul Neitzel | Business Analysis | Review of Mastodon sale model and respond to emails from Robert (Mastodon) | 0.3 | $ 525.00 | $ 157.50 |
| 8/17/2020 | Paul Neitzel | Meetings - with Debtor | Meeting with BFV (Denise-AP & Tim-controller) re: upcoming payments, sales tax and other | 0.3 | $ 525.00 | $ 157.50 |
| 8/17/2020 | Paul Neitzel | Business Analysis | Reconciliation of P7 labor costs to sales documents | 1.3 | $ 525.00 | $ 682.50 |
| 8/17/2020 | Paul Neitzel | Meetings - with Debtor | Call with Shawn Blonk re: company sales and labor forecast | 0.2 | $ 525.00 | $ 105.00 |
| 8/17/2020 | Paul Neitzel | Sale Process | Calls with John and Jim re Roberts email | 0.4 | $ 525.00 | $ 210.00 |
| 8/17/2020 | Paul Neitzel | Meetings - with Debtor | Call with Ned and Jim re: landlord negotiations | 0.4 | $ 525.00 | $ 210.00 |
| 8/17/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Emails re: liquor licenses | 0.2 | $ 525.00 | $ 105.00 |
| 8/17/2020 | Paul Neitzel | Business Operations | Emails/texts with KC landlord and company re: utility shut-off in Kansas City | 0.4 | $ 525.00 | $ 210.00 |
| 8/18/2020 | Chris Peirce | Sale Process | Update APA Schedules with information from company | 4.3 | $ 375.00 | $ 1,612.50 |
| 8/18/2020 | Chris Peirce | Sale Process | Send APA Schedule draft to Ned Lidvall, Paul Neitzel, and John Lucas | 0.1 | $ 375.00 | $ 37.50 |
| 8/18/2020 | Chris Peirce | Meetings - with Counsel | Call with John Lucas to review APA Schedules | 0.2 | $ 375.00 | $ 75.00 |
| 8/18/2020 | Chris Peirce | Sale Process | Send APA Schedules to Michael Kesler of Paul Hastings | 0.1 | $ 375.00 | $ 37.50 |
| 8/18/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss APA schedules, AP issues including rent payments, and sales trend | 0.5 | $ 375.00 | $ 187.50 |
| 8/18/2020 | Jim Gansman | Meetings - with Counsel | Call w/ john re rejection of 5 stores by 8/31 and pushing sale process by week | 0.3 | $ 575.00 | $ 172.50 |
| 8/18/2020 | Paul Neitzel | Business Operations | Call with company re: AP payments, contracts, and sales | 0.5 | $ 525.00 | $ 262.50 |
| 8/18/2020 | Paul Neitzel | Landlord Negotiations | Call with Kansas City landlord | 0.2 | $ 525.00 | $ 105.00 |
| 8/18/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Research and email to company re: Detroit elevator permit | 0.3 | $ 525.00 | $ 157.50 |
| 8/18/2020 | Paul Neitzel | Landlord Negotiations | Call with Lexington property manager to remove personal property | 0.2 | $ 525.00 | $ 105.00 |
| 8/18/2020 | Paul Neitzel | Landlord Negotiations | Email counsel re: access to Lexington site | 0.1 | $ 525.00 | $ 52.50 |
| 8/18/2020 | Paul Neitzel | Landlord Negotiations | Email with counsel re: Lexington lease | 0.1 | $ 525.00 | $ 52.50 |
| 8/18/2020 | Paul Neitzel | Landlord Negotiations | Modeled East Lansing, Stella's and Broad Ripple rent proposals with P/F P&L and break-even analysis | 1.7 | $ 525.00 | $ 892.50 |
| 8/19/2020 | Brian Ayers | Business Analysis | review of professional fees, including status of objections, holdback amounts and retainers of all professionals for June, emails ar | 1.2 | $ 475.00 | $ 570.00 |
| 8/19/2020 | Brian Ayers | Business Analysis | Discussion re FFE and lease rejections | 0.3 | $ 475.00 | $ 142.50 |
| 8/19/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - review prior week actuals and update go forward forecast | 1.0 | $ 375.00 | $ 375.00 |
| 8/19/2020 | Chris Peirce | Business Analysis | Update cash flow forecast with prior week actuals | 0.5 | $ 375.00 | $ 187.50 |
| 8/19/2020 | Jim Gansman | Business Analysis | Emails and calls regarding FF&E of stores that leases will be rejected | 0.3 | $ 575.00 | $ 172.50 |
