**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

**NOTICE OF PROPOSED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON SEPTEMBER 25, 2020 AT 10:00 A.M.**

**I.     RESOLVED/UNCONTESTED MATTERS**

    A.     Debtor's Motion to Extend Time Within Which Unexpired Leases of Nonresidential Real Property may be Assumed or Rejected [Dkt. No. 318].

        i.     <u>Objections/Responses Received</u>:  No objections were filed.

        ii.    <u>Related Documents</u>:

            1.     Debtors' Motion to Shorten Objection Period and for Expedited Hearing Regarding Debtors' Motion to Extend Time within which Unexpired Leases of Nonresidential Real Property may be Assumed or Rejected [Dkt. No. 319].

            2.     Order Extending Time within which Unexpired Leases of Nonresidential Real Property may be Assumed or Rejected [Dkt. 320].

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

3. Certificate of Service [321].

iii. <u>Status</u>: Debtors will request the Court enter the proposed order attached to the motion.

## II. UNRESOLVED/CONTESTED MATTERS

A. Debtor's Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Scheduling Sale Hearing, (B) Approving the Form of the Asset Purchase Agreement, Including the Bid Protections, and (C) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Dkt. No. 127].

i. <u>Objections/Responses Received</u>:

1. CURE OBJECTIONS

a. Objection to Assumption of Lease filed by Creditor A&G Partnership, LLC [Dkt. No. 216]
   i. **Status: Resolved**

b. Objection to Assumption of Lease filed by Creditor Project Oscar, LLC [Dkt. No. 217]
   i. **Status: Resolved**

c. Objection to Assumption of Lease filed by Creditor Liberty Maynard, LLC [Dkt. No. 220]
   i. **Status: Resolved**

d. Objection to Assumption of Lease filed by Creditor JK East Beltline Real Estate LLC [Dkt. No. 223]
   i. **Status: Resolved**

e. Objection to Assumption of Lease filed by Creditor Fourth Enterprises, LLC f/n/a HotSchedules [Dkt. No. 225] and Fourth Enterprises, LLC (f/k/a Hotschedules) Supplement to its Limited Objection to Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases [Dkt. No. 300]
   i. **Status: Resolved**

f. Objection to Assumption of Lease filed by Creditor 222 Venture, LLP [Dkt. No. 227]
   i. **Status: Moot. Debtor rejected Madison lease.**

    g. Response to Assumption of Lease filed by Creditor Gordon Food Service, Inc. [Dkt. No. 228]
   - i. **Status: Unresolved.  Debtor requesting Court adjourn hearing.**

    h. Objection to Assumption of Lease filed by Creditor Ionia Ventures, LLC [Dkt. No. 259]
   - i. **Status: Unresolved.  Debtor requesting Court adjourn hearing.**

2. ADEQUATE ASSURANCE OBJECTIONS

    a. Supplemental Objection filed by Creditor JK East Beltline Real Estate LLC [Dkt. No. 286]
   - i. **Status: Resolved**

    b. Objection to Adequate Assurance of Future Performance Provided by stalking Horse Bidder filed by Creditor Gordon Food Service, Inc. [Dkt. No. 288]
   - i. **Status: Unresolved.  Debtor requesting Court adjourn hearing.**

    c. Adequate Assurance Objection of GTW, Depot, LLC filed by GTW Depot, LLC [Dkt. No. 290]
   - i. **Status: Unresolved.  Debtor requesting Court adjourn hearing.**

3. OBJECTIONS TO SALE MOTION

    a. Objection to Motion to Sell Property field by Creditor Liberty Maynard, LLC [Dkt No. 253]
   - i. **Status: Resolved**

    b. Objection to Motion to Sell Property filed by Creditor JK East Beltline Real Estate LLC [Dkt. No. 268]
   - i. **Status: Resolved**

    c. Statement and Reservation of Rights of First Savings Bank Regarding the Proposed Sale of Debtors' Assets filed by Creditor First Savings Bank [Dkt. No. 280]
   - i. **Status: Resolved**

    d. Objection to the Approval of the Proposed Sale by the United States Trustee [Dkt. No. 328]
   - i. **Status: Unresolved. This matter will be going forward.**

        e.   Objection to Sale Motion by the Official Unsecured Creditors Committee [Dkt. No. 329]

            i.   **Status: Unresolved. This matter will be going forward.**

ii.   <u>Related Documents</u>:

    1.   Declaration of Ned Lidvall [Dkt. No. 331]

    2.   Declaration of Robert Hersch [Dkt. No. 332]

    3.   Response of CIP Administrative, LLC in its Capacity as Administrative Agent for the Prepetition Secured Lenders, to Objections to Sale Motion [Dkt. No. 333]

    4.   Notice of Filing of (I) Proposed Sale Order, (II) Wind-Down Budget, and (III) Amended Stalking Horse Agreement [Dkt. No. 334]

iii.   <u>Status</u>: This matter is going forward. Debtors will request that the Court enter the Sale Order filed as Exhibit A to Docket No. 334.

Dated: September 25, 2020                  Respectfully submitted,

WARNER NORCROSS + JUDD LLP

<u>/s/ Elisabeth M. Von Eitzen</u>
Rozanne M. Giunta (P29969)
Stephen B. Grow (P39622)
Elisabeth M. Von Eitzen (P70183)
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000

PACHULSKI STANG ZIEHL & JONES LLP

John W. Lucas
Jason Rosell
Steven W. Golden
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 263-7000

*Counsel to the Debtors*

20716898-1