UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

**ORDER REGARDING MEDIATION**

On September 25, 2020, the court conducted a hearing on the *Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures and Scheduling Sale Hearing, (B) Approving the Form of the Asset Purchase Agreement, Including the Bid Protections, and (C) Granting Related Relief; and (II) an Order (A) Authorizing the Sale Of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (B) Authorizing the Assumption and Assignment of Certain (C) Granting Related Relief* (Dkt. No. 127). After considering the positions of the parties, the court has decided to, *sua sponte,* order mediation in an attempt to resolve issues related to the objections to the proposed sale.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Debtors, the Official Committee of Unsecured Creditors, the United States Trustee, and CIP Administrative, LLC (in its capacity as administrative agent for the prepetition secured lenders), shall engage in mediation on September 25, 2016.

2. The Honorable John T. Gregg is appointed as the mediator (the "Mediator"). The Mediator will send a Zoom invitation to the mediation participants.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

3. The mediation shall be governed by LBR 9019-1, et seq. and any other procedures implemented by the Mediator in his sole discretion.

4. All proceedings, discussions, negotiations, and writings incident to mediation shall be privileged and confidential to the maximum extent permitted by law, and shall not be disclosed, filed or placed into evidence. Under no circumstances shall the Mediator be called as a witness. The Mediator may, in his sole discretion, file a report for the purpose of determining whether the parties engaged in the mediation process in good faith.

IT IS FURTHER ORDERED THAT the Clerk of the Court shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon the all parties entitled to electronic notice via CM/ECF.

END OF ORDER

**IT IS SO ORDERED.**

**Dated September 25, 2020**

James W. Boyd
United States Bankruptcy Judge