UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

## REPORT OF MEDIATOR

**The mediator must submit this report within 14 days of completing mediation or determining mediation is inappropriate.**

1. Mediation was determined inappropriate.  OR  ☒ Mediation was completed on <u>September 25, 2020</u>.
                                                                                                                       Date

2. The participants were:

   <u>SEE RIDER A ATTACHED HERETO</u>  on behalf of _____

   _____  on behalf of _____

   _____  on behalf of _____

   _____  on behalf of _____

   _____  on behalf of _____

   _____  on behalf of _____

3. This case was: ☒ NOT SETTLED and further ADR proceedings are: ☐ contemplated ☒ not contemplated.

   ☐ SETTLED, in which case the parties shall place the settlement on the record.

<u>September 25, 2020</u>
Date

_/s/ John T. Gregg_
Mediator Signature

<u>Hon. John T. Gregg</u>
Mediator name (type or print)

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

# **RIDER A**

The participants were:

John Lucas on behalf of the Debtor

Michael Maggio on behalf of the United States Trustee

Elizabeth Vandesteeg on behalf of the Official Committee of Unsecured Creditors

Paul Hage on behalf of the Official Committee of Unsecured Creditors

Matt Murphy on behalf of CIP Administrative, LLC

Steven Rayman on behalf of CIP Administrative, LLC