**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al*[1]

                     Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
*Jointly Administered*

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST REGARDING DEBTORS' FIFTH OMNIBUS MOTION FOR ENTRY OF AN ORDER REJECTING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON ANY REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES**

PLEASE TAKE NOTICE that the Debtors have filed a Fifth Omnibus Motion for Entry of an Order Rejecting Certain Executory Contracts and Unexpired Leases and to Abandon any Remaining Personal Property Located at the Leased Premises (the "Motion"). The Motion, together with a copy of a proposed order, are enclosed with this notice. In accordance with Rules 4001-1 and 9013 of the local Bankruptcy Rules, objections to the Motion or a request for hearing must be filed and served within fourteen (14) days of the mailing of this Notice. If you file written objections or a request for hearing, the original must be filed with:

United States Bankruptcy Court
One Division Avenue N.W., Room 200
Grand Rapids, Michigan 49503

and a copy must be mailed to the following:

Elisabeth M. Von Eitzen
Warner Norcross + Judd LLP
150 Ottawa Ave NW, Suite 1500
Grand Rapids, Michigan 49503

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

If no objections or a request for hearing are timely filed and served, the Court may approve and enter the proposed order and otherwise grant the requested relief without a hearing. If a timely response or request is filed and served, a hearing on the motion will be held at a date and time set by the Clerk of the Bankruptcy Court.

|  |  |
|---|---|
|  | WARNER NORCROSS + JUDD LLP |
| Dated: September 29, 2020 | By:  /s/Elisabeth M. Von Eitzen  <br> Elisabeth M. Von Eitzen (P70183) <br> Rozanne M. Giunta (P29969) <br> Stephen B. Grow (P39622) <br> 150 Ottawa Avenue, NW Ste. 1500 |
| Date Served: September 29, 2020 | Grand Rapids, MI 49503 |

20744226-1