## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

                Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Joint Administration*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 30, 2020, a copy of the document listed below was served by CM/ECF and on the attached service list by first class mail, postage prepaid:

Order Extending Time within which Unexpired Leases of Nonresidential Real Property may be Assumed or Rejected

Dated:  September 30, 2020

WARNER NORCROSS + JUDD LLP

/s/ Elisabeth M. Von Eitzen
Rozanne M. Giunta (P29969)
Elisabeth M. Von Eitzen (P70183)
Stephen B. Grow (P39622)
150 Ottawa Avenue, NW Ste. 1500
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000
Attorneys for Debtors

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

Lee Shore-Lemon Wheeler Building
50 Louis St NW  Ste 600
Grand Rapids MI 49503

50 Commerce Building LLC
35 Oakes St  Ste 400
Grand Rapids MI 49503

A&G Partnership LLC
117 Center Street
East Lansing MI 48823

Ionia Ventures LLC
80 Ottawa Ave NW  Ste 415
Grand Rapids MI 49503

Liberty Maynard LLC
30100 Telegraph Rd  Ste 220
Bingham Farms MI 48205

HC Woodward LLC
5000 Kendrick St
Grand Rapids MI 49512

JK East Beltline Real Estate
13405 West Star Dr  Ste 2
Shelby Township MI 48315

Greenen Dekock Properties LLC
12 West 8th St  #250
Holland MI 49423

6280 LLC
47 S Pennyslvania St  10th Fl
Indianapolis IN 46204

GTW Depot LLC
200 West Michigan  Ste 201
Kalamazoo MI 49007

Project Oscar LLC
10340 N 84th St
Omaha NE 68122

HC Woodward LLC
477 Lake Park
Birmingham MI 48009

Project Oscar LLC
11422 Miracle Hills Dr  Ste 400
Omaha NE 68154