# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| BARFLY VENTURES, LLC, *et al.*,[1] | : | Case No. 20-01947-jwb |
| Debtors. | : | Jointly Administered |

## WITNESS LIST OF CIP ADMINISTRATIVE, LLC, IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE PREPETITION SECURED LENDERS, REGARDING DEBTORS' SALE MOTION

CIP Administrative, LLC, in its capacity as administrative agent for the Prepetition Secured Lenders (the "Administrative Agent"), through its undersigned counsel, and pursuant to the *Order Establishing Deadlines and Procedures for Virtual Hearing on Debtors' Sale Motion* [Docket No. 339], hereby discloses the following witnesses the Administrative Agent may call at trial in the matter regarding the *Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures and Scheduling Sale Hearing, (B) Approving the Form of the Asset Purchase Agreement, Including the Bid Protections, and (C) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of*

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCat-Chicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCat-GR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCat-Minneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

*Certain (C) Granting Related Relief* [Docket No. 127], set for October 13, 2020, at 9:00 a.m. (Eastern Time):

1. Travis Baldwin
   3400 Carlisle Street
   Suite 430
   Dallas, Texas 75204

2. Sharon Murphy
   Gordon Food Service, Inc.
   Dept. CH 10490
   Palatine, Illinois 60055

3. Ned Lidvall
   35 Oakes Street SW
   Suite 400
   Grand Rapids, Michigan

4. James Gansman
   555 Fifth Avenue
   14th Floor
   New York, New York 10017

5. Robert S. Hersch
   918 Congress Avenue
   Suite 100
   Austin, Texas 78701

6. Any witnesses listed or called by any other interested party.

[*Remainder of Page Intentionally Left Blank*]

- 3 -

Dated:  September 30, 2020

/s/ *Steven L. Rayman*
Steven L. Rayman (P30882)
**RAYMAN & KNIGHT**
141 e. Michigan Avenue, Suite 301
Kalamazoo, Michigan 49007
Telephone:     (269) 345-5156
Facsimile:      (269) 345-5161
slr@raymanknight.com

*Local Counsel for CIP Administrative, LLC*


-and-

Matthew M. Murphy, Esq.
Nathan S. Gimpel, Esq.
**PAUL HASTINGS LLP**
71 South Wacker Drive
Suite 4500
Chicago, Illinois 60606
Telephone:     (312) 499-6000
Facsimile:      (312) 499-6100
mattmurphy@paulhastings.com
nathangimpel@paulhastings.com

*Counsel for CIP Administrative, LLC*