UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>BARFLY VENTURES, LLC., *et al.*,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 20-01947-jwb<br><br>(Jointly Administered) |

## WITNESS LIST

The Official Committee of Unsecured Creditors of Barfly Ventures, LLC *et. al.* (the "Committee"), by and through its undersigned counsel, and pursuant to the *Order Establishing Deadlines and Procedures for Virtual Hearing on Debtors' Sale Motion* [Doc. No. 339], hereby discloses the following witnesses that it may call at the evidentiary hearing with respect to the *Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures and Scheduling Sale Hearing, (B) Approving the Form of the Asset Purchase Agreement, Including the Bid Protections, and (C) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain (C) Granting Related Relief* [Docket No. 127]:

| Person | Firm / Company | Type of Witness | Role |
|---|---|---|---|
| Sheldon Stone | Amherst Partners | Expert | Committee's Financial Advisor |
| James Morden | Amherst Partners | Lay / Expert | Committee's Financial Advisor |
| Robert Hersch | Mastodon Ventures | Lay / Expert | Debtors' Investment Banker |
| Ned Lidvall | Debtors | Lay | Debtors' Interim CEO |

4982741.v1

| Paul Neitzel | Rock Creek Advisors | Lay / Expert | Debtors' Financial Advisor |
| Travis Baldwin | Congruent Investment Partners, LLC | Lay | Proposed Buyer's Representative |

Additionally, the Committee reserves the right to call or examine any witnesses called by any other interested party in these cases.

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:   /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et al.*

Dated: September 30, 2020.