United States Bankruptcy Court
Western District of Michigan

| | |
|---|---|
| In re: | Case No. 20-01947-jwb |
| Barfly Ventures, LLC | Chapter 11 |
|     Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0646-1 | User: draytokm | Page 1 of 8 |
| Date Rcvd: Sep 28, 2020 | Form ID: pdf014 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jason H. Rosell, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |
| aty | + | John W. Lucas, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |
| aty | + | Matthew M. Murphy, Paul Hastings LLP, 71 S. Wacker Drive, 45th Floor, Chicago, IL 60606-4626 |
| aty | + | Nathan S. Gimpel, Paul Hastings LLP, 71 South Wacker Drive, Suite 4500, Chicago, IL 60606-4608 |
| aty | + | Todd M. Schwartz, Paul Hastings LLP, 1117 S. California Avenue, Palo Alto, CA 94304-1106 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 30, 2020 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anh P. Nguyen | on behalf of Creditor Fourth Enterprises  LLC f/n/a HotSchedules nguyen@slollp.com |
| Anthony J. Kochis | on behalf of Creditor HC Woodward LLC akochis@wolfsonbolton.com  stravis@wolfsonbolton.com |
| David E. Bevins | on behalf of Creditor Project Oscar  LLC ECF-Deb@rhoadesmckee.com, ecf@rhoadesmckee.com |
| Dean E. Rietberg | Dean.E.Rietberg@usdoj.gov |

District/off: 0646-1 User: draytokm Page 2 of 8
Date Rcvd: Sep 28, 2020 Form ID: pdf014 Total Noticed: 5

| | |
|---|---|
| Denise D. Twinney | on behalf of Creditor Innovo Development Group LLC bkfilings@wardroplaw.com |
| Denise D. Twinney | on behalf of Creditor JK East Beltline Real Estate LLC bkfilings@wardroplaw.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor 50 Amp Fuse LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-St. Louis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Ann Arbor LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party EL Brewpub LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Indianapolis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Lexington LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Minneapolis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-St. Louis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Chicago LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Detroit LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Lincoln LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Kalamazoo LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Indianapolis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Holland LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Lexington LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Royal Oak LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Minneapolis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party 50 Amp Fuse LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Louisville LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party GRBC Holdings LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Louisville LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party Luck of the Irish LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-GR Beltline LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Royal Oak LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Port St. Lucie LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor 9 Volt LLC evoneitzen@wnj.com, jnikodemski@wnj.com |

| | | |
|---|---|---|
| District/off: 0646-1 | User: draytokm | Page 3 of 8 |
| Date Rcvd: Sep 28, 2020 | Form ID: pdf014 | Total Noticed: 5 |

Elisabeth M. Von Eitzen
    on behalf of Debtor GRBC Holdings LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Port St. Lucie LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor Luck of the Irish LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Kansas City LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor Barfly Ventures LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor EL Brewpub LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor HopCat-Concessions LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Madison LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-GR Beltline LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor HopCat-Chicago LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor HopCat-Kansas City LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Ann Arbor LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party 9 Volt LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Holland LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Lincoln LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor HopCat-Madison LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Concessions LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor Barfly Management LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor HopCat-Kalamazoo LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elizabeth B. Vandesteeg
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Barfly Ventures LLC evandesteeg@sfgh.com, bkdocket@sfgh.com

Erika R. Barnes
    on behalf of Creditor 1064 Bardstown LLC ebarnes@stites.com, cbeatty@stites.com;docketclerk@stites.com

Howard S. Sher
    on behalf of Creditor Liberty Maynard LLC howard@jacobweingarten.com

Jason M. Torf
    on behalf of Creditor Gordon Food Service Inc. jason.torf@icemiller.com

Jeff A. Moyer
    on behalf of Creditor Project 35 LLC jeff@thebankruptcygrp.com, crissy@thebankruptcygrp.com;heather@thebankruptcygrp.com

John C. Cannizzaro
    on behalf of Creditor Gordon Food Service Inc. john.cannizzaro@icemiller.com

