**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re:<br><br>BARFLY VENTURES, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-01947-jwb<br><br>Jointly Administered |

**WITNESS LIST OF THE DEBTORS**
**FOR VIRTUAL HEARING ON DEBTORS' SALE MOTION**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to the *Order Establishing Deadlines and Procedures for Virtual Hearing on Debtors' Sale Motion* [Docket No. 339], hereby discloses the following witnesses that the Debtors may call in support of their *Motion for Entry of an Order (A) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [Docket No. 127] (the "Sale Motion"), set for hearing on October 13, 2020 at 9:00 a.m. (Eastern Time):

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCat-Chicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCat-GR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCat-Minneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

DOCS_SF:104263.1

## WITNESS LIST

1. Ned Lidvall
   35 Oakes Street SW, Suite 400
   Grand Rapids, Michigan 49503

2. Robert S. Hersch
   918 Congress Avenue, Suite 100
   Austin, Texas 78701

3. Paul Neitzel
   555 Fifth Avenue, 14th Floor
   New York, New York 10017

4. Any witnesses listed or called by any other interested party.

Dated: October 1, 2020      **WARNER NORCROSS + JUDD LLP**

/s/ *Elisabeth M. Von Eitzen*
Rozanne M. Giunta (P29969)
Stephen B. Grow (P39622)
Elisabeth M. Von Eitzen (P70183)
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000

--and--

**PACHULSKI STANG ZIEHL & JONES LLP**

John W. Lucas (admitted *pro hac vice*)
Jason Rosell (admitted *pro hac vice*)
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 263-7000

*Counsel to the Debtors and Debtors in Possession*