## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.*,[1]

          Debtor.

_____/

Chapter 11
Case No. 20-01947

(Jointly Administered)

## MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTORS FOR SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to provide services to: | Debtors |
| Effective Date of Retention: | June 3, 2020 |
| Period for which compensation is sought:[2] | September 1, 2020 – September 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $56,695.50<br>80% = $45,356.40<br>20% = $11,339.10 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | $45,356.40 |

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCat-Chicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCat-GR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCat-Minneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

[2] Under the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 113], monthly fee statements are to be filed on or before the 20th of each month. The Court's order authorizing employment of Pachulski Stang Ziehl & Jones LLP, however, was not entered until July 22, 2020. Therefore, PSZJ delayed filing its fee statement until its retention was approved.

| | |
|---|---|
| Dated: October 2, 2020 | **WARNER NORCROSS + JUDD LLP**<br><br>/s/ *Rozanne M. Giunta*<br>Rozanne M. Giunta (P29969)<br>Stephen B. Grow (P39622)<br>Elisabeth M. Von Eitzen (P70183)<br>1500 Warner Building<br>150 Ottawa Avenue, NW<br>Grand Rapids, Michigan 49503<br>Telephone: (616) 752-2000<br><br>--and--<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br><br>John W. Lucas (admitted *pro hac vice*)<br>Jason Rosell (admitted *pro hac vice*)<br>150 California Street, 15th Floor<br>San Francisco, California 94111<br>Telephone: (415) 263-7000<br><br>*Counsel to the Debtors and Debtors in Possession* |

**Pachulski Stang Ziehl & Jones LLP**
150 California St.
Floor 15th
San Francisco, CA 94111

Jeffrey Sorum
Barfly Ventures
35 Oakes St. SW #400
Grand Rapids, MI 49503

September 30, 2020
Invoice    125943
Client     07979
Matter     00002
       **JWL**

RE:  Chapter 11

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  09/30/2020**

| | |
|---|---:|
| FEES | $60,230.00 |
| LESS COURTESY DISCOUNT | $3,534.50 |
| **TOTAL CURRENT CHARGES** | **$56,695.50** |
| **BALANCE FORWARD** | **$72,559.73** |
| **TOTAL BALANCE DUE** | **$129,255.23** |

Pachulski Stang Ziehl & Jones LLP
Barfly Ventures LLC
07979    -00002

Page:    2
Invoice 125943
September 30, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| JHR | Rosell, Jason H. | Partner | 725.00 | 21.40 | $15,515.00 |
| JWL | Lucas, John W. | Partner | 825.00 | 54.20 | $44,715.00 |
| | | | | 75.60 | $60,230.00 |

Pachulski Stang Ziehl & Jones LLP  
Barfly Ventures LLC  
07979   -00002  

Page:    3  
Invoice 125943  
September 30, 2020  

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 58.90 | $46,962.50 |
| BL | Bankruptcy Litigation [L430] | 0.20 | $145.00 |
| BO | Business Operations | 0.60 | $495.00 |
| CA | Case Administration [B110] | 1.30 | $1,072.50 |
| CG | Corporate Governance/Board Mtr | 2.10 | $1,732.50 |
| CO | Claims Admin/Objections[B310] | 1.70 | $1,382.50 |
| CP | Compensation Prof. [B160] | 0.40 | $330.00 |
| EC | Executory Contracts [B185] | 1.90 | $1,497.50 |
| FN | Financing [B230] | 1.80 | $1,475.00 |
| H | Hearings | 6.50 | $4,972.50 |
| IC | Insurance Coverage | 0.20 | $165.00 |
|  |  | 75.60 | $60,230.00 |

