IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

    Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

**MONTHLY FEE STATEMENT OF SUGAR FELSENTHAL GRAIS & HELSINGER LLP FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SEPTEMBER 2020**

| | |
|---|---|
| Name of Applicant: | Sugar Felsenthal Grais & Helsinger LLP |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | September 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $73,350.00[2]<br>80%  =  $58,680.00<br>20%  =  $14,670.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | **$58,680.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

[2] Pursuant to the Committee's retention of SFGH, SFGH invoices the Committee at a blended hourly rate of $500.

4989188.v1

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
(312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et al.*

Dated: October 7, 2020

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL  60602
(312)704-9400

|  |  |
|---|---|
| Official Committee of Unsecured Creditors | Page: 1 |
| Barfly Ventures, LLC, et al. | 09/30/2020 |
| c/o Gordon Food Service, Inc. | Account No:   10836-001 |
| Attn: Sharon Murphy, Dir of Credit | Statement No:   264251 |
| Palatine  IL  60055 |  |

Attn: Sharon Murphy, Director of Credit

General Case Administration

Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/02/2020 | MAB | Strategy conference with John Lucas regarding PPP sand sale status (0.4); strategy conference with committee professionals regarding same (0.5); draft e-mail memorandum to Sheldon Stone and James Morden regarding financial projections (0.3); strategy conferenece with committee professional working group regarding recovery strategy (0.5) | 1.70 | 977.50 |
| 09/03/2020 | MAB | Review derivative standing issue regarding Mark Sellers' bankruptcy (0.3). | 0.30 | 172.50 |
| 09/09/2020 | MAB | Strategy conference with committee professionals regarding sale, PPP issue, and other pressing issues (0.5). | 0.90 | 517.50 |
| 09/10/2020 | MAB | Review draft stipulation granting derivative standing to committee to file claim in Mark Sellers' bankruptcy (0.3); email correspondence with Paul Hage regarding same (0.2). | 0.20 | 115.00 |
|  | EBV | Review stipulation for derivative standing regarding Sellers claim (0.2). | 0.20 | 131.00 |
| 09/11/2020 | MSM | Telephone call with Michael Brandess regarding Sellers' claim (0.2). | 0.20 | 137.00 |
|  | MAB | Telephone conference with Mark Melickian regarding derivative standing to file Sellers' claim (0.2 - N/C) | 0.20 | N/C |
| 09/15/2020 | EBV | Strategy conference with Michael A. Brandess regarding potential next steps and strategy following committee call (0.4). | 0.40 | 262.00 |
|  | MAB | Participate in status conference (0.3); strategy conference with Elizabeth Vandesteeg regarding potential distribution strategy (0.4 - N/C); telephone conference with John Lucas regarding case status (0.5); email correspondence with James Morden regarding claims bar date (0.2). | 1.00 | 575.00 |
| 09/16/2020 | MAB | Prepare for (0.8) and participate in (0.5) Mark Sellers' 341 meeting; email correspondence with Committee professionals regarding same (0.2); telephone conference with Paul Hage regarding same (0.3). | 1.00 | 575.00 |
| 09/17/2020 | MAB | Draft strategy memorandum to committee professionals regarding next steps (0.3). | 0.30 | 172.50 |
| 09/18/2020 | EBV | Telephone conference with debtors' professionals regarding case status (0.6) | 0.60 | 393.00 |

