IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

    Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

**MONTHLY FEE STATEMENT OF JAFFE RAITT HEUER & WEISS, P.C.
FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF
EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR SEPTEMBER 2020**

| | |
|---|---|
| Name of Applicant: | Jaffe Raitt Heuer & Weiss, P.C. |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | September 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $31,705.00<br>80%  =  $25,364.00<br>20%  =  $6,341.00 |
| Amount of expense reimbursement sought: | $318.76 |
| Total interim request: | **$25,682.76** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et al.*

Dated: October 7, 2020.



**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • P.O. BOX 5034 • SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
Official Committee of Unsecured Creditors of BaOctober 6, 2020
c/o Gordon Food Service, Inc.
Sharon Murphy - Director of Credit
1300 Gezon Parkway SW
Wyoming, MI 49509-9300                        Invoice No. 467078
```

FOR LEGAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2020
AS ITEMIZED ON THE ATTACHED REPORT:


ASSET ANALYSIS

|  |  |
|---|---:|
| Total Fees | $5,866.00 |
| Total Costs | $0.00 |
| Subtotal | $5,866.00 |

ASSET DISPOSITION

|  |  |
|---|---:|
| Total Fees | $19,602.00 |
| Total Costs | $0.00 |
| Subtotal | $19,602.00 |

CASE ADMINISTRATION

|  |  |
|---|---:|
| Total Fees | $1,701.00 |
| Total Costs | $0.00 |
| Subtotal | $1,701.00 |

CLAIMS

|  |  |
|---|---:|
| Total Fees | $162.00 |
| Total Costs | $0.00 |
| Subtotal | $162.00 |

COMMITTEE COMMUNICATIONS

|  |  |
|---|---:|
| Total Fees | $2,592.00 |
| Total Costs | $0.00 |
| Subtotal | $2,592.00 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Oct  6, 2020     PAGE    2
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078

    DISBURSEMENTS
                                    Total Fees              $0.00
                                    Total Costs           $318.76
                                                      ------------
                                    Subtotal              $318.76
    EXECUTORY CONTRACTS

                                    Total Fees            $243.00
                                    Total Costs             $0.00
                                                      ------------
                                    Subtotal              $243.00
    FEE APPLICATIONS / OBJECTIONS

                                    Total Fees          $1,174.50
                                    Total Costs             $0.00
                                                      ------------
                                    Subtotal            $1,174.50
    FINANCING

                                    Total Fees            $364.50
                                    Total Costs             $0.00
                                                      ------------
                                    Subtotal              $364.50


              TOTAL FEES THIS INVOICE       $    31,705.00

              TOTAL COSTS THIS INVOICE      $       318.76
                                                _____
              TOTAL AMOUNT DUE              $    32,023.76



    FED. TAX I.D. 38-1915036    TERMS:  NET 30 DAYS

    {J1}
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE   3
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078


    Official Committee of Unsecured Creditors of Barfly Ventures
    ASSET ANALYSIS
**OPEN FOR TIME ONLY**


  DATE   ATTY    SERVICE DESCRIPTION                          HOURS

08/27/20 DWW PHONE CONFERENCE W/ PAUL HAGE, ATTENTION TO TRO   .40    166.00
             STANDARD.

09/01/20 PRH CONFERENCE CALL TO DISCUSS PPP STRATEGY WITH J.   .90    364.50
             LUCAS AND M. BRANDESS (.6).  REVIEW DRAFT OF
             PPP COMPLAINT (.2).  CORRESPONDENCE WITH M.
             BRANDESS AND J. LUCAS (.1).

09/01/20 PRH RESEARCH REGARDING PPP ARGUMENT.                 1.20    486.00

09/02/20 PRH REVIEW FILINGS IN SELLERS BANKRUPTCY CASE.        .10     40.50

09/03/20 PRH CORRESPONDENCE WITH M. BRANDESS RE DERIVATIVE     .30    121.50
             STANDING ISSUE.

09/09/20 PRH ATTENTION TO STIPULATION RE DERIVATIVE STANDING  1.30    526.50
             FOR COMMITTEE.

09/10/20 PRH FINALIZE DRAFT STIPULATION RE DERIVATIVE         1.30    526.50
             STANDING AND RELATED CORRESPONDENCE WITH
             CO-COUNSEL.

09/14/20 PRH ATTENTION TO EDITS TO STIPULATION RE DERIVATIVE  1.00    405.00
             STANDING (.5).  RELATED CORRESPONDENCE (.3).
             PHONE CALL AND CORRESPONDENCE WITH E. VON
             EITZEN RE SAME (.2).

09/15/20 PRH REVIEW D&O POLICIES (.5).  CORRESPONDENCE WITH    .60    243.00
             M. BRANDESS AND M. COOPER RE INSURANCE ISSUES
             (.1).
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Oct  6, 2020     PAGE   4
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 09/16/20 | PRH | CORRESPONDENCE WITH M. COOPER RE D&O POLICY REVIEW (.1). DISCUSS D&O STRATEGY WITH M. BRANDESS (.3). PHONE CALL WITH CHAMBERS RE STATUS OF DERIVATIVE STANDING ORDER (.1). CONFERENCE CALL WITH M. BRANDESS AND E. VANDESTEEG RE STRATEGY (.7). | 1.20 | 486.00 |
| 09/17/20 | MGC | WORK ON AND REVIEW EXCEPTIONS TO INSURED V. INSURED EXCLUSION IN D&O POLICY. | .50 | 217.50 |
| 09/17/20 | PRH | CORRESPONDENCE AND CALLS WITH M. COOPER AND M. BRANDESS RE D&O INSURANCE COVERAGE ISSUES (.9). REVIEW POLICIES (.8). RESEARCH RE BREACH OF FIDUCIARY DUTY CONSTITUTES A TORT CLAIM IN MICHIGAN (.2). | 1.90 | 769.50 |
| 09/18/20 | MGC | PREPARE FOR AND CALL WITH CO-COUNSEL DISCUSSING D&O INSURANCE ISSUES. | .50 | 217.50 |
| 09/18/20 | PRH | ATTEND CONFERENCE CALL TO DISCUSS D&O STRATEGY. | .50 | 202.50 |
| 09/21/20 | PRH | CORRESPONDENCE WITH M. COOPER AND M. BRANDESS RE D&O INSURANCE ISSUES. | .60 | 243.00 |
| 09/22/20 | PRH | CORRESPONDENCE RE D&O COVERAGE ISSUES. | .30 | 121.50 |
| 09/24/20 | PRH | ATTEND TO DRAFT SELLERS PROOF OF CLAIM ADDENDUM (1.1). RELATED CORRESPONDENCE (.1). CORRESPONDENCE RE INSURANCE ISSUES (.3). | 1.50 | 607.50 |
| 09/28/20 | PRH | REVIEW FINAL DRAFT OF PROOF OF CLAIM AND RELATED CORRESPONDENCE WITH M. BRANDESS. | .10 | 40.50 |
| 09/29/20 | PRH | REVIEW FILINGS IN SELLERS CHAPTER 11 CASE. | .20 | 81.00 |

