# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

    Debtors.

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

_____/

## MONTHLY FEE STATEMENT OF AMHERST CONSULTING, LLC FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SEPTEMBER 2020

| | |
|---|---|
| Name of Applicant: | Amherst Consulting, LLC |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | September 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $17,640.00<br>80%  =  $14,112.00<br>20%  =  $3,528.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | **$14,112.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC*

Dated: October 7, 2020.

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**
Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

**Invoice #:** 41884
**Invoice Date:** 10/1/2020
**Due Date:** 10/1/2020

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/1/2020 | Case Admin | Partner-Sto... | Read and respond to emails | 0.30 | 400.00 | 120.00 |
| 9/1/2020 | Asset Sales | MD-Morden | Review asset sale email and follow-up call with M. Brandess and Mastodon on sale | 0.50 | 350.00 | 175.00 |
| 9/1/2020 | Cash Flow / Liquidity | MD-Morden | Info request regarding CF to Rock Creek | 0.10 | 350.00 | 35.00 |
| 9/1/2020 | Committee Mtg/Communications | MD-Morden | Prep for and attend UCC call and provide meeting update e-mail to S. Stone | 0.70 | 350.00 | 245.00 |
| 9/2/2020 | Case Admin | Partner-Sto... | Read and respond to emails | 0.30 | 400.00 | 120.00 |
| 9/2/2020 | Case Admin | MD-Morden | Call with M. Brandess and E. Morandi on request for financial info for committee (0.4), call with E. Morandi on next steps to meet committee requests (0.4) | 0.80 | 350.00 | 280.00 |
| 9/2/2020 | Cash Flow / Liquidity | MD-Morden | Review PPP funds use | 0.20 | 350.00 | 70.00 |
| 9/3/2020 | Financial Info Analysis | Partner-Sto... | PC w/ J. Morden | 0.20 | 400.00 | 80.00 |
| 9/3/2020 | Committee Mtg/Communications | Analyst - M... | calls with James Morden and Counsel; Email to Rock Creek (0.4) | 0.40 | 250.00 | 100.00 |
| 9/3/2020 | Case Admin | MD-Morden | Call with S. Stone on case strategy | 0.20 | 350.00 | 70.00 |
| 9/8/2020 | Case Admin | Partner-Sto... | Review and approve August 2020 billings | 0.20 | 400.00 | 80.00 |
| 9/8/2020 | Committee Mtg/Communications | Partner-Sto... | Committee conference call | 0.60 | 400.00 | 240.00 |
| 9/8/2020 | Case Admin | MD-Morden | Review info request e-mail and write E. Morandi on next steps. | 0.10 | 350.00 | 35.00 |
| 9/9/2020 | Committee Mtg/Communications | Analyst - M... | Discussion with Rock Creek (0.4); Consolidation of Notes, email and distribute to team (0.2) | 0.60 | 250.00 | 150.00 |
| 9/10/2020 | Asset Sales | Partner-Sto... | CC w/ P. Hague, M. Brandess; PC w/ M. Brandess CC w/ Mastodon, M. Brandess, P. Hague, Debtor attorney | 1.00 | 400.00 | 400.00 |
| 9/10/2020 | Committee Mtg/Communications | Partner-Sto... | CC w/ Committee; | 2.00 | 400.00 | 800.00 |

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI  48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

**Current Invoice Total**

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**
Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

**Invoice #:** 41884
**Invoice Date:** 10/1/2020
**Due Date:** 10/1/2020

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/12/2020 | Asset Sales | Partner-Sto... | Read and respond to emails | 0.20 | 400.00 | 80.00 |
| 9/12/2020 | Committee Mtg/Communications | Partner-Sto... | Review and respond to email | 0.20 | 400.00 | 80.00 |
| 9/15/2020 | Committee Mtg/Communications | Partner-Sto... | PC w/ J. Morden; emails | 0.30 | 400.00 | 120.00 |
| 9/15/2020 | Case Admin | MD-Morden | Calls with S. Stone and E. Morandi on case status | 0.20 | 350.00 | 70.00 |
| 9/15/2020 | Cash Flow / Liquidity | MD-Morden | Review of cash flow and claim issues | 0.90 | 350.00 | 315.00 |
| 9/15/2020 | Committee Mtg/Communications | MD-Morden | UCC case status call | 0.50 | 350.00 | 175.00 |
| 9/16/2020 | Case Admin | Analyst - M... | call with JM (0.1) | 0.10 | 250.00 | 25.00 |
| 9/16/2020 | Committee Mtg/Communications | Analyst - M... | Email to Rock Creek team on requested follow-up items from prior week's call (0.2) | 0.20 | 250.00 | 50.00 |
| 9/17/2020 | Financial Info Analysis | Partner-Sto... | PC w/ M. Brandess | 0.20 | 400.00 | 80.00 |
| 9/18/2020 | Committee Mtg/Communications | Partner-Sto... | CC w/ Committee; PC w/ M. Brandess; CC w/ Debtors professionals, P. Hague, M. Brandess | 1.20 | 400.00 | 480.00 |
| 9/18/2020 | Asset Sales | MD-Morden | Call with debtor advisor and committee advisors on sale status and waterfall | 0.50 | 350.00 | 175.00 |
| 9/18/2020 | Cash Flow / Liquidity | MD-Morden | Review of revolver loan docs | 0.50 | 350.00 | 175.00 |
| 9/18/2020 | Committee Mtg/Communications | Analyst - M... | Committee call (1.0) | 1.00 | 250.00 | 250.00 |
| 9/22/2020 | Case Admin | Analyst - M... | Call with SS, JM, and Michael Brandess (Sugar) (0.6) | 0.60 | 250.00 | 150.00 |
| 9/22/2020 | Asset Sales | MD-Morden | Evaluate financial projection model for revolver need | 1.00 | 350.00 | 350.00 |
| 9/22/2020 | Case Admin | MD-Morden | Calls with S. Stone and E. Morandi and follow-up information request development and review | 1.10 | 350.00 | 385.00 |
| 9/22/2020 | Cash Flow / Liquidity | MD-Morden | Call with MC on dissolution, call with CM on PPP forgiveness | 0.90 | 350.00 | 315.00 |

