## UNITED STATES BANKRUPTCY COURT - WESTERN DISTRICT OF MICHIGAN

Please fill out form completely. If questions, call the Clerk's Office: 616-456-2693

| | |
|---|---|
| Debtor(s): Barfly Ventures, LLC | Case No.: 20-01947 |
| (If Adversary Proceeding): Plaintiff(s): | Adversary Proceeding No. |
| vs Defendant(s): | |

### REQUEST FOR TRANSCRIPT
(Complete a separate request for each hearing date)

| Is this request for an appeal? ☐ Yes ☒ No | Hearing Telephonic? ☒ Yes ☐ No | Date of Hearing (One per request) 10/02/2020 |
|---|---|---|
| Matter which you wish transcribed: (Title of motion, etc) Status Conference regarding Mediation | | Docket No. (Optional) |

Do you wish the entire hearing transcribed?   ☒ Yes   ☐ No

If you wish less than the entire hearing transcribed, clearly describe the portion which is being requested.

### FEES

Transcript fees are charged per page for the number of copies and delivery time requested. You will be charged for an original transcript provided to you and any additional copies ordered. There is no charge for the copy provided to the court. Please see the maximum rates printed on the next page of this form. Fee must be paid directly to the transcriber. The transcriber will contact you to make payment arrangements. Delivery times commence on the date that payment arrangements are made.

Number of copies requested, i.e. original + additional copies (Do not include the copy provided to the court)

30-day rate ☐
14-day rate ☐
7- day rate ☒

Party Requesting Transcript:

Name     Steven L. Rayman
Address  141 E. Michigan Avenue, Suite 301, Kalamazoo, MI 49007
Phone    269 345-5156
Fax      269 345-5161
Email    slr@raymanknight.com
Date:    10/09/2020

I agree to pay all transcript rates
/s/ _____