UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| In re: | ) | Chapter 11 |
|---|---|---|
|  | ) |  |
| BARFLY VENTURES, LLC, et al.,[1] | ) | Case No. 20-01947-jwb |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
| _____ | ) |  |

### ORDER GRANTING APPLICATION OF GORDON FOOD SERVICE, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM

**THIS MATTER** having come before the Court on the APPLICATION OF GORDON FOOD SERVICE, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM (the "Application"), for good cause shown, the application is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that GFS is allowed administrative claims (the "503(b)(9) Claims") against the following Debtors' estates in following amounts:

| Debtor | Amount |
|---|---|
| 9 Volt, LLC | $3,400.42 |
| Hopcat-Kalamazoo, LLC | $51.56 |
| Hopcat-GR Beltline, LLC | $500.76 |
| 50 Amp Fuse, LLC | $8.54 |
| GRBC Holdings, LLC | $70.90 |
| El Brewpub, LLC | $23.54 |
| Hopcat-Indianapolis, LLC | $52.04 |
| **Total** | **$4,107.76** |

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCatChicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCatGR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCatMinneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

The 503(b)(9) Claims shall be paid at the earliest date and at the same percentage as any other allowed administrative claims of equal priority against the Debtors' estates.

END OF ORDER

PREPARED BY:

Jason M. Torf
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417
Telephone:   (312) 726-6244
Facsimile:   (312) 726-6214
Email: Jason.Torf@icemiller.com

*Counsel for Gordon Food Service, Inc.*

**IT IS SO ORDERED.**

**Dated October 13, 2020**



James W. Boyd
United States Bankruptcy Judge