UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARFLY VENTURES, LLC, et al.,[1] | ) | Case No. 20-01947-jwb |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

### ORDER GRANTING MOTION FOR ORDER PROVIDING ADEQUATE PROTECTION OF PACA CLAIM

**THIS MATTER** having come before the Court on MOTION FOR ORDER PROVIDING ADEQUATE PROTECTION OF PACA CLAIM (the "Motion"), for good cause shown, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that GFS's claim under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§ 499a *et seq.* ("PACA") totaling $349,185.14 as of the date of the Motion (the "PACA Claim") constitutes a valid claim under PACA and is entitled to all of the protections therein;

**IT IS FURTHER ORDERED** that the Debtors' assets are subject to a floating PACA trust;

**IT IS FURTHER ORDERED** that Debtors shall, as adequate protection transfer funds in an amount sufficient to satisfy the PACA Claim from their operating account to a separate,

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCatChicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCatGR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCatMinneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

segregated account to be held in trust for GFS pending resolution of these proceedings pursuant to section 363(e) of the Bankruptcy Code.

END OF ORDER

PREPARED BY:

Jason M. Torf
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417
Telephone:    (312) 726-6244
Facsimile:    (312) 726-6214
Email: Jason.Torf@icemiller.com

*Counsel for Gordon Food Service, Inc.*

**IT IS SO ORDERED.**

**Dated October 13, 2020**



James W. Boyd
United States Bankruptcy Judge