UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:

    BARFLY VENTURES, LLC, *et al*,

    Debtors.

CASE No: 20-01947-jwb

JUDGE JAMES W. BOYD

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that **Corrigan Moving Systems/Corrigan Logistics**, a creditor in the above-captioned matter, is represented by the law firm of Foster Swift Collins & Smith, P.C., and does hereby request that notice of all pleadings and other matters arising in this matter for which notice is sent, pursuant to Bankruptcy Rule 2002 or otherwise, be given to or served upon its counsel as set forth below:

    Brandon M. H. Schumacher (P82930)
    Foster Swift Collins & Smith, P.C.
    Attorneys for Corrigan Moving Systems/Corrigan Logistics
    313 South Washington Square
    Lansing, MI 48933-2114
    (517) 371-8133
    bschumacher@fosterswift.com

    Respectfully Submitted,

    FOSTER SWIFT COLLINS & SMITH, PC
    Attorneys for Corrigan Moving Systems/Corrigan Logistics

Dated:  October 13, 2020      By:    /s/ Brandon M.H. Schumacher
    Brandon M. H. Schumacher (P82930)
    313 South Washington Square
    Lansing, MI 48933-2114
    (517) 371-8133
    bschumacher@fosterswift.com

1