UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, et al,[1]

                Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

Jointly Administered

## PROOF OF SERVICE

The undersigned certifies that on October 16, 2020, a copy of the *Final Application for Approval of Chapter 11 Fees of Mastodon Ventures, Inc.,* and all attachments, and the Notice to Creditors and Other Parties in Interest of Application for Professional Fees Pursuant to Fed. R. Bankr. P. 2016 and Notice of the Right to Object was served via U.S. Mail and ECF to the following:

| | |
|---|---|
| BarFly Ventures, LLC<br>Attn. Ned Lidvall<br>280 Ann Street NW, Suite 110<br>Grand Rapids, Michigan 49504 | Pachulski Stang Ziehl & Jones LLP<br>Attn. John Lucas<br>150 California Street, 15th Floor<br>San Francisco, CA  94111-4500 |
| Warner Norcross + Judd LLP<br>Attn. Elisabeth M. Von Eitzen<br>150 Ottawa Avenue, NW, Suite 1500<br>Grand Rapids, Michigan 49503 | The United States Trustee<br>Attn. Michael Maggio<br>125 Ottawa Street, Suite 200R<br>Grand Rapids, Michigan 49503 |

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

| Sugar Felsenthal Grais & Helsinger LLP<br>Attn. Michael Brandess<br>30 N. LaSalle Street, Suite 3000<br>Chicago, Illinois 60602 | Jaffe Raitt Heuer & Weiss<br>Attn. Paul Hage<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034 |
|---|---|
| Rayman & Knight<br>Attn. Steve Rayman<br>141 E. Michigan Avenue, Suite 301<br>Kalamazoo, Michigan 49007 | Paul Hastings LLP<br>Attn. Nathan S. Gimpel<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606 |

/s/Elisabeth M. Von Eitzen
Elisabeth M. Von Eitzen (P70183)
150 Ottawa Ave. NW, Suite 1500
Grand Rapids, MI 49503
(616) 752-2000
evoneitzen@wnj.com
*Counsel to the Debtors*

20798784-1