**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al,*[1]

                Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

**CERTIFICATION OF NO OBJECTIONS TO DEBTORS' FIFTH OMNIBUS MOTION FOR ENTRY OF AN ORDER REJECTING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON ANY REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES**

      The undersigned certifies to the Court under the penalties of perjury that a notice to creditors and other parties of interest was served on September 29, 2020; that the notice included the Motion for Entry of an Order Rejecting Certain Executory Contracts and Unexpired Leases and to Abandon any Remaining Personal Property Located at the Leased Premises and a proposed order; that the notice required that copies of any objections to the motion be filed with the Bankruptcy Court and served upon the undersigned; that 14 days have elapsed, and no written objections or a request for hearing were received within 14 days after the date of service of the notice.

      The undersigned therefore requests that the Court sign the proposed order approving the Motion for Entry of an Order Rejecting Certain Executory Contracts and Unexpired Leases and to Abandon any Remaining Personal Property Located at the Leased Premises, which is being filed with this Certification.

Dated: October 16, 2020

Respectfully submitted,
WARNER NORCROSS + JUDD LLP

/s/ Elisabeth M. Von Eitzen
Rozanne M. Giunta (P29969)
Stephen B. Grow (P39622)
Elisabeth M. Von Eitzen (P70183)
150 Ottawa Avenue, NW Ste. 1500
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000

20817013

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).