## EXHIBIT A

## REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES

## EXECUTORY CONTRACTS AND PERSONAL PROPERTY LEASES

| Debtor | Counter-Party | Counter-Party Address | City | ST | Zip | Contract Description | Rejection Effective Date |
|---|---|---|---|---|---|---|---|
| Hopcat Beltline | A & L Janitorial Inc. | 903 Jackson Street, P.O. Box 153 | Kalamazoo | MI | 49001 | cleaning services | September 30, 2020 |
| Hopcat Kalamazoo | A & L Janitorial Inc. | 903 Jackson Street, P.O. Box 153 | Kalamazoo | MI | 49001 | cleaning services | September 30, 2020 |
| Hopcat Detroit | Ace Lawn Care & Snow Removal | P.O. Box 75 | Clawson | MI | 48017 | snowplowing services | September 30, 2020 |
| Barfly Ventures, LLC | Adaptive Insights | 2400 Geng Road, Suite 200 | Palo Alto | CA | 94303 | IT software | September 30, 2020 |
| Barfly Ventures, LLC | Ambius | 1125 Berkshire Blvd, Suite 150 | Wyomissing | PA | 19610 | Interior Plant Provider | September 30, 2020 |
| Hopcat Detroit | Empire Disposal | 1545 Clay St., Unit 5 | Detroit | MI | 48211 | Recycling/Trash | September 30, 2020 |
| Hopcat Beltline | Field Fire Protection Inc | 4303 40th Street SE | Grand Rapids | MI | 49512 | Fire Alarm monitoring | September 30, 2020 |
| EL Brewpub LLC | Final Clean Pro LLC | 2843 E. Grand River, #253 | East Lansing | MI | 48823 | Cleaning services | September 30, 2020 |
| GRBC Holdings | Great Lakes Sport & Social Club, LLC | 1324 Lake Dr. SE | Grand Rapids | MI | 49506 | Marketing and sponsorship | September 30, 2020 |
| West MI locations | Happy PR | 1059 Wealthy St SE, #202 | Grand Rapids | MI | 49506 | Marketing services | September 30, 2020 |
| Barfly Ventures, LLC | HR Collaborative, LLC | 678 Front Ave NW, Suite 265 | Grand Rapids | MI | 49504 | HR consulting | September 30, 2020 |
| Hopcat Ann Arbor | Jani - King of Michigan, Inc. | 31420 Northwestern Hwy, Suite 125 | Farmington Hills | MI | 48334 | Janitorial services | September 30, 2020 |
| Barfly Ventures, LLC | Oracle Screening Services, Inc. | 6800 Weiskopf Ave, Suite 150 | McKinney | TX | 75070 | HR employee screening services | September 30, 2020 |
| Hopcat Detroit | Outfront Media / CBS Outdoor | Po Box 33074 | Newark | NJ | 07188 | advertising services | September 30, 2020 |
| Hopcat Detroit | The Green Company | 7310 Woodward Ave | Detroit | MI | 48202 | janitorial services | September 30, 2020 |
| Hopcat Kalamazoo | Unifirst | 1339 Healy | Kalamazoo | MI | 49048 | Janitorial/Linens | September 30, 2020 |
| Hopcat Detroit | Unifirst | 1300 Auburn Ave | Pontiac | MI | 48342 | Janitorial/Linens | September 30, 2020 |

## UNEXPIRED REAL PROPERTY LEASES

| Debtor | Counter-Party | Counter-Party Address | Property Address | Rejection Effective Date |
|---|---|---|---|---|
| BarFly Ventures, LLC | Project 35, LLC | 601 First Street NW, Grand Rapids, Michigan 49504 | 35 Oakes St, SW, #400, Grand Rapids, MI 49503 | September 30, 2020 |