UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARFLY VENTURES, LLC, et al.,[1] | ) | Case No. 20-01947-jwb |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTIONS TO ASSUMPTION AND
ASSIGNMENT OF FOODSERVICE DISTRIBUTION AGREEMENT
FILED BY GORDON FOOD SERVICE, INC.**

Gordon Food Service, Inc. ("GFS"), by its undersigned counsel, hereby withdraws its (i) Limited Objection to Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 228], and (ii) Objection to Adequate Assurance of Future Performance Provided by Stalking Horse Bidder filed by GFS [Docket No. 288].

[SIGNATURE FOLLOWS ON NEXT PAGE]

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCatChicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCatGR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCatMinneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

1

Dated:  October 16, 2020

        Respectfully submitted,

        **ICE MILLER LLP**

        */s/ Jason M. Torf*
        Jason M. Torf
        200 W. Madison Street, Suite 3500
        Chicago, IL 60606-3417
        Telephone:  (312) 726-6244
        Facsimile:  (312) 726-6214
        Email:  Jason.Torf@icemiller.com

        -and-

        John C. Cannizzaro
        250 West Street, Suite 700
        Columbus, OH 43215
        Telephone: (614) 462-1070
        Email: John.Cannizzaro@icemiller.com

        *Counsel for Gordon Food Service, Inc.*