Form JDG23 (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Barfly Ventures, LLC**<br>35 Oakes Street SW #400<br>Grand Rapids, MI 49503<br>Tax ID: 27–1798379<br><br>**Debtor** | **Case Number 20−01947−jwb**<br><br>**Chapter 11**<br><br>**Honorable James W. Boyd** |

# NOTICE OF <u>CANCELLATION</u> OF HEARING

   PLEASE TAKE NOTICE that the hearing regarding Gordon Food Service, Inc.'s Limited Objection to Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases (DN 228) and Gordon Food Service Inc Objection to Adequate Assurance of Future Performance Provided by Stalking Horse Bidder (DN 288) scheduled for 10/19/2020 is hereby CANCELLED.


This Notice shall be served by the Clerk via electronic notification and/or transmitted to the Bankruptcy Noticing Center for appropriate service. ( 10/19/20 – jak )



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** October 19, 2020

/S/_____
J. Koerth
Deputy Clerk

---

[1] *Aliases for Debtor Barfly Ventures, LLC : Note See Joint Administration Order (DN 60)*