United States Bankruptcy Court
Western District of Michigan

| | |
|---|---|
| In re: | Case No. 20-01947-jwb |
| Barfly Ventures, LLC | Chapter 11 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0646-1 | User: hesselja | Page 1 of 8 |
| Date Rcvd: Oct 19, 2020 | Form ID: jdg23 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | John W. Lucas, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |
| 8607732 | | Gordon Food Service, Inc., Jason M. Torf, Ice Miller LLP, 200 W. Madison St., Suite 3500, Chicago, IL 60606-3417 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 21, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anh P. Nguyen | on behalf of Creditor Fourth Enterprises  LLC f/n/a HotSchedules nguyen@slollp.com |
| Anthony J. Kochis | on behalf of Creditor HC Woodward LLC akochis@wolfsonbolton.com  stravis@wolfsonbolton.com |
| Brandon Schumacher | on behalf of Creditor Corrigan Moving Systems/Corrigan Logistics bschumacher@fosterswift.com |
| David E. Bevins | on behalf of Creditor Project Oscar  LLC ECF-Deb@rhoadesmckee.com, ecf@rhoadesmckee.com |
| Dean E. Rietberg | Dean.E.Rietberg@usdoj.gov |
| Denise D. Twinney | |

District/off: 0646-1   User: hesselja   Page 2 of 8
Date Rcvd: Oct 19, 2020   Form ID: jdg23   Total Noticed: 2

| | |
|---|---|
| Denise D. Twinney | on behalf of Creditor Innovo Development Group LLC bkfilings@wardroplaw.com |
| | on behalf of Creditor JK East Beltline Real Estate LLC bkfilings@wardroplaw.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-St. Louis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Ann Arbor LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party EL Brewpub LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Indianapolis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Lexington LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Minneapolis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-St. Louis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Chicago LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Detroit LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Lincoln LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Kalamazoo LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Indianapolis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Holland LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-GR Beltline LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Lexington LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Royal Oak LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Minneapolis LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party 50 Amp Fuse LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Louisville LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party GRBC Holdings LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party HopCat-Louisville LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Interested Party Luck of the Irish LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Royal Oak LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor HopCat-Port St. Lucie LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor 9 Volt LLC evoneitzen@wnj.com, jnikodemski@wnj.com |
| Elisabeth M. Von Eitzen | on behalf of Debtor GRBC Holdings LLC evoneitzen@wnj.com, jnikodemski@wnj.com |

| | | |
|---|---|---|
| District/off: 0646-1 | User: hesselja | Page 3 of 8 |
| Date Rcvd: Oct 19, 2020 | Form ID: jdg23 | Total Noticed: 2 |

Elisabeth M. Von Eitzen
    on behalf of Debtor HopCat-Kansas City  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Port St. Lucie  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor Luck of the Irish  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Kansas City  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor Barfly Ventures  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor EL Brewpub  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor HopCat-Concessions  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor HopCat-Kalamazoo  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Madison  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-GR Beltline  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor HopCat-Chicago  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Ann Arbor  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party 9 Volt  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Holland  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Lincoln  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor HopCat-Madison  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Interested Party HopCat-Concessions  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor Barfly Management  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elisabeth M. Von Eitzen
    on behalf of Debtor 50 Amp Fuse  LLC evoneitzen@wnj.com, jnikodemski@wnj.com

Elizabeth B. Vandesteeg
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Barfly Ventures  LLC evandesteeg@sfgh.com, bkdocket@sfgh.com

Erika R. Barnes
    on behalf of Creditor 1064 Bardstown  LLC ebarnes@stites.com, cbeatty@stites.com;docketclerk@stites.com

Howard S. Sher
    on behalf of Creditor Liberty Maynard  LLC howard@jacobweingarten.com

Jason M. Torf
    on behalf of Creditor Gordon Food Service  Inc. jason.torf@icemiller.com

Jeff A. Moyer
    on behalf of Creditor Project 35  LLC jeff@thebankruptcygrp.com, crissy@thebankruptcygrp.com;heather@thebankruptcygrp.com

John C. Cannizzaro
    on behalf of Creditor Gordon Food Service  Inc. john.cannizzaro@icemiller.com

John T. Piggins
    on behalf of Interested Party Mark Sellers ecfpigginsj@millerjohnson.com 8473902420@filings.docketbird.com;Docket@millerjohnson.com

