UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
                              Chapter 11
BARFLY VENTURES, LLC, et al,[1]  Case No. 20-01947-jwb
                              Hon. James W. Boyd

Debtors.
_____/


<u>**NOTICE OF WITHDRAWLAL OF ATTORNEY**</u>

Please remove attorney Howard S. Sher in connection with creditor Liberty Maynard, L.L.C., whose e-mail address is howard@jacobweingarten.com, from receiving electronic filing notices in the above captioned case.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

Dated: November 4, 2020

Respectfully Submitted

/s/ Howard S. Sher
Howard S. Sher (P38337)
Jacob & Weingarten, P.C.
Attorneys for
SFD Company LLC fdba Food
Distributors, L.L.C.
25800 Northwestern Hwy.,
Ste. 500
Southfield, MI 48075
(248-649-1900)
howard@jacobweingarten.com