## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

      Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

---

### MONTHLY FEE STATEMENT OF SUGAR FELSENTHAL GRAIS & HELSINGER LLP FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR OCTOBER 2020

---

| | |
|---|---|
| Name of Applicant: | Sugar Felsenthal Grais & Helsinger LLP |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | October 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $24,600.00[2]<br>80%  =  $19,680<br>20%  =  $4,920.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | **$19,680.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

[2] Pursuant to the Committee's retention of SFGH, SFGH invoices the Committee at a blended hourly rate of $500.

5029192.v1

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:____/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS &
HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
(312) 704-9400
mbradness@sfgh.com

*Counsel for the Official Committee of Unsecured
Creditors of Barfly Ventures, LLC et al.*

Dated: November 11, 2020

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle  Street
Suite 3000
Chicago, IL  60602
(312)704-9400

Official Committee of Unsecured Creditors
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.
Attn: Sharon Murphy, Dir of Credit
Palatine  IL  60055

Page:
10/31/202
Account No:      10836-00
Statement No:       26567

Attn: Sharon Murphy, Director of Credit

General Case Administration

Fees

| Date | | | Hours | |
|---|---|---|---|---|
| 10/01/2020 | MAB | Email correspondence with John Lucas regarding D&O insurance coverage (0.1); review proposal regarding same (0.3); email correspondence with John Lucas regarding amendment to D&O coverage (0.2). | 0.60 | 345.0 |
| 10/05/2020 | MSM | Telephone call with Michael Brandess regarding Committee matters and case status (0.2). | 0.20 | 137.0 |
| | MAB | Strategy conference with Mark Melickian regarding case status (0.2 - N/C) | 0.20 | N/( |
| 10/13/2020 | JRO | Strategy conference with Michael Brandess regarding Sellers hearing (0.3). | 0.30 | 160.5 |
| | MAB | Strategy conference with Paul Hage regarding Mark Sellers' bankruptcy (0.4); e-mail correspondence and telephone conference with Jack O'Connor regarding same (0.3); strategy conference with Elizabeth Vandesteeg regarding same (0.2) | 0.90 | 517.5 |
| | EBV | Strategy conference with Michael Brandess regarding Mark Sellers issues (0.2). | 0.20 | 131.0 |
| 10/14/2020 | JRO | Email correspondence with local counsel regarding pro hac vice application and sellers appearance (0.2); review order setting 10/15 status conference for Sellers Sub-V case (0.2); prepare for 10/15 Sellers hearing (0.3). | 0.70 | 374.5 |
| 10/15/2020 | JRO | Prepare for (0.2) and attend (0.3) sellers Sub-V status hearing. | 0.50 | 267.5 |
| 10/16/2020 | MAB | Draft strategy email to Paul Hage regarding case closing administrative steps (0.3). | 0.30 | 172.5 |
| 10/26/2020 | MAB | Telephone conference and email correspondence with Paul Hage regarding conversion (0.3); telephone conference with Jason Torf regarding same (0.3). | 0.60 | 345.0 |
| 10/29/2020 | MAB | Draft declaration of creditors in support of appointment of chapter 7 trustee (1.4); email Paul Hage regarding same (0.3); telephone conference with Paul Hage regarding multiple open issues (0.3). | 2.00 | 1,150.0 |
| 10/30/2020 | MAB | Review Authentiki bankruptcy petition and email correspondence to committee regarding same (0.4). | 0.40 | 230.0 |
| | | For Current Services Rendered | 6.70 | 3,830.5 |

Official Committee of Unsecured Creditors

General Case Administration

|  | Hours |
|---|---|
| Total Non-billable Hours | 0.20 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mark S. Melickian | 0.20 | $685.00 | $137.00 |
| Elizabeth B. Vandesteeg | 0.20 | 655.00 | 131.00 |
| Michael A. Brandess | 4.80 | 575.00 | 2,760.00 |
| John R. O'Connor | 1.50 | 535.00 | 802.50 |

| Total Current Work |  | 3,830.50 |
|---|---|---|

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
**30 N. LaSalle  Street**
**Suite 3000**
**Chicago, IL  60602**
**(312)704-9400**

Official Committee of Unsecured Creditors
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.
Attn: Sharon Murphy, Dir of Credit
Palatine  IL  60055

| | |
|---|---|
| Page: | |
| | 10/31/202 |
| Account No: | 10836-00 |
| Statement No: | 26567 |

