IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

Debtors.

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

_____/

**MONTHLY FEE STATEMENT OF JAFFE RAITT HEUER & WEISS, P.C.
FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF
EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR OCTOBER 2020**

| | |
|---|---|
| Name of Applicant: | Jaffe Raitt Heuer & Weiss, P.C. |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | October 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $14,538.00<br>80%  =  $11,630.40<br>20%  =  $2,907.60 |
| Amount of expense reimbursement sought: | $147.27 |
| Total interim request: | **$11,777.67** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

5029199.v1

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By: ___/s/ Paul R. Hage___
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com

*Counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et al.*

Dated: November 11, 2020.



**Jaffe**
JAFFE RAITT HEUER & WEISS
A Professional Corporation
Attorneys & Counselors

27777 FRANKLIN ROAD, SUITE 2500 • P.O. BOX 5034 • SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Official Committee of Unsecured Creditors of Ba November 10, 2020
c/o Gordon Food Service, Inc.
Sharon Murphy - Director of Credit
1300 Gezon Parkway SW
Wyoming, MI 49509-9300                          Invoice No. 468705

---

FOR LEGAL SERVICES RENDERED THROUGH OCTOBER 31, 2020
AS ITEMIZED ON THE ATTACHED REPORT:

ASSET ANALYSIS

|  |  |  |
|---|---|---|
|  | Total Fees | $729.00 |
|  | Total Costs | $0.00 |
|  | Subtotal | $729.00 |

ASSET DISPOSITION

|  |  |  |
|---|---|---|
|  | Total Fees | $10,530.00 |
|  | Total Costs | $0.00 |
|  | Subtotal | $10,530.00 |

CASE ADMINISTRATION

|  |  |  |
|---|---|---|
|  | Total Fees | $1,335.00 |
|  | Total Costs | $0.00 |
|  | Subtotal | $1,335.00 |

CLAIMS

|  |  |  |
|---|---|---|
|  | Total Fees | $40.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $40.50 |

COMMITTEE COMMUNICATIONS

|  |  |  |
|---|---|---|
|  | Total Fees | $607.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $607.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Nov 10, 2020      PAGE    2
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705

    DISBURSEMENTS

                                    Total Fees              $0.00
                                    Total Costs           $147.27
                                                      -----------
                                    Subtotal              $147.27
    EXECUTORY CONTRACTS

                                    Total Fees            $162.00
                                    Total Costs             $0.00
                                                      -----------
                                    Subtotal              $162.00
    FEE APPLICATIONS / OBJECTIONS

                                    Total Fees          $1,134.00
                                    Total Costs             $0.00
                                                      -----------
                                    Subtotal            $1,134.00


            TOTAL FEES THIS INVOICE        $     14,538.00

            TOTAL COSTS THIS INVOICE       $        147.27
                                                 _____
            TOTAL AMOUNT DUE               $     14,685.27




    FED. TAX I.D. 38-1915036    TERMS:  NET 30 DAYS

    {J1}
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Nov 10, 2020      PAGE   3
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705


    Official Committee of Unsecured Creditors of Barfly Ventures
    ASSET ANALYSIS
**OPEN FOR TIME ONLY**


  DATE   ATTY    SERVICE DESCRIPTION                             HOURS

10/13/20 PRH CORRESPONDENCE WITH M. BRANDESS RE STRATEGY FOR    .20     81.00
             SELLERS CLAIMS.

10/14/20 PRH ATTENTION TO PRO HAC VICE ADMISSION OF J.         1.50    607.50
             O'CONNOR AND RELATED CORRESPONDENCE (.6). PHONE
             CALL WITH J. PIGGINS RE EXTENDING SELLERS 523
             DEADLINE (.5).  FOLLOW UP CALLS AND
             CORRESPONDENCE WITH M. BRANDESS (.4).

10/15/20 PRH CORRESPONDENCE RE PRO HAC ADMISSION IN SELLERS     .10     40.50
             CASE FOR J. O'CONNOR.


