IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

Debtors.

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

_____/

**MONTHLY FEE STATEMENT OF AMHERST CONSULTING, LLC FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR OCTOBER 2020**

| | |
|---|---|
| Name of Applicant: | Amherst Consulting, LLC |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | October 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $2,470.00<br>80% = $1,976.00<br>20% = $494.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | **$1,976.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

5029217.v1

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC*

Dated: November 11, 2020.

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41910 |
| **Invoice Date:** | 11/2/2020 |
| **Due Date:** | 11/2/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/1/2020 | Case Admin | Partner-Sto... | PC's w/ J. Morden (2); emails | 0.40 | 400.00 | 160.00 |
| 10/1/2020 | Asset Sales | MD-Morden | Review lender counter proposal on sale (0.1), call with M. Brandess and P. Hage regarding settlement on asset claims objection and email on same to P. Neitzel (0.2), call with counsel on asset sale settlement (0.4), calls with counel on settlement and wind down budget (0.9), review wind down budget including variance sensitivity (1.0), walk through budget issues with P. Neitzel (0.4) | 3.00 | 350.00 | 1,050.00 |
| 10/2/2020 | Committee Mtg / Communication | Partner-Sto... | PC w/ M. Brandess; read and respond to emails | 0.70 | 400.00 | 280.00 |
| 10/2/2020 | Asset Sales | MD-Morden | Calls with P. Neitzel and M. Brandess on budget (0.5), review settlement (0.1) | 0.60 | 350.00 | 210.00 |
| 10/2/2020 | Committee Mtg / Communication | MD-Morden | Committee call for vote on settlement of sale objection | 0.40 | 350.00 | 140.00 |
| 10/5/2020 | Retention / Fee Applications | MD-Morden | Prep FA info | 0.20 | 350.00 | 70.00 |
| 10/26/2020 | Asset Sales | MD-Morden | Calls with P. Neitzel on wind down budget for asset sale (0.2), call with M. Brandess and P. Hague on wind down budget (0.1), calls with M. Brandess on wind down budget (0.7), review and test wind down budget (0.6) | 1.60 | 350.00 | 560.00 |

| | | | **Current Invoice Total** | | | **$2,470.00** |
|---|---|---|---|---|---|---|

Make Checks Payable to:
Amherst Consulting, LLC
255 E Brown St., Ste. 120
Birmingham, MI 48009

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI 48009 USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code: MNBDUS33