IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>BARFLY VENTURES, LLC., *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 20-01947<br>Hon. James W. Boyd<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2020 I filed (i) the *Monthly Fee Statement of Sugar Felsenthal Grais & Helsinger, LLP for Compensation for Services Rendered & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for October 2020,* (ii) the *Monthly Fee Statement of Jaffe Raitt Heuer & Weiss, P.C. for Compensation for Services Rendered & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for October 2020,* and (iii) the *Monthly Fee Statement of Amherst Consulting, LLC for Compensation for Services Rendered & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for October 2020* (collectively, the "Monthly Fee Statements")

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

5031642.v1

with the Clerk of the Court for the United States Bankruptcy Court for the Western District of Michigan using the CM/ECF System, which sent notification of such filing to all attorneys and parties of record registered electronically.

I further certify that I served the Monthly Fee Statements by electronic mail, on November 12, 2020, on: (i) BarFly Ventures, LLC, c/o Mark A. Sellers, III, mark@barflyventures.com; (ii) Pachulski Stang Ziehl & Jones LLP (Attn. John Lucas), jlucas@pszjlaw.com; (iii) Warner Norcross + Judd LLP (Attn. Elisabeth M. Von Eitzen), evoneitzen@wnj.com; (iv) the United States Trustee (Attn. Michael Maggio), michael.v.maggio@usdoj.gov; (v) Rayman & Knight (Attn: Steve Rayman), slr@raymanknight.com; and (vi) Paul Hastings LLP (Attn: Nathan S. Gimpel), nathangimpel@paulhastings.com.

|  |  |
|---|---|
| Dated: November 12, 2020 | Respectfully submitted by,<br><br>**JAFFE RAIT HEUER & WEISS, P.C.**<br><br>By:  /s/ Paul R. Hage<br>Paul R. Hage (P70460)<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>(248) 351-3000<br>phage@jaffelaw.com<br><br>-and-<br><br>**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**<br><br>Michael A. Brandess<br>30 N. LaSalle Street, Suite 3000<br>Chicago, IL 60602<br>(312) 704-9400<br>mbrandess@sfgh.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC* |