UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,* [1]

            Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

**NOTICE OF ENTRY OF AMENDED SALE ORDER**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On October 15, 2020, the Court entered its *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (I) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 363] (as amended at Docket No. 376, the "Sale Order"). Pursuant to the Sale Order, the Court approved the sale (the "Sale") of substantially all of the Debtors' assets to Project BarFly LLC on the terms set forth in that certain *Asset Purchase Agreement* dated July 9, 2020 [Docket No. 376, Ex. B] (as amended, the "APA").

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public Hou The Sale closed on October 26, 2020 at 12:01 a.m. (Eastern Time). se, LLC and McFadden's Restaurant Saloon)(4255).

2. The Sale closed on October 26, 2020 at 12:01 a.m. (Eastern Time).

3. Any individual or entity that would like to obtain a copy of the Sale Order or the APA, may make a written request to counsel for Debtors by emailing John Lucas at jlucas@pszjlaw.com, Jason Rosell at jrosell@pszjlaw.com, or Elisabeth Von Eitzen at evoneitzen@wnj.com.

Dated: November 12, 2020

**WARNER NORCROSS + JUDD LLP**

/s/ *Elisabeth M. Von Eitzen*
Rozanne M. Giunta (P29969)
Stephen B. Grow (P39622)
Elisabeth M. Von Eitzen (P70183)
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000

**PACHULSKI STANG ZIEHL & JONES LLP**

John W. Lucas (admitted *pro hac vice*)
Jason Rosell (admitted *pro hac vice*)
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 263-7000
*Counsel to the Debtors and Debtors in Possession*

20950646-1