Form STKCERT/STKCERTM (09/17)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Barfly Ventures, LLC**<br>35 Oakes Street SW #400<br>Grand Rapids, MI 49503<br>Tax ID: 27–1798379<br><br>**Debtor** | **Case Number 20–01947–jwb**<br><br>**Chapter 11**<br><br>**Honorable James W. Boyd** |

## NOTICE STRIKING CERTIFICATE OF SERVICE

In the above-noted case, the Clerk of the Bankruptcy Court has determined that pursuant to Administrative Order No. 2014–4, the Certificate of Service filed 11/16/2020 , document no. 382 is deemed defective and has been stricken.

Reason: The dates reflected on the certificate of service and mailing matrix do not correspond.

The Certificate of Service must be refiled with the Court to correct the defect within fourteen (14) days of the date below. A Certificate of Service which is timely filed to correct the defect shall be considered filed as of the date that it was originally filed with the court.



Michelle M. Wilson
Clerk of Court

**Dated:** November 17, 2020

---

[1] *Aliases for Debtor Barfly Ventures, LLC : Note See Joint Administration Order (DN 60)*