**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re: | Chapter 11 |
| Barfly Ventures, LLC, et al.[1] | CASE NO: 20-01947 |
| | HON. James W. Boyd |
| Debtor. _____/ | *Jointly Administered* |

**SUMMARY OF FIFTH MONTHLY FEE STATEMENT OF ROCK CREEK ADVISORS, LLC FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR DEBTOR FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | Rock Creek Advisors, LLC |
| Authorized to Provide Professional Services to: | The above captioned Debtor |
| Date of Order Approving Retention: | July 22, 2020 |
| Effective Date of Retention: | June 3, 2020 |
| Period for which compensation and reimbursement are sought: | October 1, 2020 through October 31, 2020 |
| Total Amount of Compensation sought as actual, reasonable and necessary: | $ 115,715.00<br>80%:    $ 92,572.00<br>20%:    $ 23,143.00 |
| Amount of Reimbursement sought: | $0.00 |

This is a(n): **X** Monthly ___Interim ___Final Application

Rock Creek Advisors, LLC

/s/ Brian Ayers

---

[1] - The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCatConcessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCatLouisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

**Rock Creek Advisors LLC**
555 Fifth Avenue, 14th Floor
New York, NY  10017 US
jgansman@rockcreekFA.com
rockcreekfa.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Barfly Ventures, LLC | Barfly Ventures, LLC | **INVOICE #** | 1258 |
| 35 Oakes St SW Ste 400 | 35 Oakes St SW Ste 400 | **DATE** | 11/17/2020 |
| Grand Rapids, MI  49503 | Grand Rapids, MI  49503 | **DUE DATE** | 11/17/2020 |
| United States | United States | **TERMS** | Due on receipt |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Financial Advisory Services | Jim Gansman | 24.70 | 575.00 | 14,202.50 |
| Financial Advisory Services | Paul Neitzel | 121.80 | 525.00 | 63,945.00 |
| Financial Advisory Services | Brian Ayers | 9.90 | 475.00 | 4,702.50 |
| Financial Advisory Services | Chris Peirce | 66.20 | 375.00 | 24,825.00 |
| Financial Advisory Services | Tim Peach | 8.20 | 600.00 | 4,920.00 |
| Financial Advisory Services | Lindsey Neitzel | 10.40 | 300.00 | 3,120.00 |

BALANCE DUE    **$115,715.00**

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-01947-jwb**

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category Summary**

|  | Hours | Amount |
|---|---:|---:|
| Attendance at Court Hearings and Review of Pleadings | 4.4 | $ 2,390.00 |
| Bankruptcy Reporting | 10.5 | $ 4,532.50 |
| Business Analysis | 32.3 | $ 14,277.50 |
| Business Operations | 86.1 | $ 42,402.50 |
| Creditors/Creditor Committee Communication | 2.2 | $ 1,020.00 |
| Discussions with Lender | 1.6 | $ 840.00 |
| Fee Application | 10.4 | $ 3,120.00 |
| Landlord Negotiations | 25.9 | $ 13,542.50 |
| Meetings - Other | - | $ - |
| Meetings - with Counsel | 3.6 | $ 1,990.00 |
| Meetings - with Debtor | 3.3 | $ 1,792.50 |
| Sale Process | 60.9 | $ 29,807.50 |
| **Total** | **241.2** | **$ 115,715.00** |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category by Person**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Attendance at Court Hearings and Review of Pleadings** | | | |
| Jim Gansman | 1.6 | $ 575.00 | $ 920.00 |
| Paul Neitzel | 2.8 | $ 525.00 | 1,470.00 |
| Sub-Total | 4.4 | $ 543.18 | $ 2,390.00 |
| | | | |
| **Bankruptcy Reporting** | | | |
| Brian Ayers | 0.4 | $ 475.00 | $ 190.00 |
| Paul Neitzel | 3.7 | $ 525.00 | 1,942.50 |
| Chris Peirce | 6.4 | $ 375.00 | 2,400.00 |
| Sub-Total | 10.5 | $ 431.67 | $ 4,532.50 |
| | | | |
| **Business Analysis** | | | |
| Brian Ayers | 1.4 | $ 475.00 | $ 665.00 |
| Paul Neitzel | 13.5 | $ 525.00 | 7,087.50 |
| Chris Peirce | 17.4 | $ 375.00 | 6,525.00 |
| Sub-Total | 32.3 | $ 442.03 | $ 14,277.50 |
| | | | |
| **Business Operations** | | | |
| Brian Ayers | 2.7 | $ 475.00 | $ 1,282.50 |
| Jim Gansman | 7.3 | $ 575.00 | 4,197.50 |
| Tim Peach | 8.2 | $ 600.00 | 4,920.00 |
| Paul Neitzel | 43.6 | $ 525.00 | 22,890.00 |
| Chris Peirce | 24.3 | $ 375.00 | 9,112.50 |
| Sub-Total | 86.1 | $ 492.48 | $ 42,402.50 |
| | | | |
| **Creditors/Creditor Committee Communication** | | | |
| Jim Gansman | 0.3 | $ 575.00 | $ 172.50 |
| Paul Neitzel | 0.9 | $ 525.00 | 472.50 |
| Chris Peirce | 1.0 | $ 375.00 | 375.00 |
| Sub-Total | 2.2 | $ 463.64 | $ 1,020.00 |
| | | | |
| **Discussions with Lender** | | | |
| Paul Neitzel | 1.6 | $ 525.00 | $ 840.00 |
| Sub-Total | 1.6 | $ 525.00 | $ 840.00 |
| | | | |
| **Fee Application** | | | |
| Lindsey Neitzel | 10.4 | $ 300.00 | $ 3,120.00 |
| Sub-Total | 10.4 | $ 300.00 | $ 3,120.00 |
| | | | |
| **Landlord Negotiations** | | | |
| Brian Ayers | 1.1 | $ 475.00 | $ 522.50 |
| Paul Neitzel | 24.8 | $ 525.00 | 13,020.00 |
| Sub-Total | 25.9 | $ 522.88 | $ 13,542.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category by Person**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Meetings - with Counsel** | | | |
| Jim Gansman | 2.0 | $ 575.00 | $ 1,150.00 |
| Paul Neitzel | 1.6 | $ 525.00 | 840.00 |
| Sub-Total | 3.6 | $ 552.78 | $ 1,990.00 |
|  | | | |
| **Meetings - with Debtor** | | | |
| Jim Gansman | 1.2 | $ 575.00 | $ 690.00 |
| Paul Neitzel | 2.1 | $ 525.00 | 1,102.50 |
| Sub-Total | 3.3 | $ 543.18 | $ 1,792.50 |
|  | | | |
| **Sale Process** | | | |
| Brian Ayers | 4.3 | $ 475.00 | $ 2,042.50 |
| Jim Gansman | 12.3 | $ 575.00 | 7,072.50 |
| Paul Neitzel | 27.2 | $ 525.00 | 14,280.00 |
| Chris Peirce | 17.1 | $ 375.00 | 6,412.50 |
| Sub-Total | 60.9 | $ 489.45 | $ 29,807.50 |
|  | | | |
| Total | 241.2 | | $ 115,715.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/1/2020 | Paul Neitzel | Business Operations | Discuss operations and payments with Ned & Tim | 0.3 | $ 525.00 | $ 157.50 |
| 10/1/2020 | Chris Peirce | Business Operations | Cash flow call - discuss AP issues, month end close, and payroll | 0.4 | $ 375.00 | $ 150.00 |
| 10/1/2020 | Chris Peirce | Sale Process | Provide file for Mastodon with managers and salaries for each location and add to data roo | 0.3 | $ 375.00 | $ 112.50 |
| 10/1/2020 | Paul Neitzel | Creditors/Creditor Committee | Send updated c/f and WDB to UCC with short bridge. | 0.2 | $ 525.00 | $ 105.00 |
| 10/1/2020 | Paul Neitzel | Landlord Negotiations | Review and respond to Holland lease comments | 0.4 | $ 525.00 | $ 210.00 |
| 10/1/2020 | Paul Neitzel | Landlord Negotiations | Review and respond to Detroit landlord re: amendment. Address comments with WNJ. Mo | 0.7 | $ 525.00 | $ 367.50 |
| 10/1/2020 | Paul Neitzel | Landlord Negotiations | Modify Ann Arbor lease amendment and respond to tenant and landlord with suggested ch | 0.7 | $ 525.00 | $ 367.50 |
| 10/1/2020 | Paul Neitzel | Sale Process | Calls w/ John and Jim and Committee counsel re new proposals on wind down budget | 1.3 | $ 525.00 | $ 682.50 |
| 10/1/2020 | Jim Gansman | Sale Process | Calls w/ John and Paul and Committee counsel re new proposals on wind down budget | 1.3 | $ 575.00 | $ 747.50 |
| 10/1/2020 | Jim Gansman | Creditors/Creditor Committee | Call with Paul and John re: UCC/buyer negotiations | 0.3 | $ 575.00 | $ 172.50 |
