# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 11 |
| BARFLY VENTURES, LLC, *et. al.*,[1] | Case No. 20-01947 |
| Debtor. | (Jointly Administered) |

_____/

**MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTORS FOR OCTOBER 1, 2020 TO OCTOBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to provide services to: | Debtors |
| Effective Date of Retention: | June 3, 2020 |
| Period for which compensation is sought:[2] | October 1, 2020 – October 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $81,152.50<br>80% = $64,922.00<br>20% = $16,230.50 |
| Amount of expense reimbursement sought: | $390.39 |
| Total interim request: | $65,312.39 |

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCat-Chicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCat-GR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCat-Minneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

[2] Under the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 113], monthly fee statements are to be filed on or before the 20th of each month. The Court's order authorizing employment of Pachulski Stang Ziehl & Jones LLP, however, was not entered until July 22, 2020. Therefore, PSZJ delayed filing its fee statement until its retention was approved.

2

Dated:  November 20, 2020        **WARNER NORCROSS + JUDD LLP**

                                                /s/ *Rozanne M. Giunta*
                                                Rozanne M. Giunta (P29969)
                                                Stephen B. Grow (P39622)
                                                Elisabeth M. Von Eitzen (P70183)
                                                1500 Warner Building
                                                150 Ottawa Avenue, NW
                                                Grand Rapids, Michigan 49503
                                                Telephone: (616) 752-2000

                                                --and--

                                                **PACHULSKI STANG ZIEHL & JONES LLP**

                                                John W. Lucas (admitted *pro hac vice*)
                                                Jason Rosell (admitted *pro hac vice*)
                                                150 California Street, 15th Floor
                                                San Francisco, California 94111
                                                Telephone: (415) 263-7000

                                                *Counsel to the Debtors and Debtors in Possession*

**Pachulski Stang Ziehl & Jones LLP**

150 California St.
Floor 15th
San Francisco, CA 94111

Jeffrey Sorum
Barfly Ventures
35 Oakes St. SW #400
Grand Rapids, MI  49503

October 31, 2020
Invoice    126460
Client      07979
Matter     00002
**JWL**

RE:  Chapter 11

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   10/31/2020**

| | |
|---|---:|
| FEES | $81,880.00 |
| EXPENSES | $390.39 |
| LESS COURTESY DISCOUNT | $727.50 |
| **TOTAL CURRENT CHARGES** | **$81,542.89** |
| **BALANCE FORWARD** | **$129,255.23** |
| **LAST PAYMENT** | **$77,535.58** |
| **TOTAL BALANCE DUE** | **$133,262.54** |

| | | | | | |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | Page: | 2 |
| Barfly Ventures LLC | | | | Invoice 126460 | |
| 07979    - 00002 | | | | October 31, 2020 | |

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| BMM | Michael , Brittany M. | Counsel | 650.00 | 10.00 | $6,500.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 1025.00 | 0.20 | $205.00 |
| JHR | Rosell, Jason H. | Partner | 725.00 | 62.70 | $45,457.50 |
| JWL | Lucas, John W. | Partner | 825.00 | 31.70 | $26,152.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 425.00 | 2.30 | $977.50 |
| RJG | Gruber, Richard J. | Counsel | 1125.00 | 2.30 | $2,587.50 |
| | | | | 109.20 | $81,880.00 |

Pachulski Stang Ziehl & Jones LLP    Page:    3
Barfly Ventures LLC    Invoice 126460
07979    - 00002    October 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition [B130] | 81.90 | $63,097.50 |
| CA | Case Administration [B110] | 18.20 | $12,495.00 |
| CG | Corporate Governance/Board Mtr | 1.00 | $825.00 |
| CO | Claims Admin/Objections[B310] | 0.60 | $475.00 |
| CP | Compensation Prof. [B160] | 2.30 | $977.50 |
| EC | Executory Contracts [B185] | 0.40 | $290.00 |
| H | Hearings | 4.60 | $3,515.00 |
| IC | Insurance Coverage | 0.20 | $205.00 |
|   |   | 109.20 | $81,880.00 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page:       4 |
| Barfly Ventures LLC | Invoice 126460 |
| 07979    - 00002 | October 31, 2020 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Working Meals [E111] | $36.56 |
| Conference Call [E105] | $55.34 |
| Lexis/Nexis- Legal Research [E | $34.49 |
| Pacer - Court Research | $264.00 |
| | $390.39 |

