UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

    Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF PAPERS AND TO BE ADDED TO BANKRUPTCY MATRIX
ON BEHALF OF GREAT LAKES HOTEL SUPPLY CO.

TO:  All parties in interest

PLEASE TAKE NOTICE that Great Lakes Hotel Supply Co. appears herein by

its attorneys, Maddin Hauser Roth & Heller, P.C., and requests to be added to the

bankruptcy matrix, and that all notices given or required to be served in this case be

given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes,

---

1 The Debtors are: Barfly Ventures, LLC (8379); Barfly Management, LLC (6274); 9 Volt, LLC, d/b/a HopCat (1129); 50 Amp Fuse, LLC, d/b/a Stella's Lounge (3684); GRBC Holdings, LLC, d/b/a Grand Rapids Brewing Company (2130); E L Brewpub, LLC, d/b/a HopCat East Lansing (5334); HopCat-Ann Arbor, LLC (5229); HopCat-Chicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCat-GR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC, d/b/a HopCat-Broad Ripple (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC, d/b/a HopCat-KC, LLC and Tikicat (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCat-Minneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC, d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon (4255).
03345961 v1

without limitation, orders and notices of any application, motion, petition, pleading,

request, complaint or demand, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise.

Respectfully submitted,

MADDIN HAUSER ROTH & HELLER, P.C.


*/s/ David M. Eisenberg*
DAVID M. EISENBERG (P68678)
Counsel for Great Lakes Hotel Supply Co.
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
(248) 354-4030
deisenberg@maddinhauser.com

DATED:  November 23, 2020