**Form STKCERT/STKCERTM** (09/17)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Barfly Ventures, LLC**<br>35 Oakes Street SW #400<br>Grand Rapids, MI 49503<br>Tax ID: 27–1798379<br><br>**Debtor** | **Case Number 20–01947–jwb**<br><br>**Chapter 11**<br><br>**Honorable James W. Boyd** |

## NOTICE STRIKING CERTIFICATE OF SERVICE

   In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to Administrative Order No. 2014–4, the Certificate of Service filed 11/17/2020 , document no. 394 is deemed defective and has been stricken.

   Reason: The mailing matrix does not include a court generated date stamp.

   The Certificate of Service must be refiled with the Court to correct the defect within fourteen (14) days of the date below. A Certificate of Service which is timely filed to correct the defect shall be considered filed as of the date that it was originally filed with the court.



*Michelle M. Wilson*
Michelle M. Wilson
Clerk of Court

**Dated:** November 25, 2020

---

[1] *Aliases for Debtor Barfly Ventures, LLC : Note See Joint Administration Order (DN 60)*