## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Joint Administration*

### CERTIFICATE OF SERVICE

The undersigned certifies that on December 1, 2020, a copy of the document listed below was served by CM/ECF and on the attached service list by first class mail, postage prepaid:

**Order Granting Debtors' Sixth Omnibus Motion for Entry of an Order Rejecting Certain Executory Contracts and Unexpired Leases and to Abandon any Remaining Personal Property Located at the Leased Premises**

Dated:  December 1, 2020

WARNER NORCROSS + JUDD LLP


/s/ Elisabeth M. Von Eitzen
Rozanne M. Giunta (P29969)
Elisabeth M. Von Eitzen (P70183)
Stephen B. Grow (P39622)
150 Ottawa Avenue, NW Ste. 1500
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000
Attorneys for Debtors

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

Airgas Bulk
2530 Sever Road Ste 300
Lawrenceville GA 30043

Airgas Rental
6055 Rockside Woods Blvd
Independence OH 44131

Abel Balderas
317 Maizie Lane
Sparta MI 49345

Bank of the West
Dept LA 23091
Pasadena CA 91185

Shawn Blonk
1063 Ardmore St SE
Grand Rapids MI 49507

Boss Business Solutions, LLC
724 George St.
Midland, MI 48640

Corrigan Moving Systems
Corrigan Logistics
23923 Research Drive
Farmington Hills MI 48335

Ecolab EcoSure
26397 Network Place
Chicago IL  60673

Ecolab Pest Elim Div
655 Lone Oak Dr ESC E3
Eagan, MN 55121

Garda CL Great Lakes Inc
GardaWorld
2000 NW Corporate Blvd
Boca Raton FL 33431

Gather/Triple Seat
715 Peachtree St NE  Ste 800
Atlanta GA 30308

Great America Financial Services
625 First Street SE
Cedar Springs IA 52401

Grubhub
111 W Washington Ste 2100
Chicago IL 60602

Hypercore Networks
PO Box 840964
Dallas TX 75284

Ice Town
140 N Mitchell Ct  Ste 100
Addison IL 60601

Jake Kibler
7708 Canary Lane
Jenison MI 49428

Kevin Kozak
2757 Copper Hill Dr NE
Grand Rapids MI 49525

Mlive Media Group
3102 Walker Ridge Dr NW
Walker MI 49544

NuCO2
2800 SE Market Place
Stuart FL 34997

O.P.E.N. America Inc
Open Works
4742 North 24th St  Ste 450
Phoenix AZ 85016

Palladin PR
633 W 5th St  28th Fl
Los Angeles CA 90071

Paytronix Systems Inc.
80 Bridge St
Newton MA 02458

Justin Pollock
1310 Aberdeen St NE
Grand Rapids MI 49505

Postmates
690 5th Street
San Francisco CA 94107

SALT Production Agency
1837 Pembroke St SE
Grand Rapids MI 49508

Mark A Sellers III
1040 Oakleigh St NW
Grand Rapids MI 49504

Richard Smith
26 Gibraltar Drive N
Rockford MI 49341

Sonitrol Great Lakes-Michigan
Sonitrol Great Lakes
7241 Fenton Road
Grand Blanc MI 48439

Star2Star Communications
600 Tallevast Rd  St 202
Sarasota FL 37243

TIAA
10 Waterview Blvd
Parsippany NY 07054

Ellen Winterburn
7795 Wedgemont Ct SE
Alton MI 49302

Office of the US Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2865