# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

## NOTICE OF FIRST APPLICATION OF JAFFE RAITT HEUER & WEISS, P.C. FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Notice is hereby given that the following professional persons have made application to the United States Bankruptcy Court for the Western District of Michigan for allowance and payment of fees and expenses incurred for the period from June 25, 2020 through October 31, 2020, as listed below:

| | |
|---|---|
| Professional (name and address): | Jaffe Raitt Heuer & Weiss, P.C. 27777 Franklin, Suite 2500 Southfield, MI 48034 |
| Fees requested: | $117,864.29 |
| Expenses requested: | $482.32 |
| Fees previously allowed by Court: | N/A |

PLEASE NOTE: The application is available for public review at the Clerk's Office, One Division North, Grand Rapids, Michigan, Monday through Friday, from 8:00 a.m. – 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have any objection, you have 21 days from the date of service of this notice in which to file such written objection. If an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

_____

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

ANY OBJECTION MUST BE TIMELY FILED WITH:

United State Bankruptcy Court
One Division North
Grand Rapids, Michigan 49503

A COPY OF ANY OBJECTION MUST ALSO BE SENT TO:

Jaffe Raitt Heuer & Weiss, P.C.
Attn: Paul R. Hage
27777 Franklin, Suite 2500
Southfield, Michigan 48034
phage@jaffelaw.com

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:___/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS &
HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com

*Counsel to the Official Committee of Unsecured
Creditors of Barfly Ventures, LLC et al.*

Dated: December 2, 2020.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al,*[2]

                    Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

**FIRST APPLICATION OF JAFFE RAITT HEUER & WEISS, P.C.**
**FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Jaffe Raitt Heuer & Weiss, P.C. ("Jaffe"), counsel to the Official Committee of Unsecured

Creditors of Barfly Ventures, LLC (the "Committee") appointed in the above-captioned chapter

11 cases, submits this first application (the "Fee Application") for compensation for services

rendered and reimbursement of expenses incurred as counsel to the Committee from June 25, 2020

through October 31, 2020 (the "Application Period"), pursuant to section 330 and 331 of the

Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy

Rule 2016-2 and the *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses of Professionals* [Doc. No. 113] (the "Compensation Order").[3]   In

support of this Fee Application, Jaffe states:

---

[2] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

[3] The Bankruptcy Code is set forth in 11 U.S.C. §§ 101 *et seq.*  Specific sections of the Bankruptcy Code are identified herein as "section __." Similarly, specific rules from the Federal Rules of Bankruptcy Procedure are identified herein as "Bankruptcy Rule __" and specific rules from the Local Bankruptcy Rules of the United States Bankruptcy Court for the Western District of Michigan are identified herein as "Local Bankruptcy Rule __."

## Jurisdiction & Venue

1.       The Court has jurisdiction over this matter under 28 U.S.C. § 1334 and 28 U.S.C. § 157(a). This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409. The statutory bases for the relief requested in this Fee Application are sections 330, 331 and 503(b)(2), Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

## Background

2.       On June 3, 2020, Barfly Ventures, LLC and its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage their remaining assets and financial affairs as debtors in possession.

3.       The Office of the United States Trustee appointed the Committee on June 23, 2020 [Doc. No. 85].

4.       The Court entered an order approving Jaffe's employment as counsel for the Committee, retroactive to June 25, 2020, on August 10, 2020 [Doc. No. 232] (the "Employment Order").

5.       The Court entered the Compensation Order on June 30, 2020. The Compensation Order authorizes professionals retained in these cases, including Jaffe, to file with the Court and serve monthly statements of fees and expenses on parties identified in the Compensation Order. If no timely objections were filed, the Debtors were authorized to pay each professional 80% of the fees and 100% of the expenses requested in each monthly statement.

## Request for Compensation

6.       In connection with professional services rendered to the Committee in these cases during the Application Period, Jaffe seeks allowance of an administrative expense pursuant to section 503(b)(2) in the amount of $118,346.61, which consists of compensation in the amount of

$117,864.29 and reimbursement of expenses incurred in the amount of $482.32. Additionally, to the extent not previously paid under the Compensation Order, Jaffe seeks prompt payment of such administrative expense.

7.      As provided by the Compensation Order, Jaffe served monthly statements for interim compensation and expense reimbursement for the months of June 2020, July 2020, August 2020, September 2020 and October 2020 (each, a "Monthly Statement" and collectively, the "Monthly Statements") during the Application Period. The amounts sought under each Monthly Statement are summarized as follows:

| Monthly Period | Fees | Expenses | Total Fees & Expenses | Fees & Expenses Paid Per Compensation Order | Outstanding Balance |
|---|---|---|---|---|---|
| June 2020 | $25,050.00 | $0.00 | $25,050.00 | $20,040.00 | $5,010.00 |
| July 2020 | $29,336.29 | $16.29 | $29,352.58 | $29,336.29 | $16.29 |
| August 2020 | $17,235.00 | $0.00 | $17,235.00 | $13,788.00 | $3,447.00 |
| September 2020 | $31,705.00 | $318.76 | $32,023.76 | $25,682.76 | $6,341.00 |
| October 2020 | $14,538.00 | $147.27 | $14,685.27 | $11,777.67 | $2,907.60 |
| | | | | | |
| Total: | $117,864.29 | $482.32 | $118,346.61 | $100,624.72 | $17,721.89 |

The fees and expenses for October 2020 ($11,777.67) that are payable under the Compensation Order have not yet been paid, but Jaffe understands that such amounts will be paid in the coming days.

8.      Attached to this Application as **Exhibits A-E**, in the form of the Monthly Statements, are detailed statements of fees and expenses incurred during the Application Period. The time described in the Monthly Statements attached to this Application represents the actual amount of time spent or, in certain instances, less than the actual amount of time spent by Jaffe attorneys and paralegals who rendered the services described. Certain time reflected in the Monthly Statements has been either reduced or "no-charged" by Jaffe to reduce the burden on the estates related to multiparty conferences or to other services deemed in hindsight to warrant adjustment.

9.     No objections to the Monthly Statements were filed, and under the Compensation Order, Jaffe was entitled to, and received, payment of $100,624.72 from the Debtors for fees and expenses incurred during the Application Period.

10.     Jaffe's hourly rates of compensation for attorneys and paraprofessionals during the Application Period ranged from $235.00 to $495.00. These rates are comparable to, or lower than, rates charged by other practitioners having the same level of experience, expertise, and standing for similar services. Jaffe consistently and consciously made every reasonable effort to represent the Committee in the most economical, efficient, and practical manner possible.

11.     Jaffe professionals expended significant effort during the Application Period to ensure the successful administration of these chapter 11 cases.  On behalf of the Committee, Jaffe undertook an investigation of the Debtors' business operations, addressed various issues related to the paycheck protection program loan obtained by the Debtors, investigated certain claims and causes of action belonging to the Debtors' estate, helped to ensure a fair and fulsome sale process aimed at maximizing the value of the Debtors' assets for the benefit of creditors, negotiated a resolution of certain objections to the sale of the Debtors' assets to their pre-petition lenders, and addressed various other issues consistent with their duties as counsel for the Committee. Accordingly, the time spent and expenses incurred during the Application Period were necessary and appropriate under the circumstances.

12.     The services rendered by Jaffe during the Application Period are grouped into various categories, and the attorneys and paraprofessionals who rendered those services are identified—along with the number of hours spent by each individual and the total compensation sought for each category—in the attachments to this Fee Application. Brief descriptions of the services rendered by Jaffe during the Application Period, by category, follow:

### A.    *Asset Analysis*

Jaffe spent 63.8 hours analyzing and litigating issues related to the paycheck protection loan obtained by the Debtors' prior to the petition date and the ability of the Debtors' to use such funds to operate their business post-petition.  This matter code also captures certain time spent analyzing potential causes of action belonging to the Debtors' estates, and the scope of directors' and officers' insurance coverage for such causes of action.

### B.    *Asset Disposition*

Jaffe spent 100.5 hours analyzing the Debtors' proposed sale strategy in these cases, reviewing, revising and objecting to the Debtors' proposed sale procedures, consulting with the Debtors and their professionals regarding the status of the Debtors' marketing and sale efforts, preparing an objection to the sale of substantially all of the Debtors' assets to their prepetition lenders pursuant to a credit bid, participating in mediation with the Honorable John T. Gregg to resolve such objections, documenting the resolution of such objections, and facilitating the closing of the sale transaction.

### C.    *Case Administration*

Jaffe spent 36.1 hours related to the administration of the chapter 11 cases during the Application Period. This category includes communicating with other estate professionals regarding the status of the chapter 11 cases and strategy, evaluating and investigating the Debtors' operations and requesting related information, reviewing and addressing first day and other motions filed in the bankruptcy cases, analyzing insider and affilliate bankruptcy filings and related claims/strategy, evaluating conversion/liquidating plan alternatives, and evaluating various options for generating a distribution to general unsecured creditors.

### D.    *Claims*

Jaffe spent 7.3 hours during the Application Period reviewing the Debtors' schedules of assets and liabilities, reviewing and revising the Debtors' bar date motion and reviewing claims filed in these chapter 11 cases and considering objections thereto.

### E.    *Committee Communications*

Jaffe spent 30.3 hours participating in meetings and communications with the Committee, as well as addressing specific governance matters for the Committee, during the Application Period. This category includes regular (usually weekly) conference calls with the Committee members and professionals to discuss the status of the chapter 11 cases and strategy.

### F.    *Employment Applications*

Jaffe spent 46 hours during the Application Period related to preparing and transmitting the employment applications of Jaffe, Sugar Felsenthal Grais & Helsinger and Amherst Consulting.

### G.    *Employment Objections*

Jaffe spent 6.3 hours during the Application Period analyzing and addressing concerns with respect to employment applications filed by professionals engaged by the Debtors in the chapter 11 cases.

### H.    *Executory Contracts*

Jaffe spent 5.3 hours during the Application Period addressing issues related to the assumption, rejection and/or assignment of executory contracts and unexpired leases in the chapter 11 cases, including reviewing related motions and orders.

**I.    Fee Applications/Objections**

Jaffe spent 17.9 hours during the Application Period preparing, reviewing and transmitting Jaffe's monthly fee statements and reviewing fee statements submitted by other estate professionals in these chapter 11 cases.

**J.    Financing**

Jaffe spent .9 hours analyzing issues related to the proposed exit financing purportedly obtained by the purchase of the Debtors' assets.

13.    Jaffe submits that the compensation sought under this Fee Application represents a fair and reasonable amount for the services rendered during the Application Period, given the criteria set forth in section 330 for evaluating applications for compensation, namely:

> (A) the time spent on such services;
> (B) the rates charged for such services;
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

14.    Detailed itemizations of all expenses incurred during the Application Period are set forth in **Exhibits A-D** attached to this Fee Application. Expenses during the Application Period were incurred in the following categories:

### A. Photocopying

As set forth in the Monthly Statements, Jaffe incurred copying and printing charges totaling $3.90 during the Application Period. Jaffe charges clients $0.10 per copy.

### B. PACER and CM/ECF Charges

As set forth in the Monthly Statements, Jaffe incurred charges for use of the Court's PACER and CM/ECF system in the amount of $128.20 during the Application Period.

### C. Westlaw Charges

As set forth in the Monthly Statements, Jaffe incurred Westlaw charges related to legal research totaling $310.67 during the Application Period.

### D. Conference Call Charges

As set forth in the Monthly Statements, Jaffe incurred conference call charges totaling $17.95 during the Application Period.

### E. Transcript Fees

As set forth in the Monthly Statements, Jaffe incurred a fee of $21.60 on September 2, 2020 related to the purchase of a transcript of a hearing addressing the use of paycheck protection program proceeds in the chapter 11 cases.

15.    All expenses incurred by Jaffe in connection with its representation of the Committee were ordinary and necessary expenses. All expenses billed to the estates were billed in the same manner Jaffe bills its non-bankruptcy clients. Jaffe does not bill its clients or seek compensation in this Fee Application for certain overhead expenses, such as local and long-distance telephone calls, secretarial services and facsimile transmissions. Such expenses are factored into Jaffe's hourly rates.

16.    This Fee Application is Jaffe's first request for allowance of fees and expenses as an administrative expense for services performed as counsel to the Committee. Under this Fee Application, Jaffe seeks an order (a) allowing and approving compensation to Jaffe of $117,864.29 for professional services rendered, and reimbursement of $482.32 for actual and necessary expenses incurred by Jaffe during the Application Period; and (b) authorizing payment to Jaffe for amounts approved under the Fee Application to the extent not already paid by the Debtors under the Compensation Order.

17.    The Committee professionals did not receive a retainer in these chapter 11 cases. To date, Jaffe has been paid a total of $100,624.72 by the Debtors for its postpetition fees and expenses incurred in these chapter 11 cases during the Application Period pursuant to the Compensation Order.  Such amount has not been shared, and no agreement or understanding exists between Jaffe and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases.  Presuming this Fee Application is approved in its entirety, the outstanding amount owed to Jaffe for unpaid fees and expenses during the Application Period will be $17,721.89.

18.    In compliance with Bankruptcy Rule 2002(a)(6), Local Bankruptcy Rule 2016-2(c), and the Compensation Order, Jaffe will provide notice of this Fee Application through the Court's ECF system to: (a) counsel for the Debtors; (b) the Office of the United States Trustee for the Western District of Michigan; and (c) parties who have filed a notice of appearance with the Clerk of the Court and requested notice of filings in these cases.  Additionally, Jaffe will provide notice of this Fee Application, by electronic mail, to: (i) BarFly Ventures, LLC, c/o Mark A. Sellers, III, 35 Oakes Street, SW, Suite 400, Grand Rapids, Michigan 49503, email: mark@barflyventures.com; (ii) Pachulski Stang Ziehl & Jones LLP (Attn. John Lucas), 150

California Street, 15th Floor San Francisco, California 94111-4500, email: jlucas@pszjlaw.com;

(iii) Warner Norcross + Judd LLP, 1500 Warner Building, 150 Ottawa Avenue, NW, Grand

Rapids, Michigan 49503 (Attn. Elisabeth M. Von Eitzen), email: evoneitzen@wnj.com; (iv) the

Office of the United States Trustee, 125 Ottawa Street, Suite 200R, Grand Rapids, Michigan 49503

(Attn. Michael Maggio), email: michael.v.maggio@usdoj.gov; (v) Rayman & Knight, 141 E

Michigan Ave # 301, Kalamazoo, Michigan 49007 (Attn: Steve Rayman), email:

slr@raymanknight.com; and (vi) Paul Hastings LLP, 71 South Wacker Drive, Suite 4500,

Chicago, Illinois 60606 (Attn: Nathan S. Gimpel), email: nathangimpel@paulhastings.com.  Jaffe

submits that, in light of the nature of the relief requested, no other or further notice need be

provided.

WHEREFORE, Jaffe respectfully requests that this Court enter an order substantially in

the form attached as **Exhibit F** to this Fee Application:

(a) Allowing and approving an administrative expense in the amount of $118,346.61, consisting of $117,864.29 for professional services rendered and $482.32 for actual and necessary expenses incurred by Jaffe during the Application Period as the Committee's counsel;

(b) Authorizing payment to Jaffe of $17,721.89; reflecting the amounts approved under this Fee Application that were not previously paid pursuant to the Compensation Order; and

(c) Providing Jaffe with any additional relief as may be appropriate under the circumstances.

Respectfully submitted by,

Dated: December 2, 2020

**JAFFE RAIT HEUER & WEISS, P.C.**

By: ___/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
(312) 704-9400
mbrandess@sfgh.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC*

**Exhibit A**
**(June Monthly Fee Statement)**

# Jaffe

**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • P.O. BOX 5034 • SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Official Committee of Unsecured Creditors of Ba July 14, 2020
c/o Gordon Food Service, Inc.
Sharon Murphy - Director of Credit
1300 Gezon Parkway SW
Wyoming, MI 49509-9300                           Invoice No. 462981

---

FOR LEGAL SERVICES RENDERED THROUGH JUNE 30, 2020
AS ITEMIZED ON THE ATTACHED REPORT:

ASSET ANALYSIS

|  | | |
|---|---|---|
| | Total Fees | $5,197.50 |
| | Total Costs | $0.00 |
| CASE ADMINISTRATION | Subtotal | $5,197.50 |
| | Total Fees | $7,615.00 |
| | Total Costs | $0.00 |
| COMMITTEE COMMUNICATIONS | Subtotal | $7,615.00 |
| | Total Fees | $3,955.50 |
| | Total Costs | $0.00 |
| EMPLOYMENT APPLICATIONS | Subtotal | $3,955.50 |
| | Total Fees | $6,558.50 |
| | Total Costs | $0.00 |
| EMPLOYMENT OBJECTIONS | Subtotal | $6,558.50 |
| | Total Fees | $1,723.50 |
| | Total Costs | $0.00 |
| | Subtotal | $1,723.50 |

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Jul 14, 2020      PAGE    2
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981


                    TOTAL FEES THIS INVOICE      $       25,050.00

                    TOTAL AMOUNT DUE             $       25,050.00


     FED. TAX I.D. 38-1915036    TERMS:  NET 30 DAYS

     {J1}

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Jul 14, 2020    PAGE    3
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981


   Official Committee of Unsecured Creditors of Barfly Ventures
   ASSET ANALYSIS
**OPEN FOR TIME ONLY**


  DATE   ATTY   SERVICE DESCRIPTION                          HOURS

06/26/20 JGM  REVIEW AND CONSIDER RESERVATION OF RIGHTS FILED    .50    247.50
              BY FIRST BANK (.30), ADDRESS AND CONSIDER EMAIL
              FROM MICHAEL BRANDESS ABOUT SAME (.20).

06/28/20 JGM  ADDRESS AND CONSIDER LIMITATIONS AND ALLOWABLE    1.00    495.00
              USES OF PPP FUNDS IN BANKRUPTCY.

