## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

### NOTICE OF FIRST APPLICATION OF AMHERST CONSULTING, LLC
### FOR COMPENSATION AS FINANCIAL ADVISOR
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Notice is hereby given that the following professional persons have made application to the United States Bankruptcy Court for the Western District of Michigan for allowance and payment of fees incurred for the period from June 25, 2020 through October 31, 2020, as listed below:

| Professional (name and address): | Amherst Consulting, LLC<br>255 E. Brown St., Ste. 120<br>Birmingham, MI 48009 |
|---|---|
| Fees requested: | $53,780.00 |
| Expenses requested: | $0.00 |
| Fees previously allowed by Court: | N/A |

PLEASE NOTE: The application is available for public review at the Clerk's Office, One Division North, Grand Rapids, Michigan, Monday through Friday, from 8:00 a.m. – 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have any objection, you have 21 days from the date of service of this notice in which to file such written objection. If an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

ANY OBJECTION MUST BE TIMELY FILED WITH:

United State Bankruptcy Court
One Division North
Grand Rapids, Michigan 49503

A COPY OF ANY OBJECTION MUST ALSO BE SENT TO:

Jaffe Raitt Heuer & Weiss, P.C.
Attn: Paul R. Hage
27777 Franklin, Suite 2500
Southfield, Michigan 48034
phage@jaffelaw.com

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:____/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS &
HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com

*Counsel to the Official Committee of Unsecured
Creditors of Barfly Ventures, LLC et al.*

Dated: December 2, 2020.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al,*[2]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

**FIRST APPLICATION OF AMHERST CONSULTING, LLC FOR**
**COMPENSATION AS FINANCIAL ADVISOR**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Amherst Consulting, LLC ("Amherst"), financial advisor to the Official Committee of

Unsecured Creditors of Barfly Ventures, LLC (the "Committee") appointed in the above-captioned

chapter 11 cases, submits this first application (the "Fee Application") for compensation for

services rendered as financial advisor to the Committee from June 25, 2020 through October 31,

2020 (the "Application Period"), pursuant to section 330 and 331 of the Bankruptcy Code, Rule

2016 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 2016-2 and the *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses of*

*Professionals* [Doc. No. 113] (the "Compensation Order").[3]  In support of this Fee Application,

Amherst states:

_____

[2] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

[3] The Bankruptcy Code is set forth in 11 U.S.C. §§ 101 *et seq.*  Specific sections of the Bankruptcy Code are identified herein as "section __."  Similarly, specific rules from the Federal Rules of Bankruptcy Procedure are identified herein as "Bankruptcy Rule __" and specific rules from the Local Bankruptcy Rules of the United States Bankruptcy Court for the Western District of Michigan are identified herein as "Local Bankruptcy Rule __."

### Jurisdiction & Venue

1.      The Court has jurisdiction over this matter under 28 U.S.C. § 1334 and 28 U.S.C. § 157(a). This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409. The statutory bases for the relief requested in this Fee Application are sections 330, 331 and 503(b)(2), Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

### Background

2.      On June 3, 2020, Barfly Ventures, LLC and its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage their remaining assets and financial affairs as debtors in possession.

3.      The Office of the United States Trustee appointed the Committee on June 23, 2020 [Doc. No. 85].

4.      The Court entered an order approving Amherst's employment as financial advisor for the Committee, retroactive to June 25, 2020, on August 10, 2020 [Doc. No. 231] (the "Employment Order").

5.      The Court entered the Compensation Order on June 30, 2020. The Compensation Order authorizes professionals retained in these cases, including Amherst, to file with the Court and serve monthly statements of fees and expenses on parties identified in the Compensation Order.  If no timely objections were filed, the Debtors were authorized to pay each professional 80% of the fees and 100% of the expenses requested in each monthly statement.

### Request for Compensation

6.      In connection with professional services rendered to the Committee in these cases during the Application Period, Amherst seeks allowance of an administrative expense pursuant to section 503(b)(2) in the amount of $53,780.00, which consists of compensation in the amount of

$53,780.00 and reimbursement of expenses incurred in the amount of $0.00. Additionally, to the extent not previously paid under the Compensation Order, Amherst seeks prompt payment of such administrative expense.

7.     As provided by the Compensation Order, Amherst served monthly statements for interim compensation and expense reimbursement for the months of June/July 2020, August 2020, September 2020 and October 2020 (each, a "Monthly Statement" and collectively, the "Monthly Statements") during the Application Period. The amounts sought under each Monthly Statement are summarized as follows:

| Monthly Period | Fees | Expenses | Total Fees & Expenses | Fees & Expenses Paid Per Compensation Order | Outstanding Balance |
|---|---|---|---|---|---|
| June/July 2020 | $28,185.00 | $0.00 | $28,185.00 | $22,548.00 | $5,637.00 |
| August 2020 | $5,485.00 | $0.00 | $5,485.00 | $4,388.00 | $1,097.00 |
| September 2020 | $17,640.00 | $0.00 | $17,640.00 | $14,112.00 | $3,528.00 |
| October 2020 | $2,470.00 | $0.00 | $2,470.00 | $1,976.00 | $494.00 |
| | | | | | |
| Total: | $53,780.00 | $0.00 | $53,780.00 | $43,024.00 | $10,756.00 |

The fees and expenses for October 2020 ($1,976.00) that are payable under the Compensation Order have not yet been paid, but Amherst understands that such amounts will be paid in the coming days.

8.     Attached to this Application as **Exhibits A-D**, in the form of the Monthly Statements, are detailed statements of fees and expenses incurred during the Application Period. The time described in the Monthly Statements attached to this Application represents the actual amount of time spent or, in certain instances, less than the actual amount of time spent by Amherst professionals who rendered the services described.

9.     No objections to the Monthly Statements were filed, and under the Compensation Order, Amherst was entitled to, and received, payment of $43,024.00 from the Debtors for fees incurred during the Application Period.

10.     Amherst's hourly rates of compensation for professionals during the Application Period ranged from $250.00 to $400.00. These rates are comparable to, or lower than, rates charged by other practitioners having the same level of experience, expertise, and standing for similar services. Amherst consistently and consciously made every reasonable effort to represent the Committee in the most economical, efficient, and practical manner possible.

11.     Amherst professionals expended significant effort during the Application Period to ensure the successful administration of these chapter 11 cases.  On behalf of the Committee, Amherst undertook an investigation of the Debtors' business operations, addressed various issues related to the paycheck protection program loan obtained by the Debtors, monitored the Debtors' cash flow and administrative solvency, helped to ensure a fair and fulsome sale process aimed at maximizing the value of the Debtors' assets for the benefit of creditors, and addressed various other issues consistent with their duties as financial advisor for the Committee. Accordingly, the time spent and expenses incurred during the Application Period were necessary and appropriate under the circumstances.

