UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Barfly Ventures, LLC, et al,  Case No. BG20-01947
Chapter 11

_____ Debtor./

## CERTIFICATION OF MAILING

Sarah Garrett, Legal Assistant in the Office of the United States Trustee, Grand Rapids, Michigan certifies that she has served a copy of the UNITED STATES TRUSTEE'S MOTION REQUESTING THE AUTHORITY TO APPOINT CHAPTER 11 TRUSTEE, OR ALTERNATIVELY FOR THE CONVERSION OF THESE CASES TO ONE UNDER CHAPTER 7 upon:

Barfly Ventures, LLC  **(via first class mail)**
35 Oakes Street SW #400
Grand Rapids, MI 49503
**Debtor**


Rozanne M. Giunta  **(sent electronically)**
**Attorney for the Debtor**


Dated: December 7, 2020  _____/s/_____
Sarah Garrett
Office of U.S. Trustee
125 Ottawa NW, Ste. 200R
Grand Rapids, MI 49503
Tel: (6l6) 456-2002