UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Barfly Ventures, LLC, et al,  Case No. BG20-01947

_____ Debtor./

## CERTIFICATION OF MAILING

Sarah Garrett, Legal Assistant in the Office of the United States Trustee, Grand Rapids, Michigan certifies that she has served a copy of the UNITED STATES TRUSTEE'S OBJECTION TO JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ENTRY OF AN ORDER (I) SUBSTANTIVELY CONSOLIDATING THE DEBTORS' ESTATES; (II) AUTHORIZING THE WIND DOWN OF THE ESTATES; (III) AUTHORIZING THE REJECTION OF CONTRACTS AND LEASES; AND (IV) AUTHORIZING THE DEBTORS' TO CERTIFY THAT THE ESTATES MAY BE CONVERTED TO CHAPTER 7 upon:

Barfly Ventures, LLC  **(via first class mail)**
35 Oakes Street SW #400
Grand Rapids, MI 49503
**Debtor**

Rozanne M. Giunta  **(sent electronically)**
**Attorney for the Debtor**

Dated: December 7, 2020 _____/s/_____
Sarah Garrett
Office of U.S. Trustee
125 Ottawa NW, Ste. 200R
Grand Rapids, MI 49503
Tel: (6l6) 456-2002