IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

    Debtors.

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

_____/

**MONTHLY FEE STATEMENT OF SUGAR FELSENTHAL GRAIS & HELSINGER LLP FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR NOVEMBER 2020**

| | |
|---|---|
| Name of Applicant: | Sugar Felsenthal Grais & Helsinger LLP |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | November 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $10,800.00[2]<br>80% = $8,640.00<br>20% = $2,160.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request: | **$8,640.00** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

[2] Pursuant to the Committee's retention of SFGH, SFGH invoices the Committee at a blended hourly rate of $500.

5057429.v1

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
(312) 704-9400
mbradness@sfgh.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et al.*

Dated: December 9, 2020

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

|  |  |
|---|---|
|  | Page: 1 |
| Official Committee of Unsecured Creditors | 11/30/2020 |
| Barfly Ventures, LLC, et al. | Account No: 10836-001 |
| c/o Gordon Food Service, Inc. | Statement No: 266342 |
| Attn: Sharon Murphy, Dir of Credit |  |
| Palatine IL 60055 |  |

Attn: Sharon Murphy, Director of Credit

General Case Administration

Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/02/2020 | MAB | Review conversion motion (0.3). | 0.30 | 172.50 |
| 11/04/2020 | MAB | Discussions with potential chapter 7 trustees about case status (1.4); email correspondence and telephone conference with John Lucas regarding conversion motion (0.5); email correspondence with Paul Hage regarding same (0.2). | 2.10 | 1,207.50 |
| 11/05/2020 | MAB | Draft supplement to motion to convert (3.9); email correspondence with debtors' professionals regarding same (0.2). | 4.10 | 2,357.50 |
| 11/06/2020 | MAB | Telephone conference with Paul Hage regarding open case issues (0.2). | 0.20 | 115.00 |
| 11/09/2020 | NB | Review and compile stipulated motion to approve agreed relief; review and compile stipulated motion to extend time to object to discharge under Rule 523 and chapter 11 plan in Mark Sellers bankruptcy action (0.2) | 0.20 | 50.00 |
| 11/12/2020 | MAB | Review and revise conversion motion (0.4); telephone conference with Ron Gold regarding chapter 7 trustee (0.3); telephone conference and email correspondence with Paul Hage regarding same (0.4); revise supplement in support of conversion motion (1.4); telephone conference with Michael Maggio regarding chapter 7 trustee (0.3). | 2.80 | 1,610.00 |
| 11/13/2020 | MAB | Multiple strategy conferences with Paul Hage regarding chapter 7 trustee (0.7); telephone conference with Paul Hage and Michael Maggio regarding same (0.4); email correspondence with Elisabeth Van Eitzen regarding same (0.3). | 1.40 | 805.00 |
| 11/15/2020 | MAB | Email correspondence with Matthew Murphy regarding credit agreement (0.2). | 0.20 | 115.00 |
| 11/18/2020 | JRO | Email correspondence Paul Hage regarding Sellers hearing 11/19 (0.2). | 0.20 | 107.00 |
| 11/19/2020 | MAB | Prepare for and participate in Sellers hearing (1.4); email correspondence with Paul Hage regarding same (0.2); email correspondence with Jason Torf regarding chapter 7 trustee appointment (0.2); email correspondence with Paul Hage regarding same (0.1). | 1.90 | 1,092.50 |
| 11/23/2020 | MAB | Multiple email correspondence with John Piggins regarding Sellers' plan |  |  |

Page: 2
Official Committee of Unsecured Creditors                                                                                    11/30/2020
                                                                                                                    Account No:    10836-001
                                                                                                                    Statement No:    266342

General Case Administration

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  | (0.4). |  | 0.40 | 230.00 |
| 11/25/2020 | MAB | Telephone conference with Paul Hage and Jason Torf regarding Sellers' claim objection (0.5). |  | 0.50 | 287.50 |
| 11/30/2020 | MAB | Telephone conference with Paul Hage regarding case strategy (0.3); email correspondence with Jason Torf regarding chapter 7 trustee (0.4). |  | 0.70 | 402.50 |
|  |  | For Current Services Rendered |  | 15.00 | 8,552.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 14.60 | $575.00 | $8,395.00 |
| John R. O'Connor | 0.20 | 535.00 | 107.00 |
| Nancy Bailey | 0.20 | 250.00 | 50.00 |

FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

| | |
|---|---|
| | Page: 1 |
| Official Committee of Unsecured Creditors | 11/30/2020 |
| Barfly Ventures, LLC, et al. | Account No: 10836-005 |
| c/o Gordon Food Service, Inc. | Statement No: 266344 |
| Attn: Sharon Murphy, Dir of Credit | |
| Palatine  IL  60055 | |

Attn: Sharon Murphy, Director of Credit

Employment & Fee Applications - SFGH

Fees

| Date | | | | Hours | |
|---|---|---|---|---|---|
| 11/06/2020 | MAB | Draft October monthly fee statement (1.1). | | 1.10 | 632.50 |
| | | For Current Services Rendered | | 1.10 | 632.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 1.10 | $575.00 | $632.50 |

FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL  60602
(312)704-9400

|  |  |
|---|---|
| Official Committee of Unsecured Creditors<br>Barfly Ventures, LLC, et al.<br>c/o Gordon Food Service, Inc.<br>Attn: Sharon Murphy, Dir of Credit<br>Palatine IL  60055 | Page: 1<br>11/30/2020<br>Account No:   10836-008<br>Statement No:     266347 |

Attn: Sharon Murphy, Director of Credit

Claims Analysis & Objections

Fees

|  |  |  | | Hours | |
|---|---|---|---|---|---|
| 11/20/2020 | MAB | Draft objection to Mark Sellers' claim (3.4); email correspondence with Paul Hage regarding same (0.2). | | 3.60 | |
| 11/23/2020 | MAB | Telephone conference with Paul Hage regarding Sellers' claim objection (0.3); email correspondence with Jason Torf regarding same (0.1). | | 0.40 | |
|  |  | For Current Services Rendered | | 4.00 | 2,300.00 |
|  |  | Total Current Work | | | 2,300.00 |

FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

| | |
|---|---|
| Official Committee of Unsecured Creditors | Page: 1 |
| Barfly Ventures, LLC, et al. | 11/30/2020 |
| c/o Gordon Food Service, Inc. | Account No:  10836-010 |
| Attn: Sharon Murphy, Dir of Credit | Statement No:  266348 |
| Palatine IL 60055 | |

Attn: Sharon Murphy, Director of Credit

Creditor Inquiries, Negotiations, & Settlements

Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| 11/12/2020 | MAB | Email correspondence with Jason Torf regarding claim amount (0.2). | | 0.20 | |
| | | For Current Services Rendered | | 0.20 | 115.00 |
| | | Total Current Work | | | 115.00 |

FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

|  |  |
|---|---|
| Official Committee of Unsecured Creditors<br>Barfly Ventures, LLC, et al.<br>c/o Gordon Food Service, Inc.<br>Attn: Sharon Murphy, Dir of Credit<br>Palatine IL 60055 | Page: 1<br>11/30/2020<br>Account No:     10836-011<br>Statement No:        266349 |

Attn: Sharon Murphy, Director of Credit

Committee Meetings & Governance

Fees

| Date | | Description | Hours | |
|---|---|---|---:|---:|
| 11/03/2020 | MAB | Draft email memorandum to committee regarding conversion and substantive consolidation motion (0.4). | 0.40 | 230.00 |
| 11/04/2020 | MAB | Email correspondence with committee regarding case conversion motion and trustee election (0.4); telephone conference with Craig Hall regarding same (0.2). | 0.60 | 345.00 |
| | | For Current Services Rendered | 1.00 | 575.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Michael A. Brandess | 1.00 | $575.00 | $575.00 |

FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL  60602
(312)704-9400

|  |  |
|---|---|
| | Page: 1 |
| Official Committee of Unsecured Creditors | 11/30/2020 |
| Barfly Ventures, LLC, et al. | Account No:  10836-015 |
| c/o Gordon Food Service, Inc. | Statement No:  266350 |
| Attn: Sharon Murphy, Dir of Credit | |
| Palatine  IL  60055 | |

Attn: Sharon Murphy, Director of Credit

Litigation & Contested Matters

Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/2020 | MAB | Review draft stipulation to extend deadline to file dischargeability action against Mark Sellers (0.3). | 0.30 | |
| | | For Current Services Rendered | 0.30 | 172.50 |
| | | Total Current Work | | 172.50 |

FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE