IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.,* [1]

    Debtors.

Chapter 11
Case No. 20-01947-jwb

(Jointly Administered)

_____/

**MONTHLY FEE STATEMENT OF JAFFE RAITT HEUER & WEISS, P.C.
FOR COMPENSATION FOR SERVICES RENDERED & REIMBURSEMENT OF
EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR NOVEMBER 2020**

| | |
|---|---|
| Name of Applicant: | Jaffe Raitt Heuer & Weiss, P.C. |
| Authorized to provide services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | August 10, 2020 (retroactive to June 25) |
| Period for which compensation is sought: | November 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $16,605.00<br>80% = $13,284.00<br>20% = $3,321.00 |
| Amount of expense reimbursement sought: | $4.50 |
| Total interim request: | **$13,288.50** |

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbradness@sfgh.com

*Counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et al.*

Dated: December 9, 2020.



**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • P.O. BOX 5034 • SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Official Committee of Unsecured Creditors of Ba December 4, 2020
c/o Gordon Food Service, Inc.
Sharon Murphy - Director of Credit
1300 Gezon Parkway SW
Wyoming, MI 49509-9300                          Invoice No. 469894

FOR LEGAL SERVICES RENDERED THROUGH NOVEMBER 30, 2020
AS ITEMIZED ON THE ATTACHED REPORT:

ASSET ANALYSIS

|  |  |  |
|---|---|---|
|  | Total Fees | $2,146.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $2,146.50 |

ASSET DISPOSITION

|  |  |  |
|---|---|---|
|  | Total Fees | $121.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $121.50 |

CASE ADMINISTRATION

|  |  |  |
|---|---|---|
|  | Total Fees | $7,411.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $7,411.50 |

CLAIMS

|  |  |  |
|---|---|---|
|  | Total Fees | $1,255.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $1,255.50 |

COMMITTEE COMMUNICATIONS

|  |  |  |
|---|---|---|
|  | Total Fees | $40.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $40.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec 4, 2020      PAGE    2
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894

    DISBURSEMENTS

                                   Total Fees                    $0.00
                                   Total Costs                   $4.50
                                                             ------------
                                   Subtotal                      $4.50
    EXECUTORY CONTRACTS


                                   Total Fees                   $40.50
                                   Total Costs                   $0.00
                                                             ------------
                                   Subtotal                     $40.50
    FEE APPLICATIONS / OBJECTIONS


                                   Total Fees                $5,589.00
                                   Total Costs                   $0.00
                                                             ------------
                                   Subtotal                  $5,589.00



              TOTAL FEES THIS INVOICE        $     16,605.00

              TOTAL COSTS THIS INVOICE       $          4.50

              TOTAL AMOUNT DUE               $     16,609.50



    FED. TAX I.D. 38-1915036   TERMS:  NET 30 DAYS

    {J1}
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec  4, 2020      PAGE   3
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894


     Official Committee of Unsecured Creditors of Barfly Ventures
       ASSET ANALYSIS
   **OPEN FOR TIME ONLY**


   DATE    ATTY    SERVICE DESCRIPTION                         HOURS

 11/05/20  PRH  DISCUSS LITIGATION STRATEGY WITH M. BRANDESS    1.90   769.50
                (.4).  DISCUSS STIPULATION TO EXTEND 523
                DEADLINE WITH J. PIGGINS (.3).  PREPARE
                STIPULATION (1.2).

 11/06/20  PRH  CORRESPONDENCE WITH M. BRANDESS AND J. PIGGINS  1.30   526.50
                RE SITPULATION TO EXTEND DISCHARGEABILITY
                DEADLINE (.2).  ATTEND TO AUTHENTIKI AND MSSH
                DERIVATIVE STANDING STIPULATION (.4).  REVIEW
                AND REVISE DISCHARGEABILITY STIPULATION BASED
                ON COMMENTS FROM J. PIGGINS (.7).

 11/09/20  PRH  CORRESPONDENCE WITH J. PIGGINS AND M. BRANDESS  1.40   567.00
                RE DISCHARGEABILITY STIPULATION (.6).
                CORRESPONDENCE RE DERIVATIVE STANDING
                STIPULATION (.4).  REVIEW SELLERS' BANKRUPTCY
                PLAN AND RELATED CORRESPONDENCE WITH M.
                BRANDESS (.4).

 11/10/20  PRH  REVIEW ORDERS REGARDING INSIDER CAUSES OF        .20    81.00
                ACTION.  REVIEW SELLERS PLAN SCHEDULING ORDER.

 11/12/20  PRH  REVIEW REVISED SCHEDULING ORDER IN SELLERS       .10    40.50
                BANKRUPTCY CASE.

 11/18/20  PRH  CORRESPONDENCE WITH M. BRANDESS RE HEARING ON    .30   121.50
                SELLERS' DISCLOSURE STATEMENT (.2).  REVIEW
                OBJECTIONS TO SELLERS MOTION TO PAY OUTSIDE
                PLAN (.1).

 11/19/20  PRH  CORRESPONDENCE WITH M. BRANDESS RE SELLERS       .10    40.50
                DISCLOSURE STATEMENT HEARING.
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec  4, 2020      PAGE   4
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894

    TOTAL HOURS        5.30       FOR SERVICES RENDERED    $       2146.50

                                                                   ----------

                                  MATTER TOTAL             $       2146.50


*---------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE    HOURS            FEES
PAUL R. HAGE                      405.00    5.30          2146.50
                     TOTALS                 5.30          2146.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec  4, 2020      PAGE   5
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894



     Official Committee of Unsecured Creditors of Barfly Ventures
     ASSET DISPOSITION



  DATE    ATTY   SERVICE DESCRIPTION                            HOURS

11/12/20  PRH  REVIEW NOTICE OF AMENDED SALE ORDER.              .10      40.50

11/16/20  PRH  REVIEW FINANCING DOCUMENT AND RELATED             .20      81.00
               CORRESPONDENCE.



     TOTAL HOURS         0.30      FOR SERVICES RENDERED    $        121.50
                                                                 ----------
                                   MATTER TOTAL             $        121.50



*------------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE    HOURS           FEES
PAUL R. HAGE                      405.00     .30         121.50
                       TOTALS                .30         121.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec  4, 2020    PAGE    6
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894
```

Official Committee of Unsecured Creditors of Barfly Ventures
  CASE ADMINISTRATION
**OPEN FOR TIME ONLY**

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 11/02/20 | PRH | REVIEW CONVERSION/SUBSTANTIVE CONSOLIDATION MOTION (.7) AND RELATED CORRESPONDENCE WITH COMMITTEE PROFESSIONALS (.2). | .90 | 364.50 |
| 11/03/20 | PRH | CORRESPONDENCE RE CONVERSION ISSUES WITH ESTATE PROFESSIONALS (.3). PHONE CALL AND CORRESPONDENCE WITH M. BRANDESS RE CONVERSION, SELECTION OF TRUSTEE (.5). PHONE CALL WITH M. STEVENSON RE SAME (.4). REVIEW DRAFT DECLARATION RE APPOINTMENT OF TRUSTEE (.2). VARIOUS CORRESPONDENCE REGARDING SCHEDULING OF A CALL TO INTERVIEW TRUSTEES (.7). | 2.10 | 850.50 |
| 11/04/20 | PRH | ATTEND INTERVIEW CALLS WITH PROSPECTIVE TRUSTEES (1.8). FOLLOW UP CALL WITH M. BRANDESS AND J. TORF (.4). REVIEW REVISED DRAFT OF MOTION TO CONVERT CASE AND DISCUSS ISSUES WITH M. BRANDESS (.9). REVISE DRAFT E-MAIL TO COMMITTEE (.2). REVIEW DRAFT OF CORRESPONDENCE TO J. LUCAS (.1). | 3.40 | 1377.00 |
| 11/05/20 | PRH | REVIEW REVISED CONVERSION MOTION (.1). RELATED CORRESPONDENCE WITH ESTATE PROFESSIONALS (.2). DISCUSS CONVERSION SUPPLEMENT WITH M. BRANDESS (.2). | .50 | 202.50 |
| 11/06/20 | PRH | REVIEW AND REVISE DRAFT OF SUPPLEMENT TO CONVERSION MOTION (2.7). DISCUSS STRATEGY WITH M. BRANDESS (.2). PHONE CALL AND CORRESPONDENCE WITH COUNSEL FOR FSB RE TRUSTEE ELECTION (.4). | 3.30 | 1336.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec  4, 2020      PAGE   7
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/20 | PRH | CORRESPONDENCE RE TRUSTEE APPOINTMENT MOTION. | .10 | 40.50 |
| 11/12/20 | PRH | REVIEW REVISED DRAFT OF CONVERSION/SUBCON MOTION (.4). DISCUSS SAME WITH M. BRANDESS (.2). RELATED CORRESPONDENCE (.5). PHONE CALL WITH M. MAGGIO AND M. BRANDESS RE TRUSTEE ISSUES (.8). REVIEW SUPPLEMENT AND FOLLOW UP CORRESPONDENCE WITH M. MAGGIO (.6). | 2.50 | 1012.50 |
| 11/13/20 | PRH | CORRESPONDENCE RE CONVERSION ISSUES (.2). REVIEW NOTICE OF HEARING AND RELATED CORRESPONDENCE (.1). | .30 | 121.50 |
| 11/16/20 | PRH | CORRESPONDENCE RE IMPACT OF STATE SHUTDOWN (.1). CORRESPONDENCE WITH M. BRANDESS RE TRUSTEE ISSUE (.1). | .20 | 81.00 |
| 11/17/20 | PRH | PHONE CALLS WITH M. BRANDESS AND M. MAGGIO RE UST APPOINTMENT ISSUE (.6). PHONE CALL WITH M. BRANDESS RE REMAINING ISSUES IN CASE (.3). REVIEW DRAFT LETTER TO UST (.2). | 1.10 | 445.50 |
| 11/18/20 | PRH | ATTEND TO LETTER TO U.S. TRUSTEE (1.6). CALLS AND CORRESPONDENCE WITH M. BRANDESS RE VARIOUS OPEN ISSUES IN CASE (1.0). | 2.60 | 1053.00 |
| 11/19/20 | PRH | CORRESPONDENCE WITH M. BRANDESS, J. TORF, J. LUCAS AND M. STEVENSON RE TRUSTEE APPOINTMENT. | .50 | 202.50 |
| 11/20/20 | PRH | CORRESPONDENCE REGARDING INTERIM TRUSTEE APPOINTMENT. | .20 | 81.00 |
| 11/30/20 | PRH | CORRESPONDENCE WITH J. TORF AND M. MAGGIO RE TRUSTEE APPOINTMENT ISSUE. | .60 | 243.00 |

