IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>BARFLY VENTURES, LLC., *et al.*[1],<br><br><br>Debtors. | Chapter 11<br><br>Case No. 20-01947<br>Hon. James W. Boyd<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020 I filed (i) the *Monthly Fee Statement of Sugar Felsenthal Grais & Helsinger, LLP for Compensation for Services Rendered & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for November 2020,* and (ii) the *Monthly Fee Statement of Jaffe Raitt Heuer & Weiss, P.C. for Compensation for Services Rendered & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for November 2020* (collectively, the "Monthly Fee Statements") with the Clerk of the Court for the United States Bankruptcy Court for the Western District of Michigan using the

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

CM/ECF System, which sent notification of such filing to all attorneys and parties of record registered electronically.

I further certify that I served the Monthly Fee Statements by electronic mail, on December 11, 2020, on: (i) BarFly Ventures, LLC, c/o Mark A. Sellers, III, mark@barflyventures.com; (ii) Pachulski Stang Ziehl & Jones LLP (Attn. John Lucas), jlucas@pszjlaw.com; (iii) Warner Norcross + Judd LLP (Attn. Elisabeth M. Von Eitzen), evoneitzen@wnj.com; (iv) the United States Trustee (Attn. Michael Maggio), michael.v.maggio@usdoj.gov; (v) Rayman & Knight (Attn: Steve Rayman), slr@raymanknight.com; and (vi) Paul Hastings LLP (Attn: Nathan S. Gimpel), nathangimpel@paulhastings.com.

|  |  |
|---|---|
| | Respectfully submitted by, |
| Dated: December 11, 2020 | **JAFFE RAIT HEUER & WEISS, P.C.** |
| | By:     /s/ Paul R. Hage<br>Paul R. Hage (P70460)<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>(248) 351-3000<br>phage@jaffelaw.com |
| | -and- |
| | **SUGAR FELSENTHAL GRAIS & HELSINGER, LLP** |
| | Michael A. Brandess<br>30 N. LaSalle Street, Suite 3000<br>Chicago, IL 60602<br>(312) 704-9400<br>mbrandess@sfgh.com |
| | *Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC* |

2