**UNITED STATES BANKRUPTCY COURT**
**<u>FOR THE WESTERN DISTRICT OF MICHIGAN</u>**

| | |
|---|---|
| In re: | Chapter 11 |
| Barfly Ventures, LLC, et al.[1] | CASE NO: 20-01947 |
| | HON. James W. Boyd |
| Debtor. _____/ | *Jointly Administered* |

**SUMMARY OF SIXTH MONTHLY FEE STATEMENT OF ROCK CREEK ADVISORS, LLC FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR DEBTOR FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | Rock Creek Advisors, LLC |
| Authorized to Provide Professional Services to: | The above captioned Debtor |
| Date of Order Approving Retention: | July 22, 2020 |
| Effective Date of Retention: | June 3, 2020 |
| Period for which compensation and reimbursement are sought: | November 1, 2020 through November 30, 2020 |
| Total Amount of Compensation sought as actual, reasonable and necessary: | $ 45,117.50<br>80%:    $ 36,094.00<br>20%:    $ 9,023.50 |
| Amount of Reimbursement sought: | $0.00 |

This is a(n): **X** Monthly ___Interim ___Final Application

Rock Creek Advisors, LLC

/s/ Brian Ayers

---

[1] - The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCatConcessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCatLouisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

**Rock Creek Advisors LLC**

555 Fifth Avenue, 14th Floor
New York, NY  10017 US
jgansman@rockcreekFA.com
rockcreekfa.com



# INVOICE

| **BILL TO** | **SHIP TO** | | **INVOICE #** | 1275 |
|---|---|---|---|---|
| Barfly Ventures, LLC | Barfly Ventures, LLC | | **DATE** | 12/09/2020 |
| 35 Oakes St SW Ste 400 | 35 Oakes St SW Ste 400 | | **DUE DATE** | 12/09/2020 |
| Grand Rapids, MI  49503 | Grand Rapids, MI  49503 | | **TERMS** | Due on receipt |
| United States | United States | | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Financial Advisory Services | Paul Neitzel | 57.80 | 525.00 | 30,345.00 |
| Financial Advisory Services | Chris Peirce | 20.70 | 375.00 | 7,762.50 |
| Financial Advisory Services | Brian Ayers | 5.20 | 475.00 | 2,470.00 |
| Financial Advisory Services | Lindsey Neitzel | 11.80 | 300.00 | 3,540.00 |
| Financial Advisory Services | Tim Peach | 0.90 | 600.00 | 540.00 |
| Financial Advisory Services | Jim Gansman | 0.80 | 575.00 | 460.00 |

