**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al*,[1]

               Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

**WARNER NORCROSS + JUDD MONTHLY FEE AND EXPENSE STATEMENT FOR NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020 FOR SERVICES RENDERED TO DEBTORS**

| | |
|---|---|
| Name of Applicant: | Warner Norcross + Judd LLP |
| Services Rendered To: | Debtors |
| Effective Date of Retention: | June 3, 2020 |
| Compensation Period: | November 1, 2020-November 30, 2020 |
| Amount of Compensation Requested: | $6,727.00<br>    80%: $5,381.60<br>    20%: $1,345.40 |
| Amount of Expenses Requested: | $3,528.40 |
| Total Interim Amount Requested: | $8,910.00 |

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

| | |
|---|---|
| Dated: December 14, 2020 | Respectfully submitted, |
| | WARNER NORCROSS + JUDD LLP |
| | /s/ Elisabeth M. Von Eitzen |
| | Rozanne M. Giunta (P29969) |
| | Elisabeth M. Von Eitzen (P70183) |
| | Stephen B. Grow (P39622) |
| | 1500 Warner Building |
| | 150 Ottawa Avenue, NW |
| | Grand Rapids, Michigan 49503 |
| | Telephone: (616) 752-2000 |
| | |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | John W. Lucas |
| | Jason Rosell |
| | Steven W. Golden |
| | 150 California Street, 15th Floor |
| | San Francisco, California 94111 |
| | Telephone: (415) 263-7000 |
| | |
| | *Counsel to the Debtors* |
| 21083517-1 | |

# FEE SUMMARY:

## Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Giunta, Rozanne | $455.00 | Parter | RIPG | 0.7 | $318.50 |
| Grow, Stephen | $595.00 | Partner | RIPG | 0.6 | $357.00 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 0.3 | $57.00 |
| Nolan, Robert | $540.00 | Partner | Real Estate | 0.4 | $216.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 12.7 | $5,778.50 |
| | | | TOTALS | 14.7 | $6,727.00 |

## Total by Phase Code

| Task Code | Task Description | Total Hours | Total Billed |
|---|---|---|---|
| BK11 | Asset Disposition | 0.7 | $318.50 |
| BK13 | Case Administration | 7.7 | $3,587.50 |
| BK14 | Claims Administration/Objections | 0.3 | $136.50 |
| BK16 | Fee/Employment Applications | 4.7 | $2,059.00 |
| BK25 | Assumption & Rejection of Leases/Contracts | 0.9 | $409.50 |
| BK32 | Real Estate | 0.4 | $216.00 |
| | TOTAL | 14.7 | $6,727.00 |

