UNITED STATES BANKRUPTCY COURT
For the Western District of Michigan

In re:

Barfly Ventures, LLC, et al.,                     Case Number: BG 20-01947
                                                  Chapter 11
       Debtors.                                   (Jointly Administered)

_____/

NOTICE TO PARTIES IN INTEREST OF HEARING

**Notice is hereby given that a hearing** will be held on **January 7, 2021 at 1:00 p.m.** to consider and act upon the following matter:

**Adjourned Hearing on Substantive Consolidation and
Status Conference Re: Conversion Milestones**

The hearings will be conducted by videoconferencing using the Zoom Cloud Meeting program/app. If you would like to appear, please go to https://www.miwb.uscourts.gov/covid-19-notices to review Judge Boyd's Special Accommodations Relating to COVID-19 Concerns notice, which will include the Zoom log in information.

If you want the court to consider your views on this matter, attend the hearing on the date stated above.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)

You or your attorney may wish to file a written response to the motion explaining your position. Any response shall be mailed to the Clerk of the United States Bankruptcy Court, One Division Ave., N., Grand Rapids, Michigan 49503, and should be received by the Clerk at least 7 (seven) days before the above hearing date. A copy of your responses should also be mailed upon the opposing party and his/her attorney.

If you or your attorney do not take these steps, the court may decide to grant the relief sought in the motion and may enter an order granting relief requested.

                                            MICHELLE M. WILSON
                                            CLERK OF BANKRUPTCY COURT
                                            /s/
December 18, 2020                         By:  J. Koerth, Deputy Clerk

A copy of this notice served by Court.

NOTICE IS HEREBY GIVEN THAT THE COURT MAY, in its discretion, orally continue or adjourn the above hearing on the record in open court.  If this occurs, parties in interest will not be given further written notice of the continued or adjourned hearing.  If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the clerk's office of the United States Bankruptcy Court located at One Division Avenue, N.W., 2nd Floor, Grand Rapids MI 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.pcs.uscourts.gov.