UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

BARFLY VENTURES,

        Debtor.

_____/

Case No.: 20-0194-JWB

Chapter 11

Honorable James W. Boyd

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES**

     PLEASE ENTER THE APPEARANCE of DANA NESSEL, Attorney General, and Michael R. Bell, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P9010(b) and does not constitute a general appearance.

     Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                                        DANA NESSEL
                                                        Attorney General

                                                        */s/ Michael R. Bell*
                                                        Michael R. Bell (P47890)
                                                        Assistant Attorney General
                                                        P.O. Box 30754
                                                        Lansing, MI 48909
                                                        (517) 335-7584
                                                        BellM1@michigan.gov

Dated:  December 21, 2020