UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

Jointly Administered

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020 I filed the *Official Committee of Unsecured Creditors' Objection to Claim No. 108 Filed by Mark Sellers III* (the "Objection") with the Clerk of the Court for the United States Bankruptcy Court for the Western District of Michigan using the CM/ECF System, which sent notification of such filing to all attorneys and parties of record registered electronically.

I further certify that I served the Objection by electronic mail, on December 22, 2020, on: (i) Mark A. Sellers, III at: mark@barflyventures.com; and (ii) Rachel L. Hillegonds at: hillegondsr@millerjohnson.com.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

Finally, I certify that I served a copy of the Objection on December 22, 2020, via first class mail, on: Rachel L. Hillegonds, Miller Johnson, P.O. Box 306, Grand Rapids, MI 49501.

Respectfully submitted by,

| | |
|---|---|
| Dated: December 22, 2020 | **JAFFE RAIT HEUER & WEISS, P.C.** |

By:  /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
(312) 704-9400
mbrandess@sfgh.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC*