UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

**CERTIFICATION OF NO OBJECTION REGARDING FIRST APPLICATION
OF AMHERST CONSULTING, LLC FOR COMPENSATION &
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

I, Paul R. Hage, counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC (the "<u>Committee</u>"), do hereby certify that:

(i)   Amherst Consulting, LLC ("<u>Amherst</u>") filed the *First Application of Amherst Consulting, LLC for Compensation & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* [Doc. No. 411] (the "<u>Application</u>") with the Court on December 2, 2020;

(ii)  the *Notice of First Application of Amherst Consulting, LLC For Compensation & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* (the "<u>Notice</u>") was filed along with the Application on December 2, 2020 advising parties that any objections to the Application must be

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

5078248.v1

filed within twenty-one days after the date of the Notice and that, in the absence of an objection, the Court may enter an order granting the relief requested in the Application;

(iii) as evidenced by the *Certificate of Service* [Doc. No. 412], the Application and the Notice were served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Doc. No. 113] entered in these bankruptcy cases;

(iv) no objections to the Application were made or filed; and

(v) the deadline for filing an objection to the Application has expired.

**WHEREFORE,** Amherst respectfully requests that the Court grant the Application and enter an Order in the form attached hereto as **Exhibit 1.**

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Phone: (248) 351-3000
phage@jaffelaw.com

*Counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC*

Dated: December 24, 2020

**Exhibit 1**
**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[2]

               Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

### ORDER APPROVING FIRST APPLICATION OF AMHERST CONSULTING, LLC FOR COMPENSATION AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

This matter having come before the Court on the *First Application of Amherst Consulting, LLC for Compensation as Financial Advisor to the Official Committee of Unsecured Creditors* (the "Application")[3] wherein Amherst Consulting, LLC ("Amherst") sought allowance of an administrative expense for fees incurred as financial advisor to the Committee during the Application Period; notice of the Application being sufficient and consistent with Compensation Order; and no objections to the Application having been filed:

**IT IS HEREBY ORDERED:**

1. The Application is granted.

2. Amherst is granted an allowed administrative expense under section 503(b)(2) for professional fees incurred during the Application Period in the amount of $53,780.00.

---

[2] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

3.      The Debtors are authorized and directed to promptly pay to Amherst the outstanding balance of the fees allowed under this Order, in the amount of $10.756.00.

4.      This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**END OF ORDER**

*Order prepared and submitted by:*

JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (P70460)
27777 Franklin, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
phage@jaffelaw.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et. al.*

---

[3] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Application.

5078248.v1