# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.

_____/

Chapter 11

Case No. 20-01947-jwb

Hon. James W. Boyd

Jointly Administered

## ORDER APPROVING FIRST APPLICATION OF AMHERST CONSULTING, LLC FOR COMPENSATION AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

This matter having come before the Court on the *First Application of Amherst Consulting, LLC for Compensation as Financial Advisor to the Official Committee of Unsecured Creditors* (the "Application")[2] wherein Amherst Consulting, LLC ("Amherst") sought allowance of an administrative expense for fees incurred as financial advisor to the Committee during the Application Period; notice of the Application being sufficient and consistent with Compensation Order; and no objections to the Application having been filed:

**IT IS HEREBY ORDERED:**

1. The Application is granted pursuant to 11 U.S.C. § 331.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Application.

2. Amherst is granted interim compensation pursuant to 11 U.S.C. § 331 for professional fees incurred during the Application Period in the amount of $53,780.00.

3. The Debtors are authorized and directed to promptly pay to Amherst the outstanding balance of the fees allowed under this Order, in the amount of $10,756.00.

4. This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated December 30, 2020**



James W. Boyd
United States Bankruptcy Judge