UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: **BARFLY VENTURES, LLC, et al.,**[1]

Case No. 20-1947-jwb
Reporting Period: October 31, 2020

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | MOR 1 - Disbursements | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | MOR 1a | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | MOR 2a | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | MOR 4a | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                                              Date


_____          _____
Signature of Joint Debtor                                                       Date

*/s/ Ned Lidvall*                                                                       02/06/2021
_____          _____
Signature of Authorized Individual*                                    Date

Ned Lidvall                                                                                 CEO
_____          _____
Printed Name of Authorized Individual                              Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

1- The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCatConcessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9349), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCatLouisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

In re: **BARFLY VENTURES, LLC, et al.**  Case No. 20-1947-jwb
Debtor  Reporting Period: October 31, 2020

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | See MOR 1 - Disbursements | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | |
| **NET CASH FLOW** | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
|   LESS:  TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
|   PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ |

In re: BARFLY VENTURES, LLC, et al.
Debtor

Case No. 20-1947-jwb
Reporting Period: October 31, 2020

**MOR 1 - Disbursements**

| | Beginning Balance BS 9/27/2020 | In-transit (deposits/ x-fer/disb.) | Ending Bank Balance 9/30/2020 | Deposits | Disbursements | X-Fer Out | X-fer In | Chargebacks | Service Charges & Other | Ending Bank Balance 10/31/2020 | In-transit (deposits/ x-fer/disb.) | Ending Balance BS 10/27/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chemical 5015 | $ 9,849 | $ - | $ 9,849 | $ - | $ - | $ - | $ - | $ - | $ 28 | $ 9,821 | $ 0 | $ 9,821 |
| Chemical 7488 | $ 3,675,268 | $ 605 | $ 3,674,663 | $ 604 | $ - | $ 1,175,267 | $ - | $ - | $ - | $ 2,500,000 | $ - | $ 2,500,000 |
| Chemical 5554 | $ 338,900 | $ (36,651) | $ 375,551 | $ - | $ 2,091,153 | $ - | $ 1,800,267 | $ - | $ 36,651 | $ 48,014 | $ 872,701 | $ 920,715 |
| Main Mercantile 4777 | $ 356,974 | $ 92,454 | $ 264,520 | $ 11,213 | $ 989,144 | $ 1,029,245 | $ 2,079,054 | $ - | $ 17,055 | $ 319,343 | $ 83,052 | $ 402,395 |
| Mercantile 6311 | $ 113 | $ (235) | $ 348 | $ - | $ 235 | $ - | $ - | $ - | $ - | $ - | $ 113 | $ - | $ 113 |
| Mercantile 6926 | $ 30,014 | $ (9) | $ 30,023 | $ - | $ - | $ - | $ - | $ - | $ 8 | $ 30,015 | $ - | $ 30,015 |
| FSA-Mercantile 0888 | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,961 | $ - | $ - | $ 2,961 | $ - | $ 2,961 |
| GRBC-Mercantile 1069 | $ 1,469 | $ 1,469 | $ - | $ 95,573 | $ 11,331 | $ 87,769 | $ 3,712 | $ 102 | $ 83 | $ 0 | $ 15,897 | $ 15,897 |
| AA-Mercantile 3877 | $ 7,092 | $ 7,092 | $ - | $ 216,919 | $ 28,412 | $ 187,566 | $ - | $ 848 | $ 93 | $ 0 | $ 12,397 | $ 12,397 |
| GRbel-Mercantile 0488 | $ 10,796 | $ 10,796 | $ - | $ 259,351 | $ 30,705 | $ 234,648 | $ 6,180 | $ 179 | $ - | $ 0 | $ 33,520 | $ 33,520 |
| HCBR 3840 | $ 3,139 | $ 3,094 | $ 45 | $ 160,003 | $ 35,365 | $ 129,803 | $ 5,649 | $ 392 | $ 91 | $ 45 | $ 21,523 | $ 21,568 |
| HC Detroit 3859 | $ 11,502 | $ 11,502 | $ - | $ 234,457 | $ 30,034 | $ 204,159 | $ - | $ 170 | $ 94 | $ (0) | $ 9,980 | $ 9,980 |
| HC EL 8171 | $ 10,444 | $ 10,444 | $ - | $ 239,943 | $ 26,457 | $ 217,197 | $ 4,331 | $ 528 | $ 94 | $ (0) | $ 26,411 | $ 26,411 |
| HCGR 4123 | $ 9,750 | $ 9,750 | $ - | $ 238,007 | $ 33,041 | $ 213,639 | $ 8,854 | $ 86 | $ 94 | $ 0 | $ 22,743 | $ 22,743 |
| HCHOL 0451 | $ 3,937 | $ 3,937 | $ - | $ 148,055 | $ 19,496 | $ 129,883 | $ 1,471 | $ 58 | $ 89 | $ 0 | $ 12,419 | $ 12,419 |
| HCKC 9044 | $ 72 | $ 72 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 72 | $ 69 |
| HCKZ 9227 | $ 9,457 | $ 9,457 | $ - | $ 259,248 | $ 31,751 | $ 233,354 | $ 6,198 | $ 297 | $ 44 | $ 0 | $ 25,893 | $ 25,893 |
| HCLN 0830 | $ 9,207 | $ 9,207 | $ - | $ 171,716 | $ 26,029 | $ 145,545 | $ - | $ 49 | $ 93 | $ 0 | $ 23,884 | $ 23,884 |
| HCLV 8353 | $ (87) | $ (87) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 86 | $ (86) | $ - | $ (86) |
| HCLX 5216 | $ (45) | $ - | $ (45) | $ - | $ - | $ - | $ - | $ - | $ 1 | $ (46) | $ - | $ (46) |
| HCMD 8215 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,208) | $ (1,208) |
| HCMN 8664 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| HCRO 9062 | $ (15) | $ (15) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (15) | $ (15) |
| Stellas 4115 | $ 4,716 | $ 4,716 | $ - | $ 164,346 | $ 164,346 | $ - | $ - | $ - | $ - | $ (0) | $ 17,138 | $ 17,138 |
| Waldron4460 | $ 31,392 | $ - | $ 31,392 | $ - | $ - | $ - | $ - | $ - | $ 1 | $ 31,391 | $ - | $ 31,391 |
| HCCHIC6863 | $ 13 | $ 13 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13 | $ 13 |
| HCLIN8959 | $ 40,907 | $ 29,025 | $ 11,882 | $ 39,025 | $ - | $ - | $ 16,973 | $ - | $ 23 | $ 67,857 | $ (11,242) | $ 56,615 |
| BFV4153 | $ 84,520 | $ 35,543 | $ 48,977 | $ 10,000 | $ 130 | $ - | $ 28,575 | $ - | $ 18 | $ 87,404 | $ (83,953) | $ 3,451 |
| BFV9371 | $ 112,784 | $ 96,732 | $ 16,052 | $ - | $ - | $ 15,621 | $ - | $ - | $ - | $ 431 | $ 28,216 | $ 28,647 |
| BFV9828 | $ 8,255 | $ (27,674) | $ 35,929 | $ 39,848 | $ - | $ - | $ 39,471 | $ - | $ - | $ - | $ 115,248 | $ (110,431) | $ 4,817 |
| Cash on hand & misc. | $ 50,971 | $ 50,971 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 224,596 | $ 224,596 |
| | $ - | $ - | | | | | | | | | $ - | |
| Total | $ 4,821,394 | $ 322,208 | $ 4,499,186 | $ 2,288,309 | $ 3,517,629 | $ 4,003,697 | $ 4,003,697 | $ 2,708 | $ 54,647 | $ 3,212,510 | $ 1,223,606 | $ 4,436,114 |
| | $ - | $ - | | Prior Month Reversal | $ (36,651) | | | | $ - | | | (1.97) |
| | | | | Disbursements in transit | $ (872,701) | | | | | | | |
| Balance Sheet | $ 4,821,394 | | | Total Disbursements | $ 2,608,277 | | | | | | | $ 4,436,114 |
| Difference | $ - | | | | | | | | | | | $ - |

