# EXHIBIT A

| Monthly Period | Fees | Expenses | Total Fees & Expenses | Fees & Expenses Paid Per Compensation Order | Outstanding Balance |
|---|---|---|---|---|---|
| June 2020 | $59,901.50 | $49,470.47 | $109,371.97 | $97,391.67 | $11,980.30 |
| July 2020 | $54,092.00 | $257.74 | $54,349.74 | $43,531.34 | $10,818.40 |
| August 2020 | $24,061.00 | $1,059.30 | $25,120.30 | $20,308.10 | $4,812.20 |
| September 2020 | $50,470.00 | $22.60 | $50,492.60 | $40,398.60 | $10,094.00 |
| October 2020 | $47,967.50 | $18.20 | $47,985.70 | $38,392.20 | $9,593.50 |
| November 2020 | $6,727.00 | $3,528.40 | $10,255.40 | $8,910.00 | $1,345.40 |
| **TOTAL** | **$243,219.00** | **$54,356.71** | **$297,575.71** | **$248,931.91** | **$48,643.80** |
| December 2020 | $2,851.50 | $0.00 | $2,851.50 | $0.00 | $2,851.50 |
| January 2021 | $3,175.50 | $15.00 | $3,190.50 | $0.00 | $3,190.50 |
| February/March 2021 | $10,048.00 | $416.16 | $10,464.16 | $0.00 | $10,464.16 |
| **TOTAL** | **$16,075.00** | **$431.16** | **$16,506.16** | **$0.00** | **$16,506.16** |
| **TOTAL OF ALL TIME** | **$259,294.00** | **$54,787.87** | **$314,081.87** | **$248,931.91** | **$65,149.96** |

**TOTAL FEE SUMMARY:**

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Andrulis, Loren | $575.00 | Partner | Corporate | 21.9 | $12,592.50 |
| Cantor, Emily | $405.00 | Associate | Corporate | 1.5 | $607.50 |
| Cook, Sean | $550.00 | Partner | Tax | 0.5 | $275.00 |
| Giunta, Rozanne | $455.00 | Parter | RIPG | 123.5 | $56,192.50 |
| Grow, Stephen | $595.00 | Partner | RIPG | 11.2 | $6,664.00 |
| Keller, Scott | $610.00 | Partner | Intellectual Property | 2.3 | $1,403.00 |
| Niebling, Kimberly | $190.00 | Paralegal | Intellectual Property | 0.7 | $133.00 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 52.6 | $9,994.00 |
| Nolan, Robert | $540.00 | Partner | Real Estate | 50.2 | $27,108.00 |
| Powers, Bonita | $190.00 | Paralegal | RIPG | 2.3 | $437.00 |
| Palazzolo, Steve | $565.00 | Sr. Counsel | Labor/Employment | 0.3 | $169.50 |
| Stonehouse, Kerri | $190.00 | Paralegal | Real Estate | 0.6 | $114.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 292.9 | $133,360.00 |
| Woods, Alexandra | $260.00 | Associate | Real Estate | 39.4 | $10,244.00 |
| | | | **TOTALS** | **599.9** | **$259,294.00** |

### Total by Phase Code

| Phase Code | Phase Task | Total Hours | Total Billed |
|---|---|---|---|
| BK11 | Asset Disposition | 65.2 | $29,774.00 |
| BK12 | Business Operations | 10 | $5,491.50 |
| BK13 | Case Administration | 206.8 | $86,494.00 |
| BK14 | Claims Administration/Objections | 2.2 | $921.50 |
| BK16 | Fee/Employment Applications | 63.3 | $26,092.50 |
| BK18 | Litigation | 2.4 | $1,092.00 |
| BK19 | Meeting of Creditors | 6.4 | $2,912.00 |
| BK25 | Assumption & Rejection of Leases/Contracts | 134.7 | $57,946.00 |
| BK28 | Corporate Governance and Board Matters | 9.3 | $5,299.50 |
| BK30 | Meetings and Communications with Creditors | 14.6 | $6,754.50 |
| BK32 | Real Estate | 78.5 | $33,479.00 |
| BK33 | Reporting | 5 | $2,313.00 |
| BK34 | Tax | 1.5 | $724.50 |
| | **TOTAL** | **599.9** | **$259,294.00** |

**TOTAL EXPENSE SUMMARY BY DATE AND CATEGORY**

| Month | Amount |
|---|---|
| June | $49,470.47 |
| July | $257.74 |
| August | $1,059.30 |
| September | $22.60 |
| October | $18.20 |
| November | $3,528.40 |
| December | $0.00 |
| January | $15.00 |
| February | $416.16 |
| **TOTAL** | **$54,787.87** |

| Description | Amount |
|---|---|
| Filing Fee | $41,208.00 |
| Federal Express Charges | $4,138.26 |
| Motion Fees | $377.00 |
| Photocopies | $1,812.00 |
| Postage | $4,143.71 |
| Priority Mail Charges | $3,108.90 |
| **TOTAL** | **$54,787.87** |

