# EXHIBIT D

## AUGUST FEE SUMMARY:

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Andrulis, Loren | $575.00 | Partner | Corporate | 2.5 | $1,437.50 |
| Giunta, Rozanne | $455.00 | Parter | RIPG | 12.7 | $5,778.50 |
| Grow, Stephen | $595.00 | Partner | RIPG | 0.6 | $357.00 |
| Keller, Scott | $610.00 | Partner | Intellectual Property | 0.7 | $427.00 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 4 | $760.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 33 | $15,015.00 |
| Woods, Alexandra | $260.00 | Associate | Real Estate | 1.1 | $286.00 |
| | | | TOTALS | 54.6 | $24,061.00 |

### Total by Phase Code

| Phase Code | Phase Task | Total Hours | Total Billed |
|---|---|---|---|
| BK11 | Asset Disposition | 8.1 | $3,938.00 |
| BK12 | Business Operations | 1.3 | $747.50 |
| BK13 | Case Administration | 8.3 | $3,807.50 |
| BK14 | Claims Administration/Objections | 1 | $375.50 |
| BK16 | Fee/Employment Applications | 7.5 | $3,121.00 |
| BK18 | Litigation | 0.2 | $91.00 |
| BK25 | Assumption & Rejection of Leases/Contracts | 24.1 | $10,115.00 |
| BK30 | Meetings and Communications with Creditors | 3.1 | $1,410.50 |
| BK33 | Reporting | 1 | $455.00 |
| | TOTAL | 54.6 | $24,061.00 |

**TIME SUMMARY BY DATE**

| Date | TKPR Name | Bl Hrs | Billed Amt | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| 8/3/2020 | Nikodemski, Janet M. | 0.4 | $76.00 | $190.00 | BK16 | Fee/Employment Applications | Complete response to objections to fee statements (0.2); prepare proof of service (0.2) |
| 8/3/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK16 | Fee/Employment Applications | Review and revise response to FSB objection to fee statement and correspondence regarding same |
| 8/4/2020 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK11 | Asset Disposition | Correspondence with Mr. Rayman regarding auction |
| 8/4/2020 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Mr. Hersch regarding hearing on fee statements |
| 8/4/2020 | Von Eitzen, Elisabeth M | 0.3 | $136.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with BarFly and Rock Creek regarding rejection timeline (0.2); correspondence with Mr. Kozak regarding ice machine lease (0.1) |
| 8/5/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK13 | Case Administration | Conferences regarding amendments to schedules and matrix |
| 8/5/2020 | Von Eitzen, Elisabeth M | 1 | $455.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Nidvall regarding rejection of leases and executory contracts (0.5); review ice machine lease (0.3); correspondence to Mr. Kozak regarding additional personal property leases (0.1); telephone conference and correspondence with Mr. Moyer regarding assumption and cure notice (0.1) |
| 8/6/2020 | Von Eitzen, Elisabeth M | 1.7 | $773.50 | $455.00 | BK16 | Fee/Employment Applications | Attend hearing on objection to committee retention and fee order |
| 8/6/2020 | Von Eitzen, Elisabeth M | 0.4 | $182.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Review proposed amendment to Indianapolis lease and correspondence with Mr. Neitzel regarding same |
| 8/7/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK16 | Fee/Employment Applications | Attend hearing regarding opinion on objection to committee retention and fee order |
| 8/11/2020 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK33 | Reporting | Review monthly operating report |
| 8/11/2020 | Von Eitzen, Elisabeth M | 0.6 | $273.00 | $455.00 | BK16 | Fee/Employment Applications | Begin preparing fee statement for July fee statement (0.5); correspondence with Mr. Lucas regarding July fee statements (0.1) |
| 8/12/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK14 | Claims Administration/Objections | Check docket for objections (0.1); prepare certification of no objections to motion for bar date (0.2) |
| 8/12/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Check docket for objects (0.1); prepare certification of no objections to motion for rejection of certain leases (0.2) |
| 8/12/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK14 | Claims Administration/Objections | Review and revise proposed bar date order and attention to service issues regarding same |
| 8/12/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK16 | Fee/Employment Applications | Telephone conference with Mr. Maggio regarding Mastodon retention order |
| 8/12/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK18 | Litigation | Telephone conference with Mr. Altman regarding Chicago litigation |
| 8/12/2020 | Von Eitzen, Elisabeth M | 1.5 | $682.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Review cure objections (0.9); draft spreadsheet regarding cure notices and objections to same (0.5); correspondence to Rock Creek regarding cure objection spreadsheet (0.1) |
| 8/12/2020 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK33 | Reporting | Emails and conferences regarding monthly operating report and arrange for filing |

| Date | Timekeeper | Hours | Amount | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 8/13/2020 | Von Eitzen, Elisabeth M | 1 | $455.00 | $455.00 | BK16 | Fee/Employment Applications | Revise PSZ&J July fee statement (0.2); correspondence with Mr. Neitzel regarding Rock Creek fee statement (0.1); telephone conference with Mr. Andrulis regarding retention order and fee order (0.3); telephone conference with Ms. Giunta regarding same (0.2); continue drafting July 2020 fee statement (0.2) |
| 8/13/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK13 | Case Administration | Emails regarding financials, etc. |
| 8/13/2020 | Andrulis, Loren | 0.2 | $115.00 | $575.00 | BK12 | Business Operations | Correspondence with Mr. Pierce regarding employment agreement related matters |
| 8/14/2020 | Von Eitzen, Elisabeth M | 0.9 | $409.50 | $455.00 | BK13 | Case Administration | Conference with Mr. Grow regarding case status (0.4); telephone conference with Messrs. Lucas and Rosell and Ms. Giunta regarding case strategy, sale status, and assumption and rejection of leases (0.5) |
| 8/14/2020 | Von Eitzen, Elisabeth M | 0.8 | $364.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Messrs. Lidvell and Sellers regarding assumption and rejection of leases |
| 8/14/2020 | Grow, Stephen B. | 0.6 | $357.00 | $595.00 | BK13 | Case Administration | Review docket and pending matters (0.3); telephone conference with Ms. Von Eitzen regarding structured dismissal (0.3) |
| 8/14/2020 | Giunta, Rozanne M | 1.7 | $773.50 | $455.00 | BK13 | Case Administration | Numerous conferences and emails with Hal Nelson regarding Ionia Ventures (0.8); conference call with parties regarding status of all matters (0.5); emails regarding lease rejection issues and spreadsheet (0.4) |
| 8/17/2020 | Keller, R. Scott | 0.5 | $305.00 | $610.00 | BK11 | Asset Disposition | Emails with Mr. Andrulis regarding the trade names and trademarks owned and the difference between them in order to supply the right information for the asset purchase agreement |
| 8/17/2020 | Andrulis, Loren | 0.8 | $460.00 | $575.00 | BK11 | Asset Disposition | Correspondence from and to Mr. Pierce of Rock Creek regarding APA schedule information (0.2); memo and communications with Mr. Keller regarding APA schedule requiring trade name information (0.4); follow-up correspondence to and from Mr. Pierce (0.2) |
| 8/17/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK13 | Case Administration | Emails regarding trademarks and email regarding Ionia lease |
| 8/17/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK16 | Fee/Employment Applications | Telephone conference with Mr. Maggio regarding Mastodon employment application (0.1); correspondence with Messrs. Hersch and Lucas regarding same (0.1) |
| 8/18/2020 | Keller, R. Scott | 0.2 | $122.00 | $610.00 | BK11 | Asset Disposition | Review the list of trade names and provide input |
| 8/18/2020 | Andrulis, Loren | 0.4 | $230.00 | $575.00 | BK11 | Asset Disposition | Review and consider list of trade names based on Michigan and other filings (0.3); correspondence to Mr. Pierce regarding same (0.1) |
| 8/18/2020 | Giunta, Rozanne M | 0.8 | $364.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Numerous emails regarding Lexington location/landlord |
| 8/18/2020 | Nikodemski, Janet M. | 0.4 | $76.00 | $190.00 | BK16 | Fee/Employment Applications | Prepare notice of amended order to employ Mastodon |
| 8/18/2020 | Von Eitzen, Elisabeth M | 0.3 | $136.50 | $455.00 | BK16 | Fee/Employment Applications | Revise Mastodon retention order (0.2); correspondence with Mr. Hersch regarding Mastodon retention order (0.1) |
| 8/18/2020 | Von Eitzen, Elisabeth M | 2.7 | $1,228.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Begin drafting third omnibus motion to reject leases |
| 8/19/2020 | Andrulis, Loren | 0.3 | $172.50 | $575.00 | BK12 | Business Operations | Memo with Ms. Von Eitzen regarding organizational matters (0.3) |

