# EXHIBIT G

# NOVEMBER FEE SUMMARY:

## Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Giunta, Rozanne | $455.00 | Parter | RIPG | 0.7 | $318.50 |
| Grow, Stephen | $595.00 | Partner | RIPG | 0.6 | $357.00 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 0.3 | $57.00 |
| Nolan, Robert | $540.00 | Partner | Real Estate | 0.4 | $216.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 12.7 | $5,778.50 |
| | | | TOTALS | 14.7 | $6,727.00 |

## Total by Phase Code

| Task Code | Task Description | Total Hours | Total Billed |
|---|---|---|---|
| BK11 | Asset Disposition | 0.7 | $318.50 |
| BK13 | Case Administration | 7.7 | $3,587.50 |
| BK14 | Claims Administration/Objections | 0.3 | $136.50 |
| BK16 | Fee/Employment Applications | 4.7 | $2,059.00 |
| BK25 | Assumption & Rejection of Leases/Contracts | 0.9 | $409.50 |
| BK32 | Real Estate | 0.4 | $216.00 |
| | TOTAL | 14.7 | $6,727.00 |

## TIME SUMMARY BY DATE

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| 11/1/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Neitzel regarding East Lansing rental payment |
| 11/2/2020 | Von Eitzen, Elisabeth M | $455.00 | 1 | $455.00 | BK13 | Case Administration | Review and revise motion to substantively consolidate and convert (0.9); correspondence with Mr. Rosell regarding BarFly Management consolidation (0.1) |
| 11/3/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Rock Creek regarding Mastodon fee application |
| 11/4/2020 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails regarding closing issues/trustee |
| 11/4/2020 | Grow, Stephen B. | $357.00 | 0.6 | $595.00 | BK13 | Case Administration | Review committee motion to consolidate (0.3); telephone conference with Ms. Von Eitzen regarding same (0.3) |
| 11/4/2020 | Von Eitzen, Elisabeth M | $273.00 | 0.6 | $455.00 | BK13 | Case Administration | Review committee's proposed changes to motion to substantively consolidate and convert case and correspondence with Messrs. Lucas and Rosell regarding same (0.5); correspondence with Messrs. Lidvall and Neitzel regarding remaining executory contracts (0.1) |
| 11/5/2020 | Giunta, Rozanne M | $136.50 | 0.3 | $455.00 | BK14 | Claims Administration/Objections | Review and forward claim spreadsheet |
| 11/5/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Brandess and Rosell regarding hearing on motion to substantively consolidate |
| 11/5/2020 | Von Eitzen, Elisabeth M | $364.00 | 0.8 | $455.00 | BK16 | Fee/Employment Applications | Begin spreadsheet for October fees for final fee application |
| 11/5/2020 | Von Eitzen, Elisabeth M | $182.00 | 0.4 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Messrs. Lidvall and Neitzel regarding executory contracts to reject or maintain (0.2); correspondence with Mr. Lidvall regarding effect of rejection (0.2) |
| 11/6/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Rosell regarding executory contracts to maintain |
| 11/10/2020 | Von Eitzen, Elisabeth M | $728.00 | 1.6 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Rosell regarding executory contracts and motion to consolidate (0.1); telephone conference with Mr. Rosell regarding same (0.1); telephone conference with Mr. Lidvall regarding same (0.2); draft exhibit regarding 503(b)(9) and PACA claims (0.5); correspondence with Ms. Neitzel regarding same (0.1) review and revise motion to consolidate (0.6) |

