# EXHIBIT H

**DECEMBER FEE SUMMARY:**

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Giunta, Rozanne | $455.00 | Parter | RIPG | 0.9 | $409.50 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 0.4 | $76.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 5.2 | $2,366.00 |
| | | | **TOTALS** | **6.5** | **$2,851.50** |

### Total by Phase Code

| Task Code | Task Description | Total Hours | Total Billed |
|---|---|---|---|
| BK13 | Case Administration | 4.8 | $2,184.00 |
| BK16 | Fee/Employment Applications | 1.3 | $538.50 |
| BK25 | Assumption & Rejection of Leases/Contracts | 0.4 | $129.00 |
| | **TOTAL** | **6.5** | **$2,851.50** |

## TIME SUMMARY BY DATE

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| 12/1/2020 | Nikodemski, Janet M. | $38.00 | 0.2 | $190.00 | BK16 | Fee/Employment Applications | Prepare a proof of service regarding final order for Mastadon fees |
| 12/1/2020 | Nikodemski, Janet M. | $38.00 | 0.2 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Prepare a proof of service regarding sixth omnibus order for reject of leases |
| 12/2/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Yan regarding Chicago retainer |
| 12/3/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Begin preparing November fee statement |
| 12/4/2020 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Telephone conference with Messrs. Lucas, Rosell, and Neitzel regarding hearing on motion to consolidate and convert cases |
| 12/7/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Rosell regarding revised conversion orders |
| 12/8/2020 | Giunta, Rozanne M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Several emails regarding US Trustee fees |
| 12/9/2020 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Review and finalize revised conversion orders (0.4); correspondence with Ms. Koerth regarding attendance at hearing (0.1) |
| 12/10/2020 | Von Eitzen, Elisabeth M | $1,137.50 | 2.5 | $455.00 | BK13 | Case Administration | Telephone conference with Mr. Maggio regarding substantive consolidation hearing (0.3); attend substantive consolidation hearing (2.2) |
| 12/10/2020 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails with Rock Creek and US Trustee regarding fee payment |
| 12/14/2020 | Von Eitzen, Elisabeth M | $409.50 | 0.9 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Mr. Lucas regarding November fee statement (0.1); draft November fee statement (0.8) |
| 12/14/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lidvall regarding dates of rejection of real property leases |
| 12/23/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Lucas regarding Lidvall declaration |
| **TOTAL** | | **$2,851.50** | **6.5** | | | | |

**TIME BY TIMEKEEPER**

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| **GIUNTA, ROZANNE** | | | | | | | |
| 12/8/2020 | Giunta, Rozanne M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Several emails regarding US Trustee fees |
| 12/10/2020 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails with Rock Creek and US Trustee regarding fee payment |
| | **TOTAL** | **$409.50** | **0.9** | | | | |
| **NIKODEMSKI, JANET** | | | | | | | |
| 12/1/2020 | Nikodemski, Janet M. | $38.00 | 0.2 | $190.00 | BK16 | Fee/Employment Applications | Prepare a proof of service regarding final order for Mastadon fees |
| 12/1/2020 | Nikodemski, Janet M. | $38.00 | 0.2 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Prepare a proof of service regarding sixth omnibus order for reject of leases |
| | **TOTAL** | **$76.00** | **0.4** | | | | |
| **VON EITZEN, ELISABETH** | | | | | | | |
| 12/2/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Yan regarding Chicago retainer |
| 12/3/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Begin preparing November fee statement |
| 12/4/2020 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Telephone conference with Messrs. Lucas, Rosell, and Neitzel regarding hearing on motion to consolidate and convert cases |
| 12/7/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Rosell regarding revised conversion orders |
| 12/9/2020 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Review and finalize revised conversion orders (0.4); correspondence with Ms. Koerth regarding attendance at hearing (0.1) |
| 12/10/2020 | Von Eitzen, Elisabeth M | $1,137.50 | 2.5 | $455.00 | BK13 | Case Administration | Telephone conference with Mr. Maggio regarding substantive consolidation hearing (0.3); attend substantive consolidation hearing (2.2) |
| 12/14/2020 | Von Eitzen, Elisabeth M | $409.50 | 0.9 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Mr. Lucas regarding November fee statement (0.1); draft November fee statement (0.8) |
| 12/14/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lidvall regarding dates of rejection of real property leases |
| 12/23/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Lucas regarding Lidvall declaration |
| | **TOTAL** | **$2,366.00** | **5.2** | | | | |

| TOTAL OF ALL TIMEKEEPERS | $2,851.50 | 6.5 |

## TIME BY TASK CODE

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| **CASE ADMINISTRATION** | | | | | | | |
| 12/2/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Yan regarding Chicago retainer |
| 12/4/2020 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Telephone conference with Messrs. Lucas, Rosell, and Neitzel regarding hearing on motion to consolidate and convert cases |
| 12/7/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Rosell regarding revised conversion orders |
| 12/8/2020 | Giunta, Rozanne M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Several emails regarding US Trustee fees |
| 12/9/2020 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Review and finalize revised conversion orders (0.4); correspondence with Ms. Koerth regarding attendance at hearing (0.1) |
| 12/10/2020 | Von Eitzen, Elisabeth M | $1,137.50 | 2.5 | $455.00 | BK13 | Case Administration | Telephone conference with Mr. Maggio regarding substantive consolidation hearing (0.3); attend substantive consolidation hearing (2.2) |
| 12/10/2020 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails with Rock Creek and US Trustee regarding fee payment |
| 12/23/2020 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Lucas regarding Lidvall declaration |
| | **TOTAL** | **$2,184.00** | **4.8** | | | | |
| | | | | | | | |
| **FEE/EMPLOYMENT APPLICATIONS** | | | | | | | |
| 12/1/2020 | Nikodemski, Janet M. | $38.00 | 0.2 | $190.00 | BK16 | Fee/Employment Applications | Prepare a proof of service regarding final order for Mastadon fees |
| 12/3/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK16 | Fee/Employment Applications | Begin preparing November fee statement |
| 12/14/2020 | Von Eitzen, Elisabeth M | $409.50 | 0.9 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Mr. Lucas regarding November fee statement (0.1); draft November fee statement (0.8) |
| | **TOTAL** | **$538.50** | **1.3** | | | | |
| | | | | | | | |
| **ASSUMPTION & REJECTION OF LEASES/CONTRACTS** | | | | | | | |
| 12/1/2020 | Nikodemski, Janet M. | $38.00 | 0.2 | $190.00 | BK25 | Assumption & Rejection of Leases/Contracts | Prepare a proof of service regarding sixth omnibus order for reject of leases |
| 12/14/2020 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with Mr. Lidvall regarding dates of rejection of real property leases |
| | **TOTAL** | **$129.00** | **0.4** | | | | |

| TOTAL OF ALL TASK CODES | $2,851.50 | 6.5 |
|---|---|---|

## EXPENSE SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| NO EXPENSES IN DECEMBER | | |
| | | |
| | TOTAL | $0.00 |