# EXHIBIT I

**JANUARY FEE SUMMARY:**

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Andrulis, Loren | $575.00 | Partner | Corporate | 0.3 | $172.50 |
| Giunta, Rozanne | $455.00 | Parter | RIPG | 1.4 | $637.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 5.2 | $2,366.00 |
|  |  |  | TOTALS | 6.9 | $3,175.50 |

### Total by Phase Code

| Task Code | Task Description | Total Hours | Total Billed |
|---|---|---|---|
| BK12 | Business Operations | 0.3 | $172.50 |
| BK13 | Case Administration | 6.6 | $3,003.00 |
|  | TOTAL | 6.9 | $3,175.50 |

**TIME SUMMARY BY DATE**

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| 1/5/2021 | Von Eitzen, Elisabeth M | $136.50 | 0.3 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Lidvall and Lucas regarding conversion hearing |
| 1/7/2021 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails regarding WC audit |
| 1/7/2021 | Von Eitzen, Elisabeth M | $591.50 | 1.3 | $455.00 | BK13 | Case Administration | Attend hearing on motion to substantially consolidate (1.1); correspondence regarding insurance contracts (0.2) |
| 1/8/2021 | Von Eitzen, Elisabeth M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Telephone conference with Mr. Piggins regarding consolidation hearing |
| 1/8/2021 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK13 | Case Administration | Correspondence to Mr. Neitzel regarding workers' compensation insurance |
| 1/11/2021 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Lucas and Neitzel regarding bench opinion hearing (0.2); telephone conference with Mr. Maggio regarding same (0.3) |
| 1/12/2021 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK13 | Case Administration | Attend bench opinion on motion to consolidate (0.6); correspondence with Mr. Lucas regarding proposed order (0.1) |
| 1/13/2021 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK13 | Case Administration | Telephone conference with creditor regarding status of case and potential distribution and correspondence to Mr. Hage regarding same (0.2); telephone conference with Mr. Neitzel regarding workers compensation (0.5) |
| 1/20/2021 | Andrulis, Loren | $172.50 | 0.3 | $575.00 | BK12 | Business Operations | Memos and correspondence regarding HopCat foreign qualification matters and wind down issues (0.1); consider strategy (0.1); conference with Ms. Von Eitzen regarding same (0.1) |
| 1/20/2021 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Neitzel regarding dissolution of HopCat entities |
| 1/21/2021 | Giunta, Rozanne M | $364.00 | 0.8 | $455.00 | BK13 | Case Administration | Conference with IRS regarding status; emails and conferences with parties regarding IRS return status |
| 1/22/2021 | Giunta, Rozanne M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Call to Linda Merritt at IRS |
| 1/26/2021 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Telephone conference with Mr. Piggins regarding status of case conversion (0.1); telephone conference with Ms. Foster regarding proposed order to substantively consolidate and convert case (0.1); correspondence to Messrs. Lucas, Hage, and Brandess regarding the proposed order (0.1); revise consolidation order (0.1); correspondence to Mr. Maggio regarding same (0.1) |
| 1/28/2021 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Review lease index and correspondence with Ms. Unseld regarding same |
| | **TOTAL** | **$3,175.50** | **6.9** | | | | |

## TIME BY TIMEKEEPER

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| **ANDRULIS, LOREN** | | | | | | | |
| 1/20/2021 | Andrulis, Loren | $172.50 | 0.3 | $575.00 | BK12 | Business Operations | Memos and correspondence regarding HopCat foreign qualification matters and wind down issues (0.1); consider strategy (0.1); conference with Ms. Von Eitzen regarding same (0.1) |
| | **TOTAL** | **$172.50** | **0.3** | | | | |
| **GIUNTA, ROZANNE** | | | | | | | |
| 1/7/2021 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails regarding WC audit |
| 1/21/2021 | Giunta, Rozanne M | $364.00 | 0.8 | $455.00 | BK13 | Case Administration | Conference with IRS regarding status; emails and conferences with parties regarding IRS return status |
| 1/22/2021 | Giunta, Rozanne M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Call to Linda Merritt at IRS |
| | **TOTAL** | **$637.00** | **1.4** | | | | |
| **VON EITZEN, ELISABETH** | | | | | | | |
| 1/5/2021 | Von Eitzen, Elisabeth M | $136.50 | 0.3 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Lidvall and Lucas regarding conversion hearing |
| 1/7/2021 | Von Eitzen, Elisabeth M | $591.50 | 1.3 | $455.00 | BK13 | Case Administration | Attend hearing on motion to substantially consolidate (1.1); correspondence regarding insurance contracts (0.2) |
| 1/8/2021 | Von Eitzen, Elisabeth M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Telephone conference with Mr. Piggins regarding consolidation hearing |
| 1/8/2021 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK13 | Case Administration | Correspondence to Mr. Neitzel regarding workers' compensation insurance |
| 1/11/2021 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Lucas and Neitzel regarding bench opinion hearing (0.2); telephone conference with Mr. Maggio regarding same (0.3) |
| 1/12/2021 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK13 | Case Administration | Attend bench opinion on motion to consolidate (0.6); correspondence with Mr. Lucas regarding proposed order (0.1) |
| 1/13/2021 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK13 | Case Administration | Telephone conference with creditor regarding status of case and potential distribution and correspondence to Mr. Hage regarding same (0.2); telephone conference with Mr. Neitzel regarding workers compensation (0.5) |
| 1/20/2021 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Neitzel regarding dissolution of HopCat entities |

