# EXHIBIT J

## TOTAL FEBRUARY/MARCH 1-5 FEE SUMMARY:

### Total by Timekeeper

| Professionals: | Rate: | Title | Department | Total Hours | Total Billed |
|---|---|---|---|---|---|
| Giunta, Rozanne | $455.00 | Parter | RIPG | 3.6 | $1,638.00 |
| Grow, Stephen | $595.00 | Partner | RIPG | 0.5 | $297.50 |
| Niebling, Kimberly | $190.00 | Paralegal | Intellectual Property | 0.1 | $19.00 |
| Nikodemski, Janet | $190.00 | Paralegal | RIPG | 5 | $950.00 |
| Von Eitzen, Elisabeth | $455.00 | Partner | RIPG | 15.7 | $7,143.50 |
| | | | TOTALS | 24.9 | $10,048.00 |

### Total by Phase Code

| Phase Code | Phase Task | Total Hours | Total Billed |
|---|---|---|---|
| BK12 | Business Operations | 0.1 | $19.00 |
| BK13 | Case Administration | 0.9 | $409.50 |
| BK16 | Fee/Employment Applications | 19.9 | $7,757.50 |
| BK25 | Assumption & Rejection of Leases/Contracts | 0.3 | $136.50 |
| BK30 | Meetings and Communications with Creditors | 1.6 | $728.00 |
| BK33 | Reporting | 0.6 | $273.00 |
| BK34 | Tax | 1.5 | $724.50 |
| | TOTAL | 24.9 | $10,048.00 |

## TIME SUMMARY BY DATE

| Date | TKPR Name | Bl Hrs | Billed Amt | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| 2/3/2021 | Giunta, Rozanne M | 0.7 | $318.50 | $455.00 | BK30 | Meetings & Communications with Creditors | Numerous emails regarding creditor not listed |
| 2/5/2021 | Grow, Stephen B. | 0.3 | $178.50 | $595.00 | BK34 | Tax | Telephone conference with Ms. Von Eitzen regarding accounting for personal property taxes |
| 2/5/2021 | Von Eitzen, Elisabeth M | 0.9 | $409.50 | $455.00 | BK34 | Tax | Conference with S. Grow regarding personal property taxes (0.3); telephone conference with P. Neitzel regarding personal property taxes (0.6) |
| 2/9/2021 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK33 | Reporting | Review and file monthly financials |
| 2/9/2021 | Giunta, Rozanne M | 0.3 | $136.50 | $455.00 | BK30 | Meetings & Communications with Creditors | Emails regarding creditor not listed |
| 2/11/2021 | Von Eitzen, Elisabeth M | 0.3 | $136.50 | $455.00 | BK34 | Tax | Telephone conference with P. Neitzel regarding personal property taxes |
| 2/11/2021 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK30 | Meetings & Communications with Creditors | Emails with and regarding creditor not listed |
| 2/17/2021 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Rock Creek team regarding fee applications |
| 2/17/2021 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with P. Neitzel regarding EPS contract |
| 2/24/2021 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK13 | Case Administration | Emails regarding US Trustee fees with Liakos and client |
| 2/26/2021 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK13 | Case Administration | Emails regarding delinquent US Trustee fees |
| 2/26/2021 | Von Eitzen, Elisabeth M | 3.5 | $1,592.50 | $455.00 | BK16 | Fee/Employment Applications | Draft WNJ fee application |
| 2/26/2021 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with N. Nidvall regarding demand from MLive Media group |

