UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*[1]

## AFFIDAVIT

STATE OF MICHIGAN  )
                   ) ss
COUNTY OF KENT     )

Elisabeth M. Von Eitzen, being first duly sworn, deposes and says as follows:

1. She is an attorney practicing in Grand Rapids, Michigan, and is a partner with the law firm of Warner Norcross + Judd LLP.

2. The final application for approval of fees and expenses of Warner Norcross + Judd LLP being filed with this Affidavit is true and correct.

3. No compensation has been paid or promised to Warner Norcross + Judd LLP, and no agreement or understanding exists for the sharing of compensation received or to be received for services rendered in or in connection with the bankruptcy estate, except that there exists an agreement between the members of the law firm of Warner Norcross + Judd LLP whereby the legal fees earned by the firm (or any member or associate of the firm) are shared by the members of the firm.

_____

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

Dated: March 5, 2021         /s/ Elisabeth M. Von Eitzen
                             Elisabeth M. Von Eitzen

    Subscribed and sworn to before me in Kent County, Michigan this March 5, 2021, by Elisabeth M. Von Eitzen.

                             /s/ Janet M. Nikodemski
                             Janet M. Nikodemski
                             Notary Public, Kent County, Michigan
                             My commission expires: 5/4/25

21464164