**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al*,[1]

            Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*[1]

**PROOF OF SERVICE**

    The undersigned certifies that on March 5, 2021, a copy of the Final Fee Application of Warner Norcross + Judd LPP of Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from June 3, 2020 through March 1, 2021, and all attachments, the Notice To Creditors and other Parties in Interest of Application for Professional Fees Pursuant to Fed. R. Bankr. P. 2016 and Notice of the Right to Object, and a proposed order, was served electronically by CM/ECF and by U.S. Mail, postage prepaid, to the following:

| | |
|---|---|
| BarFly Ventures, LLC<br>Attn. Mark Sellers III<br>35 Oakes Street NW, Suite 400<br>Grand Rapids, Michigan 49503<br>mark@barflyventures.com | Pachulski Stang Ziehl & Jones LLP<br>Attn. John Lucas<br>150 California Street, 15th Floor<br>San Francisco, CA  94111-4500<br>jlucas@pszjlaw.com |
| Warner Norcross + Judd LLP<br>Attn. Elisabeth M. Von Eitzen<br>150 Ottawa Avenue, NW, Suite 1500<br>Grand Rapids, Michigan 49503<br>evoneitzen@wnj.com | The United States Trustee<br>Attn. Michael Maggio<br>125 Ottawa Street, Suite 200R<br>Grand Rapids, Michigan 49503<br>michael.v.maggio@usdoj.gov |
| Sugar Felsenthal Grais & Helsinger LLP<br>Attn. Michael Brandess | Jaffe Raitt Heuer & Weiss<br>Attn. Paul Hage |

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

| | |
|---|---|
| 30 N. LaSalle Street, Suite 3000<br>Chicago, Illinois 60602<br>mbrandess@sfgh.com | 27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034<br>phage@jaffelaw.com |
| Rayman and Knight<br>Attn. Steve Rayman<br>141 E. Michigan Avenue, Suite 301<br>Kalamazoo, Michigan 49007<br>slr@raymanknight.com | Paul Hastings LLP<br>Attn. Nathan S. Gimpel<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>nathangimpel@paulhastings.com |

/s/Elisabeth M. Von Eitzen
Elisabeth M. Von Eitzen (P70183)
150 Ottawa Ave. NW, Suite 1500
Grand Rapids, MI 49503
(616) 752-2000
evoneitzen@wnj.com
*Counsel to the Debtors*

21463756