## EXHIBIT C

**August 2020 Invoice**

**Rock Creek Advisors LLC**
555 Fifth Avenue, 14th Floor
New York, NY  10017 US
jgansman@rockcreekFA.com
rockcreekfa.com



# INVOICE

| **BILL TO** | **SHIP TO** | |
|---|---|---|
| Barfly Ventures, LLC | Barfly Ventures, LLC | **INVOICE #** 1176 |
| 35 Oakes St SW Ste 400 | 35 Oakes St SW Ste 400 | **DATE** 09/18/2020 |
| Grand Rapids, MI  49503 | Grand Rapids, MI  49503 | **DUE DATE** 09/18/2020 |
| United States | United States | **TERMS** Due on receipt |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Financial Advisory Services | Jim Gansman | 13.40 | 575.00 | 7,705.00 |
| Financial Advisory Services | Paul Neitzel | 101.60 | 525.00 | 53,340.00 |
| Financial Advisory Services | Chris Peirce | 52.60 | 375.00 | 19,725.00 |
| Financial Advisory Services | Brian Ayers | 22.90 | 475.00 | 10,877.50 |
| Financial Advisory Services | Lindsey Neitzel | 17.20 | 300.00 | 5,160.00 |

BALANCE DUE                    **$96,807.50**

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-01947-jwb**

**Project Category Summary**

|  | Hours | Amount |
|---|---|---|
| Attendance at Court Hearings and Review of Pleadings | 4.8 | $ 2,640.00 |
| Bankruptcy Reporting | 36.5 | $ 17,502.50 |
| Business Analysis | 40.6 | $ 19,080.00 |
| Business Operations | 18.7 | $ 9,497.50 |
| Creditors/Creditor Committee Communication | 2.0 | $ 990.00 |
| Discussions with Lender | 1.2 | $ 660.00 |
| Fee Application | 17.9 | $ 5,932.50 |
| Landlord Negotiations | 29.8 | $ 15,655.00 |
| Meetings - Other | 6.0 | $ 2,730.00 |
| Meetings - with Counsel | 8.6 | $ 4,370.00 |
| Meetings - with Debtor | 18.7 | $ 8,672.50 |
| Sale Process | 22.9 | $ 9,077.50 |
| **Total** | **207.7** | **$ 96,807.50** |

**Blended Hourly Rate**                                         **$      466.09**

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category by Person**

| | Hours | Rate | Amount |
|---|---|---|---|
| **Attendance at Court Hearings and Review of Pleadings** | | | |
| Jim Gansman | 2.4 | $575.00 | $ 1,380.00 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 2.4 | $525.00 | $ 1,260.00 |
| Chris Peirce | 0.0 | $375.00 | $ - |
| Sub-Total | 4.8 | $550.00 | $ 2,640.00 |
| | | | |
| **Bankruptcy Reporting** | | | |
| Brian Ayers | 11.6 | $475.00 | $ 5,510.00 |
| Jim Gansman | 0.3 | $575.00 | $ 172.50 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 17.3 | $525.00 | $ 9,082.50 |
| Chris Peirce | 7.3 | $375.00 | $ 2,737.50 |
| Sub-Total | 36.5 | $479.52 | $ 17,502.50 |
| | | | |
| **Business Analysis** | | | |
| Brian Ayers | 4.0 | $475.00 | $ 1,900.00 |
| Jim Gansman | 1.9 | $575.00 | $ 1,092.50 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 1.8 | $300.00 | $ 540.00 |
| Paul Neitzel | 21.4 | $525.00 | $ 11,235.00 |
| Chris Peirce | 11.5 | $375.00 | $ 4,312.50 |
| Sub-Total | 40.6 | $469.95 | $ 19,080.00 |
| | | | |
| **Business Operations** | | | |
| Brian Ayers | 3.4 | $475.00 | $ 1,615.00 |
| Jim Gansman | 0.6 | $575.00 | $ 345.00 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 13.5 | $525.00 | $ 7,087.50 |
| Chris Peirce | 1.2 | $375.00 | $ 450.00 |
| Sub-Total | 18.7 | $507.89 | $ 9,497.50 |
| | | | |
| **Creditors/Creditor Committee Communication** | | | |
| Brian Ayers | 0.0 | $475.00 | $ - |
| Jim Gansman | 0.0 | $575.00 | $ - |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 1.6 | $525.00 | $ 840.00 |
| Chris Peirce | 0.4 | $375.00 | $ 150.00 |
| Sub-Total | 2.0 | $495.00 | $ 990.00 |
| | | | |
| **Discussions with Lender** | | | |
| Brian Ayers | 0.0 | $475.00 | $ - |
| Jim Gansman | 0.6 | $575.00 | $ 345.00 |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 0.0 | $300.00 | $ - |
| Paul Neitzel | 0.6 | $525.00 | $ 315.00 |
| Chris Peirce | 0.0 | $375.00 | $ - |
| Sub-Total | 1.2 | $550.00 | $ 660.00 |
| | | | |
| **Fee Application** | | | |
| Brian Ayers | 0.0 | $475.00 | $ - |
| Jim Gansman | 0.0 | $575.00 | $ - |
| Heidi Lipton | 0.0 | $375.00 | $ - |
| Lindsey Neitzel | 15.4 | $300.00 | $ 4,620.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category by Person**

|  | Hours | Rate |  | Amount |
|---|---|---|---|---|
| Paul Neitzel | 2.5 | $525.00 | $ | 1,312.50 |
| Chris Peirce | 0.0 | $375.00 | $ | - |
| Sub-Total | 17.9 | $331.42 | $ | 5,932.50 |
|  |  |  |  |  |
| **Landlord Negotiations** |  |  |  |  |
| Brian Ayers | 0.0 | $475.00 | $ | - |
| Jim Gansman | 0.2 | $575.00 | $ | 115.00 |
| Heidi Lipton | 0.0 | $375.00 | $ | - |
| Lindsey Neitzel | 0.0 | $300.00 | $ | - |
| Paul Neitzel | 29.6 | $525.00 | $ | 15,540.00 |
| Chris Peirce | 0.0 | $375.00 | $ | - |
| Sub-Total | 29.8 | $525.34 | $ | 15,655.00 |
|  |  |  |  |  |
| **Meetings - Other** |  |  |  |  |
| Brian Ayers | 2.1 | $475.00 | $ | 997.50 |
| Jim Gansman | 0.0 | $575.00 | $ | - |
| Heidi Lipton | 0.0 | $375.00 | $ | - |
| Lindsey Neitzel | 0.0 | $300.00 | $ | - |
| Paul Neitzel | 1.8 | $525.00 | $ | 945.00 |
| Chris Peirce | 2.1 | $375.00 | $ | 787.50 |
| Sub-Total | 6.0 | $455.00 |  | 2730.00 |
|  |  |  |  |  |
| **Meetings - with Counsel** |  |  |  |  |
| Brian Ayers | 1.0 | $475.00 | $ | 475.00 |
| Jim Gansman | 2.9 | $575.00 | $ | 1,667.50 |
| Heidi Lipton | 0.0 | $375.00 | $ | - |
| Lindsey Neitzel | 0.0 | $300.00 | $ | - |
| Paul Neitzel | 3.1 | $525.00 | $ | 1,627.50 |
| Chris Peirce | 1.6 | $375.00 | $ | 600.00 |
| Sub-Total | 8.6 | $508.14 | $ | 4,370.00 |
|  |  |  |  |  |
| **Meetings - with Debtor** |  |  |  |  |
| Brian Ayers | 0.8 | $475.00 | $ | 380.00 |
| Jim Gansman | 2.8 | $575.00 | $ | 1,610.00 |
| Heidi Lipton | 0.0 | $375.00 | $ | - |
| Lindsey Neitzel | 0.0 | $300.00 | $ | - |
| Paul Neitzel | 6.8 | $525.00 | $ | 3,570.00 |
| Chris Peirce | 8.3 | $375.00 | $ | 3,112.50 |
| Sub-Total | 18.7 | $463.77 | $ | 8,672.50 |
|  |  |  |  |  |
| **Sale Process** |  |  |  |  |
| Brian Ayers | 0.0 | $475.00 | $ | - |
| Jim Gansman | 1.7 | $575.00 | $ | 977.50 |
| Heidi Lipton | 0.0 | $375.00 | $ | - |
| Lindsey Neitzel | 0.0 | $300.00 | $ | - |
| Paul Neitzel | 1.0 | $525.00 | $ | 525.00 |
| Chris Peirce | 20.2 | $375.00 | $ | 7,575.00 |
| Sub-Total | 22.9 | $396.40 | $ | 9,077.50 |
|  |  |  |  |  |
| Total | 207.7 | 5,732.4 |  | 96,807.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 8/1/2020 | Jim Gansman | Meetings - with Debtor | Board call w/ Pachulski and RC to talk about PPP lender and court hearing | 0.8 | $575.00 | $460.00 |
| 8/1/2020 | Paul Neitzel | Business Analysis | Update of Cash Segregation analysis for BOD call | 1.4 | $525.00 | $735.00 |
| 8/1/2020 | Paul Neitzel | Meetings - with Debtor | BFV BOD Meeting PPP | 0.8 | $525.00 | $420.00 |
| 8/1/2020 | Paul Neitzel | Meetings - with Counsel | Call with Jim Gansman and John Lucas re: next steps | 0.1 | $525.00 | $52.50 |
| 8/1/2020 | Paul Neitzel | Meetings - with Debtor | Call with Ned re: PPP forgiveness | 0.2 | $525.00 | $105.00 |
