# EXHIBIT E

**October 2020 Invoice**

**Rock Creek Advisors LLC**
555 Fifth Avenue, 14th Floor
New York, NY  10017 US
jgansman@rockcreekFA.com
rockcreekfa.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Barfly Ventures, LLC | Barfly Ventures, LLC | **INVOICE #** 1258 |
| 35 Oakes St SW Ste 400 | 35 Oakes St SW Ste 400 | **DATE** 11/17/2020 |
| Grand Rapids, MI  49503 | Grand Rapids, MI  49503 | **DUE DATE** 11/17/2020 |
| United States | United States | **TERMS** Due on receipt |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Financial Advisory Services | Jim Gansman | 24.70 | 575.00 | 14,202.50 |
| Financial Advisory Services | Paul Neitzel | 121.80 | 525.00 | 63,945.00 |
| Financial Advisory Services | Brian Ayers | 9.90 | 475.00 | 4,702.50 |
| Financial Advisory Services | Chris Peirce | 66.20 | 375.00 | 24,825.00 |
| Financial Advisory Services | Tim Peach | 8.20 | 600.00 | 4,920.00 |
| Financial Advisory Services | Lindsey Neitzel | 10.40 | 300.00 | 3,120.00 |

BALANCE DUE **$115,715.00**

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-01947-jwb**

Barfly Ventures, LLC
Western District of Michigan (Grand Rapids)
Case #: 20-1947-jwb

**Project Category Summary**

| | Hours | Amount |
|---|---|---|
| Attendance at Court Hearings and Review of Pleadings | 4.4 | $ 2,390.00 |
| Bankruptcy Reporting | 10.5 | $ 4,532.50 |
| Business Analysis | 32.3 | $ 14,277.50 |
| Business Operations | 86.1 | $ 42,402.50 |
| Creditors/Creditor Committee Communication | 2.2 | $ 1,020.00 |
| Discussions with Lender | 1.6 | $ 840.00 |
| Fee Application | 10.4 | $ 3,120.00 |
| Landlord Negotiations | 25.9 | $ 13,542.50 |
| Meetings - Other | - | $ - |
| Meetings - with Counsel | 3.6 | $ 1,990.00 |
| Meetings - with Debtor | 3.3 | $ 1,792.50 |
| Sale Process | 60.9 | $ 29,807.50 |
| **Total** | **241.2** | **$ 115,715.00** |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category by Person**

| | Hours | Rate | Amount |
|---|---|---|---|
| **Attendance at Court Hearings and Review of Pleadings** | | | |
| Jim Gansman | 1.6 | $ 575.00 | $ 920.00 |
| Paul Neitzel | 2.8 | $ 525.00 | 1,470.00 |
| Sub-Total | 4.4 | $ 543.18 | $ 2,390.00 |
| | | | |
| **Bankruptcy Reporting** | | | |
| Brian Ayers | 0.4 | $ 475.00 | $ 190.00 |
| Paul Neitzel | 3.7 | $ 525.00 | 1,942.50 |
| Chris Peirce | 6.4 | $ 375.00 | 2,400.00 |
| Sub-Total | 10.5 | $ 431.67 | $ 4,532.50 |
| | | | |
| **Business Analysis** | | | |
| Brian Ayers | 1.4 | $ 475.00 | $ 665.00 |
| Paul Neitzel | 13.5 | $ 525.00 | 7,087.50 |
| Chris Peirce | 17.4 | $ 375.00 | 6,525.00 |
| Sub-Total | 32.3 | $ 442.03 | $ 14,277.50 |
| | | | |
| **Business Operations** | | | |
| Brian Ayers | 2.7 | $ 475.00 | $ 1,282.50 |
| Jim Gansman | 7.3 | $ 575.00 | 4,197.50 |
| Tim Peach | 8.2 | $ 600.00 | 4,920.00 |
| Paul Neitzel | 43.6 | $ 525.00 | 22,890.00 |
| Chris Peirce | 24.3 | $ 375.00 | 9,112.50 |
| Sub-Total | 86.1 | $ 492.48 | $ 42,402.50 |
| | | | |
| **Creditors/Creditor Committee Communication** | | | |
| Jim Gansman | 0.3 | $ 575.00 | $ 172.50 |
| Paul Neitzel | 0.9 | $ 525.00 | 472.50 |
| Chris Peirce | 1.0 | $ 375.00 | 375.00 |
| Sub-Total | 2.2 | $ 463.64 | $ 1,020.00 |
| | | | |
| **Discussions with Lender** | | | |
| Paul Neitzel | 1.6 | $ 525.00 | $ 840.00 |
| Sub-Total | 1.6 | $ 525.00 | $ 840.00 |
| | | | |
| **Fee Application** | | | |
| Lindsey Neitzel | 10.4 | $ 300.00 | $ 3,120.00 |
| Sub-Total | 10.4 | $ 300.00 | $ 3,120.00 |
| | | | |
| **Landlord Negotiations** | | | |
| Brian Ayers | 1.1 | $ 475.00 | $ 522.50 |
| Paul Neitzel | 24.8 | $ 525.00 | 13,020.00 |
| Sub-Total | 25.9 | $ 522.88 | $ 13,542.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category by Person**

|  | Hours | Rate | | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
| Meetings - with Counsel |  |  |  |  |
| Jim Gansman | 2.0 | $ 575.00 | $ | 1,150.00 |
| Paul Neitzel | 1.6 | $ 525.00 |  | 840.00 |
| Sub-Total | 3.6 | $ 552.78 | $ | 1,990.00 |
|  |  |  |  |  |
| Meetings - with Debtor |  |  |  |  |
| Jim Gansman | 1.2 | $ 575.00 | $ | 690.00 |
| Paul Neitzel | 2.1 | $ 525.00 |  | 1,102.50 |
| Sub-Total | 3.3 | $ 543.18 | $ | 1,792.50 |
|  |  |  |  |  |
| Sale Process |  |  |  |  |
| Brian Ayers | 4.3 | $ 475.00 | $ | 2,042.50 |
| Jim Gansman | 12.3 | $ 575.00 |  | 7,072.50 |
| Paul Neitzel | 27.2 | $ 525.00 |  | 14,280.00 |
| Chris Peirce | 17.1 | $ 375.00 |  | 6,412.50 |
| Sub-Total | 60.9 | $ 489.45 | $ | 29,807.50 |
|  |  |  |  |  |
| Total | 241.2 |  | $ | 115,715.00 |

