# EXHIBIT F

**November 2020**

**Rock Creek Advisors LLC**
555 Fifth Avenue, 14th Floor
New York, NY  10017 US
jgansman@rockcreekFA.com
rockcreekfa.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Barfly Ventures, LLC | Barfly Ventures, LLC | **INVOICE #** 1275 |
| 35 Oakes St SW Ste 400 | 35 Oakes St SW Ste 400 | **DATE** 12/09/2020 |
| Grand Rapids, MI  49503 | Grand Rapids, MI  49503 | **DUE DATE** 12/09/2020 |
| United States | United States | **TERMS** Due on receipt |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Financial Advisory Services | Paul Neitzel | 57.80 | 525.00 | 30,345.00 |
| Financial Advisory Services | Chris Peirce | 20.70 | 375.00 | 7,762.50 |
| Financial Advisory Services | Brian Ayers | 5.20 | 475.00 | 2,470.00 |
| Financial Advisory Services | Lindsey Neitzel | 11.80 | 300.00 | 3,540.00 |
| Financial Advisory Services | Tim Peach | 0.90 | 600.00 | 540.00 |
| Financial Advisory Services | Jim Gansman | 0.80 | 575.00 | 460.00 |

**BALANCE DUE** **$45,117.50**

**Barfly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-01947-jwb**

**Project Category Summary**

|  | Hours | Amount |
|---|---|---|
| Bankruptcy Reporting | 28.9 | $ 13,842.50 |
| Business Operations | 53.6 | $ 26,232.50 |
| Creditors/Creditor Committee Communication | 1.7 | $ 912.50 |
| Fee Application | 12.8 | $ 4,015.00 |
| Sale Process | 0.2 | $ 115.00 |
| **Total** | **97.2** | **$ 45,117.50** |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category by Person**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| Brian Ayers | 3.8 | $ 475.00 | $ 1,805.00 |
| Paul Neitzel | 17.5 | $ 525.00 | $ 9,187.50 |
| Chris Peirce | 7.6 | $ 375.00 | $ 2,850.00 |
| Sub-Total | 28.9 | $ 478.98 | $ 13,842.50 |
| | | | |
| **Business Operations** | | | |
| Brian Ayers | 0.4 | $ 475.00 | $ 190.00 |
| Jim Gansman | 0.2 | $ 575.00 | $ 115.00 |
| Tim Peach | 0.9 | $ 600.00 | $ 540.00 |
| Paul Neitzel | 39.0 | $ 525.00 | $ 20,475.00 |
| Chris Peirce | 13.1 | $ 375.00 | $ 4,912.50 |
| Sub-Total | 53.6 | $ 489.41 | $ 26,232.50 |
| | | | |
| **Creditors/Creditor Committee Communication** | | | |
| Brian Ayers | 0.0 | $ 475.00 | $ - |
| Jim Gansman | 0.4 | $ 575.00 | $ 230.00 |
| Paul Neitzel | 1.3 | $ 525.00 | $ 682.50 |
| Chris Peirce | 0.0 | $ 375.00 | $ - |
| Sub-Total | 1.7 | $ 536.76 | $ 912.50 |
| | | | |
| **Fee Application** | | | |
| Brian Ayers | 1.0 | $ 475.00 | $ 475.00 |
| Lindsey Neitzel | 11.8 | $ 300.00 | $ 3,540.00 |
| Chris Peirce | 0.0 | $ 375.00 | $ - |
| Sub-Total | 12.8 | $ 313.67 | $ 4,015.00 |
| | | | |
| **Sale Process** | | | |
| Brian Ayers | 0.0 | $ 475.00 | $ - |
| Jim Gansman | 0.2 | $ 575.00 | $ 115.00 |
| Chris Peirce | 0.0 | $ 375.00 | $ - |
| Sub-Total | 0.2 | $ 575.00 | $ 115.00 |
| | | | |
| Total | 97.2 | | $ 45,117.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 11/2/2020 | Paul Neitzel | Business Operations | Discussion of rent due East Lansing landlord | 0.6 | $ 525.00 | $ 315.00 |
| 11/2/2020 | Paul Neitzel | Business Operations | Call with chris, buyer and company to review cash transactions | 0.5 | $ 525.00 | $ 262.50 |
| 11/2/2020 | Chris Peirce | Business Operations | Update bank activity | 0.8 | $ 375.00 | $ 300.00 |
| 11/2/2020 | Chris Peirce | Business Operations | Call with Denise Willison, Matt Killebrew, Kyle Okita, and Paul Neitzel to discuss payments . | 0.5 | $ 375.00 | $ 187.50 |