| 8/19/2020 | Paul Neitzel | Landlord Negotiations | Respond to email from CEO Ned re: landlord pro forma forecasts | 0.3 | $ 525.00 | $ 157.50 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Review of cash activity for prior week with debtor and forecast of professional fees | 1.0 | $ 525.00 | $ 525.00 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Forecast of professional fees | 0.8 | $ 525.00 | $ 420.00 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Revisions to company cash flow showing segregating cash balances w/ Brian | 1.2 | $ 525.00 | $ 630.00 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Updated c/f to include rent cure costs in the 24 week period | 0.4 | $ 525.00 | $ 210.00 |
| 8/19/2020 | Paul Neitzel | Meetings - with Counsel | Call with Rozzane & Liz of WN&J re: retainer and cure costs | 0.3 | $ 525.00 | $ 157.50 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Work with counsel and company re: professionals retainers and future forecast of professional fees | 1.7 | $ 525.00 | $ 892.50 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Email secured lender re: sales data for August | 0.1 | $ 525.00 | $ 52.50 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Update UCC/UST cash fcst for professional fees and revised forecast | 1.2 | $ 525.00 | $ 630.00 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Call with CEO (NED) re: KC utilities | 0.1 | $ 525.00 | $ 52.50 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Update 13-wk cf to include cash segregation on face of cf | 0.7 | $ 525.00 | $ 367.50 |
| 8/19/2020 | Paul Neitzel | Bankruptcy Reporting | MOR - disbursement reporting | 1.5 | $ 525.00 | $ 787.50 |
| 8/20/2020 | Brian Ayers | Business Analysis | Review of cure cost update | 0.5 | $ 475.00 | $ 237.50 |
| 8/20/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss upcoming reporting deadlines | 0.1 | $ 375.00 | $ 37.50 |
| 8/20/2020 | Chris Peirce | Meetings - with Debtor | Call with company and WNJ to discuss list of executory contracts to be rejected | 0.9 | $ 375.00 | $ 337.50 |
| 8/20/2020 | Chris Peirce | Business Analysis | Create files for 8/10 and 8/17 cash flow forecast for UST and UCC | 0.7 | $ 375.00 | $ 262.50 |
| 8/20/2020 | Chris Peirce | Bankruptcy Reporting | Update cure schedule with rejected contracts, the address for each vendor, and a description of the contract and copy the contra | 2.0 | $ 375.00 | $ 750.00 |
| 8/20/2020 | Jim Gansman | Meetings - with Debtor | Call w/ Company and lenders to discuss rejection of leases and what to do with FF&E | 0.6 | $ 575.00 | $ 345.00 |
| 8/20/2020 | Jim Gansman | Discussions with Lender | email to Robert updating him on lender call | 0.1 | $ 575.00 | $ 57.50 |
| 8/20/2020 | Paul Neitzel | Business Operations | Call with BFV Kevin Kozak re: entry into KC location | 0.1 | $ 525.00 | $ 52.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 8/20/2020 | Paul Neitzel | Business Operations | Call with KC landlord to access KC location | 0.1 | $ 525.00 | $ 52.50 |
| 8/20/2020 | Paul Neitzel | Business Operations | Email with BFV AP re: outstanding electric at KC location | 0.1 | $ 525.00 | $ 52.50 |
| 8/20/2020 | Paul Neitzel | Landlord Negotiations | Call with Stella's landlord re: status of bankruptcy and lease amendment | 0.2 | $ 525.00 | $ 105.00 |
| 8/20/2020 | Paul Neitzel | Landlord Negotiations | Call with KC landlord re: removal of equipment | 0.2 | $ 525.00 | $ 105.00 |
| 8/20/2020 | Paul Neitzel | Landlord Negotiations | Email to Ned & Shawn re: Stella's amendment | 0.1 | $ 525.00 | $ 52.50 |