John T. Piggins
    on behalf of Interested Party Mark Sellers ecfpigginsj@millerjohnson.com 8473902420@filings.docketbird.com;Docket@millerjohnson.com

Judith Greenstone Miller
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Barfly Ventures LLC jmiller@jaffelaw.com,

District/off: 0646-1   User: draytokm   Page 4 of 8
Date Rcvd: Sep 28, 2020   Form ID: pdf014   Total Noticed: 5

|  |  |
|---|---|
|  | tneddermeyer@jaffelaw.com |
| Michael Aaron Brandess | |
|  | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Barfly Ventures  LLC mbrandess@sfgh.com, bkdocket@sfgh.com |
| Michael E. Moore | |
|  | on behalf of Interested Party Mercantile Bank of Michigan moore@millercanfield.com laitila@millercanfield.com;wysocki@millercanfield.com |
| Michael M. Malinowski | |
|  | on behalf of Interested Party MIKE MALINOWSKI ecf@malinowskilaw.com |
| Michael V. Maggio | |
|  | michael.v.maggio@usdoj.gov |
| Nicholas J. Spigiel | |
|  | on behalf of Interested Party GTW Depot  LLC nspigiel@kreisenderle.com, dquick@kreisenderle.com |
| Norman C. Witte | |
|  | on behalf of Creditor A&G Partnership  LLC ncwitte@wittelaw.com, mmallswede@wittelaw.com |
| Patrick E. Sweeney | |
|  | on behalf of Creditor Ionia Ventures  LLC psweeney@rhoadesmckee.com, kjhaisma@rhoadesmckee.com |
| Patrick E. Sweeney | |
|  | on behalf of Creditor 58 Ionia Holdings  LLC psweeney@rhoadesmckee.com, kjhaisma@rhoadesmckee.com |
| Paul R. Hage | |
|  | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Barfly Ventures  LLC phage@jaffelaw.com, tneddermeyer@jaffelaw.com |
| Rebecca Marie Smith | |
|  | on behalf of Creditor Michigan Unemployment Insurance Agency Smithr72@michigan.gov  bridlemanj@michigan.gov |
| Robert F. Wardrop, II | |
|  | on behalf of Creditor JK East Beltline Real Estate LLC bkfilings@wardroplaw.com bkrfilings@wardroplaw.com;bkwalfilings@wardroplaw.com |
| Robert F. Wardrop, II | |
|  | on behalf of Creditor Innovo Development Group  LLC bkfilings@wardroplaw.com, bkrfilings@wardroplaw.com;bkwalfilings@wardroplaw.com |
| Ronald E. Gold | |
|  | on behalf of Creditor First Savings Bank rgold@fbtlaw.com  awebb@fbtlaw.com;eseverini@fbtlaw.com;sbryant@fbtlaw.com |
| Rozanne M. Giunta | |
|  | on behalf of Interested Party EL Brewpub  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
|  | on behalf of Interested Party HopCat-St. Louis  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
|  | on behalf of Interested Party HopCat-Lexington  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
|  | on behalf of Interested Party HopCat-Indianapolis  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
|  | on behalf of Interested Party 9 Volt  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
|  | on behalf of Debtor HopCat-GR Beltline  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
|  | on behalf of Interested Party HopCat-Chicago  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
|  | on behalf of Debtor HopCat-Kalamazoo  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
|  | on behalf of Debtor HopCat-Madison  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
|  | on behalf of Interested Party HopCat-Minneapolis  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
|  | on behalf of Interested Party Luck of the Irish  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
|  | on behalf of Debtor Luck of the Irish  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |

District/off: 0646-1                     User: draytokm                          Page 5 of 8
Date Rcvd: Sep 28, 2020                  Form ID: pdf014                         Total Noticed: 5

| | |
|---|---|
| Rozanne M. Giunta | on behalf of Debtor EL Brewpub LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Madison LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Port St. Lucie LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Royal Oak LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor GRBC Holdings LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Kalamazoo LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Indianapolis LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Lincoln LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Minneapolis LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Kansas City LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Ann Arbor LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-St. Louis LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Lincoln LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor Barfly Ventures LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Royal Oak LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-GR Beltline LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor 9 Volt LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Ann Arbor LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Concessions LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Holland LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party GRBC Holdings LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Concessions LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Holland LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Louisville LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor Barfly Management LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Port St. Lucie LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |

| | |
|---|---|
| Rozanne M. Giunta | on behalf of Debtor HopCat-Louisville LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party 50 Amp Fuse LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Detroit LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Lexington LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Kansas City LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor 50 Amp Fuse LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Chicago LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Scott A. Wolfson | on behalf of Creditor HC Woodward LLC swolfson@wolfsonbolton.com stravis@wolfsonbolton.com |
| Shannon L. Deeby | on behalf of Creditor Fourth Enterprises LLC f/n/a HotSchedules sdeeby@clarkhill.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Minneapolis LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Ann Arbor LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Kalamazoo LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Kansas City LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Royal Oak LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-St. Louis LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Concessions LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Chicago LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-GR Beltline LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party EL Brewpub LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Kalamazoo LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Lexington LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party 9 Volt LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Detroit LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Lincoln LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Holland LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Madison LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party 50 Amp Fuse LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |

District/off: 0646-1                           User: draytokm                              Page 7 of 8
Date Rcvd: Sep 28, 2020                        Form ID: pdf014                             Total Noticed: 5

| | |
|---|---|
| | on behalf of Debtor HopCat-Lincoln LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor Luck of the Irish LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Concessions LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Minneapolis LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Kansas City LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Chicago LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Madison LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Royal Oak LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Holland LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor EL Brewpub LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor 9 Volt LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Ann Arbor LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party Luck of the Irish LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-St. Louis LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Indianapolis LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party GRBC Holdings LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor 50 Amp Fuse LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-GR Beltline LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Louisville LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Indianapolis LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor GRBC Holdings LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Louisville LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Lexington LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor Barfly Ventures LLC sgrow@wnj.com, bpowers@wnj.com |
| Steven L. Rayman | |
| | on behalf of Interested Party CIP Administrative LLC courtmail@raymanknight.com |
| Timothy F. Nixon | |
| | on behalf of Creditor 222 Venture LLP tnixon@gklaw.com, kboucher@gklaw.com;ekulpinski@gklaw.com |
| Wesley Jacob Carrillo | |
| | on behalf of Creditor Tholen Westport LLC wcarrillo@enszjester.com |
| Wesley Jacob Carrillo | |
| | on behalf of Creditor Hood Westport LLC wcarrillo@enszjester.com |

| | | |
|---|---|---|
| District/off: 0646-1 | User: draytokm | Page 8 of 8 |
| Date Rcvd: Sep 28, 2020 | Form ID: pdf014 | Total Noticed: 5 |

Wesley Jacob Carrillo
      on behalf of Creditor Irving Westport LLC wcarrillo@enszjester.com

Wesley Jacob Carrillo
      on behalf of Creditor CAD Management LLC wcarrillo@enszjester.com

TOTAL: 167

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, et al.,[1]

    Debtors.
_____/

Case No. BG 20-01947
Chapter 11
(Jointly Administered)

## ORDER ESTABLISHING DEADLINES AND PROCEDURES FOR VIRTUAL HEARING ON DEBTORS' SALE MOTION

PRESENT:  HONORABLE JAMES W. BOYD
United States Bankruptcy Judge

On September 25, 2020, a hearing on the Debtors' motion to sell substantially all of their assets free and clear of all liens, claims and encumbrances (the "Sale Motion," *see* Dkt. No. 127) was held before this court. After taking initial argument on the Sale Motion, the court referred the contested matter to the court's Alternative Dispute Resolution ("ADR") Program. When ADR proved unsuccessful, the court determined to adjourn the Sale Hearing to October 13, 2020 at 9:00 a.m. The court determined to issue this scheduling order, setting deadlines for disclosure of witnesses and completion of limited discovery. Because the adjourned Sale Hearing will be conducted by Zoom videoconferencing, this order also outlines additional procedures for the virtual hearing.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat- Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. **Disclosure of Witnesses**. The Debtors, CIP Administrative, LLC (the "Administrative Agent"), the Official Committee of Unsecured Creditors (the "Committee"), and the Office of the United States Trustee shall each file a list identifying any lay or expert witnesses they intend to call in this contested matter with the court, and serve a copy upon all opposing counsel, on or before **September 30, 2020**.