Pachulski Stang Ziehl & Jones LLP
Barfly Ventures LLC
07979   - 00002

Page:   4
Invoice 125943
September 30, 2020

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | | |
| 09/01/2020 | JWL | AD | Calls with R. Hersch regarding same process (.2); calls with J. Gansman regarding same (.2); email to client regarding sale process and PPP proceeds (.2); | | 0.60 | 825.00 | $495.00 |
| 09/02/2020 | JWL | AD | Call with UCC counsel regarding sale process (.3); call with client regarding same (1.0); | | 1.30 | 825.00 | $1,072.50 |
| 09/04/2020 | JWL | AD | Call with lenders' counsel regarding sale closing (.5); follow up call with J. Gansman regarding same (.2); | | 0.70 | 825.00 | $577.50 |
| 09/08/2020 | JWL | AD | Call with UCC counsel regarding sale issues (.3); review emergence waterfall and projections (.3); call with Rock Creek regarding sale issues (.3); call with R. Hersch regarding sale process issues (.2); | | 1.10 | 825.00 | $907.50 |
| 09/09/2020 | JWL | AD | Emails with UCC regarding sale status (.1); email with R. Hersch regarding same (.1); respond to lender questions regarding contract and lease assumption and review APA regarding the same (.6); call with lenders' counsel and lenders regarding sale issues, sale hearing, and closing (.7); | | 1.50 | 825.00 | $1,237.50 |
| 09/10/2020 | JWL | AD | Respond to lender questions regarding sale projections and wind down budget (.5); attend UCC call regarding sale issues (.6); call with lender's counsel regarding same (.2); call with UCC counsel regarding continuance of hearing (.1); call with von Eitzen regarding same (.1); | | 1.50 | 825.00 | $1,237.50 |
| 09/11/2020 | JWL | AD | Review cash forecast (.2); call with Rock Creek regarding the same (.5); email with client regarding same (.2); catch up call with lenders regarding closing issues (.4); | | 1.30 | 825.00 | $1,072.50 |
| 09/15/2020 | JWL | AD | Call with UCC counsel regarding sale issues (.5); | | 0.50 | 825.00 | $412.50 |
| 09/16/2020 | JWL | AD | Emails regarding notice of cancellation of auction and review notice regarding same (.3); | | 0.30 | 825.00 | $247.50 |
| 09/17/2020 | JHR | AD | Draft notice of cancelled auction and related review of bidding procedures | | 0.60 | 725.00 | $435.00 |
| 09/18/2020 | JWL | AD | Call with UCC counsel regarding sale issues and waterafall (.5); call with Gordon Foods regarding cure issue (.4); call with lender's counsel regarding same (.2); | | 1.10 | 825.00 | $907.50 |
| 09/19/2020 | JWL | AD | Emails with client regarding cure claim of Gordon | | 0.30 | 825.00 | $247.50 |

Pachulski Stang Ziehl & Jones LLP  
Barfly Ventures LLC  
07979   - 00002

Page:     5  
Invoice 125943  
September 30, 2020

|            |      |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hours | Rate   | Amount     |
|------------|------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
|            |      |    | Foods (.3);                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |       |        |            |
| 09/19/2020 | JWL  | AD | Review proposed sale order provided by lenders and prepare response email (1.0);                                                                                                                                                                                                                                                                                                                                                                                                                | 1.00  | 825.00 | $825.00    |
| 09/20/2020 | JHR  | AD | Revise draft sale order                                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 2.10  | 725.00 | $1,522.50  |
| 09/21/2020 | JWL  | AD | Review and revise proposed sale order (1.4); call with J. Rosell regarding same (.2); email to client regarding the same (.2); cal with Rock Creek regarding Gordon Foods (.3); review emails regarding proposed changes to sale order regarding liquor license transfer issues (.3); call with lender's counsel regarding form of sale order (.2); call with Gordon Foods counsel regarding cure issues (.3); call with lenders regarding the same (.6); work on Gordon Foods cure claim background (.7); call with E. Von Eitzen regarding sale status (.2); | 4.40  | 825.00 | $3,630.00  |
| 09/21/2020 | JHR  | AD | Call with J. Lucas re: sale order                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 0.20  | 725.00 | $145.00    |
| 09/21/2020 | JHR  | AD | Review revisions to sale order per liquor license counsel and related correspondence                                                                                                                                                                                                                                                                                                                                                                                                            | 0.30  | 725.00 | $217.50    |
| 09/22/2020 | JWL  | AD | Call with R. Hersch regarding same process (.2); call with J. Gansman regarding the same (.2); review APA regarding purchased action provisions for lender call (.2); lender call regarding same (.3); review info on Hot Schedules for cure claim under contract (.3);                                                                                                                                                                                                                         | 1.20  | 825.00 | $990.00    |
| 09/22/2020 | JHR  | AD | Draft Hersch declaration in support of sale                                                                                                                                                                                                                                                                                                                                                                                                                                                     | 1.10  | 725.00 | $797.50    |
| 09/22/2020 | JHR  | AD | Draft N. Lidvall's declaration in support of sale motion                                                                                                                                                                                                                                                                                                                                                                                                                                        | 0.70  | 725.00 | $507.50    |
| 09/23/2020 | JWL  | AD | call with J. Rosell regarding sale order and other pending sale issues (.3); review lenders' latest turn of sale order (.3); respond to and work on resolution of cure claims (.6); review UST objection to sale motion (.4); cal with J. Rosell regarding sale order (.1); call with UCC counsel regarding pending sale issues (.3); review UCC objection to sale (1.0); review lenders revised APA (.3); emails with lenders regarding negotiations with the UCC and GFS (.2); review revised sale order change by debtors (.2); call with Rock Creek regarding wind down budget (.4); further exchange of emails with lender's counsel regarding sale objections and hearing strategy (.3); | 4.40  | 825.00 | $3,630.00  |
| 09/23/2020 | JHR  | AD | Analyze schedule 2.2 for APA and related correspondence with Rock Creek.                                                                                                                                                                                                                                                                                                                                                                                                                        | 0.30  | 725.00 | $217.50    |