Case:20-01947-jwb   Doc #:350   Filed: 10/07/2020   Page 4 of 15

Page: 2
09/30/2020
Account No: 10836-001
Statement No: 264251

Official Committee of Unsecured Creditors

General Case Administration

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/21/2020 | MSM | Telephone call with Michael Brandess regarding case issues and strategy (0.5). | 0.50 | 342.50 |
|  | MAB | Strategy conference with Mark Melickian regarding case status (0.5) | 0.50 | 287.50 |
| 09/22/2020 | MSM | Research, prepare calculations, and prepare initial draft of Barfly estate proof of claim addendum in Mark A. Sellers case (2.2). | 2.20 | 1,507.00 |
| 09/24/2020 | EBV | Review and revise UCC proof of claim in Mark Sellers' bankruptcy (0.3). | 0.30 | 196.50 |
| 09/27/2020 | MAB | Finalize and file claim in Mark Sellers' bankruptcy case (0.6). | 0.60 | 345.00 |
| 09/29/2020 | EBV | Review Mark Sellers' Chapter 5 Trustee report (0.4) | 0.40 | 262.00 |
|  |  | For Current Services Rendered | 11.30 | 6,968.50 |
|  |  | Total Non-billable Hours | 0.20 |  |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mark S. Melickian | 2.90 | $685.00 | $1,986.50 |
| Elizabeth B. Vandesteeg | 1.90 | 655.00 | 1,244.50 |
| Michael A. Brandess | 6.50 | 575.00 | 3,737.50 |

Total Current Work                                                                                                6,968.50

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH "PAY MY BILL" LINK AT WWW.SFGH.COM**
**AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

|  |  |
|---|---|
| Official Committee of Unsecured Creditors | Page: 1 |
| Barfly Ventures, LLC, et al. | 09/30/2020 |
| c/o Gordon Food Service, Inc. | Account No: 10836-004 |
| Attn: Sharon Murphy, Dir of Credit | Statement No: 264253 |
| Palatine IL 60055 |  |

Attn: Sharon Murphy, Director of Credit

Investigation of Operations & Assets

Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/01/2020 | MAB | Draft PPP temporary restraining order motion (3.2); telephone conference with John Lucas regarding same (0.3). | 3.50 | 2,012.50 |
|  | JTW | Phone call with Elizabeth Vandesteeg regarding PPP Loan use for rent payments (0.3) | 0.30 | 174.00 |
| 09/02/2020 | EBV | Call with Debtors' counsel regarding adversary and TRO with respect to PPP usage and status of actual PPP funds expected to be remaining at/post-sale closing (0.4); strategy conference with Paul Hage regarding strategy as to potential paths for recovery to general unsecured creditors in light of cash burn and reserve (0.5). | 0.90 | 589.50 |
|  |  | For Current Services Rendered | 4.70 | 2,776.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Elizabeth B. Vandesteeg | 0.90 | $655.00 | $589.50 |
| Jeremy T. Waitzman | 0.30 | 580.00 | 174.00 |
| Michael A. Brandess | 3.50 | 575.00 | 2,012.50 |

Total Current Work     2,776.00

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
**30 N. LaSalle Street**
**Suite 3000**
**Chicago, IL 60602**
**(312)704-9400**

|  |  |
|---|---|
|  | Page: 1 |
| Official Committee of Unsecured Creditors | 09/30/2020 |
| Barfly Ventures, LLC, et al. |  |
| c/o Gordon Food Service, Inc. | Account No: 10836-005 |
| Attn: Sharon Murphy, Dir of Credit | Statement No: 264254 |
| Palatine IL 60055 |  |

Attn: Sharon Murphy, Director of Credit

Employment & Fee Applications - SFGH

Fees

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 09/04/2020 | MAB | Prepare August monthly fee statement (0.9). |  | 0.90 | 517.50 |
|  |  | For Current Services Rendered |  | 0.90 | 517.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 0.90 | $575.00 | $517.50 |

|  |  |
|---|---|
| Total Current Work | 517.50 |

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH**
**"PAY MY BILL" LINK AT WWW.SFGH.COM**
**AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD**
**PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

|  |  |
|---|---|
| Official Committee of Unsecured Creditors<br>Barfly Ventures, LLC, et al.<br>c/o Gordon Food Service, Inc.<br>Attn: Sharon Murphy, Dir of Credit<br>Palatine IL 60055 | Page: 1<br>09/30/2020<br>Account No: 10836-009<br>Statement No: 264257 |