```
    TOTAL HOURS     14.40      FOR SERVICES RENDERED    $     5866.00
                                                              ----------

                                 MATTER TOTAL            $     5866.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020      PAGE   5
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078


    *----------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*    RATE   HOURS             FEES
    MARK G COOPER                    435.00    1.00           435.00
    DAVID W WILLIAMS                 415.00     .40           166.00
    PAUL R. HAGE                     405.00   13.00          5265.00
                            TOTALS            14.40          5866.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Oct  6, 2020     PAGE    6
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078
```

Official Committee of Unsecured Creditors of Barfly Ventures
ASSET DISPOSITION

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 09/09/20 | PRH | E-MAIL CORRESPONDENCE WITH ESTATE PROFESSIONALS RE STATUS OF SALE PROCESS (.2). ATTEND CONFERENCE CALL WITH COUNSEL FOR SECURED CREDITORS RE STATUS OF SALE PROCESS (.5). FOLLOW UP CALL WITH M. BRANDESS (.4). FOLLOW UP CORRESPONDENCE WITH M, BRANDESS AND E. VANDESTEEG (.3). | 1.40 | 567.00 |
| 09/10/20 | PRH | VARIOUS CORRESPONDENCE WITH M. BRANDESS AND E. VANDESTEEG RE SALE OBJECTION ISSUES. (1.1). ATTEND CONFERENCE CALL WITH DEBTOR PROFESSIONALS AND INVESTMENT BANKER RE SALE PROCESS (.7). FOLLOW UP CALL WITH M. BRANDESS AND S. STONE (.2). REVIEW FILED SALE OBJECTION (.1). PHONE CALL WITH M. BRANDESS RE POTENTIAL RESOLUTINO OF SALE OBJECTION (.3). | 2.40 | 972.00 |
| 09/11/20 | PRH | CORRESPONDENCE REGARDING ADJOURNMENT OF SALE AND RELATED DEADLINES (.3). REVIEW STIPULATION AND ORDER AND RELATED CORRESPONDENCE (.2). | .50 | 202.50 |
| 09/14/20 | PRH | VARIOUS CORRESPONDENCE WITH ESTATE PROFESSIONALS RE SALE ISSUES (.4). REVIEW FILED STIPULATION AND ORDER RE SALE DEADLINES AND RELATED CORRESPONDENCE (.2). | .60 | 243.00 |
| 09/15/20 | PRH | ATTEND STATUS CONFERENCE WITH COURT (.5). FOLLOW UP CALLS WITH M. MAGGIO AND M. BRANDESS (.3). CORRESPONDENCE RE WIND-DOWN BUDGETING (.2). | 1.00 | 405.00 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020      PAGE   7
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078
```