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI  48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

**Current Invoice Total**

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**
Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| Invoice #: | 41884 |
| Invoice Date: | 10/1/2020 |
| Due Date: | 10/1/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/23/2020 | Committee Mtg/Communications | Partner-Sto... | Committee call; Review objections | 1.00 | 400.00 | 400.00 |
| 9/25/2020 | Asset Sales | Partner-Sto... | PC w/ J. Morden; PC w/ M. Brandess; Hearing; emails | 3.40 | 400.00 | 1,360.00 |
| 9/25/2020 | Asset Sales | MD-Morden | Call with P. Hage on asset sale filing (0.1), Review asset sale order and wind down budget (2.3), attend court hearing and mediation sessions (7.6) | 10.00 | 350.00 | 3,500.00 |
| 9/26/2020 | Committee Mtg/Communications | Partner-Sto... | CC w/ UCC professionals; PC's (2) w/ J. Morden; emails | 1.80 | 400.00 | 720.00 |
| 9/26/2020 | Case Admin | Analyst - M... | review, download, and distribute court filings (0.2) | 0.20 | 250.00 | 50.00 |
| 9/26/2020 | Asset Sales | MD-Morden | Call with legal team and S. Stone on sale order and objection (1.0), follow-up call with S. Stone on sales order objection (0.2), call with P. Neitzel on sale order information request (0.1), calls with M. Brandess (0.3) and S. Stone (0.1) about sale order strategy and info requests, wind down budget review (0.2) | 1.90 | 350.00 | 665.00 |
| 9/27/2020 | Asset Sales | MD-Morden | Review Wind Down budget and identify potential risks (1.7h), call with P. Neitzel and C. Pierce (1.0), call with S. Stone on wind down budget (0.4), call with UCC counsel and S. Stone on wind down budget exposure (1.1) | 4.20 | 350.00 | 1,470.00 |
| 9/27/2020 | Cash Flow / Liquidity | Partner-Sto... | Review of term sheet: PC w/ J. Morden; CC w/ UCC professionals; emails | 2.10 | 400.00 | 840.00 |
| 9/28/2020 | Asset Sales | MD-Morden | Review of wind down budget (1.0), call with P. Neitzel on wind down budget (0.3), multiple brief calls with M. Brandess on wind down budget (0.3), complete draft wind down budget review and send to P. Neitzel (0.8), emails on wind down budget (0.2) | 2.60 | 350.00 | 910.00 |

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI  48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

**Current Invoice Total**

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**
Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---:|
| **Invoice #:** | 41884 |
| **Invoice Date:** | 10/1/2020 |
| **Due Date:** | 10/1/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 9/28/2020 | Retention / Fee Applications | MD-Morden | Update fee application data | 0.50 | 350.00 | 175.00 |
| 9/29/2020 | Asset Sales | MD-Morden | Call with M. Brandess on wind down budget (0.1), call with Debtor and UCC advisors on wind down budget (1.1), call with P. Neitzel to finalize wind down budget (0.3), call with M. Brandess to confirm agreement with wind down budget and settlement offer (0.2) | 1.70 | 350.00 | 595.00 |
| 9/29/2020 | Committee Mtg/Communications | MD-Morden | Attend portion of UCC update call | 0.20 | 350.00 | 70.00 |
| 9/29/2020 | Committee Mtg/Communications | Partner-Sto… | CC w/ Committee; Review term sheet; emails | 1.00 | 400.00 | 400.00 |
| 9/30/2020 | Retention / Fee Applications | MD-Morden | Fee app data prep | 0.60 | 350.00 | 210.00 |

Make Checks Payable to:
Amherst Consulting, LLC
255 E Brown St., Ste. 120
Birmingham, MI 48009

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI 48009 USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code: MNBDUS33

**Current Invoice Total** $17,640.00

Page 4