Judith Greenstone Miller
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Barfly Ventures  LLC jmiller@jaffelaw.com,

| | | |
|---|---|---|
| District/off: 0646-1 | User: hesselja | Page 4 of 8 |
| Date Rcvd: Oct 19, 2020 | Form ID: jdg23 | Total Noticed: 2 |

tneddermeyer@jaffelaw.com

Michael Aaron Brandess
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Barfly Ventures  LLC mbrandess@sfgh.com, bkdocket@sfgh.com

Michael E. Moore
    on behalf of Interested Party Mercantile Bank of Michigan moore@millercanfield.com laitila@millercanfield.com;wysocki@millercanfield.com

Michael M. Malinowski
    on behalf of Interested Party MIKE MALINOWSKI ecf@malinowskilaw.com

Michael V. Maggio
    michael.v.maggio@usdoj.gov

Nicholas J. Spigiel
    on behalf of Interested Party GTW Depot  LLC nspigiel@kreisenderle.com, dquick@kreisenderle.com

Norman C. Witte
    on behalf of Creditor A&G Partnership  LLC ncwitte@wittelaw.com, mmallswede@wittelaw.com

Patrick E. Sweeney
    on behalf of Creditor Ionia Ventures  LLC psweeney@rhoadesmckee.com, kjhaisma@rhoadesmckee.com

Patrick E. Sweeney
    on behalf of Creditor 58 Ionia Holdings  LLC psweeney@rhoadesmckee.com, kjhaisma@rhoadesmckee.com

Paul R. Hage
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Barfly Ventures  LLC phage@jaffelaw.com, tneddermeyer@jaffelaw.com

Rebecca Marie Smith
    on behalf of Creditor Michigan Unemployment Insurance Agency Smithr72@michigan.gov  bridlemanj@michigan.gov

Robert F. Wardrop, II
    on behalf of Creditor JK East Beltline Real Estate LLC bkfilings@wardroplaw.com bkrfilings@wardroplaw.com;bkwalfilings@wardroplaw.com

Robert F. Wardrop, II
    on behalf of Creditor Innovo Development Group  LLC bkfilings@wardroplaw.com, bkrfilings@wardroplaw.com;bkwalfilings@wardroplaw.com

Ronald E. Gold
    on behalf of Creditor First Savings Bank rgold@fbtlaw.com  awebb@fbtlaw.com;eseverini@fbtlaw.com;sbryant@fbtlaw.com

Rozanne M. Giunta
    on behalf of Interested Party EL Brewpub  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

Rozanne M. Giunta
    on behalf of Interested Party HopCat-St. Louis  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

Rozanne M. Giunta
    on behalf of Interested Party HopCat-Lexington  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

Rozanne M. Giunta
    on behalf of Interested Party 9 Volt  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

Rozanne M. Giunta
    on behalf of Debtor HopCat-GR Beltline  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

Rozanne M. Giunta
    on behalf of Interested Party HopCat-Chicago  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

Rozanne M. Giunta
    on behalf of Interested Party HopCat-Royal Oak  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

Rozanne M. Giunta
    on behalf of Debtor HopCat-Kalamazoo  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

Rozanne M. Giunta
    on behalf of Debtor HopCat-Madison  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

Rozanne M. Giunta
    on behalf of Interested Party HopCat-Minneapolis  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

Rozanne M. Giunta
    on behalf of Interested Party HopCat-Kalamazoo  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com

Rozanne M. Giunta

District/off: 0646-1                  User: hesselja                  Page 5 of 8
Date Rcvd: Oct 19, 2020             Form ID: jdg23             Total Noticed: 2

| | |
|---|---|
| | on behalf of Interested Party Luck of the Irish LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor Luck of the Irish LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor EL Brewpub LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Madison LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Port St. Lucie LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor GRBC Holdings LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Indianapolis LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Lincoln LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Ann Arbor LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Minneapolis LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Kansas City LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-St. Louis LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Lincoln LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor Barfly Ventures LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Royal Oak LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-GR Beltline LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor 9 Volt LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Ann Arbor LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Concessions LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor HopCat-Holland LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party GRBC Holdings LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Concessions LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Holland LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Louisville LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Interested Party HopCat-Kansas City LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | on behalf of Debtor Barfly Management LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |

District/off: 0646-1            User: hesselja            Page 6 of 8
Date Rcvd: Oct 19, 2020         Form ID: jdg23            Total Noticed: 2

| | |
|---|---|
| | on behalf of Debtor HopCat-Port St. Lucie  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
| | on behalf of Debtor HopCat-Louisville  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
| | on behalf of Interested Party HopCat-Indianapolis  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
| | on behalf of Interested Party 50 Amp Fuse  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
| | on behalf of Debtor HopCat-Detroit  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
| | on behalf of Debtor HopCat-Lexington  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
| | on behalf of Debtor 50 Amp Fuse  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Rozanne M. Giunta | |
| | on behalf of Debtor HopCat-Chicago  LLC rgiunta@wnj.com, scardinal@wnj.com;giuntarr81911@notify.bestcase.com |
| Scott A. Wolfson | |
| | on behalf of Creditor HC Woodward LLC swolfson@wolfsonbolton.com stravis@wolfsonbolton.com |
| Shannon L. Deeby | |
| | on behalf of Creditor Fourth Enterprises  LLC f/n/a HotSchedules sdeeby@clarkhill.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Minneapolis  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Ann Arbor  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Kalamazoo  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Kalamazoo  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Royal Oak  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-St. Louis  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Concessions  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Chicago  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-GR Beltline  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party EL Brewpub  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Lexington  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party 9 Volt  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Detroit  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party HopCat-Lincoln  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Holland  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Madison  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Interested Party 50 Amp Fuse  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | |
| | on behalf of Debtor HopCat-Lincoln  LLC sgrow@wnj.com, bpowers@wnj.com |

District/off: 0646-1                              User: hesselja                                   Page 7 of 8
Date Rcvd: Oct 19, 2020                           Form ID: jdg23                                   Total Noticed: 2

| | |
|---|---|
| Stephen B. Grow | on behalf of Debtor Luck of the Irish  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Concessions  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Minneapolis  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Kansas City  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Chicago  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Madison  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party GRBC Holdings  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Royal Oak  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Holland  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor EL Brewpub  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor 9 Volt  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Ann Arbor  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party Luck of the Irish  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-St. Louis  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Indianapolis  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor 50 Amp Fuse  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-GR Beltline  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Louisville  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Indianapolis  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Interested Party HopCat-Kansas City  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor GRBC Holdings  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Louisville  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor HopCat-Lexington  LLC sgrow@wnj.com, bpowers@wnj.com |
| Stephen B. Grow | on behalf of Debtor Barfly Ventures  LLC sgrow@wnj.com, bpowers@wnj.com |
| Steven L. Rayman | on behalf of Interested Party CIP Administrative  LLC courtmail@raymanknight.com |
| Timothy F. Nixon | on behalf of Creditor 222 Venture  LLP tnixon@gklaw.com, kboucher@gklaw.com;ekulpinski@gklaw.com |
| Wesley Jacob Carrillo | on behalf of Creditor Hood Westport  LLC wcarrillo@enszjester.com |
| Wesley Jacob Carrillo | on behalf of Creditor Irving Westport  LLC wcarrillo@enszjester.com |

| | | |
|---|---|---|
| District/off: 0646-1 | User: hesselja | Page 8 of 8 |
| Date Rcvd: Oct 19, 2020 | Form ID: jdg23 | Total Noticed: 2 |

Wesley Jacob Carrillo
          on behalf of Creditor CAD Management  LLC wcarrillo@enszjester.com

Wesley Jacob Carrillo
          on behalf of Creditor Tholen Westport  LLC wcarrillo@enszjester.com

TOTAL: 168

Form JDG23 (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Barfly Ventures, LLC**<br>35 Oakes Street SW #400<br>Grand Rapids, MI 49503<br>Tax ID: 27–1798379<br><br>**Debtor** | Case Number 20–01947–jwb<br><br>Chapter 11<br><br>Honorable James W. Boyd |

# NOTICE OF <u>CANCELLATION</u> OF HEARING

PLEASE TAKE NOTICE that the hearing regarding Gordon Food Service, Inc.'s Limited Objection to Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases (DN 228) and Gordon Food Service Inc Objection to Adequate Assurance of Future Performance Provided by Stalking Horse Bidder (DN 288) scheduled for 10/19/2020 is hereby CANCELLED.

This Notice shall be served by the Clerk via electronic notification and/or transmitted to the Bankruptcy Noticing Center for appropriate service. ( 10/19/20 – jak )



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** October 19, 2020

/S/_____
J. Koerth
Deputy Clerk

[1] *Aliases for Debtor Barfly Ventures, LLC : Note See Joint Administration Order (DN 60)*