Attn: Sharon Murphy, Director of Credit

Employment & Fee Applications - SFGH

Fees

| | | | Hours | |
|---|---|---|---|---|
| 10/05/2020 | MAB | Draft monthly fee statement (1.2). | 1.20 | 690.00 |
| 10/07/2020 | JRO | Continue drafting SFGH final fee application (1.0). | 1.00 | 535.00 |
| 10/13/2020 | JRO | Draft final fee application (1.8). | 1.80 | 963.00 |
| 10/14/2020 | JRO | Further revise SFGH final fee application (0.3); email correspondence to local counsel attaching same for use as template (0.2). | 0.50 | 267.50 |
| | | For Current Services Rendered | 4.50 | 2,455.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 1.20 | $575.00 | $690.00 |
| John R. O'Connor | 3.30 | 535.00 | 1,765.50 |

MAB/MSM/EBV/JPF/JRO

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH**
**"PAY MY BILL" LINK AT WWW.SFGH.COM**
**AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD**
**PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle  Street
Suite 3000
Chicago, IL  60602
(312)704-9400

|  | Page: |
|---|---|
| Official Committee of Unsecured Creditors | 10/31/202 |
| Barfly Ventures, LLC, et al. | |
| c/o Gordon Food Service, Inc. | Account No:  10836-00 |
| Attn: Sharon Murphy, Dir of Credit | Statement No:  26567 |
| Palatine  IL  60055 | |

Attn: Sharon Murphy, Director of Credit

Employment & Fee Application - other professionals

Fees

| | | | Hours | |
|---|---|---|---|---|
| 10/29/2020 | MAB | Email correspondence and telephone conference with John Lucas regarding Mastodon fee application (0.2). | 0.20 | 115.0 |
| | | For Current Services Rendered | 0.20 | 115.0 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 0.20 | $575.00 | $115.00 |

| Total Current Work | 115.0 |
|---|---|

MAB/MSM/EBV/JPF/JRO

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
**30 N. LaSalle  Street**
**Suite 3000**
**Chicago, IL  60602**
**(312)704-9400**

Official Committee of Unsecured Creditors
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.
Attn: Sharon Murphy, Dir of Credit
Palatine  IL  60055

Page:
10/31/2020
Account No:        10836-00
Statement No:          26565

Attn: Sharon Murphy, Director of Credit

Executory Contracts & Unexpired Leases

Fees

| | | | Hours | |
|---|---|---|---|---|
| 10/11/2020 | MAB | Telephone conference with Jason Torf regarding food service contract (0.3). | 0.30 | |
| 10/16/2020 | MAB | Multiple email correspondence and telephone conference with Mark Rogers regarding NCR cure claim and executory contract (0.7). | 0.70 | |
| | | For Current Services Rendered | 1.00 | 575.00 |
| | | Total Current Work | | 575.00 |
| | | Balance Due | | $575.00 |

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH**
**"PAY MY BILL" LINK AT WWW.SFGH.COM**
**AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD**
**PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
**30 N. LaSalle  Street**
**Suite 3000**
**Chicago, IL  60602**
**(312)704-9400**

Page:
Official Committee of Unsecured Creditors                                                                                      10/31/2020
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.                                                                    Account No:        10836-01
Attn: Sharon Murphy, Dir of Credit                                                               Statement No:             26567
Palatine  IL  60055

Attn: Sharon Murphy, Director of Credit

Committee Meetings & Governance

Fees

| | | | Hours | |
|---|---|---|---|---|
| 10/06/2020 | MAB | Participate in committee call (0.5); email correspondence with Paul Hage regarding same (0.2). | 0.70 | 402.50 |
| 10/15/2020 | MAB | Email memorandum to committee regarding sale and case update (0.4); multiple email follow ups with committee members regarding same (0.5). | 0.90 | 517.50 |
| 10/20/2020 | MAB | Draft sale update for committee (0.4). | 0.40 | 230.00 |
| | | For Current Services Rendered | 2.00 | 1,150.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 2.00 | $575.00 | $1,150.00 |

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
**30 N. LaSalle  Street**
**Suite 3000**
**Chicago, IL  60602**
**(312)704-9400**

|  |  |
|---|---|
| Official Committee of Unsecured Creditors | Page: |
| Barfly Ventures, LLC, et al. | 10/31/202 |
| c/o Gordon Food Service, Inc. | Account No:   10836-01: |
| Attn: Sharon Murphy, Dir of Credit | Statement No:   2656 7 |
| Palatine  IL  60055 |  |