    TOTAL HOURS           1.80      FOR SERVICES RENDERED   $      729.00
                                                                ----------

                                    MATTER TOTAL            $      729.00




    *---------------------------TIME AND FEE SUMMARY---------------------*
    *----------TIMEKEEPER---------*   RATE   HOURS            FEES
    PAUL R. HAGE                    405.00    1.80           729.00
                            TOTALS            1.80           729.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020      PAGE    4
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705
```

Official Committee of Unsecured Creditors of Barfly Ventures
ASSET DISPOSITION

```
 DATE    ATTY    SERVICE DESCRIPTION                          HOURS
```

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 10/01/20 | PRH | ATTENTION TO SERVICE OF WITNESS LIST AND RELATED CORRESPONDENCE (.3). REVIEW REVISED TERM SHEET FROM LENDERS (.3). VARIOUS CALLS AND CORRESPONDENCE WITH CO-COUNSEL RE SETTLEMENT TERMS (2.3). CONFERENCE CALLS WITH J. GREGG RE COUNTER OFFER (1.3). CONTINUED SETTLEMENT NEGOTIATIONS WITH DEBTOR AND COMMITTEE PROFESSIONALS AND MEDIATOR (2.1). | 6.30 | 2551.50 |
| 10/02/20 | PRH | VARIOUS CALLS AND CORRESPONDENCE RE SETTLEMENT DISCUSSIONS (2.2). REVIEW REVISED TERM SHEET (.2). ATTEND STATUS CONFERENCE WITH COURT (.6). | 3.00 | 1215.00 |
| 10/07/20 | PRH | REVIEW AND REVISE PROPOSED SALE ORDER (3.5). DISCUSS EDITS WITH E. VANDESTEEG (.2). RELATED CORRESPONDENCE WITH M. BRANDESS AND J. LUCAS (.2). REVIEW REVISIONS FROM J. ROSELL AND RELATED CORRESPONDENCE (.6). | 4.50 | 1822.50 |
| 10/08/20 | PRH | PHONE CALL FROM M. MAGGIO RE STATUS OF SALE OBJECTIONS (.4). FOLLOW UP CALL WITH M. BRANDESS (.2). FOLLOW UP CORRESPONDENCE WITH M. MAGGIO AND M. BRANDESS (.1). | .70 | 283.50 |
| 10/09/20 | PRH | CORRESPONDENCE WITH CO-COUNSEL RE ISSUES FOR SALE HEARING (.1). CORRESPONDENCE RE SALE ORDER (.2). | .30 | 121.50 |
| 10/11/20 | PRH | REVIEW LENDERS' EDITS TO SALE ORDER (.3). MULTIPLE PHONE CALLS AND CORRESPONDENCE WITH M. BRANDESS AND E. VANDESTEEG RE SALE ORDER (1.4). | 1.70 | 688.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Nov 10, 2020      PAGE    5
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705


10/12/20 PRH VARIOUS CORRESPONDENCE AND CALLS WITH M.            4.70   1903.50
             BRANDESS, E. VANDESTEEG AND J. ROSELL RE
             REVISIONS TO SALE ORDER (2.3).  ATTENTION TO
             REVISIONS TO SALE ORDER (1.3).  REVIEW LIST RE
             ASSIGNED CAUSES OF ACTION (.2).  PHONE CALL
             WITH E. VONEITZEN RE AGENDA FOR SALE HEARING
             (.2).  PHONE CALLS WITH M. MAGGIO RE STATUS OF
             DISCUSSIONS (.3).  REVIEW FILED SALE
             ORDER/AGENDA (.4).

10/13/20 PRH ATTEND SALE HEARING (1.8).  FOLLOW UP CALLS AND    2.40    972.00
             CORRESPONDENCE WITH M. BRANDESS (.5).
             CORRESPONDENCE RE UST FEE ISSUE (.1).

10/14/20 PRH REVIEW REVISED SALE ORDER AND RELATED               .30    121.50
             CORRESPONDENCE WITH ESTATE PROFESSIONALS.

10/15/20 PRH REVIEW ENTERED SALE ORDER.                          .20     81.00

10/19/20 PRH REVIEW NOTICE OF CANCELLATION OF HEARING (.1).      .50    202.50
             REVIEW STIPULATION RE MODIFICATION OF SALE
             ORDER AND RELATED CORRESPONDENCE (.4).

10/20/20 PRH REVIEW REVISED SALE DOCUMENTS AND RELATED           .30    121.50
             CORRESPONDENCE WITH M. BRANDESS.

10/21/20 PRH REVIEW FILED STIPULATION RE SALE ORDER AND          .30    121.50
             ENTERED ORDERS AND RELATED CORRESPONDENCE WITH
             COMMITTEE.

10/26/20 PRH CORRESPONDENCE RE STATUS OF CLOSING OF SALE,        .70    283.50
             WIND DOWN BUDGET (.2).  PHONE CALLS WITH M.
             BRANDESS, J. MORDAN AND J. ROSELL RE WINDDOWN
             BUDGET (.5).

10/27/20 PRH CORRESPONDENCE RE CLOSING OF SALE.                  .10     40.50



       TOTAL HOURS          26.00       FOR SERVICES RENDERED    $      10530.00
                                                                        ---------