| 10/1/2020 | Paul Neitzel | Creditors/Creditor Committee | Call with Jim (Rock Creek) and John (Pachulski) re: UCC/buyer negotiations | 0.3 | $ 525.00 | $ 157.50 |
| 10/1/2020 | Paul Neitzel | Business Operations | Call with Ned re: WDB and lease negotiations | 0.2 | $ 525.00 | $ 105.00 |
| 10/1/2020 | Brian Ayers | Sale Process | Review proposed UCC comments/proposal re wind down budget | 0.6 | $ 475.00 | $ 285.00 |
| 10/2/2020 | Paul Neitzel | Landlord Negotiations | Update BFV and counsel on status of leases. Send emails to GRBC and Broad Ripple | 0.8 | $ 525.00 | $ 420.00 |
| 10/2/2020 | Paul Neitzel | Bankruptcy Reporting | Consolidate chapter 5 claims | 3.7 | $ 525.00 | $ 1,942.50 |
| 10/2/2020 | Paul Neitzel | Business Analysis | Revised WDB with line item caps | 0.4 | $ 525.00 | $ 210.00 |
| 10/2/2020 | Paul Neitzel | Business Analysis | Revisions to WDB and respond to questions from company | 0.7 | $ 525.00 | $ 367.50 |
| 10/2/2020 | Paul Neitzel | Meetings - with Debtor | Call with Ned re: Ch. 5 claims and payroll timing after close | 0.3 | $ 525.00 | $ 157.50 |
| 10/2/2020 | Paul Neitzel | Creditors/Creditor Committee | Call with UCC FA re: WDB | 0.4 | $ 525.00 | $ 210.00 |
| 10/2/2020 | Paul Neitzel | Business Operations | Emails re: D&O waiver language | 0.2 | $ 525.00 | $ 105.00 |
| 10/2/2020 | Paul Neitzel | Landlord Negotiations | Emails re: Ann Arbor amendment | 0.2 | $ 525.00 | $ 105.00 |
| 10/2/2020 | Chris Peirce | Sale Process | Provide Amherst Partners with detail of insider payments from the SOFA | 0.3 | $ 375.00 | $ 112.50 |
| 10/2/2020 | Paul Neitzel | Business Operations | Update Chapter 5 claims | 0.3 | $ 525.00 | $ 157.50 |
| 10/2/2020 | Brian Ayers | Business Operations | review of avoidance actions | 0.4 | $ 475.00 | $ 190.00 |
| 10/3/2020 | Paul Neitzel | Landlord Negotiations | Monthly sales and analysis provided to GRBC for lender review | 0.6 | $ 525.00 | $ 315.00 |
| 10/4/2020 | Jim Gansman | Business Operations | Emails and call w Debbie Gross re COVID 19 business interruption insurance | 0.8 | $ 575.00 | $ 460.00 |
| 10/4/2020 | Chris Peirce | Business Operations | Discuss Barfly financial support with Paul Neitzel and Jim Gansman | 0.1 | $ 375.00 | $ 37.50 |
| 10/4/2020 | Paul Neitzel | Business Operations | Calls/emails regarding BFV accounting staff plan | 0.3 | $ 525.00 | $ 157.50 |
| 10/4/2020 | Paul Neitzel | Business Operations | Review GRBC amendment proposal | 0.4 | $ 525.00 | $ 210.00 |
| 10/4/2020 | Paul Neitzel | Business Operations | Discuss Barfly financial support with Chris and Jim | 0.1 | $ 525.00 | $ 52.50 |
| 10/5/2020 | Jim Gansman | Business Operations | Discuss Barfly financial support with Paul Neitzel and Chris Peirce | 0.1 | $ 575.00 | $ 57.50 |
| 10/5/2020 | Paul Neitzel | Business Operations | Call with Denise re: GRBC rent | 0.2 | $ 525.00 | $ 105.00 |
| 10/5/2020 | Chris Peirce | Creditors/Creditor Committee | Prepare and send updated cash flow forecast file to UCC | 0.5 | $ 375.00 | $ 187.50 |
| 10/5/2020 | Chris Peirce | Business Operations | Prepare new cash flow forecast file | 0.5 | $ 375.00 | $ 187.50 |
| 10/5/2020 | Paul Neitzel | Discussions with Lender | Call with Kyle from Congruent | 0.1 | $ 525.00 | $ 52.50 |
| 10/5/2020 | Paul Neitzel | Landlord Negotiations | Review of Holland proposed lease amendment | 0.2 | $ 525.00 | $ 105.00 |
| 10/5/2020 | Paul Neitzel | Landlord Negotiations | Edit Ann Arbor lease amendment to reference sales tax form | 0.7 | $ 525.00 | $ 367.50 |
| 10/5/2020 | Paul Neitzel | Landlord Negotiations | Edit Stella's amendment for additional provisions requires | 0.8 | $ 525.00 | $ 420.00 |
| 10/5/2020 | Paul Neitzel | Landlord Negotiations | Detroit amendment changes | 0.9 | $ 525.00 | $ 472.50 |
| 10/6/2020 | Paul Neitzel | Meetings - with Debtor | Call with CEO (Ned) re: cash, landlords and accounting staff | 1 | $ 525.00 | $ 525.00 |
| 10/6/2020 | Paul Neitzel | Discussions with Lender | Emails with lender and counsel re: Bi claim | 0.1 | $ 525.00 | $ 52.50 |
| 10/6/2020 | Chris Peirce | Business Operations | Daily cash flow call - discuss AP issues regarding oldco/newco, transition and backfilling of a | 0.7 | $ 375.00 | $ 262.50 |
| 10/6/2020 | Chris Peirce | Business Operations | Call with Brian Ayers re cash forecast | 0.3 | $ 375.00 | $ 112.50 |
| 10/6/2020 | Paul Neitzel | Business Operations | Payroll discussion with Ellen & Leann | 0.3 | $ 525.00 | $ 157.50 |
| 10/6/2020 | Jim Gansman | Meetings - with Counsel | Call w/ John and Paul regarding payments after close, who actually pays them and final fee | 0.6 | $ 575.00 | $ 345.00 |
| 10/6/2020 | Paul Neitzel | Meetings - with Counsel | Call with Gansman and Lucas re: closing and timing of payments | 0.6 | $ 525.00 | $ 315.00 |
| 10/6/2020 | Chris Peirce | Business Operations | Update cash flow forecast with actuals | 0.5 | $ 375.00 | $ 187.50 |
| 10/6/2020 | Paul Neitzel | Business Analysis | Call with company re: financials, AP items, newco/oldco, P9 | 0.7 | $ 525.00 | $ 367.50 |
| 10/6/2020 | Paul Neitzel | Business Analysis | Update c/f for out-months, update waterfall, build peak cash need table | 2.1 | $ 525.00 | $ 1,102.50 |
| 10/6/2020 | Chris Peirce | Business Analysis | Reconcile cash flow plug amount in forecast | 3.6 | $ 375.00 | $ 1,350.00 |
| 10/6/2020 | Brian Ayers | Business Operations | Review updated cash flow | 0.3 | $ 475.00 | $ 142.50 |
| 10/6/2020 | Brian Ayers | Business Operations | call with Chris Peirce re cash forecast | 0.3 | $ 475.00 | $ 142.50 |
| 10/7/2020 | Paul Neitzel | Discussions with Lender | Call with Kyle at Congruent re: wind down budget | 0.3 | $ 525.00 | $ 157.50 |
| 10/7/2020 | Paul Neitzel | Business Operations | Emails with HR (Ellen) re: w-2 and Q3 bonuses | 0.2 | $ 525.00 | $ 105.00 |
| 10/7/2020 | Chris Peirce | Business Analysis | Continue cash flow reconciliation analysis | 1 | $ 375.00 | $ 375.00 |
| 10/7/2020 | Chris Peirce | Business Analysis | Email Tim Gauthier regarding specific account debits for cash flow reconciliation | 0.1 | $ 375.00 | $ 37.50 |
| 10/7/2020 | Paul Neitzel | Business Analysis | Call with company re: c/f and wind down | 1.7 | $ 525.00 | $ 892.50 |
| 10/7/2020 | Chris Peirce | Business Analysis | Daily cash flow call - discuss prior week actuals vs. forecast, forecast go forward, and wind | 1.7 | $ 375.00 | $ 637.50 |
| 10/7/2020 | Paul Neitzel | Business Analysis | Work on cash f/c, wind down and august professional fee payment | 1.2 | $ 525.00 | $ 630.00 |
| 10/7/2020 | Paul Neitzel | Landlord Negotiations | Review and email Detroit amendment to landlord | 0.3 | $ 525.00 | $ 157.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/7/2020 | Paul Neitzel | Discussions with Lender | Summarize latest c/f for lender and email | 0.3 | $ 525.00 | $ 157.50 |
| 10/7/2020 | Paul Neitzel | Landlord Negotiations | Review and edit GRBC proposal | 1.4 | $ 525.00 | $ 735.00 |
| 10/7/2020 | Paul Neitzel | Landlord Negotiations | Review, summarize and email debtor and counsel re: East Lansing proposed amendment | 0.8 | $ 525.00 | $ 420.00 |
| 10/7/2020 | Paul Neitzel | Business Operations | Email re: quarterly bonus payments | 0.1 | $ 525.00 | $ 52.50 |