| Pachulski Stang Ziehl & Jones LLP | Page: 5 |
|---|---|
| Barfly Ventures LLC | Invoice 126460 |
| 07979    - 00002 | October 31, 2020 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Disposition [B130]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2020 | JWL | AD | Call with UCC counsel regarding sale negotiation (.2); review updated budget (.2); email to broker regarding tail waiver (.1); another call with UCC counsel regarding wind down budget (.2); call with J. Gregg regarding settlement (.3); call with UCC counsel and J. Gregg regarding budget (.7); additional calls with Rock Creek, J. Gregg, and UCC regarding wind down budget (.6); prepare settlement email to J. Gregg (.9); | 3.20 | 825.00 | $2,640.00 |
| 10/01/2020 | JHR | AD | Prepare sale hearing witness list and related correspondence | 0.40 | 725.00 | $290.00 |
| 10/02/2020 | JWL | AD | Review final sale settlement from J. Gregg and respond (.3); calls with UCC counsel regarding same (.4); call with J. Gregg regarding pending deal (.1); call with lenders' counsel regarding same (.2); follow up call with Rock Creek regarding ch. 5 actions held back (.2); more calls and emails with UCC counsel and Rock Creek regarding potential deal (.3); follow up call with J. Gregg (.1); | 1.60 | 825.00 | $1,320.00 |
| 10/05/2020 | JWL | AD | Call with Warner Norcross regarding liquor license issues (.5); research regarding transfer of liquor licenses and email to buyer's counsel regarding the same (.8); call with J. Rosell regarding closing issues (.2); call with GFS regarding cure claim (.2); call with UCC counsel regarding sale and cures (.3); call with R. Hersch regarding closing issues (.2); | 2.00 | 825.00 | $1,650.00 |
| 10/05/2020 | JHR | AD | Call with J. Lucas re: sale issues | 0.40 | 725.00 | $290.00 |
| 10/06/2020 | JWL | AD | Reviews from buyer and buyer's representatives regarding transfer of liquor licenses and prepare response regarding the same (.7); call with counsel to PPP lender regarding sale and transition (.3); call with R. Hersch regarding sale closing (.2); call with lender's counsel regarding closing issues (.3); | 1.50 | 825.00 | $1,237.50 |
| 10/07/2020 | JWL | AD | Calls with J. Rosell regarding changes to sale order (.4); review and comment on the same (.4); | 0.80 | 825.00 | $660.00 |
| 10/07/2020 | JHR | AD | Review draft revised sale order | 0.50 | 725.00 | $362.50 |
| 10/07/2020 | JHR | AD | Review Committee revisions to sale order | 0.30 | 725.00 | $217.50 |
| 10/07/2020 | JHR | AD | Revise sale order and related correspondence with Committee and lenders | 0.90 | 725.00 | $652.50 |
| 10/07/2020 | JHR | AD | Revise sale order | 0.60 | 725.00 | $435.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:     6
Barfly Ventures LLC                                                        Invoice 126460
07979    - 00002                                                           October 31, 2020