06/28/20 PRH  REVIEW RESERVATION OF RIGHTS FILED BY FSB AND      .70    283.50
              ANALYSIS RE PPP LOAN ISSUE (.2).   CONFERENCE
              CALL WITH E. NOVETSKY AND J. MILLER RE SAME
              (.5).

06/28/20 EDN  CALL WITH MR. HAGE AND MS. MILLER RE PPP LOAN     2.40    828.00
              FUND USE (0.6); RSCH RE SAME (1.5); DRAFT
              SUMMARY EMAIL RE FINDINGS (0.3)

06/29/20 JGM  CAL WITH COMMITTEE PROFESSIONALS TO ADDRESS PPP   1.60    792.00
              ISSUES AND HOW TO PROCEED (1.0), EMAIL TO MARK
              MELICKIAN REGARDING PPP RESEARCH AND ANALYSIS
              OF ISSUES (.30), ADDRESS HOW TO PROCEED WITH
              ANALYSIS OF ISSUES (.30).

06/29/20 PRH  RESEARCH AND ANALYSIS OF PPP LOAN ISSUES (1.5).   3.70   1498.50
              CONFERENCE CALL WITH SUGAR FELSENTHAL RE PPP
              STRATEGY (1.1).   DISCUSS SAME WITH E. NOVETSKY
              (.7).   RELATED CORRESPONDENCE WITH SUGAR
              FELSENTHAL TEAM (.4).

06/29/20 EDN  CALL WITH MR. HAGE RE PPP LOAN ISSUES (0.4);       .70    241.50
              REVIEW OF PPP LOAN RESEARCH (0.2); EMAILS RE
              CONF CALL (0.1)

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Jul 14, 2020      PAGE   4
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981

06/30/20 JGM ADDRESS PPP LOAN DOCUMENTS, APPLICATION AND          .30    148.50
             CERTIFICATIONS MADE BY THE DEBTORS IN
             CONNECTION THEREWITH.

06/30/20 PRH REVIEW DOCUMENTS RELATED TO PPP LOAN (.6).           .70    283.50
             RELATED CORRESPONDENCE WITH M. BRANDESS (.1).

06/30/20 EDN CONFER WITH LEAD COUNSEL RE PPP LOAN ISSUES,        1.10    379.50
             STATUTES AND REGULATIONS (0.9); REVIEW OF PPP
             LOAN DOCS (0.2)


    TOTAL HOURS     12.70      FOR SERVICES RENDERED    $      5197.50

                                                            ----------

                              MATTER TOTAL              $      5197.50


    *----------------------TIME AND FEE SUMMARY---------------------*
    *----------TIMEKEEPER---------*   RATE   HOURS            FEES
    JUDITH G. MILLER                 495.00   3.40         1683.00
    PAUL R. HAGE                     405.00   5.10         2065.50
    ERIC D. NOVETSKY                 345.00   4.20         1449.00
                        TOTALS              12.70          5197.50

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Jul 14, 2020      PAGE   5
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981


Official Committee of Unsecured Creditors of Barfly Ventures
   CASE ADMINISTRATION
**OPEN FOR TIME ONLY**


| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|------|
| 06/24/20 | PRH | REVIEW ALL FILINGS ON DOCKET IN BARFLY VENTURES BANKRUPTCY CASES. | 2.40 | 972.00 |
| 06/25/20 | JGM | ADDRESS PREPARATION OF APPEARANCES FOR ALL COUNSEL FOR THE COMMITTEE (.30), REVIEW AND REVISE SAME (.30), TRANSMIT APPEARANCES TO MICHAEL BRANDESS ALONG WITH EXPLANATION OF ACTION TO BE TAKEN (.30). | .90 | 445.50 |
| 06/25/20 | JGM | REVIEW VARIOUS FIRST DAY ORDERS ENTERED BY THE COURT AND PROPOSED REVISIONS THERETO. | .70 | 346.50 |
| 06/25/20 | JGM | PARTICIPATE IN CONFERENCE CALL WITH LISA VANDESTEEG, MICHAEL BRANDESS AND PAUL HAGE ABOUT STATUS OF CASE, POSITION OF DEBTOR, POSITION OF LENDERS, VARIOUS ISSUES RELATED TO CASE, RETENTION APPLICATION, NOTICES OF APPEARANCE, AGENDA FOR COMMITTEE CALL, INVESTMENT BANKER APPLICATION, TIMING TO OBJECT THERETO AND RELATED ISSUE. | 1.00 | 495.00 |
| 06/25/20 | PRH | MULTIPLE STRATEGY CALLS WITH M. BRANDESS AND E. VANDESTEEG (1.0).  CORRESPONDENCE WITH SUGAR FELSENTHAL TEAM RE ACTION ITEMS (.8). | 1.80 | 729.00 |
| 06/25/20 | PRH | REVIEW AND PROVIDE PROPOSED EDITS TO BUSINESS OPERATIONS PROPOSED ORDERS AND  RELATED CORRESPONDENCE WITH SUGAR FELSENTHAL TEAM. | 1.60 | 648.00 |
| 06/25/20 | PRH | CALL TO CHAMBERS RE APPEARANCE VIA ZOOM AT 6/29 HEARING AND REVIEW ZOOM PROCEDURES IN CONNECTION THEREIN. | .30 | 121.50 |

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Jul 14, 2020    PAGE   6
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981

06/25/20 PRH REVIEW DRAFTS OF APPEARANCES AND RELATED                .20    81.00
             CORRESPONDENCE.

06/25/20 PRH REVIEW PITCH MATERIALS FROM PROSPECTIVE                  .40   162.00
             FINANCIAL ADVISORS.

06/25/20 MEC COMMUNICATIONS W/ J. MILLER RE NEW CASE                 3.00   705.00
             INFORMATION AND ASSIGNMENTS (.3).
             COMMUNICATIONS W/ PRIMARY COUNSEL, SUGAR
             FELSENTHAL (.3); REVIEW DOCKET AND OBTAIN COPY
             OF MOTION FOR INTERIM FEE PROCEDURES (.2);
             REVIEW COPY OF PROPOSED PROCEDURES ORDER (.2) ;
             REVISIONS TO APPEARANCES (.6). INSTRUCTIONS FOR
             FILING SAME. BEGIN DRAFT OF MOTION FOR
             ADMISSION PRO HAC VICE RE ELIZABETH VANDESTEEG
             (.6); BEGIN DRAFT OF MOTION TO EMPLOY JAFFE
             (.8). ADDRESS CONFLICT CHECKLIST AND
             COMMUNICATIONS WITH ACCOUNTING RE SAME (.2).
             PREPARE LIST OF MATTER CODES TO BE OPENED (.1).

06/26/20 JGM ADDRESS PREPARATION AND FILING OF NOTICES OF            .30   148.50
             APPEARANCE IN AFFILIATED CASES.

06/26/20 JGM ADDRESS FINALIZING AND FILING OF MOTION TO             .30   148.50
             ADMIT LISA VANDESTEEG PRO HAC VICE.

06/26/20 JGM REVIEW AND ADDRESS PROPOSED ORDERS ON FIRST DAY       1.00   495.00
             MOTIONS AND REVISIONS NEEDED THERETO.

06/26/20 MEC FOLLOW UP TELEPHONE CALL FOR INFORMATION RE PRO       2.50   587.50
             HAC VICE MOTION FOR E. VANDESTEEG

06/29/20 JGM REVIEW EMAIL FROM MICHAEL MAGGIO AND ADDRESS           .90   445.50
             WITH CO-COUNSEL (.10), ADDRESS AND SCHEDULE
             CALL WITH MICHAEL AND CO-COUNSEL (.10),
             CONFERENCE CALL WITH MICHAEL MAGGIO, MICHAEL
             BRANDESS, LISA VANDESTEEG AND PAUL HAGE TO
             ADDRESS STATUS OF CASE AND TO DISCUSS VARIOUS
             ISSUES ATTENDANT THERETO (.50), EXCHANGE EMAILS
             WITH MICHAEL MAGGIO AFTER THE CALL (.20).

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Jul 14, 2020    PAGE    7
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981

06/29/20 PRH PREPARE FOR AND ATTEND ZOOM HEARING RE BUSINESS   1.20    486.00
             OPERATIONS MOTIONS (1.0).  FOLLOW UP CALL WITH
             E. VANDESTEEG RE SAME (.2).

06/30/20 JGM ADDRESS DOCKETING KEY DATES AND DIRECT MS.         .30    148.50
             CHAPMAN TO PREPARE AND DOCKET SAME.

06/30/20 JGM ADDRESS NOTICES GENERATED FROM CLERK OF THE        .20     99.00
             COURT AS RELATES TO FILING NOTICES OF
             APPEARANCES IN AFFILIATED CASES.

06/30/20 JGM ADDRESS ENTRY OF ORDERS ON BUSINESS OPERATIONS     .30    148.50
             ORDER, INTERIM COMPENSATIONS AND OTHER FIRST
             DAY ORDERS.

06/30/20 PRH REVIEW BUSINESS OPERATIONS ORDERS ENTERED BY       .30    121.50
             COURT.

06/30/20 PRH REVIEW NOTICE RE FILED DOCUMENT FILED BY           .20     81.00
             CLERK'S OFFICE RELATED TO APPEARANCES IN
             JOINTLY ADMINISTERED CASES (.1).  REVIEW LOCAL
             RULE AND FOLLOW UP CORRESPONDENCE WITH
             CO-COUNSEL (.1).


      TOTAL HOURS      19.80      FOR SERVICES RENDERED    $      7615.00

                                                              ----------

                                 MATTER TOTAL             $      7615.00


     *--------------------------TIME AND FEE SUMMARY---------------------*
     *----------TIMEKEEPER---------*    RATE    HOURS              FEES
     JUDITH G. MILLER                  495.00    5.90            2920.50
     PAUL R. HAGE                      405.00    8.40            3402.00
     MAUREEN E. CHAPMAN                235.00    5.50            1292.50
                             TOTALS             19.80            7615.00

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Jul 14, 2020      PAGE   8
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981


      Official Committee of Unsecured Creditors of Barfly Ventures
      COMMITTEE COMMUNICATIONS
**OPEN FOR TIME ONLY**


| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|--|
| 06/24/20 | JGM | MEETING WITH COMMITTEE TO ADDRESS STATUS, ACTION TO BE TAKEN AND SCHEDULING FOLLOW UP CALLS. | .70 | 346.50 |
| 06/24/20 | PRH | ATTEND INITIAL COMMITTEE CALL (.5).  RELATED CORRESPONDENCE WITH COMMITTEE MEMBERS AND COUNSEL (.2). | .70 | 283.50 |
| 06/25/20 | JGM | REVIEW AGENDA FOR CREDITORS COMMITTEE MEETING (.20), ATTEND CREDITORS COMMITTEE MEETING (.50). | .70 | 346.50 |
| 06/25/20 | JGM | REVIEW FINANCIAL CONSULTANT PACKAGES IN PREPARATION FOR COMMITTEE CALL. | .30 | 148.50 |
| 06/25/20 | PRH | PREPARE FOR AND ATTEND COMMITTEE CONFERENCE CALL. | .70 | 283.50 |
| 06/26/20 | JGM | PREPARE FOR COMMITTEE CALL AND REVIEW AGENDA AND MEMOS IN CONNECTION THEREWITH (1.0), PARTICIPATE IN COMMITTEE CALL AND INTERVIEWS OF FINANCIAL ADVISORS (1.0). | 2.00 | 990.00 |
| 06/26/20 | PRH | REVIEW DRAFT COMMITTEE BYLAWS AND RELATED CORRESPONDENCE WITH COMMITTEE. | .30 | 121.50 |
| 06/26/20 | PRH | ATTEND CREDITORS' COMMITTEE CONFERENCE CALL. | 1.00 | 405.00 |
| 06/27/20 | JGM | REVIEW EMAILS ABOUT SELECTION OF FINANCIAL ADVISOR FOR THE COMMITTEE. | .30 | 148.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Jul 14, 2020     PAGE   9
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981
```

```
06/28/20 PRH CORRESPONDENCE RE RETENTION OF FINANCIAL          .20    81.00
             ADVISOR FOR COMMITTEE.

06/29/20 JGM REVIEW AGENDA AND RELATED MATERIALS IN            .80   396.00
             PREPARATION OF COMMITTEE CALL  AND PARTICIPATE
             IN COMMITTEE CALL.

06/29/20 PRH PREPARE FOR AND ATTEND COMMITTEE CONFERENCE       .80   324.00
             CALL.

06/29/20 PRH CORRESPONDENCE WITH R. GIUNTA RE NEED TO UPDATE   .20    81.00
             COMMITTEE MEMBER NOTICE ADDRESS.
```

```
   TOTAL HOURS      8.70     FOR SERVICES RENDERED    $      3955.50

                                                            ----------

                            MATTER TOTAL               $      3955.50
```

```
*--------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE   HOURS              FEES
JUDITH G. MILLER                  495.00   4.80           2376.00
PAUL R. HAGE                      405.00   3.90           1579.50
                       TOTALS              8.70           3955.50
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Jul 14, 2020      PAGE  10
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981


     Official Committee of Unsecured Creditors of Barfly Ventures
        EMPLOYMENT APPLICATIONS
**OPEN FOR TIME ONLY**


   DATE    ATTY    SERVICE DESCRIPTION                          HOURS

06/25/20 JGM DIRECT MS. CHAPMAN REGARDING RUNNING CONFLICT      1.20    594.00
             CHECKS, PREPARATION OF RETENTION APPLICATIONS
             AND APPLICATION TO ADMIT LISA VANDESTEEG PRO
             HAC VICE, AND DISCLOSURE OF CONNECTIONS
             (MULTIPLE EMAILS AND MULTIPLE CALLS).

06/25/20 JGM ADDRESS EMAIL FROM MICHAEL BRANDESS ABOUT PRO      1.40    693.00
             HAC VICE ADMISSION MOTION FOR LISA VANDESTEEG
             (.20), PREPARATION OF PRO HAC VICE MOTION AND
             PROPOSED ORDER (1.0), ADDRESS FINALIZING
             PLEADINGS WITH MAUREEN CHAPMAN (.20).

06/26/20 PRH ATTENTION TO PRO HAC FOR L. VANDESTEEG AND         1.00    405.00
             OTHER RETENTION RELATED ISSUES.

06/29/20 JGM ADDRESS PREPARATION OF RETENTION APPLICATIONS      2.50   1237.50
             WITH MS. CHAPMAN (.20), PREPARATION OF
             ENGAGEMENT LETTER FOR COMMITTEE (1.0), FOLLOW
             UP CALL WITH MS. CHAPMAN ABOUT RETENTION
             APPLICATIONS (.30), ADDRESS RETENTION
             APPLICATION WITH MICHAEL BRANDESS (.20),
             ADDRESS RETENTION APPLICATIONS WITH SHELDON
             STONE (.20), FOLLOW UP EMAIL TO SHELDON STONE
             ABOUT SAME (.20), REVIEW EMAIL FROM MS. CHAPMAN
             TO SUGAR FELSENTHAL ABOUT RUNNING CONFLICTS AND
             ECF REGISTRATION FOR LISA (.20), REVIEW
             REVISIONS TO ENGAGEMENT LETTER (.20).

06/29/20 PRH REVIEW DRAFT ENGAGEMENT LETTER AND RETENTION       1.30    526.50
             APPLICATION (1.1).  RELATED CORRESPONDENCE WITH
             J. MILLER AND M. CHAPMAN (2).

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Jul 14, 2020    PAGE  11
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981

06/29/20 MEC PREPARE DRAFT OF APPLICATION TO EMPLOY JAFFE,    3.90   916.50
             DECLARATION OF DISINTERESTEDNESS AND PROPOSED
             ORDER FOR EMPLOYMENT (2.5). COMPILING CREDITOR
             LISTS FOR 24 CASES AND INSTRUCTIONS TO COMBINE
             AND CONVERT TO EXCEL (1.0). COMMUNICATIONS W/
             J. MILLER RE CONFLICT CHECK PROCESS (.2)
             PREPARE COMMUNICATION TO E. VANDESTEEG AND M.
             B. RE CONFLICT CHECKS STILL NEEDED (.2)

06/30/20 JGM ADDRESS ENGAGEMENT LETTER AND PROVIDE COMMENTS   1.20   594.00
             TO MR. HAGE (.30), ADDRESS RETENTION
             APPLICATIONS AND PROVIDE COMMENTS TO MR. HAGE
             (.50) REVIEW INTERIM FEE APPLICATION ORDER
             (.20), ADDRESS STATUS OF RETAINER AND EMAILS IN
             CONNECTION THEREWITH (.20).

06/30/20 PRH ATTENTION TO PROFESSIONAL RETENTION             1.90   769.50
             APPLICATIONS AND ENGAGEMENT LETTER (1.5). PHONE
             CALL WITH R. GIUNTA REGARDING REQUEST FOR
             CONSOLIDATED CREDITOR MATRIX (.2).  REVIEW LIST
             AND RELATED CORRESPONDENCE WITH M. CHAPMAN
             (.2).

06/30/20 MEC COMPILE CONFLICT CHECK LIST (.8). PREPARE EMAIL 3.50   822.50
             COMMUNICATION TO S.STONE RE AMHERST PARTNERS
             RETENTION ON BEHALF OF THE COMMITTEE AND
             INCLUDE LIST FOR INITIAL CONFLICT CHECK (.4).
             TELEPHONE CALL W/ N BAILEY OF SFGH REGARDING
             RETENTION APPLICATION PROCEDURES AND
             DECLARATIONS (.3). COMMUNICATIONS W/ P. HAGE RE
             RETENTION APPLICATION AND CONSOLIDATED LIST OF
             CREDITORS (.4). RECEIPT AND REVIEW ORDER RE
             INTERIM PROCEDURES COMPENSATION (.3) ATTENTION
             TO CONFLICT CHECK LIST RECEIVED FROM DEBTORS'
             COUNSEL TO CONVERT FOR SEARCHING (1.3).