12.     The services rendered by Amherst during the Application Period are grouped into various categories, and the professionals who rendered those services are identified—along with the number of hours spent by each individual and the total compensation sought for each category—in the attachments to this Fee Application. Brief descriptions of the services rendered by Amherst during the Application Period, by category, follow:

*A.    Asset Sales*

Amherst spent 43.5 hours during the Application Period analyzing and addressing issues related to the Debtors' marketing and sale process.  This category includes time spent reviewing and analyzing the Debtors' proposed sale procedures and sale related documents.  It also includes

time spent communicating with Mastodon and other estate professionals regarding the status of the sale process. Finally, this category includes certain time spent analyzing and negotiating the wind-down budget based on various sale related scenarios and participation in mediation regarding the proposed sale.

### B.    Case Administration

Amherst spent 34.5 hours during the Application Period handling general matters related to the administration of these chapter 11 cases. This includes time spent addressing and responding to first day issues, evaluating the proposed Mastodon engagement, and communications with estate professionals regarding general case status and strategy.

### C.    Cash Flow/Liquidity

Amherst spent 22.7 hours during the Application Period addressing cash flow and liquidity issues related to the Debtors. This included analyzing and addressing cash flow and liquidity projections prepared by the Debtors' professionals, reviewing the Debtors' bankruptcy schedules and addressing issues related to the use of the proceeds of the paycheck protection program loan that the Debtors obtained prior to the petition date.

### D.    Committee Meetings/Communications

Amherst spent 23.3 hours during the Application Period participating in periodic (usually weekly) meetings with the Committee and its professionals. This category also includes time related to telephonic and e-mail communications with Committee members and Committee professionals.

### E.    Financial Information Analysis

Amherst spent 25.4 hours during the Application Period analyzing various financial analyses prepared by the Debtors including profit and loss statements, cure cost analyses, paycheck

protection program loan proceed analyses and sale related financials contained in the Debtors' Debtors' data room.

### F.    *Retention/Fee Applications*

Amherst spent 3.8 hours during the Application Period related to the preparation of its retention application and monthly fee statements.

13.    Amherst submits that the compensation sought under this Fee Application represents a fair and reasonable amount for the services rendered during the Application Period, given the criteria set forth in section 330 for evaluating applications for compensation, namely:

> (A) the time spent on such services;
> (B) the rates charged for such services;
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

14.    Amherst is not seeking reimbursement for any expenses incurred, such as local and long-distance telephone calls, secretarial services, electronic research, and facsimile transmissions. Such expenses are factored into Amherst's hourly rates.

15.    This Fee Application is Amherst's first request for allowance of fees as an administrative expense for services performed as financial advisor to the Committee. Under this Fee Application, Amherst seeks an order (a) allowing and approving compensation to Amherst of $53,780.00 for professional services rendered; and (b) authorizing payment to Amherst for

amounts approved under the Fee Application to the extent not already paid by the Debtors under the Compensation Order.

16.     The Committee professionals did not receive a retainer in these chapter 11 cases. To date, Amherst has been paid a total of $43.024.00 by the Debtors for its postpetition fees and expenses incurred in these chapter 11 cases during the Application Period pursuant to the Compensation Order.  Such amount has not been shared, and no agreement or understanding exists between Amherst and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases.   Presuming this Fee Application is approved in its entirety, the outstanding amount owed to Amherst for unpaid fees and expenses during the Application Period will be $10,756.00.

17.     In compliance with Bankruptcy Rule 2002(a)(6), Local Bankruptcy Rule 2016-2(c), and the Compensation Order, Amherst will provide notice of this Fee Application through the Court's ECF system to: (a) counsel for the Debtors; (b) the Office of the United States Trustee for the Western District of Michigan; and (c) parties who have filed a notice of appearance with the Clerk of the Court and requested notice of filings in these cases.  Additionally, Amherst will provide notice of this Fee Application, by electronic mail, to: (i) BarFly Ventures, LLC, c/o Mark A. Sellers, III, 35 Oakes Street, SW, Suite 400, Grand Rapids, Michigan 49503, email: mark@barflyventures.com; (ii) Pachulski Stang Ziehl & Jones LLP (Attn. John Lucas), 150 California Street, 15th Floor San Francisco, California 94111-4500, email: jlucas@pszjlaw.com; (iii) Warner Norcross + Judd LLP, 1500 Warner Building, 150 Ottawa Avenue, NW, Grand Rapids, Michigan 49503 (Attn. Elisabeth M. Von Eitzen), email: evoneitzen@wnj.com; (iv) the Office of the United States Trustee, 125 Ottawa Street, Suite 200R, Grand Rapids, Michigan 49503 (Attn. Michael Maggio), email: michael.v.maggio@usdoj.gov; (v) Rayman & Knight, 141 E

Michigan Ave # 301, Kalamazoo, Michigan 49007 (Attn: Steve Rayman), email: slr@raymanknight.com; and (vi) Paul Hastings LLP, 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606 (Attn: Nathan S. Gimpel), email: nathangimpel@paulhastings.com. Amherst submits that, in light of the nature of the relief requested, no other or further notice need be provided.

      **WHEREFORE**, Amherst respectfully requests that this Court enter an order substantially in the form attached as **Exhibit E** to this Fee Application:

(a) Allowing and approving an administrative expense in the amount of $53,780.00 for professional services rendered by Amherst during the Application Period as the Committee's financial advisor;

(b) Authorizing payment to Amherst of $10,756.00; reflecting the amounts approved under this Fee Application that were not previously paid pursuant to the Compensation Order; and

(c) Providing Amherst with any additional relief as may be appropriate under the circumstances.

Respectfully submitted by,

Dated: December 2, 2020

**JAFFE RAIT HEUER & WEISS, P.C.**

By:      /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
(312) 704-9400
mbrandess@sfgh.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC*

**Exhibit A**
**(June/July Monthly Fee Statement)**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

Debtors.

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

_____/

### MONTHLY FEE STATEMENT OF AMHERST CONSULTING, LLC FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR JUNE AND JULY 2020

| | |
|---|---|
| Name of Applicant: | Amherst Consulting, LLC |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | June and July 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $28,185.00<br>80%  =  $22,548.00<br>20%  =  $5,637.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | **$22,548.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:____/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel for the Committee*

Dated: August 14, 2020.

AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41843 |
| **Invoice Date:** | 8/3/2020 |
| **Due Date:** | 8/3/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| | | | For Professional Services rendered through July 31, 2020 - see detail below. | | | |
| 7/1/2020 | CF/Liquidity | Partner-Sto... | Review list of questions to debtor FA (.2) | 0.20 | 400.00 | 80.00 |
| 7/1/2020 | Committee Mtg / Communication | Partner-Sto... | PC w/ M. Brandess (.1) | 0.10 | 400.00 | 40.00 |
| 7/1/2020 | Case Admin | Partner-Sto... | Work on engagement letter (.3) | 0.30 | 400.00 | 120.00 |
| 7/1/2020 | CF/Liquidity | MD-Morden | Review of PPP and lease documents (0.6) | 0.60 | 350.00 | 210.00 |
| 7/1/2020 | Retention / Fee Appl | MD-Morden | Engagement letter mark-up (0.5) | 0.50 | 350.00 | 175.00 |
| 7/1/2020 | Case Admin | MD-Morden | Call with M. Brandess on general engagement (0.1) | 0.10 | 350.00 | 35.00 |
| 7/2/2020 | Asset Sales | Partner-Sto... | Review Sales Procedures (.50) | 0.50 | 400.00 | 200.00 |
| 7/2/2020 | Case Admin | Partner-Sto... | Read and respond to emails (.50) | 0.50 | 400.00 | 200.00 |
| 7/2/2020 | Committee Mtg / Communication | MD-Morden | Prep and attend UCC call (0.8) | 0.80 | 350.00 | 280.00 |
| 7/2/2020 | Case Admin | MD-Morden | Review sales process motion (1.1), call with M.Brandess and L. Vandesteeg on Mastodon discussion (0.3), info request to IB (0.2), IB transaction rates review (0.7), Email to S. Stone on UCC call and next steps (0.1) | 2.40 | 350.00 | 840.00 |
| 7/3/2020 | Case Admin | Analyst - M... | Searching Amherst computer database to identifying potential conflicts of interest (1 h) | 1.00 | 250.00 | 250.00 |
| 7/3/2020 | Case Admin | Partner-Sto... | Read and respond to emails (.2) | 0.20 | 400.00 | 80.00 |
| 7/3/2020 | Case Admin | MD-Morden | Review Mastadon talking points (0.1), call with mastodon and counsel (1.4), follow-up call with counsel (0.2) | 1.70 | 350.00 | 595.00 |

**Current Invoice Total**

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI  48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41843 |
| **Invoice Date:** | 8/3/2020 |
| **Due Date:** | 8/3/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/6/2020 | Case Admin | Analyst - M... | Searching Amherst computer database to identifying potential conflicts of interest (2.1 h) | 2.10 | 250.00 | 525.00 |
| 7/6/2020 | Case Admin | Partner-Sto... | read and respond to emails (.50) | 0.50 | 400.00 | 200.00 |
| 7/6/2020 | Case Admin | MD-Morden | Review first draft letter in re Mastodon and Mastadon motion and compile key points of Contention (1.9); review final draft of Mastodon letter with input from all UCC advisors and provide edits (0.2) | 2.10 | 350.00 | 735.00 |
| 7/7/2020 | Case Admin | Partner-Sto... | Read and respond to emails (.30); Review Amherst Declaration (.20) | 0.50 | 400.00 | 200.00 |
| 7/7/2020 | Asset Sales | Partner-Sto... | PC w/ J. Morden discussing sale of company (.50) | 0.50 | 400.00 | 200.00 |
| 7/7/2020 | Case Admin | MD-Morden | Call with S. Stone (0.5) | 0.50 | 350.00 | 175.00 |
| 7/7/2020 | Fin. Info. Analysis | MD-Morden | Review of UCC data room for updates (.1) | 0.10 | 350.00 | 35.00 |
| 7/7/2020 | Committee Mtg / Communication | MD-Morden | Committee call info prep (.2) | 0.20 | 350.00 | 70.00 |
| 7/8/2020 | Case Admin | Partner-Sto... | Read and review emails (.50) | 0.50 | 400.00 | 200.00 |
| 7/8/2020 | Committee Mtg / Communication | Partner-Sto... | PC w/ M. Brandess (.30) | 0.30 | 400.00 | 120.00 |
| 7/8/2020 | Case Admin | Partner-Sto... | PC w/ P. Hage (.20) | 0.20 | 400.00 | 80.00 |
| 7/8/2020 | Asset Sales | Partner-Sto... | Review Mastodon waterfall (.40) | 0.40 | 400.00 | 160.00 |
| 7/9/2020 | Asset Sales | Partner-Sto... | PC w/ J. Morden (.20); review sale procedures (.50) | 0.70 | 400.00 | 280.00 |
| 7/9/2020 | Asset Sales | MD-Morden | Review of bid procedures (0.3), review of APA and email on initial findings to SFGH (1.1) | 1.40 | 350.00 | 490.00 |
| 7/9/2020 | Case Admin | MD-Morden | Strategy calls with S. Stone (.2) and M. Brandess (.3) | 0.50 | 350.00 | 175.00 |
| 7/9/2020 | Fin. Info. Analysis | MD-Morden | email to Rock Creek (0.2) | 0.20 | 350.00 | 70.00 |

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI  48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

**Current Invoice Total**

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41843 |
| **Invoice Date:** | 8/3/2020 |
| **Due Date:** | 8/3/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/9/2020 | Committee Mtg / Communication | MD-Morden | UCC call (0.5) | 0.50 | 350.00 | 175.00 |
| 7/10/2020 | Case Admin | Analyst - M... | Create list of all professionals engaged on the case (0.3 h) | 0.30 | 250.00 | 75.00 |
| 7/10/2020 | Committee Mtg / Communication | Partner-Sto... | PC w/ M. Brandess (.30) | 0.30 | 400.00 | 120.00 |
| 7/10/2020 | CF/Liquidity | Partner-Sto... | PC w/ J. Morden (.20) | 0.20 | 400.00 | 80.00 |
| 7/12/2020 | CF/Liquidity | Analyst - M... | Analysis of Debtors' filed schedules of assets and liabilities (1 h) | 1.00 | 250.00 | 250.00 |
| 7/12/2020 | CF/Liquidity | Partner-Sto... | Review summary of schedules and craft email with review findings (.30) | 0.30 | 400.00 | 120.00 |
| 7/13/2020 | CF/Liquidity | Partner-Sto... | Review debtor schedules (1.0); CC w/ Debtor Professionals (.6); | 1.60 | 400.00 | 640.00 |
| 7/13/2020 | Committee Mtg / Communication | Partner-Sto... | PC w/ M. Brandess (.1); CC w/ J. Morden, M. Brandess (.3) | 0.40 | 400.00 | 160.00 |
| 7/13/2020 | Asset Sales | MD-Morden | Review of APA commentary (0.2) | 0.20 | 350.00 | 70.00 |
| 7/13/2020 | Fin. Info. Analysis | MD-Morden | Review of statements and schedules including creation of asset list and summarizing initial findings (3.0) | 3.00 | 350.00 | 1,050.00 |
| 7/13/2020 | CF/Liquidity | MD-Morden | Review of cash flow (.3) | 0.30 | 350.00 | 105.00 |
| 7/13/2020 | Case Admin | MD-Morden | Call with Debtor advisors and follow-up with S. Stone & M. Brandess (0.9) | 0.90 | 350.00 | 315.00 |
| 7/14/2020 | CF/Liquidity | Analyst - M... | Analysis of Debtors' filed schedules of assets and liabilities (1 h) | 1.00 | 250.00 | 250.00 |
| 7/14/2020 | Fin. Info. Analysis | Analyst - M... | Analysis of Debtors' P6 financials (2.6 h) | 2.60 | 250.00 | 650.00 |
| 7/14/2020 | Case Admin | Partner-Sto... | Review and respond to emails (.50) | 0.50 | 400.00 | 200.00 |
| 7/14/2020 | Case Admin | MD-Morden | Call with M. Brandess (.2), call with E. Morandi (.1) | 0.30 | 350.00 | 105.00 |
| 7/14/2020 | Fin. Info. Analysis | MD-Morden | Review of S&S and P&L files (2.5) | 2.50 | 350.00 | 875.00 |