```
    TOTAL HOURS         18.30       FOR SERVICES RENDERED    $       7411.50
                                                                   ----------
                                       MATTER TOTAL          $       7411.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec  4, 2020      PAGE   8
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894


*------------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*     RATE    HOURS              FEES
PAUL R. HAGE                       405.00   18.30            7411.50
                       TOTALS               18.30            7411.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN    Dec  4, 2020    PAGE    9
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894
```

Official Committee of Unsecured Creditors of Barfly Ventures
CLAIMS
\*\*OPEN FOR TIME ONLY\*\*

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 11/17/20 | PRH | REVIEW UNTIMELY SELLERS PROOF OF CLAIM (.2). RELATED CORRESPONDENCE WITH M. BRANDESS AND J. TORF (.2). | .40 | 162.00 |
| 11/21/20 | PRH | REVIEW AND REVISE OBJECTION TO SELLERS PROOF OF CLAIM. | 1.60 | 648.00 |
| 11/23/20 | PRH | DISCUSS SELLERS CLAIM OBJECTION STRATEGY WITH M. BRANDESS. REVIEW CORRESPONDENCE FROM J. PIGGINS RE M. SELLERS. | .30 | 121.50 |
| 11/25/20 | PRH | REVIEW AMENDED PROOF OF CLAIM FILED BY M. SELLERS (.2). PHONE CALL WITH J. TORF AND M. BRANDESS RE OBJECTION STRATEGY (.5). | .70 | 283.50 |
| 11/30/20 | PRH | REVIEW MICHIGAN DEPARTMENT OF TREASURY PRIORITY CLAIM. RELATED CORRESPONDENCE WITH M. BRANDESS. | .10 | 40.50 |

```
    TOTAL HOURS          3.10        FOR SERVICES RENDERED    $        1255.50
                                                                    ----------
                                      MATTER TOTAL             $        1255.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Dec  4, 2020      PAGE  10
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894


*--------------------------------TIME AND FEE SUMMARY----------------------*
*-----------TIMEKEEPER----------*     RATE    HOURS            FEES
PAUL R. HAGE                         405.00    3.10          1255.50
                        TOTALS                 3.10          1255.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec  4, 2020      PAGE   11
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894



    Official Committee of Unsecured Creditors of Barfly Ventures
    COMMITTEE COMMUNICATIONS
**OPEN FOR TIME ONLY**


   DATE    ATTY    SERVICE DESCRIPTION                              HOURS

 11/04/20  PRH  CORRESPONDENCE WITH COMMITTEE MEMBERS REGARDING     .10      40.50
                CONVERSION ISSUES.