BALANCE DUE  **$45,117.50**

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-01947-jwb**

**Project Category Summary**

|  | Hours | Amount |
|---|---:|---:|
| Bankruptcy Reporting | 28.9 | $ 13,842.50 |
| Business Operations | 53.6 | $ 26,232.50 |
| Creditors/Creditor Committee Communication | 1.7 | $ 912.50 |
| Fee Application | 12.8 | $ 4,015.00 |
| Sale Process | 0.2 | $ 115.00 |
| **Total** | **97.2** | **$ 45,117.50** |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category by Person**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| Brian Ayers | 3.8 | $ 475.00 | $ 1,805.00 |
| Paul Neitzel | 17.5 | $ 525.00 | $ 9,187.50 |
| Chris Peirce | 7.6 | $ 375.00 | $ 2,850.00 |
| Sub-Total | 28.9 | $ 478.98 | $ 13,842.50 |
| | | | |
| **Business Operations** | | | |
| Brian Ayers | 0.4 | $ 475.00 | $ 190.00 |
| Jim Gansman | 0.2 | $ 575.00 | $ 115.00 |
| Tim Peach | 0.9 | $ 600.00 | $ 540.00 |
| Paul Neitzel | 39.0 | $ 525.00 | $ 20,475.00 |
| Chris Peirce | 13.1 | $ 375.00 | $ 4,912.50 |
| Sub-Total | 53.6 | $ 489.41 | $ 26,232.50 |
| | | | |
| **Creditors/Creditor Committee Communication** | | | |
| Brian Ayers | 0.0 | $ 475.00 | $ - |
| Jim Gansman | 0.4 | $ 575.00 | $ 230.00 |
| Paul Neitzel | 1.3 | $ 525.00 | $ 682.50 |
| Chris Peirce | 0.0 | $ 375.00 | $ - |
| Sub-Total | 1.7 | $ 536.76 | $ 912.50 |
| | | | |
| **Fee Application** | | | |
| Brian Ayers | 1.0 | $ 475.00 | $ 475.00 |
| Lindsey Neitzel | 11.8 | $ 300.00 | $ 3,540.00 |
| Chris Peirce | 0.0 | $ 375.00 | $ - |
| Sub-Total | 12.8 | $ 313.67 | $ 4,015.00 |
| | | | |
| **Sale Process** | | | |
| Brian Ayers | 0.0 | $ 475.00 | $ - |
| Jim Gansman | 0.2 | $ 575.00 | $ 115.00 |
| Chris Peirce | 0.0 | $ 375.00 | $ - |
| Sub-Total | 0.2 | $ 575.00 | $ 115.00 |
| | | | |
| Total | 97.2 | | $ 45,117.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 11/2/2020 | Paul Neitzel | Business Operations | Discussion of rent due East Lansing landlord | 0.6 | $ 525.00 | $ 315.00 |
| 11/2/2020 | Paul Neitzel | Business Operations | Call with chris, buyer and company to review cash transactions | 0.5 | $ 525.00 | $ 262.50 |
| 11/2/2020 | Chris Peirce | Business Operations | Update bank activity | 0.8 | $ 375.00 | $ 300.00 |
| 11/2/2020 | Chris Peirce | Business Operations | Call with Denise Willison, Matt Killebrew, Kyle Okita, and Paul Neitzel to discuss payments | 0.5 | $ 375.00 | $ 187.50 |
| 11/2/2020 | Paul Neitzel | Business Operations | Review rent payment s for landlords to ensure landlords are current | 0.3 | $ 525.00 | $ 157.50 |
| 11/2/2020 | Paul Neitzel | Business Operations | Review and summarize September professional payments | 0.7 | $ 525.00 | $ 367.50 |
| 11/3/2020 | Paul Neitzel | Business Operations | Call with Chris and Buyers re: payment allocation between newco and oldco | 0.7 | $ 525.00 | $ 367.50 |
| 11/3/2020 | Chris Peirce | Business Operations | Update bank activity with prior day activity | 0.5 | $ 375.00 | $ 187.50 |
| 11/3/2020 | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel regarding newco/oldco bank act | 0.7 | $ 375.00 | $ 262.50 |
| 11/3/2020 | Tim Peach | Business Operations | Call with Mary Chico on transfer of 401(k) plan | 0.5 | $ 600.00 | $ 300.00 |