## TIME SUMMARY BY DATE

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| 11/1/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Neitzel regarding East Lansing rental payment |
| 11/2/2020 | Von Eitzen, Elisabeth M | $455.00 | 1 | $455.00 | BK13 | Case Administration | Review and revise motion to substantively consolidate and convert (0.9); correspondence with Mr. Rosell regarding BarFly Management consolidation (0.1) |
| 11/3/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Rock Creek regarding Mastodon fee application |
| 11/4/2020 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails regarding closing issues/trustee |
| 11/4/2020 | Grow, Stephen B. | $357.00 | 0.6 | $595.00 | BK13 | Case Administration | Review committee motion to consolidate (0.3); telephone conference with Ms. Von Eitzen regarding same (0.3) |
| 11/4/2020 | Von Eitzen, Elisabeth M | $273.00 | 0.6 | $455.00 | BK13 | Case Administration | Review committee's proposed changes to motion to substantively consolidate and convert case and correspondence with Messrs. Lucas and Rosell regarding same (0.5); correspondence with Messrs. Lidvall and Neitzel regarding remaining executory contracts (0.1) |
| 11/5/2020 | Giunta, Rozanne M | $136.50 | 0.3 | $455.00 | BK14 | Claims Administration/Objections | Review and forward claim spreadsheet |
| 11/5/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Brandess and Rosell regarding hearing on motion to substantively consolidate |
| 11/5/2020 | Von Eitzen, Elisabeth M | $364.00 | 0.8 | $455.00 | BK16 | Fee/Employment Applications | Begin spreadsheet for October fees for final fee application |
| 11/5/2020 | Von Eitzen, Elisabeth M | $182.00 | 0.4 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Messrs. Lidvall and Neitzel regarding executory contracts to reject or maintain (0.2); correspondence with Mr. Lidvall regarding effect of rejection (0.2) |
| 11/6/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Rosell regarding executory contracts to maintain |
| 11/10/2020 | Von Eitzen, Elisabeth M | $728.00 | 1.6 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Rosell regarding executory contracts and motion to consolidate (0.1); telephone conference with Mr. Rosell regarding same (0.1); telephone conference with Mr. Lidvall regarding same (0.2); draft exhibit regarding 503(b)(9) and PACA claims (0.5); correspondence with Ms. Neitzel regarding same (0.1) review and revise motion to consolidate (0.6) |
| 11/10/2020 | Nikodemski, Janet M. | $57.00 | | | | | |
| 11/11/2020 | Von Eitzen, Elisabeth M | $318.50 | | | | | |
| 11/12/2020 | Von Eitzen, Elisabeth M | $318.50 | | | | | |
| 11/12/2020 | Von Eitzen, Elisabeth M | $364.00 | | | | | |
| 11/12/2020 | Von Eitzen, Elisabeth M | $91.00 | | | | | |
| 11/13/2020 | Von Eitzen, Elisabeth M | $682.50 | | | | | |
| 11/13/2020 | Von Eitzen, Elisabeth M | $91.00 | | | | | |
| 11/16/2020 | Nolan, Robert J | $216.00 | | | | | |
| 11/16/2020 | Von Eitzen, Elisabeth M | $45.50 | | | | | |
| 11/23/2020 | Von Eitzen, Elisabeth M | $1,365.00 | | | | | |
| 11/24/2020 | Von Eitzen, Elisabeth M | $91.00 | | | | | |
| 11/30/2020 | Von Eitzen, Elisabeth M | $136.50 | | | | | |
| **TOTAL** | | **$6,727.00** | | | | | |

# TIME BY TIMEKEEPER

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| GIUNTA, ROZANNE | | | | | | | |
| 11/4/2020 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails regarding closing issues/trustee |
| 11/5/2020 | Giunta, Rozanne M | $136.50 | 0.3 | $455.00 | BK14 | Claims Administration/Objections | Review and forward claim spreadsheet |
| | TOTAL | $318.50 | 0.7 | | | | |
| GROW, STEPHEN | | | | | | | |
| 11/4/2020 | Grow, Stephen B. | $357.00 | 0.6 | $595.00 | BK13 | Case Administration | Review committee motion to consolidate (0.3); telephone conference with Ms. Von Eitzen regarding same (0.3) |
| | TOTAL | $357.00 | 0.6 | | | | |
| NIKODEMSKI, JANET | | | | | | | |
| 11/10/2020 | Nikodemski, Janet M. | $57.00 | 0.3 | $190.00 | BK16 | Fee/Employment Applications | Check docket for objections (0.1); prepare certification of no objects to final fee application of Mastodon (0.2) |
| | TOTAL | $57.00 | 0.3 | | | | |
| NOLAN, ROBERT | | | | | | | |
| 11/16/2020 | Nolan, Robert J | $216.00 | 0.4 | $540.00 | BK32 | Real Estate | Receipt and review of Beltline landlord's position regarding October rent; analysis of amendment; telephone conference with Mr. Neitzel regarding Beltline |
| | TOTAL | $216.00 | 0.4 | | | | |
| VON EITZEN, ELISABETH | | | | | | | |
| 11/1/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Neitzel regarding East Lansing rental payment |
| 11/2/2020 | Von Eitzen, Elisabeth M | $455.00 | 1 | $455.00 | BK13 | Case Administration | Review and revise motion to substantively consolidate and convert (0.9); correspondence with Mr. Rosell regarding BarFly Management consolidation (0.1) |
| 11/3/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Rock Creek regarding Mastodon fee application |
| 11/4/2020 | Von Eitzen, Elisabeth M | $273.00 | 0.6 | $455.00 | BK13 | Case Administration | Review committee's proposed changes to motion to substantively consolidate and convert case and correspondence with Messrs. Lucas and Rosell regarding same (0.5); correspondence with Messrs. Lidvall and Neitzel regarding remaining executory contracts (0.1) |
| 11/5/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Brandess and Rosell regarding hearing on motion to substantively consolidate |