In re: **BARFLY VENTURES, LLC, et al.**　　　　　　　　　　　　　　　　　Case No. 20-1947-jwb
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　Reporting Period: October 31, 2020

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | See Attachment MOR 1a | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| **OTHER** | | | | | | | | |

In re:  **BARFLY VENTURES, LLC, et al.**                                                                                                    **Case No. 20-1947-jwb**
           **Debtor**                                                                                                                                    **Reporting Period: October 31, 2020**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Filing-To-Date Fees | Filing-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Rock Creek Advisors (Debtor FA) | August | $ 96,808 | Debtor | WIRE | | $ 77,446 | | $ 303,315 | $ - |
| Mastodon Ventures (Debtor IB) | N/A | N/A | Debtor | WIRE | | $ - | | $ 60,000 | $ - |
| Warner Norcross + Judd (Debtor - Local) | August | $ 24,061 | Debtor | WIRE | | $ 19,249 | $ 1,059 | $ 68,456 | $ 49,238 |
| Sugar Felsnethal Grais & Helsinger LLP (UCC) | August | $ 41,950 | Debtor | WIRE | | $ 33,560 | | $ 128,160 | $ 35 |
| Jaffee Raitt Heuer & Weiss (UCC) | August | $ 17,235 | Debtor | WIRE | | $ 13,788 | | $ 63,158 | $ 16 |
| Amherst Partners (UCC FA) | August | $ 5,485 | Debtor | WIRE | | $ 4,388 | | $ 26,936 | $ - |
| Pachulski Stang Ziehl & Jones LLP (Debtor Counsel) | July/August | $ 32,490 | Debtor | WIRE | | $ 31,823 | $ 356 | $ 31,823 | $ 356 |

In re: BARFLY VENTURES, LLC, et al.      Case No. 20-1947-jwb
       Debtor      Reporting Period: October 31, 2020

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Current Reporting Month | Cumulative Filing to Date |
|---|---:|---:|
| Gross Revenues | 2,153,344 | 8,445,922 |
| Less: Returns and Allowances | 70,929 | 266,160 |
| Net Revenue | 2,082,415 | 8,179,762 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 547,775 | 2,063,312 |
| | 1,534,640 | 6,116,450 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | 90,827 | 323,517 |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | 135,695 | 2,034,483 |
| Salaries/Commissions/Fees | 815,581 | 3,420,137 |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (See attached schedule) "Other" | 587,378 | 2,594,566 |
| Total Operating Expenses Before Depreciation | 1,629,481 | 8,372,703 |
| Depreciation/Depletion/Amortization | 448,582 | 2,249,155 |
| Net Profit (Loss) Before Other Income & Expenses | (543,423) | (4,505,408) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | (5,129) | (73,363) |
| Interest Expense | 242,657 | 1,458,539 |
| Other Expense (See attached schedule) "Other G&A" | 73,507 | 417,527 |
| Net Profit (Loss) Before Reorganization Items | (854,458) | (6,308,111) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| Impairment | 66,610 | 186,130 |
| U. S. Trustee Quarterly Fees | | 59,430 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | 181,670 | 731,161 |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | ($1,102,738) | (7,284,832) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: BARFLY VENTURES, LLC, et al.
Debtor