**JUNE FEE SUMMARY:**

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Andrulis, Loren | $575.00 | Partner | Corporate | 10 | $5,750.00 |
| Cantor, Emily | $405.00 | Associate | Corporate | 0.1 | $40.50 |
| Giunta, Rozanne | $455.00 | Parter | RIPG | 48.6 | $22,113.00 |
| Grow, Stephen | $595.00 | Partner | RIPG | 1.9 | $1,130.50 |
| Keller, Scott | $610.00 | Partner | Intellectual Property | 0.5 | $305.00 |
| Niebling, Kimberly | $190.00 | Paralegal | Intellectual Property | 0.2 | $38.00 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 7.4 | $1,406.00 |
| Powers, Bonita | $190.00 | Paralegal | RIPG | 2.3 | $437.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 60.7 | $27,719.50 |
| Woods, Alexandra | $260.00 | Associate | Real Estate | 3.7 | $962.00 |
| | | | **TOTALS** | **135.4** | **$59,901.50** |

### Total by Phase Code

| Phase Code | Phase Task | Total Hours | Total Billed |
|---|---|---|---|
| BK12 | Business Operations | 3.4 | $1,878.00 |
| BK13 | Case Administration | 101.4 | $43,899.50 |
| BK16 | Fee/Employment Applications | 4.9 | $2,229.50 |
| BK18 | Litigation | 0.7 | $318.50 |
| BK19 | Meeting of Creditors | 0.3 | $136.50 |
| BK25 | Assumption & Rejection of Leases/Contracts | 9.5 | $3,635.00 |
| BK28 | Corporate Governance and Board Matters | 4.6 | $2,609.00 |

### EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| June 2020 | Filing fee | $41,208.00 |
| June 2020 | Federal Express Charges | $4,037.32 |
| June 2020 | Priority Mail Charges | $3,108.90 |
| June 2020 | Postage | $1,116.25 |
| | **TOTAL** | **$49,470.47** |

| | | | |
|---|---|---|---|
| BK30 | Meetings and Communications with Creditors | 7.9 | $3,706.00 |
| BK32 | Real Estate | 2.7 | $1,489.50 |
| | TOTAL | 135.4 | $59,901.50 |

## JULY FEE SUMMARY:

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Andrulis, Loren | $575.00 | Partner | Corporate | 4.8 | $2,760.00 |
| Cook, Sean | $550.00 | Partner | Tax | 0.1 | $55.00 |
| Giunta, Rozanne | $455.00 | Parter | RIPG | 50.4 | $22,932.00 |
| Grow, Stephen | $595.00 | Partner | RIPG | 0.9 | $535.50 |
| Keller, Scott | $610.00 | Partner | Intellectual Property | 0.4 | $244.00 |
| Niebling, Kimberly | $190.00 | Paralegal | Intellectual Property | 0.2 | $38.00 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 31.3 | $5,947.00 |
| Palazzolo | $565.00 | Sr. Counsel | Labor/Employment | 0.3 | $169.50 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 44.2 | $20,111.00 |
| Woods, Alexandra | $260.00 | Associate | Real Estate | 5 | $1,300.00 |
| | | | TOTALS | 137.6 | $54,092.00 |

### Total by Phase Code

| Phase Code | Phase Task | Total Hours | Total Billed |
|---|---|---|---|
| BK11 | Asset Disposition | 15 | $6,772.00 |
| BK12 | Business Operations | 1.2 | $624.00 |
| BK13 | Case Administration | 70.1 | $25,774.00 |
| BK16 | Fee/Employment Applications | 12 | $4,588.50 |
| BK18 | Litigation | 0.4 | $182.00 |
| BK19 | Meeting of Creditors | 6.1 | $2,775.50 |
| BK25 | Assumption & Rejection of Leases/Contracts | 23.6 | $9,139.00 |
| BK28 | Corporate Governance and Board Matters | 3.8 | $2,185.00 |
| BK30 | Meetings and Communications with Creditors | 1.8 | $819.00 |
| BK32 | Real Estate | 3.1 | $1,005.50 |

### EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| July, 2020 | Motion Fee | $181.00 |
| July, 2020 | Federal Express Charges | $76.74 |
| | TOTAL | $257.74 |

| BK33 | Reporting | 0.5 | $227.50 |
|---|---|---|---|
| | TOTAL | 137.6 | $54,092.00 |