| Date | Name | Hours | Amount | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 8/19/2020 | Giunta, Rozanne M | 1.2 | $546.00 | $455.00 | BK13 | Case Administration | Emails and conferences regarding budget (0.6); emails and conferences regarding hearing issues (0.6) |
| 8/19/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Prepare proof of service regarding order rejecting leases |
| 8/19/2020 | Von Eitzen, Elisabeth M | 0.8 | $364.00 | $455.00 | BK11 | Asset Disposition | Correspondence to Mr. Sher regarding cure objection (0.1); correspondence with Rock Creek regarding cure reconciliation (0.2); correspondence with Mr. Witte regarding cure objection (0.1); correspondence with Ms. Deeby regarding cure objection (0.1); telephone conference with Mr. Lucas regarding sale hearing (0.3) |
| 8/19/2020 | Von Eitzen, Elisabeth M | 0.7 | $318.50 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Mr. Hersch regarding Mastodon retention (0.2); telephone conference with Mr. Maggio regarding Mastodon retention order (0.3); correspondence with Mr. Ayers regarding payment of professional fees (0.1); telephone conference with Mr. Ayers regarding payment of professional fees (0.1) |
| 8/19/2020 | Von Eitzen, Elisabeth M | 1.2 | $546.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lucas regarding rejection motion (0.1); correspondence with Messrs. Lidvall, Sellers, and Rock Creek regarding rejection of executory contracts (0.3); continue drafting third omnibus rejection motion (0.8) |
| 8/19/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK30 | Meetings & Communicatons with Creditors | Correspondence with Mr. Sweeny regarding MMSH, LLC and assignment of Waldron lease |
| 8/20/2020 | Giunta, Rozanne M | 1.4 | $637.00 | $455.00 | BK30 | Meetings & Communicatons with Creditors | Emails regarding Corrigan and review proposed stipulation (0.6); conference with IRS regarding status (0.2); emails regarding Lexington location (0.4); email with Florida AG regarding filing (0.2) |
| 8/20/2020 | Woods, Alexandra M | 0.1 | $26.00 | $260.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. Von Eitzen regarding leases |
| 8/20/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Emails with Mr. Neitzel regarding Lexington issues |
| 8/20/2020 | Von Eitzen, Elisabeth M | 0.6 | $273.00 | $455.00 | BK11 | Asset Disposition | Telephone conference with Ms. Foster regarding adjournment of sale hearing (0.3); correspondence with Messrs. Lucas and Rosell regarding same (0.1); telephone conference with Ms. Foster regarding adjournment (0.1); correspondence with Messrs. Lucas and Rosell regarding adjourned hearing date (0.1) |
| 8/20/2020 | Von Eitzen, Elisabeth M | 3.2 | $1,456.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Telephone conference with Rock Creek and BarFly team regarding rejection of executory contracts (0.7); begin drafting motion to reject executory contracts (1.5); continue drafting third omnibus rejection motion (1.0) |
| 8/21/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK16 | Fee/Employment Applications | Prepare proof of service regarding order to employ Mastodon Ventures, Inc. |
| 8/21/2020 | Giunta, Rozanne M | 1.5 | $682.50 | $455.00 | BK30 | Meetings & Communicatons with Creditors | Emails regarding Corrigan (0.7); emails regarding Lexington (0.4); emails with Krone (0.4) |