| Date | Name | Amount | Hours | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 11/10/2020 | Nikodemski, Janet M. | $57.00 | 0.3 | $190.00 | BK16 | Fee/Employment Applications | Check docket for objections (0.1); prepare certification of no objects to final fee application of Mastodon (0.2) |
| 11/11/2020 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK13 | Case Administration | Continue drafting exhibit C to motion to consolidate (0.2); correspondence with Mr. Neitzel regarding PACA claims (0.2); revise proposed order to motion to consolidate (0.3) |
| 11/12/2020 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK11 | Asset Disposition | Draft notice of entry of sale order and prepare for filing |
| 11/12/2020 | Von Eitzen, Elisabeth M | $364.00 | 0.8 | $455.00 | BK13 | Case Administration | Revise motion to consolidate and proposed orders regarding same and prepare for filing (0.6); correspondence to Messrs. Hage and Brandess regarding motion to consolidate (0.1); correspondence with Mr. Brandess regarding committee's supplement to motion to consolidate (0.1) |
| 11/12/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Messrs. Lucas and Brandess regarding fee applications |
| 11/13/2020 | Von Eitzen, Elisabeth M | $682.50 | 1.5 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Brandess regarding committee supplement (0.1); review and revise matrix (including addition of counterparties to executory contracts and unexpired leases) and conferences regarding same (1.4) |
| 11/13/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lidvall regarding additional executory contracts |
| 11/16/2020 | Nolan, Robert J | $216.00 | 0.4 | $540.00 | BK32 | Real Estate | Receipt and review of Beltline landlord's position regarding October rent; analysis of amendment; telephone conference with Mr. Neitzel regarding Beltline |
| 11/16/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Messrs. Ayers and Neitzel regarding fee applications |
| 11/23/2020 | Von Eitzen, Elisabeth M | $1,365.00 | 3 | $455.00 | BK16 | Fee/Employment Applications | Draft October fee statement and supporting spreadsheet |
| 11/24/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Finalize October fee statement |
| 11/30/2020 | Von Eitzen, Elisabeth M | $136.50 | 0.3 | $455.00 | BK13 | Case Administration | Correspondence regarding retainer held by Schiff Hardin and telephone conference with Mr. Neitzel regarding same |
| | TOTAL | $6,727.00 | 14.7 | | | | |

# TIME BY TIMEKEEPER

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| **GIUNTA, ROZANNE** | | | | | | | |
| 11/4/2020 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails regarding closing issues/trustee |
| 11/5/2020 | Giunta, Rozanne M | $136.50 | 0.3 | $455.00 | BK14 | Claims Administration/Objections | Review and forward claim spreadsheet |
| | TOTAL | $318.50 | 0.7 | | | | |
| **GROW, STEPHEN** | | | | | | | |
| 11/4/2020 | Grow, Stephen B. | $357.00 | 0.6 | $595.00 | BK13 | Case Administration | Review committee motion to consolidate (0.3); telephone conference with Ms. Von Eitzen regarding same (0.3) |
| | TOTAL | $357.00 | 0.6 | | | | |
| **NIKODEMSKI, JANET** | | | | | | | |
| 11/10/2020 | Nikodemski, Janet M. | $57.00 | 0.3 | $190.00 | BK16 | Fee/Employment Applications | Check docket for objections (0.1); prepare certification of no objects to final fee application of Mastodon (0.2) |
| | TOTAL | $57.00 | 0.3 | | | | |
| **NOLAN, ROBERT** | | | | | | | |
| 11/16/2020 | Nolan, Robert J | $216.00 | 0.4 | $540.00 | BK32 | Real Estate | Receipt and review of Beltline landlord's position regarding October rent; analysis of amendment; telephone conference with Mr. Neitzel regarding Beltline |
| | TOTAL | $216.00 | 0.4 | | | | |
| **VON EITZEN, ELISABETH** | | | | | | | |
| 11/1/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Neitzel regarding East Lansing rental payment |
| 11/2/2020 | Von Eitzen, Elisabeth M | $455.00 | 1 | $455.00 | BK13 | Case Administration | Review and revise motion to substantively consolidate and convert (0.9); correspondence with Mr. Rosell regarding BarFly Management consolidation (0.1) |
| 11/3/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Rock Creek regarding Mastodon fee application |
| 11/4/2020 | Von Eitzen, Elisabeth M | $273.00 | 0.6 | $455.00 | BK13 | Case Administration | Review committee's proposed changes to motion to substantively consolidate and convert case and correspondence with Messrs. Lucas and Rosell regarding same (0.5); correspondence with Messrs. Lidvall and Neitzel regarding remaining executory contracts (0.1) |
| 11/5/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Brandess and Rosell regarding hearing on motion to substantively consolidate |