| Date | Timekeeper | Amount | Hours | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 1/26/2021 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Telephone conference with Mr. Piggins regarding status of case conversion (0.1); telephone conference with Ms. Foster regarding proposed order to substantively consolidate and convert case (0.1); correspondence to Messrs. Lucas, Hage, and Brandess regarding the proposed order (0.1); revise consolidation order (0.1); correspondence to Mr. Maggio regarding same (0.1) |
| 1/28/2021 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Review lease index and correspondence with Ms. Unseld regarding same |
| | TOTAL | $2,366.00 | 5.2 | | | | |
| | TOTAL OF ALL TIMEKEEPERS | $3,175.50 | 6.9 | | | | |

**TIME BY TASK CODE**

| Date | TKPR Name | Billed Amt | Bl Hrs | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| **BUSINESS OPERATIONS** | | | | | | | |
| 1/20/2021 | Andrulis, Loren | $172.50 | 0.3 | $575.00 | BK12 | Business Operations | Memos and correspondence regarding HopCat foreign qualification matters and wind down issues (0.1); consider strategy (0.1); conference with Ms. Von Eitzen regarding same (0.1) |
| | **TOTAL** | **$172.50** | **0.3** | | | | |
| **CASE ADMINISTRATION** | | | | | | | |
| 1/5/2021 | Von Eitzen, Elisabeth M | $136.50 | 0.3 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Lidvall and Lucas regarding conversion hearing |
| 1/7/2021 | Giunta, Rozanne M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Emails regarding WC audit |
| 1/7/2021 | Von Eitzen, Elisabeth M | $591.50 | 1.3 | $455.00 | BK13 | Case Administration | Attend hearing on motion to substantially consolidate (1.1); correspondence regarding insurance contracts (0.2) |
| 1/8/2021 | Von Eitzen, Elisabeth M | $182.00 | 0.4 | $455.00 | BK13 | Case Administration | Telephone conference with Mr. Piggins regarding consolidation hearing |
| 1/8/2021 | Von Eitzen, Elisabeth M | $45.50 | 0.1 | $455.00 | BK13 | Case Administration | Correspondence to Mr. Neitzel regarding workers' compensation insurance |
| 1/11/2021 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Correspondence with Messrs. Lucas and Neitzel regarding bench opinion hearing (0.2); telephone conference with Mr. Maggio regarding same (0.3) |
| 1/12/2021 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK13 | Case Administration | Attend bench opinion on motion to consolidate (0.6); correspondence with Mr. Lucas regarding proposed order (0.1) |
| 1/13/2021 | Von Eitzen, Elisabeth M | $318.50 | 0.7 | $455.00 | BK13 | Case Administration | Telephone conference with creditor regarding status of case and potential distribution and correspondence to Mr. Hage regarding same (0.2); telephone conference with Mr. Neitzel regarding workers compensation (0.5) |
| 1/20/2021 | Von Eitzen, Elisabeth M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Correspondence with Mr. Neitzel regarding dissolution of HopCat entities |
| 1/21/2021 | Giunta, Rozanne M | $364.00 | 0.8 | $455.00 | BK13 | Case Administration | Conference with IRS regarding status; emails and conferences with parties regarding IRS return status |
| 1/22/2021 | Giunta, Rozanne M | $91.00 | 0.2 | $455.00 | BK13 | Case Administration | Call to Linda Merritt at IRS |
| 1/26/2021 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Telephone conference with Mr. Piggins regarding status of case conversion (0.1); telephone conference with Ms. Foster regarding proposed order to substantively consolidate and convert case (0.1); correspondence to Messrs. Lucas, Hage, and Brandess regarding the proposed order (0.1); revise consolidation order (0.1); correspondence to Mr. Maggio regarding same (0.1) |
| 1/28/2021 | Von Eitzen, Elisabeth M | $227.50 | 0.5 | $455.00 | BK13 | Case Administration | Review lease index and correspondence with Ms. Unseld regarding same |

| | TOTAL | |
|---|---|---|
| | $3,003.00 | 6.6 |
| TOTAL OF ALL TASK CODES | $3,175.50 | 6.9 |

**EXPENSE SUMMARY**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| January 2021 | Motion Fee | $15.00 |
| | TOTAL | $15.00 |