| Date | Name | Hours | Amount | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 3/1/2021 | Von Eitzen, Elisabeth M | 0.6 | $273.00 | $455.00 | BK16 | Fee/Employment Applications | Continue drafting final fee application |
| 3/2/2021 | Von Eitzen, Elisabeth M | 1.8 | $819.00 | $455.00 | BK16 | Fee/Employment Applications | Continue drafting final fee application (1.0); telephone conference with P. Hage regarding fee applications and application to employ Plante Moran (0.5); review Plante Moran engagement letter (0.3) |
| 3/2/2021 | Grow, Stephen B | 0.2 | $119.00 | $595.00 | BK16 | Fee/Employment Applications | Correspondence with Barfly team regarding application of Section 328. |
| 3/2/2021 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK16 | Fee/Employment Applications | Emails regarding CPA retention issues |
| 3/2/2021 | Niebling, Kimberly A | 0.1 | $19.00 | $190.00 | BK12 | Business Operations | Reminder to T. Gauthier regarding Statement of Use due for Crack Fries trademark application |
| 3/3/2021 | Von Eitzen, Elisabeth M | 2 | $910.00 | $455.00 | BK16 | Fee/Employment Applications | Telephone conference with M. Maggio and P. Hage regarding fee applications and retention order for Plante Moran (0.4); correspondence with P. Neitzel regarding Plante Moran engagement letter (0.1); continue drafting fee application (1.5) |
| 3/4/2021 | Von Eitzen, Elisabeth M | 2.2 | $1,001.00 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with P. Neitzel regarding Plante Moran engagement letter (0.2); telephone conference with P. Neitzel regarding Plante Moran engagement (0.4); telephone conference with Mr. Maggio regarding Plante Moran engagement and supplemental fee affidavits (0.3); telephone conference with P. Hage regarding supplemental fee affidavits (0.2); correspondence to M. Maggio regarding Plante Moran engagement letter (0.1); begin drafting Plante Moran retention application (1.0) |
| 3/5/2021 | Nikodemski, Janet | 5.0 | $950.00 | $190.00 | BK16 | Fee/Employment Applications | Work on and finalize fee petitions |
| 3/5/2021 | Von Eitzen, Elisabeth M | 4 | $1,820.00 | $455.00 | BK16 | Fee/Employment Applications | Continue drafting WNJ's fee application; draft declaration for John Lucas and correspondence with J. Lucas regarding same (0.3); review and revise fee application for PZS&J (0.6); correspondence with P. Hage regarding order for fee applications (0.1) |

| TOTAL | 24.9 | $10,048.00 |
|---|---|---|

## TIME SUMMARY BY DATE

| Date | TKPR Name | Bl Hrs | Billed Amt | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| **GIUNTA, ROZANNE M** | | | | | | | |
| 2/3/2021 | Giunta, Rozanne M | 0.7 | $318.50 | $455.00 | BK30 | Meetings & Communications with Creditors | Numerous emails regarding creditor not listed |
| 2/9/2021 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK33 | Reporting | Review and file monthly financials |
| 2/9/2021 | Giunta, Rozanne M | 0.3 | $136.50 | $455.00 | BK30 | Meetings & Communications with Creditors | Emails regarding creditor not listed |
| 2/11/2021 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK30 | Meetings & Communications with Creditors | Emails with and regarding creditor not listed |
| 2/24/2021 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK13 | Case Administration | Emails regarding US Trustee fees with Liakos and client |
| 2/26/2021 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK13 | Case Administration | Emails regarding delinquent US Trustee fees |
| 3/2/2021 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK16 | Fee/Employment Applications | Emails regarding CPA retention issues |
| | **TOTAL** | **3.6** | **$1,638.00** | | | | |
| **GROW, STEPHEN B** | | | | | | | |
| 3/2/2021 | Grow, Stephen B | 0.2 | $119.00 | $595.00 | BK16 | Fee/Employment Applications | Correspondence with Barfly team regarding application of Section 328. |
| 2/5/2021 | Grow, Stephen B. | 0.3 | $178.50 | $595.00 | BK34 | Tax | Telephone conference with Ms. Von Eitzen regarding accounting for personal property taxes |
| | **TOTAL** | **0.5** | **$297.50** | | | | |
| **NIEBLING, KIMBERLY A** | | | | | | | |
| 3/2/2021 | Niebling, Kimberly A | 0.1 | $19.00 | $190.00 | BK12 | Business Operations | Reminder to T. Gauthier regarding Statement of Use due for Crack Fries trademark application |
| | **TOTAL** | **0.1** | **$19.00** | | | | |
| **NIKODEMSKI, JANET** | | | | | | | |