| 8/1/2020 | Paul Neitzel | Business Analysis | Update UCC 13 week c/f | 0.2 | $525.00 | $105.00 |
| 8/2/2020 | Brian Ayers | Bankruptcy Reporting | discussion with Paul re mor disbursements | 0.4 | $475.00 | $190.00 |
| 8/2/2020 | Paul Neitzel | Bankruptcy Reporting | Disbursement calculation from company's bank statements for UST fee | 2.7 | $525.00 | $1,417.50 |
| 8/2/2020 | Paul Neitzel | Bankruptcy Reporting | Review Bank reconciliations and move statements to disbursement file for June MOR | 1.8 | $525.00 | $945.00 |
| 8/2/2020 | Paul Neitzel | Bankruptcy Reporting | discussion with Brian re MOR disbursements | 0.4 | $525.00 | $210.00 |
| 8/3/2020 | Chris Peirce | Bankruptcy Reporting | Research and provide address for creditor to WNJ | 0.2 | $375.00 | $75.00 |
| 8/3/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss pre-petition invoices, month end close, and MOR disbursements | 0.8 | $375.00 | $300.00 |
| 8/3/2020 | Chris Peirce | Business Analysis | Send Tim Gauthier updated cash flow file to enter actuals for prior week | 0.1 | $375.00 | $37.50 |
| 8/3/2020 | Chris Peirce | Meetings - with Debtor | Call with Mastodon regarding cash flow forecast | 0.3 | $375.00 | $112.50 |
| 8/3/2020 | Chris Peirce | Sale Process | Review Mastodon cash flow forecast file | 0.3 | $375.00 | $112.50 |
| 8/3/2020 | Chris Peirce | Business Analysis | Review company payroll allocation | 0.2 | $375.00 | $75.00 |
| 8/3/2020 | Chris Peirce | Creditors/Creditor Committee Communication | Review Amherst Partners email regarding cash flow questions | 0.1 | $375.00 | $37.50 |
| 8/3/2020 | Chris Peirce | Business Analysis | Review daily sales flash report | 0.1 | $375.00 | $37.50 |
| 8/3/2020 | Chris Peirce | Business Analysis | Review Ned Lidvall feedback on Location Pro Forma model used for rent negotiations | 0.1 | $375.00 | $37.50 |
| 8/3/2020 | Jim Gansman | Meetings - with Counsel | Call with Paul and John Lucas re: next steps | 0.1 | $575.00 | $57.50 |
| 8/3/2020 | Jim Gansman | Meetings - with Debtor | PPP Schedule with Ned and Paul | 0.5 | $575.00 | $287.50 |
| 8/3/2020 | Paul Neitzel | Business Analysis | Call with BFV (Tim, Shawn & Denise) re: weekly operations | 0.8 | $525.00 | $420.00 |
| 8/3/2020 | Paul Neitzel | Landlord Negotiations | emails with Broad Ripple landlord | 0.1 | $525.00 | $52.50 |
| 8/3/2020 | Paul Neitzel | Meetings - with Debtor | Call with Mastodon, Rock Creek and the company regarding sales projections | 0.3 | $525.00 | $157.50 |
| 8/3/2020 | Paul Neitzel | Meetings - with Debtor | Call with Tim re: Mercantile bank rec for June | 0.5 | $525.00 | $262.50 |
| 8/3/2020 | Paul Neitzel | Landlord Negotiations | Email with KC landlord re: potential purchase of assets | 0.1 | $525.00 | $52.50 |
| 8/3/2020 | Paul Neitzel | Meetings - with Debtor | Call with Ned & Jim Gansman reviewing PPP use schedule | 0.5 | $525.00 | $262.50 |
| 8/3/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Responses to creditor committee questions | 0.4 | $525.00 | $210.00 |
| 8/3/2020 | Paul Neitzel | Landlord Negotiations | Editing Stella lease amendment and sending for signature | 0.7 | $525.00 | $367.50 |
| 8/3/2020 | Paul Neitzel | Landlord Negotiations | Email Lansing landlord re: lease amendment | 0.1 | $525.00 | $52.50 |
| 8/4/2020 | Brian Ayers | Bankruptcy Reporting | Review of balance sheets as of 6/3 and 6/28 for MOR reporting | 0.8 | $475.00 | $380.00 |
| 8/4/2020 | Brian Ayers | Bankruptcy Reporting | Review of June financial statements and June MOR with Paul and Tim (BFV). | 1.1 | $475.00 | $522.50 |
| 8/4/2020 | Brian Ayers | Bankruptcy Reporting | Call with Tim (BF) re balance sheets | 0.3 | $475.00 | $142.50 |
| 8/4/2020 | Brian Ayers | Meetings - Other | call re cash disbursement reporting | 0.3 | $475.00 | $142.50 |
| 8/4/2020 | Chris Peirce | Business Analysis | Update prior week actuals in cash flow forecast and send to company | 0.2 | $375.00 | $75.00 |
| 8/4/2020 | Chris Peirce | Bankruptcy Reporting | Create .pdf of all bank account statements and bank reconciliations | 2.0 | $375.00 | $750.00 |
| 8/4/2020 | Chris Peirce | Meetings - Other | Call with Paul Neitzel and Brian Ayers to discuss MOR and cash reconciliation | 0.3 | $375.00 | $112.50 |
| 8/4/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss timing of P7 MOR reporting, P7 month end close, and AP invoices | 0.2 | $375.00 | $75.00 |
| 8/4/2020 | Chris Peirce | Business Analysis | Update store pro forma P&L file in preparation for call with Beltline landlord | 0.2 | $375.00 | $75.00 |
| 8/4/2020 | Jim Gansman | Business Operations | Research and emails w Ned re business interruption insurance for closed restaurants | 0.6 | $575.00 | $345.00 |
| 8/4/2020 | Paul Neitzel | Bankruptcy Reporting | Discuss June MOR reporting package with Chris Peirce and Brian Ayers | 0.3 | $525.00 | $157.50 |
| 8/4/2020 | Paul Neitzel | Landlord Negotiations | Send Stella's amendment to Pachulski for review | 0.1 | $525.00 | $52.50 |
| 8/4/2020 | Paul Neitzel | Business Operations | Call with BFV mgmt re: daily operations and reporting needs | 0.2 | $525.00 | $105.00 |
| 8/4/2020 | Paul Neitzel | Bankruptcy Reporting | Review Mercantile June bank statement with Tim | 0.5 | $525.00 | $262.50 |
| 8/4/2020 | Paul Neitzel | Landlord Negotiations | Call with Beltline landlord and follow-up with Ned | 0.7 | $525.00 | $367.50 |
| 8/4/2020 | Paul Neitzel | Bankruptcy Reporting | Work on June MOR | 2.1 | $525.00 | $1,102.50 |
| 8/4/2020 | Paul Neitzel | Business Operations | Review and email with landlord re: business interpretation insurance claim | 0.1 | $525.00 | $52.50 |
| 8/5/2020 | Paul Neitzel | Bankruptcy Reporting | Review of June financial statements and June MOR with Brian (RC) and Tim (BFV). | 1.1 | $525.00 | $577.50 |
| 8/5/2020 | Brian Ayers | Bankruptcy Reporting | Reviewing June financials with Paul, Chris and Company | 1.1 | $475.00 | $522.50 |
| 8/5/2020 | Brian Ayers | Meetings - with Debtor | Call with Company re AP due dates and current post-petition AP | 0.5 | $475.00 | $237.50 |
| 8/5/2020 | Chris Peirce | Business Analysis | Update forecast with changes from cash flow call | 0.5 | $375.00 | $187.50 |
| 8/5/2020 | Chris Peirce | Bankruptcy Reporting | Daily cash flow call - review prior week actuals vs. forecast | 1.1 | $375.00 | $412.50 |
| 8/5/2020 | Chris Peirce | Business Analysis | Send Barfly team updated forecast and detail of Music/Cable/Internet account | 0.2 | $375.00 | $75.00 |
| 8/5/2020 | Chris Peirce | Creditors/Creditor Committee Communication | Prepare and upload cash flow forecast for UST and UCC | 0.3 | $375.00 | $112.50 |
| 8/5/2020 | Paul Neitzel | Bankruptcy Reporting | Discuss AP due with Denise (BFV) and Brian (RC) | 0.5 | $525.00 | $262.50 |
| 8/5/2020 | Paul Neitzel | Bankruptcy Reporting | Review of prior week c/f with company (Ned & Tim) | 1.1 | $525.00 | $577.50 |