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/1/2020 | Paul Neitzel | Business Operations | Discuss operations and payments with Ned & Tim | 0.3 | $ 525.00 | $ 157.50 |
| 10/1/2020 | Chris Peirce | Business Operations | Cash flow call - discuss AP issues, month end close, and payroll | 0.4 | $ 375.00 | $ 150.00 |
| 10/1/2020 | Chris Peirce | Sale Process | Provide file for Mastodon with managers and salaries for each location and add to data roo | 0.3 | $ 375.00 | $ 112.50 |
| 10/1/2020 | Paul Neitzel | Creditors/Creditor Committee | Send updated cf and WDB to UCC with short bridge. | 0.2 | $ 525.00 | $ 105.00 |
| 10/1/2020 | Paul Neitzel | Landlord Negotiations | Review and respond to Holland lease comments | 0.4 | $ 525.00 | $ 210.00 |
| 10/1/2020 | Paul Neitzel | Landlord Negotiations | Review and respond to Detroit landlord re: amendment. Address comments with WNJ. Mo | 0.7 | $ 525.00 | $ 367.50 |
| 10/1/2020 | Paul Neitzel | Landlord Negotiations | Modify Ann Arbor lease amendment and respond to tenant and landlord with suggested cl | 0.7 | $ 525.00 | $ 367.50 |
| 10/1/2020 | Paul Neitzel | Sale Process | Calls w/ John and Jim and Committee counsel re new proposals on wind down budget | 1.3 | $ 525.00 | $ 682.50 |
| 10/1/2020 | Jim Gansman | Business Operations | Calls w/ John and Paul and Committee counsel re new proposals on wind down budget | 1.3 | $ 575.00 | $ 747.50 |
| 10/1/2020 | Jim Gansman | Creditors/Creditor Committee | Call with Paul and John re: UCC/buyer negotiations | 0.3 | $ 575.00 | $ 172.50 |
| 10/1/2020 | Paul Neitzel | Creditors/Creditor Committee | Call with Jim (Rock Creek) and John (Pachulski) re: UCC/buyer negotiations | 0.3 | $ 575.00 | $ 172.50 |
| 10/1/2020 | Paul Neitzel | Business Operations | Call with Ned re: WDB and lease negotiations | 0.2 | $ 525.00 | $ 105.00 |
| 10/1/2020 | Brian Ayers | Sale Process | Review proposed UCC comments/proposal re wind down budget | 0.6 | $ 475.00 | $ 285.00 |
| 10/2/2020 | Paul Neitzel | Landlord Negotiations | Update BFV and counsel on status of leases. Send emails to GRBC and Broad Ripple | 0.8 | $ 525.00 | $ 420.00 |
| 10/2/2020 | Paul Neitzel | Bankruptcy Reporting | Consolidate chapter 5 claims | 3.7 | $ 525.00 | $ 1,942.50 |
| 10/2/2020 | Paul Neitzel | Business Analysis | Revised WDB with line item caps | 0.4 | $ 525.00 | $ 210.00 |
| 10/2/2020 | Paul Neitzel | Business Analysis | Revisions to WDB and respond to questions from company | 0.7 | $ 525.00 | $ 367.50 |
| 10/2/2020 | Paul Neitzel | Meetings - with Debtor | Call with Ned re: Ch. 5 claims and payroll timing after close | 0.4 | $ 525.00 | $ 210.00 |
| 10/2/2020 | Paul Neitzel | Creditors/Creditor Committee | Call with UCC FA re: WDB | 0.4 | $ 525.00 | $ 210.00 |
| 10/2/2020 | Paul Neitzel | Business Operations | Emails re: D&O waiver language | 0.2 | $ 525.00 | $ 105.00 |
| 10/2/2020 | Paul Neitzel | Landlord Negotiations | Emails re: Ann Arbor amendment | 0.2 | $ 525.00 | $ 105.00 |
| 10/2/2020 | Chris Peirce | Sale Process | Provide Amherst Partners with detail of insider payments from the SOFA | 0.3 | $ 375.00 | $ 112.50 |
| 10/2/2020 | Paul Neitzel | Business Operations | Update Chapter 5 claims | 0.3 | $ 525.00 | $ 157.50 |
| 10/2/2020 | Paul Neitzel | Business Operations | review of avoidance actions | 0.4 | $ 525.00 | $ 210.00 |
| 10/2/2020 | Brian Ayers | Business Operations | Monthly sales and analysis provided to GRBC for lender review | 0.6 | $ 475.00 | $ 190.00 |
| 10/3/2020 | Paul Neitzel | Landlord Negotiations | Emails and call w/ Debbie Gross re COVID 19 business interruption insurance | 0.8 | $ 525.00 | $ 420.00 |
| 10/4/2020 | Jim Gansman | Business Operations | Discuss Barfly financial support with Paul Neitzel and Jim Gansman | 0.1 | $ 575.00 | $ 57.50 |
| 10/4/2020 | Paul Neitzel | Business Operations | Calls/emails regarding BFV accounting staff plan | 0.3 | $ 525.00 | $ 157.50 |
| 10/4/2020 | Paul Neitzel | Landlord Negotiations | Review GRBC amendment proposal | 0.4 | $ 525.00 | $ 210.00 |
| 10/4/2020 | Chris Peirce | Business Operations | Discuss Barfly financial support with Chris and Jim | 0.1 | $ 375.00 | $ 52.50 |
| 10/5/2020 | Jim Gansman | Business Operations | Discuss Barfly financial support with Paul Neitzel and Chris Peirce | 0.1 | $ 575.00 | $ 57.50 |
| 10/5/2020 | Paul Neitzel | Business Operations | Call with Debbie re: GRBC rent | 0.2 | $ 525.00 | $ 105.00 |
| 10/5/2020 | Chris Peirce | Creditors/Creditor Committee | Prepare and send updated cash flow forecast file to UCC | 0.5 | $ 375.00 | $ 187.50 |
| 10/5/2020 | Chris Peirce | Business Operations | Prepare new cash flow forecast file | 0.5 | $ 375.00 | $ 187.50 |
| 10/5/2020 | Chris Peirce | Discussions with Lender | Call with Kyle from Congruent | 0.1 | $ 525.00 | $ 52.50 |
| 10/5/2020 | Paul Neitzel | Landlord Negotiations | Review of Holland proposed lease amendment | 0.2 | $ 525.00 | $ 105.00 |
| 10/5/2020 | Paul Neitzel | Landlord Negotiations | Edit Ann Arbor lease amendment to reference sales tax form | 0.7 | $ 525.00 | $ 367.50 |
| 10/5/2020 | Paul Neitzel | Landlord Negotiations | Edit Stella's amendment for additional provisions requires | 0.8 | $ 525.00 | $ 420.00 |
| 10/5/2020 | Paul Neitzel | Landlord Negotiations | Detroit amendment changes | 0.9 | $ 525.00 | $ 472.50 |
| 10/6/2020 | Paul Neitzel | Business Operations | Call with CEO (Ned) re: cash, landlords and accounting staff | 0.1 | $ 525.00 | $ 52.50 |
| 10/6/2020 | Paul Neitzel | Discussions with Lender | Emails with lender and counsel re: Bi claim | 0.1 | $ 525.00 | $ 52.50 |
| 10/6/2020 | Chris Peirce | Business Operations | Daily cash flow call - discuss AP issues regarding oldco/newco, transition and backfilling of i | 0.7 | $ 375.00 | $ 262.50 |
| 10/6/2020 | Paul Neitzel | Business Operations | Call with Brian Ayers re cash forecast | 0.3 | $ 375.00 | $ 112.50 |
| 10/6/2020 | Paul Neitzel | Business Operations | Payroll discussion with Ellen & Leann | 0.3 | $ 525.00 | $ 157.50 |
| 10/6/2020 | Jim Gansman | Meetings - with Counsel | Call w/ John and Paul regarding payments after close, who actually pays them and final fee | 0.6 | $ 575.00 | $ 345.00 |
| 10/6/2020 | Paul Neitzel | Meetings - with Counsel | Call with Gansman and Cullen re: timing of payments | 0.6 | $ 525.00 | $ 315.00 |
| 10/6/2020 | Chris Peirce | Business Operations | Update cash flow forecast with actuals | 0.5 | $ 375.00 | $ 187.50 |
| 10/7/2020 | Paul Neitzel | Business Analysis | Call with company re: financials, AP items, newco/oldco, P9 | 0.7 | $ 525.00 | $ 367.50 |
| 10/7/2020 | Chris Peirce | Business Analysis | Update c/f for out-months, update waterfall, build peak cash need table | 2.1 | $ 525.00 | $ 1,102.50 |
| 10/7/2020 | Chris Peirce | Business Analysis | Email Tim Gauther regarding specific account debits for cash flow reconciliation | 0.1 | $ 375.00 | $ 37.50 |
| 10/7/2020 | Chris Peirce | Business Analysis | Reconcile cash flow plug amount in forecast | 3.6 | $ 525.00 | $ 892.50 |
| 10/7/2020 | Paul Neitzel | Business Operations | Review updated cash flow | 0.3 | $ 475.00 | $ 142.50 |
| 10/7/2020 | Brian Ayers | Business Operations | call with Chris Peirce re cash forecast | 0.3 | $ 475.00 | $ 142.50 |
| 10/7/2020 | Paul Neitzel | Discussions with Lender | Call with Kyle at Congruent re: wind down budget | 0.3 | $ 525.00 | $ 157.50 |
| 10/7/2020 | Chris Peirce | Business Analysis | Emails with HR (Ellen) re: w-2 and Q3 bonuses | 0.2 | $ 525.00 | $ 105.00 |
| 10/7/2020 | Chris Peirce | Business Analysis | Continue cash flow reconciliation analysis | 1 | $ 375.00 | $ 375.00 |
| 10/7/2020 | Paul Neitzel | Business Analysis | Call with company re: financials, AP items, newco/oldco, P9 | 0.1 | $ 375.00 | $ 37.50 |
| 10/7/2020 | Chris Peirce | Business Analysis | Call with company re: c/f and wind down | 1.7 | $ 525.00 | $ 892.50 |
| 10/7/2020 | Chris Peirce | Business Analysis | Daily cash flow call - discuss prior week actuals vs. forecast, forecast go forward, and wind- | 1.7 | $ 375.00 | $ 637.50 |
| 10/7/2020 | Chris Peirce | Business Analysis | Work on cash f/c, wind down and august professional fee payment | 1.2 | $ 525.00 | $ 630.00 |
| 10/7/2020 | Paul Neitzel | Landlord Negotiations | Review and email Detroit amendment to landlord | 0.3 | $ 525.00 | $ 157.50 |