| 11/2/2020 | Paul Neitzel | Business Operations | Review rent payment s for landlords to ensure landlords are current | 0.3 | $ 525.00 | $ 157.50 |
| 11/2/2020 | Paul Neitzel | Business Operations | Review and summarize September professional payments | 0.7 | $ 525.00 | $ 367.50 |
| 11/3/2020 | Paul Neitzel | Business Operations | Call with Chris and Buyers re: payment allocation between newco and oldco | 0.7 | $ 525.00 | $ 367.50 |
| 11/3/2020 | Chris Peirce | Business Operations | Update bank activity with prior day activity | 0.5 | $ 375.00 | $ 187.50 |
| 11/3/2020 | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel regarding newco/oldco bank act | 0.7 | $ 375.00 | $ 262.50 |
| 11/3/2020 | Tim Peach | Business Operations | Call with Mary Chico on transfer of 401(k) plan | 0.5 | $ 600.00 | $ 300.00 |
| 11/3/2020 | Paul Neitzel | Business Operations | Review cash transactions vs WDB | 0.9 | $ 525.00 | $ 472.50 |
| 11/4/2020 | Paul Neitzel | Business Operations | Call with B Ayers (Rock Creek) re: WDB | 0.2 | $ 525.00 | $ 105.00 |
| 11/4/2020 | Paul Neitzel | Business Operations | Email counsel, CEO & Chairman of Board re: BFV tax plan | 0.3 | $ 525.00 | $ 157.50 |
| 11/4/2020 | Paul Neitzel | Business Operations | Review payments from BFV account and AP detail | 0.5 | $ 525.00 | $ 262.50 |
| 11/4/2020 | Paul Neitzel | Business Operations | Follow-up email with FSB re: PPP forgiveness portal | 0.1 | $ 525.00 | $ 52.50 |
| 11/4/2020 | Chris Peirce | Business Operations | Update bank activity file with prior day's banking transactions from oldco | 0.5 | $ 375.00 | $ 187.50 |
| 11/4/2020 | Paul Neitzel | Business Operations | Discussion with BFV AP re: future cash payments and review of payment schedules | 1.2 | $ 525.00 | $ 630.00 |
| 11/4/2020 | Brian Ayers | Business Operations | Review and call with P Neitzel re winddown budget | 0.4 | $ 475.00 | $ 190.00 |
| 11/5/2020 | Paul Neitzel | Business Operations | Summarize and submit September professional fees for payment. | 1.3 | $ 525.00 | $ 682.50 |
| 11/5/2020 | Chris Peirce | Business Operations | Update and review oldco bank activity | 0.5 | $ 375.00 | $ 187.50 |
| 11/5/2020 | Paul Neitzel | Business Operations | Download and categorize bank transactions | 1.4 | $ 525.00 | $ 735.00 |
| 11/6/2020 | Paul Neitzel | Business Operations | Phone call with Denise (AP) re: oldco payments. | 0.3 | $ 525.00 | $ 157.50 |
| 11/6/2020 | Paul Neitzel | Business Operations | Summarize Sept professional fees for payment | 0.2 | $ 525.00 | $ 105.00 |
| 11/6/2020 | Paul Neitzel | Business Operations | review weekly payments for oldco and approve | 0.5 | $ 525.00 | $ 262.50 |
| 11/6/2020 | Chris Peirce | Business Operations | Update and review bank activity for oldco/newco banking analysis | 0.5 | $ 375.00 | $ 187.50 |
| 11/6/2020 | Paul Neitzel | Business Operations | Update wind-down budget | 0.9 | $ 525.00 | $ 472.50 |
| 11/9/2020 | Paul Neitzel | Business Operations | Review cash activity with buyer and company | 0.3 | $ 525.00 | $ 157.50 |
| 11/9/2020 | Paul Neitzel | Business Operations | Review bank account activity | 0.4 | $ 525.00 | $ 210.00 |
| 11/9/2020 | Paul Neitzel | Business Operations | Closing oldco tcf account not being used | 0.3 | $ 525.00 | $ 157.50 |
| 11/9/2020 | Chris Peirce | Business Operations | Update oldco bank activity in bank analysis file | 0.5 | $ 375.00 | $ 187.50 |