| 8/20/2020 | Paul Neitzel | Business Operations | Email to Kevin (BFV facilities) re: Lexington personal property removal | 0.1 | $ 525.00 | $ 52.50 |
| 8/20/2020 | Paul Neitzel | Meetings - with Debtor | Call with lender, counsel, debtor and Rock Creek (Jim Gansman) re: rejected properties and removal of personal property | 0.6 | $ 525.00 | $ 315.00 |
| 8/20/2020 | Paul Neitzel | Meetings - with Debtor | Contract rejection review with counsel | 1.0 | $ 525.00 | $ 525.00 |
| 8/20/2020 | Paul Neitzel | Business Operations | Email with Lexington Landlord re: access to remove personal property | 0.1 | $ 525.00 | $ 52.50 |
| 8/20/2020 | Paul Neitzel | Sale Process | Email from Mastodon re: due diligence questions | 0.1 | $ 525.00 | $ 52.50 |
| 8/20/2020 | Paul Neitzel | Business Operations | Emails with Lexington landlord re: property pickup | 0.1 | $ 525.00 | $ 52.50 |
| 8/20/2020 | Paul Neitzel | Business Operations | Landlord pro forma P&L file with comparison to PY | 2.2 | $ 525.00 | $ 1,155.00 |
| 8/21/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss status of AP and open items | 0.1 | $ 375.00 | $ 37.50 |
| 8/21/2020 | Chris Peirce | Bankruptcy Reporting | Send email to Elizabeth Von Eitzen regarding Great America leases | 0.1 | $ 375.00 | $ 37.50 |
| 8/21/2020 | Chris Peirce | Business Analysis | Review emails from company regarding timing and source of ADP fees | 0.1 | $ 375.00 | $ 37.50 |
| 8/21/2020 | Chris Peirce | Business Analysis | Create new cash flow file for the week and send to Paul Neitzel | 0.1 | $ 375.00 | $ 37.50 |
| 8/21/2020 | Chris Peirce | Business Analysis | Review Tim Gauthier email regarding 2019 and 2020 audit | 0.1 | $ 375.00 | $ 37.50 |
| 8/21/2020 | Chris Peirce | Business Analysis | Review daily sales flash report | 0.1 | $ 375.00 | $ 37.50 |
| 8/21/2020 | Paul Neitzel | Business Operations | Call with Lexington landlord and property manager re: access to Lexington to remove personal property, update landlord on BK p | 0.2 | $ 525.00 | $ 105.00 |
| 8/21/2020 | Paul Neitzel | Sale Process | Email with Mastodon re: waterfall for September close | 0.1 | $ 525.00 | $ 52.50 |
| 8/21/2020 | Paul Neitzel | Business Operations | Daily operations with management | 0.1 | $ 525.00 | $ 52.50 |
| 8/21/2020 | Paul Neitzel | Business Operations | Call with BFV CEO re: Royal Oak equipment | 0.2 | $ 525.00 | $ 105.00 |
| 8/21/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Call with Lincoln liquor delivery to implement COD. | 0.1 | $ 525.00 | $ 52.50 |
| 8/21/2020 | Paul Neitzel | Business Analysis | Q&A with CEO re: break-even analysis for store in operations | 0.2 | $ 525.00 | $ 105.00 |
| 8/21/2020 | Paul Neitzel | Business Operations | Emails, phone calls and texts re: removal of 3rd party equipment from Kansas City | 0.3 | $ 525.00 | $ 157.50 |
| 8/23/2020 | Brian Ayers | Bankruptcy Reporting | Call with Paul re July MOR | 0.6 | $ 475.00 | $ 285.00 |
| 8/23/2020 | Paul Neitzel | Business Analysis | Summary of professional payments for June emailed to company | 0.4 | $ 525.00 | $ 210.00 |
| 8/23/2020 | Paul Neitzel | Bankruptcy Reporting | July MOR | 2.1 | $ 525.00 | $ 1,102.50 |
| 8/23/2020 | Paul Neitzel | Landlord Negotiations | Review of landlord pro-forma document | 0.2 | $ 525.00 | $ 105.00 |
| 8/23/2020 | Paul Neitzel | Bankruptcy Reporting | Call with Brian re July MOR | 0.6 | $ 525.00 | $ 315.00 |
| 8/24/2020 | Brian Ayers | Bankruptcy Reporting | review of UST comments re June MOR | 1.1 | $ 475.00 | $ 522.50 |
| 8/24/2020 | Brian Ayers | Business Analysis | Discussion and review of professional fee payments.  emails with Counsel re objection periods and application of retainers | 0.9 | $ 475.00 | $ 427.50 |