2. **Discovery**. The parties are permitted to engage in good faith discovery in this contested matter. Discovery shall be completed by no later than **October 6, 2020**, unless extended by agreement of the parties.

3. **Submission of Electronic Exhibits to Court and Opposing Counsel**. By no later than **October 9, 2020** at **2:00 p.m. Eastern Time**, the parties shall email electronic copies of any exhibits they intend to offer into evidence to the court at carrie_foster@miwb.uscourts.gov and to all opposing counsel. The electronic exhibits must include *all* exhibits a party intends to rely upon at the evidentiary hearing, even if the exhibits have already been docketed as attachments other pleadings.

4. **Form of Electronic Exhibits**. The exhibits shall be in PDF format and *should be combined into a single PDF file*. Each individual exhibit should be *labeled* and *bookmarked* to ensure easy navigation.

5. **Objections to Exhibits Based on Authenticity**. Unless a written objection is filed with the court and a copy of the objection served upon the proponent of the exhibit on or before **October 12, 2020**, exhibits submitted electronically will be received into evidence at the hearing without the necessity of any further authentication; however, the parties may object to an exhibit for other reasons, such as hearsay or relevancy, and may argue the weight of an exhibit at the hearing.

6. **Remote Witness Testimony**. In accordance with Federal Rule of Civil Procedure 43(a) (made applicable to this matter by Federal Rule of Bankruptcy

Procedure 9017), a witness may be permitted to testify by contemporaneous transmission from a location other than the courtroom for good cause and in compelling circumstances. The court finds that the COVID-19 pandemic constitutes good cause and presents compelling circumstances that justify permitting witnesses to testify by contemporaneous transmission from a different location ("Remote Witnesses").

7. **Responsibility for Remote Witnesses**. The party sponsoring a Remote Witness shall be responsible for supplying: (a) the Zoom hyperlink, Meeting ID, and password and (b) copies of all exhibits to the Remote Witness before the virtual hearing. If a Remote Witness does not have access to a program for viewing PDF files during the hearing, the party sponsoring the Remote Witness shall ensure the Remote Witness has a printed copy of all exhibits.

8. **Swearing-In of Remote Witnesses**. All Remote Witnesses shall be sworn in over Zoom videoconferencing and such testimony will have the same effect and be binding on the Remote Witness in the same manner as if such Remote Witness was sworn in by the judge or courtroom deputy in-person in open court. To the extent there is an error or malfunction with the videoconferencing system, the Remote Witness may be sworn in and testify via telephone only.

9. **Additional Safeguards**. As an additional safeguard for the allowance of Remote Witness testimony, the court may require the Remote Witness and/or the sponsoring party to provide information such as: (a) the location of the Remote Witness (city, state, country); (b) the place from which the Remote Witness will testify (e.g., home or office); (c) whether anyone is or will be in the room with the Remote Witness during the testimony, and if so, who and for what purpose; and (d) whether the Remote Witness will have access to any documents other than exhibits provided to the court and the parties, and if so, what documents.

10. **Appearing at the Adjourned Sale Hearing**. Parties who would like to appear at the evidentiary hearing on October 13, 2020 should consult the court's website, https://www.miwb.uscourts.gov/covid-19-notices, for information on

how to register. Parties who were registered to appear at the September 25, 2020 hearing do not need to re-register.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon: (a) counsel for the Debtors; (b) counsel for the Administrative Agent; (c) counsel for the Committee; (d) the Office of the United States Trustee; and (e) all parties registered to receive electronic notice through the court's CM/ECF system.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated September 28, 2020**



James W. Boyd
United States Bankruptcy Judge