Pachulski Stang Ziehl & Jones LLP  
Barfly Ventures LLC  
07979   - 00002  

Page:   6  
Invoice 125943  
September 30, 2020  

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/23/2020 | JHR | AD | Review purchaser's revisions to proposed sale order and related correspondence with J. Lucas | 0.20 | 725.00 | $145.00 |
| 09/23/2020 | JHR | AD | Call with J. Lucas re: sale issues | 0.30 | 725.00 | $217.50 |
| 09/23/2020 | JHR | AD | Review UST sale objection and related research | 0.50 | 725.00 | $362.50 |
| 09/23/2020 | JHR | AD | Review lender's revisions to sale order and further revise sale order | 0.50 | 725.00 | $362.50 |
| 09/23/2020 | JHR | AD | Review Committee sale objection and related research | 0.90 | 725.00 | $652.50 |
| 09/23/2020 | JHR | AD | Revise sale order and related correspondence with lenders | 0.50 | 725.00 | $362.50 |
| 09/24/2020 | JWL | AD | Call with J. Rosell and Rock Creek regarding wind down budget (.7); call with lenders regarding sale hearing (.5); call with client regarding outstanding cure claim issues (.2); call with R. Hersch regarding same process (.1); call with UCC counsel regarding disputed sale issues with lenders (.2); emails with E. Von Eitzen regarding lease amendments and cure issues (.2); call with lender's counsel regarding wind down budget (.2); call with Rock Creek regarding same (.2); respond to calls and emails regarding wind down budget and sale order (.4); | 2.70 | 825.00 | $2,227.50 |
| 09/24/2020 | JHR | AD | Conference call with Rock Creek and J. Lucas re: wind-down budget | 0.70 | 725.00 | $507.50 |
| 09/24/2020 | JHR | AD | Prepare for call with Rock Creek re: wind down budget | 0.20 | 725.00 | $145.00 |
| 09/24/2020 | JHR | AD | Revise N. Lidvall declaration in support of sale and related correspondence | 0.40 | 725.00 | $290.00 |
| 09/24/2020 | JHR | AD | Revise R. Hersch declaration in support of sale and related correspondence | 0.40 | 725.00 | $290.00 |
| 09/24/2020 | JHR | AD | Prepare notice of sale order and amended APA | 0.60 | 725.00 | $435.00 |
| 09/24/2020 | JHR | AD | Conference call with lenders re: sale issues | 0.50 | 725.00 | $362.50 |
| 09/24/2020 | JHR | AD | Revise sale declarations and related correspondence with WNJ | 0.50 | 725.00 | $362.50 |
| 09/24/2020 | JHR | AD | Correspondence with BarFly re: APA schedules | 0.20 | 725.00 | $145.00 |
| 09/24/2020 | JHR | AD | Correspondence with lenders re: sale declarations | 0.20 | 725.00 | $145.00 |
| 09/24/2020 | JHR | AD | Correspondence with WNJ and lenders re: sale order issues | 0.40 | 725.00 | $290.00 |