Attn: Sharon Murphy, Director of Credit

Budget & Financial Issues

### Fees

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 09/14/2020 | MAB | Email correspondence with John Lucas and Paul Neitzel regarding strategy conference (0.2). | 0.20 | 115.00 |
| 09/15/2020 | EBV | Various emails between committee professionals regarding status of communications with Rock Creek regarding budget assumptions (0.3). | 0.30 | 196.50 |
|  | MAB | Email correspondence with Paul Neitzel regarding financial forecasts (0.2); Email correspondence with Nathan Gimpel regarding financing documents (0.3); email correspondence with Etahn Cohen regarding same (0.2); email correspondence with Sheldon Stone regarding same (0.2). | 0.90 | 517.50 |
| 09/16/2020 | EMC | Telephone conference with committee professionals regarding new loan agreement (0.8); review and revise proposed loan agreement (1.6). | 2.40 | 1,560.00 |
|  | EBV | Attention to draft stalking horse post-closing financing documents (0.6). | 0.60 | 393.00 |
| 09/17/2020 | EMC | Review and revise loan agreements to make the agreement more acceptable for unsecured creditors (1.6); further revisions to agreements based on conversation and email agreements to review (0.7). | 2.30 | 1,495.00 |
| 09/18/2020 | MAB | Telephone conference with Paul Neitzel regarding financial projections (0.4); telephone conference with Sheldon Stone regarding same (0.3); strategy conference with Elizabeth Vandesteeg and Paul Hage regarding same (0.3) | 1.00 | 575.00 |
|  | EBV | Settlement and budget discussions with Michael Brandess and Paul Hage (0.3). | 0.30 | 196.50 |
| 09/19/2020 | MSM | Review and comment on draft post-petition financing agreement (0.8). | 0.80 | 548.00 |
|  |  | For Current Services Rendered | 8.80 | 5,596.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Mark S. Melickian | 0.80 | $685.00 | $548.00 |
| Elizabeth B. Vandesteeg | 1.20 | 655.00 | 786.00 |
| Etahn M. Cohen | 4.70 | 650.00 | 3,055.00 |
| Michael A. Brandess | 2.10 | 575.00 | 1,207.50 |

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL  60602
(312)704-9400

Page: 1
09/30/2020

Official Committee of Unsecured Creditors
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.
Attn: Sharon Murphy, Dir of Credit
Palatine  IL  60055

Account No: 10836-011
Statement No: 264258

Attn: Sharon Murphy, Director of Credit

Committee Meetings & Governance

Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/2020 | MAB | Draft agenda for committee call (0.3); participate in same (0.6). | 0.90 | 517.50 |
|  | EBV | Committee call regarding case updates (0.6 - N/C). | 0.60 | N/C |
| 09/03/2020 | MAB | Telephone conference with Doug DeKock regarding sale status (0.3). | 0.30 | 172.50 |
| 09/08/2020 | EBV | Weekly committee call (0.6 - N/C). | 0.60 | N/C |
|  | MAB | Participate in weekly committee call (0.6) | 0.60 | 345.00 |
| 09/09/2020 | MAB | Multiple email correspondence with committee regarding special meeting (0.3) | 0.30 | 172.50 |
| 09/10/2020 | MAB | Telephone conference with committee regarding sale options (1.2 - N/C). | 1.20 | N/C |
|  | EBV | Prepare for (0.3) and participate in (1.2) committee call regarding sale objection strategy. | 1.50 | 982.50 |
| 09/11/2020 | MAB | Draft email memorandum to committee regarding sale update (0.5); email correspondence with individual committee members regarding same (0.3). | 0.80 | 460.00 |
| 09/15/2020 | EBV | Review agenda for upcoming weekly committee call (0.1) weekly committee call (0.6). | 0.70 | 458.50 |
|  | MAB | Draft agenda for committee meeting (0.3); participate in same (0.6 - N/C). | 0.30 | N/C |
| 09/16/2020 | MAB | Email correspondence with committee regarding special meeting (0.2). | 0.20 | 115.00 |
| 09/18/2020 | MAB | Telephone conference with committee regarding sale, potential litigation claims, and go-forward strategy (0.7 - N/C). | 0.70 | N/C |
|  | EBV | Committee call regarding negotiations with stalking horse and concessions regarding financing agreement and sellers' claim (0.7). | 0.70 | 458.50 |
| 09/22/2020 | EBV | Communications with committee regarding sale objection discussions (0.3). | 0.30 | 196.50 |
| 09/23/2020 | EBV | Prepare (0.2) for and participate in (0.7) committee call regarding sale objection. | 0.90 | 589.50 |
|  | MAB | Telephone conference with committee regarding sale objection and | | |