| | | | |
|---|---|---|---|
| 09/16/20 PRH | REVIEW NOTICE RE CANCELLATION OF AUCTION (.1). CORRESPONDENCE RE SALE WITH M. BRANDESS AND M. MAGGIO (.1). | .20 | 81.00 |
| 09/17/20 PRH | CORRESPONDENCE WITH M. BRANDESS RE SALE ISSUES, STRUCTURED DISMISSAL. | .30 | 121.50 |
| 09/18/20 PRH | ATTEND CALL WITH ESTATE PROFESSIONALS REGARDING WIND-DOWN BUDGET, CAPITALIZATION OF POST-SALE BUSINESS (.6). FOLLOW UP CALL WITH M. BRANDESS AND AND E. VANDESTEEG (.3). | .90 | 364.50 |
| 09/21/20 PRH | CONSIDER ARGUMENTS RE SALE OBJECTION AND RELATED CORRESPONDENCE WITH CO-COUNSEL (.6). CONFERENCE CALL WITH M. BRANDESS AND E. VANDESTEEG RE OBJECTION STRATEGY (.4). | 1.00 | 405.00 |
| 09/22/20 PRH | ATTENTION TO EDITS TO SALE OBJECTION (2.8). PHONE CALL WITH M. BRANDESS AND E. VANDESTEEG RE OBJECTION (.4). CORRESPONDENCE TO COURT RE ATTENDANCE AT SALE HEARING (.1). PHONE CALL WITH M. BRANDESS RE OBJECTION STRATEGY (.2). | 3.50 | 1417.50 |
| 09/23/20 PRH | ATTEND TO SALE OBJECTION (3.9). PHONE CALLS AND CORRESPONDENCE WITH M. BRANDESS AND E. VANDESTEEG RE SAME (1.3). FINALIZE, FILE AND SERVE SALE OBJECTION (.6). REVIEW SALE OBJECTION FILED BY UST (.3). PHONE CALL WITH M. BRANDESS RE DISCUSSION WITH J. LUCAS, ORAL ARGUMENT (.3). | 6.40 | 2592.00 |
| 09/24/20 PRH | CORRESPONDENCE WITH CO-COUNSEL RE SALE HEARING (.4). PHONE CALL WITH M. MAGGIO RE SALE HEARING (.3). PHONE CALLS WITH M. BRANDESS, E. VANDESTEEG AND J. LUCAS RE STATUS OF SALE (.7). REVIEW SALE RELATED DECLARATIONS (.2). REVIEW OUTLINE AND SUPPORTING DOCUMENTS FOR ORAL ARGUMENT (.2). REVIEW LENDER REPLY BRIEF (.5). CONFERENCE CALL TO DISCUSS HEARING STRATEGY WITH M. BRANDESS AND E. VANDESTEEG (1.0). | 3.30 | 1336.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE   8
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078


09/25/20 PRH PREPARATIONS FOR SALE HEARING (3.0).  ATTEND    12.30   4981.50
             SALE HEARING (2.5), ATTEND MEDIATION (6.1).
             ATTEND FOLLOW UP WITH COURT RE MEDIATION (.3).
             FOLLOW UP CALLS AND CORRESPONDENCE WITH
             COMMITTEE PROFESSIONALS (.4).