Attn: Sharon Murphy, Director of Credit

Asset Sales

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 10/01/2020 | MAB | Email correspondence with John Lucas regarding witness list (0.2); review lender revisions to term sheet (0.4); multiple telephone conferences with Judge Gregg regarding same (0.6); multiple strategy conferences with committee professionals regarding same (1.7); email lender counter-proposal to committee chair (0.2); revise term sheet (0.9); email correspondence with committee chair regarding same (0.2); telephone conference with James Morden regarding winddown budget (0.6). | 3.90 | 2,242.5( |
| | EBV | Attention to settlement counter offer from lenders (0.8); multiple communications with multiple committee professionals regarding same (2.7); multiple calls with Judge Gregg and committee professionals regarding ongoing sale hearing settlement negotiations (1.9). | 5.40 | 3,537.0( |
| 10/02/2020 | MAB | Multiple email correspondences and telephone conferences with case professionals regarding sale settlement (3.2); telephone conference and multiple e-mail correspondences with committee regarding same (0.9); multiple telephone conferences with Judge Gregg regarding same (0.4); participate in hearing regarding same (0.6). | 3.10 | 1,782.5( |
| | EBV | Multiple ongoing communications with committee professionals regarding settlement negotiations (0.8); call with John Lucas regarding settlement status (0.3); continued sale hearing (0.6). | 1.70 | 1,113.5( |
| 10/06/2020 | EBV | Strategy conference with Michael Brandess regarding TSA and closing issues (0.2); communications with debtors counsel regarding amended sale order (0.2). | 0.40 | 262.0( |
| | MAB | Revise sale order (1.3); strategy conference with Elizabeth Vandesteeg regarding same (0.2 - N/C) | 1.30 | 747.5( |
| 10/07/2020 | MAB | Further revise sale order (0.7). | 0.70 | 402.5( |
| | EBV | Review and edit sale order (0.9); call with Paul Hage regarding same (0.2). | 1.10 | 720.5( |
| 10/09/2020 | MAB | Email correspondence with debtors' counsel regarding sale order (0.2); email case professionals regarding liability assumption language (0.3). | 0.50 | 287.5( |
| 10/11/2020 | MAB | Review and revise sale order (1.4); strategy conference with committee professionals regarding same (0.4); email correspondence with debtors' | | |

Official Committee of Unsecured Creditors

Asset Sales

| Date | | Description | Hours | |
|---|---|---|---|---|
| | | counsel regarding same (0.2). | 2.00 | 1,150.0 |
| | EBV | Review and revise lender edits to sale order; communications with Paul Hage and Michael Brandess regarding same (1.1). | 1.10 | 720.5 |
| 10/12/2020 | MAB | Multiple strategy conferences and email correspondence with committee professionals regarding revisions to sale order (0.6); multiple email correspondence with debtors' professionals regarding same (0.3); email correspondence with lenders' counsel regarding same (0.2); telephone conference with Jason Rosell regarding same (0.5); revise sale order and multiple strategy conferences and email correspondence with estate and lenders' professionals regarding same (2.7). | 4.30 | 2,472.50 |
| | EBV | Multiple calls and emails with Michael Brandess and Paul Hage regarding edits to sale order (0.6); review revised sale order and list of transferred/remaining causes of action (0.6). | 1.20 | 786.00 |
| 10/13/2020 | MAB | Participate in sale hearing (1.2); strategy conference with professional working group regarding same (0.4); review revised sale order and e-mail correspondence with Jason Rosell regarding same (0.5). | 2.10 | 1,207.50 |
| 10/14/2020 | MAB | Review revised sale order and email correspondence with Jason Rosell regarding same (0.3). | 0.30 | 172.50 |
| 10/16/2020 | MAB | Telephone conference with John Lucas regarding status of closing (0.3); email correspondence with Paul Hage regarding same (0.2). | 0.50 | 287.50 |
| 10/19/2020 | MAB | Review revisions to sale order (0.6); email correspondence and telephone conference with Jason Rosell regarding same (0.3). | 0.90 | 517.50 |
| 10/20/2020 | MAB | Review amended sale order (0.7); email correspondence with Jason Rosell regarding same (0.2). | 0.90 | 517.50 |
| 10/21/2020 | MAB | Review and compare revised sale order to previous version (0.6); email correspondence with committee regarding same (0.3). | 0.90 | 517.50 |
| 10/25/2020 | MAB | Email correspondence with debtors' professionals regarding status of sale closing (0.2). | 0.20 | 115.00 |
| 10/26/2020 | MAB | Multiple telephone conferences and email correspondence with Committee professionals regarding sale closing (1.9); multiple telephone conferences with Jason Rosell and John Lucas regarding same (0.4). | 2.30 | 1,322.50 |
| | | For Current Services Rendered | 34.80 | 20,882.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Elizabeth B. Vandesteeg | 10.90 | $655.00 | $7,139.50 |
| Michael A. Brandess | 23.90 | 575.00 | 13,742.50 |