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020    PAGE   6
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705

                        MATTER TOTAL              $      10530.00




  *----------------------------TIME AND FEE SUMMARY----------------------*
  *----------TIMEKEEPER---------*   RATE   HOURS              FEES
  PAUL R. HAGE                    405.00   26.00          10530.00
                        TOTALS             26.00          10530.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020     PAGE    7
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705



     Official Committee of Unsecured Creditors of Barfly Ventures
       CASE ADMINISTRATION
**OPEN FOR TIME ONLY**


   DATE    ATTY    SERVICE DESCRIPTION                         HOURS

10/14/20 MEC COMMUNICATIONS W/ P. HAGE RE MOTION NEEDED (.2)   1.20    282.00
             PREPARE MOTION FOR ADMISSION PRO HAC VICE AND
             PROPOSED ORDER RE J. O'CONNOR (.8).
             INSTRUCTIONS FOR FILING MOTION AND SUBMISSION
             OF ORDER (.2).

10/16/20 PRH CORRESPONDENCE WITH COURT STAFF AND ESTATE         .50    202.50
             PROFESSIONALS RE CLOSING, CONVERSION ISSUES.

10/19/20 PRH CORRESPONDENCE AND CALLS WITH M. BRANDESS RE       .40    162.00
             REMAINING ISSUES TO BE ADDRESSED IN CASE.

10/23/20 PRH CONSIDER ISSUES RE CHAPTER 7 TRUSTEE.              .20     81.00

10/26/20 PRH CONSIDER ISSUE RE ELECTION OF CHAPTER 7           1.10    445.50
             TRUSTEE.

10/30/20 PRH REVIEW PETITIONS FOR AFILLIATE ENTITIES AND        .40    162.00
             RELATED CORRESPONDENCE WITH COMMITTEE.



     TOTAL HOURS        3.80      FOR SERVICES RENDERED    $       1335.00
                                                                ----------

                                  MATTER TOTAL             $       1335.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020      PAGE   8
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705

   *---------------------------TIME AND FEE SUMMARY----------------------*
   *----------TIMEKEEPER---------*    RATE   HOURS            FEES
   PAUL R. HAGE                      405.00   2.60          1053.00
   MAUREEN E. CHAPMAN                235.00   1.20           282.00
                          TOTALS              3.80          1335.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Nov 10, 2020      PAGE    9
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705



    Official Committee of Unsecured Creditors of Barfly Ventures
      CLAIMS
**OPEN FOR TIME ONLY**


  DATE    ATTY    SERVICE DESCRIPTION                          HOURS

10/13/20 PRH REVIEW GORDON FOOD SERVICES ORDERS.                 .10      40.50



    TOTAL HOURS           0.10      FOR SERVICES RENDERED    $        40.50
                                                                 ----------

                                    MATTER TOTAL             $        40.50




    *----------------------------TIME AND FEE SUMMARY-----------------------*
    *----------TIMEKEEPER----------*    RATE    HOURS              FEES
    PAUL R. HAGE                      405.00     .10              40.50
                           TOTALS                .10              40.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Nov 10, 2020      PAGE   10
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705



    Official Committee of Unsecured Creditors of Barfly Ventures
      COMMITTEE COMMUNICATIONS
**OPEN FOR TIME ONLY**


  DATE    ATTY    SERVICE DESCRIPTION                              HOURS

10/02/20 PRH  ATTEND COMMITTEE CONFERENCE CALL RE SALE             .50     202.50
              SETTLEMENT.

10/06/20 PRH  CORRESPONDENCE WITH COMMITTEE PROFESSIONALS RE       .60     243.00
              COMMITTEE MEETING (.1). ATTEND WEEKLY
              COMMITTEE CALL (.5).

10/07/20 PRH  CORRESPONDENCE WITH COMMITTEE MEMBERS RE             .20      81.00
              MONTHLY FEE STATEMENTS.

10/15/20 PRH  REVIEW COMMUNICATION TO COMMITTEE MEMBERS RE         .10      40.50
              SALE ORDER.

10/20/20 PRH  CORRESPONDENCE WITH COMMITTEE MEMBERS RE STATUS      .10      40.50
              OF CASE.