| 10/7/2020 | Paul Neitzel | Business Operations | Emails re: investment banker fees for October | 0.1 | $ 525.00 | $ 52.50 |
| 10/7/2020 | Paul Neitzel | Meetings - with Debtor | calls with Jim and John re liquor licenses and getting sale completed | 0.4 | $ 525.00 | $ 210.00 |
| 10/7/2020 | Chris Peirce | Business Analysis | Continue analyzing cash flow forecast | 1.9 | $ 375.00 | $ 712.50 |
| 10/7/2020 | Jim Gansman | Meetings - with Debtor | Call w/ Ned re ongoing accounting services for BarFly | 0.3 | $ 575.00 | $ 172.50 |
| 10/7/2020 | Jim Gansman | Meetings - with Debtor | calls w/ Paul and John re liquor licenses and getting sale completed | 0.4 | $ 575.00 | $ 230.00 |
| 10/8/2020 | Paul Neitzel | Business Analysis | Call with debtor re: payments and operations | 0.5 | $ 525.00 | $ 262.50 |
| 10/8/2020 | Paul Neitzel | Landlord Negotiations | Call with counsel and debtor re: status of leases | 1.2 | $ 525.00 | $ 630.00 |
| 10/8/2020 | Paul Neitzel | Sale Process | Call with Mastodon | 0.4 | $ 525.00 | $ 210.00 |
| 10/8/2020 | Paul Neitzel | Sale Process | Calls w/ John and Jim re outstanding issues for APA | 0.6 | $ 525.00 | $ 315.00 |
| 10/8/2020 | Paul Neitzel | Landlord Negotiations | Review and email Ann Arbor edits to amendment | 0.3 | $ 525.00 | $ 157.50 |
| 10/8/2020 | Paul Neitzel | Business Operations | Emails with Ned re: GFS settlement | 0.4 | $ 525.00 | $ 210.00 |
| 10/8/2020 | Chris Peirce | Business Analysis | Cash flow call - discuss oldco/newco transition, AP issues, and Q3 bonus | 0.5 | $ 375.00 | $ 187.50 |
| 10/8/2020 | Chris Peirce | Sale Process | Request and review sales by week by location for 2019 for Mastodon | 0.5 | $ 375.00 | $ 187.50 |
| 10/8/2020 | Chris Peirce | Creditors/Creditor Committee | Create cash flow file for UCC and UST and upload to data site | 0.5 | $ 375.00 | $ 187.50 |
| 10/8/2020 | Chris Peirce | Business Analysis | Continue cash flow variance research | 0.5 | $ 375.00 | $ 187.50 |
| 10/8/2020 | Chris Peirce | Sale Process | Review APA schedules prior to call with Paul Neitzel and Brian Ayers | 0.2 | $ 375.00 | $ 75.00 |
| 10/8/2020 | Chris Peirce | Sale Process | Call with Paul Neitzel and Brian Ayers to review and discuss APA schedules | 1.2 | $ 375.00 | $ 450.00 |
| 10/8/2020 | Chris Peirce | Sale Process | Email Ned Lidvall and Liz Von Eitzen regarding status of executory contracts and cures | 0.1 | $ 375.00 | $ 37.50 |
| 10/8/2020 | Chris Peirce | Sale Process | Send Jason Rosell APA schedules for call on 10/9 | 0.1 | $ 375.00 | $ 37.50 |
| 10/8/2020 | Paul Neitzel | Business Operations | Review APA schedules with Brian and Chris | 1.2 | $ 525.00 | $ 630.00 |
| 10/8/2020 | Jim Gansman | Sale Process | Calls w/ John and Paul re outstanding issues for APA | 0.6 | $ 575.00 | $ 345.00 |
| 10/8/2020 | Brian Ayers | Sale Process | Review of APA draft schedules and completion check list in prep for call, review and update | 0.6 | $ 475.00 | $ 285.00 |
| 10/8/2020 | Brian Ayers | Sale Process | Call with P. Neitzel and C. Peirce re APA Schedules | 1.2 | $ 475.00 | $ 570.00 |
| 10/8/2020 | Brian Ayers | Landlord Negotiations | Call with Counsel regarding leases | 1.1 | $ 475.00 | $ 522.50 |
| 10/9/2020 | Paul Neitzel | Landlord Negotiations | Emails with counsel re: EL and GRBC lease amendments | 0.2 | $ 525.00 | $ 105.00 |
| 10/9/2020 | Paul Neitzel | Landlord Negotiations | Review and call with WNJ re: GRBC lease amendment | 0.2 | $ 525.00 | $ 105.00 |
| 10/9/2020 | Paul Neitzel | Sale Process | Review APA schedules with Pachulski and RC | 1 | $ 525.00 | $ 525.00 |
| 10/9/2020 | Chris Peirce | Sale Process | Call with Paul Neitzel, Brian Ayers, and Jason Rosell regarding APA Schedules | 1 | $ 375.00 | $ 375.00 |
| 10/9/2020 | Paul Neitzel | Landlord Negotiations | Call with Liz at WNJ regarding GR BC | 0.2 | $ 525.00 | $ 105.00 |
| 10/9/2020 | Paul Neitzel | Meetings - with Debtor | Call with Ned re: leases and operations | 0.2 | $ 525.00 | $ 105.00 |
| 10/9/2020 | Brian Ayers | Sale Process | Call with Chris Peirce, Paul Neitzel and Counsel re APA schedules | 1 | $ 475.00 | $ 475.00 |
| 10/9/2020 | Brian Ayers | Business Operations | Review of Gordon foods settlement | 0.2 | $ 475.00 | $ 95.00 |
| 10/10/2020 | Paul Neitzel | Business Operations | Call with buyer CFO re fu da flow | 0.2 | $ 525.00 | $ 105.00 |
| 10/10/2020 | Paul Neitzel | Meetings - with Counsel | Call wit paculaki (Jason) re: nivation agreements | 0.1 | $ 525.00 | $ 52.50 |
| 10/10/2020 | Paul Neitzel | Business Operations | Emails re: notavtion agreements | 0.1 | $ 525.00 | $ 52.50 |
| 10/10/2020 | Chris Peirce | Business Analysis | Build file with 2020 sales by week by location from flash sales reports for Mastodon and CII | 1.5 | $ 375.00 | $ 562.50 |
| 10/10/2020 | Paul Neitzel | Sale Process | Emails re: sale objections | 0.3 | $ 525.00 | $ 157.50 |
| 10/10/2020 | Lindsey Neitzel | Fee Application | Fee App | 4.7 | $ 300.00 | $ 1,410.00 |
| 10/10/2020 | Jim Gansman | Sale Process | Call w/ John re pre and post closing work for buyer | 0.3 | $ 575.00 | $ 172.50 |
| 10/11/2020 | Paul Neitzel | Landlord Negotiations | Email Kalamazoo landlord | 0.1 | $ 525.00 | $ 52.50 |
| 10/11/2020 | Lindsey Neitzel | Fee Application | Fee App | 5.7 | $ 300.00 | $ 1,710.00 |
| 10/11/2020 | Chris Peirce | Business Analysis | Analyze cash flow variances | 1.6 | $ 375.00 | $ 600.00 |
| 10/11/2020 | Chris Peirce | Sale Process | Update APA schedules based on call with Pachulski | 0.9 | $ 375.00 | $ 337.50 |
| 10/11/2020 | Brian Ayers | Business Operations | review sales forecast | 0.3 | $ 475.00 | $ 142.50 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Kalamazoo landlord re: sale objection | 0.1 | $ 525.00 | $ 52.50 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Denise (BFV AP) re: Kalamazoo TI loan payment | 0.2 | $ 525.00 | $ 105.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Follow-up call with Kalamazoo landlord re: loan amortization schedule | 0.2 | $ 525.00 | $ 105.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Ned & Liz re: outstanding leases | 0.2 | $ 525.00 | $ 105.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Ned re: Kalamazoo lease | 0.2 | $ 525.00 | $ 105.00 |
| 10/12/2020 | Paul Neitzel | Business Operations | Summarize weekly sales vs forecast for prior week | 0.3 | $ 525.00 | $ 157.50 |
| 10/12/2020 | Paul Neitzel | Business Operations | Call with Nate Gimpel re: chapter 5 claims | 0.1 | $ 525.00 | $ 52.50 |
| 10/12/2020 | Chris Peirce | Business Analysis | Cash flow variance analysis | 0.5 | $ 375.00 | $ 187.50 |
| 10/12/2020 | Chris Peirce | Business Analysis | Send daily sales reports for past week to Kyle Okita | 0.2 | $ 375.00 | $ 75.00 |
| 10/12/2020 | Paul Neitzel | Business Operations | Discussion of bank accounts with lender and BFV | 0.5 | $ 525.00 | $ 262.50 |
| 10/12/2020 | Paul Neitzel | Business Operations | Discuss BI insurance claim and liquor licenses with Travis (Congruent), Ned (BFV) and RC (Ji | 0.4 | $ 525.00 | $ 210.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Travis and Ned re: Kalamazoo assurance | 0.2 | $ 525.00 | $ 105.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/12/2020 | Jim Gansman | Business Operations | Call w/ Buyer, Ned and Paul re business interruption insurance and notices to landlords re s | 0.4 | $ 575.00 | $ 230.00 |