|            |     |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    | Hours | Rate    | Amount     |
|------------|-----|----|----|---|---|---|
| 10/07/2020 | JHR | AD | Follow-up call with J. Lucas re: sale order | 0.20 | 725.00 | $145.00 |
| 10/07/2020 | JHR | AD | Call with J. Lucas re: sale order | 0.20 | 725.00 | $145.00 |
| 10/09/2020 | RJG | AD | Assist with issues relating to FIRPTA. | 0.40 | 1125.00 | $450.00 |
| 10/09/2020 | JWL | AD | Call with lender's counsel regarding sale issues (.2); call with J. Rosell regarding the sale order changes (.1); call with N. Livell regarding sale closing issues (.3); | 0.60 | 825.00 | $495.00 |
| 10/09/2020 | JHR | AD | Call with E. Von Eitzen re: APA schedules | 0.60 | 725.00 | $435.00 |
| 10/09/2020 | JHR | AD | Analyze APA schedules and related review of APA | 2.10 | 725.00 | $1,522.50 |
| 10/09/2020 | JHR | AD | Conference call with Rock Creek re: APA schedules | 1.00 | 725.00 | $725.00 |
| 10/09/2020 | JHR | AD | Prepare for conference call with Rock Creek re: APA schedules | 0.20 | 725.00 | $145.00 |
| 10/09/2020 | JHR | AD | Call with J. Lucas re: sale issues | 0.20 | 725.00 | $145.00 |
| 10/09/2020 | JHR | AD | Correspondence with J. Lucas re: APA issues | 0.20 | 725.00 | $145.00 |
| 10/09/2020 | JHR | AD | Correspondence with lenders re: APA schedules | 0.20 | 725.00 | $145.00 |
| 10/09/2020 | JHR | AD | Draft FIRPTA certificate template | 0.60 | 725.00 | $435.00 |
| 10/09/2020 | JHR | AD | Correspondence with purchaser and client re: bank account transition issues | 0.30 | 725.00 | $217.50 |
| 10/11/2020 | JWL | AD | Review revised sale order from lenders (.2); | 0.20 | 825.00 | $165.00 |
| 10/11/2020 | JWL | AD | call with GFS counsel regarding closing issues for the sale and GFS contract and emails with company regarding same (.5); | 0.50 | 825.00 | $412.50 |
| 10/11/2020 | JHR | AD | Analyze revisions to sale order and related correspondence with committee and buyer | 0.50 | 725.00 | $362.50 |
| 10/12/2020 | JWL | AD | Call with J. Rosell and lenders regarding sale order issues (.4); review changes to order from UCC and lenders regarding resolution of dispute on scope of retained claims (.5); call with Gordon Foods regarding settlement (.2); call with J. Gansman regarding the same (.1); follow up call with J. Rosell regarding terms of GFS deal and sale hearing issues (.1); respond to emails regarding finalizing sale order and GFS cure issues (.5); follow up with P. Neitzel regarding sale closing issues (.3); review exhibits to sale order and final sign off for the same (.8); prepare for hearing (.3); | 3.20 | 825.00 | $2,640.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 7 | |
| Barfly Ventures LLC | | | | | Invoice 126460 | |
| 07979   - 00002 | | | | | October 31, 2020 | |

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2020 | JHR | AD | Conference call with J. Lucas and lenders re: sale order issues | 0.50 | 725.00 | $362.50 |
| 10/12/2020 | JHR | AD | Correspondence with WNJ re: GFS issues | 0.10 | 725.00 | $72.50 |
| 10/12/2020 | JHR | AD | Call with Committee re: sale order | 0.60 | 725.00 | $435.00 |
| 10/12/2020 | JHR | AD | Correspondence with lenders re: sale order | 0.20 | 725.00 | $145.00 |
| 10/12/2020 | JHR | AD | Call with Committee re: sale order | 0.10 | 725.00 | $72.50 |
| 10/12/2020 | JHR | AD | Correspondence with lenders and Committee re: sale order | 0.20 | 725.00 | $145.00 |
| 10/12/2020 | JHR | AD | Revise sale order and related correspondence with Committee and lender | 0.30 | 725.00 | $217.50 |
| 10/12/2020 | JHR | AD | Revise final sale order and prepare for filing | 0.50 | 725.00 | $362.50 |
| 10/12/2020 | JHR | AD | Review Committee revisions to sale order and related correspondence with Committee | 0.50 | 725.00 | $362.50 |
| 10/12/2020 | JHR | AD | Call with J. Lucas re: sale order issues | 0.20 | 725.00 | $145.00 |
| 10/12/2020 | JHR | AD | Review revisions to sale order and related call with Committee | 0.30 | 725.00 | $217.50 |
| 10/12/2020 | JHR | AD | Review board resolutions for closing purposes | 0.20 | 725.00 | $145.00 |
| 10/12/2020 | JHR | AD | Revise sale order and notice and related correspondence with WNJ | 1.10 | 725.00 | $797.50 |
| 10/12/2020 | JHR | AD | Call with lenders re: sale order | 0.50 | 725.00 | $362.50 |
| 10/13/2020 | JWL | AD | Prepare for Oct. 13 sale hearing (.7); call with J. Rosell regarding the same (.4); respond to question from client regarding liquor licenses (.3); | 1.40 | 825.00 | $1,155.00 |
| 10/13/2020 | JHR | AD | Analyze draft lease assignment agreement and related correspondence with WNJ | 0.30 | 725.00 | $217.50 |
| 10/13/2020 | JHR | AD | Revise sale order and related correspondence with Committee, Gordon Foods, buyer, and UST | 0.70 | 725.00 | $507.50 |
| 10/13/2020 | JHR | AD | Review APA and proposed sale order for closing issues and related correspondence with client | 0.60 | 725.00 | $435.00 |
| 10/13/2020 | JHR | AD | Prepare closing documents | 1.70 | 725.00 | $1,232.50 |
| 10/13/2020 | JHR | AD | Revise sale order and related correspondence with objecting parties | 0.70 | 725.00 | $507.50 |
| 10/13/2020 | JHR | AD | Analyze purchased actions and related correspondence with J. Lucas | 0.20 | 725.00 | $145.00 |