   TOTAL HOURS      17.90      FOR SERVICES RENDERED   $      6558.50

                                                          ----------

                              MATTER TOTAL          $      6558.50

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Jul 14, 2020      PAGE  12
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981
```

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE   HOURS              FEES
JUDITH G. MILLER                 495.00   6.30          3118.50
PAUL R. HAGE                     405.00   4.20          1701.00
MAUREEN E. CHAPMAN               235.00   7.40          1739.00
                    TOTALS                17.90          6558.50
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Jul 14, 2020     PAGE  13
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981


     Official Committee of Unsecured Creditors of Barfly Ventures
     EMPLOYMENT OBJECTIONS
**OPEN FOR TIME ONLY**


| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 06/25/20 | JGM | REVIEW AND CONSIDER EMAIL FROM PAUL HAGE REGARDING POTENTIAL OBJECTIONS TO THE RETENTION OF MASTODON AS INVESTMENT BANKER AND PROVIDE ADDITIONAL COMMENTS ON SAME TO PAUL HAGE. | .30 | 148.50 |
| 06/25/20 | PRH | REVIEW MASTODON RETENTION APPLICATION/ENGAGEMENT LETTER (.6).  PREPARE E-MAIL MEMORANDUM TO M. BRANDESS HIGHLIGHTING POTENTIAL ISSUES (1.7). | 2.30 | 931.50 |
| 06/26/20 | JGM | REVIEW AND CONSIDER MEMO ON ANALYSIS OF ISSUES IN MASTODON RETENTION APPLICATION. | .40 | 198.00 |
| 06/26/20 | PRH | ATTENTION TO MASTODON RETENTION ISSUES AND RELATED CORRESPONDENCE WITH L. VANDESTEEG AND M. BRANDESS. | .80 | 324.00 |
| 06/29/20 | PRH | CORRESPONDENCE WITH COMMITTEE PROFESSIONALS RE MASTODON ISSUES. | .30 | 121.50 |


    TOTAL HOURS       4.10       FOR SERVICES RENDERED    $      1723.50

                                                              ----------

                                     MATTER TOTAL           $      1723.50

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Jul 14, 2020     PAGE  14
CLIENT NUMBER: UCCBAR
INVOICE NO.: 462981


   *--------------------------TIME AND FEE SUMMARY----------------------*
   *----------TIMEKEEPER---------*   RATE    HOURS            FEES
   JUDITH G. MILLER                 495.00    .70          346.50
   PAUL R. HAGE                     405.00   3.40         1377.00
                         TOTALS              4.10         1723.50
```

**Exhibit B**
**(July Monthly Fee Statement)**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

### MONTHLY FEE STATEMENT OF JAFFE RAITT HEUER & WEISS, P.C. FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR JULY 2020

| | |
|---|---|
| Name of Applicant: | Jaffe Raitt Heuer & Weiss, P.C. |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | July 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $36,650.00<br>80%  =  $29,320.00<br>20%  =  $7,330.00 |
| Amount of expense reimbursement sought: | $16.29 |
| Total interim request: | **$29,336.29** |

_____

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:____/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel for the Committee*

Dated: August 14, 2020.



**JAFFE**
JAFFE RAITT HEUER & WEISS
A Professional Corporation
Attorneys & Counselors

27777 FRANKLIN ROAD, SUITE 2500 • P.O. BOX 5034 • SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
Official Committee of Unsecured Creditors of Ba  August 11, 2020
c/o Gordon Food Service, Inc.
Sharon Murphy - Director of Credit
1300 Gezon Parkway SW
Wyoming, MI 49509-9300                    Invoice No. 464376
```

---

```
FOR LEGAL SERVICES RENDERED THROUGH JULY 31, 2020
AS ITEMIZED ON THE ATTACHED REPORT:


ASSET ANALYSIS

                              Total Fees        $5,730.00
                              Total Costs           $0.00
                                              -----------
                              Subtotal          $5,730.00
ASSET DISPOSITION

                              Total Fees        $8,914.50
                              Total Costs           $0.00
                                              -----------
                              Subtotal          $8,914.50
CASE ADMINISTRATION

                              Total Fees        $1,515.00
                              Total Costs           $0.00
                                              -----------
                              Subtotal          $1,515.00
CLAIMS

                              Total Fees        $2,713.50
                              Total Costs           $0.00
                                              -----------
                              Subtotal          $2,713.50
COMMITTEE COMMUNICATIONS

                              Total Fees        $4,207.50
                              Total Costs           $0.00
                                              -----------
                              Subtotal          $4,207.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020     PAGE   2
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376
```

DISBURSEMENTS

|  |  |  |
|---|---|---|
| | Total Fees | $0.00 |
| | Total Costs | $16.29 |
| | | ----------- |
| EMPLOYMENT APPLICATIONS | Subtotal | $16.29 |
| | Total Fees | $9,407.00 |
| | Total Costs | $0.00 |
| | | ----------- |
| EMPLOYMENT OBJECTIONS | Subtotal | $9,407.00 |
| | Total Fees | $702.00 |
| | Total Costs | $0.00 |
| | | ----------- |
| EXECUTORY CONTRACTS | Subtotal | $702.00 |
| | Total Fees | $162.00 |
| | Total Costs | $0.00 |
| | | ----------- |
| FEE APPLICATIONS / OBJECTIONS | Subtotal | $162.00 |
| | Total Fees | $3,298.50 |
| | Total Costs | $0.00 |
| | | ----------- |
| | Subtotal | $3,298.50 |

```
        TOTAL FEES THIS INVOICE        $     36,650.00

        TOTAL COSTS THIS INVOICE       $         16.29
                                             _____
        TOTAL AMOUNT DUE               $     36,666.29
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020      PAGE    3
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376

       FED. TAX I.D. 38-1915036    TERMS:  NET 30 DAYS

       {J1}

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020     PAGE    4
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


     Official Committee of Unsecured Creditors of Barfly Ventures
     ASSET ANALYSIS
**OPEN FOR TIME ONLY**


| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 07/02/20 | JGM | ADDRESS AND CONSIDER EMAILS ON TREATMENT TO BE ACCORDED TO PPP PROCEEDS. | .30 | 148.50 |
| 07/02/20 | PRH | REVIEW ARTICLE RE PPP LOANS AND RELATED CORRESPONDENCE. | .50 | 202.50 |
| 07/16/20 | PRH | REVIEW PPP MEMORANDUM AND RELATED CORRESPONDENCE WITH SUGAR FELSENTHAL TEAM. | .90 | 364.50 |
| 07/16/20 | EDN | CALL WITH COMMITTEE PROFESSIONALS RE PPP LOAN ISSUES | .30 | 103.50 |
| 07/17/20 | PRH | PHONE CALL WITH M. BRANDESS REGARDING INFORMATION LEARNED AT 341 MEETING (.2). REVIEW 341 MEETING NOTES (.1).  REVIEW INNOVO STIPULATION AND RELATED CORRESPONDENCE WITH COMMITTEE PROFESSIONALS (.2). | .50 | 202.50 |
| 07/20/20 | PRH | REVIEW MEMORANDUM RE PPP ANALYSIS (.5). RELATED CORRESPONDENCE WITH SFGH TEAM (.2). | .70 | 283.50 |
| 07/20/20 | EDN | REVIEW OF PPP SUMMARY AND EMAILS RE SAME | .50 | 172.50 |
| 07/23/20 | PRH | REVIEW TRANSCRIPTS FROM TOOJAYS CASE RE PPP DISCUSSION (.9).  RELATED CORRESPONDENCE WITH E. VANDESTEEG AND M. BRANDESS (.1). | 1.00 | 405.00 |
| 07/24/20 | PRH | CONFERENCE CALL WITH M. BRANDESS AND E. VANDESTEEG RE PPP ISSUE STRATEGY (.4). CONFERENCE CALL RE PPP STRATEGY WITH J. LUCAS (.8).  MULTIPLE FOLLOW UP CALLS AND CORRESPONDENCE WITH J. LUCAS, M BRANDESS AND E. VANDESTEEG (1.1) | 2.30 | 931.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020     PAGE   5
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


07/27/20 PRH REVIEW U.S. RUGBY FILINGS AND TRANSCRIPT AND     1.80   729.00
             CORRESPONDENCE RE PPP ANALYSIS (.8).
             CORRESPONDENCE RE PPP STRATEGY WITH CO-COUNSEL
             (.1).  CONFERENCE CALL WITH COMMITTEE
             PROFESSIONALS RE PPP STRATEGY (.9).


07/28/20 PRH CORRESPONDENCE WITH CO-COUNSEL RE PPP STRATEGY   1.60   648.00
             (.2).  E-MAIL TO COURT REGARDING VIRTUAL
             ATTENDANCE AT HEARING ON SAME (.1).  ATTEND
             CONFERENCE CALL WITH J. LUCAS, M. BRANDESS AND
             E. VANDESTEEG REGARDING PPP STRATEGY (.8).
             PHONE CALL WITH E. VONEITZEN RE LOCAL RULE
             GOVERNING BRIEFING (.2).  RESEARCH RE
             CONSTRUCTIVE TRUST LAW IN SIXTH CIRCUIT (.3).


07/29/20 PRH ATTENTION TO BRIEF IN RESPONSE TO FSB           3.20  1296.00
             RESERVATION OF RIGHTS RE PPP ISSUES (3.0).
             PHONE CALL RE SAME WITH M. BRANDESS (.2).


07/31/20 PRH REVIEW REVISED BRIEF RE PPP ISSUE (.4).          .60   243.00
             RELATED CORRESPONDENCE (.2).



    TOTAL HOURS       14.20     FOR SERVICES RENDERED     $      5730.00

                                                              ----------

                                MATTER TOTAL               $      5730.00



    *-------------------------TIME AND FEE SUMMARY---------------------*
    *---------TIMEKEEPER---------*   RATE   HOURS            FEES
    JUDITH G. MILLER                495.00    .30          148.50
    PAUL R. HAGE                    405.00  13.10         5305.50
    ERIC D. NOVETSKY                345.00    .80          276.00
                       TOTALS             14.20           5730.00
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020      PAGE    6
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


Official Committee of Unsecured Creditors of Barfly Ventures
ASSET DISPOSITION


| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 07/01/20 | PRH | REVIEW DRAFT OF SALE PROCEDURES MOTION. | 1.20 | 486.00 |
| 07/02/20 | JGM | REVIEW RULES REGARDING NOTICING OF SALES AND ADVISE MICHEAL BRANDESS OF SAME. | .30 | 148.50 |
| 07/03/20 | JGM | ADDRESS EMAIL FROM MICHAEL BRANDESS ABOUT STATUS OF BIDDING PROCEDURES AND SALE MOTION AND ACTION TO BE TAKEN BY DEBTORS. | .30 | 148.50 |
| 07/05/20 | PRH | REVIEW REVISED DRAFT BID PROCEDURES (.3). RELATED CORRESPONDENCE WITH M. BRANDESS (.1). | .40 | 162.00 |
| 07/09/20 | PRH | REVIEW SALE PROCEDURES MOTION AND RELATED FILINGS. | .50 | 202.50 |
| 07/10/20 | JGM | REVIEW, ADDRESS AND CONSIDER EMAILS ON SALE AND MASTODON RETENTION. | .30 | 148.50 |
| 07/12/20 | PRH | REVIEW SALE PROCEDURES MOTION, ASSET PURCHASE AGREEMENT AND PROPOSED SALE ORDER (3.5). PREPARE E-MAIL OF ISSUES TO COMMITTEE PROFESSIONALS (.6). | 4.10 | 1660.50 |
| 07/13/20 | JGM | REVIEW AND CONSIDER INTERNAL EMAILS IN CONNECTION WITH PROPOSED APA AND ADDRESS SAME WITH MR. HAGE. | .50 | 247.50 |
| 7/13/20 | PRH | CORRESPONDENCE WITH M. BRANDESS REGARDING SALE OBJECTIONS (.2).  CORRESPONDENCE WITH COURT REGARDING APPEARANCE AT HEARING RE ZOOM (.1). | .30 | 121.50 |

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020     PAGE   7
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376

07/14/20 PRH PREPARE STIPULATION AND ORDER EXTENDING          1.20   486.00
             DEADLINE TO RESPOND TO SALE MOTION (.8).
             RELATED CORRESPONDENCE WITH CO-COUNSEL AND
             COUNSEL FOR DEBTORS (.2).  PHONE CALL WITH M.
             BRANDESS RE SALE OBJECTION STRATEGY (.2).

07/15/20 PRH CORRESPONDENCE WITH DEBTORS COUNSEL AND M.        .80   324.00
             BRANDESS RE STIPULATION TO EXTEND DEADLINE FOR
             COMMITTEE TO RESPOND TO SALE PROCEDURES MOTION
             (.4).  FINALIZE AND FILE SAME (.2).  PHONE CALL
             WITH M. BRANDESS REGARDING SALE RELATED
             NEGOTIATIONS WITH SECURED CREDITORS (.2).

07/16/20 PRH REVIEW FSB RESERVATION OF RIGHTS RE SALE (.2).    .40   162.00
             CORRESPONDENCE WITH CO-COUNSEL RE SALE ISSUES
             (.1).  REVIEW DRAFT OF COMMITTEE RESERVATION OF
             RIGHTS (.1).

07/17/20 JGM REVIEW AND ADDRESS RESERVATION OF RIGHTS AND     1.00   495.00
             EMAILS IN CONNECTION THEREWITH.

07/17/20 JGM PARTICIPATE IN CONFERENCE CALL WITH              .50   247.50
             PROFESSIONAL TEAM ABOUT THE RESERVATION OF
             RIGHTS AND OTHER ISSUES ASSOCIATED WITH SALE
             PROCESS.

07/17/20 PRH REVIEW DRAFT RESERVATION OF RIGHTS AND PREPARE   3.70  1498.50
             REDLINE WITH PROPOSED EDITS (1.5).  REVIEW AND
             INCORPORATE EDITS RE RESERVATION OF RIGHTS FROM
             OTHER COMMITTEE PROFESSIONALS (.3).  REVIEW
             MARK-UP OF COMMITTEE APPROVED APA (1.3).
             DISCUSS SALE ISSUES WITH M. BRANDESS (.5).
             ATTEND TO SERVICE OF SAME (.1).

07/18/20 PRH REVIEW UST OBJECTION TO SALE MOTION (.2) AND      .40   162.00
             AMENDED PROPOSED BID PROCEDURES ORDER (.2).

07/19/20 PRH CORRESPONDENCE WITH M. BRANDESS AND E.            .20    81.00
             VANDESTEEG REGARDING HEARING ON SALE PROCEDURES
             MOTION.

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020      PAGE   8
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376

07/20/20 PRH CONFERENCE CALL WITH E. VANDESTEEG IN          2.80  1134.00
             PREPARATION FOR SALE PROCEDURES HEARING (.4).
             ATTEND SALE PROCEDURES HEARING (.9).  FOLLOW UP
             CALL WITH E. VANDESTEEG AND M. BRANDESS (.5).
             REVIEW REVISED APA AND SALE PROCEDURES ORDER
             DRAFTS (.7).  PHONE CALL FROM R. WARDROPP RE
             INTEREST IN ACQUIRING ASSETS (.3).

07/21/20 PRH CORRESPONDENCE WITH M. BRANDESS AND R. WARDROPP   .90   364.50
             RE LANDLORD GROUP REPORTEDLY INTERESTED IN
             ACQUIRING ASSETS (.4).  CORRESPONDENCE WITH
             ESTATE PROFESSIONALS RE SALE PROCEDURES ORDER
             (.1).  REVIEW MASTODON CIM (.4).

07/22/20 PRH REVIEW ENTERED SALE PROCEDURES ORDER AND         .40   162.00
             CALENDAR ASSOCIATED DEADLINES.

07/24/20 PRH ATTEND CALL WITH INVESTMENT BANKER RE STATUS OF  .60   243.00
             SALE PROCESS (.5).  FOLLOW UP DISCUSSION WITH
             M. BRANDESS (.1).

07/28/20 JGM REVIEW EMAILS FROM SHELDON STONE AND MICHAEL     .30   148.50
             BRANDESS ABOUT DATA ROOM AND SALE.

07/29/20 PRH PHONE CALL WITH M. BRANDESS RE STATUS OF SALE    .20    81.00
             PROCESS, DISCUSSION WITH SECURED LENDERS.