**Current Invoice Total**

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI 48009 USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code: MNBDUS33

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41843 |
| **Invoice Date:** | 8/3/2020 |
| **Due Date:** | 8/3/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 7/14/2020 | Committee Mtg / Communication | MD-Morden | Prep for and attend UCC call (0.8) | 0.80 | 350.00 | 280.00 |
| 7/14/2020 | CF/Liquidity | MD-Morden | Deep dive on cash plus variance build (1.6) | 1.60 | 350.00 | 560.00 |
| 7/15/2020 | Fin. Info. Analysis | Analyst - M... | Analysis of Debtors' P6 financials (1.8 h), Contractor Employee Agreement payment schedule (2 h) | 3.80 | 250.00 | 950.00 |
| 7/15/2020 | Case Admin | Partner-Sto... | emails (1.0) | 1.00 | 400.00 | 400.00 |
| 7/15/2020 | CF/Liquidity | Partner-Sto... | PC w/ J. Morden (.3);  review new schedules provided by Debtor (1.0) | 1.30 | 400.00 | 520.00 |
| 7/15/2020 | Committee Mtg / Communication | Partner-Sto... | CC w/ J. Morden, M. Brandess (.3); PC w/ M. Brandess (.4) | 0.70 | 400.00 | 280.00 |
| 7/15/2020 | Fin. Info. Analysis | MD-Morden | Review of consolidated P&L and email to RC (1.0), calls with EM (0.3) on P&L, consolidated financials reconciliation (0.4), cure cost review (0.3), finalize net income TTM build (1.7) | 3.70 | 350.00 | 1,295.00 |
| 7/15/2020 | CF/Liquidity | MD-Morden | Cash flow review and adjustment for lender call (.4) | 0.40 | 350.00 | 140.00 |
| 7/15/2020 | Case Admin | MD-Morden | Case strategy call with S. Stone and M. Brandess (0.5), additional calls with M. Brandess on case (0.4), call with lender and counsel (0.8) on misc case items | 1.70 | 350.00 | 595.00 |
| 7/16/2020 | Fin. Info. Analysis | Analyst - M... | Cure Analysis summary (3.5 h) | 3.50 | 250.00 | 875.00 |
| 7/16/2020 | Case Admin | Partner-Sto... | Review and respond to emails (.6) | 0.60 | 400.00 | 240.00 |
| 7/16/2020 | Committee Mtg / Communication | Partner-Sto... | PC w/ M. Brandess (.20) | 0.20 | 400.00 | 80.00 |
| 7/16/2020 | CF/Liquidity | Partner-Sto... | PC's w/ J. Morden (2) (.50) | 0.50 | 400.00 | 200.00 |

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI  48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

**Current Invoice Total**

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41843 |
| **Invoice Date:** | 8/3/2020 |
| **Due Date:** | 8/3/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/16/2020 | Committee Mtg / Communication | MD-Morden | Call with D. DeKock on store performance (.3) | 0.30 | 350.00 | 105.00 |
| 7/16/2020 | Case Admin | MD-Morden | Case review call with S. Stone (.2) | 0.20 | 350.00 | 70.00 |
| 7/16/2020 | Fin. Info. Analysis | MD-Morden | Call with E. Morandi on cure costs and case status (0.3), cure cost review (0.2),  review Rock Creek files and create info request information (0.9) | 1.40 | 350.00 | 490.00 |
| 7/17/2020 | Fin. Info. Analysis | Analyst - M... | Cure summary analysis (.8 h) | 0.80 | 250.00 | 200.00 |
| 7/17/2020 | CF/Liquidity | Analyst - M... | UCC Cash Flow Review phone call with Rock Creek (.5 h) | 0.50 | 250.00 | 125.00 |
| 7/17/2020 | Committee Mtg / Communication | Partner-Sto... | CC with committee Council discussion reservation of rights draft, 341 hearing(.40); PC w/ M. Brandess re: liquor licenses.(.10) | 0.50 | 400.00 | 200.00 |
| 7/17/2020 | Case Admin | Partner-Sto... | Review of reservation of rights draft (.50); PC w/ J. Morden re: reservation of rights draft (.10), read and respond to emails(.50) | 1.10 | 400.00 | 440.00 |
| 7/17/2020 | Fin. Info. Analysis | MD-Morden | P&L review (0.2) | 0.20 | 350.00 | 70.00 |
| 7/17/2020 | Asset Sales | MD-Morden | Review redline APA and ROR letter (0.8), review updated ROR (0.1) | 0.90 | 350.00 | 315.00 |
| 7/17/2020 | Case Admin | MD-Morden | UCC advisor strategy and update call (0.5), call with E. Morandi on case status (0.2) | 0.70 | 350.00 | 245.00 |
| 7/17/2020 | CF/Liquidity | MD-Morden | Cash flow review and manipulation (0.6), call with Rock Creek on cash flow (0.5) | 1.10 | 350.00 | 385.00 |
| 7/18/2020 | Case Admin | Partner-Sto... | review and send emails (.2) | 0.20 | 400.00 | 80.00 |
| 7/18/2020 | Asset Sales | Partner-Sto... | Review fixed assets schedules (.5) | 0.50 | 400.00 | 200.00 |
| 7/20/2020 | Case Admin | Partner-Sto... | Review emails (.20) | 0.20 | 400.00 | 80.00 |
| 7/20/2020 | Case Admin | MD-Morden | Review of case summary emails and email to D. DeKock  (0.2) | 0.20 | 350.00 | 70.00 |
| 7/20/2020 | Fin. Info. Analysis | MD-Morden | Data room review and info request email (0.4) | 0.40 | 350.00 | 140.00 |