      TOTAL HOURS           0.10         FOR SERVICES RENDERED    $         40.50

                                                                       -----------

                                         MATTER TOTAL             $         40.50




*------------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE     HOURS              FEES
PAUL R. HAGE                      405.00      .10             40.50
                        TOTALS                .10             40.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec  4, 2020      PAGE  12
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894


     Official Committee of Unsecured Creditors of Barfly Ventures
     DISBURSEMENTS
**OPEN FOR COST ONLY**


                  *************** DISBURSEMENTS ****************

11/10/20 COPY EXPENSE # 2                                            3.00
11/25/20 COPY EXPENSE # 2                                            1.50


                       TOTAL DISBURSEMENTS......$             4.50
                                                         -----------

                       MATTER TOTAL             $             4.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec  4, 2020      PAGE  13
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894


    Official Committee of Unsecured Creditors of Barfly Ventures
      EXECUTORY CONTRACTS
**OPEN FOR TIME ONLY**


  DATE    ATTY    SERVICE DESCRIPTION                        HOURS

11/30/20  PRH  REVIEW ORDER REJECTING CONTRACTS.              .10      40.50



    TOTAL HOURS          0.10      FOR SERVICES RENDERED    $       40.50

                                                                 -----------

                                   MATTER TOTAL             $       40.50



*--------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*   RATE    HOURS            FEES
PAUL R. HAGE                     405.00     .10           40.50
                        TOTALS              .10           40.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec  4, 2020      PAGE   14
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894
```

Official Committee of Unsecured Creditors of Barfly Ventures
   FEE APPLICATIONS / OBJECTIONS
\*\*OPEN FOR TIME ONLY\*\*

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|---|---|---|---|---|
| 11/02/20 | PRH | CORRESPONDENCE RE COMMITTEE FEE STATEMENTS, APPLICATIONS. | .30 | 121.50 |
| 11/07/20 | PRH | ATTENTION TO PREPARATION OF MONTHLY FEE STATEMENTS. | .50 | 202.50 |
| 11/10/20 | PRH | ATTENTION TO MONTHLY FEE STATEMENTS FOR COMMITTEE PROFESSIONALS (.7). RELATED CORRESPONDENCE WITH COMMITTEE AND PROFESSIONALS (.2). | .90 | 364.50 |
| 11/12/20 | PRH | FINALIZE, FILE AND SERVE MONTHLY FEE STATEMENTS. | .50 | 202.50 |
| 11/13/20 | PRH | REVIEW ORDER RE MASTODON FEES. | .10 | 40.50 |
| 11/23/20 | PRH | REVIEW DEBTOR PROFESSIONAL INTERIM FEE STATEMENTS. | .10 | 40.50 |
| 11/24/20 | PRH | ATTEND TO COMMITTEE PROFESSIONAL FEE APPLICATIONS. | 2.80 | 1134.00 |
| 11/25/20 | PRH | ATTEND TO COMMITTEE PROFESSIONAL FEE APPLICATIONS. | 6.90 | 2794.50 |
| 11/30/20 | PRH | ATTEND TO AMHERST FEE APPLICATION (1.0). CORRESPONDENCE AND CALL WITH M. BRANDESS REGARDING SAME (.4). PREPARE E-MAIL TO COMMITTEE PROFESSIONALS SEEKING APPROVAL OF FEE APPLICATIONS (.3). | 1.70 | 688.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Dec  4, 2020      PAGE  15
CLIENT NUMBER: UCCBAR
INVOICE NO.: 469894

     TOTAL HOURS        13.80     FOR SERVICES RENDERED      $      5589.00

                                                                 ----------

                                  MATTER TOTAL                $      5589.00


*--------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*   RATE    HOURS            FEES
PAUL R. HAGE                     405.00   13.80          5589.00
                        TOTALS            13.80          5589.00
```