| 11/3/2020 | Paul Neitzel | Business Operations | Review cash transactions vs WDB | 0.9 | $ 525.00 | $ 472.50 |
| 11/4/2020 | Paul Neitzel | Business Operations | Call with B Ayers (Rock Creek) re: WDB | 0.2 | $ 525.00 | $ 105.00 |
| 11/4/2020 | Paul Neitzel | Business Operations | Email counsel, CEO & Chairman of Board re: BFV tax plan | 0.3 | $ 525.00 | $ 157.50 |
| 11/4/2020 | Paul Neitzel | Business Operations | Review payments from BFV account and AP detail | 0.5 | $ 525.00 | $ 262.50 |
| 11/4/2020 | Paul Neitzel | Business Operations | Follow-up email with FSB re: PPP forgiveness portal | 0.1 | $ 525.00 | $ 52.50 |
| 11/4/2020 | Chris Peirce | Business Operations | Update bank activity file with prior day's banking transactions from oldco | 0.5 | $ 375.00 | $ 187.50 |
| 11/4/2020 | Paul Neitzel | Business Operations | Discussion with BFV AP re: future cash payments and review of payment schedules | 1.2 | $ 525.00 | $ 630.00 |
| 11/4/2020 | Brian Ayers | Business Operations | Review and call with P Neitzel re winddown budget | 0.4 | $ 475.00 | $ 190.00 |
| 11/5/2020 | Paul Neitzel | Business Operations | Summarize and submit September professional fees for payment. | 1.3 | $ 525.00 | $ 682.50 |
| 11/5/2020 | Chris Peirce | Business Operations | Update and review oldco bank activity | 0.5 | $ 375.00 | $ 187.50 |
| 11/5/2020 | Paul Neitzel | Business Operations | Download and categorize bank transactions | 1.4 | $ 525.00 | $ 735.00 |
| 11/6/2020 | Paul Neitzel | Business Operations | Phone call with Denise (AP) re: oldco payments. | 0.3 | $ 525.00 | $ 157.50 |
| 11/6/2020 | Paul Neitzel | Business Operations | Summarize Sept professional fees for payment | 0.2 | $ 525.00 | $ 105.00 |
| 11/6/2020 | Paul Neitzel | Business Operations | review weekly payments for oldco and approve | 0.5 | $ 525.00 | $ 262.50 |
| 11/6/2020 | Chris Peirce | Business Operations | Update and review bank activity for oldco/newco banking analysis | 0.5 | $ 375.00 | $ 187.50 |
| 11/6/2020 | Paul Neitzel | Business Operations | Update wind-down budget | 0.9 | $ 525.00 | $ 472.50 |
| 11/9/2020 | Paul Neitzel | Business Operations | Review cash activity with buyer and company | 0.3 | $ 525.00 | $ 157.50 |
| 11/9/2020 | Paul Neitzel | Business Operations | Review bank account activity | 0.4 | $ 525.00 | $ 210.00 |
| 11/9/2020 | Paul Neitzel | Business Operations | Closing oldco tcf account not being used | 0.3 | $ 525.00 | $ 157.50 |
| 11/9/2020 | Chris Peirce | Business Operations | Update oldco bank activity in bank analysis file | 0.5 | $ 375.00 | $ 187.50 |
| 11/9/2020 | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to discuss payment issues | 0.3 | $ 375.00 | $ 112.50 |
| 11/9/2020 | Paul Neitzel | Business Operations | Call with tax preparers | 0.2 | $ 525.00 | $ 105.00 |
| 11/10/2020 | Paul Neitzel | Business Operations | PACA & Admin claim summary for WNJ | 0.3 | $ 525.00 | $ 157.50 |
| 11/10/2020 | Chris Peirce | Business Operations | Update bank activity for oldco accounts | 0.5 | $ 375.00 | $ 187.50 |
| 11/10/2020 | Chris Peirce | Business Operations | Email to Denise Willison to request check disbursements for outstanding check update | 0.1 | $ 375.00 | $ 37.50 |