| Date | Name | Amount | Hours | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 11/5/2020 | Von Eitzen, Elisabeth M | $364.00 | 0.8 | $455.00 | BK16 | Fee/Employment Applications | Begin spreadsheet for October fees for final fee application |
| 11/5/2020 | Von Eitzen, Elisabeth M | $182.00 | 0.4 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Messrs. Lidvall and Neitzel regarding executory contracts to reject or maintain (0.2); correspondence with Mr. Lidvall regarding effect of rejection (0.2) |
| 11/6/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Rosell regarding executory contracts to maintain |
| 11/10/2020 | Von Eitzen, Elisabeth M | $728.00 | 1.6 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Rosell regarding executory contracts and motion to consolidate (0.1); telephone conference with Mr. Rosell regarding same (0.1); telephone conference with Mr. Lidvall regarding same (0.2); draft exhibit regarding 503(b)(9) and PACA claims (0.5); correspondence with Ms. Neitzel regarding same (0.1) review and revise motion to consolidate (0.6) |
| 11/11/2020 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK13 | Case Administration | Continue drafting exhibit C to motion to consolidate (0.2); correspondence with Mr. Neitzel regarding PACA claims (0.2); revise proposed order to motion to consolidate (0.3) |
| 11/12/2020 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK11 | Asset Disposition | Draft notice of entry of sale order and prepare for filing |
| 11/12/2020 | Von Eitzen, Elisabeth M | $364.00 | 0.8 | $455.00 | BK13 | Case Administration | Revise motion to consolidate and proposed orders regarding same and prepare for filing (0.6); correspondence to Messrs. Hage and Brandess regarding motion to consolidate (0.1); correspondence with Mr. Brandess regarding committee's supplement to motion to consolidate (0.1) |
| 11/12/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Messrs. Lucas and Brandess regarding fee applications |
| 11/13/2020 | Von Eitzen, Elisabeth M | $682.50 | 1.5 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Brandess regarding committee supplement (0.1); review and revise matrix (including addition of counterparties to executory contracts and unexpired leases) and conferences regarding same (1.4) |
| 11/13/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lidvall regarding additional executory contracts |
| 11/16/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Messrs. Ayers and Neitzel regarding fee applications |
| 11/23/2020 | Von Eitzen, Elisabeth M | $1,365.00 | 3 | $455.00 | BK16 | Fee/Employment Applications | Draft October fee statement and supporting spreadsheet |
| 11/24/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Finalize October fee statement |

| Date | Timekeeper | Hours | Amount | Code | Case | Description |
|---|---|---|---|---|---|---|
| 11/30/2020 | Von Eitzen, Elisabeth M | 0.3 | $136.50 | BK13 | Case Administration | Correspondence regarding retainer held by Schiff Hardin and telephone conference with Mr. Neitzel regarding same |
| | TOTAL | 12.7 | $5,778.50 | | | |
| TOTAL OF ALL TIMEKEEPERS | | 14.7 | $6,727.00 | | | |