Case No. 20-1947-jwb
Reporting Period: October 31, 2020

MOR 2A

| | HopCat-GR Month To Date 10/25/2020 | | Fifty Amp Fuse, LLC dba Stella's Lounge Month To Date 10/25/2020 | | GRBC HOLDINGS Month To Date 10/25/2020 | | EL BREWPUB, LLC dba Hopcat East Lansing Month To Date 10/25/2020 | | Hopcat- Indianapolis Month To Date 10/25/2020 | | Hopcat-Detroit Month To Date 10/25/2020 | | Hopcat- Ann Arbor Month To Date 10/25/2020 | | Hopcat-Lincoln Month To Date 10/25/2020 | | Hopcat-Kalamazoo Month To Date 10/25/2020 | | Hopcat-GR Beltline Month To Date 10/25/2020 | | HopCat - Holland Month To Date 10/25/2020 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | % of Revenue | | % of Revenue | | % of Revenue | | % of Revenue | | % of Revenue | | % of Revenue | | % of Revenue | | % of Revenue | | % of Revenue | | % of Revenue | | % of Revenue |
| **Restaurant Sales** | | | | | | | | | | | | | | | | | | | | | | |
| Sales - Food | 175,236 | 77.3 % | 113,672 | 71.2 % | 42,083 | 48.6 % | 195,414 | 84.8 % | 127,123 | 79.8 % | 223,914 | 87.1 % | 163,102 | 81.0 % | 122,189 | 80.7 % | 201,417 | 81.2 % | 185,849 | 82.8 % | 114,282 | 86.8 % |
| Sales - Beer | 36,058 | 15.9 % | 14,716 | 9.2 % | 35,771 | 41.3 % | 23,634 | 10.3 % | 26,003 | 16.3 % | 20,299 | 7.9 % | 26,590 | 13.2 % | 21,709 | 14.3 % | 37,613 | 15.2 % | 38,004 | 16.9 % | 17,294 | 13.1 % |
| Sales - Wine/Liquor | 18,626 | 8.2 % | 32,378 | 20.3 % | 9,400 | 10.8 % | 17,733 | 7.7 % | 10,148 | 6.4 % | 19,256 | 7.5 % | 12,960 | 6.4 % | 9,976 | 6.6 % | 19,239 | 7.8 % | 16,035 | 7.1 % | 9,809 | 7.5 % |
| Sales - Beverages | 4,448 | 2.0 % | 3,318 | 2.1 % | 1,273 | 1.5 % | 4,341 | 1.9 % | 3,125 | 2.0 % | 6,338 | 2.5 % | 4,757 | 2.4 % | 3,946 | 2.6 % | 6,898 | 2.8 % | 6,088 | 2.7 % | 3,801 | 2.9 % |
| Sales - Rental | 0 | 0.0 % | 0 | 0.0 % | 2,000 | 2.3 % | (22) | (0.0) % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % |
| Sales - Retail | 99 | 0.0 % | 8 | 0.0 % | 100 | 0.1 % | 0 | 0.0 % | 18 | 0.0 % | 0 | 0.0 % | 3 | 0.0 % | 30 | 0.0 % | 95 | 0.0 % | 175 | 0.1 % | 116 | 0.1 % |
| Sales - Loyalty | (2,096) | (0.9) % | 0 | 0.0 % | 0 | 0.0 % | (3,125) | (1.4) % | (2,451) | (1.5) % | (3,516) | (1.4) % | (1,225) | (0.6) % | (1,420) | (0.9) % | (8,186) | (3.3) % | (11,277) | (5.0) % | (7,298) | (5.5) % |
| Gross Restaurant Sales | 232,371 | 102.5 % | 164,092 | 102.7 % | 90,627 | 104.6 % | 237,975 | 103.2 % | 163,966 | 102.9 % | 266,291 | 103.6 % | 206,187 | 102.3 % | 156,430 | 103.3 % | 257,076 | 103.7 % | 234,874 | 104.7 % | 138,004 | 104.9 % |
| Less: Discount and Comps | 5,605 | 2.5 % | 4,386 | 2.7 % | 3,978 | 4.6 % | 7,416 | 3.2 % | 4,591 | 2.9 % | 9,187 | 3.6 % | 4,732 | 2.3 % | 5,004 | 3.3 % | 9,155 | 3.7 % | 10,467 | 4.7 % | 6,408 | 4.9 % |
| Net Restaurant Sales | 226,766 | 100.0 % | 159,706 | 100.0 % | 86,649 | 100.0 % | 230,559 | 100.0 % | 159,375 | 100.0 % | 257,104 | 100.0 % | 201,455 | 100.0 % | 151,426 | 100.0 % | 247,921 | 100.0 % | 224,407 | 100.0 % | 131,596 | 100.0 % |
| **Cost of Sales** | | | | | | | | | | | | | | | | | | | | | | |
| Cost of Sales - Pork | 2,011 | 0.9 % | 646 | 0.4 % | 2,029 | 2.3 % | 2,357 | 1.0 % | 1,462 | 0.9 % | 2,646 | 1.0 % | 2,024 | 1.0 % | 1,530 | 1.0 % | 2,431 | 1.0 % | 2,092 | 0.9 % | 1,269 | 1.0 % |
| Cost of Sales - Beef/Other Meat Cost | 6,149 | 2.7 % | 5,483 | 3.4 % | 1,471 | 1.7 % | 6,505 | 2.8 % | 4,436 | 2.8 % | 7,295 | 2.8 % | 5,729 | 2.8 % | 4,248 | 2.8 % | 6,184 | 2.5 % | 6,203 | 2.8 % | 4,635 | 3.5 % |
| Cost of Sales - Fish | 742 | 0.3 % | 0 | 0.0 % | (1) | (0.0) % | 893 | 0.4 % | 574 | 0.4 % | 1,460 | 0.6 % | 810 | 0.4 % | 450 | 0.3 % | 1,385 | 0.6 % | 1,364 | 0.6 % | 1,380 | 1.0 % |
| Costs of Sales - Poultry | 3,992 | 1.8 % | 2,814 | 1.8 % | 1,117 | 1.3 % | 5,241 | 2.3 % | 4,038 | 2.5 % | 7,768 | 3.0 % | 5,857 | 2.9 % | 3,320 | 2.2 % | 5,843 | 2.4 % | 4,953 | 2.2 % | 2,791 | 2.1 % |
| Cost of Sales - Produce | 4,748 | 2.1 % | 4,128 | 2.6 % | 1,996 | 2.3 % | 5,307 | 2.3 % | 3,181 | 2.0 % | 5,895 | 2.3 % | 4,805 | 2.4 % | 3,565 | 2.4 % | 5,713 | 2.3 % | 5,585 | 2.5 % | 3,115 | 2.4 % |
| Cost of Sales - Dairy Cost | 7,177 | 3.2 % | 2,019 | 1.3 % | 1,579 | 1.8 % | 8,044 | 3.5 % | 4,782 | 3.0 % | 8,240 | 3.2 % | 6,486 | 3.2 % | 5,423 | 3.6 % | 8,920 | 3.6 % | 8,410 | 3.7 % | 4,869 | 3.7 % |
| Cost of Sales - Bakery | 2,956 | 1.3 % | 2,215 | 1.4 % | 422 | 0.5 % | 3,272 | 1.4 % | 2,182 | 1.4 % | 3,614 | 1.4 % | 2,707 | 1.3 % | 2,531 | 1.7 % | 3,170 | 1.3 % | 3,009 | 1.3 % | 1,833 | 1.4 % |
| Cost of Sales - Grocery | 10,400 | 4.6 % | 11,076 | 6.9 % | 1,367 | 1.6 % | 11,606 | 5.0 % | 7,974 | 5.0 % | 12,834 | 5.0 % | 10,582 | 5.3 % | 8,139 | 5.4 % | 12,896 | 5.2 % | 10,342 | 4.6 % | 6,979 | 5.3 % |
| Cost of Sales - Potato Cost | 4,590 | 2.0 % | 2,782 | 1.7 % | 1,463 | 1.7 % | 4,823 | 2.1 % | 2,806 | 1.8 % | 5,450 | 2.1 % | 4,351 | 2.2 % | 2,616 | 1.7 % | 5,034 | 2.0 % | 4,571 | 2.0 % | 2,562 | 1.9 % |
| Cost of Sales - Beer | 10,543 | 4.6 % | 3,735 | 2.3 % | 256 | 0.3 % | 6,074 | 2.6 % | 8,356 | 5.2 % | 6,473 | 2.5 % | 6,409 | 3.2 % | 6,311 | 4.2 % | 10,573 | 4.3 % | 8,788 | 3.9 % | 4,299 | 3.3 % |
| Cost of Sales - Brewed Beer | 31 | 0.0 % | 0 | 0.0 % | 6,842 | 7.9 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % |
| Cost of Sales - Wine/Liquor | 3,412 | 1.5 % | 7,345 | 4.6 % | 2,084 | 2.4 % | 3,150 | 1.4 % | 2,082 | 1.3 % | 5,002 | 1.9 % | 2,430 | 1.2 % | 1,847 | 1.2 % | 3,782 | 1.5 % | 3,453 | 1.5 % | 2,164 | 1.6 % |