**AUGUST FEE SUMMARY:**

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Andrulis, Loren | $575.00 | Partner | Corporate | 2.5 | $1,437.50 |
| Giunta, Rozanne | $455.00 | Parter | RIPG | 12.7 | $5,778.50 |
| Grow, Stephen | $595.00 | Partner | RIPG | 0.6 | $357.00 |
| Keller, Scott | $610.00 | Partner | Intellectual Property | 0.7 | $427.00 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 4 | $760.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 33 | $15,015.00 |
| Woods, Alexandra | $260.00 | Associate | Real Estate | 1.1 | $286.00 |
| | | | TOTALS | 54.6 | $24,061.00 |

### Total by Phase Code

| Phase Code | Phase Task | Total Hours | Total Billed |
|---|---|---|---|
| BK11 | Asset Disposition | 8.1 | $3,938.00 |
| BK12 | Business Operations | 1.3 | $747.50 |
| BK13 | Case Administration | 8.3 | $3,807.50 |
| BK14 | Claims Administration/Objections | 1 | $375.50 |
| BK16 | Fee/Employment Applications | 7.5 | $3,121.00 |
| BK18 | Litigation | 0.2 | $91.00 |
| BK25 | Assumption & Rejection of Leases/Contracts | 24.1 | $10,115.00 |
| BK30 | Meetings and Communications with Creditors | 3.1 | $1,410.50 |
| BK33 | Reporting | 1 | $455.00 |
| | TOTAL | 54.6 | $24,061.00 |

### EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| August, 2020 | Motion Fee | $181.00 |
| August, 2020 | Federal Express Charges | $12.10 |
| August, 2020 | Postage | $866.20 |
| | TOTAL | $1,059.30 |

**SEPTEMBER FEE SUMMARY:**

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Andrulis, Loren | $575.00 | Partner | Corporate | 0.8 | $460.00 |
| Cantor, Emily | $405.00 | Partner | Corporate | 1.4 | $567.00 |
| Giunta, Rozanne | $455.00 | Parter | RIPG | 4.2 | $1,911.00 |
| Grow, Stephen | $595.00 | Partner | RIPG | 2.1 | $1,249.50 |
| Niebling, Kimberly | $190.00 | Paralegal | Intellectual Property | 0.2 | $38.00 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 2.4 | $456.00 |
| Nolan, Robert | $540.00 | Partner | Real Estate | 27.9 | $15,066.00 |
| Stonehouse, Kerri | $190.00 | Paralegal | Real Estate | 0.6 | $114.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 58.3 | $26,526.50 |
| Woods, Alexandra | $260.00 | Associate | Real Estate | 15.7 | $4,082.00 |
| | | | TOTALS | 113.6 | $50,470.00 |

### Total by Phase Code

| Task Code | Task Description | Total Hours | Total Billed |
|---|---|---|---|
| BK11 | Asset Disposition | 18.7 | $8,308.50 |
| BK12 | Business Operations | 0.2 | $38.00 |
| BK13 | Case Administration | 1.9 | $864.50 |
| BK14 | Claims Administration/Objections | 0.4 | $182.00 |
| BK16 | Fee/Employment Applications | 3.4 | $1,547.00 |
| BK18 | Litigation | 1.1 | $500.50 |
| BK25 | Assumption & Rejection of Leases/Contracts | 45.3 | $20,575.00 |
| BK28 | Corporate Governance and Board Matters | 0.9 | $505.50 |

### EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| September, 2020 | Federal Express Charges | $12.10 |
| September, 2020 | Postage | $10.50 |
| | Total | $22.60 |

| | | | |
|---|---|---|---|
| BK30 | Meetings and Communications with Creditors | 0.2 | $91.00 |
| BK32 | Real Estate | 39.5 | $16,948.00 |
| BK33 | Reporting | 2 | $910.00 |
| | TOTAL | 113.6 | $50,470.00 |

## OCTOBER FEE SUMMARY:

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Andrulis, Loren | $575.00 | Partner | Corporate | 3.5 | $2,012.50 |
| Cook, Sean | $550.00 | Partner | Tax | 0.4 | $220.00 |
| Giunta, Rozanne | $455.00 | Parter | RIPG | 1 | $455.00 |
| Grow, Stephen | $595.00 | Partner | RIPG | 4.6 | $2,737.00 |
| Keller, Scott | $595.00 | Partner | Intellectual Property | 0.7 | $416.50 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 1.8 | $342.00 |
| Nolan, Robert | $540.00 | Partner | Real Estate | 21.9 | $11,826.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 57.9 | $26,344.50 |
| Woods, Alexandra | $260.00 | Associate | Real Estate | 13.9 | $3,614.00 |
| | | | TOTALS | 105.7 | $47,967.50 |