| Date | Name | Hours | Amount | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 8/21/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK11 | Asset Disposition | Correspondence with Mr. Gimpel regarding landlord information (0.4); correspondence to Messrs. Lidvall and Neitzel regarding same (0.1) |
| 8/21/2020 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Mr. Hersch regarding Mastodon retention order |
| 8/21/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence regarding Stella lease |
| 8/24/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Emails regarding Lexington |
| 8/24/2020 | Woods, Alexandra M | 0.2 | $52.00 | $260.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. Von Eitzen regarding leases |
| 8/24/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Continue drafting third omnibus motion to reject leases (0.3); correspondence with Messrs. Neitzel, Sellers, and Lidvall regarding third omnibus motion to reject leases (0.2) |
| 8/24/2020 | Von Eitzen, Elisabeth M | 3.3 | $1,501.50 | $455.00 | BK11 | Asset Disposition | Correspondence to landlords regarding adjourning sale hearing (0.2); draft stipulation and order to adjourn sale hearing (1.5); correspondence with Mr. Hage regarding same (0.3); correspondence with landlords regarding stipulation to adjourn hearing (0.3); telephone conference with Mr. Maggio regarding auction and sale status (0.2); correspondence with landlords regarding adequate assurance objection deadline (0.2); correspondence with Mr. Sweeny regarding landlord personal property located at GRBC (0.2); correspondence with Messrs. Lidvall and Sellers regarding landlord personal property at GRBC (0.4) |
| 8/25/2020 | Andrulis, Loren | 0.2 | $115.00 | $575.00 | BK12 | Business Operations | Organizational document and business record update |
| 8/25/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK13 | Case Administration | Emails regarding Corrigan, etc. |
| 8/25/2020 | Woods, Alexandra M | 0.7 | $182.00 | $260.00 | BK25 | Assumption & Rejection of Leases/Contracts | Review Grand Rapids Brewing Company lease regarding equipment and fixtures |
| 8/25/2020 | Von Eitzen, Elisabeth M | 0.4 | $182.00 | $455.00 | BK11 | Asset Disposition | Telephone conference with Ms. Foster regarding status of stipulation to adjourn hearing (0.1); correspondence with creditors regarding stipulation to adjourn hearing (0.3) |
| 8/25/2020 | Von Eitzen, Elisabeth M | 1.6 | $728.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Conferences with Mr. Lidvall and Neitzel regarding rejection of leases and executory contracts (1.5); correspondence with Mr. Lidvall regarding third omnibus motion to reject leases (0.1) |
| 8/26/2020 | Nikodemski, Janet M. | 0.2 | $38.00 | $190.00 | BK13 | Case Administration | Prepare proof of service regarding order adjourning hearings |
| 8/26/2020 | Nikodemski, Janet M. | 1 | $190.00 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Prepare notice to object to 3rd omnibus rejection of lease (0.4) and proof of service (0.3); complete motion (.3) |
| 8/26/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK16 | Fee/Employment Applications | Emails regarding interim payment and Mastadon order |
| 8/26/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK11 | Asset Disposition | Revise order to adjourn sale hearing to reflect US trustee extension (0.1); telephone conference and correspondence with Mr. Spiegel regarding adequate assurance for Kalamazoo landlord (0.4) |

| Date | Name | Hours | Amount | | Category | Description |
|---|---|---|---|---|---|---|
| 8/26/2020 | Von Eitzen, Elisabeth M | 1.9 | $864.50 | $455.00 BK25 | Assumption & Rejection of Leases/Contracts | Telephone conference with Mr. Carrillo regarding Kansas City lease rejection and personal property abandonment (0.2); continue drafting fourth omnibus motion to reject executory contracts (1.7) |
| 8/27/2020 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 BK14 | Claims Administration/Objections | Review bar date and email regarding same |
| 8/27/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Carrillo regarding motion to reject lease (0.1); correspondence with Mr. Rosell regarding personal property remaining in Kansas City (0.1) |
| 8/28/2020 | Woods, Alexandra M | 0.1 | $26.00 | $260.00 BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. Von Eitzen regarding leases |
| 8/28/2020 | Andrulis, Loren | 0.3 | $172.50 | $575.00 BK12 | Business Operations | Correspondence from equity owner regarding equity ownership issues (0.1); prepare response (0.2) |
| 8/28/2020 | Von Eitzen, Elisabeth M | 1.7 | $773.50 | $455.00 BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. West regarding rejection of Madison lease and abandonment of personal property (0.2); correspondence with Messrs. Lidvall and Neitzel regarding status of personal property in Madison location (0.1); correspondence with Mr. Neitzel regarding Indianapolis lease (0.1); continue drafting fourth omnibus motion to reject executory contracts (1.1); correspondence with Messrs. Peirce, Lidvall, Blonk, and Neitzel regarding same (0.2) |
| 8/31/2020 | Nikodemski, Janet M. | 0.8 | $152.00 | $190.00 BK25 | Assumption & Rejection of Leases/Contracts | Prepare notice and opportunity to reject lease (0.3) and proof of service (0.3); complete motion and order to reject lease (0.2) |
| 8/31/2020 | Andrulis, Loren | 0.3 | $172.50 | $575.00 BK12 | Business Operations | Memo with and conference with Ms. Von Eitzen regarding equity holder question and plan response (0.2); commence draft response (0.1) |
| 8/31/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 BK13 | Case Administration | Conference call with Rock Creek regarding schedule issues |
| 8/31/2020 | Von Eitzen, Elisabeth M | 1.1 | $500.50 | $455.00 BK13 | Case Administration | Telephone conference with Rock Creek regarding amendments to schedules and correspondence regarding same (0.8); conference with Ms. Giunta regarding schedules (0.3) |
| 8/31/2020 | Von Eitzen, Elisabeth M | 1.6 | $728.00 | $455.00 BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lidvall regarding potential lease rejections (0.3); revise fourth omnibus motion to reject executory contracts and correspondence with Messrs. Lidvall and Neitzel regarding same (0.9); correspondence with Mr. Lidvall regarding equipment lease with 58 Ionia Holding (0.4) |
| **TOTAL** | | **54.6** | **$24,061.00** | | | |

**TIME SUMMARY BY TIMEKEEPER**

| Date | TKPR Name | Bl Hrs | Billed Amt | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| **ANDRULIS, LOREN** | | | | | | | |
| 8/14/2020 | Andrulis, Loren | 0.2 | $115.00 | $575.00 | BK12 | Business Operations | Correspondence with Mr. Pierce regarding employment agreement related matters |
| 8/17/2020 | Andrulis, Loren | 0.8 | $460.00 | $575.00 | BK11 | Asset Disposition | Correspondence from and to Mr. Pierce of Rock Creek regarding APA schedule information (0.2); memo and communications with Mr. Keller regarding APA schedule requiring trade name information (0.4); follow-up correspondence to and from Mr. Pierce (0.2) |
| 8/18/2020 | Andrulis, Loren | 0.4 | $230.00 | $575.00 | BK11 | Asset Disposition | Review and consider list of trade names based on Michigan and other filings (0.3); correspondence to Mr. Pierce regarding same (0.1) |
| 8/19/2020 | Andrulis, Loren | 0.3 | $172.50 | $575.00 | BK12 | Business Operations | Memo with Ms. Von Eitzen regarding organizational matters (0.3) |
| 8/25/2020 | Andrulis, Loren | 0.2 | $115.00 | $575.00 | BK12 | Business Operations | Organizational document and business record update |
| 8/28/2020 | Andrulis, Loren | 0.3 | $172.50 | $575.00 | BK12 | Business Operations | Correspondence from equity owner regarding equity ownership issues (0.1); prepare response (0.2) |
| 8/31/2020 | Andrulis, Loren | 0.3 | $172.50 | $575.00 | BK12 | Business Operations | Memo with and conference with Ms. Von Eitzen regarding equity holder question and plan response (0.2); commence draft response (0.1) |
| | **TOTAL** | **2.5** | **$1,437.50** | | | | |
| **GIUNTA, ROZANNE** | | | | | | | |
| 8/5/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK13 | Case Administration | Conferences regarding amendments to schedules and matrix |
| 8/7/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK16 | Fee/Employment Applications | Attend hearing regarding opinion on objection to committee retention and fee order |
| 8/11/2020 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK33 | Reporting | Review monthly operating report |
| 8/12/2020 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK33 | Reporting | Emails and conferences regarding monthly operating report and arrange for filing |
| 8/13/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK13 | Case Administration | Emails regarding financials, etc. |
| 8/14/2020 | Giunta, Rozanne M | 1.7 | $773.50 | $455.00 | BK13 | Case Administration | Numerous conferences and emails with Hal Nelson regarding Ionia Ventures (0.8); conference call with parties regarding status of all matters (0.5); emails regarding lease rejection issues and spreadsheet (0.4) |
| 8/17/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK13 | Case Administration | Emails regarding trademarks and email regarding Ionia lease |
| 8/18/2020 | Giunta, Rozanne M | 0.8 | $364.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Numerous emails regarding Lexington location/landlord |
| 8/19/2020 | Giunta, Rozanne M | 1.2 | $546.00 | $455.00 | BK13 | Case Administration | Emails and conferences regarding budget (0.6); emails and conferences regarding hearing issues (0.6) |
| 8/20/2020 | Giunta, Rozanne M | 1.4 | $637.00 | $455.00 | BK30 | Meetings & Communicatons with Creditors | Emails regarding Corrigan and review proposed stipulation (0.6); conference with IRS regarding status (0.2); emails regarding Lexington location (0.4); email with Florida AG regarding filing (0.2) |
| 8/20/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Emails with Mr. Neitzel regarding Lexington issues |