| Date | Name | Amount | Hours | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 11/5/2020 | Von Eitzen, Elisabeth M | $364.00 | 0.8 | $455.00 | BK16 | Fee/Employment Applications | Begin spreadsheet for October fees for final fee application |
| 11/5/2020 | Von Eitzen, Elisabeth M | $182.00 | 0.4 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Messrs. Lidvall and Neitzel regarding executory contracts to reject or maintain (0.2); correspondence with Mr. Lidvall regarding effect of rejection (0.2) |
| 11/6/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Rosell regarding executory contracts to maintain |
| 11/10/2020 | Von Eitzen, Elisabeth M | $728.00 | 1.6 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Rosell regarding executory contracts and motion to consolidate (0.1); telephone conference with Mr. Rosell regarding same (0.1); telephone conference with Mr. Lidvall regarding same (0.2); draft exhibit regarding 503(b)(9) and PACA claims (0.5); correspondence with Ms. Neitzel regarding same (0.1) review and revise motion to consolidate (0.6) |
| 11/11/2020 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK13 | Case Administration | Continue drafting exhibit C to motion to consolidate (0.2); correspondence with Mr. Neitzel regarding PACA claims (0.2); revise proposed order to motion to consolidate (0.3) |
| 11/12/2020 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK11 | Asset Disposition | Draft notice of entry of sale order and prepare for filing |
| 11/12/2020 | Von Eitzen, Elisabeth M | $364.00 | 0.8 | $455.00 | BK13 | Case Administration | Revise motion to consolidate and proposed orders regarding same and prepare for filing (0.6); correspondence to Messrs. Hage and Brandess regarding motion to consolidate (0.1); correspondence with Mr. Brandess regarding committee's supplement to motion to consolidate (0.1) |
| 11/12/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Messrs. Lucas and Brandess regarding fee applications |
| 11/13/2020 | Von Eitzen, Elisabeth M | $682.50 | 1.5 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Brandess regarding committee supplement (0.1); review and revise matrix (including addition of counterparties to executory contracts and unexpired leases) and conferences regarding same (1.4) |
| 11/13/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lidvall regarding additional executory contracts |
| 11/16/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Messrs. Ayers and Neitzel regarding fee applications |
| 11/23/2020 | Von Eitzen, Elisabeth M | $1,365.00 | 3 | $455.00 | BK16 | Fee/Employment Applications | Draft October fee statement and supporting spreadsheet |
| 11/24/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Finalize October fee statement |

| Date | Timekeeper | Amount | Hours | Rate | Category | Case Administration | Description |
|---|---|---|---|---|---|---|---|
| 11/30/2020 | Von Eitzen, Elisabeth M | $136.50 | 0.3 | $455.00 | BK13 | | Correspondence regarding retainer held by Schiff Hardin and telephone conference with Mr. Neitzel regarding same |
| | TOTAL | $5,778.50 | 12.7 | | | | |
| | TOTAL OF ALL TIMEKEEPERS | $6,727.00 | 14.7 | | | | |

# TIME BY TASK CODE

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| **ASSET DISPOSITION** | | | | | | | |
| 11/12/2020 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK11 | Asset Disposition | Draft notice of entry of sale order and prepare for filing |
| | **TOTAL** | **$318.50** | **0.7** | | | | |
| **CASE ADMINISTRATION** | | | | | | | |
| 11/2/2020 | Von Eitzen, Elisabeth M | $455.00 | 1 | $455.00 | BK13 | Case Administration | Review and revise motion to substantively consolidate and convert (0.9); correspondence with Mr. Rosell regarding BarFly Management consolidation (0.1) |
| 11/4/2020 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails regarding closing issues/trustee |
| 11/4/2020 | Grow, Stephen B. | $357.00 | 0.6 | $595.00 | BK13 | Case Administration | Review committee motion to consolidate (0.3); telephone conference with Ms. Von Eitzen regarding same (0.3) |
| 11/4/2020 | Von Eitzen, Elisabeth M | $273.00 | 0.6 | $455.00 | BK13 | Case Administration | Review committee's proposed changes to motion to substantively consolidate and convert case and correspondence with Messrs. Lucas and Rosell regarding same (0.5); correspondence with Messrs. Lidvall and Neitzel regarding remaining executory contracts (0.1) |
| 11/5/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Brandess and Rosell regarding hearing on motion to substantively consolidate |
| 11/10/2020 | Von Eitzen, Elisabeth M | $728.00 | 1.6 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Rosell regarding executory contracts and motion to consolidate (0.1); telephone conference with Mr. Rosell regarding same (0.1); telephone conference with Mr. Lidvall regarding same (0.2); draft exhibit regarding 503(b)(9) and PACA claims (0.5); correspondence with Ms. Neitzel regarding same (0.1) review and revise motion to consolidate (0.6) |
| 11/11/2020 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK13 | Case Administration | Continue drafting exhibit C to motion to consolidate (0.2); correspondence with Mr. Neitzel regarding PACA claims (0.2); revise proposed order to motion to consolidate (0.3) |
| 11/12/2020 | Von Eitzen, Elisabeth M | $364.00 | 0.8 | $455.00 | BK13 | Case Administration | Revise motion to consolidate and proposed orders regarding same and prepare for filing (0.6); correspondence to Messrs. Hage and Brandess regarding motion to consolidate (0.1); correspondence with Mr. Brandess regarding committee's supplement to motion to consolidate (0.1) |
| 11/13/2020 | Von Eitzen, Elisabeth M | $682.50 | 1.5 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Brandess regarding committee supplement (0.1); review and revise matrix (including addition of counterparties to executory contracts and unexpired leases) and conferences regarding same (1.4) |
| 11/30/2020 | Von Eitzen, Elisabeth M | $136.50 | 0.3 | $455.00 | BK13 | Case Administration | Correspondence regarding retainer held by Schiff Hardin and telephone conference with Mr. Neitzel regarding same |