| Date | Name | Hours | Amount | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 3/5/2021 | Nikodemski, Janet | 5.0 | $950.00 | $190.00 | BK16 | | Work on and finalize fee petitions |
| | **TOTAL** | **5** | **$950.00** | | | | |
| **VON EITZEN, ELISABETH M** | | | | | | | |
| 2/5/2021 | Von Eitzen, Elisabeth M | 0.9 | $409.50 | $455.00 | BK34 | Tax | Conference with S. Grow regarding personal property taxes (0.3); telephone conference with P. Neitzel regarding personal property taxes (0.6) |
| 2/11/2021 | Von Eitzen, Elisabeth M | 0.3 | $136.50 | $455.00 | BK34 | Tax | Telephone conference with P. Neitzel regarding personal property taxes |
| 2/17/2021 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Rock Creek team regarding fee applications |
| 2/17/2021 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with P. Neitzel regarding EPS contract |
| 2/26/2021 | Von Eitzen, Elisabeth M | 3.5 | $1,592.50 | $455.00 | BK16 | Fee/Employment Applications | Draft WNJ fee application |
| 2/26/2021 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with N. Nidvall regarding demand from MLive Media group |
| 3/1/2021 | Von Eitzen, Elisabeth M | 0.6 | $273.00 | $455.00 | BK16 | Fee/Employment Applications | Continue drafting final fee application |
| 3/2/2021 | Von Eitzen, Elisabeth M | 1.8 | $819.00 | $455.00 | BK16 | Fee/Employment Applications | Continue drafting final fee application (1.0); telephone conference with P. Hage regarding fee applications and application to employ Plante Moran (0.5); review Plante Moran engagement letter (0.3) |
| 3/3/2021 | Von Eitzen, Elisabeth M | 2 | $910.00 | $455.00 | BK16 | Fee/Employment Applications | Telephone conference with M. Maggio and P. Hage regarding fee applications and retention order for Plante Moran (0.4); correspondence with P. Neitzel regarding Plante Moran engagement letter (0.1); continue drafting fee application (1.5) |

| Date | Timekeeper | Hours | Amount | | Category | Description |
|---|---|---|---|---|---|---|
| 3/4/2021 | Von Eitzen, Elisabeth M | 2.2 | $1,001.00 | $455.00 BK16 | Fee/Employment Applications | Correspondence with P. Neitzel regarding Plante Moran engagement letter (0.2); telephone conference with P. Neitzel regarding Plante Moran engagement (0.4); telephone conference with Mr. Maggio regarding Plante Moran engagement and supplemental fee affidavits (0.3); telephone conference with P. Hage regarding supplemental fee affidavits (0.2); correspondence to M. Maggio regarding Plante Moran engagement letter (0.1); begin drafting Plante Moran retention application (1.0) |
| 3/5/2021 | Von Eitzen, Elisabeth M | 4 | $1,820.00 | $455.00 BK16 | Fee/Employment Applications | Continue drafting WNJ's fee application; draft declaration for John Lucas and correspondence with J. Lucas regarding same (0.3); review and revise fee application for PZS&J (0.6); correspondence with P. Hage regarding order for fee applications (0.1) |
| | **TOTAL** | **15.7** | **$7,143.50** | | | |
| | **TOTAL FOR ALL TIMEKEEPERS** | **24.9** | **$10,048.00** | | | |

## TIME SUMMARY BY DATE

| Date | TKPR Name | Bl Hrs | Billed Amt | Billed Rate | Task Code | TC Descrip. | Narrative |
|---|---|---|---|---|---|---|---|
| **BUSINESS OPERATIONS** | | | | | | | |
| 3/2/2021 | Niebling, Kimberly A | 0.1 | $19.00 | $190.00 | BK12 | Business Operations | Reminder to T. Gauthier regarding Statement of Use due for Crack Fries trademark application |
| | **TOTAL** | **0.1** | **$19.00** | | | | |
| **CASE ADMINISTRATION** | | | | | | | |
| 2/24/2021 | Giunta, Rozanne M | 0.4 | $182.00 | $455.00 | BK13 | Case Administration | Emails regarding US Trustee fees with Liakos and client |
| 2/26/2021 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK13 | Case Administration | Emails regarding delinquent US Trustee fees |
| | **TOTAL** | **0.9** | **$409.50** | | | | |
| **FEE/EMPLOYMENT APPLICATIONS** | | | | | | | |
| 2/17/2021 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with Rock Creek team regarding fee applications |
| 2/26/2021 | Von Eitzen, Elisabeth M | 3.5 | $1,592.50 | $455.00 | BK16 | Fee/Employment Applications | Draft WNJ fee application |
| 3/1/2021 | Von Eitzen, Elisabeth M | 0.6 | $273.00 | $455.00 | BK16 | Fee/Employment Applications | Continue drafting final fee application |
| 3/2/2021 | Von Eitzen, Elisabeth M | 1.8 | $819.00 | $455.00 | BK16 | Fee/Employment Applications | Continue drafting final fee application (1.0); telephone conference with P. Hage regarding fee applications and application to employ Plante Moran (0.5); review Plante Moran engagement letter (0.3) |
| 3/2/2021 | Grow, Stephen B | 0.2 | $119.00 | $595.00 | BK16 | Fee/Employment Applications | Correspondence with Barfly team regarding application of Section 328. |
| 3/2/2021 | Giunta, Rozanne M | 0.5 | $227.50 | $455.00 | BK16 | Fee/Employment Applications | Emails regarding CPA retention issues |
| 3/3/2021 | Von Eitzen, Elisabeth M | 2 | $910.00 | $455.00 | BK16 | Fee/Employment Applications | Telephone conference with M. Maggio and P. Hage regarding fee applications and retention order for Plante Moran (0.4); correspondence with P. Neitzel regarding Plante Moran engagement letter (0.1); continue drafting fee application (1.5) |