| 8/5/2020 | Paul Neitzel | Landlord Negotiations | Discussion with BFV (Ned) & counsel (Jason - Pachulski) re: lease assumptions/rejections | 0.6 | $525.00 | $315.00 |
| 8/5/2020 | Paul Neitzel | Meetings - with Debtor | Review and respond to June MOR draft | 0.8 | $525.00 | $420.00 |
| 8/5/2020 | Paul Neitzel | Bankruptcy Reporting | Review of bank accounts opened in June | 0.3 | $525.00 | $157.50 |
| 8/5/2020 | Paul Neitzel | Landlord Negotiations | Email Rockford Construction re: office lease | 0.1 | $525.00 | $52.50 |
| 8/6/2020 | Brian Ayers | Meetings - with Counsel | Discussion with counsel re: MOR and Paul | 0.4 | $475.00 | $190.00 |
| 8/6/2020 | Brian Ayers | Bankruptcy Reporting | review of disbursement reporting schedule, format for MOR presentation | 1.3 | $475.00 | $617.50 |
| 8/6/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - review any AP issues and reconcile sales tax and credit card fee expenses | 0.8 | $375.00 | $300.00 |
| 8/6/2020 | Chris Peirce | Business Analysis | Review sales tax and credit card fee payment schedule from company | 0.2 | $375.00 | $75.00 |
| 8/6/2020 | Jim Gansman | Attendance at Court Hearings and Review of Pleadings | Attendance at PPP court hearing re professional fees | 1.7 | $575.00 | $977.50 |
| 8/6/2020 | Jim Gansman | Meetings - with Counsel | prior to PPP hearing to discuss FSB supplemental brief | 0.3 | $575.00 | $172.50 |
| 8/6/2020 | Paul Neitzel | Attendance at Court Hearings and Review of Pleadings | Attend zoom hearing | 1.7 | $525.00 | $892.50 |
| 8/6/2020 | Paul Neitzel | Bankruptcy Reporting | Review FSB response to BFV & USS objection in advance of hearing | 0.4 | $525.00 | $210.00 |
| 8/6/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Email creditor committee re: liquor licenses | 0.1 | $525.00 | $52.50 |
| 8/6/2020 | Paul Neitzel | Business Analysis | Update company cash use for BOD | 0.6 | $525.00 | $315.00 |
| 8/6/2020 | Paul Neitzel | Meetings - with Counsel | Discussion with counsel re: MOR and B Ayers | 0.4 | $525.00 | $210.00 |
| 8/6/2020 | Paul Neitzel | Bankruptcy Reporting | Review and discussion of Member Advance with company | 0.3 | $525.00 | $157.50 |
| 8/7/2020 | Jim Gansman | Meetings - with Counsel | call w/John and Paul after court ruling | 0.3 | $575.00 | $172.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 8/7/2020 | Jim Gansman | Attendance at Court Hearings and Review of Pleadings | Attendance at court hearing re PPP and professional fees | 0.7 | $575.00 | 402.50 |
| 8/7/2020 | Paul Neitzel | Landlord Negotiations | Update call with East Lansing landlord doug Chron | 1.0 | $525.00 | 525.00 |
| 8/7/2020 | Paul Neitzel | Meetings - with Debtor | Meeting with Shawn Blonk and Ned re: forecast, utilities and leases | 0.5 | $525.00 | 262.50 |
| 8/7/2020 | Paul Neitzel | Attendance at Court Hearings and Review of Pleadings | Attend zoom hearing re: PPP funds | 0.7 | $525.00 | 367.50 |
| 8/7/2020 | Paul Neitzel | Meetings - with Counsel | Follow-up of hearing with Jim and John Lucas | 0.3 | $525.00 | 157.50 |
| 8/8/2020 | Jim Gansman | Landlord Negotiations | Call w/ Paul and Lexington ll about them not letting us remove property | 0.2 | $575.00 | 115.00 |
| 8/8/2020 | Paul Neitzel | Business Operations | Call with Jim about Lexington property removal | 0.2 | $525.00 | 105.00 |
| 8/8/2020 | Paul Neitzel | Business Operations | Call with Shawn & Kevin re: removal of patio furniture in Lexington | 0.1 | $525.00 | 52.50 |
| 8/8/2020 | Paul Neitzel | Landlord Negotiations | Call, text and email with Lexington property manager regarding removal of property from location | 0.5 | $525.00 | 262.50 |
| 8/8/2020 | Paul Neitzel | Meetings - with Counsel | Calls with WNJ re: Lexington property and removal | 0.3 | $525.00 | 157.50 |
| 8/8/2020 | Paul Neitzel | Landlord Negotiations | Call with mastodon re: lease amendment in Lexington | 0.2 | $525.00 | 105.00 |
| 8/8/2020 | Paul Neitzel | Business Operations | Call with Shawn Blonk at company re: Lexington status | 0.2 | $525.00 | 105.00 |
| 8/8/2020 | Paul Neitzel | Meetings - with Counsel | Call w Jim and Brian re MOR outstanding issues | 0.3 | $525.00 | 157.50 |
| 8/9/2020 | Brian Ayers | Bankruptcy Reporting | call to discuss MOR W/ RC | 0.3 | $475.00 | 142.50 |
| 8/9/2020 | Chris Peirce | Business Analysis | Prepare and send out updated weekly cash flow forecast to company | 0.2 | $375.00 | 75.00 |
| 8/9/2020 | Jim Gansman | Bankruptcy Reporting | Call w Paul and Brian re MOR outstanding issues | 0.3 | $575.00 | 172.50 |
| 8/10/2020 | Brian Ayers | Bankruptcy Reporting | Call with Chris and Paul re MOR | 0.3 | $475.00 | 142.50 |
| 8/10/2020 | Brian Ayers | Bankruptcy Reporting | Finalize June MOR | 1.2 | $475.00 | 570.00 |
| 8/10/2020 | Chris Peirce | Meetings - with Debtor | Daily Cash flow call - discuss status of month end, sales trend, and timing of prior week actuals | 0.2 | $375.00 | 75.00 |
| 8/10/2020 | Chris Peirce | Bankruptcy Reporting | Prepare G&A and interest expense allocation by location for June MOR | 0.5 | $375.00 | 187.50 |
| 8/10/2020 | Chris Peirce | Business Analysis | Review sales flash report | 0.2 | $375.00 | 75.00 |
| 8/10/2020 | Chris Peirce | Bankruptcy Reporting | Reconcile consolidated P&L variance to sum of locations for P6 | 0.5 | $375.00 | 187.50 |
| 8/10/2020 | Chris Peirce | Bankruptcy Reporting | Call with Paul Neitzel and Brian Ayers to discuss MOR | 0.3 | $375.00 | 112.50 |
| 8/10/2020 | Jim Gansman | Meetings - with Debtor | Board call to discuss ruling on PPP and payment of non-allowable expenses | 0.5 | $575.00 | 287.50 |
| 8/10/2020 | Jim Gansman | Meetings - with Counsel | Call w/ RC, Jason and John regarding PPP motion for declatory judgement and MOR filing | 0.5 | $575.00 | 287.50 |
| 8/10/2020 | Paul Neitzel | Business Operations | Attend BFV board meeting | 0.7 | $525.00 | 367.50 |
| 8/10/2020 | Paul Neitzel | Bankruptcy Reporting | Email with Pachulski re: PPP funds after FSB discussion | 0.1 | $525.00 | 52.50 |
| 8/10/2020 | Paul Neitzel | Bankruptcy Reporting | Review of June MOR with Brian & Chris | 0.3 | $525.00 | 157.50 |
| 8/10/2020 | Paul Neitzel | Business Operations | Call from Spectrum Lincoln | 0.2 | $525.00 | 105.00 |
| 8/10/2020 | Paul Neitzel | Meetings - with Counsel | Call with Pachulski (John Lucas & Jason Rosell) & Rock Creek re: PPP funds follow-up with FSB counsel | 0.5 | $525.00 | 262.50 |
| 8/10/2020 | Paul Neitzel | Meetings - with Counsel | Update of landlord negotiations, c/f and waterfall for email to secured lender counsel | 0.6 | $525.00 | 315.00 |
| 8/10/2020 | Paul Neitzel | Business Analysis | Update cash waterfall for FSB kender counsel and investment banker | 2.4 | $525.00 | 1,260.00 |
| 8/11/2020 | Brian Ayers | Business Analysis | discuss hearing re PPP motion and judgement | 0.3 | $475.00 | 142.50 |