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-01947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/7/2020 | Paul Neitzel | Discussions with Lender | Summarize latest q/f for tender and email | 0.3 | $525.00 | $157.50 |
| 10/7/2020 | Paul Neitzel | Landlord Negotiations | Review and edit GRBC proposal | 1.4 | $525.00 | $735.00 |
| 10/7/2020 | Paul Neitzel | Landlord Negotiations | Review, summarize and email debtor and counsel re: East Lansing proposed amendment | 0.8 | $525.00 | $420.00 |
| 10/7/2020 | Paul Neitzel | Business Operations | Email re: quarterly bonus payments | 0.1 | $525.00 | $52.50 |
| 10/7/2020 | Paul Neitzel | Business Operations | Emails re: investment banker fees for October | 0.1 | $525.00 | $52.50 |
| 10/7/2020 | Paul Neitzel | Meetings - with Debtor | calls with Jim and John re liquor licenses and getting sale completed | 0.4 | $525.00 | $210.00 |
| 10/7/2020 | Chris Peirce | Business Analysis | Continue analyzing cash flow forecast | 1.9 | $375.00 | $712.50 |
| 10/7/2020 | Jim Gansman | Business Operations | Call w/ Ned re ongoing accounting services for Barfly | 0.3 | $575.00 | $172.50 |
| 10/7/2020 | Jim Gansman | Meetings - with Debtor | calls w/ Paul and John re liquor licenses and getting sale completed | 0.4 | $575.00 | $230.00 |
| 10/8/2020 | Paul Neitzel | Business Analysis | Call with debtor re: payments and operations | 0.5 | $525.00 | $262.50 |
| 10/8/2020 | Paul Neitzel | Landlord Negotiations | Call with counsel and debtor re: status of leases | 1.2 | $525.00 | $630.00 |
| 10/8/2020 | Paul Neitzel | Sale Process | Call with Mastodon | 0.4 | $525.00 | $210.00 |
| 10/8/2020 | Paul Neitzel | Sale Process | Calls w/ John and Jim re outstanding issues for APA | 0.6 | $525.00 | $315.00 |
| 10/8/2020 | Paul Neitzel | Landlord Negotiations | Review and email Ann Arbor edits to amendment | 0.3 | $525.00 | $157.50 |
| 10/8/2020 | Paul Neitzel | Business Analysis | Emails with Ned re: GFS settlement | 0.4 | $525.00 | $210.00 |
| 10/8/2020 | Chris Peirce | Business Analysis | Cash flow call - discuss oldco/newco transition, AP issues, and Q3 bonus | 0.5 | $375.00 | $187.50 |
| 10/8/2020 | Chris Peirce | Sale Process | Request and review sales by week by location for 2019 for Mastodon | 0.5 | $375.00 | $187.50 |
| 10/8/2020 | Chris Peirce | Creditors/Creditor Committee | Create cash flow file for UCC and UST and upload to data site | 0.5 | $375.00 | $187.50 |
| 10/8/2020 | Chris Peirce | Business Analysis | Continue cash flow variance research | 0.8 | $375.00 | $300.00 |
| 10/8/2020 | Chris Peirce | Sale Process | Review APA schedules prior to call with Paul Neitzel and Brian Ayers | 0.2 | $375.00 | $75.00 |
| 10/8/2020 | Chris Peirce | Sale Process | Call with Paul Neitzel and Brian Ayers to review and discuss APA schedules | 1.2 | $375.00 | $450.00 |
| 10/8/2020 | Chris Peirce | Sale Process | Email Ned Lidvall and Liz Von Eitzen regarding status of executory contracts and cures | 0.1 | $375.00 | $37.50 |
| 10/8/2020 | Chris Peirce | Sale Process | Send Jason Rosell APA schedules for call on 10/9 | 0.1 | $375.00 | $37.50 |
| 10/8/2020 | Paul Neitzel | Business Operations | Review APA schedules with Brian and Chris | 1.2 | $525.00 | $630.00 |
| 10/9/2020 | Chris Peirce | Sale Process | Calls w/ John and Paul re outstanding issues for APA | 1.0 | $375.00 | $375.00 |
| 10/9/2020 | Paul Neitzel | Sale Process | Calls re: APA drafts and schedules and completion check list in prep for call, review and update | 0.2 | $525.00 | $105.00 |
| 10/9/2020 | Paul Neitzel | Sale Process | Call with P. Neitzel and C. Peirce re APA Schedules | 1.0 | $525.00 | $525.00 |
| 10/9/2020 | Paul Neitzel | Landlord Negotiations | Call with Counsel regarding leases | 1.0 | $525.00 | $525.00 |
| 10/9/2020 | Chris Peirce | Landlord Negotiations | Emails with counsel re: E1 and GRBC lease amendments | 1.0 | $375.00 | $375.00 |
| 10/9/2020 | Chris Peirce | Landlord Negotiations | Review and call with WNJ re: GRBC lease amendment | 1.0 | $375.00 | $375.00 |
| 10/9/2020 | Jim Gansman | Sale Process | Review APA schedules with Pachulski and RC | 0.6 | $575.00 | $345.00 |
| 10/9/2020 | Paul Neitzel | Sale Process | Call with Paul Neitzel, Brian Ayers, and Jason Rosell regarding APA Schedules | 0.2 | $525.00 | $105.00 |
| 10/9/2020 | Paul Neitzel | Landlord Negotiations | Call with Liz at WNJ regarding GR RC | 0.2 | $525.00 | $105.00 |
| 10/9/2020 | Brian Ayers | Meetings - with Debtor | Call with Ned re: leases and operations | 1.0 | $475.00 | $475.00 |
| 10/9/2020 | Brian Ayers | Sale Process | Call with Chris Peirce, Paul Neitzel and Counsel re APA schedules | 0.2 | $475.00 | $95.00 |
| 10/10/2020 | Paul Neitzel | Business Operations | Review of Gordon foods settlement | 0.2 | $525.00 | $105.00 |
| 10/10/2020 | Paul Neitzel | Business Operations | Call with buyer CFO re fu da flow | 0.1 | $525.00 | $52.50 |
| 10/10/2020 | Paul Neitzel | Meetings - with Counsel | Call with Pachulski (Jason) re: novation agreements | 0.1 | $525.00 | $52.50 |
| 10/10/2020 | Paul Neitzel | Business Operations | Emails re: novation agreements | 0.1 | $525.00 | $52.50 |
| 10/10/2020 | Chris Peirce | Business Analysis | Build file with 2020 sales by week by location from flash sales reports for Mastodon and CII | 1.5 | $375.00 | $562.50 |
| 10/10/2020 | Paul Neitzel | Sale Process | Emails re: sale objections | 0.3 | $525.00 | $157.50 |
| 10/10/2020 | Lindsey Neitzel | Fee Application | Fee App | 4.7 | $300.00 | $1,410.00 |
| 10/10/2020 | Jim Gansman | Sale Process | Call w/ Jim re pre and post closing work for buyer | 0.3 | $575.00 | $172.50 |
| 10/10/2020 | Paul Neitzel | Landlord Negotiations | Email Kalamazoo landlord | 0.1 | $525.00 | $52.50 |
| 10/11/2020 | Lindsey Neitzel | Fee Application | Fee App | 5.7 | $300.00 | $1,710.00 |
| 10/11/2020 | Chris Peirce | Business Analysis | Analyze cash flow variances | 1.6 | $375.00 | $600.00 |
| 10/11/2020 | Chris Peirce | Sale Process | Update APA schedules based on call with Pachulski | 0.9 | $375.00 | $337.50 |
| 10/12/2020 | Paul Neitzel | Business Operations | review sales forecast | 0.4 | $525.00 | $210.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Kalamazoo landlord re: sale objection | 0.1 | $525.00 | $52.50 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Denise (BFV AP) re: Kalamazoo TI loan payment | 0.2 | $525.00 | $105.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Follow-up call with Kalamazoo landlord re: loan amortization schedule | 0.2 | $525.00 | $105.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Ned & Liz re: outstanding leases | 0.2 | $525.00 | $105.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Ned re: Kalamazoo lease | 0.2 | $525.00 | $105.00 |
| 10/12/2020 | Paul Neitzel | Business Operations | Summarize weekly sales vs forecast for prior week | 0.3 | $525.00 | $157.50 |
| 10/12/2020 | Paul Neitzel | Business Operations | Call with Travis re chapter 5 claims | 0.1 | $525.00 | $52.50 |
| 10/12/2020 | Chris Peirce | Business Analysis | Cash flow variance analysis | 0.2 | $375.00 | $75.00 |
| 10/12/2020 | Chris Peirce | Business Operations | Send daily sales reports for past week to Kyle Okita | 0.5 | $375.00 | $187.50 |
| 10/12/2020 | Chris Peirce | Business Operations | Discussion of bank accounts with lender and BFV | 0.2 | $375.00 | $75.00 |
| 10/12/2020 | Paul Neitzel | Business Operations | Discuss BI insurance claim and liquor licenses with Travis (Congruent), Ned (BFV) and RC (Ji... | 0.5 | $525.00 | $262.50 |
| 10/12/2020 | Paul Neitzel | Business Operations | Call with Travis and Ned re: Kalamazoo assurance | 0.4 | $525.00 | $210.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Kalamazoo landlord | 0.2 | $525.00 | $105.00 |