| 11/9/2020 | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to discuss payment issues | 0.3 | $ 375.00 | $ 112.50 |
| 11/9/2020 | Paul Neitzel | Business Operations | Call with tax preparers | 0.2 | $ 525.00 | $ 105.00 |
| 11/10/2020 | Paul Neitzel | Business Operations | PACA & Admin claim summary for WNJ | 0.3 | $ 525.00 | $ 157.50 |
| 11/10/2020 | Chris Peirce | Business Operations | Update bank activity for oldco accounts | 0.5 | $ 375.00 | $ 187.50 |
| 11/10/2020 | Chris Peirce | Business Operations | Email to Denise Willison to request check disbursements for outstanding check update | 0.1 | $ 375.00 | $ 37.50 |
| 11/10/2020 | Paul Neitzel | Business Operations | Obtaining mailing address for UST | 0.2 | $ 525.00 | $ 105.00 |
| 11/10/2020 | Paul Neitzel | Business Operations | Review bank transactions and discuss payment processing with BFV AP | 1.3 | $ 525.00 | $ 682.50 |
| 11/11/2020 | Paul Neitzel | Business Operations | Review PACA claims | 0.3 | $ 525.00 | $ 157.50 |
| 11/11/2020 | Paul Neitzel | Business Operations | email Liz @ WNJ re: PACA claims | 0.1 | $ 525.00 | $ 52.50 |
| 11/11/2020 | Paul Neitzel | Business Operations | Review weekly disbursements, WDB & schedule 2.3b | 0.7 | $ 525.00 | $ 367.50 |
| 11/11/2020 | Paul Neitzel | Business Operations | emails and phone calls with BFV AP with questions on disbursements | 0.4 | $ 525.00 | $ 210.00 |
| 11/11/2020 | Paul Neitzel | Business Operations | Review Motion to Consolidate & Convert with milestones | 0.7 | $ 525.00 | $ 367.50 |
| 11/12/2020 | Paul Neitzel | Business Operations | Emails with BFV (Shawn & Denise) re: status of bank accounts | 0.3 | $ 525.00 | $ 157.50 |
| 11/12/2020 | Paul Neitzel | Business Operations | Insurance review and recommendation of cancelations | 0.4 | $ 525.00 | $ 210.00 |
| 11/12/2020 | Paul Neitzel | Business Operations | Review payments that PBF think BFV should pay and respond to BFV AP | 0.6 | $ 525.00 | $ 315.00 |
| 11/12/2020 | Paul Neitzel | Business Operations | Follow-up call with BFV re: weekly payments and shutoff of old location utilities | 0.2 | $ 525.00 | $ 105.00 |
| 11/12/2020 | Paul Neitzel | Business Operations | Review PPP forgiveness instructions and contact FSB | 0.7 | $ 525.00 | $ 367.50 |
| 11/13/2020 | Paul Neitzel | Business Operations | Call with Denise (BFV AP) re: Mastodon wire | 0.1 | $ 525.00 | $ 52.50 |
| 11/13/2020 | Chris Peirce | Business Operations | Banking/payment call with Denise Willison and Matt Killebrew | 0.2 | $ 375.00 | $ 75.00 |
| 11/13/2020 | Paul Neitzel | Business Operations | Review Mastodon Final Fee application, payment history and wind-down budget | 0.8 | $ 525.00 | $ 420.00 |
| 11/13/2020 | Paul Neitzel | Business Operations | Emails with Robert Hersch re: payment | 0.2 | $ 525.00 | $ 105.00 |
| 11/13/2020 | Chris Peirce | Business Operations | Update oldco bank balances and activity | 0.5 | $ 375.00 | $ 187.50 |
| 11/13/2020 | Paul Neitzel | Business Operations | Summarize UCC October professional fees | 0.4 | $ 525.00 | $ 210.00 |
| 11/13/2020 | Paul Neitzel | Business Operations | Forecast future BFV AP payments | 0.7 | $ 525.00 | $ 367.50 |
| 11/15/2020 | Lindsey Neitzel | Fee Application | Fee App | 5.8 | $ 300.00 | $ 1,740.00 |
| 11/16/2020 | Lindsey Neitzel | Fee Application | Fee App | 5.0 | $ 300.00 | $ 1,500.00 |