| 8/24/2020 | Chris Peirce | Business Analysis | Review Paul Neitzel professional fee payment schedule | 0.1 | $ 375.00 | $ 37.50 |
| 8/24/2020 | Chris Peirce | Business Analysis | Review daily sales flash report | 0.1 | $ 375.00 | $ 37.50 |
| 8/24/2020 | Chris Peirce | Sale Process | Review and respond to Mastodon questions from Holden Shearin | 0.5 | $ 375.00 | $ 187.50 |
| 8/24/2020 | Chris Peirce | Business Analysis | Daily cash flow call  - discuss professional fee payments and timing and Mastodon questions | 0.3 | $ 375.00 | $ 112.50 |
| 8/24/2020 | Chris Peirce | Sale Process | Request corporate lease list from company | 0.1 | $ 375.00 | $ 37.50 |
| 8/24/2020 | Chris Peirce | Business Operations | Request W9 and wire instructions from professionals and send to company | 0.5 | $ 375.00 | $ 187.50 |
| 8/24/2020 | Chris Peirce | Sale Process | Respond to Justin Goodall questions on sale model | 0.2 | $ 375.00 | $ 75.00 |
| 8/24/2020 | Chris Peirce | Sale Process | Respond to Holden Shearin questions on sale model | 0.2 | $ 375.00 | $ 75.00 |
| 8/24/2020 | Jim Gansman | Discussions with Lender | Review of emails from Lender re schedules and responses | 0.2 | $ 575.00 | $ 115.00 |
| 8/24/2020 | Paul Neitzel | Business Operations | Email with debtor re timing of personal property removal from Lexington KY location | 0.2 | $ 525.00 | $ 105.00 |
| 8/24/2020 | Paul Neitzel | Landlord Negotiations | Emails with debtor (Amy Unseld) re upcoming landlord calls | 0.3 | $ 525.00 | $ 157.50 |
| 8/24/2020 | Paul Neitzel | Business Operations | Call with debtor re: business operations | 0.3 | $ 525.00 | $ 157.50 |
| 8/24/2020 | Paul Neitzel | Landlord Negotiations | Review pro forma with debtor (Ned and Shawn) to discuss sales & GA | 0.8 | $ 525.00 | $ 420.00 |
| 8/24/2020 | Paul Neitzel | Business Analysis | Discussion with Mastodon re: waterfall moving to end of September | 0.2 | $ 525.00 | $ 105.00 |
| 8/24/2020 | Paul Neitzel | Landlord Negotiations | Emails with KC landlord, KC landlord counsel and BFV counsel re: removal of equipment and 3rd party equipment | 0.3 | $ 525.00 | $ 157.50 |
| 8/24/2020 | Paul Neitzel | Business Operations | Download of Mastodon retention order and email to debtor re: amount in fcst | 0.2 | $ 525.00 | $ 105.00 |
| 8/24/2020 | Paul Neitzel | Business Operations | Edits to pro forma P&L and break-even analysis for call with stalking horse bidder | 2.2 | $ 525.00 | $ 1,155.00 |
| 8/25/2020 | Brian Ayers | Business Operations | Review sales projections/cash flow | 0.6 | $ 475.00 | $ 285.00 |
| 8/25/2020 | Brian Ayers | Business Operations | Calls and emails re executory contracts, negotiating cures and/or rejecting and finding new vendors | 1.6 | $ 475.00 | $ 760.00 |
| 8/25/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss actuals vs. forecast variances and go forward forecast | 0.9 | $ 375.00 | $ 337.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Review email from Abel Balderas regarding leased equipment | 0.1 | $ 375.00 | $ 37.50 |
| 8/25/2020 | Chris Peirce | Business Analysis | Build Sales Pro Forma file for all open locations | 1.5 | $ 375.00 | $ 562.50 |
| 8/25/2020 | Chris Peirce | Business Operations | Provide company with wiring information and W9 documents for June professional fee payments | 0.2 | $ 375.00 | $ 75.00 |
| 8/25/2020 | Chris Peirce | Business Analysis | Update cash flow forecast with prior week actuals | 0.5 | $ 375.00 | $ 187.50 |
| 8/25/2020 | Chris Peirce | Business Analysis | Update go forward cash flow forecast with items reviewed in cash flow call | 0.5 | $ 375.00 | $ 187.50 |