Pachulski Stang Ziehl & Jones LLP
Barfly Ventures LLC
07979   -00002

Page:       7
Invoice 125943
September 30, 2020

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 09/24/2020 | JHR | AD | Revise sale documents in preparation for sale hearing |  | 1.20 | 725.00 | $870.00 |
| 09/24/2020 | JHR | AD | Review lender reply to sale objections |  | 0.50 | 725.00 | $362.50 |
| 09/24/2020 | JHR | AD | Revise sale order and amended APA |  | 0.70 | 725.00 | $507.50 |
| 09/24/2020 | JHR | AD | Analyze revised wind down budget and related correspondence with Rock Creek |  | 0.30 | 725.00 | $217.50 |
| 09/25/2020 | JWL | AD | Prepare for sale hearing in response to pending objections (2.6); call with lender's counsel regarding hearing preparations (.2); call with Gordon Foods counsel (.2); follow up call with Rock Creek regarding preparations for mediation (.2); attend mediation session with J. Gregg regarding sale dispute (6.5); call with M. Murphy regarding follow up and next steps after the sale (.1); |  | 9.80 | 825.00 | $8,085.00 |
| 09/25/2020 | JHR | AD | Conference call with J. Lucas and WNJ re: sale issues |  | 0.50 | 725.00 | $362.50 |
| 09/25/2020 | JHR | AD | Call with J. Lucas re: post-sale hearing issues |  | 0.10 | 725.00 | $72.50 |
| 09/25/2020 | JHR | AD | Correspondence with J. Lucas re: sale issues |  | 0.20 | 725.00 | $145.00 |
| 09/26/2020 | JWL | AD | Call with J.Rosell regarding sale strategy issues (.5); call with Rock Creek regarding same (.3); call with UCC counsel regarding potential sale settlement (.3); another call with J. Gansman regarding same (.1); |  | 1.20 | 825.00 | $990.00 |
| 09/26/2020 | JHR | AD | Call with J. Lucas re: sale issues |  | 0.50 | 725.00 | $362.50 |
| 09/27/2020 | JWL | AD | Call with J. Gregg regarding restarting the mediation and next steps (1.0); email to UCC counsel regarding the same (.1); call with N. Lidvall regarding sale resolution (.5); call with M. Murphy regarding same and email regarding same (.2); |  | 1.80 | 825.00 | $1,485.00 |
| 09/28/2020 | JWL | AD | Call with E. Von Eitzen regarding sale process (.2); call with UCC counsel regarding sale issues (.2); emails with lenders regarding sale issues (.2); call with Rock Creek regarding budget (.4); call with P. Neitzl regarding wind down budget (.5); |  | 1.50 | 825.00 | $1,237.50 |
| 09/29/2020 | JWL | AD | Email with UST regarding wind down budget (.3); and email with client regarding D&O cost for wind down budget (.3); call with UCC advisors regarding budget (1.0); call with D&O carrier regarding cost for wind down budget (.2) and prepare waiver language regarding the same (.2); |  | 2.00 | 825.00 | $1,650.00 |

Pachulski Stang Ziehl & Jones LLP  
Barfly Ventures LLC  
07979   -00002  

Page:     8  
Invoice 125943  
September 30, 2020

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 09/30/2020 | JWL | AD | Review Rock Creek update regarding call with lenders about forecast (.3); review revised forecast with new actual revenues and cash need for sale (.5); call with J. Torf regarding Gordon Foods cure dispute (.3); review Gordon Foods cure counteroffer and respond to client regarding the same (.3); call with client and Rock Creek regarding settlement strategy (.5); call with J. Gregg regarding the same (.5); | 2.40 | 825.00 | $1,980.00 |
|  |  |  |  | **58.90** |  | **$46,962.50** |

### Bankruptcy Litigation [L430]

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 09/28/2020 | JHR | BL | Review sale hearing scheduling order | 0.20 | 725.00 | $145.00 |
|  |  |  |  | **0.20** |  | **$145.00** |

### Business Operations

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 09/14/2020 | JWL | BO | Emails with client regarding status of revised MOR and MORs to be filed (.2); call with J. Gansman regarding the same (.2); | 0.40 | 825.00 | $330.00 |
| 09/22/2020 | JWL | BO | Emails with company regarding finishing MORs for July and August (.2); | 0.20 | 825.00 | $165.00 |
|  |  |  |  | **0.60** |  | **$495.00** |

### Case Administration [B110]

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 09/10/2020 | JWL | CA | Review Goodrich dismissal motion and UST objection and discuss with M. Litvak regarding the same (.1.1); | 1.10 | 825.00 | $907.50 |
| 09/14/2020 | JWL | CA | Respond to client regarding general case administration issues (.2); | 0.20 | 825.00 | $165.00 |
|  |  |  |  | **1.30** |  | **$1,072.50** |

### Corporate Governance/Board Mtr

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 09/29/2020 | JWL | CG | Call with counsel to M. Sellers regarding insurance and email to client regarding the same (.3); | 0.30 | 825.00 | $247.50 |
| 09/30/2020 | JWL | CG | Attend and present at board meeting regarding D&O tail insurance (.9); call with state court counsel regarding e-signature issues and claim assessment (.7); call with other state court counsel regarding e-signature issues (.2); | 1.80 | 825.00 | $1,485.00 |