Case:20-01947-jwb   Doc #:350   Filed: 10/07/2020   Page 9 of 15

Page: 2
09/30/2020
Account No: 10836-011
Statement No: 264258

Official Committee of Unsecured Creditors

Committee Meetings & Governance

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| | | go-forward strategy (0.3); e-mail correspondence and telephone conference with Jason Torf and John Cannizzaro regarding same (0.4). | 0.70 | 402.50 |
| 09/24/2020 | MAB | Multiple email updates to committee regarding case update (0.7). | 0.70 | 402.50 |
| 09/27/2020 | MAB | Email correspondence and telephone conference with committee regarding sale status (0.4). | 0.40 | 230.00 |
| 09/29/2020 | MAB | Participate in committee conference call (0.7). | 0.70 | 402.50 |
| | EBV | Weekly committee call (0.7 - N/C). | 0.70 | N/C |
| | | For Current Services Rendered | 9.70 | 5,905.50 |
| | | Total Non-billable Hours | 4.10 | |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Elizabeth B. Vandesteeg | 4.10 | $655.00 | $2,685.50 |
| Michael A. Brandess | 5.60 | 575.00 | 3,220.00 |

Total Current Work                                                                 5,905.50

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH "PAY MY BILL" LINK AT WWW.SFGH.COM**
**AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

|  |  |
|---|---|
| | Page: 1 |
| Official Committee of Unsecured Creditors | 09/30/2020 |
| Barfly Ventures, LLC, et al. | |
| c/o Gordon Food Service, Inc. | Account No: 10836-012 |
| Attn: Sharon Murphy, Dir of Credit | Statement No: 264259 |
| Palatine  IL  60055 | |

Attn: Sharon Murphy, Director of Credit

Asset Sales

Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/2020 | MAB | Telephone conference with Robert Hersch regarding sale status (0.5); review bid comparison chart and distribution summary (0.6); strategy conference with committee professionals regarding same (0.2 - N/C). | 1.10 | 632.50 |
| 09/08/2020 | EBV | Email correspondence (0.2) and telephone call with (0.4) John Lucas and committee professionals regarding sale and status update; strategy conference with Paul Hage regarding next steps in light of confirmation that secured lender proceeding with credit bid (0.2). | 0.80 | 524.00 |
| 09/09/2020 | MAB | Draft objection to sale motion (4.3); telephone conference with lenders' counsel regarding same (0.3); multiple strategy conferences with committee professionals regarding same (0.4 - N/C); telephone conference with Jason Torf regarding same (0.2); telephone conference with Sheldon Stone regarding same (0.2); email correspondence with Robert Hersch regarding same (0.2). | 5.20 | 2,990.00 |
| | EBV | Strategy conference with Michael Brandess and P. Hage regarding committee sale objection outline plan issues (0.6); email correspondence with John Lucas regarding same (0.2); call with Michael Brandess regarding potential next steps and strategy in light of call with counsel for secured lender (0.4). | 1.20 | 786.00 |
| 09/10/2020 | MAB | Draft objection to sale motion (4.9); multiple strategy conferences and email correspondence with committee professionals regarding same (0.8); multiple telephone conferences with Nathan Gimpel regarding same (0.3); telephone conference with John Lucas regarding same (0.2); telephone conference with John Lucas, Paul Hage, and Robert Hersch regarding same (0.4). | 6.60 | 3,795.00 |
| | EBV | Various communications with committee professionals regarding same and regarding outline of objection and regarding update from Robert Hersch (1.0); various communications between committee professionals regarding strategy as a result of ongoing negotiations with secured lender (0.3 - N/C). | 1.00 | 655.00 |
| 09/11/2020 | MAB | Email correspondence with John Lucas regarding extension to objection deadline (0.1). | 0.10 | 57.50 |
| | EBV | Analysis regarding impact of further continuation of sale hearing (0.3). | 0.30 | 196.50 |
| 09/14/2020 | MAB | Telephone conference with Nathan Gimpel regarding sale and financing related concerns (0.3); email correspondence with Sheldon Stone regarding | | |