09/26/20 PRH CONFERENCE CALL WITH COMMITTEE PROFESSIONALS TO  1.70    688.50
             DISCUSS SALE LITIGATION STRATEGY (1.2).
             CORRESPONDENCE AND CALL WITH M. BRANDESS
             REGARDING SETTLEMENT DISCUSSIONS (.5).

09/27/20 PRH REVIEW AND REVISE DRAFT TERM SHEET (.5).        2.80   1134.00
             RESEARCH AND CORRESPONDENCE RE UST FEE ISSUE
             (.4).  PHONE CALLS AND CORRESPONDENCE WITH M.
             BRANNDEESS, E. VANDESTEEG AND M. MAGGIO
             REGARDING SALE OBJECTION ISSUES (.9).  ATTEND
             CONFERENCE CALL WITH COMMITTEE PROFESSIONALS RE
             NEGOTIATION STRATEGY (1.0).

09/28/20 PRH CORRESPONDENCE AND CALLS WITH CO-COUNSEL RE     2.20    891.00
             SETTLEMENT OFFER (.4).  PHONE CALLS WITH
             MEDIATOR, M. BRANDESS AND E. VANDESTEEG RE
             SETTLEMENT OF SALE OBJECTION (1.6).  REVIEW
             SCHEDULING ORDER FROM COURT AND RELATED
             CORRESPONDENCE WITH M. BRANDESS (.2).

09/29/20 PRH ATTEND CONFERENCE CALL WITH M. BRANDESS AND E.  3.00   1215.00
             VANDESTEEG RE WIND-DOWN BUDGET, STRATEGY (.6).
             ATTENTION TO WITNESS LIST FOR SALE EVIDENTIARY
             HEARING (.1).  ATTEND BUDGET CALL WITH
             PROFESSIONALS FOR DEBTOR (1.0).  FOLLOW UP
             CALLS AND CORRESPONDENCE WITH M. BRANDESS AND
             E. VANDESTEEG (.5).  PHONE CALLS TO J. GREGG
             AND M. MAGGIO (.4).  REVIEW REVISED WINDDOWN
             BUDGET AND RELATED CORRESPONDENCE (.4).
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE    9
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078

09/30/20 PRH VARIOUS CORRESPONDENCE RE SALE RELATED ISSUES   4.90  1984.50
             WITH CO-COUNSEL (1.3).  CONFERENCE CALLS WITH
             M. BRANDESS AND L. VANDESTEEG RE STRATEGY
             (1.5). CONFERENCE CALL AND CORRESPONDENCE WITH
             MEDIATOR RE STATUS OF NEGOTIATIONS (.4).
             ATTENTION TO WITNESS LIST AND REVIEW WITNESS
             LIST FILED BY LENDERS (.4).  REVIEW AND REVISE
             PROPOSED SALE ORDER (1.3).



     TOTAL HOURS       48.40      FOR SERVICES RENDERED    $      19602.00

                                                                 ----------

                                  MATTER TOTAL             $      19602.00




     *---------------------------TIME AND FEE SUMMARY----------------------*
     *----------TIMEKEEPER---------*   RATE   HOURS              FEES
     PAUL R. HAGE                     405.00  48.40           19602.00
                           TOTALS             48.40           19602.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE   10
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078
```

Official Committee of Unsecured Creditors of Barfly Ventures
    CASE ADMINISTRATION
**OPEN FOR TIME ONLY**

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 09/02/20 | PRH | CONFERENCE CALLS AND CORRESPONDENCE WITH J. LUCAS, M. BRANDESS AND E. VANDESTEEG REGARDING SALE UPDATE, PPP ISSUES AND CASE STRATEGY (.9). REVIEW FINANCIALS PROVIDED BY J. MORDEN (.1). | 1.00 | 405.00 |
| 09/08/20 | PRH | CORRESPONDENCE WITH J. LUCAS AND M. BRANDESS RE STATUS OF CASE (.1). CONFERENCE CALL WITH J. LUCAS, E. VANDESTEEG AND M. BRANDESS RE STATUS OF CASE (.4). FOLLOW UP CALL AND CORRESPONDENCE WITH M. BRANDESS AND E. VANDESTEEG (.3). | .80 | 324.00 |
| 09/09/20 | PRH | CONFERENCE CALL WITH M. BRANDESS AND E. VANDESTEEG RE CASE STRATEGY. | .60 | 243.00 |
| 09/10/20 | PRH | RESPOND TO PHONE CALL AND E-MAIL FROM CREDITOR REGARDING STATUS OF CASE, SALE PROCESS. | .50 | 202.50 |
| 09/15/20 | PRH | ATTEND CONFERENCE CALL WITH M. BRANDESS AND J. LUCAS RE STATUS OF CASE (.6). FOLLOW UP CALL WITH M. BRANDESS (.2). | .80 | 324.00 |
| 09/16/20 | PRH | REVIEW MONTHLY OPERATING REPORTS FILED BY DEBTORS. | .20 | 81.00 |
| 09/23/20 | PRH | REVIEW FILED MONTHLY OPERATING REPORT. | .20 | 81.00 |
| 09/28/20 | PRH | REVIEW OPERATING REPORT FILED BY DEBTORS. | .10 | 40.50 |