      TOTAL HOURS         1.50      FOR SERVICES RENDERED    $         607.50
                                                                     ----------
                                    MATTER TOTAL             $         607.50




      *----------------------------TIME AND FEE SUMMARY----------------------*
      *----------TIMEKEEPER---------*   RATE    HOURS            FEES
      PAUL R. HAGE                     405.00    1.50           607.50
                           TOTALS                1.50           607.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020     PAGE   11
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705




     Official Committee of Unsecured Creditors of Barfly Ventures
     DISBURSEMENTS
**OPEN FOR COST ONLY**



               *************** DISBURSEMENTS ****************

         TELEPHONE CHARGES CC                                      6.81
07/01/20 PACER CHARGES NET CHARGES                               123.80
09/10/20 WESTLAW CHARGES                                          16.66


                         TOTAL DISBURSEMENTS......$              147.27
                                                             ----------

                         MATTER TOTAL             $              147.27
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020     PAGE   12
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705




    Official Committee of Unsecured Creditors of Barfly Ventures
       EXECUTORY CONTRACTS
**OPEN FOR TIME ONLY**


   DATE   ATTY    SERVICE DESCRIPTION                             HOURS

10/19/20 PRH REVIEW ORDER AUTHORIZING REJECTION OF                  .10     40.50
             CONTRACTS.

10/20/20 PRH REVIEW FILED STIPULATION RE RESOLUTION OF              .10     40.50
             ADEQUATE ASSURANCE DISPUTE.

10/28/20 PRH REVIEW MOTION TO REJECT LEASES.                        .20     81.00



     TOTAL HOURS         0.40       FOR SERVICES RENDERED   $          162.00
                                                                   ----------

                                    MATTER TOTAL            $          162.00




    *---------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*    RATE    HOURS              FEES
    PAUL R. HAGE                      405.00     .40            162.00
                             TOTALS              .40            162.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020     PAGE   13
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705



     Official Committee of Unsecured Creditors of Barfly Ventures
       FEE APPLICATIONS / OBJECTIONS
**OPEN FOR TIME ONLY**


   DATE    ATTY    SERVICE DESCRIPTION                           HOURS

 10/01/20  PRH  REVIEW AMHERST DRAFT INVOICE AND RELATED          .10    40.50
                CORRESPONDENCE.

 10/06/20  PRH  REVIEW TIME ENTRIES FOR PREPARATION OF MONTHLY   1.80   729.00
                FEE STATEMENTS (1.3).  PREPARE COVER SHEETS FOR
                MONTHLY FEE STATEMENTS (.3).  RELATED
                CORRESPONDENCE (.2).

 10/07/20  PRH  FINALIZE, FILE AND SERVE MONTHLY FEE              .40   162.00
                STATEMENTS.

 10/14/20  PRH  CORRESPONDENCE WITH J. O'CONNOR RE NEED TO        .30   121.50
                PREPARE INTERIM FEE APPLICATIONS. AND REVIEW
                DRAFT TEMPLATE.

 10/16/20  PRH  REVIEW MASTODON FEE STATEMENT.                    .10    40.50

 10/20/20  PRH  REVIEW INTERIM FEE STATEMENTS FILED BY DEBTORS'   .10    40.50
                PROFESSIONALS.



      TOTAL HOURS        2.80      FOR SERVICES RENDERED    $      1134.00
                                                                ----------

                                   MATTER TOTAL             $      1134.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020      PAGE  14
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705

  *---------------------------TIME AND FEE SUMMARY-----------------------*
  *----------TIMEKEEPER---------*   RATE   HOURS             FEES
  PAUL R. HAGE                    405.00    2.80          1134.00
                         TOTALS             2.80          1134.00
```