| 10/12/2020 | Jim Gansman | Sale Process | Review of emails re notice to landlords | 0.2 | $ 575.00 | $ 115.00 |
| 10/12/2020 | Jim Gansman | Sale Process | Emails and calls re business interruption insurance | 0.2 | $ 575.00 | $ 115.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Email landlord and lawyers re: Stella's amendment | 0.2 | $ 525.00 | $ 105.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Email and call GRBC landlord re: amendment | 0.3 | $ 525.00 | $ 157.50 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Bob Nolan re: Ann Arbor and Stella's lease | 0.2 | $ 525.00 | $ 105.00 |
| 10/12/2020 | Jim Gansman | Business Operations | Research re PPP forgiveness | 0.7 | $ 575.00 | $ 402.50 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Review GRBC cure amount t | 0.3 | $ 525.00 | $ 157.50 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Travis and Ned re: Kalamazoo lease | 0.2 | $ 525.00 | $ 105.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Ned and email with Stella's LL re: lease amendment | 0.2 | $ 525.00 | $ 105.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Review and propose revised Ann Arbor amendment language. | 0.6 | $ 525.00 | $ 315.00 |
| 10/12/2020 | Jim Gansman | Sale Process | call w/John and Paul re liquor licenses and DACA w GFS | 0.3 | $ 575.00 | $ 172.50 |
| 10/12/2020 | Paul Neitzel | Business Operations | Review and respond re: cure amounts to Nathan Gimball (Paul Hastings) | 0.3 | $ 525.00 | $ 157.50 |
| 10/12/2020 | Paul Neitzel | Business Operations | Update c/f for new week activity | 0.4 | $ 525.00 | $ 210.00 |
| 10/12/2020 | Paul Neitzel | Business Operations | Call Broad Ripple landlord re: liquor license | 0.1 | $ 525.00 | $ 52.50 |
| 10/13/2020 | Paul Neitzel | Landlord Negotiations | Emails with GRBC landlord re: amendment | 0.1 | $ 525.00 | $ 52.50 |
| 10/13/2020 | Paul Neitzel | Landlord Negotiations | Email BFV and counsel re: Stella's amendment | 0.1 | $ 525.00 | $ 52.50 |
| 10/13/2020 | Paul Neitzel | Attendance at Court Hearings and Review of Pleadings | Attend sale hearing | 1.6 | $ 525.00 | $ 840.00 |
| 10/13/2020 | Paul Neitzel | Sale Process | Review sale order | 0.8 | $ 525.00 | $ 420.00 |
| 10/13/2020 | Paul Neitzel | Sale Process | Calls and Emails w John, Jim and Ned re TSA issues | 0.5 | $ 525.00 | $ 262.50 |
| 10/13/2020 | Jim Gansman | Attendance at Court Hearings and Review of Pleadings | Attendance at Sale Hearing in court. Zoom Call | 1.6 | $ 575.00 | $ 920.00 |
| 10/13/2020 | Paul Neitzel | Landlord Negotiations | review, respond and send Stella's amendment for execution | 0.4 | $ 525.00 | $ 210.00 |
| 10/13/2020 | Paul Neitzel | Business Operations | Call & email Broad Ripple LL re: liquor license. | 0.2 | $ 525.00 | $ 105.00 |
| 10/13/2020 | Paul Neitzel | Discussions with Lender | Call with LL and emails with buyer, debtor re: GRBC amendment | 0.4 | $ 525.00 | $ 210.00 |
| 10/13/2020 | Paul Neitzel | Discussions with Lender | Call with lender re: GRBC amendment | 0.2 | $ 525.00 | $ 105.00 |
| 10/13/2020 | Paul Neitzel | Sale Process | Discussion with buyer re: transfer of liquor license and email to counsel drafting form (WNJ | 0.2 | $ 525.00 | $ 105.00 |
| 10/13/2020 | Paul Neitzel | Meetings - with Debtor | Discuss GRBC and GFS with Ned | 0.2 | $ 525.00 | $ 105.00 |
| 10/13/2020 | Paul Neitzel | Business Operations | Prepare and send % rent calculation and backup for HCBR to landlord | 0.4 | $ 525.00 | $ 210.00 |
| 10/13/2020 | Paul Neitzel | Landlord Negotiations | Call with GRBC landlord | 0.4 | $ 525.00 | $ 210.00 |
| 10/13/2020 | Chris Peirce | Business Analysis | Update cash flow forecast with prior week actuals | 0.5 | $ 375.00 | $ 187.50 |
| 10/13/2020 | Chris Peirce | Business Operations | Cash flow call with company - discuss newco/oldco AP issues, P9 close, and sale closing iter | 0.5 | $ 375.00 | $ 187.50 |
| 10/13/2020 | Paul Neitzel | Landlord Negotiations | Emails with Ann Arbor landlord and prep of amendment for signature | 0.4 | $ 525.00 | $ 210.00 |
| 10/13/2020 | Chris Peirce | Sale Process | Send update to Pachulski on APA schedules | 0.1 | $ 375.00 | $ 37.50 |
| 10/13/2020 | Chris Peirce | Sale Process | Review docket for updated filings for assumed and rejected contracts | 0.1 | $ 375.00 | $ 37.50 |
| 10/13/2020 | Paul Neitzel | Landlord Negotiations | Review EL amendment | 0.5 | $ 525.00 | $ 262.50 |
| 10/13/2020 | Jim Gansman | Sale Process | Calls and Emails w John, Paul and Ned re TSA issues | 0.5 | $ 575.00 | $ 287.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | Funds Flow discussion with Tim Gauthier | 0.1 | $ 525.00 | $ 52.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | Emails re: percentage rent process | 0.2 | $ 525.00 | $ 105.00 |
| 10/14/2020 | Paul Neitzel | Business Operations | call with buyer and debtor re: weekly c/f | 1.5 | $ 525.00 | $ 787.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | Calls and Emails w/ Jim, John, Jason and Ned re liquor licenses, bank account and Payroll ar | 0.5 | $ 525.00 | $ 262.50 |
| 10/14/2020 | Chris Peirce | Business Operations | Daily cash flow call - discuss oldco/newco payments, prior week actuals vs. forecast, and w | 1.5 | $ 375.00 | $ 562.50 |
| 10/14/2020 | Jim Gansman | Business Operations | Calls and Emails w/Paul, John, Jason and Ned re liquor licenses, bank account and Payroll ar | 0.5 | $ 575.00 | $ 287.50 |
| 10/14/2020 | Jim Gansman | Business Operations | Call from Innovo re K-1's for shareholders and follow-up emails | 0.3 | $ 575.00 | $ 172.50 |
| 10/14/2020 | Chris Peirce | Bankruptcy Reporting | Request September bank reconciliations for MOR | 0.1 | $ 375.00 | $ 37.50 |
| 10/14/2020 | Paul Neitzel | Sale Process | Call with WNJ & Pachulski | 1.3 | $ 525.00 | $ 682.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | Call with Andrew re: k1s | 0.1 | $ 525.00 | $ 52.50 |
| 10/14/2020 | Chris Peirce | Sale Process | Call with Pachulski, WN+J, Ned, and Rock Creek to discuss status of APA schedules and win | 1.3 | $ 375.00 | $ 487.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | Call with Plante re: k1s / shareholder basis | 0.4 | $ 525.00 | $ 210.00 |
| 10/14/2020 | Chris Peirce | Sale Process | Update and send Congruent debt summary to Justin Goodall of Mastodon | 0.2 | $ 375.00 | $ 75.00 |
| 10/14/2020 | Chris Peirce | Business Operations | Update cash flow and upload for UCC and UST | 0.5 | $ 375.00 | $ 187.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | Call with Ned, Mark & Andrew re: cost basis | 0.3 | $ 525.00 | $ 157.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | Call with shareholder re: cost basis of investment | 0.1 | $ 525.00 | $ 52.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | emails re: cost basis of investments with shareholders, company and tax preparers | 0.8 | $ 525.00 | $ 420.00 |