Pachulski Stang Ziehl & Jones LLP  
Barfly Ventures LLC  
07979    - 00002

Page:    8  
Invoice 126460  
October 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2020 | JHR | AD | Revise FIRPTA certificate | 0.20 | 725.00 | $145.00 |
| 10/13/2020 | JHR | AD | Call with J. Lucas re: sale hearing | 0.40 | 725.00 | $290.00 |
| 10/14/2020 | RJG | AD | Assist with FIRPTA issues. | 0.30 | 1125.00 | $337.50 |
| 10/14/2020 | JWL | AD | Review and revise liquor license letter from BFV to buyer (.3); | 0.30 | 825.00 | $247.50 |
| 10/14/2020 | JHR | AD | Revise sale order and related correspondence with Committee and Gordon Foods | 0.30 | 725.00 | $217.50 |
| 10/14/2020 | JHR | AD | Prepare for call with client and Rock Creek re: closing issues | 0.20 | 725.00 | $145.00 |
| 10/14/2020 | JHR | AD | Conference call with client and Rock Creek re: closing issues | 1.30 | 725.00 | $942.50 |
| 10/14/2020 | JHR | AD | Analyze revisions to form of leas assignment agreement | 0.20 | 725.00 | $145.00 |
| 10/14/2020 | JHR | AD | Draft correspondence to purchaser re: liquor license issues | 1.30 | 725.00 | $942.50 |
| 10/14/2020 | JHR | AD | Correspondence with client re: APA issues | 0.20 | 725.00 | $145.00 |
| 10/14/2020 | JHR | AD | Correspondence with Gordon Foods re: cure amount | 0.20 | 725.00 | $145.00 |
| 10/15/2020 | RJG | AD | Review and prepare markup of closing documents; dialogue with Jason H. Rosell regarding same. | 1.20 | 1125.00 | $1,350.00 |
| 10/15/2020 | JWL | AD | Call with J. Rosell regarding closing issues (.2); call with lender's counsel regarding closing (.2); review and respond to email from M. Sellers' counsel regarding sale issues (.4); | 0.90 | 825.00 | $742.50 |
| 10/15/2020 | JHR | AD | Call with J. Lucas re: sale issues | 0.20 | 725.00 | $145.00 |
| 10/15/2020 | JHR | AD | Correspondence with purchaser re: APA amendments and schedules | 0.10 | 725.00 | $72.50 |
| 10/15/2020 | JHR | AD | Prepare closing documents | 0.50 | 725.00 | $362.50 |
| 10/15/2020 | JHR | AD | Call with purchaser re: closing issues | 0.20 | 725.00 | $145.00 |
| 10/15/2020 | JHR | AD | Research re: FIRPTA closing issues | 0.70 | 725.00 | $507.50 |
| 10/15/2020 | JHR | AD | Revise closing documents and related correspondence with purchaser | 1.10 | 725.00 | $797.50 |
| 10/16/2020 | JWL | AD | Review changes to closing documents (.5); pre-closing call with buyers (.7); call with GFS regarding closing issues and emails to parties | 3.70 | 825.00 | $3,052.50 |

Pachulski Stang Ziehl & Jones LLP                                                                 Page:    9
Barfly Ventures LLC                                                                               Invoice 126460
07979    - 00002                                                                                  October 31, 2020