    TOTAL HOURS         21.30      FOR SERVICES RENDERED     $      8914.50

                                                                ----------

                                   MATTER TOTAL            $      8914.50

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020     PAGE    9
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


    *-------------------------TIME AND FEE SUMMARY----------------------*
    *---------TIMEKEEPER---------*   RATE   HOURS           FEES
    JUDITH G. MILLER                495.00   3.20        1584.00
    PAUL R. HAGE                    405.00  18.10        7330.50
                          TOTALS           21.30         8914.50
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020    PAGE  10
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


    Official Committee of Unsecured Creditors of Barfly Ventures
      CASE ADMINISTRATION
**OPEN FOR TIME ONLY**


| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 07/01/20 | PRH | CONFERENCE CALL WITH M. BRANDESS RE VARIOUS ISSUES IN CASE (.4).  ATTEND TO CALENDAR OF DEADLINES IN CASE (.7).  CONSIDER ISSUES RELATED TO NEED FOR LIMITED SERVICE LIST (.4). | 1.50 | 607.50 |
| 07/01/20 | MEC | REVIEW AND ANALYSIS OF DOCKET AND ENTERED ORDERS ENTERED TO IDENTIFY DEADLINES FOR DOCKETING AND INSTRUCTIONS FOR SAME (1.2). | 1.20 | 282.00 |
| 07/08/20 | PRH | DISCUSS CLAIMS BAR DATE, SALE AND PLAN RELATED ISSUES WITH M. BRANDESS (.6).  REVIEW NOTICE RE 341 MEETING AND RELATED CORRESPONDENCE WITH L. VANDESTEEG (.1). | .70 | 283.50 |
| 07/20/20 | PRH | PHONE CALL WITH L. VANDESTEEG REGARDING VARIOUS ISSUES IN CASE. | .30 | 121.50 |
| 07/24/20 | JGM | REVIEW EMAIL FROM MICHAEL BRANDESS ABOUT RECENTLY FILED PLEADINGS AND STATUS OF CASE. | .20 | 99.00 |
| 07/24/20 | PRH | CORRESPONDENCE WITH COMMITTEE MEMBERS AND PROFESSIONALS RE VARIOUS ISSUES IN CASE. | .30 | 121.50 |


    TOTAL HOURS      4.20      FOR SERVICES RENDERED    $      1515.00

                                                          ----------

                                   MATTER TOTAL          $      1515.00

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020     PAGE  11
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


```
*---------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*   RATE  HOURS              FEES
JUDITH G. MILLER                 495.00   .20              99.00
PAUL R. HAGE                     405.00  2.80            1134.00
MAUREEN E. CHAPMAN               235.00  1.20             282.00
                      TOTALS             4.20            1515.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020      PAGE  12
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376
```

Official Committee of Unsecured Creditors of Barfly Ventures
CLAIMS
**OPEN FOR TIME ONLY**

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 07/07/20 | PRH | REVIEW PACA CLAIMS ANALYSIS AND RELATED CORRESPONDENCE WITH COMMITTEE PROFESSIONALS. | .20 | 81.00 |
| 07/10/20 | PRH | REVIEW SCHEDULES AND SOFAS FILED BY DEBTORS. | 1.30 | 526.50 |
| 07/15/20 | PRH | CORRESPONDENCE TO DEBTORS' COUNSEL RE STATUS OF BAR DATE MOTION. | .10 | 40.50 |
| 07/16/20 | PRH | CORRESPONDENCE WITH CO-COUNSEL AND COUNSEL FOR DEBTORS RE BAR DATE MOTION. | .30 | 121.50 |
| 07/19/20 | PRH | ATTENTION TO DRAFT BAR DATE MOTION AND RELATED EXHIBITS (3.8). RELATED CORRESPONDENCE WITH M. BRANDESS AND E. VANDESTEEG (.1). | 3.90 | 1579.50 |
| 07/20/20 | PRH | CORRESPONDENCE WITH M. BRANDESS AND R. GIUNTA REGARDING BAR DATE RELATED FILINGS. | .40 | 162.00 |
| 07/23/20 | PRH | REVIEW FILED CLAIMS BAR DATE MOTION. | .40 | 162.00 |
| 07/28/20 | PRH | REVIEW AMENDED SCHEDULES FOR HOPCAT DETROIT. | .10 | 40.50 |

```
   TOTAL HOURS       6.70      FOR SERVICES RENDERED    $      2713.50

                                                          ----------

                                MATTER TOTAL             $      2713.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020      PAGE  13
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


  *-------------------------TIME AND FEE SUMMARY---------------------*
  *----------TIMEKEEPER---------*   RATE   HOURS          FEES
  PAUL R. HAGE                     405.00   6.70       2713.50
                         TOTALS             6.70       2713.50
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020     PAGE  14
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


    Official Committee of Unsecured Creditors of Barfly Ventures
    COMMITTEE COMMUNICATIONS
**OPEN FOR TIME ONLY**


  DATE   ATTY    SERVICE DESCRIPTION                        HOURS

07/01/20 PRH CORRESPONDENCE WITH COMMITTEE AND PROFESSIONALS   .40    162.00
             REGARDING STATUS OF CASE (.3).  REVIEW AGENDA
             FOR COMMITTEE CALL (.1).

07/02/20 JGM REVIEW AGENDA IN PREPARATION FOR THE COMMITTEE    .70    346.50
             CALL (.20), PARTICIPATE IN THE COMMITTEE
             MEETING (.50).

07/02/20 PRH ATTEND COMMITTEE CONFERENCE CALL.                 .50    202.50

07/06/20 PRH CORRESPONDENCE TO COMMITTEE MEMBERS RE            .50    202.50
             PROFESSIONAL FEE APPLICATIONS.

07/07/20 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE          .80    324.00
             RETENTION APPLICATIONS, MASTODON ISSUES.

07/08/20 PRH CORRESPONDENCE RE COMMITTEE CONFERENCE CALL.      .10     40.50

07/09/20 PRH REVIEW CORRESPONDENCE TO COMMITTEE MEMBERS        .80    324.00
             (.1). ATTEND COMMITTEE CALL (.7).

07/10/20 PRH REVIEW CORRESPONDENCE WITH COMMITTEE MEMBERS      .20     81.00
             REGARDING DEBTORS' SCHEDULES AND SOFAS.

07/13/20 PRH REVIEW CORRESPONDENCE WITH COMMITTEE MEMBERS      .50    202.50
             REGARDING OBJECTIONS TO APA, SALE PROCESS.

07/14/20 PRH REVIEW CORRESPONDENCE TO COMMITTEE MEMBERS IN     .60    243.00
             ADVANCE OF WEEKLY CALL (.1).  ATTEND WEEKLY
             COMMITTEE CALL (.5).

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020    PAGE  15
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376
```

```
07/15/20 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE        .20    81.00
             VARIOUS MATTERS.

07/16/20 PRH ATTEND CONFERENCE CALL WITH COMMITTEE           .80   324.00
             PROFESSIONALS REGARDING STRATEGY (.6).
             CORRESPONDENCE WITH COMMITTEE MEMBERS RE CASE
             STRATEGY (.2).

07/17/20 PRH ATTEND CONFERENCE CALL WITH COMMITTEE           .40   162.00
             PROFESSIONALS RE VARIOUS OPEN ISSUES.

07/18/20 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE STATUS .10    40.50
             OF CASE.

07/21/20 JGM REVIEW AGENDA AND EMAILS IN PREPARATION FOR    1.50   742.50
             COMMITTEE MEETING (.50), ATTEND COMMITTEE
             MEETING (1.0).

07/21/20 PRH REVIEW AGENDA FOR COMMITTEE CALL AND RELATED    .90   364.50
             CORRESPONDENCE (.2).  ATTEND COMMITTEE
             CONFERENCE CALL (.7).

07/22/20 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE STATUS .10    40.50
             OF CASE.

07/28/20 PRH REVIEW AGENDA AND RELATED DOCUMENTS IN          .80   324.00
             PREPARATION FOR COMMITTEE CALL (.2).  ATTEND
             CALL (.6).


    TOTAL HOURS         9.90      FOR SERVICES RENDERED    $      4207.50

                                                             ----------

                                  MATTER TOTAL             $      4207.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020     PAGE  16
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


    *--------------------------TIME AND FEE SUMMARY----------------------*
    *---------TIMEKEEPER---------*   RATE   HOURS                FEES
    JUDITH G. MILLER                495.00   2.20           1089.00
    PAUL R. HAGE                    405.00   7.70           3118.50
                         TOTALS              9.90           4207.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020    PAGE  17
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376
```

```
    Official Committee of Unsecured Creditors of Barfly Ventures
       DISBURSEMENTS
**OPEN FOR COST ONLY**
```

```
           *************** DISBURSEMENTS ***************

           TELEPHONE CHARGES CC                              11.14
06/30/20 PACER CHARGES NET CHARGES                            4.40
07/01/20 COPY EXPENSE # 2                                     0.75


                   TOTAL DISBURSEMENTS......$       16.29
                                                ----------

                   MATTER TOTAL            $        16.29
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Aug 11, 2020      PAGE  18
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


        Official Committee of Unsecured Creditors of Barfly Ventures
        EMPLOYMENT APPLICATIONS
**OPEN FOR TIME ONLY**


| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 07/01/20 | JGM | ADDRESS ENGAGEMENT LETTER AND RETENTION APPLICATIONS AND REVISIONS THERETO TO ADDRESS REQUEST FOR A RETAINER (.40), ADDRESS AND CONSIDER THE MANNER IN WHICH THE RETAINER WILL BE HELD AND APPLIED (.30), ADDRESS LOCAL RULE 2014 GOVERNING FILING AND SERVICE OF RETENTION APPLICATIONS AND TIME TO OBJECT THERETO (.20), REVIEW AND RESPOND TO EMAILS FROM MICHAEL BRANDESS ABOUT SAME (.30). | 1.20 | 594.00 |
| 07/01/20 | PRH | VARIOUS CORRESPONDENCE WITH JAFFE AND SUGAR FELSENTHAL TEAM RE RETENTION AND RETENTION APPLICATION ISSUES (1.1).  REVIEW CONSOLIDATED CREDITOR MATRIX (.1).  REVISE AND CIRCULATE ENGAGEMENT LETTER (.3).  DISCUSS RETAINER ISSUES WITH J. MILLER (.2). | 1.70 | 688.50 |
| 07/01/20 | MEC | PREPARE DRAFT OF APPLICATION TO RETAIN AMHERST PARTNERS AND PROPOSED ORDER FOR SAME. | 2.30 | 540.50 |
| 07/01/20 | MEC | PREPARE DRAFT OF APPLICATION FOR EMPLOYMENT OF SUGAR FELSENTHAL GRAIS & HELSINGER AND PROPOSED ORDER FOR SAME. | 2.30 | 540.50 |
| 07/01/20 | MEC | RECEIPT, REVIEW AND RESPOND TO MULTIPLE EMAIL MESSAGES W/ J. MILLER AND P. HAGE REGARDING EMPLOYMENT APPLICATIONS (.6) REVIEW OF PROPOSED ENGAGEMENT LETTER AND REVISIONS TO DRAFT OF PROPOSED ORDER (.4). REVISIONS TO DRAFT OF JAFFE'S EMPLOYMENT APPLICATION (.8). REVISIONS TO JAFFE'S DECLARATION (.6). | 2.40 | 564.00 |

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020      PAGE  19
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376

07/02/20 JGM ADDRESS EMAILS REGARDING FINALIZING EMPLOYMENT      .30   148.50
             APPLICATIONS AND RETENTION LETTER.

07/02/20 PRH ATTENTION TO RETENTION APPLICATIONS (1.6).         1.80   729.00
             RELATED CORRESPONDENCE WITH COMMITTEE
             PROFESSIONALS (.2).

07/02/20 MEC PREPARE DRAFT OF DECLARATION RE AMHERST           2.80   658.00
             PARTNERS (.8). PREPARE DRAFT OF DECLARATION RE
             SFGH (.8). COMMUNICATIONS W/ P. HAGE RE SERVICE
             ISSUES AND CONFLICT CHECKS (.4). FINALIZE
             EXHIBIT TO JAFFE DECLARATION (.8)

07/03/20 JGM ADDRESS EMAILS ABOUT REVISIONS NEEDED TO           .30   148.50
             ENGAGEMENT LETTERS AND FINALIZING SAME FOR
             FILING.

07/04/20 PRH ATTEND TO EDITS TO ENGAGEMENT LETTER, RETENTION    .30   121.50
             APPLICATIONS.

07/06/20 JGM ADDRESS EMAIL FROM LISA VANDESTEEG ABOUT           .90   445.50
             FINALIZING AND FILING RETENTION APPLICATIONS
             (.10), FOLLOW UP CALL WITH LISA ABOUT SAME
             (.20), CONFIRMATORY EMAIL TO LISA ABOUT ACTION
             TO BE TAKEN (.20), ADDRESS STATUS OF CONFLICT
             CHECK WITH SHELDON STONE (.10), REVIEW TIME FOR
             PREPARATION OF MONTHLY FEE STATEMENT (.30).

07/06/20 PRH CORRESPONDENCE WITH J. MILLER AND SUGAR           1.50   607.50
             FELSENTAL RE RETENTION APPLICATION ISSUES (.2).
             REVISE RETENTION DOCUMENTS (.6).  REVIEW DEMAND
             LETTER RE MASTODON RETENTION AND RELATED
             CORRESPONDENCE WITH COMMITTEE AND PROFESSIONALS
             (.7).

07/07/20 PRH FINALIZE RETENTION APPLICATIONS FOR COMMITTEE     2.20   891.00
             PROFESSIONALS (1.4).  PHONE CALL AND
             CORRESPONDENCE WITH M. MAGGIO RE SAME (.2).
             CONSIDER NEED FOR SUPPLEMENTAL DECLARATION RE
             COMMITTEE CONNECTIONS (.6)

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020     PAGE  20
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376

07/08/20 PRH ADDRESS DECLARATION OF DISINTERESTEDNESS ISSUES  2.50  1012.50
             WITH COMMITTEE PROFESSIONALS (1.1).
             CORRESPONDENCE WITH M. BRANDESS RE RETAINER
             ISSUES (.1) AND PHONE CALLS TO M. MAGGIO RE
             SAME (.3).  ATTENTION TO CONFLICT CHECK ISSUES
             (1.0).

07/09/20 PRH CORRESPONDENCE WITH M. BRANDESS RE SFGH           .70   283.50
             SUPPLEMENTAL DECLARATION AND CONFLICT CHECK
             (.2).  ATTEND TO SUPPLEMENTAL DISCLOSURES (.5).

07/21/20 PRH ATTEND TO SUPPLEMENTAL DECLARATIONS FOR SFGH,    2.00   810.00
             JAFFE AND AMHERST.

07/21/20 MEC REVIEW OF SUPPLEMENTAL DECLARATION AND            .30    70.50
             COMMUNICATIONS W/ P. HAGE RE FORMAT AND CONTENT
             OF SAME.

07/22/20 JGM REVIEW SUPPLEMENTAL DECLARATIONS.                 .30   148.50

07/22/20 PRH CORRESPONDENCE WITH COMMITTEE PROFESSIONALS RE   1.00   405.00
             SUPPLEMENTAL DECLARATIONS (.2).  FINALIZE SAME
             (.7).  SEND FILED DECLARATIONS TO M. MAGGIO
             (.1).


     TOTAL HOURS      26.80    FOR SERVICES RENDERED    $      9407.00

                                                           ----------

                               MATTER TOTAL              $      9407.00

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020      PAGE  21
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


   *-------------------------TIME AND FEE SUMMARY---------------------*
   *---------TIMEKEEPER---------*    RATE   HOURS            FEES
   JUDITH G. MILLER                 495.00   3.00          1485.00
   PAUL R. HAGE                     405.00  13.70          5548.50
   MAUREEN E. CHAPMAN               235.00  10.10          2373.50
                       TOTALS               26.80          9407.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020     PAGE  22
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376
```

```
     Official Committee of Unsecured Creditors of Barfly Ventures
        EMPLOYMENT OBJECTIONS
**OPEN FOR TIME ONLY**
```

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|-----|
| 07/06/20 | JGM | ADDRESS EMAILS FROM SUGAR FELSENTHAL AND AMHERST REGARDING ISSUES RELATING TO MASTODON EMPLOYMENT APPLICATION AND OBJECTIONS THERETO (.30), REVIEW FINAL DRAFT LETTER DELINEATING OBJECTIONS TO MASTODON RETENTION AND COMMENTS OF AMHERST THERETO, AND PROVIDE COMMENTS TO MICHAL BRANDESS (.30). | .60 | 297.00 |
| 07/08/20 | PRH | PHONE CALL WITH M. MAGGIO (.4) AND M. BRANDESS (.4) RE MASTODON RETENTION ISSUES. | .80 | 324.00 |
| 07/21/20 | PRH | REVIEW RESERVATION OF RIGHTS FIELD BY FSB REGARDING COMMITTEE PROFESSIONAL RETENTION APPLICATIONS (.1).  RELATED CORRESPONDENCE WITH COMMITTEE PROFESSIONALS (.1). | .20 | 81.00 |

```
   TOTAL HOURS        1.60      FOR SERVICES RENDERED   $        702.00

                                                          ----------

                                      MATTER TOTAL       $        702.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020      PAGE  23
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


   *--------------------------TIME AND FEE SUMMARY---------------------*
   *---------TIMEKEEPER---------*   RATE   HOURS            FEES
   JUDITH G. MILLER                495.00    .60         297.00
   PAUL R. HAGE                    405.00   1.00         405.00
                          TOTALS            1.60         702.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020      PAGE  24
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376
```

```
    Official Committee of Unsecured Creditors of Barfly Ventures
      EXECUTORY CONTRACTS
  **OPEN FOR TIME ONLY**
```