**Current Invoice Total**

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI  48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41843 |
| **Invoice Date:** | 8/3/2020 |
| **Due Date:** | 8/3/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/21/2020 | Asset Sales | Analyst - M... | Rent Summary by Entity and Lessor (1.3 h) | 1.30 | 250.00 | 325.00 |
| 7/21/2020 | Case Admin | Partner-Sto... | Review and respond to emails (.50); | 0.50 | 400.00 | 200.00 |
| 7/21/2020 | Committee Mtg / Communication | Partner-Sto... | PC w/ M. Brandess (.10) | 0.10 | 400.00 | 40.00 |
| 7/21/2020 | CF/Liquidity | Partner-Sto... | Review TWCF (.30); PC w/ J. Morden (.20) | 0.50 | 400.00 | 200.00 |
| 7/21/2020 | Fin. Info. Analysis | MD-Morden | Data room added items review and info request (0.2), review of CIM and teaser data and 2020 projections (0.7) | 0.90 | 350.00 | 315.00 |
| 7/21/2020 | CF/Liquidity | MD-Morden | Cash flow review/testing/info request and review of cure items (1.6) | 1.60 | 350.00 | 560.00 |
| 7/21/2020 | Case Admin | MD-Morden | Case calls with S. Stone (0.2), M. Brandess (0.2), additional with S. Stone (0.2) | 0.60 | 350.00 | 210.00 |
| 7/21/2020 | Committee Mtg / Communication | MD-Morden | Prep for and attend UCC call (0.8) | 0.80 | 350.00 | 280.00 |
| 7/22/2020 | Case Admin | Partner-Sto... | Review and respond to emails (.30); Review Amherst Declaration (.20) | 0.50 | 400.00 | 200.00 |
| 7/24/2020 | Asset Sales | MD-Morden | Call with Mastodon on sale process (.4) | 0.40 | 350.00 | 140.00 |
| 7/27/2020 | CF/Liquidity | MD-Morden | Cash flow review and cash flow information request (1.4) | 1.40 | 350.00 | 490.00 |
| 7/28/2020 | Committee Mtg / Communication | Partner-Sto... | PC w/ J. Morden (.20); Committee Call (.50) | 0.70 | 400.00 | 280.00 |
| 7/28/2020 | Case Admin | Partner-Sto... | Review and respond to emails (.50) | 0.50 | 400.00 | 200.00 |
| 7/28/2020 | Case Admin | MD-Morden | Call with SS (0.1) | 0.10 | 350.00 | 35.00 |
| 7/28/2020 | Committee Mtg / Communication | MD-Morden | UCC call (0.5) | 0.50 | 350.00 | 175.00 |
| 7/29/2020 | Case Admin | Partner-Sto... | Review objection (.20) | 0.20 | 400.00 | 80.00 |
| 7/31/2020 | Asset Sales | Partner-Sto... | CC w/ Mastodon (.50) | 0.50 | 400.00 | 200.00 |

**Current Invoice Total**

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI 48009 USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code: MNBDUS33

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41843 |
| **Invoice Date:** | 8/3/2020 |
| **Due Date:** | 8/3/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 7/31/2020 | Fin. Info. Analysis | MD-Morden | Review of POS and flash sale reports (0.2) | 0.20 | 350.00 | 70.00 |
| 7/31/2020 | CF/Liquidity | MD-Morden | Cash flow update review (0.7) | 0.70 | 350.00 | 245.00 |

Make Checks Payable to:
Amherst Consulting, LLC
255 E Brown St., Ste. 120
Birmingham, MI 48009

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI 48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

| | |
|---|---|
| **Current Invoice Total** | **$25,935.00** |

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41830 |
| **Invoice Date:** | 7/15/2020 |
| **Due Date:** | 7/15/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | For Professional Services rendered through June 30, 2020 - see detail below. | | | |
| 6/29/2020 | Committee Mtg / Communication | Partner-Sto... | PC w/ J. Miller re: Committee call (.1), PC w/ M. Brandess re: Committee call (.1), CC w/ Committee (.5), Review Committee Notes (.3), PC w/ J. Morden re: Committee call (.1). | 1.10 | 400.00 | 440.00 |
| 6/29/2020 | Case Admin | MD-Morden | Review of Mastodon engagement letter and commentary on potential objection (1.0), Call with SS and info request prep (0.1) | 1.10 | 350.00 | 385.00 |
| 6/30/2020 | Case Admin | Analyst - M... | Go forward internal Amherst team meeting | 0.30 | 250.00 | 75.00 |
| 6/30/2020 | Case Admin | Analyst - M... | Kickoff call with Rock Creek | 0.20 | 250.00 | 50.00 |
| 6/30/2020 | Case Admin | Analyst - M... | Created and populated conflict summary table file | 0.70 | 250.00 | 175.00 |
| 6/30/2020 | Case Admin | Partner-Sto... | CC w/ J. Morden, E. Morandi to discuss process (.3); CC with Rock Creek professionals; (.3);  Draft engagement letter (.5) | 1.10 | 400.00 | 440.00 |
| 6/30/2020 | CF/Liquidity | Partner-Sto... | Review TWCF (.3) | 0.30 | 400.00 | 120.00 |
| 6/30/2020 | Committee Mtg / Communication | Partner-Sto... | PC w/ M. Brandess to discuss next steps (.1) | 0.10 | 400.00 | 40.00 |
| 6/30/2020 | CF/Liquidity | MD-Morden | review of cash flow summary (0.6) | 0.60 | 350.00 | 210.00 |
| 6/30/2020 | Case Admin | MD-Morden | Request list email (0.2), cc with SS and EM regarding opening steps of case (0.3), introductory call with Rock Creek (0.3), further mark-up request list (0.1) | 0.90 | 350.00 | 315.00 |
| | | | **Current Invoice Total** | | | **$2,250.00** |

Make Checks Payable to:
Amherst Consulting, LLC
255 E Brown St., Ste. 120
Birmingham, MI  48009

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI  48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

**<u>Exhibit B</u>**
**(August Monthly Fee Statement)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

Debtors.

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

_____/

**MONTHLY FEE STATEMENT OF AMHERST CONSULTING, LLC FOR**
**COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES**
**AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR AUGUST 2020**

| | |
|---|---|
| Name of Applicant: | Amherst Consulting, LLC |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | August 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $5,485.00<br>80%  =  $4,388.00<br>20%  =  $1,097.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | **$4,388.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:_____/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS &
HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel for the Official Committee of Unsecured
Creditors of Barfly Ventures, LLC*

Dated: September 14, 2020.