| 11/10/2020 | Paul Neitzel | Business Operations | Obtaining mailing address for UST | 0.2 | $ 525.00 | $ 105.00 |
| 11/10/2020 | Paul Neitzel | Business Operations | Review bank transactions and discuss payment processing with BFV AP | 1.3 | $ 525.00 | $ 682.50 |
| 11/11/2020 | Paul Neitzel | Business Operations | Review PACA claims | 0.3 | $ 525.00 | $ 157.50 |
| 11/11/2020 | Paul Neitzel | Business Operations | email Liz @ WNJ re: PACA claims | 0.1 | $ 525.00 | $ 52.50 |
| 11/11/2020 | Paul Neitzel | Business Operations | Review weekly disbursements, WDB & schedule 2.3b | 0.7 | $ 525.00 | $ 367.50 |
| 11/11/2020 | Paul Neitzel | Business Operations | emails and phone calls with BFV AP with questions on disbursements | 0.4 | $ 525.00 | $ 210.00 |
| 11/11/2020 | Paul Neitzel | Business Operations | Review Motion to Consolidate & Convert with milestones | 0.7 | $ 525.00 | $ 367.50 |
| 11/12/2020 | Paul Neitzel | Business Operations | Emails with BFV (Shawn & Denise) re: status of bank accounts | 0.3 | $ 525.00 | $ 157.50 |
| 11/12/2020 | Paul Neitzel | Business Operations | Insurance review and recommendation of cancelations | 0.4 | $ 525.00 | $ 210.00 |
| 11/12/2020 | Paul Neitzel | Business Operations | Review payments that PBF think BFV should pay and respond to BFV AP | 0.6 | $ 525.00 | $ 315.00 |
| 11/12/2020 | Paul Neitzel | Business Operations | Follow-up call with BFV re: weekly payments and shutoff of old location utilities | 0.2 | $ 525.00 | $ 105.00 |
| 11/12/2020 | Paul Neitzel | Business Operations | Review PPP forgiveness instructions and contact FSB | 0.7 | $ 525.00 | $ 367.50 |
| 11/13/2020 | Paul Neitzel | Business Operations | Call with Denise (BFV AP) re: Mastodon wire | 0.1 | $ 525.00 | $ 52.50 |
| 11/13/2020 | Chris Peirce | Business Operations | Banking/payment call with Denise Willison and Matt Killebrew | 0.2 | $ 375.00 | $ 75.00 |
| 11/13/2020 | Paul Neitzel | Business Operations | Review Mastodon Final Fee application, payment history and wind-down budget | 0.8 | $ 525.00 | $ 420.00 |
| 11/13/2020 | Paul Neitzel | Business Operations | Emails with Robert Hersch re: payment | 0.2 | $ 525.00 | $ 105.00 |
| 11/13/2020 | Chris Peirce | Business Operations | Update oldco bank balances and activity | 0.5 | $ 375.00 | $ 187.50 |
| 11/13/2020 | Paul Neitzel | Business Operations | Summarize UCC October professional fees | 0.4 | $ 525.00 | $ 210.00 |
| 11/13/2020 | Paul Neitzel | Business Operations | Forecast future BFV AP payments | 0.7 | $ 525.00 | $ 367.50 |
| 11/15/2020 | Lindsey Neitzel | Fee Application | Fee App | 5.8 | $ 300.00 | $ 1,740.00 |
| 11/16/2020 | Lindsey Neitzel | Fee Application | Fee App | 5.0 | $ 300.00 | $ 1,500.00 |
| 11/16/2020 | Chris Peirce | Business Operations | Update oldco bank activity | 0.5 | $ 375.00 | $ 187.50 |
| 11/16/2020 | Paul Neitzel | Business Operations | Emails with Ned re: final taxes | 0.1 | $ 525.00 | $ 52.50 |
| 11/16/2020 | Paul Neitzel | Bankruptcy Reporting | Emails with Tim Brian Liz and Chris regarding October fee application | 0.2 | $ 525.00 | $ 105.00 |
| 11/16/2020 | Paul Neitzel | Business Operations | Call with Denise Matt and Chris regarding cash payments | 0.3 | $ 525.00 | $ 157.50 |