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| **ASSET DISPOSITION** | | | | | | | |
| 11/12/2020 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK11 | Asset Disposition | Draft notice of entry of sale order and prepare for filing |
| | TOTAL | **$318.50** | **0.7** | | | | |
| **CASE ADMINISTRATION** | | | | | | | |
| 11/2/2020 | Von Eitzen, Elisabeth M | $455.00 | 1 | $455.00 | BK13 | Case Administration | Review and revise motion to substantively consolidate and convert (0.9); correspondence with Mr. Rosell regarding BarFly Management consolidation (0.1) |
| 11/4/2020 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails regarding closing issues/trustee |
| 11/4/2020 | Grow, Stephen B. | $357.00 | 0.6 | $595.00 | BK13 | Case Administration | Review committee motion to consolidate (0.3); telephone conference with Ms. Von Eitzen regarding same (0.3) |
| 11/4/2020 | Von Eitzen, Elisabeth M | $273.00 | 0.6 | $455.00 | BK13 | Case Administration | Review committee's proposed changes to motion to substantively consolidate and convert case and correspondence with Messrs. Lucas and Rosell regarding same (0.5); correspondence with Messrs. Lidvall and Neitzel regarding remaining executory contracts (0.1) |
| 11/5/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Brandess and Rosell regarding hearing on motion to substantively consolidate |
| 11/10/2020 | Von Eitzen, Elisabeth M | $728.00 | 1.6 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Rosell regarding executory contracts and motion to consolidate (0.1); telephone conference with Mr. Rosell regarding same (0.1); telephone conference with Mr. Lidvall regarding same (0.2); draft exhibit regarding 503(b)(9) and PACA claims (0.5); correspondence with Ms. Neitzel regarding same (0.1) review and revise motion to consolidate (0.6) |
| 11/11/2020 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK13 | Case Administration | Continue drafting exhibit C to motion to consolidate (0.2); correspondence with Mr. Neitzel regarding PACA claims (0.2); revise proposed order to motion to consolidate (0.3) |
| 11/12/2020 | Von Eitzen, Elisabeth M | $364.00 | 0.8 | $455.00 | BK13 | Case Administration | Revise motion to consolidate and proposed orders regarding same and prepare for filing (0.6); correspondence to Messrs. Hage and Brandess regarding motion to consolidate (0.1); correspondence with Mr. Brandess regarding committee's supplement to motion to consolidate (0.1) |
| 11/13/2020 | Von Eitzen, Elisabeth M | $682.50 | 1.5 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Brandess regarding committee supplement (0.1); review and revise matrix (including addition of counterparties to executory contracts and unexpired leases) and conferences regarding same (1.4) |
| 11/30/2020 | Von Eitzen, Elisabeth M | $136.50 | 0.3 | $455.00 | BK13 | Case Administration | Correspondence regarding retainer held by Schiff Hardin and telephone conference with Mr. Neitzel regarding same |
| | TOTAL | **$3,587.50** | **7.7** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS ADMINISTRATION/OBJECTIONS** | | | | | |
| 11/5/2020 | Giunta, Rozanne M | $136.50 | 0.3 | $455.00 | BK14 | Claims Administration/Objections | Review and forward claim spreadsheet |
| **TOTAL** | | **$136.50** | **0.3** | | | |
| **FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 11/3/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Rock Creek regarding Mastodon fee application |
| 11/5/2020 | Von Eitzen, Elisabeth M | $364.00 | 0.8 | $455.00 | BK16 | Fee/Employment Applications | Begin spreadsheet for October fees for final fee application |
| 11/10/2020 | Nikodemski, Janet M. | $57.00 | 0.3 | $190.00 | BK16 | Fee/Employment Applications | Check docket for objections (0.1); prepare certification of no objects to final fee application of Mastodon (0.2) |
| 11/12/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Messrs. Lucas and Brandess regarding fee applications |
| 11/16/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Messrs. Ayers and Neitzel regarding fee applications |
| 11/23/2020 | Von Eitzen, Elisabeth M | $1,365.00 | 3 | $455.00 | BK16 | Fee/Employment Applications | Draft October fee statement and supporting spreadsheet |
| 11/24/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Finalize October fee statement |
| **TOTAL** | | **$2,059.00** | **4.7** | | | |
| **ASSUMPTION & REJECTION OF LEASES/CONTRACTS** | | | | | | |
| 11/1/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Neitzel regarding East Lansing rental payment |
| 11/5/2020 | Von Eitzen, Elisabeth M | $182.00 | 0.4 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Messrs. Lidvall and Neitzel regarding executory contracts to reject or maintain (0.2); correspondence with Mr. Lidvall regarding effect of rejection (0.2) |
| 11/6/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Rosell regarding executory contracts to maintain |
| 11/13/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lidvall regarding additional executory contracts |
| **TOTAL** | | **$409.50** | **0.9** | | | |

| REAL ESTATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/16/2020 | Nolan, Robert J | | $216.00 | 0.4 | $540.00 | BK32 | Real Estate | Receipt and review of Beltline landlord's position regarding October rent; analysis of amendment; telephone conference with Mr. Neitzel regarding Beltline |
| | TOTAL | | $216.00 | 0.4 | | | |
| TOTAL | | | $6,727.00 | 14.7 | | | |

## EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| November, 2020 | Photocopies | $1,812.00 |
| November, 2020 | Postage | $1,716.40 |
| | TOTAL | $3,528.40 |