| Cost of Sales - Beverages | 591 | 0.3 % | 422 | 0.3 % | 7 | 0.0 % | 738 | 0.3 % | 435 | 0.3 % | 1,238 | 0.5 % | 777 | 0.4 % | 1,071 | 0.7 % | 1,025 | 0.4 % | 1,139 | 0.5 % | 507 | 0.4 % |
| Cost of Sales - Retail | 0 | 0.0 % | 1,447 | 0.9 % | 830 | 1.0 % | 42 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | (20) | (0.0) % | 12 | 0.0 % | 8 | 0.0 % | (4) | (0.0) % | (248) | (0.2) % |
| Total Cost of Sales | 57,342 | 25.3 % | 44,112 | 27.6 % | 21,462 | 24.8 % | 58,052 | 25.2 % | 42,308 | 26.5 % | 67,915 | 26.4 % | 52,947 | 26.3 % | 41,063 | 27.1 % | 66,964 | 27.0 % | 59,905 | 26.7 % | 36,155 | 27.5 % |
| **Restaurant Labor** | | | | | | | | | | | | | | | | | | | | | | |
| Wages - Salary | 21,099 | 9.3 % | 19,455 | 12.2 % | 13,404 | 15.5 % | 17,133 | 7.4 % | 16,781 | 10.5 % | 18,158 | 7.1 % | 13,699 | 6.8 % | 17,100 | 11.3 % | 16,412 | 6.6 % | 21,129 | 9.4 % | 13,769 | 10.5 % |
| Wages - Hourly | 43,514 | 19.2 % | 28,353 | 17.8 % | 19,296 | 22.3 % | 44,929 | 19.5 % | 24,459 | 15.3 % | 53,081 | 20.6 % | 39,778 | 19.7 % | 32,123 | 21.2 % | 46,818 | 18.9 % | 43,565 | 19.4 % | 27,319 | 20.8 % |
| Wages - Bonuses | 7,543 | 3.3 % | 7,478 | 4.7 % | 149 | 0.2 % | 12,417 | 5.4 % | 10,145 | 6.4 % | 9,576 | 3.7 % | 6,548 | 3.3 % | 10,898 | 7.2 % | 8,066 | 3.3 % | 6,103 | 2.7 % | 4,260 | 3.2 % |
| Total Wages | 72,156 | 31.8 % | 55,286 | 34.6 % | 32,849 | 37.9 % | 74,479 | 32.3 % | 51,385 | 32.2 % | 80,815 | 31.4 % | 60,025 | 29.8 % | 60,121 | 39.7 % | 71,296 | 28.8 % | 70,797 | 31.5 % | 45,348 | 34.5 % |
| **Taxes & Benefits** | | | | | | | | | | | | | | | | | | | | | | |
| Payroll Taxes | 7,372 | 3.3 % | 5,403 | 3.4 % | 2,588 | 3.0 % | 8,023 | 3.5 % | 4,522 | 2.8 % | 7,939 | 3.1 % | 6,362 | 3.2 % | 5,904 | 3.9 % | 8,157 | 3.3 % | 8,089 | 3.6 % | 3,490 | 2.7 % |
| Employee Benefits - Health | 2,278 | 1.0 % | 2,871 | 1.8 % | 3,983 | 4.6 % | 1,404 | 0.6 % | 2,567 | 1.6 % | 3,715 | 1.4 % | 1,243 | 0.6 % | 2,232 | 1.5 % | 1,912 | 0.8 % | 2,572 | 1.1 % | 917 | 0.7 % |
| Employee Benefits - Vacation | 1,748 | 0.8 % | 3,151 | 2.0 % | 2,392 | 2.8 % | 4,141 | 1.8 % | 3,696 | 2.3 % | 3,506 | 1.4 % | 1,495 | 0.7 % | 5,467 | 3.6 % | 6,154 | 2.5 % | 5,473 | 2.4 % | 1,091 | 0.8 % |
| Employee Benefits - Workers Comp | 463 | 0.2 % | 367 | 0.2 % | 270 | 0.3 % | 526 | 0.2 % | 302 | 0.2 % | 506 | 0.2 % | 474 | 0.2 % | 371 | 0.2 % | 483 | 0.2 % | 442 | 0.2 % | 352 | 0.3 % |
| Total Taxes & Benefits | 11,861 | 5.2 % | 11,792 | 7.4 % | 9,233 | 10.7 % | 14,094 | 6.1 % | 11,087 | 7.0 % | 15,666 | 6.1 % | 9,574 | 4.8 % | 13,974 | 9.2 % | 16,706 | 6.7 % | 16,576 | 7.4 % | 5,850 | 4.4 % |
| Total Labor | 84,017 | 37.1 % | 67,078 | 42.0 % | 42,082 | 48.6 % | 88,573 | 38.4 % | 62,472 | 39.2 % | 96,481 | 37.5 % | 69,599 | 34.5 % | 74,095 | 48.9 % | 88,002 | 35.5 % | 87,373 | 38.9 % | 51,198 | 38.9 % |
| **Restaurant Operating Expenses** | | | | | | | | | | | | | | | | | | | | | | |
| **Controllable** | | | | | | | | | | | | | | | | | | | | | | |
| Advertising & Marketing | 7,006 | 3.1 % | 0 | 0.0 % | 0 | 0.0 % | 5,252 | 2.3 % | 6,365 | 4.0 % | 10,665 | 4.1 % | 5,285 | 2.6 % | 3,561 | 2.4 % | 4,914 | 2.0 % | 2,419 | 1.1 % | 2,239 | 1.7 % |
| Cash Over and Short | (283) | (0.1) % | (425) | (0.3) % | (8) | (0.0) % | 238 | 0.1 % | 389 | 0.2 % | 454 | 0.2 % | 830 | 0.4 % | 183 | 0.1 % | 317 | 0.1 % | 242 | 0.1 % | (662) | (0.5) % |
| Employee Incentives | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 16 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % |
| Janitorial | 1,050 | 0.5 % | 1,221 | 0.8 % | 1,400 | 1.6 % | 18 | 0.0 % | 3,325 | 2.1 % | 5,073 | 2.0 % | 2,316 | 1.1 % | (251) | (0.2) % | 1,814 | 0.7 % | 1,297 | 0.6 % | 667 | 0.5 % |
| Outside Services | 3,280 | 1.4 % | 2,707 | 1.7 % | 2,799 | 3.2 % | 4,367 | 1.9 % | 1,259 | 0.8 % | 6,427 | 2.5 % | 3,446 | 1.7 % | 2,255 | 1.5 % | 3,123 | 1.3 % | 3,766 | 1.7 % | 3,493 | 2.7 % |
| Repairs & Maintenance | (389) | (0.2) % | 0 | 0.0 % | 1,076 | 1.2 % | 2,018 | 0.9 % | 2,286 | 1.4 % | 814 | 0.3 % | 2,049 | 1.0 % | 1,878 | 1.2 % | 3,075 | 1.2 % | 1,756 | 0.8 % | 1,063 | 0.8 % |
| Supplies | 17,103 | 7.5 % | 13,378 | 8.4 % | 5,363 | 6.2 % | 17,361 | 7.5 % | 7,068 | 4.4 % | 20,078 | 7.8 % | 9,331 | 4.6 % | 9,805 | 6.5 % | 16,162 | 6.5 % | 13,642 | 6.1 % | 8,659 | 6.6 % |
| Travel | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 1,585 | 0.7 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % |
| Total Controllable | 27,767 | 12.2 % | 16,881 | 10.6 % | 10,630 | 12.3 % | 30,839 | 13.4 % | 20,692 | 13.0 % | 43,527 | 16.9 % | 23,257 | 11.5 % | 17,431 | 11.5 % | 29,405 | 11.9 % | 23,122 | 10.3 % | 15,459 | 11.7 % |
| **Non-Controllable** | | | | | | | | | | | | | | | | | | | | | | |
| Bank Service Charges | 97 | 0.0 % | 92 | 0.1 % | 85 | 0.1 % | 96 | 0.1 % | 92 | 0.1 % | 94 | 0.0 % | 93 | 0.0 % | 250 | 0.2 % | 45 | 0.0 % | 95 | 0.0 % | 92 | 0.1 % |
| Business Taxes | 502 | 0.2 % | 353 | 0.2 % | 674 | 0.8 % | 1,941 | 0.8 % | 1,039 | 0.7 % | 2,467 | 1.0 % | 2,620 | 1.3 % | 907 | 0.6 % | 1,350 | 0.5 % | 939 | 0.4 % | 1,121 | 0.9 % |
| Charitable Contributions | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % |
| Equipment Rentals | 2,556 | 1.1 % | 979 | 0.6 % | 1,244 | 1.4 % | 1,558 | 0.7 % | 1,634 | 1.0 % | 2,996 | 1.2 % | 1,513 | 0.8 % | 1,625 | 1.1 % | 1,282 | 0.5 % | 2,917 | 1.3 % | 1,820 | 1.4 % |