### Total by Phase Code

| Task Code | Task Description | Total Hours | Total Billed |
|---|---|---|---|
| BK11 | Asset Disposition | 22.7 | $10,437.00 |
| BK12 | Business Operations | 3.5 | $2,012.50 |
| BK13 | Case Administration | 5.1 | $2,964.50 |
| BK14 | Claims Administration/Objections | 0.5 | $227.50 |
| BK16 | Fee/Employment Applications | 9.6 | $4,262.00 |
| BK25 | Assumption & Rejection of Leases/Contracts | 30.6 | $13,807.00 |
| BK32 | Real Estate | 32.8 | $13,820.00 |
| BK34 | Reporting | 0.9 | $447.50 |
| | TOTAL | 105.7 | $47,978.00 |

### EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| October, 2020 | Postage | $18.20 |
| | TOTAL | $18.20 |

## NOVEMBER FEE SUMMARY:

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Giunta, Rozanne | $455.00 | Parter | RIPG | 0.7 | $318.50 |
| Grow, Stephen | $595.00 | Partner | RIPG | 0.6 | $357.00 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 0.3 | $57.00 |
| Nolan, Robert | $540.00 | Partner | Real Estate | 0.4 | $216.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 12.7 | $5,778.50 |
| | | | TOTALS | 14.7 | $6,727.00 |

### Total by Phase Code

| Task Code | Task Description | Total Hours | Total Billed |
|---|---|---|---|
| BK11 | Asset Disposition | 0.7 | $318.50 |
| BK13 | Case Administration | 7.7 | $3,587.50 |
| BK14 | Claims Administration/Objections | 0.3 | $136.50 |
| BK16 | Fee/Employment Applications | 4.7 | $2,059.00 |
| BK25 | Assumption & Rejection of Leases/Contracts | 0.9 | $409.50 |
| BK32 | Real Estate | 0.4 | $216.00 |
| | TOTAL | 14.7 | $6,727.00 |

### EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| November, 2020 | Photocopies | $1,812.00 |
| November, 2020 | Postage | $1,716.40 |
| | TOTAL | $3,528.40 |

## DECEMBER FEE SUMMARY:

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Giunta, Rozanne | $455.00 | Parter | RIPG | 0.9 | $409.50 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 0.4 | $76.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 5.2 | $2,366.00 |
| | | | TOTALS | 6.5 | $2,851.50 |

### Total by Phase Code

| Task Code | Task Description | Total Hours | Total Billed |
|---|---|---|---|
| BK13 | Case Administration | 4.8 | $2,184.00 |
| BK16 | Fee/Employment Applications | 1.3 | $538.50 |
| BK25 | Assumption & Rejection of Leases/Contracts | 0.4 | $129.00 |
| | TOTAL | 6.5 | $2,851.50 |

**NO EXPENSES**

**JANUARY FEE SUMMARY:**

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Andrulis, Loren | $575.00 | Partner | Corporate | 0.3 | $172.50 |
| Giunta, Rozanne | $455.00 | Parter | RIPG | 1.4 | $637.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 5.2 | $2,366.00 |
| | | | **TOTALS** | **6.9** | **$3,175.50** |

### Total by Phase Code

| Task Code | Task Description | Total Hours | Total Billed |
|---|---|---|---|
| BK12 | Business Operations | 0.3 | $172.50 |
| BK13 | Case Administration | 6.6 | $3,003.00 |
| | **TOTAL** | **6.9** | **$3,175.50** |

### EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| January 2021 | Motion Fee | $15.00 |
| | **TOTAL** | **$15.00** |

**TOTAL FEBRUARY/MARCH 1-5 FEE SUMMARY:**

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Giunta, Rozanne | $455.00 | Parter | RIPG | 3.6 | $1,638.00 |
| Grow, Stephen | $595.00 | Partner | RIPG | 0.5 | $297.50 |
| Niebling, Kimberly | $190.00 | Paralegal | Intellectual Property | 0.1 | $19.00 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 5 | $950.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 15.7 | $7,143.50 |
| | | | TOTALS | 24.9 | $10,048.00 |

### Total by Phase Code

| Phase Code | Phase Task | Total Hours | Total Billed |
|---|---|---|---|
| BK12 | Business Operations | 0.1 | $19.00 |
| BK13 | Case Administration | 0.9 | $409.50 |
| BK16 | Fee/Employment Applications | 19.9 | $7,757.50 |
| BK25 | Assumption & Rejection of Leases/Contracts | 0.3 | $136.50 |
| BK30 | Meetings and Communications with Creditors | 1.6 | $728.00 |
| BK33 | Reporting | 0.6 | $273.00 |
| BK34 | Tax | 1.5 | $724.50 |
| | TOTAL | 24.9 | $10,048.00 |

### EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| February, 2021 | Postage | $416.16 |
| | TOTAL | $416.16 |