| Date | Name | Hours | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|
| 8/21/2020 | Giunta, Rozanne M | 1.5 | $682.50 | | Meetings & Communicatons with Creditors | Emails regarding Corrigan (0.7); emails regarding Lexington (0.4); emails with Krone (0.4) |
| 8/24/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Emails regarding Lexington |
| 8/25/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK13 | Case Administration | Emails regarding Corrigan, etc. |
| 8/26/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK16 | Fee/Employment Applications | Emails regarding interim payment and Mastadon order |
| 8/27/2020 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK14 | Claims Administration/Objections | Review bar date and email regarding same |
| 8/31/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK13 | Case Administration | Conference call with Rock Creek regarding schedule issues |
| | TOTAL | 12.7 | $5,778.50 | | | | |
| GROW, STEPHEN | | | | | | | |
| 8/14/2020 | Grow, Stephen B. | 0.6 | $357.00 | $595.00 | BK13 | Case Administration | Review docket and pending matters (0.3); telephone conference with Ms. Von Eitzen regarding structured dismissal (0.3) |
| | TOTAL | 0.6 | $357.00 | | | | |
| KELLER, SCOTT | | | | | | | |
| 8/17/2020 | Keller, R. Scott | 0.5 | $305.00 | $610.00 | BK11 | Asset Disposition | Emails with Mr. Andrulis regarding the trade names and trademarks owned and the difference between them in order to supply the right information for the asset purchase agreement |
| 8/18/2020 | Keller, R. Scott | 0.2 | $122.00 | $610.00 | BK11 | Asset Disposition | Review the list of trade names and provide input |
| | TOTAL | 0.7 | $427.00 | | | | |
| NIKODEMSKI, JANET | | | | | | | |
| 8/3/2020 | Nikodemski, Janet M. | 0.4 | $76.00 | $190.00 | BK16 | Fee/Employment Applications | Complete response to objections to fee statements (0.2); prepare proof of service (0.2) |
| 8/12/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK14 | Claims Administration/Objections | Check docket for objections (0.1); prepare certification of no objections to motion for bar date (0.2) |
| 8/12/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Check docket for objects (0.1); prepare certification of no objections to motion for rejection of certain leases (0.2) |
| 8/18/2020 | Nikodemski, Janet M. | 0.4 | $76.00 | $190.00 | BK16 | Fee/Employment Applications | Prepare notice of amended order to employ Mastodon |
| 8/19/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Prepare proof of service regarding order rejecting leases |
| 8/21/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK16 | Fee/Employment Applications | Prepare proof of service regarding order to employ Mastodon Ventures, Inc. |
| 8/26/2020 | Nikodemski, Janet M. | 0.2 | $38.00 | $190.00 | BK13 | Case Administration | Prepare proof of service regarding order adjourning hearings |
| 8/26/2020 | Nikodemski, Janet M. | 1 | $190.00 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Prepare notice to object to 3rd omnibus rejection of lease (0.4) and proof of service (0.3); complete motion (.3) |
| 8/31/2020 | Nikodemski, Janet M. | 0.8 | $152.00 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Prepare notice and opportunity to reject lease (0.3) and proof of service (0.3); complete motion and order to reject lease (0.2) |
| | TOTAL | 4 | $760.00 | | | | |

| | VON EITZEN, ELISABETH | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/3/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK16 | | Fee/Employment Applications | Review and revise response to FSB objection to fee statement and correspondence regarding same |
| 8/4/2020 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK11 | | Asset Disposition | Correspondence with Mr. Rayman regarding auction |
| 8/4/2020 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK16 | | Fee/Employment Applications | Correspondence with Mr. Hersch regarding hearing on fee statements |
| 8/4/2020 | Von Eitzen, Elisabeth M | 0.3 | $136.50 | $455.00 | BK25 | | Assumption & Rejection of Leases/Contracts | Correspondence with BarFly and Rock Creek regarding rejection timeline (0.2); correspondence with Mr. Kozak regarding ice machine lease (0.1) |
| 8/5/2020 | Von Eitzen, Elisabeth M | 1 | $455.00 | $455.00 | BK25 | | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Nidvall regarding rejection of leases and executory contracts (0.5); review ice machine lease (0.3); correspondence to Mr. Kozak regarding additional personal property leases (0.1); telephone conference and correspondence with Mr. Moyer regarding assumption and cure notice (0.1) |
| 8/6/2020 | Von Eitzen, Elisabeth M | 1.7 | $773.50 | $455.00 | BK16 | | Fee/Employment Applications | Attend hearing on objection to committee retention and fee order |
| 8/6/2020 | Von Eitzen, Elisabeth M | 0.4 | $182.00 | $455.00 | BK25 | | Assumption & Rejection of Leases/Contracts | Review proposed amendment to Indianapolis lease and correspondence with Mr. Neitzel regarding same |
| 8/11/2020 | Von Eitzen, Elisabeth M | 0.6 | $273.00 | $455.00 | BK16 | | Fee/Employment Applications | Begin preparing fee statement for July fee statement (0.5); correspondence with Mr. Lucas regarding July fee statements (0.1) |
| 8/12/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK14 | | Claims Administration/Objections | Review and revise proposed bar date order and attention to service issues regarding same |
| 8/12/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK16 | | Fee/Employment Applications | Telephone conference with Mr. Maggio regarding Mastodon retention order |
| 8/12/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK18 | | Litigation | Telephone conference with Mr. Altman regarding Chicago litigation |
| 8/12/2020 | Von Eitzen, Elisabeth M | 1.5 | $682.50 | $455.00 | BK25 | | Assumption & Rejection of Leases/Contracts | Review cure objections (0.9); draft spreadsheet regarding cure notices and objections to same (0.5); correspondence to Rock Creek regarding cure objection spreadsheet (0.1) |
| 8/13/2020 | Von Eitzen, Elisabeth M | 1 | $455.00 | $455.00 | BK16 | | Fee/Employment Applications | Revise PSZ&J July fee statement (0.2); correspondence with Mr. Neitzel regarding Rock Creek fee statement (0.1); telephone conference with Mr. Andrulis regarding retention order and fee order (0.3); telephone conference with Ms. Giunta regarding same (0.2); continue drafting July 2020 fee statement (0.2) |
| 8/14/2020 | Von Eitzen, Elisabeth M | 0.9 | $409.50 | $455.00 | BK13 | | Case Administration | Conference with Mr. Grow regarding case status (0.4); telephone conference with Messrs. Lucas and Rosell and Ms. Giunta regarding case strategy, sale status, and assumption and rejection of leases (0.5) |
| 8/14/2020 | Von Eitzen, Elisabeth M | 0.8 | $364.00 | $455.00 | BK25 | | Assumption & Rejection of Leases/Contracts | Correspondence with Messrs. Lidvell and Sellers regarding assumption and rejection of leases |
| 8/17/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK16 | | Fee/Employment Applications | Telephone conference with Mr. Maggio regarding Mastodon employment application (0.1); correspondence with Messrs. Hersch and Lucas regarding same (0.1) |