| | | TOTAL | $3,587.50 | 7.7 | | | | |
|---|---|---|---|---|---|---|---|---|
| **CLAIMS ADMINISTRATION/OBJECTIONS** | | | | | | | | |
| 11/5/2020 | Giunta, Rozanne M | | $136.50 | 0.3 | $455.00 | BK14 | Claims Administration/Objections | Review and forward claim spreadsheet |
| | TOTAL | | $136.50 | 0.3 | | | | |
| **FEE/EMPLOYMENT APPLICATIONS** | | | | | | | | |
| 11/3/2020 | Von Eitzen, Elisabeth M | | $45.50 | 0.1 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Rock Creek regarding Mastodon fee application |
| 11/5/2020 | Von Eitzen, Elisabeth M | | $364.00 | 0.8 | $455.00 | BK16 | Fee/Employment Applications | Begin spreadsheet for October fees for final fee application |
| 11/10/2020 | Nikodemski, Janet M. | | $57.00 | 0.3 | $190.00 | BK16 | Fee/Employment Applications | Check docket for objections (0.1); prepare certification of no objects to final fee application of Mastodon (0.2) |
| 11/12/2020 | Von Eitzen, Elisabeth M | | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Messrs. Lucas and Brandess regarding fee applications |
| 11/16/2020 | Von Eitzen, Elisabeth M | | $45.50 | 0.1 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Messrs. Ayers and Neitzel regarding fee applications |
| 11/23/2020 | Von Eitzen, Elisabeth M | | $1,365.00 | 3 | $455.00 | BK16 | Fee/Employment Applications | Draft October fee statement and supporting spreadsheet |
| 11/24/2020 | Von Eitzen, Elisabeth M | | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Finalize October fee statement |
| | TOTAL | | $2,059.00 | 4.7 | | | | |
| **ASSUMPTION & REJECTION OF LEASES/CONTRACTS** | | | | | | | | |
| 11/1/2020 | Von Eitzen, Elisabeth M | | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Neitzel regarding East Lansing rental payment |
| 11/5/2020 | Von Eitzen, Elisabeth M | | $182.00 | 0.4 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Messrs. Lidvall and Neitzel regarding executory contracts to reject or maintain (0.2); correspondence with Mr. Lidvall regarding effect of rejection (0.2) |
| 11/6/2020 | Von Eitzen, Elisabeth M | | $45.50 | 0.1 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Rosell regarding executory contracts to maintain |
| 11/13/2020 | Von Eitzen, Elisabeth M | | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lidvall regarding additional executory contracts |
| | TOTAL | | $409.50 | 0.9 | | | | |

| REAL ESTATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/16/2020 | Nolan, Robert J | | $216.00 | 0.4 | $540.00 | BK32 | Real Estate | Receipt and review of Beltline landlord's position regarding October rent; analysis of amendment; telephone conference with Mr. Neitzel regarding Beltline |
| | TOTAL | | $216.00 | 0.4 | | | | |
| | TOTAL OF ALL TASK CODES | | $6,727.00 | 14.7 | | | | |

## EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| November, 2020 | Photocopies | $1,812.00 |
| November, 2020 | Postage | $1,716.40 |
|  | **TOTAL** | **$3,528.40** |