| Date | Name | Hours | Amount | Rate | Code | Category | Description |
|---|---|---|---|---|---|---|---|
| 3/4/2021 | Von Eitzen, Elisabeth M | 2.2 | $1,001.00 | $455.00 | BK16 | Fee/Employment Applications | Correspondence with P. Neitzel regarding Plante Moran engagement letter (0.2); telephone conference with P. Neitzel regarding Plante Moran engagement (0.4); telephone conference with Mr. Maggio regarding Plante Moran engagement and supplemental fee affidavits (0.3); telephone conference with P. Hage regarding supplemental fee affidavits (0.2); correspondence to M. Maggio regarding Plante Moran engagement letter (0.1); begin drafting Plante Moran retention application (1.0) |
| 3/5/2021 | Nikodemski, Janet | 5.0 | $950.00 | $190.00 | BK16 | Fee/Employment Applications | Work on and finalize fee petitions |
| 3/5/2021 | Von Eitzen, Elisabeth M | 4 | $1,820.00 | $455.00 | BK16 | Fee/Employment Applications | Continue drafting WNJ's fee application; draft declaration for John Lucas and correspondence with J. Lucas regarding same (0.3); review and revise fee application for PZS&J (0.6); correspondence with P. Hage regarding order for fee applications (0.1) |
| | **TOTAL** | **19.9** | **$7,757.50** | | | | |
| | | | | | | | |
| **ASSUMPTION & REJECTION OF LEASES/CONTRACTS** | | | | | | | |
| 2/17/2021 | Von Eitzen, Elisabeth M | 0.2 | $91.00 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with P. Neitzel regarding EPS contract |
| 2/26/2021 | Von Eitzen, Elisabeth M | 0.1 | $45.50 | $455.00 | BK25 | Assumption & Rejection of Leases/Contracts | Correspondence with N. Nidvall regarding demand from MLive Media group |
| | **TOTAL** | **0.3** | **$136.50** | | | | |
| | | | | | | | |
| **MEETINGS & COMMUNICATIONS WITH CREDITORS** | | | | | | | |
| 2/3/2021 | Giunta, Rozanne M | 0.7 | $318.50 | $455.00 | BK30 | Meetings & Communications with Creditors | Numerous emails regarding creditor not listed |

| Date | Name | Hours | Amount | Rate | Code | Task | Description |
|---|---|---|---|---|---|---|---|
| 2/9/2021 | Giunta, Rozanne M | 0.3 | $136.50 | $455.00 | BK30 | Meetings & Communications with Creditors | Emails regarding creditor not listed |
| 2/11/2021 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK30 | Meetings & Communications with Creditors | Emails with and regarding creditor not listed |
| | TOTAL | 1.6 | $728.00 | | | | |
| REPORTING | | | | | | | |
| 2/9/2021 | Giunta, Rozanne M | 0.6 | $273.00 | $455.00 | BK33 | Reporting | Review and file monthly financials |
| | TOTAL | 0.6 | $273.00 | | | | |
| TAX | | | | | | | |
| 2/5/2021 | Grow, Stephen B. | 0.3 | $178.50 | $595.00 | BK34 | Tax | Telephone conference with Ms. Von Eitzen regarding accounting for personal property taxes |
| 2/5/2021 | Von Eitzen, Elisabeth M | 0.9 | $409.50 | $455.00 | BK34 | Tax | Conference with S. Grow regarding personal property taxes (0.3); telephone conference with P. Neitzel regarding personal property taxes (0.6) |
| 2/11/2021 | Von Eitzen, Elisabeth M | 0.3 | $136.50 | $455.00 | BK34 | Tax | Telephone conference with P. Neitzel regarding personal property taxes |
| | TOTAL | 1.5 | $724.50 | | | | |
| TOTAL FOR ALL TASK CODES | | 24.9 | $10,048.00 | | | | |

| EXPENSE SUMMARY | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| February, 2021 | Postage | $416.16 |
| | | |