| 8/11/2020 | Chris Peirce | Sale Process | Review updated waterfall analysis | 0.2 | $375.00 | 75.00 |
| 8/11/2020 | Chris Peirce | Business Analysis | Review daily flash sales report | 0.2 | $375.00 | 75.00 |
| 8/11/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss forecast items for the week and MOR | 0.4 | $375.00 | 150.00 |
| 8/11/2020 | Chris Peirce | Business Analysis | Update forecast with prior week actuals and variances | 0.5 | $375.00 | 187.50 |
| 8/11/2020 | Chris Peirce | Sale Process | Begin compiling APA schedules | 1.0 | $375.00 | 375.00 |
| 8/11/2020 | Jim Gansman | Discussions with Lender | Review of email from lender on proposed DIP amounts on adequate protection payments | 0.3 | $575.00 | 172.50 |
| 8/11/2020 | Paul Neitzel | Landlord Negotiations | Discussion with CEO Ned re: office lease prior to call with Rockford construction | 0.2 | $525.00 | 105.00 |
| 8/11/2020 | Paul Neitzel | Landlord Negotiations | Call with Rockford Construction (office landlord) | 0.4 | $525.00 | 210.00 |
| 8/11/2020 | Paul Neitzel | Landlord Negotiations | Call with downtown landlord re: office space | 0.4 | $525.00 | 210.00 |
| 8/11/2020 | Paul Neitzel | Bankruptcy Reporting | Review June MOR with Ned - CEO BFV | 0.5 | $525.00 | 262.50 |
| 8/11/2020 | Paul Neitzel | Business Operations | Call with debtor management regarding cash & operations | 0.4 | $525.00 | 210.00 |
| 8/11/2020 | Paul Neitzel | Business Analysis | Analysis of company waterfall | 0.6 | $525.00 | 315.00 |
| 8/11/2020 | Paul Neitzel | Discussions with Lender | Call with lender re: leases and company payroll n relation to PPP | 0.6 | $525.00 | 315.00 |
| 8/12/2020 | Brian Ayers | Business Analysis | review of updated forecast | 0.4 | $475.00 | 190.00 |
| 8/12/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - review prior week actuals, open AP issues, P7 actuals, and APA needs | 0.8 | $375.00 | 300.00 |
| 8/12/2020 | Chris Peirce | Business Analysis | Send out updated forecast for review | 0.1 | $375.00 | 37.50 |
| 8/12/2020 | Jim Gansman | Meetings - with Counsel | Calls w John re proposals from lender on dIP from adequate assurance payments | 0.4 | $575.00 | 230.00 |
| 8/12/2020 | Paul Neitzel | Business Analysis | Calls with Ned, Tim & Denise from BFV re: cash flow, July financials and AP issues | 0.7 | $525.00 | 367.50 |
| 8/12/2020 | Paul Neitzel | Business Operations | Call with Spectrum for Lincoln NE cable | 0.2 | $525.00 | 105.00 |
| 8/12/2020 | Paul Neitzel | Business Operations | Call with BFV (Abel & Jessie ) re: Lincoln cable | 0.2 | $525.00 | 105.00 |
| 8/13/2020 | Brian Ayers | Meetings - with Debtor | call and emails with Debtor re P7 financials. | 0.3 | $475.00 | 142.50 |
| 8/13/2020 | Chris Peirce | Business Operations | Phone call with Paul and emails with BFV (Denise & Amy) and Pachulski (Jason Rosell) re food licenses | 0.3 | $375.00 | 112.50 |
| 8/13/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss food license payments and month end close | 0.2 | $375.00 | 75.00 |
| 8/13/2020 | Chris Peirce | Business Analysis | Email Ned Udvall current payroll forecast to compare to actual amount this week | 0.1 | $375.00 | 37.50 |
| 8/13/2020 | Chris Peirce | Sale Process | Begin populating APA schedules with company files, request files from company | 2.5 | $375.00 | 937.50 |
| 8/13/2020 | Lindsey Neitzel | Fee Application | Fee App | 0.4 | $300.00 | 120.00 |
| 8/13/2020 | Lindsey Neitzel | Fee Application | Fee App | 1.2 | $300.00 | 360.00 |
| 8/13/2020 | Paul Neitzel | Business Operations | Call with Abel (BFV IT) and Spectrum re: Lincoln service | 0.3 | $525.00 | 157.50 |
| 8/13/2020 | Paul Neitzel | Business Operations | Second call of day with Abel (BFV IT) and Spectrum for Lincoln NE service | 0.2 | $525.00 | 105.00 |
| 8/13/2020 | Paul Neitzel | Business Operations | 3rd call with Abel (BFV IT) and Spectrum re: Lincoln, NE service | 0.2 | $525.00 | 105.00 |
| 8/13/2020 | Paul Neitzel | Business Operations | 4th call with Abel (BFV IT) and Spectrum re: service in Lincoln, NE | 0.9 | $525.00 | 472.50 |
| 8/13/2020 | Paul Neitzel | Business Operations | Phone call with Chris Peirce and emails with BFV (Denise & Amy) and Pachulski (Jason Rosell) re food licenses | 0.3 | $525.00 | 157.50 |
| 8/14/2020 | Chris Peirce | Sale Process | Continue populating APA schedules with files from company | 0.5 | $375.00 | 187.50 |
| 8/14/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss P7 financials | 0.3 | $375.00 | 112.50 |
| 8/14/2020 | Chris Peirce | Business Analysis | Review P7 financials | 0.5 | $375.00 | 187.50 |
| 8/14/2020 | Chris Peirce | Sale Process | Correspondence with company regarding liquor licenses for APA schedules | 0.1 | $375.00 | 37.50 |
| 8/14/2020 | Jim Gansman | Meetings - with Counsel | Call w/ John Lucas re PPP litigation and potential SBA may make appearance and sale update | 0.4 | $575.00 | 230.00 |
| 8/14/2020 | Jim Gansman | Business Analysis | Call with Paul re MOR, fee application, 13 week cf and documents lender requested | 0.3 | $575.00 | 172.50 |
| 8/14/2020 | Lindsey Neitzel | Fee Application | Fee App | 4.2 | $300.00 | 1,260.00 |
| 8/14/2020 | Lindsey Neitzel | Fee Application | Fee App | 0.9 | $300.00 | 270.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 8/14/2020 | Lindsey Neitzel | Fee Application | Fee App | 4.4 | $ 300.00 | $ 1,320.00 |
| 8/14/2020 | Paul Neitzel | Business Operations | Call with BFV (Ned, Tim, Shawn) r: P7 progress | 0.3 | $ 525.00 | $ 157.50 |
| 8/14/2020 | Paul Neitzel | Business Analysis | Update and email 13-week cash to lender with cash segregation | 0.4 | $ 525.00 | $ 210.00 |
| 8/14/2020 | Paul Neitzel | Landlord Negotiations | Call with Jim re MOR, fee application, 13 week cf and documents lender requested | 0.3 | $ 525.00 | $ 157.50 |
| 8/14/2020 | Paul Neitzel | Landlord Negotiations | Update proforma for Broad Ripple and send to CEO (Ned) for review. | 0.3 | $ 525.00 | $ 157.50 |
| 8/14/2020 | Paul Neitzel | Landlord Negotiations | Email to BFV corporate office landlord | 0.3 | $ 525.00 | $ 157.50 |
| 8/14/2020 | Paul Neitzel | Landlord Negotiations | Respond to BFV CEO questions on Broad Ripple lease proposal | 0.4 | $ 525.00 | $ 210.00 |
| 8/14/2020 | Paul Neitzel | Fee Application | Fee Application aggregation | 2.5 | $ 525.00 | $ 1,312.50 |
| 8/15/2020 | Jim Gansman | Business Analysis | Calls w Paul and emails regarding P7 and forecast of rest of year | 0.4 | $ 575.00 | $ 230.00 |
| 8/15/2020 | Jim Gansman | Business Analysis | Review of Ned's email on Landlords. Calls w Ned and Paul re same.  Follow up call on Monday. | 0.5 | $ 575.00 | $ 287.50 |
| 8/15/2020 | Lindsey Neitzel | Fee Application | Fee App | 0.5 | $ 300.00 | $ 150.00 |
| 8/15/2020 | Paul Neitzel | Business Analysis | Calls w Jim regarding P7 and forecast of rest of year | 0.4 | $ 525.00 | $ 210.00 |