Barfly Ventures, LLC
Western District of Michigan (Grand Rapids)
Case #: 20-01947-jwb

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/12/2020 | Jim Gansman | Business Operations | Call w/ Buyer, Ned and Paul re business interruption insurance and notices to landlords re : | 0.4 | $575.00 | $230.00 |
| 10/12/2020 | Jim Gansman | Sale Process | Review of emails re notice to landlords | 0.2 | $575.00 | $115.00 |
| 10/12/2020 | Jim Gansman | Business Operations | Emails and calls re business interruption insurance | 0.2 | $575.00 | $115.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Email landlord and lawyers re: Stella's amendment | 0.3 | $525.00 | $157.50 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Email and call GRBC landlord re: amendment | 0.3 | $525.00 | $157.50 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Bob Nolan re: Ann Arbor and Stella's lease | 0.2 | $525.00 | $105.00 |
| 10/12/2020 | Jim Gansman | Business Operations | Research re PPP forgiveness | 0.7 | $575.00 | $402.50 |
| 10/12/2020 | Paul Neitzel | Business Operations | Review GRBC cure amount t | 0.3 | $525.00 | $157.50 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Travis and Ned re: Kalamazoo lease | 0.2 | $525.00 | $105.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Call with Ned and email with Stella's LL re: lease amendment | 0.2 | $525.00 | $105.00 |
| 10/12/2020 | Paul Neitzel | Landlord Negotiations | Review and prepare revised Ann Arbor amendment language. | 0.6 | $525.00 | $315.00 |
| 10/12/2020 | Jim Gansman | Sale Process | call w/John and Paul re hearing | 0.3 | $575.00 | $172.50 |
| 10/12/2020 | Paul Neitzel | Business Operations | Review and respond re: cure amounts to Nathan Gimball (Paul Hastings) | 0.3 | $525.00 | $157.50 |
| 10/12/2020 | Paul Neitzel | Business Operations | Update c/f for new week activity | 0.4 | $525.00 | $210.00 |
| 10/12/2020 | Paul Neitzel | Business Operations | Call Broad Ripple landlord re: liquor license | 0.1 | $525.00 | $52.50 |
| 10/13/2020 | Paul Neitzel | Landlord Negotiations | Emails with GRBC landlord re: amendment | 0.1 | $525.00 | $52.50 |
| 10/13/2020 | Paul Neitzel | Landlord Negotiations | Email BFV and counsel re: Stella's amendment | 0.1 | $525.00 | $52.50 |
| 10/13/2020 | Paul Neitzel | Attendance at Court Hearings and | Attend sale hearing | 1.6 | $525.00 | $840.00 |
| 10/13/2020 | Paul Neitzel | Review of Pleadings | Review sale order | 0.8 | $525.00 | $420.00 |
| 10/13/2020 | Paul Neitzel | Sale Process | Calls and Emails w John, Jim and Ned re TSA issues | 0.5 | $525.00 | $262.50 |
| 10/13/2020 | Jim Gansman | Review of Pleadings | Attendance at Sale Hearing in court, Zoom Call | 1.6 | $575.00 | $920.00 |
| 10/13/2020 | Paul Neitzel | Landlord Negotiations | review, respond and send Stella's amendment for execution | 0.4 | $525.00 | $210.00 |
| 10/13/2020 | Paul Neitzel | Business Operations | Call & email Broad Ripple LL re: liquor license. | 0.2 | $525.00 | $105.00 |
| 10/13/2020 | Paul Neitzel | Discussions with Lender | Call with LL and emails with buyer, debtor re: GRBC amendment | 0.4 | $525.00 | $210.00 |
| 10/13/2020 | Paul Neitzel | Discussions with Lender | Call with lender re: GRBC amendment | 0.2 | $525.00 | $105.00 |
| 10/13/2020 | Paul Neitzel | Sale Process | Discussion with buyer re: transfer of liquor license and email to counsel drafting form (WN) | 0.2 | $525.00 | $105.00 |
| 10/13/2020 | Paul Neitzel | Business Operations | Discuss GRBC and GFS with Ned | 0.2 | $525.00 | $105.00 |
| 10/13/2020 | Paul Neitzel | Business Operations | Prepare and send % rent calculation and backup for HCBR to landlord | 0.4 | $525.00 | $210.00 |
| 10/13/2020 | Paul Neitzel | Landlord Negotiations | Call with GRBC landlord | 0.4 | $525.00 | $210.00 |
| 10/13/2020 | Paul Neitzel | Business Operations | Update cash flow forecast with prior week actuals | 0.4 | $525.00 | $210.00 |
| 10/13/2020 | Chris Peirce | Business Analysis | Cash flow call with company - discuss rework dollars AP issues, P9 close, and sale closing iter | 0.5 | $375.00 | $187.50 |
| 10/13/2020 | Chris Peirce | Business Operations | Emails with Ann Arbor landlord and prep of amendment for signature | 0.5 | $375.00 | $187.50 |
| 10/13/2020 | Paul Neitzel | Sale Process | Send update to Parhulski on APA schedules | 0.4 | $525.00 | $210.00 |
| 10/13/2020 | Chris Peirce | Sale Process | Review docket for updated filings for assumed and rejected contracts | 0.1 | $375.00 | $37.50 |
| 10/13/2020 | Chris Peirce | Sale Process | Review EL amendment | 0.1 | $375.00 | $37.50 |
| 10/13/2020 | Paul Neitzel | Landlord Negotiations | Calls and Emails w John, Paul and Ned re TSA issues | 0.5 | $525.00 | $262.50 |
| 10/14/2020 | Jim Gansman | Sale Process | Funds Flow discussion with Tim Gauthier | 0.5 | $575.00 | $287.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | Emails re: percentage rent process | 0.1 | $525.00 | $52.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | call with buyer and debtor re: weekly c/f | 0.5 | $525.00 | $262.50 |
| 10/14/2020 | Jim Gansman | Business Operations | Calls and Emails w/ Jim, John, Jason and Ned re liquor licenses, bank account and Payroll ar | 0.1 | $575.00 | $57.50 |
| 10/14/2020 | Chris Peirce | Business Operations | Daily cash flow call - discuss oldco/newco payments, prior week actuals vs. forecast, and w | 0.7 | $375.00 | $262.50 |
| 10/14/2020 | Chris Peirce | Business Operations | Calls and Emails w/Paul, John, Jason and Ned re liquor licenses, bank account and Payroll as | 1.5 | $375.00 | $562.50 |
| 10/14/2020 | Jim Gansman | Business Operations | Call from innovo re K-1's for shareholders and follow-up emails | 0.5 | $575.00 | $287.50 |
| 10/14/2020 | Jim Gansman | Bankruptcy Reporting | Request September bank reconciliations for MOR | 0.3 | $575.00 | $172.50 |
| 10/14/2020 | Chris Peirce | Business Operations | Call with WXN & Parhulski | 0.1 | $375.00 | $37.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | Call with Andrew re: k1s | 1.3 | $525.00 | $682.50 |
| 10/14/2020 | Chris Peirce | Sale Process | Call with Parhulski, WXn-J, Ned, and Rock Creek to discuss status of APA schedules and win | 0.1 | $525.00 | $52.50 |
| 10/14/2020 | Chris Peirce | Sale Process | Call with Plante re: k1s / shareholder basis | 0.1 | $525.00 | $52.50 |
| 10/14/2020 | Chris Peirce | Sale Process | Update and send Congruent debt summary to Justin Goodall of Mastodon | 1.3 | $375.00 | $487.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | Update cash flow and upload for UCC and UST | 0.4 | $525.00 | $210.00 |
| 10/14/2020 | Chris Peirce | Business Operations | Call with Ned, Mark & Andrew re: cost basis | 0.2 | $375.00 | $75.00 |
| 10/14/2020 | Chris Peirce | Business Operations | Call with shareholder re: cost basis of investment | 0.5 | $375.00 | $187.50 |
| 10/14/2020 | Paul Neitzel | Business Operations | emails re: cost basis of investments with shareholders, company and tax preparers | 0.3 | $525.00 | $157.50 |
| 10/14/2020 | Paul Neitzel | Landlord Negotiations | Draft and email proposed cover for lease assignment and assumption | 0.8 | $525.00 | $420.00 |
| 10/14/2020 | Paul Neitzel | Landlord Negotiations | Email and call Detroit LL re: amendment | 0.4 | $525.00 | $210.00 |
| 10/14/2020 | Paul Neitzel | Landlord Negotiations | Email lender/buyer re: landlord negotiations | 0.2 | $525.00 | $105.00 |
| 10/14/2020 | Chris Peirce | Bankruptcy Reporting | Prepare P9 store P&L's with G&A allocations and interest expense allocations | 1 | $375.00 | $375.00 |
| 10/14/2020 | Chris Peirce | Bankruptcy Reporting | Prepare and consolidate P9 bank statements and reconciliations for MOR | 1.5 | $375.00 | $562.50 |