| 11/16/2020 | Chris Peirce | Business Operations | Update oldco bank activity | 0.5 | $ 375.00 | $ 187.50 |
| 11/16/2020 | Paul Neitzel | Business Operations | Emails with Ned re: final taxes | 0.1 | $ 525.00 | $ 52.50 |
| 11/16/2020 | Paul Neitzel | Bankruptcy Reporting | Emails with Tim Brian Liz and Chris regarding October fee application | 0.2 | $ 525.00 | $ 105.00 |
| 11/16/2020 | Paul Neitzel | Business Operations | Call with Denise Matt and Chris regarding cash payments | 0.3 | $ 525.00 | $ 157.50 |
| 11/16/2020 | Paul Neitzel | Business Operations | All with WNJ re belt line rent and amendment. | 0.2 | $ 525.00 | $ 105.00 |
| 11/16/2020 | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to discuss open payments and Lu | 0.3 | $ 375.00 | $ 112.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 11/16/2020 | Chris Peirce | Business Operations | Email to company clarifying bank transfer/ACH transactions | 0.1 | $375.00 | $37.50 |
| 11/16/2020 | Chris Peirce | Business Operations | Update oldco bank activity with ACH detail | 0.2 | $375.00 | $75.00 |
| 11/16/2020 | Chris Peirce | Bankruptcy Reporting | Download bank statements and bank reconciliations for October MOR | 0.5 | $375.00 | $187.50 |
| 11/16/2020 | Paul Neitzel | Business Operations | Call with Tim (BFV) re: sales taxes | 0.2 | $525.00 | $105.00 |
| 11/16/2020 | Paul Neitzel | Bankruptcy Reporting | Review bank transactions and update wind-down budget | 0.7 | $525.00 | $367.50 |
| 11/16/2020 | Brian Ayers | Fee Application | Emails with WNJ and Paul re Oct monthly billing | 0.3 | $475.00 | $142.50 |
| 11/17/2020 | Lindsey Neitzel | Fee Application | Fee App | 1.0 | $300.00 | $300.00 |
| 11/17/2020 | Paul Neitzel | Business Operations | research sales tax forms needed for discountenance of business | 1.4 | $525.00 | $735.00 |
| 11/17/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Review and calculate remaining amount under UCC cap | 0.7 | $525.00 | $367.50 |
| 11/17/2020 | Chris Peirce | Business Operations | Update oldco bank activity | 0.5 | $375.00 | $187.50 |
| 11/17/2020 | Paul Neitzel | Bankruptcy Reporting | Download Sept bank reconciliations for MOR | 2.2 | $525.00 | $1,155.00 |
| 11/17/2020 | Brian Ayers | Fee Application | Prepare and review Oct monthly fee stmt | 0.7 | $475.00 | $332.50 |
| 11/18/2020 | Chris Peirce | Business Operations | Discuss sales tax and percentage rent payments with Denise Willison and Paul Neitzel | 0.2 | $375.00 | $75.00 |
| 11/18/2020 | Paul Neitzel | Business Operations | Call with Denise (AP) and Chris (RC) re: weekly payments | 0.2 | $525.00 | $105.00 |
| 11/18/2020 | Paul Neitzel | Business Operations | Email with buyer re: liquor licenses | 0.2 | $525.00 | $105.00 |
| 11/18/2020 | Paul Neitzel | Business Operations | emails with landlords/debtor re: rent | 0.3 | $525.00 | $157.50 |
| 11/18/2020 | Chris Peirce | Bankruptcy Reporting | Compile October bank statements and bank reconciliations for MOR | 2.0 | $375.00 | $750.00 |
| 11/18/2020 | Jim Gansman | Creditors/Creditor Committee Communication | Review of letter from CC re Chapter 7 Trustee and pursuit of claims against Mark Sellers | 0.4 | $575.00 | $230.00 |
| 11/18/2020 | Paul Neitzel | Bankruptcy Reporting | Review bank reconciliations for MOR | 1.7 | $525.00 | $892.50 |
| 11/18/2020 | Chris Peirce | Bankruptcy Reporting | Redact bank statements and reconciliations for MOR | 2.6 | $375.00 | $975.00 |