| 8/25/2020 | Chris Peirce | Business Analysis | Send contract cure schedule to WNJ and company | 0.1 | $ 375.00 | $ 37.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Provide detail to Hargett Hunter regarding Music/Cable/Internet line item in the P&L | 0.2 | $ 375.00 | $ 75.00 |
| 8/25/2020 | Chris Peirce | Sale Process | Request professional fee detail from company for Hargett Hunter | 0.1 | $ 375.00 | $ 37.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Update APA schedules based on Paul Hastings feedback and John Lucas responses as well as information from company | 0.6 | $ 375.00 | $ 225.00 |
| 8/25/2020 | Chris Peirce | Sale Process | Send Pachulski the revised APA schedules with explanations | 0.2 | $ 375.00 | $ 75.00 |
| 8/25/2020 | Chris Peirce | Sale Process | Send revised APA Schedules to Paul Hastings, RC, Mastodon, and Pachulski | 0.1 | $ 375.00 | $ 37.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Send revised APA Schedules to Paul Hastings, Mastodon, Rock Creek, and Pachulski | 0.1 | $ 375.00 | $ 37.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Review exit waterfall and cashflow from Paul Neitzel | 0.5 | $ 375.00 | $ 187.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Request professional fees and music/cable/internet expense split between G&A and restaurants | 0.1 | $ 375.00 | $ 37.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Review updated waterfall/13 week cash flow file from Paul Neitzel | 0.2 | $ 375.00 | $ 75.00 |
| 8/25/2020 | Jim Gansman | Business Analysis | Review of 9/30 waterfall and calls w /Paul | 0.4 | $ 575.00 | $ 230.00 |
| 8/25/2020 | Jim Gansman | Sale Process | Calls w/ John Lucas re status of sale process lender, request for September waterfall and lease negotiations | 0.3 | $ 575.00 | $ 172.50 |
| 8/25/2020 | Paul Neitzel | Business Operations | Work on 13-wk cash forecast/sales forecast | 0.6 | $ 525.00 | $ 315.00 |
| 8/25/2020 | Paul Neitzel | Meetings - with Debtor | Call with counsel (Liz - WNJ) and Ned (BFV) re: executor y contract | 0.8 | $ 525.00 | $ 420.00 |
| 8/25/2020 | Paul Neitzel | Landlord Negotiations | Discuss East Lansing pro forma with stalking horse bidder | 0.6 | $ 525.00 | $ 315.00 |
| 8/25/2020 | Paul Neitzel | Landlord Negotiations | Call with East Lansing landlord | 0.2 | $ 525.00 | $ 105.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
Case #: 20-1947-jwb

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 8/25/2020 | Paul Neitzel | Landlord Negotiations | Call with EL landlord and lender | 0.6 | $ 525.00 | $ 315.00 |
| 8/25/2020 | Paul Neitzel | Meetings - with Debtor | Discuss waterfall with Ned | 0.3 | $ 525.00 | $ 157.50 |
| 8/25/2020 | Paul Neitzel | Business Analysis | Update the cash waterfall for Sept 28 closing | 0.9 | $ 525.00 | $ 472.50 |
| 8/25/2020 | Paul Neitzel | Business Analysis | Work on adjusted cash forecast for September closing | 0.8 | $ 525.00 | $ 420.00 |
| 8/25/2020 | Paul Neitzel | Business Analysis | Review of 9/30 waterfall and calls w /J Gansman | 0.4 | $ 525.00 | $ 210.00 |
| 8/25/2020 | Paul Neitzel | Landlord Negotiations | PF analysis for Stellas and GRBC | 1.6 | $ 525.00 | $ 840.00 |
| 8/26/2020 | Brian Ayers | Bankruptcy Reporting | June MOR revisions | 1.6 | $ 475.00 | $ 760.00 |
| 8/26/2020 | Brian Ayers | Bankruptcy Reporting | Emails re prof fee timing with Debtor and WNJ | 0.4 | $ 475.00 | $ 190.00 |
| 8/26/2020 | Chris Peirce | Sale Process | Review Professional Fee detail from company, subtotal by firm, and send to Hargett Hunter | 1.0 | $ 375.00 | $ 375.00 |
| 8/26/2020 | Chris Peirce | Sale Process | Review Music/Cable/Internet detail from company and send to Hargett Hunter | 0.5 | $ 375.00 | $ 187.50 |