Pachulski Stang Ziehl & Jones LLP  
Barfly Ventures LLC  
07979   -00002

Page:     9  
Invoice 125943  
September 30, 2020

|  |  |  |  | 2.10 |  | $1,732.50 |
|---|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | | |
| 09/14/2020 | JWL | CO | Review standing stipulation with UCC regarding claims against Sellers and send to client for approval (.2); review motion filed by Gordon Foods for payment of admin claim (.2); review motion filed by Gordon Foods regarding adequate protection (.2); send summary to client regarding same (.3); | 0.90 | 825.00 | $742.50 |
| 09/14/2020 | JWL | CO | Call with counsel to Gordon Foods regarding PACA and admin claim motion (.3); | 0.30 | 825.00 | $247.50 |
| 09/17/2020 | JWL | CO | Review zoning invoice claims and prepare email to client regarding treatment of claim (.3); | 0.30 | 825.00 | $247.50 |
| 09/22/2020 | JHR | CO | Review claims spreadsheet | 0.20 | 725.00 | $145.00 |
|  |  |  |  | 1.70 |  | $1,382.50 |
| **Compensation Prof. [B160]** | | | | | | |
| 09/17/2020 | JWL | CP | Work on monthly fee statements (.4); | 0.40 | 825.00 | $330.00 |
|  |  |  |  | 0.40 |  | $330.00 |
| **Executory Contracts [B185]** | | | | | | |
| 09/01/2020 | JHR | EC | Call with J. Aberman re: lease issues | 0.30 | 725.00 | $217.50 |
| 09/17/2020 | JWL | EC | Review cure and contract offer for Gordon Foods and comment on the same (.3); emails regarding cure claim for software contract (.3); | 0.60 | 825.00 | $495.00 |
| 09/18/2020 | JWL | EC | Review cure claim info for call with counterparty (.2); review waterfall regarding same (.2); call with J. Gansman regarding GFS cure claim (.2); | 0.60 | 825.00 | $495.00 |
| 09/19/2020 | JHR | EC | Review correspondence with Gordon Foods re: cure issues | 0.20 | 725.00 | $145.00 |
| 09/21/2020 | JHR | EC | Correspondence with WNJ re: lease issues for sale purposes | 0.20 | 725.00 | $145.00 |
|  |  |  |  | 1.90 |  | $1,497.50 |
| **Financing [B230]** | | | | | | |
| 09/01/2020 | JWL | FN | Revise complaint against BSA regarding use of PPP proceeds (1.0); call with UCC counsel regarding same (.5); call with Rock Creek regarding PPP funds (.2); | 1.70 | 825.00 | $1,402.50 |

Pachulski Stang Ziehl & Jones LLP
Barfly Ventures LLC
07979   -00002

Page:   10
Invoice 125943
September 30, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/29/2020 | JHR | FN | Correspondence with UST re: PPP funding | 0.10 | 725.00 | $72.50 |
|  |  |  |  | 1.80 |  | $1,475.00 |

**Hearings**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/15/2020 | JWL | H | Attend status conference hearing regarding sale process (.3); | 0.30 | 825.00 | $247.50 |
| 09/25/2020 | JWL | H | Attend Sept. 25 sale hearing (2.3); | 2.30 | 825.00 | $1,897.50 |
| 09/25/2020 | JHR | H | Review sale hearing agenda | 0.20 | 725.00 | $145.00 |
| 09/25/2020 | JHR | H | Prepare for sale hearing | 0.50 | 725.00 | $362.50 |
| 09/25/2020 | JHR | H | Attend sale hearing (morning) | 2.50 | 725.00 | $1,812.50 |
| 09/25/2020 | JHR | H | Attend continued sale hearing | 0.70 | 725.00 | $507.50 |
|  |  |  |  | 6.50 |  | $4,972.50 |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/22/2020 | JWL | IC | Emails with UCC counsel and company regarding history of D&O coverage (.2); | 0.20 | 825.00 | $165.00 |
|  |  |  |  | 0.20 |  | $165.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                                                                                   $60,230.00

Pachulski Stang Ziehl & Jones LLP  
Barfly Ventures LLC  
07979   -00002  

Page:   11  
Invoice 125943  
September 30, 2020  

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**  09/30/2020

| | |
|---|---:|
| **Total Fees** | **$60,230.00** |
| **Less Courtesy Discount** | **$3,534.50** |
| **Total Due on Current Invoice** | **$56,695.50** |

**Outstanding Balance from prior invoices as of**  09/30/2020      (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125564 | 07/31/2020 | $81,370.00 | $652.09 | $39,714.39 |
| 125858 | 08/31/2020 | $32,489.50 | $355.84 | $32,845.34 |

**Total Amount Due on Current and Prior Invoices:**   **$129,255.23**