Case:20-01947-jwb   Doc #:350   Filed: 10/07/2020   Page 11 of 15

Official Committee of Unsecured Creditors

Page: 2
09/30/2020
Account No: 10836-012
Statement No: 264259

Asset Sales

|  |  |  | Hours |  |
|---|---|---|---:|---:|
|  |  | same (0.2). | 0.50 | 287.50 |
|  | EBV | Various communications with multiple parties regarding upcoming/continued status hearing on sale (0.3 - N/C). | 0.30 | N/C |
| 09/16/2020 | MAB | Multiple strategy conferences with committee professionals regarding proposed financing arrangement (0.8); email correspondence with Michael Maggio regarding potential objection to sale (0.3). | 1.10 | 632.50 |
| 09/18/2020 | MAB | Strategy conference with committee professional working group regarding remaining sale issues (0.3); email correspondence with Nathan Gimpel regarding same (0.2). | 0.50 | 287.50 |
| 09/20/2020 | MAB | Draft objection to sale motion (3.9). | 3.90 | 2,242.50 |
| 09/21/2020 | EBV | Strategy conference with Michael Brandess regarding draft objection to sale/APA (0.2); review and analysis of case law rejecting debtor's business judgement in connection with proposed 363 sale (1.1); attention to and analysis regarding responses from secured creditor regarding UCC demands in lieu of objection to sale (0.9). | 2.20 | 1,441.00 |
|  | MAB | Draft objection to sale motion (5.8); telephone conference with Nathan Gimpel regarding same (0.2); strategy conference with committee professional working group regarding same (0.6 - N/C). | 6.00 | 3,450.00 |
| 09/22/2020 | EBV | Sale objection discussions with Paul Hage and Michael Brandess (0.7); review revised draft sale objection (0.6). | 1.30 | 851.50 |
|  | MAB | Draft objection to sale motion (7.1). | 7.10 | 4,082.50 |
| 09/23/2020 | EBV | Review and revise committee objection to stalking horse sale motion (3.3) various multiple calls and emails with Michael Brandess and Paul Hage regarding same (1.6); review UST objection to sale motion (0.5). | 5.40 | 3,537.00 |
|  | MAB | Review revisions to draft sale objection (0.3); strategy conference with committee professionals regarding same (1.6 - N/C); research case law relevant to same (1.4); revise objection (3.2). | 4.90 | 2,817.50 |
| 09/24/2020 | EBV | Prepare for upcoming contested sale hearing (3.7); call with debtors' counsel re same (0.3). | 4.00 | 2,620.00 |
|  | MAB | Email correspondence and telephone conference with John Lucas regarding objection (0.4); strategy conference with committee professionals regarding same (0.3); prepare for sale hearing including preparation of argument outline (1.6); telephone conference with Jason Torf regarding sale (0.4); review and summarize response to committee objection (0.8). | 3.50 | 2,012.50 |
| 09/25/2020 | EBV | Prepare for contested sale hearing (3.2); attend and argue at sale hearing and continued sale hearing (3.1); attend mediation on sale objections (6.4); strategy conference with Paul Hage regarding next steps for analysis regarding potential settlement in light of mediation discussions (0.3). | 13.00 | 8,515.00 |
|  | MAB | Prepare for sale hearing with committee professionals (0.8); multiple strategy conferences with committee professionals regarding mediation (2.4); Participate in sale hearing (3.2 - N/C). | 3.20 | 1,840.00 |