```
     TOTAL HOURS          4.20       FOR SERVICES RENDERED    $      1701.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE  11
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078


                                                         ----------

                                  MATTER TOTAL        $     1701.00




    *---------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*    RATE   HOURS          FEES
    PAUL R. HAGE                     405.00    4.20        1701.00
                           TOTALS             4.20        1701.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE   12
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078



   Official Committee of Unsecured Creditors of Barfly Ventures
   CLAIMS
**OPEN FOR TIME ONLY**


  DATE   ATTY   SERVICE DESCRIPTION                         HOURS

09/14/20 PRH REVIEW GORDON FOODS ADMINISTRATIVE EXPENSE AND   .40    162.00
             PACA FILINGS.



   TOTAL HOURS         0.40    FOR SERVICES RENDERED    $       162.00
                                                            ----------

                               MATTER TOTAL             $       162.00




    *---------------------------TIME AND FEE SUMMARY----------------------*
    *---------TIMEKEEPER---------*    RATE   HOURS              FEES
    PAUL R. HAGE                    405.00    .40             162.00
                          TOTALS              .40             162.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020    PAGE   13
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078
```

Official Committee of Unsecured Creditors of Barfly Ventures
COMMITTEE COMMUNICATIONS
**OPEN FOR TIME ONLY**

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 09/01/20 | PRH | REVIEW AGENDA AND SALE RELATED DOCUMENTS IN PREPARATION FOR COMMITTEE CALL (.2). ATTEND WEEKLY COMMITTEE CALL (.6). | .80 | 324.00 |
| 09/08/20 | PRH | REVIEW AGENDA IN PREPARATION FOR WEEKLY COMMITTEE CALL (.1). ATTEND WEEKLY COMMITTEE CALL (.7). | .80 | 324.00 |
| 09/10/20 | PRH | ATTEND COMMITTEE CONFERENCE CALL TO DISCUSS SALE STATUS, OBJECTION (1.2). FOLLOW UP CALL WITH M. BRANDESS AND L. VANDESTEEG (.5). | 1.70 | 688.50 |
| 09/11/20 | PRH | CORRESPONDENCE WITH COMMITTEE MEMBERS REGARDING POTENTIAL SALE SETTLEMENT AND MONTHLY FEE STATEMENTS. | .10 | 40.50 |
| 09/15/20 | PRH | CORRESPONDENCE WITH M. BRANDESS RE COMMITTEE CALL AGENDA (.1). ATTEND COMMITTEE CONFERENCE CALL (.5). | .60 | 243.00 |
| 09/18/20 | PRH | CORRESPONDENCE RE COMMITTEE CALL RE STATUS OF CASE (.1). ATTEND CALL (.6). | .70 | 283.50 |
| 09/23/20 | PRH | ATTEND COMMITTEE CONFERENCE CALL RE SALE OBJECTION (.6). FOLLOW UP CALL WITH M. BRANDESS AND E. VANDESTEEG (.4). | 1.00 | 405.00 |
| 09/24/20 | PRH | CORRESPONDENCE WITH COMMITTEE MEMBERS RE STATUS OF SALE NEGOTIATIONS, OBJECTIONS. | .20 | 81.00 |
| 09/29/20 | PRH | ATTEND COMMITTEE CONFERENCE CALL RE STATUS OF CASE. | .50 | 202.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020      PAGE  14
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078


   TOTAL HOURS         6.40      FOR SERVICES RENDERED    $      2592.00

                                                                 ----------

                                 MATTER TOTAL             $      2592.00




   *---------------------------TIME AND FEE SUMMARY----------------------*
   *----------TIMEKEEPER---------*    RATE   HOURS              FEES
   PAUL R. HAGE                      405.00   6.40           2592.00
                          TOTALS             6.40           2592.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020    PAGE   15
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078



     Official Committee of Unsecured Creditors of Barfly Ventures
     DISBURSEMENTS
**OPEN FOR COST ONLY**



                *************** DISBURSEMENTS ****************

08/04/20 WESTLAW CHARGES                                             294.01
08/31/20 COPY EXPENSE # 2                                              3.15