| 10/14/2020 | Paul Neitzel | Landlord Negotiations | Draft and email proposed cover for lease assignment and assumption | 0.4 | $ 525.00 | $ 210.00 |
| 10/14/2020 | Paul Neitzel | Landlord Negotiations | Email and call Detroit LL re: amendment | 0.2 | $ 525.00 | $ 105.00 |
| 10/14/2020 | Paul Neitzel | Landlord Negotiations | Email lender/buyer re landlord negotiations | 0.2 | $ 525.00 | $ 105.00 |
| 10/14/2020 | Chris Peirce | Bankruptcy Reporting | Prepare P9 store P&L's with G&A allocations and interest expense allocations | 1 | $ 375.00 | $ 375.00 |
| 10/14/2020 | Chris Peirce | Bankruptcy Reporting | Prepare and consolidate P9 bank statements and reconciliations for MOR | 1.5 | $ 375.00 | $ 562.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/14/2020 | Brian Ayers | Bankruptcy Reporting | review and discussion with C Peirce re Sept MOR | 0.4 | $ 475.00 | $ 190.00 |
| 10/15/2020 | Jim Gansman | Sale Process | Email from Travis re business interruption insurance and reply to it Call w/ Nathan re same | 0.4 | $ 575.00 | $ 230.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | Review Plante email and schedule re: tax basis | 0.6 | $ 525.00 | $ 315.00 |
| 10/15/2020 | Paul Neitzel | Business Analysis | Call with Ned, Tim, Denise re: c/f and payments | 0.5 | $ 525.00 | $ 262.50 |
| 10/15/2020 | Paul Neitzel | Landlord Negotiations | Communication with Indy LL re: % rent | 0.2 | $ 525.00 | $ 105.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | Emails re: BI claim | 0.2 | $ 525.00 | $ 105.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | discussion and email re: s/h tax basis with lender | 0.2 | $ 525.00 | $ 105.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | BI claim communications | 0.3 | $ 525.00 | $ 157.50 |
| 10/15/2020 | Paul Neitzel | Business Operations | D&O waiver language emails | 0.2 | $ 525.00 | $ 105.00 |
| 10/15/2020 | Jim Gansman | Meetings - with Counsel | Calls and emails re potential TSA | 0.7 | $ 575.00 | $ 402.50 |
| 10/15/2020 | Chris Peirce | Business Operations | Cash flow call - review AP items and sales process status | 0.5 | $ 375.00 | $ 187.50 |
| 10/15/2020 | Chris Peirce | Sale Process | Email Ned Lidvall and Liz Von Eitzen requesting current contract list for APA schedules | 0.1 | $ 375.00 | $ 37.50 |
| 10/15/2020 | Paul Neitzel | Business Operations | research credit card processor options | 0.4 | $ 525.00 | $ 210.00 |
| 10/15/2020 | Paul Neitzel | Meetings - with Counsel | Call with John Lucas and Jim Gansman re: closing and TSA | 0.2 | $ 525.00 | $ 105.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | Emails with Ned & Denise re: AP payments | 0.4 | $ 525.00 | $ 210.00 |
| 10/15/2020 | Chris Peirce | Sale Process | Update APA schedules with contracts, leases, and cure amounts from Liz Voneitzen | 0.5 | $ 375.00 | $ 187.50 |
| 10/15/2020 | Chris Peirce | Bankruptcy Reporting | Begin redacting bank statements and reconciliations for September MOR | 1 | $ 375.00 | $ 375.00 |
| 10/15/2020 | Paul Neitzel | Business Analysis | Update c/f and WDB for latest changes | 2.3 | $ 525.00 | $ 1,207.50 |
| 10/15/2020 | Paul Neitzel | Landlord Negotiations | Send lease assignments and assumptions to landlords | 2.2 | $ 525.00 | $ 1,155.00 |
| 10/15/2020 | Paul Neitzel | Landlord Negotiations | Review and discuss East Lansing amendment with CEO Ned | 0.4 | $ 525.00 | $ 210.00 |
| 10/16/2020 | Paul Neitzel | Sale Process | Review APA schedules with Ned (BFV CEO) , WNJ (Liz) and Rock Creek (Chris) | 1.1 | $ 525.00 | $ 577.50 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Assignment & Assumption emails with Holland LL and buyers | 0.3 | $ 525.00 | $ 157.50 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Review amendment and emails re: Stella's amendments | 0.2 | $ 525.00 | $ 105.00 |
| 10/16/2020 | Chris Peirce | Sale Process | Review APA schedules with Paul Neitzel, Ned Lidvall, and Liz Von Eitzen prior to Pachulski c | 1.1 | $ 375.00 | $ 412.50 |
| 10/16/2020 | Paul Neitzel | Business Operations | Call with BFV HR (Ellen) and buyer (Matt & Travis) re: benefit deductions/payroll | 0.5 | $ 525.00 | $ 262.50 |
| 10/16/2020 | Paul Neitzel | Sale Process | APA schedule review with BFV (Ned), WNJ (Liz), Pachulski (Jason) and Rock Creek (Chris) | 1 | $ 525.00 | $ 525.00 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Lease amendment and assumption emails with WNJ and Detroit LL | 0.4 | $ 525.00 | $ 210.00 |
| 10/16/2020 | Chris Peirce | Sale Process | Call with Jason Rosell, Liz Von Eitzen, Ned Lidvall, and Paul Neitzel regarding APA schedules | 1 | $ 375.00 | $ 375.00 |
| 10/16/2020 | Chris Peirce | Business Analysis | Send Ned Lidvall files with detail of Music/Cable/Internet GL charges | 0.2 | $ 375.00 | $ 75.00 |
| 10/16/2020 | Paul Neitzel | Sale Process | Call with buyer counsel (Paul Hastings), Pachulski and Rock Creek (Jim) re: transition items | 0.7 | $ 525.00 | $ 367.50 |
| 10/16/2020 | Paul Neitzel | Business Operations | Emails and calls with Buyer CFO (Matt) and BFV HR (Ellen) re: 401k, benefits, medical policy | 0.6 | $ 525.00 | $ 315.00 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Call and email with Beltline lawyer | 0.3 | $ 525.00 | $ 157.50 |
| 10/16/2020 | Chris Peirce | Sale Process | Call with Denise Willison to discuss AP reporting for APA and wind down budget | 0.2 | $ 375.00 | $ 75.00 |
| 10/16/2020 | Chris Peirce | Sale Process | Split AP Aging file from company into pre-sale and post-sale due dates | 1.3 | $ 375.00 | $ 487.50 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Discuss GRBC amendment and lender approval with LL | 0.3 | $ 525.00 | $ 157.50 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Call with BFV CEO (Ned) and email re: GRBC amendment | 0.4 | $ 525.00 | $ 210.00 |
| 10/16/2020 | Paul Neitzel | Business Analysis | UST Fee calculation | 0.7 | $ 525.00 | $ 367.50 |
| 10/16/2020 | Paul Neitzel | Business Operations | Calls w/ John and Jim re transition issues including payroll, benefits and liquor licenses and | 0.6 | $ 525.00 | $ 315.00 |
| 10/16/2020 | Jim Gansman | Sale Process | Call w/ John, Ned, Paul and Paul Hastings re outstanding transition issues | 0.7 | $ 575.00 | $ 402.50 |
| 10/16/2020 | Jim Gansman | Business Operations | Multiple Calls w/ Tim, John and Paul re transition issues including payroll, benefits and liqu | 2.2 | $ 575.00 | $ 1,265.00 |
| 10/16/2020 | Tim Peach | Business Operations | Analysis of benefit plan transfer issues | 2.5 | $ 600.00 | $ 1,500.00 |
| 10/16/2020 | Brian Ayers | Sale Process | review allocation of pre vs post sale AP | 0.4 | $ 475.00 | $ 190.00 |
| 10/17/2020 | Chris Peirce | Bankruptcy Reporting | Redact bank statements and reconciliations for September MOR | 2.8 | $ 375.00 | $ 1,050.00 |
| 10/17/2020 | Jim Gansman | Sale Process | Emails re TSA | 0.2 | $ 575.00 | $ 115.00 |
| 10/17/2020 | Paul Neitzel | Landlord Negotiations | Calls with GRBC landlord and BFV CEO re: lease amendment and timing of close | 0.8 | $ 525.00 | $ 420.00 |
| 10/18/2020 | Chris Peirce | Business Analysis | Continue analyzing cash flow variance by comparing sales reports by day to bank receipts | 3.5 | $ 375.00 | $ 1,312.50 |