|            |     |    |                                                                                                                                                                                                                                                                                                                                                  | Hours | Rate   | Amount      |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-------------|
|            |     |    | regarding same (.4); call with UCC counsel regarding closing issues (.2); call with N. Lidvall regarding closing issues (.2); numerous calls and emails with client and Rock Creek regarding closing issues and liquor license issues (1.7);                                                                                                                     |       |        |             |
| 10/16/2020 | JHR | AD | Review proposed Gordon Foods stipulation and related correspondence                                                                                                                                                                                                                                                                                              | 0.20  | 725.00 | $145.00     |
| 10/16/2020 | JHR | AD | Analyze revised bill of sale and related correspondence with buyer                                                                                                                                                                                                                                                                                               | 0.30  | 725.00 | $217.50     |
| 10/16/2020 | JHR | AD | Analyze wind-down budget and related correspondence with Rock Creek                                                                                                                                                                                                                                                                                              | 0.30  | 725.00 | $217.50     |
| 10/16/2020 | JHR | AD | Review revised FIRPTA certificate                                                                                                                                                                                                                                                                                                                                | 0.10  | 725.00 | $72.50      |
| 10/16/2020 | JHR | AD | Conference call with client and Rock Creek re: APA schedules (partial)                                                                                                                                                                                                                                                                                           | 0.60  | 725.00 | $435.00     |
| 10/16/2020 | JHR | AD | Conference call with Rock Creek and buyer re: closing issues                                                                                                                                                                                                                                                                                                     | 0.70  | 725.00 | $507.50     |
| 10/16/2020 | JHR | AD | Call with J. Lucas re: closing issues                                                                                                                                                                                                                                                                                                                            | 0.20  | 725.00 | $145.00     |
| 10/16/2020 | JHR | AD | Review draft amended APA                                                                                                                                                                                                                                                                                                                                         | 0.20  | 725.00 | $145.00     |
| 10/18/2020 | JWL | AD | Email to N. Lidval regarding liquor license issues (.5);                                                                                                                                                                                                                                                                                                         | 0.50  | 825.00 | $412.50     |
| 10/19/2020 | JWL | AD | Call with GFS counsel regarding closing issues (.2); review amended sale order and comment on TSA agreement (1.1); call with buyer's counsel regarding stip to amend the order (.2); call with client and Rock Creek regarding payroll closing issues (.8); another call with buyer's counsel regarding closing issues (.3); review cash flows and budgets for extending closing (.5); | 3.10  | 825.00 | $2,557.50   |
| 10/19/2020 | JHR | AD | Draft stipulation for amended sale order and related research                                                                                                                                                                                                                                                                                                    | 1.40  | 725.00 | $1,015.00   |
| 10/19/2020 | JHR | AD | Call with Rock Creek re: UST fees for wind-down budget                                                                                                                                                                                                                                                                                                           | 0.20  | 725.00 | $145.00     |
| 10/19/2020 | JHR | AD | Review draft management agreement                                                                                                                                                                                                                                                                                                                                | 0.30  | 725.00 | $217.50     |
| 10/19/2020 | JHR | AD | Call with Committee re: amended sale order                                                                                                                                                                                                                                                                                                                       | 0.20  | 725.00 | $145.00     |
| 10/19/2020 | JHR | AD | Revise sale order and related correspondence with WNJ                                                                                                                                                                                                                                                                                                            | 0.10  | 725.00 | $72.50      |
| 10/19/2020 | JHR | AD | Revise stipulation to amend sale order                                                                                                                                                                                                                                                                                                                           | 0.20  | 725.00 | $145.00     |