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 07/24/20 | PRH | REVIEW DEBTORS' NOTICE RE EXECUTORY CONTRACTS AND LEASES AND MOTION TO REJECT VARIOUS CONTRACTS. | .40 | 162.00 |

```
    TOTAL HOURS        0.40      FOR SERVICES RENDERED   $        162.00

                                                              ----------

                                 MATTER TOTAL            $        162.00
```

```
  *--------------------------TIME AND FEE SUMMARY---------------------*
  *---------TIMEKEEPER---------*   RATE   HOURS              FEES
  PAUL R. HAGE                    405.00    .40           162.00
                         TOTALS            .40           162.00
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020      PAGE  25
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376


     Official Committee of Unsecured Creditors of Barfly Ventures
       FEE APPLICATIONS / OBJECTIONS
   **OPEN FOR TIME ONLY**


 DATE    ATTY    SERVICE DESCRIPTION                          HOURS

7/08/20 PRH REVIEW LOCAL RULES AND FORMS TO DETERMINE IF      .70   283.50
            THERE IS A LOCAL FORM TO FOLLOW FOR PREPARATION
            OF MONTHLY FEE STATEMENTS AND APPLICATIONS
            (.5). FOLLOW UP CORRESPONDENCE WITH M. BRANDESS
            (.2).

7/09/20 PRH REVIEW TIME ENTRIES FOR PURPOSES OF PREPARATION   .60   243.00
            OF MONTHLY FEE STATEMENT (.4).  CORRESPONDENCE
            WITH CO-COUNSEL REGARDING SAME (.2).

7/10/20 PRH CORRESPONDENCE WITH M. BRANDESS REGARDING         .20    81.00
            MONTHLY FEE STATEMENTS.

7/13/20 JGM ADDRESS EMAILS IN CONNECTION WITH FILING          .20    99.00
            MONTHLY FEE STATEMENTS.

7/14/20 PRH CORRESPONDENCE RE INVOICES FOR MONTHLY FEE        .30   121.50
            STATEMENT.

7/15/20 PRH CORRESPONDENCE AND CALL WITH M. BRANDESS RE       .30   121.50
            MONTHLY FEE STATEMENTS.

7/17/20 PRH FINALIZE, FILE AND SERVE MONTHLY FEE STATEMENTS  1.00   405.00
            (.8).  CORRESPONDENCE WITH J. MORDEN AND S.
            STONE RE NECESSARY REVISIONS TO AMHERST FEE
            STATEMENTS (.2).

7/18/20 PRH PHONE CALL WITH M. BRANDESS RE INTERIM FEE        .30   121.50
            STATEMENT (.2).  FOLLOW UP CORRESPONDENCE WITH
            J. LUCAS (.1).

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Aug 11, 2020     PAGE  26
CLIENT NUMBER: UCCBAR
INVOICE NO.: 464376

07/20/20 PRH REVIEW CORRESPONDENCE FROM R. GOLD AND J. LUCAS  2.90  1174.50
              REGARDING RETAINER ISSUE (.1).  DISCUSS SAME
              WITH E. VANDESTEEG AND M. BRANDESS (.2).
              CORRESPONDENCE WITH S. STONE RE AMHERST FEE
              STATEMENT (.1).  ATTEND TO CONFLICT REVIEW AND
              SUPPLEMENTAL DECLARATIONS RE RETENTION
              APPLICATIONS (2.5).

07/23/20 PRH REVIEW FEE STATEMENTS FILED BY DEBTOR
              PROFESSIONALS AND RELATED CORRESPONDENCE WITH     .30   121.50
              M. BRANDESS.

07/24/20 PRH REVIEW OBJECTIONS TO FEE STATEMENTS FILED BY
              FSB (.1).  CORRESPONDENCE RE REQUEST FROM COURT   .90   364.50
              TO SCHEDULE HEARING ON SAME (.2).  PHONE CALL
              WITH M. MAGGIO RE RETENTION APPLICATION ISSUES
              (.6).

07/27/20 PRH REVIEW AMENDED ROCK CREEK FEE STATEMENT.          .10    40.50

7/29/20 PRH REVIEW FSB OBJECTION TO PROFESSIONAL FEES OF
              DEBTORS (.2).  CORRESPONDENCE WITH COURT RE       .30   121.50
              HEARING ON OBJECTIONS TO COMMITTEE APPLICATIONS
              (.1).


   TOTAL HOURS       8.10      FOR SERVICES RENDERED    $        3298.50

                                                            ----------

                               MATTER TOTAL              $        3298.50


*---------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER----------*   RATE   HOURS             FEES
JUDITH G. MILLER                  495.00    .20            99.00
PAUL R. HAGE                      405.00   7.90          3199.50
                      TOTALS               8.10          3298.50

**<u>Exhibit C</u>**
**(August Monthly Fee Statement)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.*, [1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

---

## MONTHLY FEE STATEMENT OF JAFFE RAITT HEUER & WEISS, P.C. FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUGUST 2020

---

| | |
|---|---|
| Name of Applicant: | Jaffe Raitt Heuer & Weiss, P.C. |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | August 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $17,235.00<br>80%  =  $13,788.00<br>20%  =  $3,447.00 |
| Amount of expense reimbursement sought: | $0 |
| Total interim request: | **$13,788.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:_____/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS &
HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel to the Official Committee of Unsecured
Creditors of Barfly Ventures, LLC et al.*

Dated: September 14, 2020.



**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • P.O. BOX 5034 • SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
Official Committee of Unsecured Creditors of BaSeptember 4, 2020
c/o Gordon Food Service, Inc.
Sharon Murphy - Director of Credit
1300 Gezon Parkway SW
Wyoming, MI 49509-9300                    Invoice No. 465559
```

---

```
FOR LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2020
AS ITEMIZED ON THE ATTACHED REPORT:


ASSET ANALYSIS

                              Total Fees        $8,041.50
                              Total Costs           $0.00
                                              ------------
                              Subtotal          $8,041.50
ASSET DISPOSITION

                              Total Fees        $1,944.00
                              Total Costs           $0.00
                                              ------------
                              Subtotal          $1,944.00
CASE ADMINISTRATION

                              Total Fees        $1,660.50
                              Total Costs           $0.00
                                              ------------
                              Subtotal          $1,660.50
CLAIMS

                              Total Fees           $40.50
                              Total Costs           $0.00
                                              ------------
                              Subtotal             $40.50
COMMITTEE COMMUNICATIONS

                              Total Fees        $1,539.00
                              Total Costs           $0.00
                                              ------------
                              Subtotal          $1,539.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep 4, 2020     PAGE   2
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


     EMPLOYMENT APPLICATIONS

                                  Total Fees            $526.50
                                  Total Costs             $0.00
                                                     -----------
                                  Subtotal              $526.50
     EMPLOYMENT OBJECTIONS

                                  Total Fees            $243.00
                                  Total Costs             $0.00
                                                     -----------
                                  Subtotal              $243.00
     EXECUTORY CONTRACTS

                                  Total Fees          $1,579.50
                                  Total Costs             $0.00
                                                     -----------
                                  Subtotal            $1,579.50
     FEE APPLICATIONS / OBJECTIONS

                                  Total Fees          $1,660.50
                                  Total Costs             $0.00
                                                     -----------
                                  Subtotal            $1,660.50



                    TOTAL FEES THIS INVOICE      $     17,235.00
                                                     -----------
                    TOTAL AMOUNT DUE             $     17,235.00



     FED. TAX I.D. 38-1915036   TERMS:  NET 30 DAYS

     {J1}
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep 4, 2020     PAGE   3
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559
```

```
    Official Committee of Unsecured Creditors of Barfly Ventures
    ASSET ANALYSIS
**OPEN FOR TIME ONLY**
```

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 08/03/20 | PRH | PHONE CALL WITH E. NOVETSKY RE PPP ISSUES AND RELATED CORRESPONDENCE (.4).  PHONE CALLS WITH M. BRANDESS REGARDING PPP BRIEF STRATEGY (.6). REVIEW DEBTORS' BRIEF (.5).  FINALIZE AND FILE COMMITTEE BRIEF (1.1). | 2.60 | 1053.00 |
| 08/03/20 | EDN | RSCH RE (0.8) AND REVIEW AND REVISE BRIEF RE PPP PROCEEDS (1.5) | 2.30 | 793.50 |
| 08/05/20 | PRH | REVIEW FSB BRIEF RE PPP ISSUE (.6).  DISCUSS SAME WITH M. BRANDESS (.3).  REVIEW AND PROPOSE REVISIONS TO OUTLINE FOR ORAL ARGUMENT (.8). CONFERENCE CALL WITH ESTATE PROFESSIONALS IN PREPARATION FOR HEARING ON PPP ISSUES (.9). CORRESPONDENCE IN PREPARATION FOR HEARING (.2). | 2.80 | 1134.00 |
| 08/06/20 | PRH | ATTEND HEARING RE PPP PROCEED ISSUE. | 2.00 | 810.00 |
| 08/07/20 | PRH | ATTEND CONTINUED HEARING RE PPP FUNDS (.8). FOLLOW UP CALLS AND CORRESPONDENCE WITH COMMITTEE PROFESSIONALS (.4).  ATTEND CONFERENCE CALL WITH J. LUCAS AND M. BRANDESS TO DISCUSS RULING, STRATEGY (.6). | 1.80 | 729.00 |
| 08/10/20 | PRH | REVIEW ORDER OVERRULING FSB OBJECTIONS (.1). REVIEW CASELAW DEALING WITH PPP ISSUES (.2). | .30 | 121.50 |
| 08/11/20 | PRH | CORRESPONDENCE WITH M. BRANDESS REGARDING PPP STRATEGY. | .30 | 121.50 |
| 08/12/20 | PRH | CORRESPONDENCE WITH ESTATE PROFESSIONALS REGARDING PPP STRATEGY. | .10 | 40.50 |
| 08/13/20 | PRH | CORRESPONDENCE RE PPP ISSUE. | .10 | 40.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep 4, 2020    PAGE   4
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559
```

```
08/17/20 PRH REVIEW SELLERS PROMISSORY NOTE (.2).            .60   243.00
             CORRESPONDENCE AND CALL WITH COMMITTEE COUNSEL
             RE SELLERS BANKRUPTCY STRATEGY (.4).

08/27/20 PRH PHONE CALL WITH M. BRANDESS REGARDING TRO BRIEF 1.00   405.00
             (.2).  DISCUSS SAME WITH D. WILLIAMS AND LOCATE
             RELEVANT RESEARCH (.5).  PHONE CALL AND
             CORRESPONDENCE WITH M. CHAPMAN RE OBTAINING
             HEARING TRANSCRIPT (.3).

08/28/20 PRH CORRESPONDENCE WITH M. CHAPMAN RE OBTAINING     .50   202.50
             TRANSCRIPT OF PPP HEARING (.2).  REVIEW
             TRANSCRIPT FROM HEARING (.2).  CORRESPONDENCE
             WITH M. BRANDESS RE BRIEF (.1).

08/28/20 MEC COMMUNCATIONS W/ P. HAGE RE TRANSCRIPT REQUEST  1.20   282.00
             (.3). PREPARE LOCAL FORM FOR TRANSCRIPT REQUEST
             (.4). TELEPHONE CALLS W/ COURT REPORTER RE
             TRANSCRIPT REQUEST ON RUSH BASIS (.4). RECEIPT
             AND REVIEW TRANSCRIPT (.1).

08/30/20 PRH RESEARCH REGARDING PPP ISSUES AND RELATED       1.30   526.50
             CORRESPONDENCE WITH J. LUCAS AND M. BRANDESS.

08/31/20 PRH REVIEW TRO MOTION AND MEMO REGARDING PPP FUNDS  3.10  1255.50
             (1.6).  CONFERENCE CALL WITH COMMITTEE
             PROFESSIONALS RE STRATEGY (.7).  REVIEW REVISED
             DRAFT OF TRO BRIEF AND RELATED CORRESPONDENCE
             WITH CO-COUNSEL (.8).

08/31/20 PRH REVIEW SELLERS BANKRUPTCY SCHEDULES AND SOFA    .70   283.50
             AND PREPARE E-MAIL TO COMMITTEE MEMBERS RE
             SAME.


    TOTAL HOURS      20.70    FOR SERVICES RENDERED   $    8041.50

                                                          ----------

                             MATTER TOTAL          $    8041.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020      PAGE   5
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559



      *---------------------------TIME AND FEE SUMMARY---------------------*
      *----------TIMEKEEPER---------*   RATE   HOURS          FEES
      PAUL R. HAGE                     405.00  17.20         6966.00
      ERIC D. NOVETSKY                 345.00   2.30          793.50
      MAUREEN E. CHAPMAN               235.00   1.20          282.00
                            TOTALS             20.70         8041.50
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep 4, 2020      PAGE  6
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


Official Committee of Unsecured Creditors of Barfly Ventures
ASSET DISPOSITION


| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|--------------------|-------|--|
| 08/11/20 | PRH | CORRESPONDENCE WITH M. BRANDESS RE ADEQUATE ASSURANCE INFORMATION. | .10 | 40.50 |
| 08/14/20 | PRH | REVIEW FILED SALE OBJECTION. | .10 | 40.50 |
| 08/18/20 | PRH | REVIEW CORRESPONDENCE AND MODELS FROM R. HERSCH RE STATUS OF SALE PROCESS (.2).  RELATED CORRESPONDENCE WITH COMMITTEE PROFESSIONALS (.1). | .30 | 121.50 |
| 08/19/20 | PRH | REVIEW LANDLORD SALE OBJECTION (.1). CORRESPONDENCE AND CALL WITH M. BRANDESS AND E. VANDESTEEG RE SALE STRATEGY/ISSUES (.4). CONFERENCE CALL WITH MASTODON REGARDING STATUS OF SALE (.5). | 1.00 | 405.00 |
| 08/20/20 | PRH | REVIEW SALE HEARING NOTICE (.1). CORRESPONDENCE WITH CO-COUNSEL AND THE COURT RE SALE HEARING (.1). | .20 | 81.00 |
| 08/21/20 | PRH | REVIEW LENDER ADEQUATE ASSURANCE PACKAGE AND RELATED CORRESPONDENCE WITH COMMITTEE PROFESSIONALS. | .20 | 81.00 |
| 08/24/20 | PRH | PHONE CALL WITH H. SHER RE STATUS OF SALE PROCESS (.4).  REVIEW AND REVISE DRAFT STIPULATION EXTENDING SALE DEADLINES AND RELATED CORRESPONDENCE WITH E. VON EITZEN (.6). PHONE CALLS WITH M. MAGGIO AND M. BRANDESS RE OBJECTION DEADLINE FOR SALE (.3).  VARIOUS CORRESPONDENCE RE SALE ADJOURNMENT STIPULATION AND ORDER (.5). | 1.80 | 729.00 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep 4, 2020    PAGE   7
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


08/25/20 PRH VARIOUS CORRESPONDENCE RE ADEQUATE           .50    202.50
             ASSURANCE/SALE ISSUES AND STIPULATION (.3).
             REVIEW FSB SALE OBJECTION AND RELATED
             CORRESPONDENCE (.2).

08/26/20 PRH REVIEW FILED STIPULATION AND ORDER ADJOURNING  .50   202.50
             SALE HEARING (.2).  REVIEW LANDLORD SALE
             OBJECTIONS (.3).

08/27/20 PRH CORRESPONDENCE WITH COMMITTEE PROFESSIONALS RE  .10   40.50
             SALE HEARING, PROCESS.



    TOTAL HOURS      4.80      FOR SERVICES RENDERED   $      1944.00

                                                         ----------

                               MATTER TOTAL        $      1944.00



    *------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER----------*   RATE   HOURS         FEES
    PAUL R. HAGE                      405.00   4.80      1944.00
                            TOTALS            4.80      1944.00
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Sep  4, 2020      PAGE   8
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


     Official Committee of Unsecured Creditors of Barfly Ventures
        CASE ADMINISTRATION
**OPEN FOR TIME ONLY**


   DATE   ATTY    SERVICE DESCRIPTION                        HOURS

08/13/20 PRH REVIEW MONTHLY OPERATING REPORT FILED BY        .20    81.00
             DEBTORS.

08/14/20 PRH REVIEW BANKRUPTCY DOCKET FOR M. SELLERS CHAPTER 1.40   567.00
             11 AND RELATED CORRESPONDENCE WITH COMMITTEE
             PROFESSIONALS (1.0).  PHONE CALL WITH M.
             BRANDESS RE CASE STRATEGY (.4).

08/17/20 PRH PHONE CALL WITH M. BRANDESS AND J. LUCAS        .30   121.50
             REGARDING VARIOUS ISSUES IN CASE.

08/17/20 PRH CONFERENCE CALL WITH M. BRANDESS AND E.         .60   243.00
             VANDESTEEG RE CASE STRATEGY.

08/18/20 PRH CORRESPONDENCE WITH M. BRANDESS AND E.          .60   243.00
             VANDESTEEG RE SELLERS BANKRUPTCY (.1).   REVIEW
             DOCKET IN CASE (.2).  PREPARE AND FILE
             APPEARANCES (.3).

08/19/20 PRH REVIEW FILINGS IN THE SELLERS BANKRUPTCY CASE   .40   162.00
             (.2).  PREPARE E-MAIL TO COMMITTEE MEMBERS RE
             SAME (.2).

08/20/20 PRH REVIEW MOTION TO EXTEND DEADLINE TO FILE        .10    40.50
             SCHEDULES.

08/21/20 PRH REVIEW FILINGS IN BANKRUPTCY CASES.             .30   121.50

08/24/20 PRH CORRESPONDENCE WITH ESTATE PROFESSIONALS RE     .20    81.00
             STATUS OF VARIOUS OPEN MATTERS.

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep 4, 2020     PAGE  9
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


    TOTAL HOURS        4.10       FOR SERVICES RENDERED    $      1660.50

                                                                ----------

                                  MATTER TOTAL              $      1660.50




   *-------------------------TIME AND FEE SUMMARY---------------------*
   *----------TIMEKEEPER---------*   RATE    HOURS            FEES
   PAUL R. HAGE                     405.00    4.10          1660.50
                          TOTALS              4.10          1660.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep 4, 2020     PAGE  10
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559




     Official Committee of Unsecured Creditors of Barfly Ventures
        CLAIMS
**OPEN FOR TIME ONLY**


   DATE   ATTY    SERVICE DESCRIPTION                    HOURS

08/13/20 PRH REVIEW CLAIMS BAR DATE ORDER ENTERED BY COURT   .10    40.50
            AND CALENDAR DEADLINES.