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41863 |
| **Invoice Date:** | 9/8/2020 |
| **Due Date:** | 9/8/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/1/2020 | CF / Liquidity | Partner-Sto... | Review Committee's response to FSB's PPP objections (.30) | 0.30 | 400.00 | 120.00 |
| 8/3/2020 | Asset Sales | Partner-Sto... | Review Mastodon information | 0.20 | 400.00 | 80.00 |
| 8/3/2020 | Committee Mtg / Communication | Partner-Sto... | Phone call with M. Brandess | 0.20 | 400.00 | 80.00 |
| 8/3/2020 | Case Admin | MD-Morden | Call with M. Brandess on case steps (0.1), review of FSB filed docs (0.2) | 0.20 | 350.00 | 70.00 |
| 8/3/2020 | CF / Liquidity | MD-Morden | Review of cash flow file from Rock Creek | 0.20 | 350.00 | 70.00 |
| 8/3/2020 | Fin. Info. Analysis | MD-Morden | Follow ups with debtor on PPP usage (0.1) | 0.10 | 350.00 | 35.00 |
| 8/3/2020 | Retention / Fee Applications | MD-Morden | Prep of July statement | 0.50 | 350.00 | 175.00 |
| 8/4/2020 | Case Admin | Partner-Sto... | Read and respond to emails | 0.50 | 400.00 | 200.00 |
| 8/4/2020 | Committee Mtg / Communication | Partner-Sto... | Committee call | 0.50 | 400.00 | 200.00 |
| 8/4/2020 | Case Admin | MD-Morden | Review liquor license emails | 0.10 | 350.00 | 35.00 |
| 8/4/2020 | CF / Liquidity | MD-Morden | Review cash flow info from Rock Creek and analyze cash/respond to same | 0.20 | 350.00 | 70.00 |
| 8/4/2020 | Retention / Fee Applications | MD-Morden | Call with P. Hague on fee apps (0.2), revise June/July bills (1.0) | 1.30 | 350.00 | 455.00 |
| 8/5/2020 | Committee Mtg / Communication | Partner-Sto... | Review Amherst fee application | 0.20 | 400.00 | 80.00 |
| 8/5/2020 | Case Admin | MD-Morden | Review committee strategy emails | 0.20 | 350.00 | 70.00 |
| 8/5/2020 | CF / Liquidity | MD-Morden | Latest cash flow file review | 0.10 | 350.00 | 35.00 |
| 8/6/2020 | Asset Sales | Partner-Sto... | Review Mastodon information | 0.30 | 400.00 | 120.00 |
| 8/6/2020 | CF / Liquidity | MD-Morden | Cash flow review | 0.20 | 350.00 | 70.00 |
| 8/7/2020 | CF / Liquidity | Partner-Sto... | Review cash flow | 0.20 | 400.00 | 80.00 |
| 8/7/2020 | CF / Liquidity | MD-Morden | Review of latest cash flow and questions to Rock Creek on same | 0.50 | 350.00 | 175.00 |

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI 48009 USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code: MNBDUS33

**Current Invoice Total**

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41863 |
| **Invoice Date:** | 9/8/2020 |
| **Due Date:** | 9/8/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/10/2020 | Retention / Fee Applications | MD-Morden | Prep fee data | 0.20 | 350.00 | 70.00 |
| 8/11/2020 | Committee Mtg / Communication | Partner-Sto... | Review applications | 0.50 | 400.00 | 200.00 |
| 8/12/2020 | Case Admin | Partner-Sto... | Classify June and July 2020 labor categories for invoicing purposes | 0.50 | 400.00 | 200.00 |
| 8/12/2020 | Case Admin | MD-Morden | Review case email and call with M. Brandess on case status | 0.30 | 350.00 | 105.00 |
| 8/14/2020 | Asset Sales | Partner-Sto... | CC w/ Mastodon | 0.30 | 400.00 | 120.00 |
| 8/14/2020 | Committee Mtg / Communication | Partner-Sto... | Review Bar Date motio | 0.20 | 400.00 | 80.00 |
| 8/18/2020 | Committee Mtg / Communication | Partner-Sto... | Weekly Committee call | 0.50 | 400.00 | 200.00 |
| 8/18/2020 | Asset Sales | MD-Morden | Review Mastadon sales process email and supporting files | 0.20 | 350.00 | 70.00 |
| 8/19/2020 | Asset Sales | Partner-Sto... | CC with Mastodon | 0.50 | 400.00 | 200.00 |
| 8/19/2020 | Case Admin | Partner-Sto... | Review and respond to emails | 0.30 | 400.00 | 120.00 |
| 8/21/2020 | Asset Sales | Partner-Sto... | CC w/ Mastodon/Brandess | 0.50 | 400.00 | 200.00 |
| 8/21/2020 | CF / Liquidity | Partner-Sto... | Review two weeks of cash flow | 1.00 | 400.00 | 400.00 |
| 8/25/2020 | Asset Sales | MD-Morden | Review of sales process updates | 0.10 | 350.00 | 35.00 |
| 8/26/2020 | Case Admin | Partner-Sto... | Review emails | 0.20 | 400.00 | 80.00 |
| 8/27/2020 | CF / Liquidity | Partner-Sto... | Review TWCF | 0.50 | 400.00 | 200.00 |
| 8/27/2020 | CF / Liquidity | MD-Morden | Review, variance analysis, and info request for updated cash flow from RC | 0.70 | 350.00 | 245.00 |
| 8/28/2020 | Asset Sales | Partner-Sto... | CCw/ Mastodon; PC w/ M. Brandess | 0.70 | 400.00 | 280.00 |
| 8/31/2020 | Asset Sales | Partner-Sto... | Review sales matrix | 0.20 | 400.00 | 80.00 |
| 8/31/2020 | Asset Sales | Partner-Sto... | PC's (2) w/ J. Morden | 0.30 | 400.00 | 120.00 |
| 8/31/2020 | Asset Sales | Partner-Sto... | PC w/ M. Brandess | 0.30 | 400.00 | 120.00 |
| 8/31/2020 | Asset Sales | MD-Morden | Call with S. Stone (0.2) on asset sale, asset sale file review | 0.40 | 350.00 | 140.00 |

Make Checks Payable to:
Amherst Consulting, LLC
255 E Brown St., Ste. 120
Birmingham, MI  48009

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI  48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

**Current Invoice Total**          **$5,485.00**

**Exhibit C**
**(September Monthly Fee Statement)**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

      Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

---

### MONTHLY FEE STATEMENT OF AMHERST CONSULTING, LLC FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SEPTEMBER 2020

---

| | |
|---|---|
| Name of Applicant: | Amherst Consulting, LLC |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | September 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $17,640.00<br>80%  =  $14,112.00<br>20%  =  $3,528.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | **$14,112.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:____/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
Elizabeth Vandesteeg
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com
evandesteeg@sfgh.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC*

Dated: October 7, 2020.