| 11/16/2020 | Paul Neitzel | Business Operations | All with WNJ re belt line rent and amendment. | 0.2 | $ 525.00 | $ 105.00 |
| 11/16/2020 | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to discuss open payments and L | 0.3 | $ 375.00 | $ 112.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 11/16/2020 | Chris Peirce | Business Operations | Email to company clarifying bank transfer/ACH transactions | 0.1 | $ 375.00 | $ 37.50 |
| 11/16/2020 | Chris Peirce | Business Operations | Update oldco bank activity with ACH detail | 0.2 | $ 375.00 | $ 75.00 |
| 11/16/2020 | Chris Peirce | Bankruptcy Reporting | Download bank statements and bank reconciliations for October MOR | 0.5 | $ 375.00 | $ 187.50 |
| 11/16/2020 | Paul Neitzel | Business Operations | Call with Tim (BFV) re: sales taxes | 0.2 | $ 525.00 | $ 105.00 |
| 11/16/2020 | Paul Neitzel | Bankruptcy Reporting | Review bank transactions and update wind-down budget | 0.7 | $ 525.00 | $ 367.50 |
| 11/16/2020 | Brian Ayers | Fee Application | Emails with WNJ and Paul re Oct monthly billing | 0.3 | $ 475.00 | $ 142.50 |
| 11/17/2020 | Lindsey Neitzel | Fee Application | Fee App | 1.0 | $ 300.00 | $ 300.00 |
| 11/17/2020 | Paul Neitzel | Business Operations | research sales tax forms needed for discountenance of business | 1.4 | $ 525.00 | $ 735.00 |
| 11/17/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Review and calculate remaining amount under UCC cap | 0.7 | $ 525.00 | $ 367.50 |
| 11/17/2020 | Chris Peirce | Business Operations | Update oldco bank activity | 0.5 | $ 375.00 | $ 187.50 |
| 11/17/2020 | Paul Neitzel | Bankruptcy Reporting | Download Sept bank reconciliations for MOR | 2.2 | $ 525.00 | $ 1,155.00 |
| 11/17/2020 | Brian Ayers | Fee Application | Prepare and review Oct monthly fee stmt | 0.7 | $ 475.00 | $ 332.50 |
| 11/18/2020 | Chris Peirce | Business Operations | Discuss sales tax and percentage rent payments with Denise Willison and Paul Neitzel | 0.2 | $ 375.00 | $ 75.00 |
| 11/18/2020 | Paul Neitzel | Business Operations | Call with Denise (AP) and Chris (RC) re: weekly payments | 0.2 | $ 525.00 | $ 105.00 |
| 11/18/2020 | Paul Neitzel | Business Operations | Email with buyer re: liquor licenses | 0.2 | $ 525.00 | $ 105.00 |
| 11/18/2020 | Paul Neitzel | Business Operations | emails with landlords/debtor re: rent | 0.3 | $ 525.00 | $ 157.50 |
| 11/18/2020 | Chris Peirce | Bankruptcy Reporting | Compile October bank statements and bank reconciliations for MOR | 2.0 | $ 375.00 | $ 750.00 |
| 11/18/2020 | Jim Gansman | Creditors/Creditor Committee Communication | Review of letter from CC re Chapter 7 Trustee and pursuit of claims against Mark Sellers | 0.4 | $ 575.00 | $ 230.00 |
| 11/18/2020 | Paul Neitzel | Bankruptcy Reporting | Review bank reconciliations for MOR | 1.7 | $ 525.00 | $ 892.50 |
| 11/19/2020 | Chris Peirce | Bankruptcy Reporting | Redact bank statements and reconciliations for MOR | 2.6 | $ 375.00 | $ 975.00 |
| 11/19/2020 | Paul Neitzel | Business Operations | Review and approve payments for the week | 1.2 | $ 525.00 | $ 630.00 |
| 11/19/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Review UCC letter re: chapter 7 trustee | 0.4 | $ 525.00 | $ 210.00 |