| Gift Card Discount | 1,850 | 0.8 % | 0 | 0.0 % | 0 | 0.0 % | 619 | 0.3 % | 0 | 0.0 % | 709 | 0.3 % | 1,035 | 0.5 % | 281 | 0.2 % | 1,273 | 0.5 % | 618 | 0.3 % | 0 | 0.0 % |
| Insurance | 2,193 | 1.0 % | 1,576 | 1.0 % | 1,025 | 1.2 % | 2,266 | 1.0 % | 2,686 | 1.7 % | 2,920 | 1.1 % | 2,022 | 1.0 % | 2,664 | 1.8 % | 2,576 | 1.0 % | 2,247 | 1.0 % | 1,404 | 1.1 % |
| Legal Fees | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % |
| Licenses & Permits | 791 | 0.3 % | 783 | 0.5 % | 758 | 0.9 % | 2,666 | 1.2 % | 60 | 0.0 % | 1,079 | 0.4 % | 2,275 | 1.1 % | 64 | 0.0 % | 696 | 0.3 % | 750 | 0.3 % | 1,178 | 0.9 % |
| Merchant Account Fees | 4,228 | 1.9 % | 2,490 | 1.6 % | 1,818 | 2.1 % | 3,718 | 1.6 % | 2,519 | 1.6 % | 3,275 | 1.3 % | 3,775 | 1.9 % | 3,187 | 2.1 % | 4,608 | 1.9 % | 4,729 | 2.1 % | 3,352 | 2.5 % |
| Music, Cable, Internet | 2,536 | 1.1 % | 1,885 | 1.2 % | 2,384 | 2.8 % | 2,482 | 1.1 % | 2,115 | 1.3 % | 2,538 | 1.0 % | 2,895 | 1.4 % | 2,184 | 1.4 % | 2,778 | 1.1 % | 2,459 | 1.1 % | 1,778 | 1.4 % |
| Processing Fees | 9,424 | 4.2 % | 5,073 | 3.2 % | 432 | 0.5 % | 9,181 | 4.0 % | 8,086 | 5.1 % | 14,856 | 5.8 % | 8,820 | 4.4 % | 5,503 | 3.6 % | 8,708 | 3.5 % | 3,883 | 1.7 % | 4,155 | 3.2 % |
| Professional Fees | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 13 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % |
| Storage | 300 | 0.1 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 190 | 0.1 % | 0 | 0.0 % |
| Telephone | 689 | 0.3 % | 585 | 0.4 % | 627 | 0.7 % | 668 | 0.3 % | 529 | 0.3 % | 365 | 0.1 % | 383 | 0.2 % | 244 | 0.2 % | 201 | 0.1 % | 218 | 0.1 % | 292 | 0.2 % |
| Utilities | 3,046 | 1.3 % | (307) | (0.2) % | 9,479 | 10.9 % | 3,846 | 1.7 % | (1,900) | (1.2) % | 9,719 | 3.8 % | 2,452 | 1.2 % | 2,312 | 1.5 % | 5,481 | 2.2 % | 2,392 | 1.1 % | 2,313 | 1.8 % |
| Total Non-Controllable | 28,212 | 12.4 % | 13,509 | 8.5 % | 18,526 | 21.4 % | 29,041 | 12.6 % | 16,860 | 10.6 % | 41,017 | 16.0 % | 27,883 | 13.8 % | 19,234 | 12.7 % | 28,998 | 11.7 % | 21,437 | 9.6 % | 17,505 | 13.3 % |
| Total Restaurant Operating Expenses | 55,979 | 24.7 % | 30,390 | 19.0 % | 29,156 | 33.6 % | 59,880 | 26.0 % | 37,552 | 23.6 % | 84,544 | 32.9 % | 51,140 | 25.4 % | 36,665 | 24.2 % | 58,403 | 23.6 % | 44,559 | 19.9 % | 32,964 | 25.0 % |
| **Restaurant Occupancy Costs** | | | | | | | | | | | | | | | | | | | | | | |
| Rent - Building | 12,585 | 5.5 % | 2,500 | 1.6 % | 13,064 | 15.1 % | 9,507 | 4.1 % | 12,369 | 7.8 % | 23,798 | 9.3 % | 23,026 | 11.4 % | 13,055 | 8.6 % | 14,528 | 5.9 % | 15,522 | 6.9 % | 5,417 | 4.1 % |
| Rent - Percent of Sales | 0 | 0.0 % | 3,903 | 2.4 % | 0 | 0.0 % | 0 | 0.0 % | 1,870 | 1.2 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % |
| Rent - Other | (625) | (0.3) % | 0 | 0.0 % | (828) | (1.0) % | 0 | 0.0 % | (4,409) | (2.8) % | 0 | 0.0 % | (6,667) | (2.6) % | (1,134) | (0.6) % | (2,897) | (1.9) % | (1,504) | (0.6) % | (2,109) | (1.6) % |
| CAM Expenses | 3,477 | 1.5 % | 0 | 0.0 % | 5,277 | 6.1 % | 3,597 | 1.6 % | 5,515 | 3.5 % | 0 | 0.0 % | 5,650 | 2.8 % | 4,501 | 3.0 % | 3,368 | 1.4 % | 250 | 0.1 % | 0 | 0.0 % |
| Real Estate Taxes | 0 | 0.0 % | 2,070 | 1.3 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 2,117 | 0.8 % | 0 | 0.0 % | 0 | 0.0 % | 2,750 | 1.2 % | 0 | 0.0 % |
| Total Restaurant Occupancy Costs | 15,437 | 6.8 % | 8,473 | 5.3 % | 17,513 | 20.2 % | 13,104 | 5.7 % | 15,345 | 9.6 % | 19,248 | 7.5 % | 27,542 | 13.7 % | 14,659 | 9.7 % | 16,392 | 6.6 % | 17,530 | 7.8 % | 3,308 | 2.5 % |
| Restaurant Level Margin | 13,991 | 6.2 % | 9,653 | 6.0 % | (23,564) | (27.2) % | 10,950 | 4.7 % | 1,698 | 1.1 % | (11,084) | (4.3) % | 227 | 0.1 % | (15,056) | (9.9) % | 18,160 | 7.3 % | 15,040 | 6.7 % | 7,971 | 6.1 % |
| Depreciation and Amortization | 6,771 | 3.0 % | 5,777 | 3.6 % | 27,336 | 31.5 % | 20,066 | 8.7 % | 23,810 | 14.9 % | 42,570 | 16.6 % | 21,759 | 10.8 % | 26,846 | 17.7 % | 29,492 | 11.9 % | 19,436 | 8.7 % | 18,358 | 14.0 % |
| G&A Allocation | 18,490 | 8.2 % | 13,022 | 8.2 % | 7,065 | 8.2 % | 18,799 | 8.2 % | 12,995 | 8.2 % | 20,964 | 8.2 % | 16,426 | 8.2 % | 12,347 | 8.2 % | 20,215 | 8.2 % | 18,298 | 8.2 % | 10,730 | 8.2 % |
| Impairment and Disposal Charges | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % | 0 | 0.0 % |
| Income from Operations | (11,270) | (5.0) % | (9,146) | (5.7) % | (57,965) | (66.9) % | (27,915) | (12.1) % | (35,107) | (22.0) % | (74,618) | (29.0) % | (37,958) | (18.8) % | (54,249) | (35.8) % | (31,547) | (12.7) % | (22,694) | (10.1) % | (21,117) | (16.0) % |
| Interest Expense | 26,494 | 11.7 % | 18,659 | 11.7 % | 10,123 | 11.7 % | 26,937 | 11.7 % | 18,620 | 11.7 % | 30,038 | 11.7 % | 23,537 | 11.7 % | 17,691 | 11.7 % | 28,955 | 11.7 % | 26,218 | 11.7 % | 15,375 | 11.7 % |
| Other Income | (222) | (0.1) % | (18) | (0.0) % | (27) | (0.0) % | (225) | (0.1) % | (78) | (0.0) % | (196) | (0.1) % | (180) | (0.1) % | (81) | (0.1) % | (286) | (0.1) % | (481) | (0.2) % | (259) | (0.2) % |
| **Net Income** | **(37,542)** | **(16.6) %** | **(27,787)** | **(17.4) %** | **(68,062)** | **(78.5) %** | **(54,627)** | **(23.7) %** | **(53,649)** | **(33.7) %** | **(104,460)** | **(40.6) %** | **(61,315)** | **(30.4) %** | **(71,859)** | **(47.5) %** | **(60,226)** | **(24.3) %** | **(48,431)** | **(21.6) %** | **(36,233)** | **(27.5) %** |