| Date | Name | Hours | Amount | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 8/18/2020 | Von Eitzen, Elisabeth M | 0.3 | $136.50 | $455.00 | BK16 | Fee/Employment Applications | Revise Mastodon retention order (0.2); correspondence with Mr. Hersch regarding Mastodon retention order (0.1) |
| 8/18/2020 | Von Eitzen, Elisabeth M | 2.7 | $1,228.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Begin drafting third omnibus motion to reject leases |
| 8/19/2020 | Von Eitzen, Elisabeth M | 0.8 | $364.00 | $455.00 | BK11 | Asset Disposition | Correspondence to Mr. Sher regarding cure objection (0.1); correspondence with Rock Creek regarding cure reconciliation (0.2); correspondence with Mr. Witte regarding cure objection (0.1); correspondence with Ms. Deeby regarding cure objection (0.1); telephone conference with Mr. Lucas regarding sale hearing (0.3) |
| 8/19/2020 | Von Eitzen, Elisabeth M | 0.7 | $318.50 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Mr. Hersch regarding Mastodon retention (0.2); telephone conference with Mr. Maggio regarding Mastodon retention order (0.3); correspondence with Mr. Ayers regarding payment of professional fees (0.1); telephone conference with Mr. Ayers regarding payment of professional fees (0.1) |
| 8/19/2020 | Von Eitzen, Elisabeth M | 1.2 | $546.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lucas regarding rejection motion (0.1); correspondence with Messrs. Lidvall, Sellers, and Rock Creek regarding rejection of executory contracts (0.3); continue drafting third omnibus rejection motion (0.8) |
| 8/19/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK30 | Meetings & Communicatons with Creditors | Correspondence with Mr. Sweeny regarding MMSH, LLC and assignment of Waldron lease |
| 8/20/2020 | Von Eitzen, Elisabeth M | 0.6 | $273.00 | $455.00 | BK11 | Asset Disposition | Telephone conference with Ms. Foster regarding adjournment of sale hearing (0.3); correspondence with Messrs. Lucas and Rosell regarding same (0.1); telephone conference with Ms. Foster regarding adjournment (0.1); correspondence with Messrs. Lucas and Rosell regarding adjourned hearing date (0.1) |
| 8/20/2020 | Von Eitzen, Elisabeth M | 3.2 | $1,456.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Telephone conference with Rock Creek and BarFly team regarding rejection of executory contracts (0.7); begin drafting motion to reject executory contracts (1.5); continue drafting third omnibus rejection motion (1.0) |
| 8/21/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK11 | Asset Disposition | Correspondence with Mr. Gimpel regarding landlord information (0.4); correspondence to Messrs. Lidvall and Neitzel regarding same (0.1) |
| 8/21/2020 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Mr. Hersch regarding Mastodon retention order |
| 8/21/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence regarding Stella lease |
| 8/24/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Continue drafting third omnibus motion to reject leases (0.3); correspondence with Messrs. Neitzel, Sellers, and Lidvall regarding third omnibus motion to reject leases (0.2) |

| Date | Name | Hours | Amount | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 8/24/2020 | Von Eitzen, Elisabeth M | 3.3 | $1,501.50 | $455.00 | BK11 | Asset Disposition | Correspondence to landlords regarding adjourning sale hearing (0.2); draft stipulation and order to adjourn sale hearing (1.5); correspondence with Mr. Hage regarding same (0.3); correspondence with landlords regarding stipulation to adjourn hearing (0.3); telephone conference with Mr. Maggio regarding auction and sale status (0.2); correspondence with landlords regarding adequate assurance objection deadline (0.2); correspondence with Mr. Sweeny regarding landlord personal property located at GRBC (0.2); correspondence with Messrs. Lidvall and Sellers regarding landlord personal property at GRBC (0.4) |
| 8/25/2020 | Von Eitzen, Elisabeth M | 0.4 | $182.00 | $455.00 | BK11 | Asset Disposition | Telephone conference with Ms. Foster regarding status of stipulation to adjourn hearing (0.1); correspondence with creditors regarding stipulation to adjourn hearing (0.3) |
| 8/25/2020 | Von Eitzen, Elisabeth M | 1.6 | $728.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Conferences with Mr. Lidvall and Neitzel regarding rejection of leases and executory contracts (1.5); correspondence with Mr. Lidvall regarding third omnibus motion to reject leases (0.1) |
| 8/26/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK11 | Asset Disposition | Revise order to adjourn sale hearing to reflect US trustee extension (0.1); telephone conference and correspondence with Mr. Spiegel regarding adequate assurance for Kalamazoo landlord (0.4) |
| 8/26/2020 | Von Eitzen, Elisabeth M | 1.9 | $864.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Telephone conference with Mr. Carrillo regarding Kansas City lease rejection and personal property abandonment (0.2); continue drafting fourth omnibus motion to reject executory contracts (1.7) |
| 8/27/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Carrillo regarding motion to reject lease (0.1); correspondence with Mr. Rosell regarding personal property remaining in Kansas City (0.1) |
| 8/28/2020 | Von Eitzen, Elisabeth M | 1.7 | $773.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. West regarding rejection of Madison lease and abandonment of personal property (0.2); correspondence with Messrs. Lidvall and Neitzel regarding status of personal property in Madison location (0.1); correspondence with Mr. Neitzel regarding Indianapolis lease (0.1); continue drafting fourth omnibus motion to reject executory contracts (1.1); correspondence with Messrs. Peirce, Lidvall, Blonk, and Neitzel regarding same (0.2) |
| 8/31/2020 | Von Eitzen, Elisabeth M | 1.1 | $500.50 | $455.00 | BK13 | Case Administration | Telephone conference with Rock Creek regarding amendments to schedules and correspondence regarding same (0.8); conference with Ms. Giunta regarding schedules (0.3) |
| 8/31/2020 | Von Eitzen, Elisabeth M | 1.6 | $728.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lidvall regarding potential lease rejections (0.3); revise fourth omnibus motion to reject executory contracts and correspondence with Messrs. Lidvall and Neitzel regarding same (0.9); correspondence with Mr. Lidvall regarding equipment lease with 58 Ionia Holding (0.4) |
| **TOTAL** | | **33** | **$15,015.00** | | | | |