| 8/15/2020 | Paul Neitzel | Business Analysis | Calculating cash rent for the remainder of 2020 & all of 2021 for Mastodon model | 1.5 | $ 525.00 | $ 787.50 |
| 8/15/2020 | Paul Neitzel | Landlord Negotiations | Emails with company re: lease negotiations and pro-forma P&LS | 0.2 | $ 525.00 | $ 105.00 |
| 8/16/2020 | Chris Peirce | Sale Process | APA Schedule work | 1.5 | $ 375.00 | $ 562.50 |
| 8/16/2020 | Lindsey Neitzel | Fee Application | Fee App | 3.8 | $ 300.00 | $ 1,140.00 |
| 8/16/2020 | Lindsey Neitzel | Business Analysis | Excel - July MOR dispersment reporting | 1.8 | $ 300.00 | $ 540.00 |
| 8/16/2020 | Paul Neitzel | Landlord Negotiations | Work on pro forma P&L with fixed vs variable expenses for landlord negotiations | 2.5 | $ 525.00 | $ 1,312.50 |
| 8/16/2020 | Paul Neitzel | Sale Process | Collecting data for schedules to the APA | 0.4 | $ 525.00 | $ 210.00 |
| 8/16/2020 | Paul Neitzel | Landlord Negotiations | Email with CEO Ned re: corporate office plan | 0.5 | $ 525.00 | $ 262.50 |
| 8/16/2020 | Paul Neitzel | Landlord Negotiations | Emails to Ned (BFV CEO) and Rockford Construction (office LL) re: go-forward rent | 0.3 | $ 525.00 | $ 157.50 |
| 8/17/2020 | Brian Ayers | Business Operations | review and discussion re APA support schedules | 0.8 | $ 475.00 | $ 380.00 |
| 8/17/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss weekly payments and APA schedules | 0.3 | $ 375.00 | $ 112.50 |
| 8/17/2020 | Chris Peirce | Meetings - with Counsel | Call with John Lucas to discuss APA schedules | 0.8 | $ 375.00 | $ 300.00 |
| 8/17/2020 | Chris Peirce | Sale Process | Update APA Schedules | 4.9 | $ 375.00 | $ 1,837.50 |
| 8/17/2020 | Jim Gansman | Sale Process | Review of Robert's email and calls with John and Paul re same | 0.4 | $ 575.00 | $ 230.00 |
| 8/17/2020 | Jim Gansman | Meetings - with Debtor | Call w/ Paul and Ned to review models to share w/ landlords on lease negotiation | 0.4 | $ 575.00 | $ 230.00 |
| 8/17/2020 | Paul Neitzel | Business Analysis | Review of Mastodon sale model and respond to emails from Robert (Mastodon) | 0.3 | $ 525.00 | $ 157.50 |
| 8/17/2020 | Paul Neitzel | Meetings - with Debtor | Meeting with BFV (Denise-AP & Tim-controller) re: upcoming payments, sales tax and other | 0.3 | $ 525.00 | $ 157.50 |
| 8/17/2020 | Brian Ayers | Business Operations | Reconciliation of P7 labor costs to sales documents | 1.3 | $ 525.00 | $ 682.50 |
| 8/17/2020 | Paul Neitzel | Meetings - with Debtor | Call with Shawn Blonk re: company sales and labor forecast | 0.2 | $ 525.00 | $ 105.00 |
| 8/17/2020 | Paul Neitzel | Sale Process | Calls with John and Jim re Roberts email | 0.4 | $ 525.00 | $ 210.00 |
| 8/17/2020 | Paul Neitzel | Meetings - with Debtor | Call with Ned and Jim re: landlord negotiations | 0.4 | $ 525.00 | $ 210.00 |
| 8/17/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Emails re: liquor licenses | 0.2 | $ 525.00 | $ 105.00 |
| 8/17/2020 | Paul Neitzel | Business Operations | Emails/texts with KC landlord and company re: utility shut-off in Kansas City | 0.4 | $ 525.00 | $ 210.00 |
| 8/18/2020 | Chris Peirce | Sale Process | Update APA Schedules with information from company | 4.3 | $ 375.00 | $ 1,612.50 |
| 8/18/2020 | Chris Peirce | Sale Process | Send APA Schedule draft to Ned Lidvall, Paul Neitzel, and John Lucas | 0.1 | $ 375.00 | $ 37.50 |
| 8/18/2020 | Chris Peirce | Meetings - with Counsel | Call with John Lucas to review APA Schedules | 0.2 | $ 375.00 | $ 75.00 |
| 8/18/2020 | Chris Peirce | Sale Process | Send APA Schedules to Michael Kesler of Paul Hastings | 0.1 | $ 375.00 | $ 37.50 |
| 8/18/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss APA schedules, AP issues including rent payments, and sales trend | 0.5 | $ 375.00 | $ 187.50 |
| 8/18/2020 | Jim Gansman | Meetings - with Counsel | Call w/ John re rejection of 5 stores by 8/31 and pushing sale process by week | 0.3 | $ 575.00 | $ 172.50 |
| 8/18/2020 | Paul Neitzel | Business Operations | Call with company re: AP payments, contracts, and sales | 0.5 | $ 525.00 | $ 262.50 |
| 8/18/2020 | Paul Neitzel | Landlord Negotiations | Call with Kansas City landlord | 0.2 | $ 525.00 | $ 105.00 |
| 8/18/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Research and email to company re: Detroit elevator permit | 0.3 | $ 525.00 | $ 157.50 |
| 8/18/2020 | Paul Neitzel | Landlord Negotiations | Call with Lexington property manager to remove personal property | 0.2 | $ 525.00 | $ 105.00 |
| 8/18/2020 | Paul Neitzel | Landlord Negotiations | Email counsel re: access to Lexington site | 0.1 | $ 525.00 | $ 52.50 |
| 8/18/2020 | Paul Neitzel | Landlord Negotiations | Email with counsel re: Lexington lease | 0.1 | $ 525.00 | $ 52.50 |
| 8/18/2020 | Paul Neitzel | Landlord Negotiations | Modeled East Lansing, Stella's and Broad Ripple rent proposals with P/F P&L and break-even analysis | 1.7 | $ 525.00 | $ 892.50 |
| 8/19/2020 | Brian Ayers | Business Analysis | review of professional fees, including status of objections, holdback amounts and retainers of all professionals for June, emails at | 1.2 | $ 475.00 | $ 570.00 |
| 8/19/2020 | Brian Ayers | Business Analysis | Discussion re FFE and lease rejections | 0.3 | $ 475.00 | $ 142.50 |
| 8/19/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - review prior week actuals and update go forward forecast | 1.0 | $ 375.00 | $ 375.00 |
| 8/19/2020 | Chris Peirce | Business Analysis | Update cash flow forecast with prior week actuals | 0.5 | $ 375.00 | $ 187.50 |
| 8/19/2020 | Jim Gansman | Business Analysis | Emails and calls regarding FF&E of stores that leases will be rejected | 0.3 | $ 575.00 | $ 172.50 |
| 8/19/2020 | Paul Neitzel | Landlord Negotiations | Respond to email from CEO Ned re: landlord pro forma forecasts | 0.3 | $ 525.00 | $ 157.50 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Review of cash activity for prior week with debtor and forecast of professional fees | 1.0 | $ 525.00 | $ 525.00 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Forecast of professional fees | 0.8 | $ 525.00 | $ 420.00 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Revisions to company cash flow showing segregating cash balances w/ Brian | 1.2 | $ 525.00 | $ 630.00 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Updated c/f to include rent cure costs in the 24 week period | 0.4 | $ 525.00 | $ 210.00 |
| 8/19/2020 | Paul Neitzel | Meetings - with Counsel | Call with Rozzane & Liz of WN&J re: retainer and cure costs | 0.3 | $ 525.00 | $ 157.50 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Work with counsel and company re: professionals retainers and future forecast of professional fees | 1.7 | $ 525.00 | $ 892.50 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Email secured lender re: sales data for August | 0.1 | $ 525.00 | $ 52.50 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Update UCC/UST cash fcst for professional fees and revised forecast | 1.2 | $ 525.00 | $ 630.00 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Call with CEO (NED) re: KC utilities | 0.1 | $ 525.00 | $ 52.50 |