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/14/2020 | Brian Ayers | Bankruptcy Reporting | review and discussion with C Peirce re Sept MOR | 0.4 | $ 475.00 | $ 190.00 |
| 10/15/2020 | Jim Gansman | Sale Process | Email from Travis re business interruption insurance and reply to it Call w/ Nathan re same | 0.4 | $ 575.00 | $ 230.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | Review Plante email and schedule re: tax basis | 0.6 | $ 525.00 | $ 315.00 |
| 10/15/2020 | Paul Neitzel | Business Analysis | Call with Ned, Tim, Denise re: c7 and payments | 0.5 | $ 525.00 | $ 262.50 |
| 10/15/2020 | Paul Neitzel | Landlord Negotiations | Communication with Indy LL re: % rent | 0.2 | $ 525.00 | $ 105.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | Emails re: BI claim | 0.2 | $ 525.00 | $ 105.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | discussion and email re: s/h tax basis with lender | 0.2 | $ 525.00 | $ 105.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | BI claim communications | 0.3 | $ 525.00 | $ 157.50 |
| 10/15/2020 | Paul Neitzel | Business Operations | D&O waiver language emails | 0.2 | $ 525.00 | $ 105.00 |
| 10/15/2020 | Jim Gansman | Meetings - with Counsel | Calls and emails re potential TSA | 0.7 | $ 575.00 | $ 402.50 |
| 10/15/2020 | Paul Neitzel | Business Operations | Cash flow call - review AP items and sales process status | 0.5 | $ 375.00 | $ 187.50 |
| 10/15/2020 | Chris Peirce | Sale Process | Email Ned Lidvall and Liz Von Etzen requesting current contract list for APA schedules | 0.4 | $ 525.00 | $ 210.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | research credit card processor options | 0.2 | $ 525.00 | $ 105.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | Call with John Lucas and Jim Gansman re: closing and TSA | 0.4 | $ 525.00 | $ 210.00 |
| 10/15/2020 | Paul Neitzel | Business Operations | Emails with Ned & Denise re: AP payments | 0.4 | $ 525.00 | $ 210.00 |
| 10/15/2020 | Chris Peirce | Sale Process | Update APA schedules with contracts, leases, and cure amounts from Liz Vonetzten | 0.5 | $ 375.00 | $ 187.50 |
| 10/15/2020 | Chris Peirce | Bankruptcy Reporting | Begin redacting bank statements and reconciliations for September MOR | 1 | $ 375.00 | $ 375.00 |
| 10/16/2020 | Paul Neitzel | Business Operations | Update c7 and WDB for latest changes | 2.3 | $ 525.00 | $ 1,207.50 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Send lease assignments and assumptions to landlords | 0.2 | $ 525.00 | $ 105.00 |
| 10/15/2020 | Paul Neitzel | Landlord Negotiations | Review and discuss East Lansing amendment with CEO Ned | 0.4 | $ 525.00 | $ 210.00 |
| 10/16/2020 | Paul Neitzel | Sale Process | Review APA schedules with Ned (BFV CEO), WNJ (Liz) and Rock Creek (Chris) | 1.1 | $ 525.00 | $ 577.50 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Assignment & Assumption emails with Holland LL and buyers | 0.3 | $ 525.00 | $ 157.50 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Review amendment and emails re: Stella's amendments | 0.2 | $ 525.00 | $ 105.00 |
| 10/16/2020 | Chris Peirce | Sale Process | Review APA schedules with Paul Neitzel, Ned Lidvall, and Liz Von Etzen prior to Pachulski c | 1.1 | $ 375.00 | $ 412.50 |
| 10/16/2020 | Paul Neitzel | Sale Process | Call with BFV HR (Ellen) and buyer (Matt & Travis) re: benefit deductions/payroll | 0.5 | $ 525.00 | $ 262.50 |
| 10/16/2020 | Paul Neitzel | Sale Process | APA schedule review with BFV (Ned), WNJ (Liz), Pachulski (Jason) and Rock Creek (Chris) | 1 | $ 525.00 | $ 525.00 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Lease amendment and assumption emails with WNJ and Detroit LL | 0.4 | $ 525.00 | $ 210.00 |
| 10/16/2020 | Chris Peirce | Sale Process | Call with Jason Rosell, Liz Von Etzen, Ned Lidvall, and Paul Neitzel regarding APA schedules | 1 | $ 375.00 | $ 375.00 |
| 10/16/2020 | Chris Peirce | Business Analysis | Send Ned Lidvall files with detail of Music/Cable/Internet GL charges | 0.2 | $ 375.00 | $ 75.00 |
| 10/16/2020 | Paul Neitzel | Sale Process | Call with buyer counsel (Paul Hastings), Pachulski and Rock Creek (Jim) re: transition items | 0.7 | $ 525.00 | $ 367.50 |
| 10/16/2020 | Paul Neitzel | Business Operations | Emails and calls with Buyer CFO (Matt) and BFV HR (Ellen) re: 401k, benefits, medical policy | 0.6 | $ 525.00 | $ 315.00 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Call and email with Beltline LL lawyer | 0.3 | $ 525.00 | $ 157.50 |
| 10/16/2020 | Paul Neitzel | Business Operations | Call with Denise Williston to discuss AP reporting for APA and wind down budget | 0.3 | $ 525.00 | $ 157.50 |
| 10/16/2020 | Chris Peirce | Business Analysis | Split AP Aging file from company into pre-sale and post-sale due dates | 1.3 | $ 375.00 | $ 487.50 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Discuss GRBC amendment and lender approval with LL | 0.3 | $ 525.00 | $ 157.50 |
| 10/16/2020 | Paul Neitzel | Landlord Negotiations | Call with BFV CEO (Ned) and email re: GRBC amendment | 0.4 | $ 525.00 | $ 210.00 |
| 10/16/2020 | Brian Ayers | Sale Process | review allocation of pre vs post sale AP | 0.4 | $ 475.00 | $ 190.00 |
| 10/17/2020 | Chris Peirce | Bankruptcy Reporting | Redact bank statements and reconciliations for September MOR | 2.8 | $ 375.00 | $ 1,050.00 |
| 10/17/2020 | Paul Neitzel | Sale Process | Emails re TSA | 0.2 | $ 575.00 | $ 115.00 |
| 10/17/2020 | Paul Neitzel | Landlord Negotiations | Calls with GRBC landlord and BFV CEO re: lease amendment and timing of close | 0.8 | $ 525.00 | $ 420.00 |
| 10/18/2020 | Chris Peirce | Business Analysis | Continue analyzing cash flow variance by comparing sales reports by day to bank receipts | 3.5 | $ 375.00 | $ 1,312.50 |
| 10/19/2020 | Paul Neitzel | Attendance at Court Hearings and Review of Pleadings | Review GRBC and mark changes to amendment | 1.2 | $ 525.00 | $ 630.00 |
| 10/19/2020 | Paul Neitzel | Business Analysis | Update UST fee split between ch 11 and ch 7 | 0.4 | $ 525.00 | $ 210.00 |
| 10/19/2020 | Paul Neitzel | Business Operations | Call with CEO (Ned), HR (Ellen) and Payroll (Leann) re: timing of close. | 0.5 | $ 525.00 | $ 262.50 |
| 10/19/2020 | Paul Neitzel | Business Operations | Call with Jason (Pachulski) regarding US trustee fee | 0.2 | $ 525.00 | $ 105.00 |
| 10/19/2020 | Paul Neitzel | Business Analysis | Send Kyle Okita and Congruent team the flash sales report | 0.1 | $ 375.00 | $ 37.50 |
| 10/19/2020 | Chris Peirce | Business Operations | Request files for cash flow forecast update | 0.1 | $ 375.00 | $ 37.50 |
| 10/19/2020 | Jim Gansman | Business Operations | Call w/ Paul John, Ned and Jason re TSA regarding payroll, health benefits, 401k and other i | 1.4 | $ 575.00 | $ 805.00 |
| 10/19/2020 | Paul Neitzel | Business Operations | Call with BFV CEO, Jim, and counsel re TSA | 0.9 | $ 525.00 | $ 472.50 |
| 10/19/2020 | Paul Neitzel | Business Operations | Review Detroit and GRBC amendments and send for e-signature | 0.4 | $ 525.00 | $ 210.00 |
| 10/19/2020 | Paul Neitzel | Business Analysis | Discussion with Brian re UST fees and TSA disbursements | 0.7 | $ 525.00 | $ 367.50 |
| 10/19/2020 | Chris Peirce | Business Operations | Compile prior week cash flow actuals for forecast | 1.5 | $ 375.00 | $ 562.50 |
| 10/19/2020 | Brian Ayers | Business Analysis | Discussion with Paul Neitzel re UST fees and TSA disbursements | 0.7 | $ 475.00 | $ 332.50 |
| 10/20/2020 | Paul Neitzel | Landlord Negotiations | Store and distribute GRBC amendment | 0.2 | $ 525.00 | $ 105.00 |