| 11/19/2020 | Paul Neitzel | Business Operations | Review and approve payments for the week | 1.2 | $525.00 | $630.00 |
| 11/19/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Review UCC letter re: chapter 7 trustee | 0.4 | $525.00 | $210.00 |
| 11/19/2020 | Jim Gansman | Business Operations | Review of emails re 401k plan transfer | 0.2 | $575.00 | $115.00 |
| 11/19/2020 | Paul Neitzel | Creditors/Creditor Committee Communication | Review proposed APA amendment re: 401k | 0.2 | $525.00 | $105.00 |
| 11/19/2020 | Chris Peirce | Business Operations | Update oldco bank transaction for reconciliation | 0.5 | $375.00 | $187.50 |
| 11/19/2020 | Tim Peach | Business Operations | Review of amendment to sale agreement to cover transfer of 401(k) plan | 0.4 | $600.00 | $240.00 |
| 11/19/2020 | Paul Neitzel | Bankruptcy Reporting | September MOR disbursement analysis | 4.1 | $525.00 | $2,152.50 |
| 11/20/2020 | Chris Peirce | Business Operations | Call with Denise Willison, Matt Killebrew, and Paul Neitzel regarding payments and oldco/n | 0.2 | $375.00 | $75.00 |
| 11/20/2020 | Paul Neitzel | Business Operations | Call with Paul Neitzel to discuss oldco/newco bank activity reconciliation | 0.2 | $375.00 | $75.00 |
| 11/20/2020 | Chris Peirce | Business Operations | Update oldco bank activity including outstanding checks and EFT's for reconciliation | 1.0 | $375.00 | $375.00 |
| 11/20/2020 | Paul Neitzel | Business Operations | Call with Chris to discuss oldco/newco bank activity reconciliation | 0.2 | $525.00 | $105.00 |
| 11/20/2020 | Paul Neitzel | Business Operations | Call with Matt & Denise from PBF and Chris from RC | 0.2 | $525.00 | $105.00 |
| 11/20/2020 | Paul Neitzel | Bankruptcy Reporting | September Disbursement Reporting for MOR | 2.6 | $525.00 | $1,365.00 |
| 11/21/2020 | Chris Peirce | Business Operations | Update bank activity for recon | 0.5 | $375.00 | $187.50 |
| 11/21/2020 | Paul Neitzel | Bankruptcy Reporting | MOR Disbursements | 2.6 | $525.00 | $1,365.00 |
| 11/22/2020 | Chris Peirce | Bankruptcy Reporting | Complete compiling and redacting bank statements and reconciliations for Oct MOR | 0.6 | $375.00 | $225.00 |
| 11/22/2020 | Paul Neitzel | Bankruptcy Reporting | Work on MOR disbursement file | 0.4 | $525.00 | $210.00 |
| 11/22/2020 | Paul Neitzel | Business Operations | Email Ned (CEO) re: tax basis for shareholders | 0.1 | $525.00 | $52.50 |
| 11/22/2020 | Paul Neitzel | Business Operations | September MOR disbursements | 2.7 | $525.00 | $1,417.50 |
| 11/23/2020 | Paul Neitzel | Bankruptcy Reporting | MOR Disbursement Reporting | 1.4 | $525.00 | $735.00 |
| 11/23/2020 | Paul Neitzel | Business Operations | documenting cure payments vs budget from check registers | 1.7 | $525.00 | $892.50 |
| 11/23/2020 | Paul Neitzel | Business Operations | September disbursement reconciliations | 3.2 | $525.00 | $1,680.00 |
| 11/23/2020 | Paul Neitzel | Business Operations | Review Ecolab cure payments compared to APA and rejection motion | 1.1 | $525.00 | $577.50 |
| 11/23/2020 | Paul Neitzel | Business Operations | Review and email buyer re: use of oldco liquor licenses | 0.2 | $525.00 | $105.00 |
| 11/23/2020 | Jim Gansman | Sale Process | Emails regarding 401k transfer | 0.2 | $575.00 | $115.00 |