| 8/26/2020 | Chris Peirce | Business Analysis | Compile sales by location for July and PTD August for Mastodon | 0.5 | $ 375.00 | $ 187.50 |
| 8/26/2020 | Chris Peirce | Business Analysis | Update cash flow with prior year sales and sales vs. prior year calculation | 0.5 | $ 375.00 | $ 187.50 |
| 8/26/2020 | Paul Neitzel | Business Analysis | Waterfall analysis for buyers | 0.6 | $ 525.00 | $ 315.00 |
| 8/26/2020 | Paul Neitzel | Landlord Negotiations | Call with East Lansing landlord | 0.5 | $ 525.00 | $ 262.50 |
| 8/26/2020 | Paul Neitzel | Landlord Negotiations | Call with Stella's landlord | 0.6 | $ 525.00 | $ 315.00 |
| 8/26/2020 | Paul Neitzel | Landlord Negotiations | Call with GRBC landlord | 0.7 | $ 525.00 | $ 367.50 |
| 8/26/2020 | Paul Neitzel | Business Operations | Email with the company and counsel re: event deposit | 0.2 | $ 525.00 | $ 105.00 |
| 8/27/2020 | Brian Ayers | Meetings - Other | Call with Paul N and Chris P re MOR | 1.8 | $ 475.00 | $ 855.00 |
| 8/27/2020 | Brian Ayers | Business Operations | Emails re Seller's filing and Debtor claim, discuss schedule amendment | 0.4 | $ 475.00 | $ 190.00 |
| 8/27/2020 | Chris Peirce | Business Analysis | Prepare and upload cashflow forecast for UCC and UST | 0.5 | $ 375.00 | $ 187.50 |
| 8/27/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss data requests and credit card balance | 0.3 | $ 375.00 | $ 112.50 |
| 8/27/2020 | Chris Peirce | Business Analysis | Update cash flow forecast with G&A payroll timing and sales vs. prior year calculation | 0.5 | $ 375.00 | $ 187.50 |
| 8/27/2020 | Chris Peirce | Business Analysis | Review daily sales flash report | 0.2 | $ 375.00 | $ 75.00 |
| 8/27/2020 | Chris Peirce | Meetings - Other | Call with Paul Neitzel and Brian Ayers to discuss MOR revisions | 1.8 | $ 375.00 | $ 675.00 |
| 8/27/2020 | Chris Peirce | Bankruptcy Reporting | Request balance sheet detail from company for MOR revisions | 0.1 | $ 375.00 | $ 37.50 |
| 8/27/2020 | Paul Neitzel | Business Analysis | Email Mastodon re: period sales | 0.1 | $ 525.00 | $ 52.50 |
| 8/27/2020 | Paul Neitzel | Business Operations | Call and text with Lexington landlord re: access to building | 0.2 | $ 525.00 | $ 105.00 |
| 8/27/2020 | Paul Neitzel | Meetings - with Counsel | Call with Pachulski re: KC landlord | 0.2 | $ 525.00 | $ 105.00 |
| 8/27/2020 | Paul Neitzel | Business Operations | Call with Tim & Denise re: payables | 0.3 | $ 525.00 | $ 157.50 |
| 8/27/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Call with counsel and KC landlord | 0.2 | $ 525.00 | $ 105.00 |
| 8/27/2020 | Paul Neitzel | Landlord Negotiations | Call with Holland landlord | 0.8 | $ 525.00 | $ 420.00 |
| 8/27/2020 | Paul Neitzel | Meetings - Other | June MOR revisions w/ RC | 1.8 | $ 525.00 | $ 945.00 |
| 8/28/2020 | Chris Peirce | Business Analysis | Create new cash flow forecast file | 0.2 | $ 375.00 | $ 75.00 |
| 8/28/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss rent payments and balance sheet detail for MOR | 0.2 | $ 375.00 | $ 75.00 |
| 8/28/2020 | Chris Peirce | Business Analysis | Discuss daily cash flow frequency and schedule calls going forward | 0.1 | $ 375.00 | $ 37.50 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Prof forma lease proposals for Broad Ripple, Kalamazoo and Beltline | 3.1 | $ 525.00 | $ 1,627.50 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Discussion with Ned re: landlords and how to get them to move | 0.3 | $ 525.00 | $ 157.50 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Call with Broad Ripple landlord | 0.8 | $ 525.00 | $ 420.00 |