Asset Sales

| | | | Hours | |
|---|---|---|---|---|
| 09/26/2020 | EBV | Multiple various communications between committee professionals regarding potential for settlement with lenders regarding terms of proposed sale (2.2). | 2.20 | 1,441.00 |
| | MAB | Telephone conference with John Lucas regarding sale status (0.3); multiple strategy conferences with committee professionals regarding same (1.3 - N/C). | 0.30 | 172.50 |
| 09/27/2020 | MAB | Multiple strategy conferences with committee professionals regarding sale and potential settlement (1.2); email correspondence with Judge Gregg regarding same (0.2). | 1.40 | 805.00 |
| | EBV | Ongoing strategy communications with Committee professionals regarding budget issues and sale negotiations (1.4). | 1.40 | 917.00 |
| | MAB | Multiple telephone conferences with committee professionals regarding sale objection and go-forward approach (0.6); revise term sheet (0.3); multiple telephone conferences with James Morden regarding winddown budget (0.7); review draft budget regarding same (0.4); telephone conference with Judge Gregg and committee professionals regarding potential settlement of sale objection (0.4); telephone conference with John Lucas regarding same (0.3). | 2.70 | 1,552.50 |
| 09/28/2020 | EBV | Continued mediation by telephone with Judge Gregg and committee counsel (0.5); ongoing communications with committee professionals regarding sale objection negotiations (0.7); review scheduling order for upcoming evidentiary sale hearing (0.2); review revised term sheet for settlement proposal (0.2). | 1.60 | 1,048.00 |
| 09/29/2020 | MAB | Strategy conference with committee professionals regarding sale objection (0.5); telephone conference with debtors' professionals regarding same (0.4); email correspondence with Judge Gregg regarding same (0.4); draft sale hearing witness list (0.4); Multiple telephone conferences with James Morden regarding winddown budget (0.8 - N/C). | 1.70 | 977.50 |
| | EBV | Detailed review and analysis of proposed amended sale order (1.6); amended winddown budget review and analysis (0.2); strategy conference with Paul Hage regarding budget and revised settlement proposal term sheet (0.5); conference call with Committee and Debtors' professionals to discuss revised, agreed winddown budget (1.2); follow up call with Paul Hage regarding same (0.4); multiple ongoing emails with various case professionals and Judge Gregg regarding continued sale objection settlement negotiations (0.4); review draft witness list for continued sale hearing (0.2). | 4.50 | 2,947.50 |
| 09/30/2020 | MAB | Email correspondence with committee professionals regarding witness list and discovery (0.2); email correspondence with James Morden regarding winddown budget (0.1); revise sale order (3.1); multiple strategy conferences with committee professionals regarding same (0.5); multiple telephone conferences with Jason Torf regarding same (0.7); telephone conference and email correspondence with Judge Gregg regarding same (0.3); strategy conference with committee professionals regarding discovery (0.5). | 5.50 | 3,162.50 |
| | EBV | Attention to witness list and other discovery-related gating questions for upcoming continued sale hearing (0.9); multiple telephone calls with Michael Brandess and Paul Hage regarding status of settlement negotiations and sale order revisions and for next steps on timing and scope of potential discovery (1.2); review and revise proposed draft sale order (0.7.) | 2.80 | 1,834.00 |

Case:20-01947-jwb   Doc #:350   Filed: 10/07/2020   Page 13 of 15

Official Committee of Unsecured Creditors
Page: 4
09/30/2020
Account No: 10836-012
Statement No: 264259