09/02/20 TRANSCRIPT FEES - - VENDOR: GAIL L. BEACH                    21.60


                        TOTAL DISBURSEMENTS......$        318.76
                                                     ----------

                        MATTER TOTAL             $        318.76
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020    PAGE  16
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078



    Official Committee of Unsecured Creditors of Barfly Ventures
      EXECUTORY CONTRACTS
**OPEN FOR TIME ONLY**


  DATE    ATTY    SERVICE DESCRIPTION                       HOURS

09/16/20 PRH REVIEW ORDER REJECTING VARIOUS LEASES.          .10    40.50

09/17/20 PRH CORRESPONDENCE RE MOTION TO EXTEND DEADLINE TO  .10    40.50
             ASSUME LEASES.

09/18/20 PRH REVIEW MOTION TO EXTEND TIME RE LEASES.         .20    81.00

09/24/20 PRH REVIEW ORDER REJECTING CONTRACTS.               .10    40.50

09/29/20 PRH REVIEW FILINGS RELATED TO REJECTION OF LEASES   .10    40.50
             AND CONTRACTS.


    TOTAL HOURS       0.60     FOR SERVICES RENDERED    $      243.00
                                                              ----------

                               MATTER TOTAL             $      243.00



    *--------------------------TIME AND FEE SUMMARY---------------------*
    *----------TIMEKEEPER---------*     RATE   HOURS          FEES
    PAUL R. HAGE                       405.00    .60        243.00
                            TOTALS              .60        243.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020    PAGE   17
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078




    Official Committee of Unsecured Creditors of Barfly Ventures
      FEE APPLICATIONS / OBJECTIONS
 **OPEN FOR TIME ONLY**


  DATE    ATTY    SERVICE DESCRIPTION                          HOURS

09/04/20  PRH  ATTENTION TO MONTHLY FEE STATEMENT (.7).         .80    324.00
               RELATED CORRESPONDENCE WITH COMMITTEE
               PROFESSIONALS (.1).

09/08/20  PRH  REVIEW DRAFT AMHERST MONTHLY FEE STATEMENT AND   .20     81.00
               RELATED CORRESPONDENCE.

09/11/20  PRH  FINALIZE MONTHLY FEE STATEMENTS AND SEND SAME   1.10    445.50
               TO COMMITTEE MEMBERS FOR REVIEW AND APPROVAL.

09/14/20  PRH  FINALIZE, FILE AND SERVE MONTHLY FEE             .60    243.00
               STATEMENTS.

09/21/20  PRH  REVIEW FEE APPLICATIONS FILED BY DEBTOR          .20     81.00
               PROFESSIONALS.



    TOTAL HOURS         2.90    FOR SERVICES RENDERED     $      1174.50
                                                                ----------

                                MATTER TOTAL              $      1174.50




      *---------------------------TIME AND FEE SUMMARY----------------------*
      *----------TIMEKEEPER---------*    RATE   HOURS            FEES
      PAUL R. HAGE                      405.00   2.90         1174.50
                              TOTALS             2.90         1174.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE  18
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078



     Official Committee of Unsecured Creditors of Barfly Ventures
     FINANCING
**OPEN FOR TIME ONLY**


  DATE    ATTY    SERVICE DESCRIPTION                         HOURS

 09/16/20 PRH  REVIEW PROPOSED REVOLVER RE POST-SALE FINANCING  .40    162.00
              AND RELATED CORRESPONDENCE.

 09/18/20 PRH  REVIEW EDITS TO POST-PETITION FINANCING          .50    202.50
              DOCUMENTS AND RELATED CORRESPONDENCE.



     TOTAL HOURS          0.90      FOR SERVICES RENDERED   $       364.50
                                                                ----------
                                    MATTER TOTAL            $       364.50




 *---------------------------TIME AND FEE SUMMARY----------------------*
 *----------TIMEKEEPER---------*    RATE    HOURS            FEES
 PAUL R. HAGE                      405.00     .90          364.50
                       TOTALS                 .90          364.50
```