| 10/19/2020 | Paul Neitzel | Attendance at Court Hearings and Review of Pleadings | Review GRBC and mark changes to amendment | 1.2 | $ 525.00 | $ 630.00 |
| 10/19/2020 | Paul Neitzel | Business Analysis | Update UST fee split between ch 11 and ch 7 | 0.4 | $ 525.00 | $ 210.00 |
| 10/19/2020 | Paul Neitzel | Business Operations | Call with CEO (Ned), HR (Ellen) and Payroll (Leann) re: timing of close. | 0.5 | $ 525.00 | $ 262.50 |
| 10/19/2020 | Paul Neitzel | Business Operations | Call with Jason (Pachulski) regarding US trustee fee | 0.2 | $ 525.00 | $ 105.00 |
| 10/19/2020 | Chris Peirce | Business Analysis | Send Kyle Okita and Congruent team the flash sales report | 0.1 | $ 375.00 | $ 37.50 |
| 10/19/2020 | Chris Peirce | Business Operations | Request files for cash flow forecast update | 0.1 | $ 375.00 | $ 37.50 |
| 10/19/2020 | Jim Gansman | Business Operations | Call w/ Paul,John,Ned and Jason re TSA regarding payroll, health benefits , 401k and other i | 1.4 | $ 575.00 | $ 805.00 |
| 10/19/2020 | Paul Neitzel | Business Operations | Call with BFV CEO, Jim, and counsel re TSA | 0.9 | $ 525.00 | $ 472.50 |
| 10/19/2020 | Paul Neitzel | Business Operations | Review Detroit and GRBC amendments and send for e-signature | 0.4 | $ 525.00 | $ 210.00 |
| 10/19/2020 | Paul Neitzel | Business Analysis | Discussion with Brian re UST fees and TSA disbursements | 0.7 | $ 525.00 | $ 367.50 |
| 10/19/2020 | Chris Peirce | Business Operations | Compile prior week cash flow actuals for forecast | 1.5 | $ 375.00 | $ 562.50 |
| 10/19/2020 | Brian Ayers | Business Analysis | Discussion with Paul Neitzel re UST fees and TSA disbursements | 0.7 | $ 475.00 | $ 332.50 |
| 10/20/2020 | Paul Neitzel | Landlord Negotiations | Store and distribute GRBC amendment | 0.2 | $ 525.00 | $ 105.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/20/2020 | Paul Neitzel | Business Operations | Call with BFV CEO & AP re: weekly business | 0.5 | $ 525.00 | $ 262.50 |
| 10/20/2020 | Paul Neitzel | Business Operations | Review and send GRBC assignment & assumption agreement to landlord for execution | 0.2 | $ 525.00 | $ 105.00 |
| 10/20/2020 | Paul Neitzel | Discussions with Lender | Call with Congruent CFO re: buyer status | 0.2 | $ 525.00 | $ 105.00 |
| 10/20/2020 | Paul Neitzel | Landlord Negotiations | Summarize and follow-up on lease assignments & assumptions | 0.7 | $ 525.00 | $ 367.50 |
| 10/20/2020 | Paul Neitzel | Business Operations | Call with companies TPA re: insurance past close | 0.5 | $ 525.00 | $ 262.50 |
| 10/20/2020 | Paul Neitzel | Business Operations | Call with Ned & Jim re: TPA | 0.2 | $ 525.00 | $ 105.00 |
| 10/20/2020 | Jim Gansman | Meetings - with Counsel | Call w/ HNI, Ellen, Tim and Paul re TSA and health plan | 0.7 | $ 575.00 | $ 402.50 |
| 10/20/2020 | Jim Gansman | Business Operations | Follow up call w Ned and Paul re HNI benefit call | 0.2 | $ 575.00 | $ 115.00 |
| 10/20/2020 | Chris Peirce | Business Operations | Cash flow call with company - discuss AP issues related to transition, gathering prior week a | 0.6 | $ 375.00 | $ 225.00 |
| 10/20/2020 | Jim Gansman | Sale Process | call w Congruent, Paul Hastings, Pachulski, WNJ and RC re transition service agreement | 0.6 | $ 575.00 | $ 345.00 |
| 10/20/2020 | Paul Neitzel | Meetings - with Counsel | Call with Jim and counsel and buyer re: TSA | 0.7 | $ 525.00 | $ 367.50 |
| 10/20/2020 | Paul Neitzel | Business Operations | Call with CEO & HR VP re: TSA | 0.3 | $ 525.00 | $ 157.50 |
| 10/20/2020 | Tim Peach | Business Operations | Analysis of benefit plan transfer issues; conference calls to discuss issues | 2.5 | $ 600.00 | $ 1,500.00 |
| 10/20/2020 | Chris Peirce | Business Operations | Cash flow actuals analysis | 0.5 | $ 375.00 | $ 187.50 |
| 10/21/2020 | Chris Peirce | Business Operations | Cash flow actuals analysis | 2.4 | $ 375.00 | $ 900.00 |
| 10/21/2020 | Chris Peirce | Business Operations | Cash flow call - discuss system change over with new accounts, and bank activity | 0.2 | $ 375.00 | $ 75.00 |
| 10/21/2020 | Tim Peach | Business Operations | Analysis of benefit plan transfer issues | 1.5 | $ 600.00 | $ 900.00 |
| 10/21/2020 | Paul Neitzel | Business Operations | Call with Ned & Denise (AP) | 0.1 | $ 525.00 | $ 52.50 |
| 10/21/2020 | Paul Neitzel | Business Operations | Call with buyer CFO re: funds flow | 0.1 | $ 525.00 | $ 52.50 |
| 10/22/2020 | Paul Neitzel | Sale Process | Call with Kyle re: BR assumption agreement | 0.2 | $ 525.00 | $ 105.00 |
| 10/22/2020 | Paul Neitzel | Business Analysis | Call with Ned re: prior week actuals | 0.9 | $ 525.00 | $ 472.50 |
| 10/22/2020 | Paul Neitzel | Sale Process | Call w Jim and review of first draft of flow of funds | 0.3 | $ 525.00 | $ 157.50 |
| 10/22/2020 | Tim Peach | Business Operations | Analysis of benefit plan transfer issues | 1 | $ 600.00 | $ 600.00 |
| 10/22/2020 | Chris Peirce | Business Operations | Update cash flow forecast file with actuals and analyze variances | 2 | $ 375.00 | $ 750.00 |
| 10/22/2020 | Chris Peirce | Business Operations | Cash flow call with Ned Lidvall - review actuals and discuss closing issues | 1 | $ 375.00 | $ 375.00 |
| 10/22/2020 | Paul Neitzel | Business Analysis | Review WDB & Funds Flow with Brian Ayers | 0.7 | $ 525.00 | $ 367.50 |
| 10/22/2020 | Paul Neitzel | Landlord Negotiations | summarize and follow-up on assignment and assumption agreements | 0.9 | $ 525.00 | $ 472.50 |
| 10/22/2020 | Jim Gansman | Sale Process | Call w Paul and review of first draft of flow of funds | 0.3 | $ 575.00 | $ 172.50 |
| 10/22/2020 | Jim Gansman | Sale Process | Set up call re 401k plan transfer | 0.2 | $ 575.00 | $ 115.00 |
| 10/22/2020 | Brian Ayers | Business Analysis | Call with Paul to review wind down budget and flow of funds at closing | 0.7 | $ 475.00 | $ 332.50 |
| 10/23/2020 | Jim Gansman | Sale Process | Review of flow of funds. | 0.4 | $ 575.00 | $ 230.00 |
| 10/23/2020 | Paul Neitzel | Business Operations | Call with BFV CEO re funds flow | 0.3 | $ 525.00 | $ 157.50 |
| 10/23/2020 | Chris Peirce | Sale Process | Send update on APA schedules to Pachulski, WN+J, Rock Creek, and Ned Lidvall | 0.1 | $ 375.00 | $ 37.50 |
| 10/23/2020 | Chris Peirce | Sale Process | Update APA schedules with property lease descriptions and dates | 0.6 | $ 375.00 | $ 225.00 |
| 10/23/2020 | Chris Peirce | Sale Process | Request new corporate office lease from company | 0.1 | $ 375.00 | $ 37.50 |
| 10/23/2020 | Paul Neitzel | Business Operations | Zoom with Denise & Matt re: WDB & FF | 0.4 | $ 525.00 | $ 210.00 |
| 10/24/2020 | Paul Neitzel | Landlord Negotiations | Calls and emails with buyer, seller and landlord (Indy) re: assignment & assumption agreem | 0.4 | $ 525.00 | $ 210.00 |
| 10/24/2020 | Paul Neitzel | Landlord Negotiations | Review Indy Lease re: guaranty | 0.6 | $ 525.00 | $ 315.00 |
| 10/24/2020 | Paul Neitzel | Business Operations | Review WDB with buyer and counsel | 1.1 | $ 525.00 | $ 577.50 |
| 10/25/2020 | Jim Gansman | Sale Process | Calls w/Paul, Travis, Ned, Chris and Paul re schedules to close and when closing time | 1.7 | $ 575.00 | $ 977.50 |