Pachulski Stang Ziehl & Jones LLP  
Barfly Ventures LLC  
07979    - 00002  

Page:    10  
Invoice 126460  
October 31, 2020  

|            |     |    |                                                                                                       | Hours | Rate    | Amount    |
|------------|-----|----|-------------------------------------------------------------------------------------------------------|-------|---------|-----------|
| 10/19/2020 | JHR | AD | Correspondence with buyer re: sale order and stipualtion                                              | 0.30  | 725.00  | $217.50   |
| 10/19/2020 | JHR | AD | Conference call with client and Rock Creek re: transition issues                                      | 0.90  | 725.00  | $652.50   |
| 10/19/2020 | JHR | AD | Correspondence with client re: transition services agreement                                          | 0.20  | 725.00  | $145.00   |
| 10/19/2020 | JHR | AD | Correspondence with Rock Creek re: closing costs                                                      | 0.20  | 725.00  | $145.00   |
| 10/19/2020 | JHR | AD | Call with WNJ re: revised sale order                                                                  | 0.30  | 725.00  | $217.50   |
| 10/20/2020 | JWL | AD | Call with client and buyer regarding closing issues (.6); review revised TSA regarding liquor licenses (.2); | 0.80  | 825.00  | $660.00   |
| 10/20/2020 | JHR | AD | Call with WNJ re: amended sale order                                                                  | 0.20  | 725.00  | $145.00   |
| 10/20/2020 | JHR | AD | Conference call with buyer re: transition service issues                                              | 0.60  | 725.00  | $435.00   |
| 10/20/2020 | JHR | AD | Analyze draft amended APA and related correspondence with purchaser                                   | 0.40  | 725.00  | $290.00   |
| 10/20/2020 | JHR | AD | Analyze sale order and related correspondence with Committee and Purchaser re: amended sale order     | 0.70  | 725.00  | $507.50   |
| 10/20/2020 | JHR | AD | Analyze DR inventory / accounts receivable issue                                                      | 0.20  | 725.00  | $145.00   |
| 10/21/2020 | RJG | AD | Assist Jason H. Rosell regarding Transition Services Agreement.                                       | 0.40  | 1125.00 | $450.00   |
| 10/21/2020 | JHR | AD | Analyze draft transition services agreement                                                           | 0.70  | 725.00  | $507.50   |
| 10/21/2020 | JHR | AD | Correspondence with Rock Creek re: TSA issues                                                         | 0.20  | 725.00  | $145.00   |
| 10/21/2020 | JHR | AD | Analyze amended sale order                                                                            | 0.30  | 725.00  | $217.50   |
| 10/21/2020 | JHR | AD | Correspondence with client re: credit card transaction issues                                         | 0.30  | 725.00  | $217.50   |
| 10/22/2020 | JWL | AD | Call with J. Rosell regarding closing issues (.2); review closing set of documents (.2);              | 0.40  | 825.00  | $330.00   |
| 10/22/2020 | JHR | AD | Call with J. Lucas re: sale issues                                                                    | 0.20  | 725.00  | $145.00   |
| 10/22/2020 | JHR | AD | Correspondence with client and buyer re: open sale issues                                             | 0.50  | 725.00  | $362.50   |
| 10/22/2020 | JHR | AD | Revise sale closing documents                                                                         | 1.60  | 725.00  | $1,160.00 |
| 10/22/2020 | JHR | AD | Call with Rock Creek re: wind down budget issues                                                      | 0.20  | 725.00  | $145.00   |

Pachulski Stang Ziehl & Jones LLP  
Barfly Ventures LLC  
07979    - 00002

Page:    11  
Invoice 126460  
October 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2020 | JWL | AD | Review closing documents (.4); | 0.40 | 825.00 | $330.00 |
| 10/23/2020 | JHR | AD | Analyze draft funds flow memorandum and related correspondence with Rock Creek | 0.50 | 725.00 | $362.50 |
| 10/23/2020 | JHR | AD | Analyze revised transition services agreement and related correspondence with buyer | 0.30 | 725.00 | $217.50 |
| 10/24/2020 | JHR | AD | Correspondence with buyer and client re: closing issues | 0.50 | 725.00 | $362.50 |
| 10/25/2020 | JWL | AD | Calls with J. Gansman, P. Neitzl and Ned L. regarding closing issues (.8); | 0.80 | 825.00 | $660.00 |
| 10/25/2020 | JHR | AD | Correspondence with N. Lidvall re: license issues | 0.10 | 725.00 | $72.50 |
| 10/25/2020 | JHR | AD | Analyze claims report for wind down budget purposes | 0.20 | 725.00 | $145.00 |
| 10/26/2020 | JWL | AD | Respond to questions regarding closing (.3); attend all hands seller side call regarding closing (.3); more calls with N. Lidvall regarding closing and termination of M. Sellers (.3); call with M. Sellers regarding same (.3); call with buyer's counsel regarding the same (.2); call with UCC counsel regarding closing (.3); | 1.70 | 825.00 | $1,402.50 |
| 10/26/2020 | JHR | AD | Correspondence with client and buyer re: closing issues | 0.50 | 725.00 | $362.50 |
| 10/26/2020 | JHR | AD | Review revised APA schedules and funds flow | 0.60 | 725.00 | $435.00 |
| 10/26/2020 | JHR | AD | Call with Rock Creek re: wind down budget issues | 0.20 | 725.00 | $145.00 |
| 10/26/2020 | JHR | AD | Correspondence with Rock Creek re: payroll issues | 0.30 | 725.00 | $217.50 |
| 10/26/2020 | JHR | AD | Call with Rock Creek re: payroll issuees | 0.30 | 725.00 | $217.50 |
| 10/26/2020 | JHR | AD | Correspondence with client re: food delivery contracts | 0.20 | 725.00 | $145.00 |
| 10/26/2020 | JHR | AD | Call with WNJ re: closing issuees | 0.40 | 725.00 | $290.00 |
| 10/26/2020 | JHR | AD | Analyze employee roster and related closing issues | 0.20 | 725.00 | $145.00 |
| 10/26/2020 | JHR | AD | Conference call with Rock Creek and client re: closing issues | 0.40 | 725.00 | $290.00 |
| 10/26/2020 | JHR | AD | Prepare for call with client re: closing issues | 0.20 | 725.00 | $145.00 |
| 10/26/2020 | JHR | AD | Revise APA re: transferred employees | 0.50 | 725.00 | $362.50 |
| 10/26/2020 | JHR | AD | Call with committee re: wind down budget issues | 0.20 | 725.00 | $145.00 |

| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 12 |
|---|---|---|---|---|---|
| Barfly Ventures LLC | | | | | Invoice 126460 |
| 07979    - 00002 | | | | | October 31, 2020 |

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2020 | JHR | AD | Coordinate closing and related issues | 3.10 | 725.00 | $2,247.50 |
| 10/27/2020 | JWL | AD | Call with J. Rosell, client and Rock Creek regarding closing issues (.4); | 0.40 | 825.00 | $330.00 |
| 10/27/2020 | JHR | AD | Closing issues with buyer and client re: accounts payable | 1.30 | 725.00 | $942.50 |
| 10/27/2020 | JHR | AD | Analyze revised APA re: accounts payable issues | 0.30 | 725.00 | $217.50 |
| 10/27/2020 | JHR | AD | Conference call with client and Rock Creek re: closing issuees | 0.50 | 725.00 | $362.50 |
| 10/27/2020 | JHR | AD | Conference call with client and Rock Creek re: APA issues | 0.30 | 725.00 | $217.50 |
| 10/27/2020 | JHR | AD | Revise APA re: accounts payable | 0.20 | 725.00 | $145.00 |
| 10/27/2020 | JHR | AD | Correspondence with buyer re: revisions to APA | 0.40 | 725.00 | $290.00 |
| 10/27/2020 | JHR | AD | Review closing documents | 0.40 | 725.00 | $290.00 |
| 10/27/2020 | JHR | AD | Review closing payment schedule | 0.20 | 725.00 | $145.00 |
| 10/29/2020 | JHR | AD | Call with Mercantile Bank re: credit card accounts | 0.20 | 725.00 | $145.00 |
| 10/29/2020 | JHR | AD | Prepare for call with Mercantile Bank re: credit card accounts | 0.10 | 725.00 | $72.50 |
| | | | | **81.90** | | **$63,097.50** |

### Case Administration [B110]

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2020 | JHR | CA | Correspondence with B. Michael re: motion to convert | 0.30 | 725.00 | $217.50 |
| 10/08/2020 | BMM | CA | Draft motion to convert and substantively consolidate Debtors' cases. | 5.60 | 650.00 | $3,640.00 |
| 10/09/2020 | JHR | CA | Research re: conversion of cases and related correspondence with B. Michael | 0.90 | 725.00 | $652.50 |
| 10/12/2020 | BMM | CA | Revise motion to substantively consolidation and convert. | 1.90 | 650.00 | $1,235.00 |
| 10/15/2020 | JHR | CA | Revise motion for substantive consolidation and conversion | 4.10 | 725.00 | $2,972.50 |
| 10/18/2020 | BMM | CA | Research limited liability company dissolution laws in Nebraska and Indiana. | 1.50 | 650.00 | $975.00 |
| 10/19/2020 | BMM | CA | Revise motion for substantive consolidation and conversion to include Indiana and Nebraska law. | 1.00 | 650.00 | $650.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 13 | |
| Barfly Ventures LLC | | | | | Invoice 126460 | |
| 07979    - 00002 | | | | | October 31, 2020 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2020 | JHR | CA | Revise substantive consolidation and conversion motion | 1.90 | 725.00 | $1,377.50 |
| 10/28/2020 | JHR | CA | Call with Rock Creek: re: wind down issues | 0.10 | 725.00 | $72.50 |
| 10/30/2020 | JWL | CA | Call with P. Neitzel regarding timing and case conversion issues (.2); review motion to subcon and convert (.3); | 0.50 | 825.00 | $412.50 |
| 10/30/2020 | JHR | CA | Correspondence with client re: motion to convert | 0.20 | 725.00 | $145.00 |
| 10/30/2020 | JHR | CA | Analyze D&O quotes and related analysis to wind-down budget | 0.20 | 725.00 | $145.00 |
| | | | | **18.20** | | **$12,495.00** |