   TOTAL HOURS       0.10     FOR SERVICES RENDERED    $      40.50

                                                           ----------

                              MATTER TOTAL            $      40.50




  *-------------------------TIME AND FEE SUMMARY---------------------*
  *----------TIMEKEEPER---------*  RATE  HOURS            FEES
  PAUL R. HAGE                    405.00   .10          40.50
                         TOTALS           .10          40.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep 4, 2020     PAGE  11
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559
```

```
     Official Committee of Unsecured Creditors of Barfly Ventures
     COMMITTEE COMMUNICATIONS
**OPEN FOR TIME ONLY**
```

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|--|
| 08/04/20 | PRH | REVIEW DRAFT AGENDA AND RELATED CORRESPONDENCE PREPARATION FOR COMMITTEE CALL (.1).  ATTEND COMMITTEE CONFERENCE CALL (.5).  FOLLOW UP CORRESPONDENCE (.5). | 1.10 | 445.50 |
| 08/05/20 | PRH | CORRESPONDENCE WITH COMMITTEE MEMBERS RE STATUS OF CASE. | .10 | 40.50 |
| 08/06/20 | PRH | CORRESPONDENCE WITH COMMITTEE MEMBERS RE STATUS OF CASE. | .10 | 40.50 |
| 08/07/20 | PRH | CORRESPONDENCE WITH COMMITTEE MEMBERS RE PPP RULING. | .10 | 40.50 |
| 08/11/20 | PRH | REVIEW AGENDA FOR, AND ATTEND, COMMITTEE CONFERENCE CALL. | .70 | 283.50 |
| 08/13/20 | PRH | REVIEW CORRESPONDENCE TO COMMITTEE RE CLAIMS BAR DATE ORDER (.1).  CORRESPONDENCE WITH COMMITTEE RE MONTHLY FEE STATEMENTS (.2). | .30 | 121.50 |
| 08/14/20 | PRH | CORRESPONDENCE TO COMMITTEE REGARDING SELLERS BANKRUPTCY FILING. | .40 | 162.00 |
| 08/18/20 | PRH | CORRESPONDENCE WITH COMMITTEE PROFESSIONALS RE WEEKLY CALL (.1).  ATTEND WEEKLY COMMITTEE CALL (.5). | .60 | 243.00 |
| 08/21/20 | PRH | REVIEW CORRESPONDENCE TO COMMITTEE RE STATUS OF CASE. | .10 | 40.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020      PAGE  12
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


08/25/20 PRH CORRESPONDENCE WITH M. BRANDESS AND COMMITTEE     .20    81.00
             MEMBERS RE STATUS OF CASE AND ADJOURNING WEEKLY
             COMMITTEE CALL.

08/26/20 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE SALE     .10    40.50
             RELATED ISSUES.



     TOTAL HOURS      3.80      FOR SERVICES RENDERED     $      1539.00

                                                              ----------

                                MATTER TOTAL             $      1539.00
```

```
   *-------------------------TIME AND FEE SUMMARY---------------------*
   *----------TIMEKEEPER---------*   RATE   HOURS           FEES
   PAUL R. HAGE                     405.00   3.80        1539.00
                        TOTALS               3.80        1539.00
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep 4, 2020      PAGE  13
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


     Official Committee of Unsecured Creditors of Barfly Ventures
       EMPLOYMENT APPLICATIONS
**OPEN FOR TIME ONLY**


   DATE   ATTY    SERVICE DESCRIPTION                          HOURS

08/05/20 PRH REVIEW REVISED MASTODON RETENTION ORDER (.2).     .50    202.50
             RELATED CORRESPONDENCE (.1).  REVIEW UST
             OBJECTION TO PROFESSIONAL RETAINERS AND RELATED
             CORRESPONDENCE (.2).

08/07/20 PRH REVISE RETENTION ORDERS AND UPLOAD THEM TO        .60    243.00
             COURT FOR ENTRY.

08/10/20 PRH REVIEW ORDERS APPROVING RETENTION OF COMMITTEE    .20     81.00
             PROFESSIONALS (.1).  RELATED CORRESPONDENCE
             WITH COMMITTEE PROFESSIONALS (.1).


   TOTAL HOURS        1.30     FOR SERVICES RENDERED    $      526.50

                                                            ----------

                              MATTER TOTAL           $      526.50


   *--------------------------TIME AND FEE SUMMARY----------------------*
   *---------TIMEKEEPER---------*   RATE   HOURS           FEES
   PAUL R. HAGE                    405.00  1.30           526.50
                         TOTALS            1.30           526.50

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020     PAGE  14
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


     Official Committee of Unsecured Creditors of Barfly Ventures
       EMPLOYMENT OBJECTIONS
**OPEN FOR TIME ONLY**


  DATE   ATTY   SERVICE DESCRIPTION                      HOURS

08/17/20 PRH CORRESPONDENCE WITH M. MAGGIO AND M. BRANDESS     .20    81.00
             RE MASTODON RETENTION ORDER.

08/18/20 PRH REVIEW REVISED MASTODON RETENTION ORDER (.2).     .20    81.00

08/19/20 PRH REVIEW DEBTOR PROFESSIONAL MONTHLY FEE            .20    81.00
             STATEMENTS AND RELATED CORRESPONDENCE WITH M.
             BRANDESS.



  TOTAL HOURS       0.60     FOR SERVICES RENDERED   $      243.00

                                                        ----------

                            MATTER TOTAL             $      243.00



  *-------------------------TIME AND FEE SUMMARY----------------------*
  *---------TIMEKEEPER---------*  RATE  HOURS          FEES
  PAUL R. HAGE                  405.00   .60        243.00
                      TOTALS            .60        243.00
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Sep 4, 2020      PAGE  15
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


    Official Committee of Unsecured Creditors of Barfly Ventures
        EXECUTORY CONTRACTS
**OPEN FOR TIME ONLY**


| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|--|
| 08/04/20 | PRH | REVIEW WARDROPP LETTER (.1). RESEARCH ISSUES REGARDING PERFECTION OF SECURITY INTEREST IN LIQUOR LICENSE AND ABILITY TO TRANSFER LICENSE IN SALE (1.7).  RELATED CORRESPONDENCE WITH M. BRANDESS (.1). | 1.90 | 769.50 |
| 08/04/20 | PRH | CORRESPONDENCE WITH M. BRANDESS RE ADEQUATE ASSURANCE PACKAGE FROM LENDERS. | .10 | 40.50 |
| 08/05/20 | PRH | REVIEW LANDLORD CURE OBJECTIONS (.3). CORRESPONDENCE WITH CO-COUNSEL RE ADEQUATE ASSURANCE REQUEST (.3). | .60 | 243.00 |
| 08/06/20 | PRH | REVIEW FILED CURE OBJECTIONS. | .30 | 121.50 |
| 08/07/20 | PRH | REVIEW FILED CURE OBJECTIONS. | .20 | 81.00 |
| 08/12/20 | PRH | REVIEW HEARING NOTICES RE CURE OBJECTIONS. | .10 | 40.50 |
| 08/17/20 | PRH | REVIEW IONIA PROPERTIES LEASE ASSUMPTION OBJECTION. | .10 | 40.50 |
| 08/19/20 | PRH | REVIEW LEASE REJECTION ORDER. | .10 | 40.50 |
| 08/26/20 | PRH | REVIEW FILED MOTION TO REJECT LEASES (.1). DISCUSS SAME WITH M. BRANDESS (.2). | .30 | 121.50 |
| 08/31/20 | PRH | REVIEW OMNIBUS MOTION TO REJECT LEASES. | .20 | 81.00 |


    TOTAL HOURS       3.90       FOR SERVICES RENDERED    $       1579.50

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep 4, 2020     PAGE  16
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559

                                              ----------

                       MATTER TOTAL          $      1579.50



    *--------------------------TIME AND FEE SUMMARY---------------------*
    *----------TIMEKEEPER---------*   RATE  HOURS          FEES
    PAUL R. HAGE                     405.00   3.90       1579.50
                          TOTALS              3.90       1579.50
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020      PAGE  17
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559


    Official Committee of Unsecured Creditors of Barfly Ventures
      FEE APPLICATIONS / OBJECTIONS
**OPEN FOR TIME ONLY**


  DATE   ATTY    SERVICE DESCRIPTION                        HOURS

08/03/20 PRH CORRESPONDENCE WITH S. STONE AND J. MORDEN RE    .10    40.50
             AMHERST FEE STATEMENT.

08/04/20 PRH REVIEW AMHERST FEE STATEMENT (.1).               .90   364.50
             CORRESPONDENCE AND CALLS WITH M. BRANDESS, S.
             STONE AND J. MORDEN RE NEED TO BREAK DOWN TIME
             ENTRIES BY CATEGORY (.8).

08/06/20 PRH REVIEW TIME ENTRIES AND ATTEND TO PREPARATION    .90   364.50
             OF MONTHLY FEE STATEMENTS.

08/10/20 PRH CORRESPONDENCE WITH M. BRANDESS RE               .10    40.50
             TIMING/STATUS OF JULY FEE STATEMENTS.

08/11/20 PRH ATTENTION TO MONTHLY FEE STATEMENTS.             .40   162.00

08/12/20 PRH CORRESPONDENCE RE NOTICE, FILING OF MONTHLY FEE  .30   121.50
             STATEMENTS.  ATTENTION TO FEE STATEMENTS.

08/13/20 PRH ATTENTION TO MONTHLY FEE STATEMENTS FOR          .90   364.50
             COMMITTEE PROFESSIONALS.

08/14/20 PRH ATTENTION TO FILING AND SERVICE OF MONTHLY FEE   .50   202.50
             STATEMENTS FOR COMMITTEE PROFESSIONALS.


    TOTAL HOURS        4.10      FOR SERVICES RENDERED    $     1660.50

                                                              ----------

                                MATTER TOTAL             $     1660.50

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Sep  4, 2020      PAGE  18
CLIENT NUMBER: UCCBAR
INVOICE NO.: 465559
```

```
   *-------------------------TIME AND FEE SUMMARY---------------------*
   *---------TIMEKEEPER---------*    RATE   HOURS          FEES
   PAUL R. HAGE                     405.00   4.10        1660.50
                           TOTALS            4.10        1660.50
```

**Exhibit D**
**(September Monthly Fee Statement)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

Debtors.

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

_____/

## MONTHLY FEE STATEMENT OF JAFFE RAITT HEUER & WEISS, P.C.
## FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF
## EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS FOR SEPTEMBER 2020

| | |
|---|---|
| Name of Applicant: | Jaffe Raitt Heuer & Weiss, P.C. |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | September 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $31,705.00 80%  =  $25,364.00 20%  =  $6,341.00 |
| Amount of expense reimbursement sought: | $318.76 |
| Total interim request: | **$25,682.76** |

_____

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

4989187.v1

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:____/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS &
HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel to the Official Committee of Unsecured
Creditors of Barfly Ventures, LLC et al.*

Dated: October 7, 2020.



**JAFFE RAITT HEUER & WEISS**
A Professional Corporation
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • P.O. BOX 5034 • SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
Official Committee of Unsecured Creditors of Ba October 6, 2020
c/o Gordon Food Service, Inc.
Sharon Murphy - Director of Credit
1300 Gezon Parkway SW
Wyoming, MI 49509-9300                    Invoice No. 467078
```

---

```
FOR LEGAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2020
AS ITEMIZED ON THE ATTACHED REPORT:


ASSET ANALYSIS

                          Total Fees         $5,866.00
                          Total Costs            $0.00
                                            -----------
                          Subtotal           $5,866.00
ASSET DISPOSITION

                          Total Fees        $19,602.00
                          Total Costs            $0.00
                                            -----------
                          Subtotal          $19,602.00
CASE ADMINISTRATION

                          Total Fees         $1,701.00
                          Total Costs            $0.00
                                            -----------
                          Subtotal           $1,701.00
CLAIMS

                          Total Fees           $162.00
                          Total Costs            $0.00
                                            -----------
                          Subtotal             $162.00
COMMITTEE COMMUNICATIONS

                          Total Fees         $2,592.00
                          Total Costs            $0.00
                                            -----------
                          Subtotal           $2,592.00
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020      PAGE   2
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078

    DISBURSEMENTS

|  |  |
|---|---|
| Total Fees | $0.00 |
| Total Costs | $318.76 |
| Subtotal | $318.76 |

EXECUTORY CONTRACTS

|  |  |
|---|---|
| Total Fees | $243.00 |
| Total Costs | $0.00 |
| Subtotal | $243.00 |

FEE APPLICATIONS / OBJECTIONS

|  |  |
|---|---|
| Total Fees | $1,174.50 |
| Total Costs | $0.00 |
| Subtotal | $1,174.50 |

FINANCING

|  |  |
|---|---|
| Total Fees | $364.50 |
| Total Costs | $0.00 |
| Subtotal | $364.50 |

| | | |
|---|---|---|
| TOTAL FEES THIS INVOICE | $ | 31,705.00 |
| TOTAL COSTS THIS INVOICE | $ | 318.76 |
| TOTAL AMOUNT DUE | $ | 32,023.76 |

FED. TAX I.D. 38-1915036   TERMS:  NET 30 DAYS

{J1}

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE   3
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078
```

```
    Official Committee of Unsecured Creditors of Barfly Ventures
      ASSET ANALYSIS
**OPEN FOR TIME ONLY**
```

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|--|
| 08/27/20 | DWW | PHONE CONFERENCE W/ PAUL HAGE, ATTENTION TO TRO STANDARD. | .40 | 166.00 |
| 09/01/20 | PRH | CONFERENCE CALL TO DISCUSS PPP STRATEGY WITH J. LUCAS AND M. BRANDESS (.6).  REVIEW DRAFT OF PPP COMPLAINT (.2).  CORRESPONDENCE WITH M. BRANDESS AND J. LUCAS (.1). | .90 | 364.50 |
| 09/01/20 | PRH | RESEARCH REGARDING PPP ARGUMENT. | 1.20 | 486.00 |
| 09/02/20 | PRH | REVIEW FILINGS IN SELLERS BANKRUPTCY CASE. | .10 | 40.50 |
| 09/03/20 | PRH | CORRESPONDENCE WITH M. BRANDESS RE DERIVATIVE STANDING ISSUE. | .30 | 121.50 |
| 09/09/20 | PRH | ATTENTION TO STIPULATION RE DERIVATIVE STANDING FOR COMMITTEE. | 1.30 | 526.50 |
| 09/10/20 | PRH | FINALIZE DRAFT STIPULATION RE DERIVATIVE STANDING AND RELATED CORRESPONDENCE WITH CO-COUNSEL. | 1.30 | 526.50 |
| 09/14/20 | PRH | ATTENTION TO EDITS TO STIPULATION RE DERIVATIVE STANDING (.5).  RELATED CORRESPONDENCE (.3). PHONE CALL AND CORRESPONDENCE WITH E. VON EITZEN RE SAME (.2). | 1.00 | 405.00 |
| 09/15/20 | PRH | REVIEW D&O POLICIES (.5).  CORRESPONDENCE WITH M. BRANDESS AND M. COOPER RE INSURANCE ISSUES (.1). | .60 | 243.00 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE   4
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078
```

```
09/16/20 PRH CORRESPONDENCE WITH M. COOPER RE D&O POLICY      1.20   486.00
             REVIEW (.1).  DISCUSS D&O STRATEGY WITH M.
             BRANDESS (.3).  PHONE CALL WITH CHAMBERS RE
             STATUS OF DERIVATIVE STANDING ORDER (.1).
             CONFERENCE CALL WITH M. BRANDESS AND E.
             VANDESTEEG RE STRATEGY (.7).

09/17/20 MGC WORK ON AND REVIEW EXCEPTIONS TO INSURED V.       .50   217.50
             INSURED EXCLUSION IN D&O POLICY.

09/17/20 PRH CORRESPONDENCE AND CALLS WITH M. COOPER AND M.   1.90   769.50
             BRANDESS RE D&O INSURANCE COVERAGE ISSUES (.9).
             REVIEW POLICIES (.8).  RESEARCH RE BREACH OF
             FIDUCIARY DUTY CONSTITUTES A TORT CLAIM IN
             MICHIGAN (.2).

09/18/20 MGC PREPARE FOR AND CALL WITH CO-COUNSEL DISCUSSING   .50   217.50
             D&O INSURANCE ISSUES.

09/18/20 PRH ATTEND CONFERENCE CALL TO DISCUSS D&O STRATEGY.   .50   202.50

09/21/20 PRH CORRESPONDENCE WITH M. COOPER AND M. BRANDESS     .60   243.00
             RE D&O INSURANCE ISSUES.

09/22/20 PRH CORRESPONDENCE RE D&O COVERAGE ISSUES.            .30   121.50

09/24/20 PRH ATTEND TO DRAFT SELLERS PROOF OF CLAIM ADDENDUM  1.50   607.50
             (1.1).  RELATED CORRESPONDENCE (.1).
             CORRESPONDENCE RE INSURANCE ISSUES (.3).

09/28/20 PRH REVIEW FINAL DRAFT OF PROOF OF CLAIM AND          .10    40.50
             RELATED CORRESPONDENCE WITH M. BRANDESS.

09/29/20 PRH REVIEW FILINGS IN SELLERS CHAPTER 11 CASE.        .20    81.00


   TOTAL HOURS     14.40     FOR SERVICES RENDERED    $      5866.00

                                                          ----------

                            MATTER TOTAL               $      5866.00
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE   5
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078

```
*---------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE  HOURS          FEES
MARK G COOPER                    435.00  1.00         435.00
DAVID W WILLIAMS                 415.00   .40         166.00
PAUL R. HAGE                     405.00 13.00        5265.00
                        TOTALS          14.40        5866.00
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE   6
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078


Official Committee of Unsecured Creditors of Barfly Ventures
ASSET DISPOSITION


| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 09/09/20 | PRH | E-MAIL CORRESPONDENCE WITH ESTATE PROFESSIONALS RE STATUS OF SALE PROCESS (.2).  ATTEND CONFERENCE CALL WITH COUNSEL FOR SECURED CREDITORS RE STATUS OF SALE PROCESS (.5). FOLLOW UP CALL WITH M. BRANDESS (.4).  FOLLOW UP CORRESPONDENCE WITH M, BRANDESS AND E. VANDESTEEG (.3). | 1.40 | 567.00 |
| 09/10/20 | PRH | VARIOUS CORRESPONDENCE WITH M. BRANDESS AND E. VANDESTEEG RE SALE OBJECTION ISSUES.  (1.1). ATTEND CONFERENCE CALL WITH DEBTOR PROFESSIONALS AND INVESTMENT BANKER RE SALE PROCESS (.7). FOLLOW UP CALL WITH M. BRANDESS AND S. STONE (.2).  REVIEW FILED SALE OBJECTION (.1).  PHONE CALL WITH M. BRANDESS RE POTENTIAL RESOLUTINO OF SALE OBJECTION (.3). | 2.40 | 972.00 |
| 09/11/20 | PRH | CORRESPONDENCE REGARDING ADJOURNMENT OF SALE AND RELATED DEADLINES (.3).  REVIEW STIPULATION AND ORDER AND RELATED CORRESPONDENCE (.2). | .50 | 202.50 |
| 09/14/20 | PRH | VARIOUS CORRESPONDENCE WITH ESTATE PROFESSIONALS RE SALE ISSUES (.4).  REVIEW FILED STIPULATION AND ORDER RE SALE DEADLINES AND RELATED CORRESPONDENCE (.2). | .60 | 243.00 |
| 09/15/20 | PRH | ATTEND STATUS CONFERENCE WITH COURT (.5). FOLLOW UP CALLS WITH M. MAGGIO AND M. BRANDESS (.3).  CORRESPONDENCE RE WIND-DOWN BUDGETING (.2). | 1.00 | 405.00 |

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE   7
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078

09/16/20 PRH REVIEW NOTICE RE CANCELLATION OF AUCTION (.1).    .20    81.00
             CORRESPONDENCE RE SALE WITH M. BRANDESS AND M.
             MAGGIO (.1).