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41884 |
| **Invoice Date:** | 10/1/2020 |
| **Due Date:** | 10/1/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 9/1/2020 | Case Admin | Partner-Sto... | Read and respond to emails | 0.30 | 400.00 | 120.00 |
| 9/1/2020 | Asset Sales | MD-Morden | Review asset sale email and follow-up call with M. Brandess and Mastodon on sale | 0.50 | 350.00 | 175.00 |
| 9/1/2020 | Cash Flow / Liquidity | MD-Morden | Info request regarding CF to Rock Creek | 0.10 | 350.00 | 35.00 |
| 9/1/2020 | Committee Mtg/Communications | MD-Morden | Prep for and attend UCC call and provide meeting update e-mail to S. Stone | 0.70 | 350.00 | 245.00 |
| 9/2/2020 | Case Admin | Partner-Sto... | Read and respond to emails | 0.30 | 400.00 | 120.00 |
| 9/2/2020 | Case Admin | MD-Morden | Call with M. Brandess and E. Morandi on request for financial info for committee (0.4), call with E. Morandi on next steps to meet committee requests (0.4) | 0.80 | 350.00 | 280.00 |
| 9/2/2020 | Cash Flow / Liquidity | MD-Morden | Review PPP funds use | 0.20 | 350.00 | 70.00 |
| 9/3/2020 | Financial Info Analysis | Partner-Sto... | PC w/ J. Morden | 0.20 | 400.00 | 80.00 |
| 9/3/2020 | Committee Mtg/Communications | Analyst - M... | calls with James Morden and Counsel; Email to Rock Creek (0.4) | 0.40 | 250.00 | 100.00 |
| 9/3/2020 | Case Admin | MD-Morden | Call with S. Stone on case strategy | 0.20 | 350.00 | 70.00 |
| 9/8/2020 | Case Admin | Partner-Sto... | Review and approve August 2020 billings | 0.20 | 400.00 | 80.00 |
| 9/8/2020 | Committee Mtg/Communications | Partner-Sto... | Committee conference call | 0.60 | 400.00 | 240.00 |
| 9/8/2020 | Case Admin | MD-Morden | Review info request e-mail and write E. Morandi on next steps. | 0.10 | 350.00 | 35.00 |
| 9/9/2020 | Committee Mtg/Communications | Analyst - M... | Discussion with Rock Creek (0.4); Consolidation of Notes, email and distribute to team (0.2) | 0.60 | 250.00 | 150.00 |
| 9/10/2020 | Asset Sales | Partner-Sto... | CC w/ P. Hague, M. Brandess; PC w/ M. Brandess CC w/ Mastodon, M. Brandess, P. Hague, Debtor attorney | 1.00 | 400.00 | 400.00 |
| 9/10/2020 | Committee Mtg/Communications | Partner-Sto... | CC w/ Committee; | 2.00 | 400.00 | 800.00 |

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI 48009 USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code: MNBDUS33

**Current Invoice Total**

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41884 |
| **Invoice Date:** | 10/1/2020 |
| **Due Date:** | 10/1/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/12/2020 | Asset Sales | Partner-Sto... | Read and respond to emails | 0.20 | 400.00 | 80.00 |
| 9/12/2020 | Committee Mtg/Communications | Partner-Sto... | Review and respond to email | 0.20 | 400.00 | 80.00 |
| 9/15/2020 | Committee Mtg/Communications | Partner-Sto... | PC w/ J. Morden; emails | 0.30 | 400.00 | 120.00 |
| 9/15/2020 | Case Admin | MD-Morden | Calls with S. Stone and E. Morandi on case status | 0.20 | 350.00 | 70.00 |
| 9/15/2020 | Cash Flow / Liquidity | MD-Morden | Review of cash flow and claim issues | 0.90 | 350.00 | 315.00 |
| 9/15/2020 | Committee Mtg/Communications | MD-Morden | UCC case status call | 0.50 | 350.00 | 175.00 |
| 9/16/2020 | Case Admin | Analyst - M... | call with JM (0.1) | 0.10 | 250.00 | 25.00 |
| 9/16/2020 | Committee Mtg/Communications | Analyst - M... | Email to Rock Creek team on requested follow-up items from prior week's call (0.2) | 0.20 | 250.00 | 50.00 |
| 9/17/2020 | Financial Info Analysis | Partner-Sto... | PC w/ M. Brandess | 0.20 | 400.00 | 80.00 |
| 9/18/2020 | Committee Mtg/Communications | Partner-Sto... | CC w/ Committee; PC w/ M. Brandess; CC w/ Debtors professionals, P. Hague, M. Brandess | 1.20 | 400.00 | 480.00 |
| 9/18/2020 | Asset Sales | MD-Morden | Call with debtor advisor and committee advisors on sale status and waterfall | 0.50 | 350.00 | 175.00 |
| 9/18/2020 | Cash Flow / Liquidity | MD-Morden | Review of revolver loan docs | 0.50 | 350.00 | 175.00 |
| 9/18/2020 | Committee Mtg/Communications | Analyst - M... | Committee call (1.0) | 1.00 | 250.00 | 250.00 |
| 9/22/2020 | Case Admin | Analyst - M... | Call with SS, JM, and Michael Brandess (Sugar) (0.6) | 0.60 | 250.00 | 150.00 |
| 9/22/2020 | Asset Sales | MD-Morden | Evaluate financial projection model for revolver need | 1.00 | 350.00 | 350.00 |
| 9/22/2020 | Case Admin | MD-Morden | Calls with S. Stone and E. Morandi and follow-up information request development and review | 1.10 | 350.00 | 385.00 |
| 9/22/2020 | Cash Flow / Liquidity | MD-Morden | Call with MC on dissolution, call with CM on PPP forgiveness | 0.90 | 350.00 | 315.00 |

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI 48009 USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code: MNBDUS33

**Current Invoice Total**

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41884 |
| **Invoice Date:** | 10/1/2020 |
| **Due Date:** | 10/1/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/23/2020 | Committee Mtg/Communications | Partner-Sto... | Committee call; Review objections | 1.00 | 400.00 | 400.00 |
| 9/25/2020 | Asset Sales | Partner-Sto... | PC w/ J. Morden; PC w/ M. Brandess; Hearing; emails | 3.40 | 400.00 | 1,360.00 |
| 9/25/2020 | Asset Sales | MD-Morden | Call with P. Hage on asset sale filing (0.1), Review asset sale order and wind down budget (2.3), attend court hearing and mediation sessions (7.6) | 10.00 | 350.00 | 3,500.00 |
| 9/26/2020 | Committee Mtg/Communications | Partner-Sto... | CC w/ UCC professionals; PC's (2) w/ J. Morden; emails | 1.80 | 400.00 | 720.00 |
| 9/26/2020 | Case Admin | Analyst - M... | review, download, and distribute court filings  (0.2) | 0.20 | 250.00 | 50.00 |
| 9/26/2020 | Asset Sales | MD-Morden | Call with legal team and S. Stone on sale order and objection  (1.0), follow-up call with S. Stone on sales order objection (0.2), call with P. Neitzel on sale order information request (0.1), calls with M. Brandess (0.3) and S. Stone (0.1) about sale order strategy and info requests, wind down budget review (0.2) | 1.90 | 350.00 | 665.00 |
| 9/27/2020 | Asset Sales | MD-Morden | Review Wind Down budget and identify potential risks (1.7h), call with P. Neitzel and C. Pierce (1.0), call with S. Stone on wind down budget (0.4), call with UCC counsel and S. Stone on wind down budget exposure (1.1) | 4.20 | 350.00 | 1,470.00 |
| 9/27/2020 | Cash Flow / Liquidity | Partner-Sto... | Review of term sheet: PC w/ J. Morden; CC w/ UCC professionals; emails | 2.10 | 400.00 | 840.00 |
| 9/28/2020 | Asset Sales | MD-Morden | Review of wind down budget (1.0), call with P. Neitzel on wind down budget (0.3), multiple brief calls with M. Brandess on wind down budget (0.3), complete draft wind down budget review and send to P. Neitzel (0.8), emails on wind down budget (0.2) | 2.60 | 350.00 | 910.00 |