| 11/19/2020 | Jim Gansman | Business Operations | Review of emails re 401k plan transfer | 0.2 | $ 575.00 | $ 115.00 |
| 11/19/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Review proposed APA amendment re: 401k | 0.2 | $ 525.00 | $ 105.00 |
| 11/19/2020 | Chris Peirce | Business Operations | Update oldco bank transaction for reconciliation | 0.5 | $ 375.00 | $ 187.50 |
| 11/19/2020 | Tim Peach | Business Operations | Review of amendment to sale agreement to cover transfer of 401(k) plan | 0.4 | $ 600.00 | $ 240.00 |
| 11/19/2020 | Paul Neitzel | Bankruptcy Reporting | September MOR disbursement analysis | 4.1 | $ 525.00 | $ 2,152.50 |
| 11/20/2020 | Chris Peirce | Business Operations | Call with Denise Willison, Matt Killebrew, and Paul Neitzel regarding payments and oldco/n | 0.2 | $ 375.00 | $ 75.00 |
| 11/20/2020 | Chris Peirce | Business Operations | Call with Paul Neitzel to discuss oldco/newco bank activity reconciliation | 0.2 | $ 375.00 | $ 75.00 |
| 11/20/2020 | Chris Peirce | Business Operations | Update oldco bank activity including outstanding checks and EFT's for reconciliation | 1.0 | $ 375.00 | $ 375.00 |
| 11/20/2020 | Paul Neitzel | Business Operations | Call with Chris to discuss oldco/newco bank activity reconciliation | 0.2 | $ 525.00 | $ 105.00 |
| 11/20/2020 | Paul Neitzel | Business Operations | Call with Matt & Denise from PBF and Chris from RC | 0.2 | $ 525.00 | $ 105.00 |
| 11/20/2020 | Paul Neitzel | Bankruptcy Reporting | September Disbursement Reporting for MOR | 2.6 | $ 525.00 | $ 1,365.00 |
| 11/21/2020 | Chris Peirce | Business Operations | Update bank activity for recon | 0.5 | $ 375.00 | $ 187.50 |
| 11/21/2020 | Paul Neitzel | Bankruptcy Reporting | MOR Disbursements | 2.6 | $ 525.00 | $ 1,365.00 |
| 11/22/2020 | Chris Peirce | Bankruptcy Reporting | Complete compiling and redacting bank statements and reconciliations for Oct MOR | 0.6 | $ 375.00 | $ 225.00 |
| 11/22/2020 | Paul Neitzel | Bankruptcy Reporting | Work on MOR disbursement file | 0.4 | $ 525.00 | $ 210.00 |
| 11/22/2020 | Paul Neitzel | Business Operations | Email Ned (CEO) re: tax basis for shareholders | 0.1 | $ 525.00 | $ 52.50 |
| 11/22/2020 | Paul Neitzel | Business Operations | September MOR disbursements | 2.7 | $ 525.00 | $ 1,417.50 |
| 11/23/2020 | Paul Neitzel | Bankruptcy Reporting | MOR Disbursement Reporting | 1.4 | $ 525.00 | $ 735.00 |
| 11/23/2020 | Paul Neitzel | Business Operations | documenting cure payments vs budget from check registers | 1.7 | $ 525.00 | $ 892.50 |
| 11/23/2020 | Paul Neitzel | Business Operations | September disbursement reconciliations | 3.2 | $ 525.00 | $ 1,680.00 |
| 11/23/2020 | Paul Neitzel | Business Operations | Review Ecolab cure payments compared to APA and rejection motion | 1.1 | $ 525.00 | $ 577.50 |
| 11/23/2020 | Paul Neitzel | Business Operations | Review and email buyer re: use of oldco liquor licenses | 0.2 | $ 525.00 | $ 105.00 |
| 11/23/2020 | Jim Gansman | Sale Process | Emails regarding 401k transfer | 0.2 | $ 575.00 | $ 115.00 |
| 11/24/2020 | Paul Neitzel | Business Operations | Call with BFV AP, email and review of vendor cure amounts | 0.7 | $ 525.00 | $ 367.50 |
| 11/24/2020 | Paul Neitzel | Business Operations | Review and approve ADP W2 invoice | 0.2 | $ 525.00 | $ 105.00 |