In re: **BARFLY VENTURES, LLC, et al.**  
Debtor

Case No. 20-1947-jwb  
Reporting Period: October 31, 2020

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $4,436,114 | $6,661,689 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 169,548 | $36,786 |
| Notes Receivable | | |
| Inventories | 505,382 | $628,379 |
| Prepaid Expenses | 541,710 | $385,740 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | $5,652,754 | $7,712,594 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | 19,284,102 | $21,414,637 |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $19,284,102 | $21,414,637 |
| **OTHER ASSETS** | | |
| Loans to Insiders* [1] | | $0 |
| Other Assets (attach schedule) | 794,219 | 857,662 |
| *TOTAL OTHER ASSETS* | $794,219 | $857,662 |
| **TOTAL ASSETS** | $25,731,075 | $29,984,893 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | $2,080,758 | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Accrued Liabilities (see schedule) | 2,167,420 | |
| Deferred Lease Credits | | |
| Secured Debt / Leases Obligations (Post Petition Interest) | 289,470 | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $4,537,648 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | $29,729,084 | $29,729,084 |
| Priority Debt | | |
| Unsecured Debt | | |
|   Accounts Payable | 5,154,857 | 5,154,857 |
|   PPP Loan | 6,482,827 | 6,482,827 |
|   Acrued Liabilites (see schedule) | 60,188 | 1,412,643 |
|   Other Liabilities (see schedule) | 187,244 | 185,318 |
|   Deferred Lease Credits | 9,918,628 | 10,065,439 |
| *TOTAL PRE-PETITION LIABILITIES* | $51,532,828 | $53,030,168 |
| *TOTAL LIABILITIES* | $56,070,476 | $53,030,168 |
| **OWNER EQUITY** | | |
| Member Activity | $16,480,291 | $16,495,173 |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings | (31,611,870) | (31,611,871) |
| Adjustments to Owner Equity (attach schedule) | | |
| Net Income | (15,207,822) | (7,928,577) |
| *NET OWNER EQUITY* | (30,339,401) | (23,045,275) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $25,731,075 | $29,984,893 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

[1] - At December 31, 2018, the Company had unsecured, noninterest bearing advances due from a member in the amount of $1,554,059.

| In re: BARFLY VENTURES, LLC, et al. | Case No. 20-1947-jwb |
|---|---|
| Debtor | Reporting Period: October 31, 2020 |

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **Other Current Assets** | | |
|  |  |  |
|  |  |  |
|  |  |  |
| **Other Assets** | | |
| Liquor License/Trademarks/Goodwill | 794,219 | 857,661 |
|  |  |  |
|  |  |  |
|  |  |  |

| LIABILITIES AND OWNER EQUITY | | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **Other Postpetition Liabilities** | | |
|  |  |  |
| Current portion of long-term debt and capital lease obligations | 96,406 | 94,480 |
| Warrant Liability | 90,838 | 90,838 |
|  |  |  |
|  |  |  |
| **Adjustments to Owner Equity** | | |
|  |  |  |
|  |  |  |
|  |  |  |
| **Postpetition Contributions (Distributions) (Draws)** | | |
|  |  |  |
|  |  |  |
|  |  |  |
| **Accrued Liabilities** | | |
|  |  |  |
| Accrued Property Tax | 29,681 | 35,392 |
| Accrued Compensation | 542,039 | 393,145 |
| Deferred Revenue | 630,359 | 725,486 |
| Use Tax | 2,677 | 1,605 |
| Sales Tax | 130,166 | 44 |
| Personal Property Tax | 134,149 | 125,994 |
| Accrued Insurance | -90,743 |  |
| Other | 759,663 | 13,330 |
|   Gas |  | 3,876 |
|   Water & Sewer |  | 16,892 |
|   Trash |  | 3,971 |
|   Steam |  | 2,308 |
|   Electric |  | 31,582 |
| Deposit |  | 40,869 |
| Credit Card Liability | 24,029 | 17,736 |
| Print Charges |  | 413 |
| Tax- Other | 5,400 |  |
|  |  |  |
| **Total** | 2,167,420 | 1,412,643 |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re: **BARFLY VENTURES, LLC, et al.**        Case No. 20-1947-jwb
       Debtor        Reporting Period: October 31, 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | See Attachment MOR 4a | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $925,186 | $375,424 | $360,554 | $388,371 | $31,223 | $2,080,758 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | $925,186 | $375,424 | $360,554 | $388,371 | $31,223 | $2,080,758 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