| WOODS, ALEXANDRA | | | | | | |
|---|---|---|---|---|---|---|
| 8/20/2020 | Woods, Alexandra M | 0.1 | $26.00 | $260.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. Von Eitzen regarding leases |
| 8/24/2020 | Woods, Alexandra M | 0.2 | $52.00 | $260.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. Von Eitzen regarding leases |
| 8/25/2020 | Woods, Alexandra M | 0.7 | $182.00 | $260.00 | BK25 | Assumption & Rejection of Leases/Contracts | Review Grand Rapids Brewing Company lease regarding equipment and fixtures |
| 8/28/2020 | Woods, Alexandra M | 0.1 | $26.00 | $260.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. Von Eitzen regarding leases |
| | TOTAL | 1.1 | $286.00 | | | | |
| | | | | | | | |
| | TOTAL OF ALL TIMEKEEPERS | 54.6 | $24,061.00 | | | | |

**TIME SUMMARY BY PHASE CODE**

| Date | TKPR Name | Bl Hrs | Billed Amt | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| **ASSET DISPOSITION** | | | | | | | |
| 8/4/2020 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK11 | Asset Disposition | Correspondence with Mr. Rayman regarding auction |
| 8/17/2020 | Keller, R. Scott | 0.5 | $305.00 | $610.00 | BK11 | Asset Disposition | Emails with Mr. Andrulis regarding the trade names and trademarks owned and the difference between them in order to supply the right information for the asset purchase agreement |
| 8/17/2020 | Andrulis, Loren | 0.8 | $460.00 | $575.00 | BK11 | Asset Disposition | Correspondence from and to Mr. Pierce of Rock Creek regarding APA schedule information (0.2); memo and communications with Mr. Keller regarding APA schedule requiring trade name information (0.4); follow-up correspondence to and from Mr. Pierce (0.2) |
| 8/18/2020 | Keller, R. Scott | 0.2 | $122.00 | $610.00 | BK11 | Asset Disposition | Review the list of trade names and provide input |
| 8/18/2020 | Andrulis, Loren | 0.4 | $230.00 | $575.00 | BK11 | Asset Disposition | Review and consider list of trade names based on Michigan and other filings (0.3); correspondence to Mr. Pierce regarding same (0.1) |
| 8/19/2020 | Von Eitzen, Elisabeth M | 0.8 | $364.00 | $455.00 | BK11 | Asset Disposition | Correspondence to Mr. Sher regarding cure objection (0.1); correspondence with Rock Creek regarding cure reconciliation (0.2); correspondence with Mr. Witte regarding cure objection (0.1); correspondence with Ms. Deeby regarding cure objection (0.1); telephone conference with Mr. Lucas regarding sale hearing (0.3) |
| 8/20/2020 | Von Eitzen, Elisabeth M | 0.6 | $273.00 | $455.00 | BK11 | Asset Disposition | Telephone conference with Ms. Foster regarding adjournment of sale hearing (0.3); correspondence with Messrs. Lucas and Rosell regarding same (0.1); telephone conference with Ms. Foster regarding adjournment (0.1); correspondence with Messrs. Lucas and Rosell regarding adjourned hearing date (0.1) |
| 8/21/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK11 | Asset Disposition | Correspondence with Mr. Gimpel regarding landlord information (0.4); correspondence to Messrs. Lidvall and Neitzel regarding same (0.1) |
| 8/24/2020 | Von Eitzen, Elisabeth M | 3.3 | $1,501.50 | $455.00 | BK11 | Asset Disposition | Correspondence to landlords regarding adjourning sale hearing (0.2); draft stipulation and order to adjourn sale hearing (1.5); correspondence with Mr. Hage regarding same (0.3); correspondence with landlords regarding stipulation to adjourn hearing (0.3); telephone conference with Mr. Maggio regarding auction and sale status (0.2); correspondence with landlords regarding adequate assurance objection deadline (0.2); correspondence with Mr. Sweeny regarding landlord personal property located at GRBC (0.2); correspondence with Messrs. Lidvall and Sellers regarding landlord personal property at GRBC (0.4) |
| 8/25/2020 | Von Eitzen, Elisabeth M | 0.4 | $182.00 | $455.00 | BK11 | Asset Disposition | Telephone conference with Ms. Foster regarding status of stipulation to adjourn hearing (0.1); correspondence with creditors regarding stipulation to adjourn hearing (0.3) |