| 8/19/2020 | Paul Neitzel | Business Analysis | Update 13-wk cf to include cash segregation on face of cf | 0.7 | $ 525.00 | $ 367.50 |
| 8/19/2020 | Paul Neitzel | Bankruptcy Reporting | MOR - disbursement reporting | 1.5 | $ 525.00 | $ 787.50 |
| 8/20/2020 | Brian Ayers | Business Analysis | Review of cure cost update | 0.5 | $ 475.00 | $ 237.50 |
| 8/20/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss upcoming reporting deadlines | 0.1 | $ 375.00 | $ 37.50 |
| 8/20/2020 | Chris Peirce | Meetings - with Debtor | Call with company and WNJ to discuss list of executory contracts to be rejected | 0.9 | $ 375.00 | $ 337.50 |
| 8/20/2020 | Chris Peirce | Business Analysis | Create files for 8/10 and 8/17 cash flow forecast for UST and UCC | 0.7 | $ 375.00 | $ 262.50 |
| 8/20/2020 | Chris Peirce | Bankruptcy Reporting | Update cure schedule with rejected contracts, the address for each vendor, and a description of the contract and copy the contra | 2.0 | $ 375.00 | $ 750.00 |
| 8/20/2020 | Jim Gansman | Meetings - with Debtor | Call w/ Company and lenders to discuss rejection of leases and what to do with FF&E | 0.6 | $ 575.00 | $ 345.00 |
| 8/20/2020 | Jim Gansman | Discussions with Lender | email to Robert updating him on lender call | 0.1 | $ 575.00 | $ 57.50 |
| 8/20/2020 | Paul Neitzel | Business Operations | Call with BFV Kevin Kozak re: entry into KC location | 0.1 | $ 525.00 | $ 52.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 8/20/2020 | Paul Neitzel | Business Operations | Call with KC landlord to access KC location | 0.1 | $525.00 | $52.50 |
| 8/20/2020 | Paul Neitzel | Business Operations | Email with BFV AP re: outstanding electric at KC location | 0.1 | $525.00 | $52.50 |
| 8/20/2020 | Paul Neitzel | Landlord Negotiations | Call with Stella's landlord re: status of bankruptcy and lease amendment | 0.2 | $525.00 | $105.00 |
| 8/20/2020 | Paul Neitzel | Landlord Negotiations | Call with KC landlord re: removal of equipment | 0.2 | $525.00 | $105.00 |
| 8/20/2020 | Paul Neitzel | Business Operations | Email to Ned & Shawn re: Stella's amendment | 0.1 | $525.00 | $52.50 |
| 8/20/2020 | Paul Neitzel | Business Operations | Email to Kevin (BFV facilities) re: Lexington personal property removal | 0.1 | $525.00 | $52.50 |
| 8/20/2020 | Paul Neitzel | Meetings - with Debtor | Call with lender, counsel, debtor and Rock Creek (Jim Gansman) re: rejected properties and removal of personal property | 0.6 | $525.00 | $315.00 |
| 8/20/2020 | Paul Neitzel | Meetings - with Debtor | Contract rejection review with counsel | 1.0 | $525.00 | $525.00 |
| 8/20/2020 | Paul Neitzel | Business Operations | Email with Lexington landlord re: access to remove personal property | 0.1 | $525.00 | $52.50 |
| 8/20/2020 | Paul Neitzel | Sale Process | Email from Mastodon re: due diligence questions | 0.1 | $525.00 | $52.50 |
| 8/20/2020 | Paul Neitzel | Business Operations | Emails with Lexington landlord re: property pickup | 0.1 | $525.00 | $52.50 |
| 8/20/2020 | Paul Neitzel | Business Operations | Landlord pro forma P&L file with comparison to PY | 2.2 | $525.00 | $1,155.00 |
| 8/21/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss status of AP and open items | 0.1 | $375.00 | $37.50 |
| 8/21/2020 | Chris Peirce | Bankruptcy Reporting | Send email to Elizabeth Von Eitzen regarding Great America leases | 0.1 | $375.00 | $37.50 |
| 8/21/2020 | Chris Peirce | Business Analysis | Review emails from company regarding timing and source of ADP fees | 0.1 | $375.00 | $37.50 |
| 8/21/2020 | Chris Peirce | Business Analysis | Create new cash flow file for the week and send to Paul Neitzel | 0.1 | $375.00 | $37.50 |
| 8/21/2020 | Chris Peirce | Business Analysis | Review Tim Gauthier email regarding 2019 and 2020 audit | 0.1 | $375.00 | $37.50 |
| 8/21/2020 | Chris Peirce | Business Analysis | Review daily sales flash report | 0.1 | $375.00 | $37.50 |
| 8/21/2020 | Paul Neitzel | Business Operations | Call with Lexington landlord and property manager re: access to Lexington to remove personal property, update landlord on BK p | 0.2 | $525.00 | $105.00 |
| 8/21/2020 | Paul Neitzel | Sale Process | Email with Mastodon re: waterfall for September close | 0.1 | $525.00 | $52.50 |
| 8/21/2020 | Paul Neitzel | Business Operations | Daily operations with management | 0.1 | $525.00 | $52.50 |
| 8/21/2020 | Paul Neitzel | Business Operations | Call with BFV CEO re: Royal Oak equipment | 0.2 | $525.00 | $105.00 |
| 8/21/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Call with Lincoln liquor delivery to implement COD. | 0.1 | $525.00 | $52.50 |
| 8/21/2020 | Paul Neitzel | Business Analysis | Q&A with CEO re: break-even analysis for store in operations | 0.2 | $525.00 | $105.00 |
| 8/21/2020 | Paul Neitzel | Business Operations | Emails, phone calls and texts re: removal of 3rd party equipment from Kansas City | 0.3 | $525.00 | $157.50 |
| 8/23/2020 | Brian Ayers | Bankruptcy Reporting | Call with Paul re July MOR | 0.6 | $475.00 | $285.00 |
| 8/23/2020 | Paul Neitzel | Business Analysis | Summary of professional payments for June emailed to company | 0.4 | $525.00 | $210.00 |
| 8/23/2020 | Paul Neitzel | Bankruptcy Reporting | July MOR | 2.1 | $525.00 | $1,102.50 |
| 8/23/2020 | Paul Neitzel | Landlord Negotiations | Review of landlord pro-forma document | 0.2 | $525.00 | $105.00 |
| 8/23/2020 | Paul Neitzel | Bankruptcy Reporting | Call with Brian re July MOR | 0.6 | $525.00 | $315.00 |
| 8/24/2020 | Brian Ayers | Bankruptcy Reporting | review of UST comments re June MOR | 1.1 | $475.00 | $522.50 |
| 8/24/2020 | Brian Ayers | Business Analysis | Discussion and review of professional fee payments.  emails with Counsel re objection periods and application of retainers | 0.9 | $475.00 | $427.50 |
| 8/24/2020 | Chris Peirce | Business Analysis | Review Paul Neitzel professional fee payment schedule | 0.1 | $375.00 | $37.50 |
| 8/24/2020 | Chris Peirce | Business Analysis | Review daily sales flash report | 0.1 | $375.00 | $37.50 |
| 8/24/2020 | Chris Peirce | Sale Process | Review and respond to Mastodon questions from Holden Shearin | 0.5 | $375.00 | $187.50 |
| 8/24/2020 | Chris Peirce | Business Analysis | Daily cash flow call - discuss professional fee payments and timing and Mastodon questions | 0.3 | $375.00 | $112.50 |
| 8/24/2020 | Chris Peirce | Sale Process | Request corporate lease list from company | 0.1 | $375.00 | $37.50 |
| 8/24/2020 | Chris Peirce | Business Operations | Request W9 and wire instructions from professionals and send to company | 0.5 | $375.00 | $187.50 |