Barfly Ventures, LLC
Western District of Michigan (Grand Rapids)
Case #: 20-1947-jwb

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/20/2020 | Paul Neitzel | Business Operations | Call with BFV CEO & AP re: weekly business | 0.5 | $ 525.00 | $ 262.50 |
| 10/20/2020 | Paul Neitzel | Business Operations | Review and send GRBC assignment & assumption agreement to landlord for execution | 0.2 | $ 525.00 | $ 105.00 |
| 10/20/2020 | Paul Neitzel | Discussions with Lender | Call with Congruent CFO re: buyer status | 0.2 | $ 525.00 | $ 105.00 |
| 10/20/2020 | Paul Neitzel | Landlord Negotiations | Summarize and follow-up on lease assignments & assumptions | 0.7 | $ 525.00 | $ 367.50 |
| 10/20/2020 | Paul Neitzel | Business Operations | Call with companies TPA re: insurance past close | 0.5 | $ 525.00 | $ 262.50 |
| 10/20/2020 | Paul Neitzel | Business Operations | Call with Ned & Jim re: TPA | 0.2 | $ 525.00 | $ 105.00 |
| 10/20/2020 | Jim Gansman | Business Operations | Call w/ HNI, Ellen, Tim and Paul re TSA and health plan | 0.7 | $ 575.00 | $ 402.50 |
| 10/20/2020 | Jim Gansman | Business Operations | Follow up call w Ned and Paul re HNI benefit call | 0.2 | $ 575.00 | $ 115.00 |
| 10/20/2020 | Chris Peirce | Business Operations | Cash flow call with company - discuss AP issues related to transition, gathering prior week i | 0.6 | $ 375.00 | $ 225.00 |
| 10/20/2020 | Jim Gansman | Business Operations | call w Congruent, Paul Hastings, Pachulski, WNJ and RC re transition-service agreement | 0.6 | $ 575.00 | $ 345.00 |
| 10/20/2020 | Jim Gansman | Business Operations | Call with Jim and counsel and buyer re: TSA | 0.7 | $ 525.00 | $ 367.50 |
| 10/20/2020 | Paul Neitzel | Business Operations | Call with CEO & HR VP re: TSA | 0.3 | $ 525.00 | $ 157.50 |
| 10/20/2020 | Tim Peach | Business Operations | Analysis of benefit plan transfer issues; conference calls to discuss issues | 2.5 | $ 600.00 | $ 1,500.00 |
| 10/20/2020 | Chris Peirce | Business Operations | Cash flow actuals analysis | 0.5 | $ 375.00 | $ 187.50 |
| 10/21/2020 | Chris Peirce | Business Operations | Cash flow actuals analysis | 2.4 | $ 375.00 | $ 900.00 |
| 10/21/2020 | Chris Peirce | Business Operations | Cash flow call - discuss system change over with new accounts, and bank activity | 0.2 | $ 375.00 | $ 75.00 |
| 10/21/2020 | Tim Peach | Business Operations | Analysis of benefit plan transfer issues | 1.5 | $ 600.00 | $ 900.00 |
| 10/21/2020 | Paul Neitzel | Business Operations | Call with Ned & CFO (AP) | 0.1 | $ 525.00 | $ 52.50 |
| 10/21/2020 | Paul Neitzel | Business Operations | Call with buyer CFO re: funds flow | 0.1 | $ 525.00 | $ 52.50 |
| 10/22/2020 | Paul Neitzel | Sale Process | Call with Kyle re: BR assumption agreement | 0.2 | $ 525.00 | $ 105.00 |
| 10/22/2020 | Paul Neitzel | Business Analysis | Call with Ned re: prior week actuals | 0.9 | $ 525.00 | $ 472.50 |
| 10/22/2020 | Paul Neitzel | Sale Process | Call w Jim and review of first draft of flow of funds. | 0.3 | $ 525.00 | $ 157.50 |
| 10/22/2020 | Tim Peach | Business Operations | Analysis of benefit plan transfer issues | 1 | $ 600.00 | $ 600.00 |
| 10/22/2020 | Chris Peirce | Business Operations | Update cash flow forecast file with actuals and analyze variances | 2 | $ 375.00 | $ 750.00 |
| 10/22/2020 | Paul Neitzel | Business Operations | Cash flow call with Ned Lebuil - review actuals and discuss closing issues | 1 | $ 375.00 | $ 375.00 |
| 10/22/2020 | Paul Neitzel | Business Analysis | Review WDB & funds flow with Brian Ayers | 0.9 | $ 525.00 | $ 472.50 |
| 10/22/2020 | Paul Neitzel | Landlord Negotiations | Update APA schedules with property lease descriptions and dates | 0.9 | $ 525.00 | $ 472.50 |
| 10/22/2020 | Jim Gansman | Sale Process | summarize and follow-up on assignment and assumption agreements | 0.3 | $ 575.00 | $ 172.50 |
| 10/22/2020 | Paul Neitzel | Sale Process | Call w Paul and review of first draft of flow of funds | 0.3 | $ 575.00 | $ 172.50 |
| 10/22/2020 | Paul Neitzel | Sale Process | Set up call re 401k plan transfer | 0.2 | $ 575.00 | $ 115.00 |
| 10/22/2020 | Brian Ayers | Business Analysis | Call with Paul to review wind down budget and flow of funds at closing | 0.7 | $ 475.00 | $ 332.50 |
| 10/22/2020 | Paul Neitzel | Sale Process | Review of flow of funds. | 0.4 | $ 575.00 | $ 230.00 |
| 10/22/2020 | Jim Gansman | Business Operations | Call with BFV CEO re: funds flow | 0.3 | $ 525.00 | $ 157.50 |
| 10/23/2020 | Paul Neitzel | Sale Process | Send update on APA schedule to Pachulski, WNni, Rock Creek, and Ned Lebuil | 0.3 | $ 525.00 | $ 157.50 |
| 10/23/2020 | Paul Neitzel | Business Operations | Call w/Paul, Travis, Ned, Chris and Paul re schedules to close and when closing time | 1.7 | $ 375.00 | $ 637.50 |
| 10/23/2020 | Chris Peirce | Sale Process | Call w/Chris, Paul and Brian re wind down budget | 0.6 | $ 375.00 | $ 225.00 |
| 10/25/2020 | Jim Gansman | Sale Process | Request new corporate office lease from company | 0.1 | $ 375.00 | $ 37.50 |
| 10/23/2020 | Paul Neitzel | Sale Process | Zoom with Denise & Matt re: WDB & FF | 0.4 | $ 525.00 | $ 210.00 |
| 10/24/2020 | Paul Neitzel | Business Operations | Calls and emails with buyer, seller and landlord (Indy) re: assignment & assumption agreen | 0.4 | $ 525.00 | $ 210.00 |
| 10/24/2020 | Paul Neitzel | Landlord Negotiations | Review Indy Lease re: guaranty | 0.6 | $ 525.00 | $ 315.00 |
| 10/24/2020 | Paul Neitzel | Business Operations | Review WDB with buyer and counsel | 1.1 | $ 525.00 | $ 577.50 |
| 10/25/2020 | Paul Neitzel | Sale Process | Call w/Paul, Travis, Ned, Chris and Paul re schedules to close and exp/executory contract list | 0.5 | $ 575.00 | $ 287.50 |
| 10/25/2020 | Jim Gansman | Sale Process | Call with Chris Peirce and Jim Gansman regarding APA schedules | 0.5 | $ 575.00 | $ 287.50 |
| 10/25/2020 | Jim Gansman | Sale Process | Call with Paul Neitzel and Chris Peirce regarding Grubhub and Postmates contracts | 0.6 | $ 575.00 | $ 345.00 |
| 10/25/2020 | Paul Neitzel | Sale Process | Call with Paul Neitzel and Jim Gansman regarding APA schedules | 0.6 | $ 375.00 | $ 225.00 |
| 10/25/2020 | Chris Peirce | Sale Process | Update APA schedules | 0.5 | $ 375.00 | $ 187.50 |
| 10/25/2020 | Chris Peirce | Sale Process | Call w/ Ned Jim and John re true up | 0.1 | $ 375.00 | $ 37.50 |
| 10/25/2020 | Chris Peirce | Sale Process | Call with Travis & Ned re: status of Indy lease, WDB & funds flow | 0.5 | $ 375.00 | $ 187.50 |
| 10/25/2020 | Paul Neitzel | Sale Process | Send updated APA schedules to Pachulski, Rock Creek, WN=i, Congruent, and Paul Hasting: | 0.7 | $ 375.00 | $ 262.50 |
| 10/25/2020 | Chris Peirce | Business Operations | Call with Paul Neitzel, Jim Gansman, and Brian Ayers to discuss wind down budget | 0.7 | $ 375.00 | $ 262.50 |
| 10/25/2020 | Jim Gansman | Sale Process | Call w/ Ned Paul and John re true up | 0.5 | $ 575.00 | $ 172.50 |
| 10/25/2020 | Chris Peirce | Sale Process | Review and comment on emails from seller attorney re schedules | 0.1 | $ 375.00 | $ 402.50 |
| 10/25/2020 | Paul Neitzel | Sale Process | Confirm whether PACA claim from Produce West belongs on executory contract list | 0.1 | $ 375.00 | $ 37.50 |
| 10/25/2020 | Paul Neitzel | Sale Process | Call with Chris Peirce and Jim Gansman regarding APA schedules | 0.3 | $ 375.00 | $ 115.00 |
| 10/25/2020 | Paul Neitzel | Sale Process | Call with Paul Neitzel and Travis Baldwin regarding Grubhub and Postmates contracts | 0.1 | $ 525.00 | $ 52.50 |
| 10/25/2020 | Chris Peirce | Sale Process | Review contracts for Grubhub and Postmates contracts and emails for any information on : | 0.3 | $ 525.00 | $ 157.50 |
| 10/25/2020 | Paul Neitzel | Sale Process | Update schedules to include Grubhub and Postmates and send to Rock Creek, Congruent, t | 0.2 | $ 375.00 | $ 75.00 |
| 10/25/2020 | Chris Peirce | Sale Process | Review WDB with buyer (Matt & Kyle) | 0.2 | $ 375.00 | $ 75.00 |
| 10/25/2020 | Paul Neitzel | Business Operations | Discuss AP Aging with C Peirce | 1 | $ 525.00 | $ 525.00 |
| 10/25/2020 | Paul Neitzel | Business Operations | Call with Paul Neitzel to discuss AP aging for schedules | 0.5 | $ 525.00 | $ 262.50 |
| 10/25/2020 | Chris Peirce | Business Operations | Call with Paul Neitzel to discuss AP aging for schedules | 0.5 | $ 375.00 | $ 187.50 |