| 11/24/2020 | Paul Neitzel | Business Operations | Call with BFV AP, email and review of vendor cure amounts | 0.7 | $525.00 | $367.50 |
| 11/24/2020 | Paul Neitzel | Business Operations | Review and approve ADP W2 invoice | 0.2 | $525.00 | $105.00 |
| 11/24/2020 | Brian Ayers | Bankruptcy Reporting | Review of Sept monthly financial stmts re supporting balance sheet information | 0.5 | $475.00 | $237.50 |
| 11/24/2020 | Brian Ayers | Bankruptcy Reporting | Prepare Sept MOR | 1.3 | $475.00 | $617.50 |
| 11/25/2020 | Paul Neitzel | Business Operations | Call with Chris re payments | 0.2 | $525.00 | $105.00 |
| 11/25/2020 | Paul Neitzel | Bankruptcy Reporting | Call with Brian and Chris re: Sept MOR review | 0.6 | $525.00 | $315.00 |
| 11/25/2020 | Chris Peirce | Business Operations | Call with Paul re payments | 0.2 | $375.00 | $75.00 |
| 11/25/2020 | Chris Peirce | Bankruptcy Reporting | Call with Paul Neitzel and Brian Ayers regarding Sept MOR | 0.6 | $375.00 | $225.00 |
| 11/25/2020 | Paul Neitzel | Bankruptcy Reporting | Review Sep MOR with Brian & Chris | 1.0 | $525.00 | $525.00 |
| 11/25/2020 | Chris Peirce | Bankruptcy Reporting | Call with Paul Neitzel and Brian Ayers to finalize Sept MOR | 1.0 | $375.00 | $375.00 |
| 11/25/2020 | Brian Ayers | Bankruptcy Reporting | Call with Chris and Paul re MOR | 0.6 | $475.00 | $285.00 |
| 11/25/2020 | Brian Ayers | Bankruptcy Reporting | Review Sep MOR with Paul & Chris | 1.0 | $475.00 | $475.00 |
| 11/27/2020 | Chris Peirce | Bankruptcy Reporting | Break redacted bank reconciliation and statement file into 3 parts for Oct MOR | 0.3 | $375.00 | $112.50 |
| 11/27/2020 | Chris Peirce | Business Operations | Update bank activity for oldco/newco reconciliation | 0.5 | $375.00 | $187.50 |
| 11/28/2020 | Paul Neitzel | Business Operations | Summarize October professional fees vs budget | 0.4 | $525.00 | $210.00 |
| 11/30/2020 | Chris Peirce | Business Operations | Update bank activity for 11/27 in oldco/newco reconciliation | 0.2 | $375.00 | $75.00 |
| 11/30/2020 | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to discuss oldco/newco reconcili | 0.4 | $375.00 | $150.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 11/30/2020 | Paul Neitzel | Business Operations | Call with BFV AP (Denise) and buyer CFO re: cash payments and true-up between the comp | 0.4 | $ 525.00 | $ 210.00 |
| 11/30/2020 | Chris Peirce | Business Operations | Reconcile oldco bank activity | 1.5 | $ 375.00 | $ 562.50 |
| 11/30/2020 | Paul Neitzel | Business Operations | Follow-up re: BFV Mercantile credit cards, payments and call with BFV AP | 0.5 | $ 525.00 | $ 262.50 |
| 11/30/2020 | Paul Neitzel | Business Operations | Start Form UIA 1772 and email to company | 1.3 | $ 525.00 | $ 682.50 |
| 11/30/2020 | Paul Neitzel | Business Operations | Review and reply to Detroit lease items outstanding | 0.4 | $ 525.00 | $ 210.00 |
| 11/30/2020 | Brian Ayers | Bankruptcy Reporting | Follow-up re Sept MOR | 0.4 | $ 475.00 | $ 190.00 |
| 11/30/2020 | Paul Neitzel | Business Operations | Review rent payment history | 0.6 | $ 525.00 | $ 315.00 |
| 11/30/2020 | Paul Neitzel | Business Operations | Call with WNJ re: return of Chicago legal retainer | 0.2 | $ 525.00 | $ 105.00 |
| 11/30/2020 | Paul Neitzel | Business Operations | Review cash activity file and bank account information | 0.4 | $ 525.00 | $ 210.00 |
| | | | Total | 97.2 | | $ 45,117.50 |