| 8/28/2020 | Paul Neitzel | Business Operations | Email with counsel re: event deposit | 0.1 | $ 525.00 | $ 52.50 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Email counsel to review Broad Ripple Lease | 0.2 | $ 525.00 | $ 105.00 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Call with Kalamazoo landlord | 0.5 | $ 525.00 | $ 262.50 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Call with GRBC baker | 0.2 | $ 525.00 | $ 105.00 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Email to Kzoo landlord re: proposal | 0.2 | $ 525.00 | $ 105.00 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Update Kalamazoo of for landlord proposal | 0.2 | $ 525.00 | $ 105.00 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Email Lansing landlord re: amendment | 0.2 | $ 525.00 | $ 105.00 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Sales analysis for stellas and email to landlord | 0.4 | $ 525.00 | $ 210.00 |
| 8/29/2020 | Jim Gansman | Meetings - with Counsel | Review of John's email and 5th Circuit Case re PPP and SBA, Call w / John re same | 0.6 | $ 575.00 | $ 345.00 |
| 8/30/2020 | Paul Neitzel | Landlord Negotiations | Email with Ned & lenders re: GR Beltline pro forma and status of negotiations | 0.4 | $ 525.00 | $ 210.00 |
| 8/30/2020 | Paul Neitzel | Landlord Negotiations | Build pro forma from HCGR and email to Ned & lenders for review | 0.6 | $ 525.00 | $ 315.00 |
| 8/31/2020 | Brian Ayers | Meetings - with Counsel | Call with Chris P re schedule and mOR amends | 0.6 | $ 475.00 | $ 285.00 |
| 8/31/2020 | Brian Ayers | Business Analysis | Review schedule balances re debt and cash | 0.4 | $ 475.00 | $ 190.00 |
| 8/31/2020 | Brian Ayers | Bankruptcy Reporting | review MOR re June disbursements and balance sheet information re accrued liabilities | 1.1 | $ 475.00 | $ 522.50 |
| 8/31/2020 | Chris Peirce | Business Analysis | Update cash flow forecast with prior week actuals | 0.5 | $ 375.00 | $ 187.50 |
| 8/31/2020 | Chris Peirce | Meetings - with Counsel | Call with Brian Ayers and WNJ to discuss amended schedules | 0.6 | $ 375.00 | $ 225.00 |
| 8/31/2020 | Chris Peirce | Bankruptcy Reporting | Create file with updated cash and inventory by location and send to WNJ for amended schedules | 0.5 | $ 375.00 | $ 187.50 |
| 8/31/2020 | Chris Peirce | Business Operations | Review and respond to Tim Gauthier email regarding KC property tax notice | 0.2 | $ 375.00 | $ 75.00 |
| 8/31/2020 | Chris Peirce | Business Analysis | Research and send P6-P8 sales for HC GR to Paul Neitzel | 0.1 | $ 375.00 | $ 37.50 |
| 8/31/2020 | Chris Peirce | Business Analysis | Send updated cash flow file to company to review in cash flow meeting | 0.1 | $ 375.00 | $ 37.50 |
| 8/31/2020 | Jim Gansman | Sale Process | Review of memo from Robert re outstanding offers to purchase debt | 0.6 | $ 575.00 | $ 345.00 |
| 8/31/2020 | Jim Gansman | Sale Process | call w/Mastadon, Pachulski and Company to go through bids | 0.4 | $ 575.00 | $ 230.00 |
| 8/31/2020 | Paul Neitzel | Meetings - with Debtor | Meeting with Mastodon (Investment Banker) and company | 0.3 | $ 525.00 | $ 157.50 |
| 8/31/2020 | Paul Neitzel | Meetings - with Debtor | Call with Ned re: GFS | 0.1 | $ 525.00 | $ 52.50 |
| 8/31/2020 | Paul Neitzel | Landlord Negotiations | HopCat Grand Rapids landlord call | 0.7 | $ 525.00 | $ 367.50 |
| 8/31/2020 | Paul Neitzel | Landlord Negotiations | Build 2020 forecast and sales forecasts, email to company and lender | 0.7 | $ 525.00 | $ 367.50 |
| 8/31/2020 | Paul Neitzel | Landlord Negotiations | review AA lease and pro forma. Email lenders and CEO | 0.8 | $ 525.00 | $ 420.00 |
| 8/31/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | email with company re: equipment lease | 0.3 | $ 525.00 | $ 157.50 |
| | | | Total | 207.7 | | $ 96,807.50 |