Asset Sales

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 97.00 | 59,111.00 |
| Total Non-billable Hours | 0.30 | |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Elizabeth B. Vandesteeg | 41.70 | $655.00 | $27,313.50 |
| Michael A. Brandess | 55.30 | 575.00 | 31,797.50 |

Total Current Work                                                                                          59,111.00

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH "PAY MY BILL" LINK AT WWW.SFGH.COM**
**AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

|  |  |
|---|---|
| | Page: 1 |
| Official Committee of Unsecured Creditors | 09/30/2020 |
| Barfly Ventures, LLC, et al. | Account No: 10836-015 |
| c/o Gordon Food Service, Inc. | Statement No: 264260 |
| Attn: Sharon Murphy, Dir of Credit | |
| Palatine IL 60055 | |

Attn: Sharon Murphy, Director of Credit

Litigation & Contested Matters

Fees

| | | | Hours | |
|---|---|---|---|---|
| 09/01/2020 | EBV | Email correspondence (0.3) and conference call (0.6) between Committee professionals and Debtors' counsel regarding TRO and adversary complaint; strategy conference with committee professionals regarding same (0.2); continue to review and revise draft TRO (1.1); review and revise draft adversary complaint (2.3); strategy conference with Jeremy Waitzman regarding lease and payment term modification in light of PPP regulations (0.5). | 5.00 | |
| 09/15/2020 | MAB | Email correspondence with John Lucas regarding director and officer insurance (0.2); review copies of same (0.5); email correspondence with Mark Melickian regarding same (0.2). | 0.90 | |
| 09/16/2020 | MSM | Collect and review insurance memoranda on D&O claims (0.6); initial review of Barfly policies (0.5); video conference with Michael Brandess, Elizabeth Vandesteeg, and Paul Hage regarding approach to Sellers claims and insurance policies (0.8). | 1.90 | |
| | MAB | Strategy conference with Committee professionals regarding potential claims against Mark Sellers (0.8 - N/C). | 0.80 | N/C |
| | EBV | Update from Mark Sellers' 341 meeting and consider D&O insurance implications (0.2); strategy conference with Michael Brandess regarding same (0.2); strategy conference with Michael Brandess, Mark Melickian and Paul Hage regarding sellers claims and insurance policy (0.8). | 1.20 | |
| 09/17/2020 | MAB | Review D&O insurance policies regarding potential causes of action (1.3); telephone conference with Paul Hage regarding same (0.2); email correspondence with professional working group regarding same (0.2). | 1.70 | |
| | MSM | Analysis of policies and potential claims against insiders (1.2). | 1.20 | |
| | EBV | Ongoing development of strategy regarding potential sellers claims (0.4). | 0.40 | |
| 09/18/2020 | MAB | Strategy conference with committee professional working group regarding director and officer insurance and related implications (0.5). | 0.50 | |
| | EBV | Attention to sellers claim and D&O potential coverage/exclusions (0.5). | 0.50 | |

Case:20-01947-jwb   Doc #:350   Filed: 10/07/2020   Page 15 of 15

Page: 2
09/30/2020
Account No: 10836-015
Statement No: 264260

Official Committee of Unsecured Creditors

Litigation & Contested Matters

|            |     |                                                                                                                    | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|-------|----------|
| 09/19/2020 | MSM | Conference call with committee counsel team regarding potential insider claims and insurance coverage (0.4).      | 0.40  |          |
| 09/21/2020 | MAB | E-mail correspondence with Paul Hage regarding insurance issue (0.2).                                             | 0.20  |          |
| 09/22/2020 | EBV | Continued analysis regarding potential D&O insurance coverage (0.4).                                              | 0.40  |          |
|            |     | For Current Services Rendered                                                                                      | 14.30 | 9,207.50 |
|            |     | Total Non-billable Hours                                                                                           | 0.80  |          |
|            |     | Total Current Work                                                                                                 |       | 9,207.50 |

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH "PAY MY BILL" LINK AT WWW.SFGH.COM**
**AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**