| 10/25/2020 | Jim Gansman | Sale Process | Call w/ Chris, Paul and Brian re wind down budget | 0.5 | $ 575.00 | $ 287.50 |
| 10/25/2020 | Jim Gansman | Sale Process | Call with Paul Neitzel and Chris Peirce regarding APA schedules | 0.6 | $ 575.00 | $ 345.00 |
| 10/25/2020 | Chris Peirce | Sale Process | Call with Paul Neitzel and Jim Gansman regarding APA schedules | 0.6 | $ 375.00 | $ 225.00 |
| 10/25/2020 | Chris Peirce | Sale Process | Update APA schedules | 0.5 | $ 375.00 | $ 187.50 |
| 10/25/2020 | Chris Peirce | Sale Process | Send updated APA schedules to Pachulski, Rock Creek, WN+J, Congruent, and Paul Hastings | 0.1 | $ 375.00 | $ 37.50 |
| 10/25/2020 | Chris Peirce | Sale Process | Call with Paul Neitzel, Jim Gansman, and Brian Ayers to discuss wind down budget | 0.5 | $ 375.00 | $ 187.50 |
| 10/25/2020 | Chris Peirce | Sale Process | Confirm whether PACA claim from Produce Alliance belongs on executory contract list | 0.1 | $ 375.00 | $ 37.50 |
| 10/25/2020 | Paul Neitzel | Sale Process | Call with Chris Peirce and Jim Gansman regarding APA schedules | 0.6 | $ 525.00 | $ 315.00 |
| 10/25/2020 | Paul Neitzel | Sale Process | Call with Chris Peirce and Travis Baldwin regarding Grubhub and Postmates contracts | 0.1 | $ 525.00 | $ 52.50 |
| 10/25/2020 | Paul Neitzel | Sale Process | Call w/ Ned Jim and John re true up | 0.3 | $ 525.00 | $ 157.50 |
| 10/25/2020 | Paul Neitzel | Business Operations | Call with Travis & Ned re: status of Indy lease, WDB & funds flow | 0.5 | $ 525.00 | $ 262.50 |
| 10/25/2020 | Paul Neitzel | Business Operations | Call with Brian Ayers, Jim Gansman, and Chris Peirce to discuss wind down budget | 0.5 | $ 525.00 | $ 262.50 |
| 10/25/2020 | Jim Gansman | Sale Process | Call w/ Ned Paul and John re true up | 0.3 | $ 575.00 | $ 172.50 |
| 10/25/2020 | Jim Gansman | Sale Process | Review and comment on emails from seller attorneys re schedules | 0.7 | $ 575.00 | $ 402.50 |
| 10/25/2020 | Chris Peirce | Sale Process | Call with Paul Neitzel and Travis Baldwin regarding Grubhub and Postmates contracts | 0.1 | $ 375.00 | $ 37.50 |
| 10/25/2020 | Chris Peirce | Sale Process | Review contracts for Grubhub and Postmates contracts and emails for any information on s | 0.2 | $ 375.00 | $ 75.00 |
| 10/25/2020 | Chris Peirce | Sale Process | Update schedules to include Grubhub and Postmates and send to Rock Creek, Congruent, | 0.2 | $ 375.00 | $ 75.00 |
| 10/25/2020 | Paul Neitzel | Business Operations | Review WDB with buyer (Matt & Kyle) | 1 | $ 525.00 | $ 525.00 |
| 10/25/2020 | Paul Neitzel | Business Operations | Discuss AP Aging with C Peirce | 0.5 | $ 525.00 | $ 262.50 |
| 10/25/2020 | Chris Peirce | Business Operations | Call with Paul Neitzel to discuss AP aging for schedules | 0.5 | $ 375.00 | $ 187.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/25/2020 | Chris Peirce | Sale Process | Send email to Jason Rosell and Liz Von Eitzen regarding future AP invoices | 0.1 | $ 375.00 | $ 37.50 |
| 10/25/2020 | Paul Neitzel | Business Operations | Work on WDB, call with buyer and debtor | 4.5 | $ 525.00 | $ 2,362.50 |
| 10/25/2020 | Brian Ayers | Sale Process | Call with Paul Neitzel, Jim Gansman, and Chris Peirce to discuss wind down budget | 0.5 | $ 475.00 | $ 237.50 |
| 10/25/2020 | Brian Ayers | Business Operations | Calls and emails regarding wind down budget revisions | 1.2 | $ 475.00 | $ 570.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Update APA schedules with AP future invoices and correct landlord names | 0.2 | $ 375.00 | $ 75.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Request confirmation on AP future invoices | 0.1 | $ 375.00 | $ 37.50 |
| 10/26/2020 | Chris Peirce | Sale Process | Review updated wind down budget and funds flow | 0.5 | $ 375.00 | $ 187.50 |
| 10/26/2020 | Paul Neitzel | Business Operations | Updating WDB for payroll, sales tax checks, cash in-transit and talking with buyer CFO | 0.8 | $ 525.00 | $ 420.00 |
| 10/26/2020 | Paul Neitzel | Business Operations | Call with Jason (Pachulski) re accrued payroll | 0.2 | $ 525.00 | $ 105.00 |
| 10/26/2020 | Paul Neitzel | Sale Process | Call with Jason (Pachulski) & John (BFV) re: oldco/newco payroll | 0.4 | $ 525.00 | $ 210.00 |
| 10/26/2020 | Jim Gansman | Sale Process | Review of emails from Buyer re payroll in WDB, calls w/ John , Jason and Paul and response | 0.6 | $ 575.00 | $ 345.00 |
| 10/26/2020 | Jim Gansman | Business Operations | 401k transition call w buyer and their reps. | 0.7 | $ 575.00 | $ 402.50 |
| 10/26/2020 | Tim Peach | Business Operations | Conference call to discuss benefit plan transfer approach | 0.7 | $ 600.00 | $ 420.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Emails regarding status of Grubhub and Postmates contracts regarding APA schedules | 0.3 | $ 375.00 | $ 112.50 |
| 10/26/2020 | Chris Peirce | Sale Process | Emails with company requesting Grubhub and Postmates contracts | 0.2 | $ 375.00 | $ 75.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Upload pre-petition contracts, leases, and employee agreements and provide access to Kyl | 0.6 | $ 375.00 | $ 225.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Send email to Travis Baldwin and Ned Lidvall regarding GrubHub and Postmates contracts | 0.1 | $ 375.00 | $ 37.50 |
| 10/26/2020 | Chris Peirce | Sale Process | Call with Paul Neitzel regarding final AP and Wind Down Budget for APA schedules | 0.2 | $ 375.00 | $ 75.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Finalize APA schedules and send to Pachulski, WN+J, Rock Creek, and Ned Lidvall | 0.5 | $ 375.00 | $ 187.50 |
| 10/26/2020 | Jim Gansman | Sale Process | Emails from/to UCC on WDB, | 0.4 | $ 575.00 | $ 230.00 |
| 10/26/2020 | Jim Gansman | Sale Process | Emails regarding Mark Sellers termination | 0.2 | $ 575.00 | $ 115.00 |
| 10/26/2020 | Jim Gansman | Sale Process | Calls regarding Rx, Dental and Vision plans | 0.3 | $ 575.00 | $ 172.50 |
| 10/26/2020 | Chris Peirce | Sale Process | Update APA schedules with transferred employee list send to attorneys | 0.2 | $ 375.00 | $ 75.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Review final APA schedules | 0.2 | $ 375.00 | $ 75.00 |
| 10/26/2020 | Jim Gansman | Sale Process | Call w Paul and Jason re assumed contracts | 0.3 | $ 575.00 | $ 172.50 |
| 10/26/2020 | Paul Neitzel | Sale Process | Call with Chris regarding final AP and Wind Down Budget for APA schedules | 0.2 | $ 525.00 | $ 105.00 |
| 10/26/2020 | Paul Neitzel | Sale Process | Calls and emails with UCC FA. Preparing schedules to answer questions and support WDB. | 2.1 | $ 525.00 | $ 1,102.50 |
| 10/26/2020 | Paul Neitzel | Sale Process | Work with congruent and lawyers on wind-down budget and support | 4.5 | $ 525.00 | $ 2,362.50 |
| 10/26/2020 | Paul Neitzel | Sale Process | Call w Jim and Jason re assumed contracts | 0.3 | $ 525.00 | $ 157.50 |
| 10/26/2020 | Paul Neitzel | Sale Process | Work with Congruent and lawyers on APA Schedules, assumed AP | 3 | $ 525.00 | $ 1,575.00 |
| 10/26/2020 | Paul Neitzel | Sale Process | Review TSA, talk to Ned & Ellen re: TSA, suggest new language to counsel for TSA | 1.7 | $ 525.00 | $ 892.50 |