**Corporate Governance/Board Mtr**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/2020 | JWL | CG | Attend board meeting regarding conversion (.9); call with Iain Nasastir regarding D&O tail (.1); | 1.00 | 825.00 | $825.00 |
| | | | | **1.00** | | **$825.00** |

**Claims Admin/Objections[B310]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/15/2020 | JHR | CO | Correspondence with WNJ and Rock Creek re: PACA and 503(b)(9) claims | 0.20 | 725.00 | $145.00 |
| 10/21/2020 | JWL | CO | Call with NCR Corp regarding cure claim (.2); call with Rock Creek regarding same (.2); | 0.40 | 825.00 | $330.00 |
| | | | | **0.60** | | **$475.00** |

**Compensation Prof. [B160]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/2020 | PJJ | CP | Draft final fee application. | 2.30 | 425.00 | $977.50 |
| | | | | **2.30** | | **$977.50** |

**Executory Contracts [B185]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/28/2020 | JHR | EC | Review draft motion to reject contracts and related review of APAA | 0.40 | 725.00 | $290.00 |
| | | | | **0.40** | | **$290.00** |

**Hearings**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2020 | JWL | H | Attend sale hearing on resolved sale issues (.2); | 0.20 | 825.00 | $165.00 |
| 10/02/2020 | JHR | H | Attend 10/2 status conference hearing | 0.60 | 725.00 | $435.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 14
Barfly Ventures LLC  Invoice 126460
07979   - 00002  October 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2020 | JWL | H | Attend Oct. 13 sale hearing (1.6); | 1.60 | 825.00 | $1,320.00 |
| 10/13/2020 | JHR | H | Attend continued sale hearing | 1.70 | 725.00 | $1,232.50 |
| 10/13/2020 | JHR | H | Prepare for sale hearing | 0.50 | 725.00 | $362.50 |
|  |  |  |  | **4.60** |  | **$3,515.00** |

**Insurance Coverage**

| 10/30/2020 | IAWN | IC | Review John Lucas email and file re telephone call from John Lucas | 0.10 | 1025.00 | $102.50 |
|---|---|---|---|---|---|---|
| 10/30/2020 | IAWN | IC | Telephone conference with John Lucas re insurance | 0.10 | 1025.00 | $102.50 |
|  |  |  |  | **0.20** |  | **$205.00** |

**TOTAL SERVICES FOR THIS MATTER:**  **$81,880.00**

| | | | | |
|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | Page:    15 |
| Barfly Ventures LLC | | | | Invoice 126460 |
| 07979    - 00002 | | | | October 31, 2020 |

**Expenses**

| | | | |
|---|---|---|---|
| 08/01/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 14.83 |
| 08/11/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 1.31 |
| 09/02/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 2.26 |
| 09/02/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 0.06 |
| 09/02/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 9.52 |
| 09/02/2020 | LN | 07979.00002 Lexis Charges for 09-02-20 | 12.73 |
| 09/08/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 2.93 |
| 09/08/2020 | LN | 07979.00002 Lexis Charges for 09-08-20 | 11.25 |
| 09/09/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 14.62 |
| 09/11/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 6.37 |
| 09/15/2020 | CC | Conference Call [E105] AT&T Conference Call, JWL | 3.44 |
| 09/29/2020 | LN | 07979.00002 Lexis Charges for 09-29-20 | 10.51 |
| 10/09/2020 | BM | Business Meal [E111]  Slice of Paradi, working meal, JHR | 36.56 |
| 10/31/2020 | PAC | Pacer - Court Research | 264.00 |
| **Total Expenses for this Matter** | | | **$390.39** |

Pachulski Stang Ziehl & Jones LLP                                            Page:     16
Barfly Ventures LLC                                                          Invoice 126460
07979    - 00002                                                             October 31, 2020

---

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    10/31/2020

| | |
|---|---:|
| **Total Fees** | **$81,880.00** |
| **Total Expenses** | **390.39** |
| **Less Courtesy Discount** | **$727.50** |
| **Total Due on Current Invoice** | **$81,542.89** |

**Outstanding Balance from prior invoices as of**    10/31/2020        (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125564 | 07/31/2020 | $81,370.00 | $652.09 | $7,535.21 |
| 125858 | 08/31/2020 | $32,489.50 | $355.84 | $32,845.34 |
| 125943 | 09/30/2020 | $56,695.50 | $0.00 | $11,339.10 |

**Total Amount Due on Current and Prior Invoices:**                           **$133,262.54**