09/17/20 PRH CORRESPONDENCE WITH M. BRANDESS RE SALE ISSUES,   .30   121.50
             STRUCTURED DISMISSAL.

09/18/20 PRH ATTEND CALL WITH ESTATE PROFESSIONALS REGARDING   .90   364.50
             WIND-DOWN BUDGET, CAPITALIZATION OF POST-SALE
             BUSINESS (.6).  FOLLOW UP CALL WITH M. BRANDESS
             AND AND E. VANDESTEEG (.3).

09/21/20 PRH CONSIDER ARGUMENTS RE SALE OBJECTION AND         1.00   405.00
             RELATED CORRESPONDENCE WITH CO-COUNSEL (.6).
             CONFERENCE CALL WITH M. BRANDESS AND E.
             VANDESTEEG RE OBJECTION STRATEGY (.4).

09/22/20 PRH ATTENTION TO EDITS TO SALE OBJECTION (2.8).      3.50  1417.50
             PHONE CALL WITH M. BRANDESS AND E. VANDESTEEG
             RE OBJECTION (.4).  CORRESPONDENCE TO COURT RE
             ATTENDANCE AT SALE HEARING (.1).  PHONE CALL
             WITH M. BRANDESS RE OBJECTION STRATEGY (.2).

09/23/20 PRH ATTEND TO SALE OBJECTION (3.9).  PHONE CALLS     6.40  2592.00
             AND CORRESPONDENCE WITH M. BRANDESS AND E.
             VANDESTEEG RE SAME (1.3).  FINALIZE, FILE AND
             SERVE SALE OBJECTION (.6).  REVIEW SALE
             OBJECTION FILED BY UST (.3).  PHONE CALL WITH
             M. BRANDESS RE DISCUSSION WITH J. LUCAS, ORAL
             ARGUMENT (.3).

09/24/20 PRH CORRESPONDENCE WITH CO-COUNSEL RE SALE HEARING   3.30  1336.50
             (.4).  PHONE CALL WITH M. MAGGIO RE SALE
             HEARING (.3).  PHONE CALLS WITH M. BRANDESS, E.
             VANDESTEEG AND J. LUCAS RE STATUS OF SALE (.7).
             REVIEW SALE RELATED DECLARATIONS (.2).  REVIEW
             OUTLINE AND SUPPORTING DOCUMENTS FOR ORAL
             ARGUMENT (.2).  REVIEW LENDER REPLY BRIEF (.5).
             CONFERENCE CALL TO DISCUSS HEARING STRATEGY
             WITH M. BRANDESS AND E. VANDESTEEG (1.0).

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE   8
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078


09/25/20 PRH PREPARATIONS FOR SALE HEARING (3.0).  ATTEND     12.30  4981.50
             SALE HEARING (2.5), ATTEND MEDIATION (6.1).
             ATTEND FOLLOW UP WITH COURT RE MEDIATION (.3).
             FOLLOW UP CALLS AND CORRESPONDENCE WITH
             COMMITTEE PROFESSIONALS (.4).


09/26/20 PRH CONFERENCE CALL WITH COMMITTEE PROFESSIONALS TO  1.70   688.50
             DISCUSS SALE LITIGATION STRATEGY (1.2).
             CORRESPONDENCE AND CALL WITH M. BRANDESS
             REGARDING SETTLEMENT DISCUSSIONS (.5).


09/27/20 PRH REVIEW AND REVISE DRAFT TERM SHEET (.5).         2.80  1134.00
             RESEARCH AND CORRESPONDENCE RE UST FEE ISSUE
             (.4).  PHONE CALLS AND CORRESPONDENCE WITH M.
             BRANNDEESS, E. VANDESTEEG AND M. MAGGIO
             REGARDING SALE OBJECTION ISSUES (.9).  ATTEND
             CONFERENCE CALL WITH COMMITTEE PROFESSIONALS RE
             NEGOTIATION STRATEGY (1.0).


09/28/20 PRH CORRESPONDENCE AND CALLS WITH CO-COUNSEL RE      2.20   891.00
             SETTLEMENT OFFER (.4).  PHONE CALLS WITH
             MEDIATOR, M. BRANDESS AND E. VANDESTEEG RE
             SETTLEMENT OF SALE OBJECTION (1.6).  REVIEW
             SCHEDULING ORDER FROM COURT AND RELATED
             CORRESPONDENCE WITH M. BRANDESS (.2).


09/29/20 PRH ATTEND CONFERENCE CALL WITH M. BRANDESS AND E.   3.00  1215.00
             VANDESTEEG RE WIND-DOWN BUDGET, STRATEGY (.6).
             ATTENTION TO WITNESS LIST FOR SALE EVIDENTIARY
             HEARING (.1).  ATTEND BUDGET CALL WITH
             PROFESSIONALS FOR DEBTOR (1.0).  FOLLOW UP
             CALLS AND CORRESPONDENCE WITH M. BRANDESS AND
             E. VANDESTEEG (.5).  PHONE CALLS TO J. GREGG
             AND M. MAGGIO (.4).  REVIEW REVISED WINDDOWN
             BUDGET AND RELATED CORRESPONDENCE (.4).

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020      PAGE   9
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078


09/30/20 PRH VARIOUS CORRESPONDENCE RE SALE RELATED ISSUES   4.90  1984.50
             WITH CO-COUNSEL (1.3).  CONFERENCE CALLS WITH
             M. BRANDESS AND L. VANDESTEEG RE STRATEGY
             (1.5). CONFERENCE CALL AND CORRESPONDENCE WITH
             MEDIATOR RE STATUS OF NEGOTIATIONS (.4).
             ATTENTION TO WITNESS LIST AND REVIEW WITNESS
             LIST FILED BY LENDERS (.4).  REVIEW AND REVISE
             PROPOSED SALE ORDER (1.3).



    TOTAL HOURS      48.40     FOR SERVICES RENDERED    $     19602.00

                                                           ----------

                                 MATTER TOTAL             $     19602.00




    *--------------------------TIME AND FEE SUMMARY----------------------*
    *---------TIMEKEEPER---------*    RATE   HOURS          FEES
    PAUL R. HAGE                    405.00   48.40      19602.00
                          TOTALS             48.40      19602.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020      PAGE  10
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078
```

```
    Official Committee of Unsecured Creditors of Barfly Ventures
      CASE ADMINISTRATION
**OPEN FOR TIME ONLY**
```

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|--|
| 09/02/20 | PRH | CONFERENCE CALLS AND CORRESPONDENCE WITH J. LUCAS, M. BRANDESS AND E. VANDESTEEG REGARDING SALE UPDATE, PPP ISSUES AND CASE STRATEGY (.9). REVIEW FINANCIALS PROVIDED BY J. MORDEN (.1). | 1.00 | 405.00 |
| 09/08/20 | PRH | CORRESPONDENCE WITH J. LUCAS AND M. BRANDESS RE STATUS OF CASE (.1).  CONFERENCE CALL WITH J. LUCAS, E. VANDESTEEG AND M. BRANDESS RE STATUS OF CASE (.4).  FOLLOW UP CALL AND CORRESPONDENCE WITH M. BRANDESS AND E. VANDESTEEG (.3). | .80 | 324.00 |
| 09/09/20 | PRH | CONFERENCE CALL WITH M. BRANDESS AND E. VANDESTEEG RE CASE STRATEGY. | .60 | 243.00 |
| 09/10/20 | PRH | RESPOND TO PHONE CALL AND E-MAIL FROM CREDITOR REGARDING STATUS OF CASE, SALE PROCESS. | .50 | 202.50 |
| 09/15/20 | PRH | ATTEND CONFERENCE CALL WITH M. BRANDESS AND J. LUCAS RE STATUS OF CASE (.6).  FOLLOW UP CALL WITH M. BRANDESS (.2). | .80 | 324.00 |
| 09/16/20 | PRH | REVIEW MONTHLY OPERATING REPORTS FILED BY DEBTORS. | .20 | 81.00 |
| 09/23/20 | PRH | REVIEW FILED MONTHLY OPERATING REPORT. | .20 | 81.00 |
| 09/28/20 | PRH | REVIEW OPERATING REPORT FILED BY DEBTORS. | .10 | 40.50 |

```
    TOTAL HOURS        4.20      FOR SERVICES RENDERED   $      1701.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE  11
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078

                                                   ----------

                         MATTER TOTAL           $      1701.00



    *-------------------------TIME AND FEE SUMMARY---------------------*
    *----------TIMEKEEPER---------*   RATE   HOURS           FEES
    PAUL R. HAGE                    405.00    4.20          1701.00
                         TOTALS               4.20          1701.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE  12
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078



    Official Committee of Unsecured Creditors of Barfly Ventures
    CLAIMS
**OPEN FOR TIME ONLY**


 DATE  ATTY   SERVICE DESCRIPTION                      HOURS

09/14/20 PRH REVIEW GORDON FOODS ADMINISTRATIVE EXPENSE AND  .40  162.00
            PACA FILINGS.



   TOTAL HOURS        0.40      FOR SERVICES RENDERED   $      162.00

                                                          ----------

                               MATTER TOTAL             $      162.00



   *------------------------TIME AND FEE SUMMARY----------------------*
   *----------TIMEKEEPER---------*    RATE  HOURS            FEES
   PAUL R. HAGE                     405.00   .40        162.00
                           TOTALS            .40        162.00
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020      PAGE  13
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078


    Official Committee of Unsecured Creditors of Barfly Ventures
    COMMITTEE COMMUNICATIONS
**OPEN FOR TIME ONLY**


| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 09/01/20 | PRH | REVIEW AGENDA AND SALE RELATED DOCUMENTS IN PREPARATION FOR COMMITTEE CALL (.2).  ATTEND WEEKLY COMMITTEE CALL (.6). | .80 | 324.00 |
| 09/08/20 | PRH | REVIEW AGENDA IN PREPARATION FOR WEEKLY COMMITTEE CALL (.1).  ATTEND WEEKLY COMMITTEE CALL (.7). | .80 | 324.00 |
| 09/10/20 | PRH | ATTEND COMMITTEE CONFERENCE CALL TO DISCUSS SALE STATUS, OBJECTION (1.2).  FOLLOW UP CALL WITH M. BRANDESS AND L. VANDESTEEG (.5). | 1.70 | 688.50 |
| 09/11/20 | PRH | CORRESPONDENCE WITH COMMITTEE MEMBERS REGARDING POTENTIAL SALE SETTLEMENT AND MONTHLY FEE STATEMENTS. | .10 | 40.50 |
| 09/15/20 | PRH | CORRESPONDENCE WITH M. BRANDESS RE COMMITTEE CALL AGENDA (.1).  ATTEND COMMITTEE CONFERENCE CALL (.5). | .60 | 243.00 |
| 09/18/20 | PRH | CORRESPONDENCE RE COMMITTEE CALL RE STATUS OF CASE (.1).  ATTEND CALL (.6). | .70 | 283.50 |
| 09/23/20 | PRH | ATTEND COMMITTEE CONFERENCE CALL RE SALE OBJECTION (.6).  FOLLOW UP CALL WITH M. BRANDESS AND E. VANDESTEEG (.4). | 1.00 | 405.00 |
| 09/24/20 | PRH | CORRESPONDENCE WITH COMMITTEE MEMBERS RE STATUS OF SALE NEGOTIATIONS, OBJECTIONS. | .20 | 81.00 |
| 09/29/20 | PRH | ATTEND COMMITTEE CONFERENCE CALL RE STATUS OF CASE. | .50 | 202.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE  14
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078


     TOTAL HOURS       6.40     FOR SERVICES RENDERED     $      2592.00

                                                               ----------

                                 MATTER TOTAL              $      2592.00



     *-------------------------TIME AND FEE SUMMARY---------------------*
     *---------TIMEKEEPER---------*   RATE   HOURS          FEES
     PAUL R. HAGE                    405.00   6.40        2592.00
                          TOTALS              6.40        2592.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020      PAGE  15
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078




    Official Committee of Unsecured Creditors of Barfly Ventures
    DISBURSEMENTS
**OPEN FOR COST ONLY**



            *************** DISBURSEMENTS ***************

08/04/20 WESTLAW CHARGES                                     294.01
08/31/20 COPY EXPENSE # 2                                      3.15
09/02/20 TRANSCRIPT FEES - - VENDOR: GAIL L. BEACH            21.60


                    TOTAL DISBURSEMENTS......$       318.76
                                                 ----------

                    MATTER TOTAL           $       318.76
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE  16
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078
```

```
    Official Committee of Unsecured Creditors of Barfly Ventures
    EXECUTORY CONTRACTS
**OPEN FOR TIME ONLY**
```

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 09/16/20 | PRH | REVIEW ORDER REJECTING VARIOUS LEASES. | .10 | 40.50 |
| 09/17/20 | PRH | CORRESPONDENCE RE MOTION TO EXTEND DEADLINE TO ASSUME LEASES. | .10 | 40.50 |
| 09/18/20 | PRH | REVIEW MOTION TO EXTEND TIME RE LEASES. | .20 | 81.00 |
| 09/24/20 | PRH | REVIEW ORDER REJECTING CONTRACTS. | .10 | 40.50 |
| 09/29/20 | PRH | REVIEW FILINGS RELATED TO REJECTION OF LEASES AND CONTRACTS. | .10 | 40.50 |

```
    TOTAL HOURS       0.60    FOR SERVICES RENDERED    $      243.00

                                                            ----------

                                 MATTER TOTAL         $      243.00
```

```
    *-------------------------TIME AND FEE SUMMARY--------------------*
    *---------TIMEKEEPER---------*   RATE  HOURS           FEES
    PAUL R. HAGE                    405.00    .60        243.00
                         TOTALS             .60        243.00
```

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020     PAGE  17
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078


   Official Committee of Unsecured Creditors of Barfly Ventures
    FEE APPLICATIONS / OBJECTIONS
**OPEN FOR TIME ONLY**


 DATE   ATTY   SERVICE DESCRIPTION                          HOURS

09/04/20 PRH ATTENTION TO MONTHLY FEE STATEMENT (.7).        .80    324.00
             RELATED CORRESPONDENCE WITH COMMITTEE
             PROFESSIONALS (.1).

09/08/20 PRH REVIEW DRAFT AMHERST MONTHLY FEE STATEMENT AND  .20     81.00
             RELATED CORRESPONDENCE.

09/11/20 PRH FINALIZE MONTHLY FEE STATEMENTS AND SEND SAME  1.10    445.50
             TO COMMITTEE MEMBERS FOR REVIEW AND APPROVAL.

09/14/20 PRH FINALIZE, FILE AND SERVE MONTHLY FEE           .60     243.00
             STATEMENTS.

09/21/20 PRH REVIEW FEE APPLICATIONS FILED BY DEBTOR        .20      81.00
             PROFESSIONALS.


  TOTAL HOURS       2.90     FOR SERVICES RENDERED    $     1174.50

                                                         ----------

                              MATTER TOTAL        $        1174.50


 *-----------------------TIME AND FEE SUMMARY----------------------*
 *----------TIMEKEEPER---------*  RATE   HOURS          FEES
 PAUL R. HAGE                    405.00   2.90      1174.50
                        TOTALS           2.90      1174.50

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Oct  6, 2020      PAGE  18
CLIENT NUMBER: UCCBAR
INVOICE NO.: 467078
```

```
     Official Committee of Unsecured Creditors of Barfly Ventures
     FINANCING
**OPEN FOR TIME ONLY**
```

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|-----|
| 09/16/20 | PRH | REVIEW PROPOSED REVOLVER RE POST-SALE FINANCING AND RELATED CORRESPONDENCE. | .40 | 162.00 |
| 09/18/20 | PRH | REVIEW EDITS TO POST-PETITION FINANCING DOCUMENTS AND RELATED CORRESPONDENCE. | .50 | 202.50 |

```
    TOTAL HOURS         0.90      FOR SERVICES RENDERED    $       364.50

                                                              ----------

                                   MATTER TOTAL             $       364.50
```

```
*-------------------------TIME AND FEE SUMMARY----------------------*
*---------TIMEKEEPER---------*   RATE   HOURS            FEES
PAUL R. HAGE                    405.00    .90            364.50
                       TOTALS             .90            364.50
```

**Exhibit E**
**(October Monthly Fee Statement)**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

---

## MONTHLY FEE STATEMENT OF JAFFE RAITT HEUER & WEISS, P.C. FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR OCTOBER 2020

---

| | |
|---|---|
| Name of Applicant: | Jaffe Raitt Heuer & Weiss, P.C. |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | October 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $14,538.00<br>80%  =  $11,630.40<br>20%  =  $2,907.60 |
| Amount of expense reimbursement sought: | $147.27 |
| Total interim request: | **$11,777.67** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).



JAFFE RAITT HEUER & WEISS
27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

By: ___/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com

*Counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et al.*

Dated: November 11, 2020.