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI  48009  USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code:  MNBDUS33

**Current Invoice Total**

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41884 |
| **Invoice Date:** | 10/1/2020 |
| **Due Date:** | 10/1/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 9/28/2020 | Retention / Fee Applications | MD-Morden | Update fee application data | 0.50 | 350.00 | 175.00 |
| 9/29/2020 | Asset Sales | MD-Morden | Call with M. Brandess on wind down budget (0.1), call with Debtor and UCC advisors on wind down budget (1.1), call with P. Neitzel to finalize wind down budget (0.3), call with M. Brandess to confirm agreement with wind down budget and settlement offer (0.2) | 1.70 | 350.00 | 595.00 |
| 9/29/2020 | Committee Mtg/Communications | MD-Morden | Attend portion of UCC update call | 0.20 | 350.00 | 70.00 |
| 9/29/2020 | Committee Mtg/Communications | Partner-Sto... | CC w/ Committee; Review term sheet; emails | 1.00 | 400.00 | 400.00 |
| 9/30/2020 | Retention / Fee Applications | MD-Morden | Fee app data prep | 0.60 | 350.00 | 210.00 |

Make Checks Payable to:
Amherst Consulting, LLC
255 E. Brown St., Ste. 120
Birmingham, MI 48009

Wire Instructions:
Comerica Bank
188 North Old Woodward
Birmingham, MI 48009 USA
+1 (800) 643-4421 wire transfer dept.
Bank Routing # 072000096
Bank Acct #1851115376
SWIFT Code: MNBDUS33

| **Current Invoice Total** | **$17,640.00** |
|---|---|

**<u>Exhibit D</u>**
**(October Monthly Fee Statement)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

    Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

### MONTHLY FEE STATEMENT OF AMHERST CONSULTING, LLC FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR OCTOBER 2020

| | |
|---|---|
| Name of Applicant: | Amherst Consulting, LLC |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | October 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $2,470.00<br>80%  =  $1,976.00<br>20%  =  $494.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | **$1,976.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:____/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS &
HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com

*Counsel for the Official Committee of Unsecured
Creditors of Barfly Ventures, LLC*

Dated: November 11, 2020.

# AmherstConsulting

Amherst Consulting, LLC
255 E. Brown St., Ste 120
Birmingham, MI 48009

**Customer:**

Official UCC of Barfly Ventures, LLC
c/o Gordon Food Service, Inc.
1300 Gezon Parkway S.W.
Wyoming, MI 49509
Attn: Ms. Sharon Murphy

# Invoice

| | |
|---|---|
| **Invoice #:** | 41910 |
| **Invoice Date:** | 11/2/2020 |
| **Due Date:** | 11/2/2020 |

| Date | Category | Name | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 10/1/2020 | Case Admin | Partner-Sto... | PC's w/ J. Morden (2); emails | 0.40 | 400.00 | 160.00 |
| 10/1/2020 | Asset Sales | MD-Morden | Review lender counter proposal on sale (0.1), call with M. Brandess and P. Hage regarding settlement on asset claims objection and email on same to P. Neitzel (0.2), call with counsel on asset sale settlement (0.4), calls with counel on settlement and wind down budget (0.9), review wind down budget including variance sensitivity (1.0), walk through budget issues with P. Neitzel (0.4) | 3.00 | 350.00 | 1,050.00 |
| 10/2/2020 | Committee Mtg / Communication | Partner-Sto... | PC w/ M. Brandess; read and respond to emails | 0.70 | 400.00 | 280.00 |
| 10/2/2020 | Asset Sales | MD-Morden | Calls with P. Neitzel and M. Brandess on budget (0.5), review settlement (0.1) | 0.60 | 350.00 | 210.00 |
| 10/2/2020 | Committee Mtg / Communication | MD-Morden | Committee call for vote on settlement of sale objection | 0.40 | 350.00 | 140.00 |
| 10/5/2020 | Retention / Fee Applications | MD-Morden | Prep FA info | 0.20 | 350.00 | 70.00 |
| 10/26/2020 | Asset Sales | MD-Morden | Calls with P. Neitzel on wind down budget for asset sale (0.2), call with M. Brandess and P. Hague on wind down budget (0.1), calls with M. Brandess on wind down budget (0.7), review and test wind down budget (0.6) | 1.60 | 350.00 | 560.00 |

| | |
|---|---|
| Make Checks Payable to: | Wire Instructions: |
| Amherst Consulting, LLC | Comerica Bank |
| 255 E Brown St., Ste. 120 | 188 North Old Woodward |
| Birmingham, MI  48009 | Birmingham, MI  48009  USA |
| | +1 (800) 643-4421 wire transfer dept. |
| | Bank Routing # 072000096 |
| | Bank Acct #1851115376 |
| | SWIFT Code:  MNBDUS33 |

**Current Invoice Total**          $2,470.00

**Exhibit E**
**(Proposed Order)**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[4]

                     Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

## ORDER APPROVING FIRST APPLICATION OF AMHERST CONSULTING, LLC
## FOR COMPENSATION AS FINANCIAL ADVISOR
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

This matter having come before the Court on the *First Application of Amherst Consulting, LLC for Compensation as Financial Advisor to the Official Committee of Unsecured Creditors* (the "Application")[5] wherein Amherst Consulting, LLC ("Amherst") sought allowance of an administrative expense for fees incurred as financial advisor to the Committee during the Application Period; notice of the Application being sufficient and consistent with Compensation Order; and no objections to the Application having been filed:

**IT IS HEREBY ORDERED:**

1.    The Application is granted.

2.    Amherst is granted an allowed administrative expense under section 503(b)(2) for professional fees incurred during the Application Period in the amount of $53,780.00.

---

[4] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

[5] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Application.

3.      The Debtors are authorized and directed to promptly pay to Amherst the outstanding balance of the fees allowed under this Order, in the amount of $10.756.00.

4.      This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**END OF ORDER**

*Order prepared and submitted by:*

JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (P70460)
27777 Franklin, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
phage@jaffelaw.com

*Counsel for the Official Committee of Unsecured*
*Creditors of Barfly Ventures, LLC et. al.*