| 11/24/2020 | Brian Ayers | Bankruptcy Reporting | Review of Sept monthly financial stmts re supporting balance sheet information | 0.5 | $ 475.00 | $ 237.50 |
| 11/24/2020 | Brian Ayers | Bankruptcy Reporting | Prepare Sept MOR | 1.3 | $ 475.00 | $ 617.50 |
| 11/25/2020 | Paul Neitzel | Business Operations | Call with Chris re payments | 0.2 | $ 525.00 | $ 105.00 |
| 11/25/2020 | Paul Neitzel | Bankruptcy Reporting | Call with Brian and Chris re: Sept MOR review | 0.6 | $ 525.00 | $ 315.00 |
| 11/25/2020 | Chris Peirce | Business Operations | Call with Paul re payments | 0.2 | $ 375.00 | $ 75.00 |
| 11/25/2020 | Chris Peirce | Bankruptcy Reporting | Call with Paul Neitzel and Brian Ayers regarding Sept MOR | 0.6 | $ 375.00 | $ 225.00 |
| 11/25/2020 | Paul Neitzel | Bankruptcy Reporting | Review Sep MOR with Brian & Chris | 1.0 | $ 525.00 | $ 525.00 |
| 11/25/2020 | Chris Peirce | Bankruptcy Reporting | Call with Paul Neitzel and Brian Ayers to finalize Sept MOR | 1.0 | $ 375.00 | $ 375.00 |
| 11/25/2020 | Brian Ayers | Bankruptcy Reporting | Call with Chris and Paul re MOR | 0.6 | $ 475.00 | $ 285.00 |
| 11/25/2020 | Brian Ayers | Bankruptcy Reporting | Review Sep MOR with Paul & Chris | 1.0 | $ 475.00 | $ 475.00 |
| 11/27/2020 | Chris Peirce | Bankruptcy Reporting | Break redacted bank reconciliation and statement file into 3 parts for Oct MOR | 0.3 | $ 375.00 | $ 112.50 |
| 11/27/2020 | Chris Peirce | Business Operations | Update bank activity for oldco/newco reconciliation | 0.5 | $ 375.00 | $ 187.50 |
| 11/28/2020 | Paul Neitzel | Business Operations | Summarize October professional fees vs budget | 0.4 | $ 525.00 | $ 210.00 |
| 11/30/2020 | Chris Peirce | Business Operations | Update bank activity for 11/27 in oldco/newco reconciliation | 0.2 | $ 375.00 | $ 75.00 |
| 11/30/2020 | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to discuss oldco/newco reconcili | 0.4 | $ 375.00 | $ 150.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 11/30/2020 | Paul Neitzel | Business Operations | Call with BFV AP (Denise) and buyer CFO re: cash payments and true-up between the comp | 0.4 | $ 525.00 | $ 210.00 |
| 11/30/2020 | Chris Peirce | Business Operations | Reconcile oldco bank activity | 1.5 | $ 375.00 | $ 562.50 |
| 11/30/2020 | Paul Neitzel | Business Operations | Follow-up re: BFV Mercantile credit cards, payments and call with BFV AP | 0.5 | $ 525.00 | $ 262.50 |
| 11/30/2020 | Paul Neitzel | Business Operations | Start Form UIA 1772 and email to company | 1.3 | $ 525.00 | $ 682.50 |
| 11/30/2020 | Paul Neitzel | Business Operations | Review and reply to Detroit lease items outstanding | 0.4 | $ 525.00 | $ 210.00 |
| 11/30/2020 | Brian Ayers | Bankruptcy Reporting | Follow-up re Sept MOR | 0.4 | $ 475.00 | $ 190.00 |
| 11/30/2020 | Paul Neitzel | Business Operations | Review rent payment history | 0.6 | $ 525.00 | $ 315.00 |
| 11/30/2020 | Paul Neitzel | Business Operations | Call with WNJ re: return of Chicago legal retainer | 0.2 | $ 525.00 | $ 105.00 |
| 11/30/2020 | Paul Neitzel | Business Operations | Review cash activity file and bank account information | 0.4 | $ 525.00 | $ 210.00 |
| | | | Total | 97.2 | | $ 45,117.50 |