| Company Totals | Hours | | Earnings | | | | Statutory Deductions | | Voluntary Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company Code** | | | | | | | | | | | |
| **FB7 - Barfly Ventures LLC** | Reg<br>O/T<br>Hours 3<br>Hours 4 | 19,584.92<br>99.22<br>0.00<br>0.00 | Reg<br>Earnings 3<br>Earnings 5 | 317,781.23<br>122,646.77<br>0.00 | O/T<br>Earnings 4<br>Gross | 2,150.36<br>0.00<br>442,578.36 | FIT<br>SS<br>Med<br>State<br>Local | 29,409.85<br>26,884.55<br>6,259.50<br>14,388.03<br>3,286.47 | Total Deductions | 361,625.47 | 532 Pays<br>724.49 |
| Earnings Analysis | CAR CAR ALLOWANCE | 230.77 | OTH OTHER | 3,168.94 | | | RET RETROACTIVE | 915.25 | T TIPS | | 118,331.81 |
| Memo Analysis | B W2 Box 12 HTH Value | 18,116.07 | ERH ER HTH Contribution | 14,121.67 | | | ERL ER Life Insurance | 207.36 | T | | 35,339.77 |
| Statutory Ded. Analysis | IN | 686.56 | MI | 12,846.26 | | | NE | 855.21 | 1506 | | 36.54 |
| | 1540 | 26.78 | 1562 | 253.98 | | | 1563 | 12.80 | 2040 | | 19.08 |
| | 2301 | 453.09 | 2303 | 1,208.42 | | | 2328 | 226.16 | 2331 | | 655.99 |
| | 2332 | 34.28 | 2356 | 120.68 | | | 2357 | 238.67 | | | |
| Voluntary Ded. Analysis | 67 Child Support | 209.20 | 73 Garnishment | 167.92 | | | 75 Child Support | 178.37 | 76 Child Support | | 194.91 |
| | 77 Child Support | 35.13 | 78 Child Support | 662.32 | | | 8 *TIP CREDIT | 35,339.77 | CEL Cell Phone | | (1,130.68) |
| | CK1 CHECKING | 195,685.80 | CK2 CHECKING | 12,615.28 | | | CK3 CHECKING | 7,751.67 | CK4 CHECKING | | 3,681.28 |
| | DEN DENTAL | 1,330.23 | EMI Expense | (635.43) | | | HSA HSAAPRE | 50.00 | HSC HSA CHECKING | | 50.00 |
| | HSO HSA OFFSET | (50.00) | HTH HEALTH INS | 5,044.21 | | | IDT IDENTITY THFT | 89.16 | K 401K TRAD $ | | 1,975.36 |
| | LIF LIFE INS | 108.38 | LTD LONG TERM DIS | 84.21 | | | PAR PARKING FSA | 187.50 | Q *TIP CR OFFSET | | (35,339.77) |
| | R 401K ROTH $ | 507.43 | RRD Reissue Rtnd De | (81.83) | | | STD SHORT TERM DIS | 442.74 | SV1 SAVING | | 12,808.85 |
| | SV2 SAVING | 938.90 | T TIPS | 118,331.81 | | | TEL TELEDOC | 40.50 | VIS VISION | | 352.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Net Payroll : | 724.49 | Checks : | 0 | Flagged : | 15 | eVouchers : | 532 |
| Total Deposits : | 233481.78 | Vouchers : | 532 | Net Cash Pays 1,000.00 or More : | 70 | Paper Vouchers Printed : | 0 |
| Net Voids : | 724.49 | Adjustments: | 2 | | | | |
| Net Cash : | 233,481.78 | | | | | | |

| Company Totals | Hours | | Earnings | | | | Statutory Deductions | | Voluntary Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company Code** | | | | | | | | | | | | |
| **FB7 - Barfly Ventures LLC** | Reg<br>O/T<br>Hours 3<br>Hours 4 | 20,191.49<br>51.36<br>0.00<br>0.00 | Reg<br>Earnings 3<br>Earnings 5 | 324,550.19<br>124,584.74<br>0.00 | O/T<br>Earnings 4<br>Gross | 1,066.07<br>0.00<br>450,201.00 | FIT<br>SS<br>Med<br>State<br>Local | 29,651.29<br>27,387.68<br>6,371.55<br>14,567.73<br>3,357.84 | Total Deductions | 368,864.91 | 541 Pays | 0.00 |
| Earnings Analysis | CAR CAR ALLOWANCE | 230.77 | T TIPS | | 124,353.97 | | | | | | | |
| Memo Analysis | B W2 Box 12 HTH Value | 17,353.68 | ERH ER HTH Contribution | | 13,435.69 | | ERL ER Life Insurance | 201.60 | T | | | 37,758.95 |
| Statutory Ded. Analysis | IN | 696.60 | MI | | 13,090.13 | | NE | 781.00 | 1506 | | | 36.54 |
| | 1540 | 26.78 | 1562 | | 256.07 | | 1563 | 10.05 | 2040 | | | 15.38 |
| | 2301 | 415.75 | 2303 | | 1,277.04 | | 2328 | 247.42 | 2331 | | | 678.87 |
| | 2332 | 33.64 | 2356 | | 129.39 | | 2357 | 230.91 | | | | |
| Voluntary Ded. Analysis | 67 Child Support | 581.49 | 73 Garnishment | | 132.67 | | 75 Child Support | 178.37 | 76 Child Support | | | 210.18 |
| | 77 Child Support | 37.89 | 78 Child Support | | 659.82 | | 8 *TIP CREDIT | 37,758.95 | CEL Cell Phone | | | (1,199.90) |
| | CK1 CHECKING | 197,911.97 | CK2 CHECKING | | 12,710.92 | | CK3 CHECKING | 7,513.37 | CK4 CHECKING | | | 3,203.26 |
| | DEN DENTAL | 1,214.88 | HSA HSAAPRE | | 50.00 | | HSC HSA CHECKING | 50.00 | HSO HSA OFFSET | | | (50.00) |
| | HTH HEALTH INS | 4,673.40 | IDT IDENTITY THFT | | 89.16 | | K 401K TRAD $ | 1,990.89 | LIF LIFE INS | | | 100.28 |
| | LTD LONG TERM DIS | 83.09 | PAR PARKING FSA | | 117.50 | | Q *TIP CR OFFSET | (37,758.95) | R 401K ROTH $ | | | 507.43 |
| | RRD Reissue Rtnd De | (0.80) | STD SHORT TERM DIS | | 422.76 | | SV1 SAVING | 11,959.84 | SV2 SAVING | | | 985.00 |
| | T TIPS | 124,353.97 | TEL TELEDOC | | 40.50 | | VIS VISION | 336.97 | | | | |
| Net Payroll : | | 0.00 | Checks : | | 0 | | Flagged : | 8 | eVouchers : | | | 541 |
| Total Deposits : | | 234284.36 | Vouchers : | | 541 | | Net Cash Pays 1,000.00 or More : | 62 | Paper Vouchers Printed : | | | 0 |
| Net Voids : | | 0.00 | Adjustments: | | 0 | | | | | | | |
| Net Cash : | | 234,284.36 | | | | | | | | | | |