| Date | Name | Hours | Amount | Rate | Task Code | Task | Description |
|---|---|---|---|---|---|---|---|
| 8/26/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK11 | Asset Disposition | Revise order to adjourn sale hearing to reflect US trustee extension (0.1); telephone conference and correspondence with Mr. Spiegel regarding adequate assurance for Kalamazoo landlord (0.4) |
| | TOTAL | 8.1 | $3,938.00 | | | | |
| **BUSINESS OPERATIONS** | | | | | | | |
| 8/14/2020 | Andrulis, Loren | 0.2 | $115.00 | $575.00 | BK12 | Business Operations | Correspondence with Mr. Pierce regarding employment agreement related matters |
| 8/19/2020 | Andrulis, Loren | 0.3 | $172.50 | $575.00 | BK12 | Business Operations | Memo with Ms. Von Eitzen regarding organizational matters (0.3) |
| 8/25/2020 | Andrulis, Loren | 0.2 | $115.00 | $575.00 | BK12 | Business Operations | Organizational document and business record update |
| 8/28/2020 | Andrulis, Loren | 0.3 | $172.50 | $575.00 | BK12 | Business Operations | Correspondence from equity owner regarding equity ownership issues (0.1); prepare response (0.2) |
| 8/31/2020 | Andrulis, Loren | 0.3 | $172.50 | $575.00 | BK12 | Business Operations | Memo with and conference with Ms. Von Eitzen regarding equity holder question and plan response (0.2); commence draft response (0.1) |
| | TOTAL | 1.3 | $747.50 | | | | |
| **CASE ADMINISTRATION** | | | | | | | |
| 8/5/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK13 | Case Administration | Conferences regarding amendments to schedules and matrix |
| 8/13/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK13 | Case Administration | Emails regarding financials, etc. |
| 8/14/2020 | Von Eitzen, Elisabeth M | 0.9 | $409.50 | $455.00 | BK13 | Case Administration | Conference with Mr. Grow regarding case status (0.4); telephone conference with Messrs. Lucas and Rosell and Ms. Giunta regarding case strategy, sale status, and assumption and rejection of leases (0.5) |
| 8/14/2020 | Grow, Stephen B. | 0.6 | $357.00 | $595.00 | BK13 | Case Administration | Review docket and pending matters (0.3); telephone conference with Ms. Von Eitzen regarding structured dismissal (0.3) |
| 8/14/2020 | Giunta, Rozanne M | 1.7 | $773.50 | $455.00 | BK13 | Case Administration | Numerous conferences and emails with Hal Nelson regarding Ionia Ventures (0.8); conference call with parties regarding status of all matters (0.5); emails regarding lease rejection issues and spreadsheet (0.4) |
| 8/17/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK13 | Case Administration | Emails regarding trademarks and email regarding Ionia lease |
| 8/19/2020 | Giunta, Rozanne M | 1.2 | $546.00 | $455.00 | BK13 | Case Administration | Emails and conferences regarding budget (0.6); emails and conferences regarding hearing issues (0.6) |
| 8/25/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK13 | Case Administration | Emails regarding Corrigan, etc. |
| 8/26/2020 | Nikodemski, Janet M. | 0.2 | $38.00 | $190.00 | BK13 | Case Administration | Prepare proof of service regarding order adjourning hearings |
| 8/31/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK13 | Case Administration | Conference call with Rock Creek regarding schedule issues |
| 8/31/2020 | Von Eitzen, Elisabeth M | 1.1 | $500.50 | $455.00 | BK13 | Case Administration | Telephone conference with Rock Creek regarding amendments to schedules and correspondence regarding same (0.8); conference with Ms. Giunta regarding schedules (0.3) |
| | TOTAL | 8.3 | $3,807.50 | | | | |
| **CLAIMS ADMINISTRATION/OBJECTIONS** | | | | | | | |
| 8/12/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK14 | Claims Administration/Objections | Check docket for objections (0.1); prepare certification of no objections to motion for bar date (0.2) |

| Date | Name | Hours | Amount | BK | Category | Description |
|---|---|---|---|---|---|---|
| 8/12/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK14 | Claims Administration/Objections | Review and revise proposed bar date order and attention to service issues regarding same |
| 8/27/2020 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK14 | Claims Administration/Objections | Review bar date and email regarding same |
| | TOTAL | 1 | $375.50 | | | | |
| **FEE/EMPLOYMENT APPLICATIONS** | | | | | | | |
| 8/3/2020 | Nikodemski, Janet M. | 0.4 | $76.00 | $190.00 | BK16 | Fee/Employment Applications | Complete response to objections to fee statements (0.2); prepare proof of service (0.2) |
| 8/3/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK16 | Fee/Employment Applications | Review and revise response to FSB objection to fee statement and correspondence regarding same |
| 8/4/2020 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Mr. Hersch regarding hearing on fee statements |
| 8/6/2020 | Von Eitzen, Elisabeth M | 1.7 | $773.50 | $455.00 | BK16 | Fee/Employment Applications | Attend hearing on objection to committee retention and fee order |
| 8/7/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK16 | Fee/Employment Applications | Attend hearing regarding opinion on objection to committee retention and fee order |
| 8/11/2020 | Von Eitzen, Elisabeth M | 0.6 | $273.00 | $455.00 | BK16 | Fee/Employment Applications | Begin preparing fee statement for July fee statement (0.5); correspondence with Mr. Lucas regarding July fee statements (0.1) |
| 8/12/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK16 | Fee/Employment Applications | Telephone conference with Mr. Maggio regarding Mastodon retention order |
| 8/13/2020 | Von Eitzen, Elisabeth M | 1 | $455.00 | $455.00 | BK16 | Fee/Employment Applications | Revise PSZ&J July fee statement (0.2); correspondence with Mr. Neitzel regarding Rock Creek fee statement (0.1); telephone conference with Mr. Andrulis regarding retention order and fee order (0.3); telephone conference with Ms. Giunta regarding same (0.2); continue drafting July 2020 fee statement (0.2) |
| 8/17/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK16 | Fee/Employment Applications | Telephone conference with Mr. Maggio regarding Mastodon employment application (0.1); correspondence with Messrs. Hersch and Lucas regarding same (0.1) |
| 8/18/2020 | Nikodemski, Janet M. | 0.4 | $76.00 | $190.00 | BK16 | Fee/Employment Applications | Prepare notice of amended order to employ Mastodon |
| 8/18/2020 | Von Eitzen, Elisabeth M | 0.3 | $136.50 | $455.00 | BK16 | Fee/Employment Applications | Revise Mastodon retention order (0.2); correspondence with Mr. Hersch regarding Mastodon retention order (0.1) |
| 8/19/2020 | Von Eitzen, Elisabeth M | 0.7 | $318.50 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Mr. Hersch regarding Mastodon retention (0.2); telephone conference with Mr. Maggio regarding Mastodon retention order (0.3); correspondence with Mr. Ayers regarding payment of professional fees (0.1); telephone conference with Mr. Ayers regarding payment of professional fees (0.1) |
| 8/21/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK16 | Fee/Employment Applications | Prepare proof of service regarding order to employ Mastodon Ventures, Inc. |
| 8/21/2020 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Mr. Hersch regarding Mastodon retention order |
| 8/26/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK16 | Fee/Employment Applications | Emails regarding interim payment and Mastadon order |
| | TOTAL | 7.5 | $3,121.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **LITIGATION** | | | | | | |
| 8/12/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK18 | Litigation | Telephone conference with Mr. Altman regarding Chicago litigation |
| | **TOTAL** | **0.2** | **$91.00** | | | | |
| | | | | | | | |
| **ASSUMPTION & REJECTION OF LEASES/CONTRACTS** | | | | | | | |
| 8/4/2020 | Von Eitzen, Elisabeth M | 0.3 | $136.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with BarFly and Rock Creek regarding rejection timeline (0.2); correspondence with Mr. Kozak regarding ice machine lease (0.1) |
| 8/5/2020 | Von Eitzen, Elisabeth M | 1 | $455.00 | | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Nidvall regarding rejection of leases and executory contracts (0.5); review ice machine lease (0.3); correspondence to Mr. Kozak regarding additional personal property leases (0.1); telephone conference and correspondence with Mr. Moyer regarding assumption and cure notice (0.1) |
| 8/6/2020 | Von Eitzen, Elisabeth M | 0.4 | $182.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Review proposed amendment to Indianapolis lease and correspondence with Mr. Neitzel regarding same |
| 8/12/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Check docket for objects (0.1); prepare certification of no objections to motion for rejection of certain leases (0.2) |
| 8/12/2020 | Von Eitzen, Elisabeth M | 1.5 | $682.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Review cure objections (0.9); draft spreadsheet regarding cure notices and objections to same (0.5); correspondence to Rock Creek regarding cure objection spreadsheet (0.1) |
| 8/14/2020 | Von Eitzen, Elisabeth M | 0.8 | $364.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Messrs. Lidvell and Sellers regarding assumption and rejection of leases |
| 8/18/2020 | Giunta, Rozanne M | 0.8 | $364.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Numerous emails regarding Lexington location/landlord |
| 8/18/2020 | Von Eitzen, Elisabeth M | 2.7 | $1,228.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Begin drafting third omnibus motion to reject leases |
| 8/19/2020 | Nikodemski, Janet M. | 0.3 | $57.00 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Prepare proof of service regarding order rejecting leases |
| 8/19/2020 | Von Eitzen, Elisabeth M | 1.2 | $546.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lucas regarding rejection motion (0.1); correspondence with Messrs. Lidvall, Sellers, and Rock Creek regarding rejection of executory contracts (0.3); continue drafting third omnibus rejection motion (0.8) |
| 8/20/2020 | Woods, Alexandra M | 0.1 | $26.00 | $260.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. Von Eitzen regarding leases |
| 8/20/2020 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Emails with Mr. Neitzel regarding Lexington issues |
| 8/20/2020 | Von Eitzen, Elisabeth M | 3.2 | $1,456.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Telephone conference with Rock Creek and BarFly team regarding rejection of executory contracts (0.7); begin drafting motion to reject executory contracts (1.5); continue drafting third omnibus rejection motion (1.0) |
| 8/21/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence regarding Stella lease |
| 8/24/2020 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Emails regarding Lexington |