| 8/24/2020 | Chris Peirce | Sale Process | Respond to Justin Goodall questions on sale model | 0.2 | $375.00 | $75.00 |
| 8/24/2020 | Chris Peirce | Sale Process | Respond to Holden Shearin questions on sale model | 0.2 | $375.00 | $75.00 |
| 8/24/2020 | Jim Gansman | Discussions with Lender | Review of emails from Lender re schedules and responses | 0.2 | $575.00 | $115.00 |
| 8/24/2020 | Paul Neitzel | Business Operations | Email with debtor re timing of personal property removal from Lexington KY location | 0.2 | $525.00 | $105.00 |
| 8/24/2020 | Paul Neitzel | Landlord Negotiations | Emails with debtor (Amy Unseld) re upcoming landlord calls | 0.3 | $525.00 | $157.50 |
| 8/24/2020 | Paul Neitzel | Business Operations | Call with debtor re: business operations | 0.3 | $525.00 | $157.50 |
| 8/24/2020 | Paul Neitzel | Landlord Negotiations | Review pro forma with debtor (Ned and Shawn) to discuss sales & GA | 0.8 | $525.00 | $420.00 |
| 8/24/2020 | Paul Neitzel | Business Analysis | Discussion with Mastodon re: waterfall moving to end of September | 0.2 | $525.00 | $105.00 |
| 8/24/2020 | Paul Neitzel | Landlord Negotiations | Emails with KC landlord, KC landlord counsel and BFV counsel re: removal of equipment and 3rd party equipment | 0.3 | $525.00 | $157.50 |
| 8/24/2020 | Paul Neitzel | Business Operations | Download of Mastodon retention order and email to debtor re: amount in fcst | 0.2 | $525.00 | $105.00 |
| 8/24/2020 | Paul Neitzel | Business Operations | Edits to pro forma P&L and break-even analysis for call with stalking horse bidder | 2.2 | $525.00 | $1,155.00 |
| 8/25/2020 | Brian Ayers | Business Operations | Review sales projections/cash flow | 0.6 | $475.00 | $285.00 |
| 8/25/2020 | Brian Ayers | Business Operations | Calls and emails re executory contracts, negotiating cures and/or rejecting and finding new vendors | 1.6 | $475.00 | $760.00 |
| 8/25/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss actuals vs. forecast variances and go forward forecast | 0.9 | $375.00 | $337.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Review email from Abel Balderas regarding leased equipment | 0.1 | $375.00 | $37.50 |
| 8/25/2020 | Chris Peirce | Business Analysis | Build Sales Pro Forma file for all open locations | 1.5 | $375.00 | $562.50 |
| 8/25/2020 | Chris Peirce | Business Operations | Provide company with wiring information and W9 documents for June professional fee payments | 0.2 | $375.00 | $75.00 |
| 8/25/2020 | Chris Peirce | Business Analysis | Update cash flow forecast with prior week actuals | 0.5 | $375.00 | $187.50 |
| 8/25/2020 | Chris Peirce | Business Analysis | Update go forward cash flow forecast with items reviewed in cash flow call | 0.5 | $375.00 | $187.50 |
| 8/25/2020 | Chris Peirce | Business Analysis | Send contract cure schedule to WNJ and company | 0.1 | $375.00 | $37.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Provide detail to Hargett Hunter regarding Music/Cable/Internet line item in the P&L | 0.2 | $375.00 | $75.00 |
| 8/25/2020 | Chris Peirce | Sale Process | Request professional fee detail from company for Hargett Hunter | 0.1 | $375.00 | $37.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Update APA schedules based on Paul Hastings feedback and John Lucas responses as well as information from company | 0.6 | $375.00 | $225.00 |
| 8/25/2020 | Chris Peirce | Sale Process | Send Pachulski the revised APA schedules with explanations | 0.2 | $375.00 | $75.00 |
| 8/25/2020 | Chris Peirce | Sale Process | Send revised APA Schedules to Paul Hastings, RC, Mastodon, and Pachulski | 0.1 | $375.00 | $37.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Send revised APA Schedules to Paul Hastings, Mastodon, Rock Creek, and Pachulski | 0.1 | $375.00 | $37.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Review exit waterfall and cashflow from Paul Neitzel | 0.5 | $375.00 | $187.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Request professional fees and music/cable/internet expense split between G&A and restaurants | 0.1 | $375.00 | $37.50 |
| 8/25/2020 | Chris Peirce | Sale Process | Review updated waterfall/13 week cash flow file from Paul Neitzel | 0.2 | $375.00 | $75.00 |
| 8/25/2020 | Jim Gansman | Business Analysis | Review of 9/30 waterfall and calls w /Paul | 0.4 | $575.00 | $230.00 |
| 8/25/2020 | Jim Gansman | Sale Process | Calls w/ John Lucas re status of sale process lender, request for September waterfall and lease negotiations | 0.3 | $575.00 | $172.50 |
| 8/25/2020 | Paul Neitzel | Business Operations | Work on 13-wk cash forecast/sales forecast | 0.6 | $525.00 | $315.00 |
| 8/25/2020 | Paul Neitzel | Meetings - with Debtor | Call with counsel (Liz - WNJ) and Ned (BFV) re: executor y contract | 0.8 | $525.00 | $420.00 |
| 8/25/2020 | Paul Neitzel | Landlord Negotiations | Discuss East Lansing pro forma with stalking horse bidder | 0.6 | $525.00 | $315.00 |
| 8/25/2020 | Paul Neitzel | Landlord Negotiations | Call with East Lansing landlord | 0.2 | $525.00 | $105.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 8/25/2020 | Paul Neitzel | Landlord Negotiations | Call with EL landlord and lender | 0.6 | $ 525.00 | $ 315.00 |
| 8/25/2020 | Paul Neitzel | Meetings - with Debtor | Discuss waterfall with Ned | 0.3 | $ 525.00 | $ 157.50 |
| 8/25/2020 | Paul Neitzel | Business Analysis | Update the cash waterfall for Sept 28 closing | 0.9 | $ 525.00 | $ 472.50 |
| 8/25/2020 | Paul Neitzel | Business Analysis | Work on adjusted cash forecast for September closing | 0.8 | $ 525.00 | $ 420.00 |
| 8/25/2020 | Paul Neitzel | Business Analysis | Review of 9/30 waterfall and calls w /J Gansman | 0.4 | $ 525.00 | $ 210.00 |
| 8/25/2020 | Paul Neitzel | Landlord Negotiations | PF analysis for Stellas and GRBC | 1.6 | $ 525.00 | $ 840.00 |
| 8/26/2020 | Brian Ayers | Bankruptcy Reporting | June MOR revisions | 1.6 | $ 475.00 | $ 760.00 |
| 8/26/2020 | Brian Ayers | Bankruptcy Reporting | Emails re prof fee timing with Debtor and WNJ | 0.4 | $ 475.00 | $ 190.00 |
| 8/26/2020 | Chris Peirce | Sale Process | Review Professional Fee detail from company, subtotal by firm, and send to Hargett Hunter | 1.0 | $ 375.00 | $ 375.00 |
| 8/26/2020 | Chris Peirce | Sale Process | Review Music/Cable/Internet detail from company and send to Hargett Hunter | 0.5 | $ 375.00 | $ 187.50 |
| 8/26/2020 | Chris Peirce | Business Analysis | Compile sales by location for July and PTD August for Mastodon | 0.5 | $ 375.00 | $ 187.50 |
| 8/26/2020 | Chris Peirce | Business Analysis | Update cash flow with prior year sales and sales vs. prior year calculation | 0.5 | $ 375.00 | $ 187.50 |
| 8/26/2020 | Paul Neitzel | Business Analysis | Waterfall analysis for buyers | 0.6 | $ 525.00 | $ 315.00 |
| 8/26/2020 | Paul Neitzel | Landlord Negotiations | Call with East Lansing landlord | 0.5 | $ 525.00 | $ 262.50 |