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/25/2020 | Chris Peirce | Sale Process | Send email to Jason Rosell and Liz Van Eitzen regarding future AP invoices | 0.1 | $375.00 | $37.50 |
| 10/25/2020 | Paul Neitzel | Business Operations | Work on WDB, call with buyer and debtor | 4.5 | $525.00 | $2,362.50 |
| 10/25/2020 | Brian Ayers | Sale Process | Call with Paul Neitzel, Jim Gansman, and Chris Peirce to discuss wind down budget | 0.5 | $475.00 | $237.50 |
| 10/25/2020 | Brian Ayers | Business Operations | Calls and emails regarding wind down budget revisions | 1.2 | $475.00 | $570.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Update APA schedules with AP future invoices and correct landlord names | 0.2 | $375.00 | $75.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Request confirmation on AP future invoices | 0.1 | $375.00 | $37.50 |
| 10/26/2020 | Chris Peirce | Sale Process | Review updated wind down budget and funds flow | 0.5 | $375.00 | $187.50 |
| 10/26/2020 | Paul Neitzel | Business Operations | Updating WDB for payroll, sales tax checks, cash in-transit and talking with buyer CFO | 0.8 | $525.00 | $420.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Call with Jason (Pachulski) re accrued payroll | 0.2 | $525.00 | $105.00 |
| 10/26/2020 | Paul Neitzel | Business Operations | Call with Jason (Pachulski) & John (BPV) re: oldco/newco payroll | 0.4 | $525.00 | $210.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Review of emails from Buyer re payroll in WDB, calls w/ John , Jason and Paul and response | 0.6 | $575.00 | $345.00 |
| 10/26/2020 | Jim Gansman | Business Operations | 401k transition call w/ buyer and their reps | 0.7 | $575.00 | $402.50 |
| 10/26/2020 | Tim Peach | Sale Process | Conference call to discuss benefit plan transfer approach | 0.7 | $600.00 | $420.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Emails regarding status of Grubhub and Postmates contracts regarding APA schedules | 0.3 | $375.00 | $112.50 |
| 10/26/2020 | Chris Peirce | Sale Process | Emails with company requesting Grubhub and Postmates contracts | 0.2 | $375.00 | $75.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Upload pre-petition contracts, leases, and employee agreements and provide access to Kyl | 0.6 | $375.00 | $225.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Send email to Travis Baldwin and Ned Lidvall regarding Grubhub and Postmates contracts | 0.1 | $375.00 | $37.50 |
| 10/26/2020 | Chris Peirce | Sale Process | Call with Paul Neitzel regarding final AP and Wind Down Budget for APA schedules | 0.2 | $375.00 | $75.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Finalize APA schedules and send to Pachulski, WNJ, Rock Creek, and Ned Lidvall | 0.5 | $375.00 | $187.50 |
| 10/26/2020 | Jim Gansman | Sale Process | Emails from/to UCC on WDB, | 0.4 | $575.00 | $230.00 |
| 10/26/2020 | Jim Gansman | Sale Process | Emails regarding Mark Sellers termination | 0.2 | $575.00 | $115.00 |
| 10/26/2020 | Jim Gansman | Sale Process | Calls regarding Rx, Dental and Vision plans | 0.3 | $575.00 | $172.50 |
| 10/26/2020 | Chris Peirce | Sale Process | Update APA schedules with transferred employee list send to attorneys | 0.2 | $375.00 | $75.00 |
| 10/26/2020 | Chris Peirce | Sale Process | Review final APA schedules | 0.2 | $375.00 | $75.00 |
| 10/26/2020 | Jim Gansman | Sale Process | Call w Paul and Jason re assumed contracts | 0.3 | $575.00 | $172.50 |
| 10/26/2020 | Paul Neitzel | Sale Process | Work with congruent and lawyers on wind-down budget and support | 4.5 | $525.00 | $2,362.50 |
| 10/26/2020 | Paul Neitzel | Sale Process | Call w Jim and Jason on assumed contracts | 0.3 | $525.00 | $157.50 |
| 10/27/2020 | Paul Neitzel | Sale Process | Work with Congruent and lawyers on APA Schedules, assumed AP | 3 | $525.00 | $1,575.00 |
| 10/27/2020 | Paul Neitzel | Sale Process | Review TSA, talk to Ned & Ellen re: TSA, suggest new language to counsel for TSA | 1.7 | $525.00 | $892.50 |
| 10/27/2020 | Paul Neitzel | Sale Process | Jason John and Ned discuss AP cap | 0.5 | $525.00 | $262.50 |
| 10/27/2020 | Paul Neitzel | Sale Process | Calls and emails re language for Section 2.3 A/P | 0.2 | $525.00 | $105.00 |
| 10/27/2020 | Chris Peirce | Sale Process | Call with Travis and Matt Murphy | 0.3 | $375.00 | $112.50 |
| 10/27/2020 | Paul Neitzel | Sale Process | Review emails regarding final AP schedule | 0.7 | $525.00 | $367.50 |
| 10/27/2020 | Paul Neitzel | Sale Process | Multiple calls with Matt Killabrew re: AP liability | 0.6 | $525.00 | $315.00 |
| 10/27/2020 | Paul Neitzel | Sale Process | Multiple calls with Denise (BPV) re: outstanding AP | 0.8 | $525.00 | $420.00 |
| 10/27/2020 | Paul Neitzel | Sale Process | Review AP in process documents from Denise (BPV) | 0.4 | $525.00 | $210.00 |
| 10/27/2020 | Paul Neitzel | Sale Process | Review APA for Excluded liabilities and credit card liabilities | 0.6 | $525.00 | $315.00 |
| 10/27/2020 | Paul Neitzel | Sale Process | Review EFT transactions from debtors bank accounts | 0.3 | $525.00 | $157.50 |
| 10/27/2020 | Paul Neitzel | Sale Process | Schedule landlord cures for processing | 0.2 | $525.00 | $105.00 |
| 10/27/2020 | Paul Neitzel | Sale Process | Move sale documents to RCA data site. Remove access from IB. | 0.2 | $525.00 | $105.00 |
| 10/27/2020 | Paul Neitzel | Business Operations | Emails re: GFS payment | 0.2 | $525.00 | $105.00 |
| 10/27/2020 | Paul Neitzel | Business Operations | Emails re: bank access | 0.7 | $525.00 | $367.50 |
| 10/27/2020 | Paul Neitzel | Business Operations | Bank statement review | 0.8 | $525.00 | $420.00 |
| 10/27/2020 | Paul Neitzel | Business Operations | Review AP payments vs WDB | 0.7 | $525.00 | $367.50 |
| 10/27/2020 | Paul Neitzel | Business Operations | Review bank activity | 0.5 | $525.00 | $262.50 |
| 10/28/2020 | Paul Neitzel | Business Operations | call with Chris and buyer to cutoff bank accounts | 0.6 | $525.00 | $315.00 |
| 10/28/2020 | Paul Neitzel | Business Operations | Processing GFS wire transfer, verifying amounts, transferring money between accounts to | 1.4 | $525.00 | $735.00 |
| 10/28/2020 | Paul Neitzel | Business Operations | Transferring funds between accounts and closing accounts. | 0.6 | $525.00 | $315.00 |
| 10/28/2020 | Paul Neitzel | Business Operations | Setup WDB details, outstanding checks, AP aging for input of actuals | 1.6 | $525.00 | $840.00 |
| 10/28/2020 | Paul Neitzel | Business Operations | Call with Chris to discuss bank accounts | 0.1 | $525.00 | $52.50 |
| 10/28/2020 | Paul Neitzel | Business Operations | Follow up call with Chris regarding managing bank balances | 0.1 | $525.00 | $52.50 |
| 10/28/2020 | Chris Peirce | Business Operations | Call with Paul Neitzel to discuss bank accounts | 0.1 | $525.00 | $52.50 |
| 10/28/2020 | Paul Neitzel | Business Operations | Call with Paul and Matt Killabrew regarding funds flow and bank accounts | 0.2 | $525.00 | $105.00 |
| 10/28/2020 | Paul Neitzel | Business Operations | Follow up call with Paul Neitzel regarding managing bank balances | 0.2 | $525.00 | $105.00 |
| 10/28/2020 | Chris Peirce | Business Operations | Create file to track bank balances by day by account with activity | 2 | $375.00 | $750.00 |
| 10/28/2020 | Chris Peirce | Business Operations | Transfer funds to Mercantile accounts with negative balance | 0.5 | $375.00 | $187.50 |
| 10/28/2020 | Chris Peirce | Business Operations | Update oldco bank account file with outstanding sales tax checks | 0.2 | $375.00 | $75.00 |
| 10/28/2020 | Chris Peirce | Business Operations | Request all outstanding checks from Denise Willison | 0.1 | $375.00 | $37.50 |