| 10/27/2020 | Paul Neitzel | Sale Process | Jason John and Ned discuss AP cap | 0.5 | $ 525.00 | $ 262.50 |
| 10/27/2020 | Jim Gansman | Sale Process | Calls and emails re language for Section 2.3 A/P | 0.5 | $ 575.00 | $ 287.50 |
| 10/27/2020 | Paul Neitzel | Sale Process | Call with Travis and Matt Murphy | 0.2 | $ 525.00 | $ 105.00 |
| 10/27/2020 | Chris Peirce | Sale Process | Review emails regarding final AP schedule | 0.3 | $ 375.00 | $ 112.50 |
| 10/27/2020 | Paul Neitzel | Sale Process | Multiple calls with Matt Killabrew re: AP liability | 0.7 | $ 525.00 | $ 367.50 |
| 10/27/2020 | Paul Neitzel | Sale Process | Multiple calls with Denise (BFV) re: outstanding AP | 0.6 | $ 525.00 | $ 315.00 |
| 10/27/2020 | Paul Neitzel | Sale Process | Review AP in process documents from Denise (BFV) | 0.8 | $ 525.00 | $ 420.00 |
| 10/27/2020 | Paul Neitzel | Sale Process | Review APA for Excluded liabilities and credit card liabilities | 0.4 | $ 525.00 | $ 210.00 |
| 10/27/2020 | Paul Neitzel | Sale Process | Review EFT transactions from debtors bank accounts | 0.6 | $ 525.00 | $ 315.00 |
| 10/27/2020 | Paul Neitzel | Sale Process | Schedule landlord cures for processing | 0.3 | $ 525.00 | $ 157.50 |
| 10/27/2020 | Paul Neitzel | Sale Process | Move sale documents to RCA data site. Remove access from IB. | 0.2 | $ 525.00 | $ 105.00 |
| 10/27/2020 | Paul Neitzel | Business Operations | Emails re: GFS payment | 0.2 | $ 525.00 | $ 105.00 |
| 10/27/2020 | Paul Neitzel | Business Operations | Emails re: bank access | 0.2 | $ 525.00 | $ 105.00 |
| 10/27/2020 | Paul Neitzel | Business Operations | Bank statement review | 0.7 | $ 525.00 | $ 367.50 |
| 10/27/2020 | Paul Neitzel | Business Operations | Review AP payments vs WDB | 0.8 | $ 525.00 | $ 420.00 |
| 10/28/2020 | Paul Neitzel | Business Operations | Review bank activity | 0.7 | $ 525.00 | $ 367.50 |
| 10/28/2020 | Paul Neitzel | Business Operations | call with Chris and buyer to cutoff bank accounts | 0.5 | $ 525.00 | $ 262.50 |
| 10/28/2020 | Paul Neitzel | Business Operations | Processing GFS wire transfer, verifying amounts, transferring money between accounts to | 0.6 | $ 525.00 | $ 315.00 |
| 10/28/2020 | Paul Neitzel | Business Operations | Transferring funds between accounts and closing accounts. | 1.4 | $ 525.00 | $ 735.00 |
| 10/28/2020 | Paul Neitzel | Business Operations | Setup WDB details, outstanding checks, AP aging for input of actuals | 1.6 | $ 525.00 | $ 840.00 |
| 10/28/2020 | Paul Neitzel | Business Operations | Call with Chris to discuss bank accounts | 0.1 | $ 525.00 | $ 52.50 |
| 10/28/2020 | Paul Neitzel | Business Operations | Follow up call with Chris regarding managing bank balances | 0.1 | $ 525.00 | $ 52.50 |
| 10/28/2020 | Chris Peirce | Business Operations | Call with Paul Neitzel to discuss bank accounts | 0.1 | $ 375.00 | $ 37.50 |
| 10/28/2020 | Chris Peirce | Business Operations | Call with Paul Neitzel and Matt Killabrew regarding funds flow and bank accounts | 0.5 | $ 375.00 | $ 187.50 |
| 10/28/2020 | Chris Peirce | Business Operations | Follow up call with Paul Neitzel regarding managing bank balances | 0.1 | $ 375.00 | $ 37.50 |
| 10/28/2020 | Chris Peirce | Business Operations | Create file to track bank balances by day by account with activity | 2 | $ 375.00 | $ 750.00 |
| 10/28/2020 | Chris Peirce | Business Operations | Transfer funds to Mercantile accounts with negative balance | 0.5 | $ 375.00 | $ 187.50 |
| 10/28/2020 | Chris Peirce | Business Operations | Update oldco bank account file with outstanding sales tax checks | 0.2 | $ 375.00 | $ 75.00 |
| 10/28/2020 | Chris Peirce | Business Operations | Request all outstanding checks from Denise Willison | 0.1 | $ 375.00 | $ 37.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/28/2020 | Chris Peirce | Business Operations | Update Outstanding Check list in oldco bank balance file | 0.8 | $ 375.00 | $ 300.00 |
| 10/28/2020 | Paul Neitzel | Business Operations | BFV insurance discussions with buyer, broker, counsel. | 0.4 | $ 525.00 | $ 210.00 |
| 10/28/2020 | Chris Peirce | Business Operations | Add EFT's to bank account file | 0.6 | $ 375.00 | $ 225.00 |
| 10/29/2020 | Paul Neitzel | Business Operations | Call with buyer cfo and Chris Peirce to discuss payments | 0.3 | $ 525.00 | $ 157.50 |
| 10/29/2020 | Paul Neitzel | Business Operations | Call with buyer, Ned, Matt and Chris Peirce | 0.5 | $ 525.00 | $ 262.50 |
| 10/29/2020 | Chris Peirce | Business Operations | Call with Paul Neitzel and Matt Killebrew regarding daily bank transactions | 0.3 | $ 375.00 | $ 112.50 |
| 10/29/2020 | Chris Peirce | Business Operations | Update bank activity file with prior day transactions and send to Paul Neitzel and Matt Kille | 1 | $ 375.00 | $ 375.00 |
| 10/29/2020 | Chris Peirce | Business Operations | Call with Denise Willison, Ned Lidvall, Matt Killebrew, and Paul Neitzel regarding payments | 0.5 | $ 375.00 | $ 187.50 |
| 10/29/2020 | Paul Neitzel | Business Operations | Phone call and email Plante tax Partner Dean Feenstra re: 2020 tax returns | 0.3 | $ 525.00 | $ 157.50 |
| 10/29/2020 | Paul Neitzel | Business Operations | Document 2020 tax return plan for BFV board of directors | 1.8 | $ 525.00 | $ 945.00 |
| 10/29/2020 | Paul Neitzel | Business Operations | Document D&O plan for BFV board of directors | 1.2 | $ 525.00 | $ 630.00 |
| 10/29/2020 | Chris Peirce | Business Operations | Update bank activity file with checks and ACH's processed | 0.9 | $ 375.00 | $ 337.50 |
| 10/29/2020 | Chris Peirce | Business Operations | Review bank activity for charges hitting oldco accounts | 0.6 | $ 375.00 | $ 225.00 |
| 10/29/2020 | Chris Peirce | Business Operations | Download TCF transactions for the week and add to bank activity file for review | 0.5 | $ 375.00 | $ 187.50 |
| 10/30/2020 | Chris Peirce | Business Operations | Update bank activity file with prior day activity and balances | 0.5 | $ 375.00 | $ 187.50 |
| 10/30/2020 | Paul Neitzel | Business Operations | Call with Chris Peirce, Matt Killabrew and Denise re: oldco/newco payments | 0.7 | $ 525.00 | $ 367.50 |
| 10/30/2020 | Chris Peirce | Business Operations | Call with Denise Willison, Matt Killebrew, and Paul Neitzel to review current week disburse | 0.7 | $ 375.00 | $ 262.50 |
| 10/30/2020 | Paul Neitzel | Business Operations | Board meeting | 1 | $ 525.00 | $ 525.00 |
| 10/30/2020 | Paul Neitzel | Business Operations | Research on past-due rent owed by the estate for East Lansing | 0.6 | $ 525.00 | $ 315.00 |
| 10/30/2020 | Jim Gansman | Meetings - with Debtor | Prep for board call and calls w Paul and John re D&O | 0.5 | $ 575.00 | $ 287.50 |
| 10/30/2020 | Paul Neitzel | Business Operations | Review US Trustee fees from Q3 vs MOR and WDB | 0.5 | $ 525.00 | $ 262.50 |
| 10/30/2020 | Paul Neitzel | Business Operations | Produce Alliance PACA claim review | 0.4 | $ 525.00 | $ 210.00 |
| 10/31/2020 | Chris Peirce | Business Operations | Email to Matt Killebrew regarding forecasted expense | 0.1 | $ 375.00 | $ 37.50 |
| | | | Total | 241.2 | | $ 115,715.00 |