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*
27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
27777 FRANKLIN ROAD, SUITE 2500 • P.O. BOX 5034 • SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com
www.jaffelaw.com

Official Committee of Unsecured Creditors of Ba  November 10, 2020
c/o Gordon Food Service, Inc.
Sharon Murphy - Director of Credit
1300 Gezon Parkway SW
Wyoming, MI 49509-9300                          Invoice No. 468705

---

FOR LEGAL SERVICES RENDERED THROUGH OCTOBER 31, 2020
AS ITEMIZED ON THE ATTACHED REPORT:


ASSET ANALYSIS

                              Total Fees          $729.00
                              Total Costs           $0.00
                                                -----------
                              Subtotal            $729.00
ASSET DISPOSITION

                              Total Fees       $10,530.00
                              Total Costs           $0.00
                                                -----------
                              Subtotal         $10,530.00
CASE ADMINISTRATION

                              Total Fees        $1,335.00
                              Total Costs           $0.00
                                                -----------
                              Subtotal          $1,335.00
CLAIMS

                              Total Fees           $40.50
                              Total Costs           $0.00
                                                -----------
                              Subtotal             $40.50
COMMITTEE COMMUNICATIONS

                              Total Fees          $607.50
                              Total Costs           $0.00
                                                -----------
                              Subtotal            $607.50



# Jaffe

### JAFFE RAITT HEUER & WEISS

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020      PAGE   2
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705

    DISBURSEMENTS

                                        Total Fees              $0.00
                                        Total Costs           $147.27
                                                          -----------
                                        Subtotal              $147.27
    EXECUTORY CONTRACTS

                                        Total Fees            $162.00
                                        Total Costs             $0.00
                                                          -----------
                                        Subtotal              $162.00
    FEE APPLICATIONS / OBJECTIONS

                                        Total Fees          $1,134.00
                                        Total Costs             $0.00
                                                          -----------
                                        Subtotal            $1,134.00


            TOTAL FEES THIS INVOICE        $      14,538.00

            TOTAL COSTS THIS INVOICE       $         147.27
                                                 _____
            TOTAL AMOUNT DUE               $      14,685.27



    FED. TAX I.D. 38-1915036    TERMS:  NET 30 DAYS

    {J1}



**JAFFE RAITT HEUER & WEISS**

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020      PAGE   3
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705


    Official Committee of Unsecured Creditors of Barfly Ventures
    ASSET ANALYSIS
**OPEN FOR TIME ONLY**


  DATE   ATTY   SERVICE DESCRIPTION                    HOURS

10/13/20 PRH CORRESPONDENCE WITH M. BRANDESS RE STRATEGY FOR   .20    81.00
             SELLERS CLAIMS.

10/14/20 PRH ATTENTION TO PRO HAC VICE ADMISSION OF J.      1.50   607.50
             O'CONNOR AND RELATED CORRESPONDENCE (.6). PHONE
             CALL WITH J. PIGGINS RE EXTENDING SELLERS 523
             DEADLINE (.5).  FOLLOW UP CALLS AND
             CORRESPONDENCE WITH M. BRANDESS (.4).

10/15/20 PRH CORRESPONDENCE RE PRO HAC ADMISSION IN SELLERS   .10    40.50
             CASE FOR J. O'CONNOR.



  TOTAL HOURS         1.80    FOR SERVICES RENDERED    $      729.00

                                                          ----------

                             MATTER TOTAL              $      729.00




  *--------------------------TIME AND FEE SUMMARY---------------------*
  *----------TIMEKEEPER---------*   RATE   HOURS           FEES
  PAUL R. HAGE                    405.00   1.80          729.00
                          TOTALS           1.80          729.00
```

SOUTHFIELD • DETROIT • ANN ARBOR • NAPLES



**JAFFE RAITT HEUER & WEISS**

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020     PAGE   4
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705
```

Official Committee of Unsecured Creditors of Barfly Ventures
ASSET DISPOSITION

```
  DATE   ATTY   SERVICE DESCRIPTION                         HOURS

10/01/20 PRH ATTENTION TO SERVICE OF WITNESS LIST AND       6.30   2551.50
             RELATED CORRESPONDENCE (.3).  REVIEW REVISED
             TERM SHEET FROM LENDERS (.3).  VARIOUS CALLS
             AND CORRESPONDENCE WITH CO-COUNSEL RE
             SETTLEMENT TERMS (2.3).  CONFERENCE CALLS WITH
             J. GREGG RE COUNTER OFFER (1.3).  CONTINUED
             SETTLEMENT NEGOTIATIONS WITH DEBTOR AND
             COMMITTEE PROFESSIONALS AND MEDIATOR (2.1).

10/02/20 PRH VARIOUS CALLS AND CORRESPONDENCE RE SETTLEMENT  3.00   1215.00
             DISCUSSIONS (2.2).  REVIEW REVISED TERM SHEET
             (.2).  ATTEND STATUS CONFERENCE WITH COURT
             (.6).

10/07/20 PRH REVIEW AND REVISE PROPOSED SALE ORDER (3.5).    4.50   1822.50
             DISCUSS EDITS WITH E. VANDESTEEG (.2).  RELATED
             CORRESPONDENCE WITH M. BRANDESS AND J. LUCAS
             (.2).  REVIEW REVISIONS FROM J. ROSELL AND
             RELATED CORRESPONDENCE (.6).

10/08/20 PRH PHONE CALL FROM M. MAGGIO RE STATUS OF SALE      .70    283.50
             OBJECTIONS (.4).  FOLLOW UP CALL WITH M.
             BRANDESS (.2).  FOLLOW UP CORRESPONDENCE WITH
             M. MAGGIO AND M. BRANDESS (.1).

10/09/20 PRH CORRESPONDENCE WITH CO-COUNSEL RE ISSUES FOR     .30    121.50
             SALE HEARING (.1).  CORRESPONDENCE RE SALE
             ORDER (.2).

10/11/20 PRH REVIEW LENDERS' EDITS TO SALE ORDER (.3).       1.70    688.50
             MULTIPLE PHONE CALLS AND CORRESPONDENCE WITH M.
             BRANDESS AND E. VANDESTEEG RE SALE ORDER (1.4).
```



27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020      PAGE   5
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705


10/12/20 PRH VARIOUS CORRESPONDENCE AND CALLS WITH M.       4.70  1903.50
             BRANDESS, E. VANDESTEEG AND J. ROSELL RE
             REVISIONS TO SALE ORDER (2.3).  ATTENTION TO
             REVISIONS TO SALE ORDER (1.3).  REVIEW LIST RE
             ASSIGNED CAUSES OF ACTION (.2).  PHONE CALL
             WITH E. VONEITZEN RE AGENDA FOR SALE HEARING
             (.2). PHONE CALLS WITH M. MAGGIO RE STATUS OF
             DISCUSSIONS (.3).  REVIEW FILED SALE
             ORDER/AGENDA (.4).


10/13/20 PRH ATTEND SALE HEARING (1.8).  FOLLOW UP CALLS AND 2.40   972.00
             CORRESPONDENCE WITH M. BRANDESS (.5).
             CORRESPONDENCE RE UST FEE ISSUE (.1).


10/14/20 PRH REVIEW REVISED SALE ORDER AND RELATED           .30   121.50
             CORRESPONDENCE WITH ESTATE PROFESSIONALS.


10/15/20 PRH REVIEW ENTERED SALE ORDER.                      .20    81.00


10/19/20 PRH REVIEW NOTICE OF CANCELLATION OF HEARING (.1).  .50   202.50
             REVIEW STIPULATION RE MODIFICATION OF SALE
             ORDER AND RELATED CORRESPONDENCE (.4).


10/20/20 PRH REVIEW REVISED SALE DOCUMENTS AND RELATED       .30   121.50
             CORRESPONDENCE WITH M. BRANDESS.


10/21/20 PRH REVIEW FILED STIPULATION RE SALE ORDER AND      .30   121.50
             ENTERED ORDERS AND RELATED CORRESPONDENCE WITH
             COMMITTEE.


10/26/20 PRH CORRESPONDENCE RE STATUS OF CLOSING OF SALE,    .70   283.50
             WIND DOWN BUDGET (.2).  PHONE CALLS WITH M.
             BRANDESS, J. MORDAN AND J. ROSELL RE WINDDOWN
             BUDGET (.5).


10/27/20 PRH CORRESPONDENCE RE CLOSING OF SALE.              .10    40.50



    TOTAL HOURS     26.00      FOR SERVICES RENDERED    $     10530.00

                                                             ----------
```



**JAFFE RAITT HEUER & WEISS**

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Nov 10, 2020      PAGE    6
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705

                          MATTER TOTAL              $      10530.00



     *---------------------------TIME AND FEE SUMMARY---------------------*
     *----------TIMEKEEPER---------*   RATE    HOURS             FEES
     PAUL R. HAGE                     405.00   26.00       10530.00
                          TOTALS               26.00       10530.00
```



# JAFFE
JAFFE RAITT HEUER & WEISS

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020     PAGE    7
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705
```

```
     Official Committee of Unsecured Creditors of Barfly Ventures
     CASE ADMINISTRATION
**OPEN FOR TIME ONLY**


  DATE    ATTY    SERVICE DESCRIPTION                      HOURS

10/14/20 MEC COMMUNICATIONS W/ P. HAGE RE MOTION NEEDED (.2)  1.20   282.00
             PREPARE MOTION FOR ADMISSION PRO HAC VICE AND
             PROPOSED ORDER RE J. O'CONNOR (.8).
             INSTRUCTIONS FOR FILING MOTION AND SUBMISSION
             OF ORDER (.2).

10/16/20 PRH CORRESPONDENCE WITH COURT STAFF AND ESTATE        .50   202.50
             PROFESSIONALS RE CLOSING, CONVERSION ISSUES.

10/19/20 PRH CORRESPONDENCE AND CALLS WITH M. BRANDESS RE      .40   162.00
             REMAINING ISSUES TO BE ADDRESSED IN CASE.

10/23/20 PRH CONSIDER ISSUES RE CHAPTER 7 TRUSTEE.             .20    81.00

10/26/20 PRH CONSIDER ISSUE RE ELECTION OF CHAPTER 7          1.10   445.50
             TRUSTEE.

10/30/20 PRH REVIEW PETITIONS FOR AFILLIATE ENTITIES AND       .40   162.00
             RELATED CORRESPONDENCE WITH COMMITTEE.



   TOTAL HOURS      3.80      FOR SERVICES RENDERED    $      1335.00

                                                          ----------

                               MATTER TOTAL             $      1335.00
```



**JAFFE RAITT HEUER & WEISS**

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020      PAGE    8
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705


   *---------------------------TIME AND FEE SUMMARY----------------------*
   *----------TIMEKEEPER---------*   RATE    HOURS          FEES
   PAUL R. HAGE                     405.00    2.60        1053.00
   MAUREEN E. CHAPMAN               235.00    1.20         282.00
                         TOTALS               3.80        1335.00
```



**JAFFE RAITT HEUER & WEISS**

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020     PAGE   9
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705



    Official Committee of Unsecured Creditors of Barfly Ventures
    CLAIMS
**OPEN FOR TIME ONLY**


  DATE   ATTY   SERVICE DESCRIPTION                   HOURS

10/13/20 PRH REVIEW GORDON FOOD SERVICES ORDERS.          .10    40.50



   TOTAL HOURS      0.10    FOR SERVICES RENDERED   $      40.50

                                                        ----------

                          MATTER TOTAL            $      40.50




  *------------------------TIME AND FEE SUMMARY----------------------*
  *----------TIMEKEEPER---------*   RATE   HOURS        FEES
  PAUL R. HAGE                    405.00    .10       40.50
                        TOTALS            .10       40.50
```



**JAFFE RAITT HEUER & WEISS**

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020    PAGE  10
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705
```

```
    Official Committee of Unsecured Creditors of Barfly Ventures
    COMMITTEE COMMUNICATIONS
**OPEN FOR TIME ONLY**


  DATE   ATTY   SERVICE DESCRIPTION                        HOURS

10/02/20 PRH ATTEND COMMITTEE CONFERENCE CALL RE SALE       .50   202.50
             SETTLEMENT.

10/06/20 PRH CORRESPONDENCE WITH COMMITTEE PROFESSIONALS RE  .60   243.00
             COMMITTEE MEETING (.1).  ATTEND WEEKLY
             COMMITTEE CALL (.5).

10/07/20 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE        .20    81.00
             MONTHLY FEE STATEMENTS.

10/15/20 PRH REVIEW COMMUNICATION TO COMMITTEE MEMBERS RE    .10    40.50
             SALE ORDER.

10/20/20 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE STATUS .10    40.50
             OF CASE.


  TOTAL HOURS        1.50    FOR SERVICES RENDERED    $       607.50

                                                         ----------

                             MATTER TOTAL          $       607.50
```

```
*--------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE  .HOURS           FEES
PAUL R. HAGE                    405.00   1.50          607.50
                        TOTALS           1.50          607.50
```



**JAFFE RAITT HEUER & WEISS**

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN. Nov 10, 2020     PAGE  11
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705
```

```
      Official Committee of Unsecured Creditors of Barfly Ventures
      DISBURSEMENTS
**OPEN FOR COST ONLY**
```

```
            *************** DISBURSEMENTS ***************

          TELEPHONE CHARGES CC                            6.81
07/01/20  PACER CHARGES NET CHARGES                     123.80
09/10/20  WESTLAW CHARGES                                16.66


                       TOTAL DISBURSEMENTS......$        147.27
                                                   ----------

                       MATTER TOTAL           $          147.27
```



**JAFFE RAITT HEUER & WEISS**

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020      PAGE  12
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705



     Official Committee of Unsecured Creditors of Barfly Ventures
     EXECUTORY CONTRACTS
**OPEN FOR TIME ONLY**


  DATE   ATTY   SERVICE DESCRIPTION                    HOURS

10/19/20 PRH REVIEW ORDER AUTHORIZING REJECTION OF          .10    40.50
             CONTRACTS.

10/20/20 PRH REVIEW FILED STIPULATION RE RESOLUTION OF      .10    40.50
             ADEQUATE ASSURANCE DISPUTE.

10/28/20 PRH REVIEW MOTION TO REJECT LEASES.               .20    81.00



   TOTAL HOURS       0.40    FOR SERVICES RENDERED    $       162.00

                                                         ----------

                             MATTER TOTAL           $       162.00




*------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*  RATE   HOURS         FEES
PAUL R. HAGE                    405.00   .40       162.00
                       TOTALS            .40       162.00
```



# Jaffe
JAFFE RAITT HEUER & WEISS

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020    PAGE  13
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705



    Official Committee of Unsecured Creditors of Barfly Ventures
    FEE APPLICATIONS / OBJECTIONS
**OPEN FOR TIME ONLY**


  DATE   ATTY   SERVICE DESCRIPTION                    HOURS

10/01/20 PRH REVIEW AMHERST DRAFT INVOICE AND RELATED       .10    40.50
             CORRESPONDENCE.

10/06/20 PRH REVIEW TIME ENTRIES FOR PREPARATION OF MONTHLY 1.80   729.00
             FEE STATEMENTS (1.3).  PREPARE COVER SHEETS FOR
             MONTHLY FEE STATEMENTS (.3).  RELATED
             CORRESPONDENCE (.2).

10/07/20 PRH FINALIZE, FILE AND SERVE MONTHLY FEE           .40    162.00
             STATEMENTS.

10/14/20 PRH CORRESPONDENCE WITH J. O'CONNOR RE NEED TO     .30    121.50
             PREPARE INTERIM FEE APPLICATIONS. AND REVIEW
             DRAFT TEMPLATE.

10/16/20 PRH REVIEW MASTODON FEE STATEMENT.                 .10    40.50

10/20/20 PRH REVIEW INTERIM FEE STATEMENTS FILED BY DEBTORS'.10    40.50
             PROFESSIONALS.



  TOTAL HOURS        2.80     FOR SERVICES RENDERED   $     1134.00

                                                        ----------

                             MATTER TOTAL             $     1134.00
```



JAFFE RAITT HEUER & WEISS

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Nov 10, 2020     PAGE  14
CLIENT NUMBER: UCCBAR
INVOICE NO.: 468705


   *---------------------------TIME AND FEE SUMMARY---------------------*
   *----------TIMEKEEPER---------*    RATE    HOURS            FEES
   PAUL R. HAGE                      405.00    2.80         1134.00
                          TOTALS              2.80         1134.00
```

**<u>Exhibit F</u>**
**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al,*[4]

　　　　　　　Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

**ORDER APPROVING FIRST APPLICATION OF JAFFE RAITT HEUER & WEISS,
P.C. FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This matter having come before the Court on the *First Application of Jaffe Raitt Heuer &
Weiss, P.C. for Compensation & Reimbursement of Expenses as Counsel to the Official Committee
of Unsecured Creditors* (the "Application")[5] wherein Jaffe Raitt Heuer & Weiss, P.C. ("Jaffe")
sought allowance of an administrative expense for fees and expenses incurred as counsel for the
Committee during the Application Period; notice of the Application being sufficient and consistent
with the Compensation Order; and no objections to the Application having been filed:

**IT IS HEREBY ORDERED:**

1.　　　The Application is granted.

---

[4] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a
HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand
Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann
Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit,
LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC
(d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a
HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999),
HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622),
HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck
of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

[5] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Application.

2.      Jaffe is granted an allowed administrative expense under section 503(b)(2) for professional fees and expenses incurred during the Application Period in the amount of $118,346.61.

3.      The Debtors are authorized and directed to promptly pay to Jaffe the outstanding balance of the fees and expenses allowed under this Order, in the amount of $17,721.89.

4.      This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

## END OF ORDER

*Order prepared and submitted by:*

JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (P70460)
27777 Franklin, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
phage@jaffelaw.com

*Counsel for the Official Committee of Unsecured*
*Creditors of Barfly Ventures, LLC et. al.*