MOR 4A  Statistical Summary

## Statistical Summary

Company:FB7 - Barfly Ventures LL  Service Center:0056 Great Lakes  Status:Under Review
Week#:41  Pay Date:10/09/2020  P/E Date:10/04/2020
Qtr/Year:4/2020  Run Time/Date:16:47:54 PM EDT 10/07/2020

| Category | Item | Amount | | |
|---|---|---:|---:|---:|
| **Taxes Debited** | Federal Income Tax | 29,409.85 | | |
| | Earned Income Credit Advances | 0.00 | | |
| | Social Security - EE | 26,884.55 | | |
| | Social Security - ER | 27,005.57 | | |
| | Social Security Adj - EE | 0.00 | | |
| | Medicare - EE | 6,259.50 | | |
| | Medicare - ER | 6,315.82 | | |
| | Medicare Adj - EE | 0.00 | | |
| | Medicare Surtax - EE | 0.00 | | |
| | Medicare Surtax Adj - EE | 0.00 | | |
| | COBRA Premium Assistance Payments | 0.00 | | |
| | Federal Unemployment Tax | 770.73 | | |
| | Families First FMLA-PSL Payments Credit | 0.00 | | |
| | Families First ER Medicare Credit | 0.00 | | |
| | Families First FMLA-PSL Health Care Premium Credit | 0.00 | | |
| | CARES Retention Qualified Payments Credit | 0.00 | | |
| | CARES Retention Qualified Health Care Credit | 0.00 | | |
| | State Income Tax | 14,388.03 | | |
| | Non Resident State Income Tax | 0.00 | | |
| | State Unemployment Insurance - EE | 0.00 | | |
| | State Unemployment Insurance Adj - EE | 0.00 | | |
| | State Disability Insurance - EE | 0.00 | | |
| | State Disability Insurance Adj - EE | 0.00 | | |
| | State Unemployment/Disability Ins - ER | 2,411.75 | | |
| | State Family Leave Insurance - EE | 0.00 | | |
| | State Family Leave Insurance - ER | 0.00 | | |
| | State Medical Leave Insurance - EE | 0.00 | | |
| | State Medical Leave Insurance - ER | 0.00 | | |
| | Transit Tax - EE | 0.00 | | |
| | Workers' Benefit Fund Assessment - EE | 0.00 | | |
| | Workers' Benefit Fund Assessment - ER | 0.00 | | |
| | Local Income Tax | 3,286.47 | | |
| | School District Tax | 0.00 | | |
| | **Total Taxes Debited** | | 116,732.27 | |
| **Other Transfers** | Full Service Direct Deposit Acct. No.5413485554Tran/ABA072410013 | 233,481.78 | | |
| | Wage Garnishments Acct. No.5413485554Tran/ABA072410013 | 1,447.85 | | **Total Liability** |
| | **Total Amount Debited From Your Account** | | 351,661.90 | 351,661.90 |
| **Bank Debits & Other Liability** | Checks | 0.00 | | 351,661.90 |
| | Adjustments/Prepay/Voids | 724.49 | | 352,386.39 |
| **Taxes- Your Responsibility** | None this payroll | | | |
| | | | | 352,386.39 |

Note: If you have requested ADP to defer your Employer Social Security taxes under the CARES Act, this report will not display the amount that will be deferred. The actual amount of Employer Social Security tax deferred will be displayed on your Tax Invoice in ADP SmartCompliance with Reason Code CV.

MOR 4A                                                                                                                                              Statistical Summary

## Statistical Summary

Company:FB7 - Barfly Ventures LL  Service Center:0056 Great Lakes    Status:Under Review
Week#:43                          Pay Date:10/26/2020                 P/E Date:10/18/2020
Qtr/Year:4/2020                   Run Time/Date:16:50:26 PM EDT 10/22/2020

| | | | | |
|---|---|---:|---:|---:|
| **Taxes Debited** | Federal Income Tax | 29,651.29 | | |
| | Earned Income Credit Advances | 0.00 | | |
| | Social Security - EE | 27,387.68 | | |
| | Social Security - ER | 27,513.60 | | |
| | Social Security Adj - EE | 0.00 | | |
| | Medicare - EE | 6,371.55 | | |
| | Medicare - ER | 6,434.63 | | |
| | Medicare Adj - EE | 0.00 | | |
| | Medicare Surtax - EE | 0.00 | | |
| | Medicare Surtax Adj - EE | 0.00 | | |
| | COBRA Premium Assistance Payments | 0.00 | | |
| | Federal Unemployment Tax | 757.97 | | |
| | Families First FMLA-PSL Payments Credit | 0.00 | | |
| | Families First ER Medicare Credit | 0.00 | | |
| | Families First FMLA-PSL Health Care Premium Credit | 0.00 | | |
| | CARES Retention Qualified Payments Credit | 0.00 | | |
| | CARES Retention Qualified Health Care Credit | 0.00 | | |
| | State Income Tax | 14,567.73 | | |
| | Non Resident State Income Tax | 0.00 | | |
| | State Unemployment Insurance - EE | 0.00 | | |
| | State Unemployment Insurance Adj - EE | 0.00 | | |
| | State Disability Insurance - EE | 0.00 | | |
| | State Disability Insurance Adj - EE | 0.00 | | |
| | State Unemployment/Disability Ins - ER | 2,410.33 | | |
| | State Family Leave Insurance - EE | 0.00 | | |
| | State Family Leave Insurance - ER | 0.00 | | |
| | State Medical Leave Insurance - EE | 0.00 | | |
| | State Medical Leave Insurance - ER | 0.00 | | |
| | Transit Tax - EE | 0.00 | | |
| | Workers' Benefit Fund Assessment - EE | 0.00 | | |
| | Workers' Benefit Fund Assessment - ER | 0.00 | | |
| | Local Income Tax | 3,357.84 | | |
| | School District Tax | 0.00 | | |
| | **Total Taxes Debited** | | 118,452.62 | |
| **Other Transfers** | Full Service Direct Deposit Acct. No.5413485554Tran/ABA072410013 | 234,284.36 | | |
| | Wage Garnishments Acct. No.5413485554Tran/ABA072410013 | 1,800.42 | | **Total Liability** |
| | **Total Amount Debited From Your Account** | | 354,537.40 | 354,537.40 |
| **Bank Debits & Other Liability** | Checks | 0.00 | | 354,537.40 |
| | Adjustments/Prepay/Voids | 0.00 | | 354,537.40 |
| **Taxes- Your Responsibility** | None this payroll | | | |
| | | | | 354,537.40 |

Note: If you have chosen to defer your Employer Social Security taxes under the CARES Act, then this report will not display deferral information. Actual amounts being deferred will display on your Tax Invoices with Reason Code CV in ADP SmartCompliance.

| In re: BARFLY VENTURES, LLC, et al. | Case No. 20-1947-jwb |
|---|---|
| Debtor | Reporting Period: October 31, 2020 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | 169,548 | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | 169,548 | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Debtor Questionnaire explanation.
  Q1: The sale of the Debtor's assets closed on October 26, 2020