| Date | Name | Hours | Amount | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 8/24/2020 | Woods, Alexandra M | 0.2 | $52.00 | $260.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. Von Eitzen regarding leases |
| 8/24/2020 | Von Eitzen, Elisabeth M | 0.5 | $227.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Continue drafting third omnibus motion to reject leases (0.3); correspondence with Messrs. Neitzel, Sellers, and Lidvall regarding third omnibus motion to reject leases (0.2) |
| 8/25/2020 | Woods, Alexandra M | 0.7 | $182.00 | $260.00 | BK25 | Assumption & Rejection of Leases/Contracts | Review Grand Rapids Brewing Company lease regarding equipment and fixtures |
| 8/25/2020 | Von Eitzen, Elisabeth M | 1.6 | $728.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Conferences with Mr. Lidvall and Neitzel regarding rejection of leases and executory contracts (1.5); correspondence with Mr. Lidvall regarding third omnibus motion to reject leases (0.1) |
| 8/26/2020 | Nikodemski, Janet M. | 1 | $190.00 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Prepare notice to object to 3rd omnibus rejection of lease (0.4) and proof of service (0.3); complete motion (.3) |
| 8/26/2020 | Von Eitzen, Elisabeth M | 1.9 | $864.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Telephone conference with Mr. Carrillo regarding Kansas City lease rejection and personal property abandonment (0.2); continue drafting fourth omnibus motion to reject executory contracts (1.7) |
| 8/27/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Carrillo regarding motion to reject lease (0.1); correspondence with Mr. Rosell regarding personal property remaining in Kansas City (0.1) |
| 8/28/2020 | Woods, Alexandra M | 0.1 | $26.00 | $260.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. Von Eitzen regarding leases |
| 8/28/2020 | Von Eitzen, Elisabeth M | 1.7 | $773.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Ms. West regarding rejection of Madison lease and abandonment of personal property (0.2); correspondence with Messrs. Lidvall and Neitzel regarding status of personal property in Madison location (0.1); correspondence with Mr. Neitzel regarding Indianapolis lease (0.1); continue drafting fourth omnibus motion to reject executory contracts (1.1); correspondence with Messrs. Peirce, Lidvall, Blonk, and Neitzel regarding same (0.2) |
| 8/31/2020 | Nikodemski, Janet M. | 0.8 | $152.00 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Prepare notice and opportunity to reject lease (0.3) and proof of service (0.3); complete motion and order to reject lease (0.2) |
| 8/31/2020 | Von Eitzen, Elisabeth M | 1.6 | $728.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lidvall regarding potential lease rejections (0.3); revise fourth omnibus motion to reject executory contracts and correspondence with Messrs. Lidvall and Neitzel regarding same (0.9); correspondence with Mr. Lidvall regarding equipment lease with 58 Ionia Holding (0.4) |
| **TOTAL** | | **24.1** | **$10,115.00** | | | | |
| | | | | | | | |
| **MEETINGS & COMMUNICATIONS WITH CREDITORS** | | | | | | | |
| 8/19/2020 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK30 | Meetings & Communicatons with Creditors | Correspondence with Mr. Sweeny regarding MMSH, LLC and assignment of Waldron lease |
| 8/20/2020 | Giunta, Rozanne M | 1.4 | $637.00 | $455.00 | BK30 | Meetings & Communicatons with Creditors | Emails regarding Corrigan and review proposed stipulation (0.6); conference with IRS regarding status (0.2); emails regarding Lexington location (0.4); email with Florida AG regarding filing (0.2) |

| Date | Name | Hours | | Amount | | Code | Meetings & Communicatons with Creditors | Description |
|---|---|---|---|---|---|---|---|---|
| 8/21/2020 | Giunta, Rozanne M | 1.5 | | $682.50 | $455.00 | BK30 | | Emails regarding Corrigan (0.7); emails regarding Lexington (0.4); emails with Krone (0.4) |
| | TOTAL | 3.1 | | $1,410.50 | | | | |
| **REPORTING** | | | | | | | | |
| 8/11/2020 | Giunta, Rozanne M | 0.5 | | $227.50 | $455.00 | BK33 | Reporting | Review monthly operating report |
| 8/12/2020 | Giunta, Rozanne M | 0.5 | | $227.50 | $455.00 | BK33 | Reporting | Emails and conferences regarding monthly operating report and arrange for filing |
| | TOTAL | 1 | | $455.00 | | | | |
| | | | | | | | | |
| | TOTAL FOR ALL PHASE CODES | 54.6 | | $24,061.00 | | | | |

## EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| August, 2020 | Motion Fee | $181.00 |
| August, 2020 | Federal Express Charges | $12.10 |
| August, 2020 | Postage | $866.20 |
| | TOTAL | $1,059.30 |