| 8/26/2020 | Paul Neitzel | Landlord Negotiations | Call with Stella's landlord | 0.6 | $ 525.00 | $ 315.00 |
| 8/26/2020 | Paul Neitzel | Landlord Negotiations | Call with GRBC landlord | 0.7 | $ 525.00 | $ 367.50 |
| 8/26/2020 | Paul Neitzel | Business Operations | Email with the company and counsel re: event deposit | 0.2 | $ 525.00 | $ 105.00 |
| 8/27/2020 | Brian Ayers | Meetings - Other | Call with Paul N and Chris P re MOR | 1.8 | $ 475.00 | $ 855.00 |
| 8/27/2020 | Brian Ayers | Business Operations | Emails re Seller's filing and Debtor claim, discuss schedule amendment | 0.4 | $ 475.00 | $ 190.00 |
| 8/27/2020 | Chris Peirce | Business Analysis | Prepare and upload cashflow forecast for UCC and UST | 0.5 | $ 375.00 | $ 187.50 |
| 8/27/2020 | Chris Peirce | Business Analysis | Daily cash flow call - discuss data requests and credit card balance | 0.3 | $ 375.00 | $ 112.50 |
| 8/27/2020 | Chris Peirce | Business Analysis | Update cash flow forecast with G&A payroll timing and sales vs. prior year calculation | 0.5 | $ 375.00 | $ 187.50 |
| 8/27/2020 | Chris Peirce | Business Analysis | Review daily sales flash report | 0.2 | $ 375.00 | $ 75.00 |
| 8/27/2020 | Chris Peirce | Meetings - Other | Call with Paul Neitzel and Brian Ayers to discuss MOR revisions | 1.8 | $ 375.00 | $ 675.00 |
| 8/27/2020 | Chris Peirce | Bankruptcy Reporting | Request balance sheet detail from company for MOR revisions | 0.1 | $ 375.00 | $ 37.50 |
| 8/27/2020 | Paul Neitzel | Business Analysis | Email Mastodon re: period sales | 0.1 | $ 525.00 | $ 52.50 |
| 8/27/2020 | Paul Neitzel | Business Operations | Call and text with Lexington landlord re: access to building | 0.2 | $ 525.00 | $ 105.00 |
| 8/27/2020 | Paul Neitzel | Meetings - with Counsel | Call with Pachulski re: KC landlord | 0.2 | $ 525.00 | $ 105.00 |
| 8/27/2020 | Paul Neitzel | Business Operations | Call with Tim & Denise re: payables | 0.3 | $ 525.00 | $ 157.50 |
| 8/27/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Call with counsel and KC landlord | 0.2 | $ 525.00 | $ 105.00 |
| 8/27/2020 | Paul Neitzel | Landlord Negotiations | Call with Holland landlord | 0.8 | $ 525.00 | $ 420.00 |
| 8/27/2020 | Paul Neitzel | Meetings - Other | June MOR revisions w/ RC | 1.8 | $ 525.00 | $ 945.00 |
| 8/28/2020 | Chris Peirce | Business Analysis | Create new cash flow forecast file | 0.2 | $ 375.00 | $ 75.00 |
| 8/28/2020 | Chris Peirce | Meetings - with Debtor | Daily cash flow call - discuss rent payments and balance sheet detail for MOR | 0.2 | $ 375.00 | $ 75.00 |
| 8/28/2020 | Chris Peirce | Business Analysis | Discuss daily cash flow frequency and schedule calls going forward | 0.1 | $ 375.00 | $ 37.50 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Prof forma lease proposals for Broad Ripple, Kalamazoo and Beltline | 3.1 | $ 525.00 | $ 1,627.50 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Discussion with Ned re: landlords and how to get them to move | 0.3 | $ 525.00 | $ 157.50 |
| 8/28/2020 | Paul Neitzel | Business Operations | Call with Broad Ripple landlord | 0.8 | $ 525.00 | $ 420.00 |
| 8/28/2020 | Paul Neitzel | Business Operations | Email with counsel re: event deposit | 0.1 | $ 525.00 | $ 52.50 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Email counsel to review Broad Ripple Lease | 0.2 | $ 525.00 | $ 105.00 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Call with Kalamazoo landlord | 0.5 | $ 525.00 | $ 262.50 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Call with GRBC baker | 0.2 | $ 525.00 | $ 105.00 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Email to Kzoo landlord re: proposal | 0.2 | $ 525.00 | $ 105.00 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Update Kalamazoo of for landlord proposal | 0.2 | $ 525.00 | $ 105.00 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Email Lansing landlord re: amendment | 0.2 | $ 525.00 | $ 105.00 |
| 8/28/2020 | Paul Neitzel | Landlord Negotiations | Sales analysis for stellas and email to landlord | 0.4 | $ 525.00 | $ 210.00 |
| 8/29/2020 | Jim Gansman | Meetings - with Counsel | Review of John's email and 5th Circuit Case re PPP and SBA, Call w / John re same | 0.6 | $ 575.00 | $ 345.00 |
| 8/30/2020 | Paul Neitzel | Landlord Negotiations | Email with Ned & lenders re: GR Beltline pro forma and status of negotiations | 0.4 | $ 525.00 | $ 210.00 |
| 8/30/2020 | Paul Neitzel | Landlord Negotiations | Build pro forma from HCGR and email to Ned & lenders for review | 0.6 | $ 525.00 | $ 315.00 |
| 8/31/2020 | Brian Ayers | Meetings - with Counsel | Call with Chris P re schedule and mOR amends | 0.6 | $ 475.00 | $ 285.00 |
| 8/31/2020 | Brian Ayers | Business Analysis | Review schedule balances re debt and cash | 0.4 | $ 475.00 | $ 190.00 |
| 8/31/2020 | Brian Ayers | Bankruptcy Reporting | review MOR re June disbursements and balance sheet information re accrued liabilities | 1.1 | $ 475.00 | $ 522.50 |
| 8/31/2020 | Chris Peirce | Business Analysis | Update cash flow forecast with prior week actuals | 0.5 | $ 375.00 | $ 187.50 |
| 8/31/2020 | Chris Peirce | Meetings - with Counsel | Call with Brian Ayers and WNJ to discuss amended schedules | 0.6 | $ 375.00 | $ 225.00 |
| 8/31/2020 | Chris Peirce | Bankruptcy Reporting | Create file with updated cash and inventory by location and send to WNJ for amended schedules | 0.5 | $ 375.00 | $ 187.50 |
| 8/31/2020 | Chris Peirce | Business Operations | Review and respond to Tim Gauthier email regarding KC property tax notice | 0.2 | $ 375.00 | $ 75.00 |
| 8/31/2020 | Chris Peirce | Business Analysis | Research and send P6-P8 sales for HC GR to Paul Neitzel | 0.1 | $ 375.00 | $ 37.50 |
| 8/31/2020 | Chris Peirce | Business Analysis | Send updated cash flow file to company to review in cash flow meeting | 0.1 | $ 375.00 | $ 37.50 |
| 8/31/2020 | Jim Gansman | Sale Process | Review of memo from Robert re outstanding offers to purchase debt | 0.6 | $ 575.00 | $ 345.00 |
| 8/31/2020 | Jim Gansman | Sale Process | call w/Mastadon, Pachulski and Company to go through bids | 0.4 | $ 575.00 | $ 230.00 |
| 8/31/2020 | Paul Neitzel | Meetings - with Debtor | Meeting with Mastodon (Investment Banker) and company | 0.3 | $ 525.00 | $ 157.50 |
| 8/31/2020 | Paul Neitzel | Meetings - with Debtor | Call with Ned re: GFS | 0.1 | $ 525.00 | $ 52.50 |
| 8/31/2020 | Paul Neitzel | Landlord Negotiations | HopCat Grand Rapids landlord call | 0.7 | $ 525.00 | $ 367.50 |
| 8/31/2020 | Paul Neitzel | Landlord Negotiations | Build 2020 forecast and sales forecasts, email to company and lender | 0.7 | $ 525.00 | $ 367.50 |
| 8/31/2020 | Paul Neitzel | Landlord Negotiations | review AA lease and pro forma. Email lenders and CEO | 0.8 | $ 525.00 | $ 420.00 |
| 8/31/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | email with company re: equipment lease | 0.3 | $ 525.00 | $ 157.50 |
| | | | Total | 207.7 | | $ 96,807.50 |