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 10/28/2020 | Chris Peirce | Business Operations | Update Outstanding Check list in oldco bank balance file | 0.8 | $ 375.00 | $ 300.00 |
| 10/28/2020 | Paul Neitzel | Business Operations | BFV insurance discussions with buyer, broker, counsel. | 0.4 | $ 525.00 | $ 210.00 |
| 10/28/2020 | Chris Peirce | Business Operations | Add EFT's to bank account file | 0.6 | $ 375.00 | $ 225.00 |
| 10/29/2020 | Paul Neitzel | Business Operations | Call with buyer c/o and Chris Peirce to discuss payments | 0.3 | $ 525.00 | $ 157.50 |
| 10/29/2020 | Paul Neitzel | Business Operations | Call with buyer, Ned, Matt and Chris Peirce | 0.5 | $ 525.00 | $ 262.50 |
| 10/29/2020 | Chris Peirce | Business Operations | Call with Paul Neitzel and Matt Killebrew regarding daily bank transactions | 0.3 | $ 375.00 | $ 112.50 |
| 10/29/2020 | Chris Peirce | Business Operations | Update bank activity file with prior day transactions and send to Paul Neitzel and Matt Kille | 1 | $ 375.00 | $ 375.00 |
| 10/29/2020 | Paul Neitzel | Business Operations | Call with Denise Williston, Ned Lofvoll, Matt Killebrew, and Paul Neitzel regarding payments | 0.5 | $ 375.00 | $ 187.50 |
| 10/29/2020 | Chris Peirce | Business Operations | Phone call and email Plante tax Partner Dean Feenstra re: 2020 tax returns | 0.3 | $ 525.00 | $ 157.50 |
| 10/29/2020 | Paul Neitzel | Business Operations | Document 2020 tax return plan for BFV board of directors | 1.8 | $ 525.00 | $ 945.00 |
| 10/29/2020 | Paul Neitzel | Business Operations | Document D&O plan for BFV board of directors | 1.2 | $ 525.00 | $ 630.00 |
| 10/29/2020 | Chris Peirce | Business Operations | Update bank activity file with checks and ACH's processed | 0.9 | $ 375.00 | $ 337.50 |
| 10/29/2020 | Chris Peirce | Business Operations | Review bank activity for charges hitting oldco accounts | 0.6 | $ 375.00 | $ 225.00 |
| 10/29/2020 | Chris Peirce | Business Operations | Download TCF transactions for the week and add to bank activity file for review | 0.5 | $ 375.00 | $ 187.50 |
| 10/30/2020 | Chris Peirce | Business Operations | Update bank activity file with prior day activity and balances | 0.5 | $ 375.00 | $ 187.50 |
| 10/30/2020 | Paul Neitzel | Business Operations | Call with Chris Peirce, Matt Killebrew and Denise re: oldco/newco payments | 0.7 | $ 525.00 | $ 367.50 |
| 10/30/2020 | Chris Peirce | Business Operations | Call with Denise Willison, Matt Killebrew, and Paul Neitzel to review current week disburse | 0.7 | $ 375.00 | $ 262.50 |
| 10/30/2020 | Paul Neitzel | Business Operations | Board meeting | 1 | $ 525.00 | $ 525.00 |
| 10/30/2020 | Paul Neitzel | Business Operations | Research on past-due rent owed by the estate for East Lansing | 0.6 | $ 525.00 | $ 315.00 |
| 10/30/2020 | Jim Gansman | Meetings - with Debtor | Prep for board call and calls w Paul and John re D&O | 0.5 | $ 575.00 | $ 287.50 |
| 10/30/2020 | Paul Neitzel | Business Operations | Review US Trustee fees from Q3 vs MOR and WDB | 0.5 | $ 525.00 | $ 262.50 |
| 10/30/2020 | Paul Neitzel | Business Operations | Produce Alliance PACA claim review | 0.4 | $ 525.00 | $ 210.00 |
| 10/31/2020 | Chris Peirce | Business Operations | Email to Matt Killebrew regarding forecasted expense | 0.1 | $ 375.00 | $ 37.50 |
| | | | Total | 241.2 | | $ 115,715.00 |