# EXHIBIT G

December 1, 2020 – February 28, 2021 Invoice

Rock Creek Advisors LLC
1738 Belmar Blvd
Belmar, NJ  07719 US
jgansman@rockcreekFA.com
rockcreekfa.com



# INVOICE

**BILL TO**
Barfly Ventures, LLC
35 Oakes St SW Ste 400
Grand Rapids, MI  49503
United States

**SHIP TO**
Barfly Ventures, LLC
35 Oakes St SW Ste 400
Grand Rapids, MI  49503
United States

**INVOICE #** 1348
**DATE** 03/11/2021
**DUE DATE** 03/11/2021
**TERMS** Due on receipt

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Financial Advisory Services | Chris Peirce | 28.20 | 375.00 | 10,575.00 |
| Financial Advisory Services | Paul Neitzel | 91.40 | 525.00 | 47,985.00 |
| Financial Advisory Services | Jim Gansman | 3.90 | 575.00 | 2,242.50 |
| Financial Advisory Services | Tim Peach | 0.80 | 600.00 | 480.00 |
| Financial Advisory Services | Brian Ayers | 2.80 | 475.00 | 1,330.00 |
| Financial Advisory Services | Lindsey neitzel | 10.10 | 300.00 | 3,030.00 |
| Expense Reimbursement | Postage/Parking/Pacer ECF | 1 | 738.68 | 738.68 |

December 2020 - February 2021                BALANCE DUE                **$66,381.18**

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

**Project Category Summary**

|  | Hours | Amount |
|---|---:|---:|
| Attendance at Court Hearings and Review of Pleadings | 6.1 | $ 3,307.50 |
| Bankruptcy Reporting | 24.4 | $ 12,055.00 |
| Business Analysis | 11.6 | $ 5,725.00 |
| Business Operations | 80.1 | $ 39,185.00 |
| Creditors/Creditor Committee Communication | 0.1 | $ 52.50 |
| Fee Application | 10.1 | $ 3,030.00 |
| Meetings - Other | 3.9 | $ 1,800.00 |
| Meetings - with Counsel | 0.1 | $ 52.50 |
| Meetings - with Debtor | 0.5 | $ 262.50 |
| Sale Process | 0.3 | $ 172.50 |
| **Total** | **137.2** | **$ 65,642.50** |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Project Category Summary | Hours | Billable Amount |
|---|---|---|
| **Attendance at Court Hearings and Review of Pleadings** | | |
| Jim Gansman | 2.1 | $ 1,207.50 |
| Paul Neitzel | 4.0 | $ 2,100.00 |
| Attendance at Court Hearings and Review of Pleadings Total | 6.1 | $ 3,307.50 |
| **Bankruptcy Reporting** | | |
| Brian Ayers | 1.9 | $ 902.50 |
| Chris Peirce | 4.4 | $ 1,650.00 |
| Paul Neitzel | 18.1 | $ 9,502.50 |
| Bankruptcy Reporting Total | 24.4 | $ 12,055.00 |
| **Business Analysis** | | |
| Brian Ayers | 0.7 | $ 332.50 |
| Chris Peirce | 2.2 | $ 825.00 |
| Paul Neitzel | 8.7 | $ 4,567.50 |
| Business Analysis Total | 11.6 | $ 5,725.00 |
| **Business Operations** | | |
| Brian Ayers | 0.2 | $ 95.00 |
| Chris Peirce | 19.8 | $ 7,425.00 |
| Jim Gansman | 1.5 | $ 862.50 |
| Paul Neitzel | 58.1 | $ 30,502.50 |
| Tim Peach | 0.5 | $ 300.00 |
| Business Operations Total | 80.1 | $ 39,185.00 |
| **Creditors/Creditor Committee Communication** | | |
| Paul Neitzel | 0.1 | $ 52.50 |
| Creditors/Creditor Committee Communication Total | 0.1 | $ 52.50 |
| **Fee Application** | | |
| Lindsey Neitzel | 10.1 | $ 3,030.00 |
| Fee Application Total | 10.1 | $ 3,030.00 |
| **Meetings - Other** | | |
| Chris Peirce | 1.8 | $ 675.00 |
| Paul Neitzel | 1.8 | $ 945.00 |
| Tim Peach | 0.3 | $ 180.00 |
| Meetings - Other Total | 3.9 | $ 1,800.00 |
| **Meetings - with Counsel** | | |
| Paul Neitzel | 0.1 | $ 52.50 |
| Meetings - with Counsel Total | 0.1 | $ 52.50 |
| **Meetings - with Debtor** | | |
| Paul Neitzel | 0.5 | $ 262.50 |
| Meetings - with Debtor Total | 0.5 | $ 262.50 |
| **Sale Process** | | |
| Jim Gansman | 0.3 | $ 172.50 |
| Sale Process Total | 0.3 | $ 172.50 |
| **Total** | 137.2 | $ 65,642.50 |

BarFly Ventures, LLC
Western District of Michigan (Grand Rapids)
Case #: 20-1947-jwb

| Date | Client | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/1/2020 | Barfly Ventures | Chris Peirce | Business Operations | Review reconciliation from Matt Killebrew | 0.6 | $ 375.00 | $ 225.00 |
| 12/1/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Review prior week cash activity | 0.4 | $ 525.00 | $ 210.00 |
| 12/2/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with newco CFO re: cash collections post-close | 0.5 | $ 525.00 | $ 262.50 |
| 12/2/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Discuss 401k plan dissolution with Jim Gansman | 0.3 | $ 525.00 | $ 157.50 |
| 12/2/2020 | Barfly Ventures | Jim Gansman | Business Operations | Call w/ Paul re 401k plan dissolution and Matt Kilibrew's emails | 0.3 | $ 575.00 | $ 172.50 |
| 12/2/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with buyer CFO (Matt) re: 401k transfer | 0.2 | $ 525.00 | $ 105.00 |
| 12/2/2020 | Barfly Ventures | Jim Gansman | Business Operations | Call w/ Matt Killibrew and Paul re 401k plan. Assumption vs trust to trust transfer of 401k plan | 0.3 | $ 575.00 | $ 172.50 |
| 12/2/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Matt (CFO) and Jim (Rock Creek) re: 401k assumption | 0.3 | $ 525.00 | $ 157.50 |
| 12/2/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Follow-up emails with buyer re: transfer of liquor licenses and medical plans for newco | 0.3 | $ 525.00 | $ 157.50 |
| 12/2/2020 | Barfly Ventures | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to discuss oldco/newco reconciliation | 0.5 | $ 375.00 | $ 187.50 |
| 12/2/2020 | Barfly Ventures | Lindsey Neitzel | Fee Application | Fee App | 4.4 | $ 300.00 | $ 1,320.00 |
| 12/2/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Matt Killebrew, Denise Willison, and Chris to discuss oldco/newco reconciliation | 0.5 | $ 525.00 | $ 262.50 |
| 12/3/2020 | Barfly Ventures | Chris Peirce | Business Operations | Review emails regarding oldco/newco reconciliation and transfer request | 0.2 | $ 375.00 | $ 75.00 |
| 12/3/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Review Broad Ripple lease payments | 0.6 | $ 525.00 | $ 315.00 |
| 12/3/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Review and approve current week payments | 0.6 | $ 525.00 | $ 315.00 |
| 12/3/2020 | Barfly Ventures | Lindsey Neitzel | Fee Application | Fee App | 0.8 | $ 300.00 | $ 240.00 |
| 12/4/2020 | Barfly Ventures | Chris Peirce | Business Operations | Reconcile oldco/newco analysis from Matt Killebrew | 2.0 | $ 375.00 | $ 750.00 |
| 12/4/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with John Lucus, Jason, Liz re: conversion | 0.5 | $ 525.00 | $ 262.50 |
| 12/4/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Indy power review with Denise & Matt | 0.2 | $ 525.00 | $ 105.00 |
| 12/4/2020 | Barfly Ventures | Chris Peirce | Business Operations Attendance at Court Hearings and Review of Pleadings | Update oldco bank accounts for reconciliation to newco review of UST Motion to appointment of Chapter 11 Trustee or Chapter 7 Trustee | 0.5 | $ 375.00 | $ 187.50 |
| 12/7/2020 | Barfly Ventures | Jim Gansman | Business Operations | Review cash activity for prior week | 0.6 | $ 575.00 | $ 345.00 |
| 12/7/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Review cash activity for prior week | 0.5 | $ 525.00 | $ 262.50 |
| 12/8/2020 | Barfly Ventures | Tim Peach | Business Operations | Review side letter language for 401(k) plan | 0.5 | $ 600.00 | $ 300.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Client | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/8/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Review motion to convert and reply re: PACA and Admin claims | 0.4 | $ 525.00 | $ 210.00 |
| 12/8/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Emails re: UST fees and new corporate address | 0.2 | $ 525.00 | $ 105.00 |
| 12/8/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Review and approve oldco payments for the week | 0.4 | $ 525.00 | $ 210.00 |
| 12/8/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Review UCC fee applications | 0.5 | $ 525.00 | $ 262.50 |
| 12/9/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Matt Kilabrew, Denise, and Chris (AP) re: payments | 0.5 | $ 525.00 | $ 262.50 |
| 12/9/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Chris to discuss wire and bank balances | 0.3 | $ 525.00 | $ 157.50 |
| 12/9/2020 | Barfly Ventures | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to review transactions hitting oldco account, status of Oct financials, and insurance | 0.5 | $ 375.00 | $ 187.50 |
| 12/9/2020 | Barfly Ventures | Chris Peirce | Business Operations | Call with Paul Neitzel to discuss wire to Merc account and bank balances | 0.3 | $ 375.00 | $ 112.50 |
| 12/9/2020 | Barfly Ventures | Chris Peirce | Business Operations | Transfer funds from TCF to Merc account to fund overdraft and future debits | 0.2 | $ 375.00 | $ 75.00 |
| 12/9/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Emails with Mercantile re: BFV credit card | 0.5 | $ 525.00 | $ 262.50 |
| 12/9/2020 | Barfly Ventures | Paul Neitzel | Creditors/Creditor Committee Communication | email with creditor committee re: October fee and PPP forgiveness status | 0.1 | $ 525.00 | $ 52.50 |
| 12/9/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Review bank activity | 0.4 | $ 525.00 | $ 210.00 |
| 12/10/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call and text with Denise (AP) re: vendor payments | 0.2 | $ 525.00 | $ 105.00 |
| 12/10/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Emails with Ned & Andrew re: rent payments | 0.1 | $ 525.00 | $ 52.50 |
| 12/10/2020 | Barfly Ventures | Paul Neitzel | Business Operations | review and discuss UST fees with BFV AP and send copies to counsel | 0.5 | $ 525.00 | $ 262.50 |
| 12/10/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Transfer money between bank accounts to pay estate expenses | 0.1 | $ 525.00 | $ 52.50 |
| 12/10/2020 | Barfly Ventures | Paul Neitzel | Attendance at Court Hearings and Review of Pleadings | Attend court hearing | 2.2 | $ 525.00 | $ 1,155.00 |
| 12/11/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Chris, Matt (buyer) and Denise (AP) re: cash allocation and payments | 0.3 | $ 525.00 | $ 157.50 |
| 12/11/2020 | Barfly Ventures | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to discuss Oct financials, payments, and second reconciliation | 0.3 | $ 375.00 | $ 112.50 |

BarFly Ventures, LLC
Western District of Michigan (Grand Rapids)
Case #: 20-1947-jwb

| Date | Client | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/11/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Review bank activity | 0.5 | $ 525.00 | $ 262.50 |
| 12/11/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Transfer funds between Mercantile accounts and close certain Mercantile bank accounts | 1.6 | $ 525.00 | $ 840.00 |
| 12/11/2020 | Barfly Ventures | Paul Neitzel | Business Operations | discuss October financial statements with Andrew | 0.2 | $ 525.00 | $ 105.00 |
| 12/14/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Denise, Matt, & Chris re: rent and payment status | 0.2 | $ 525.00 | $ 105.00 |
| 12/14/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Prepare schedule or rent paid by debtor during operations of the case | 4.1 | $ 525.00 | $ 2,152.50 |
| 12/14/2020 | Barfly Ventures | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to discuss % rent payment and open AP issues | 0.2 | $ 375.00 | $ 75.00 |
| 12/14/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Emails with PBF re: closing of PNC bank accounts | 0.3 | $ 525.00 | $ 157.50 |
| 12/14/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Denise and Andrew re: payments and old utility payments | 0.6 | $ 525.00 | $ 315.00 |
| 12/14/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Review bank accounts that can be closed and email buyer to confirm | 0.6 | $ 525.00 | $ 315.00 |
| 12/14/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Allocate Stellas rent between oldco and newco | 0.3 | $ 525.00 | $ 157.50 |
| 12/14/2020 | Barfly Ventures | Chris Peirce | Business Analysis | Update oldco/newco reconciliation with bank activity for last week | 0.5 | $ 375.00 | $ 187.50 |
| 12/14/2020 | Barfly Ventures | Jim Gansman | Sale Process | Review of emails and response on 401k rep lang. | 0.3 | $ 575.00 | $ 172.50 |
| 12/14/2020 | Barfly Ventures | Brian Ayers | Business Analysis | discussion re financial stmt status | 0.4 | $ 475.00 | $ 190.00 |
| 12/15/2020 | Barfly Ventures | Jim Gansman | Business Operations | Call w Paul re PPP loan | 0.4 | $ 575.00 | $ 230.00 |
| 12/15/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Discuss PPP forgiveness application with Jim Gansman | 0.4 | $ 525.00 | $ 210.00 |
| 12/15/2020 | Barfly Ventures | Jim Gansman | Business Operations | Call w/ John Lucas re PPP loan and 401k | 0.2 | $ 575.00 | $ 115.00 |
| 12/15/2020 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | October disbursements for MOR | 1.9 | $ 525.00 | $ 997.50 |
| 12/16/2020 | Barfly Ventures | Paul Neitzel | Business Operations | 1099 and other payment discussion with BFV AP and Chris | 0.2 | $ 525.00 | $ 105.00 |
| 12/16/2020 | Barfly Ventures | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to discuss 1099's and upcoming payments | 0.2 | $ 375.00 | $ 75.00 |
| 12/16/2020 | Barfly Ventures | Brian Ayers | Business Analysis | discuss issuing 1099's | 0.3 | $ 475.00 | $ 142.50 |
| 12/16/2020 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | Work on October disbursements | 0.6 | $ 525.00 | $ 315.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Client | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/17/2020 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | Summarize October disbursements for MOR reporting | 6.2 | $ 525.00 | $ 3,255.00 |
| 12/17/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Approve payments for the week | 0.3 | $ 525.00 | $ 157.50 |
| 12/17/2020 | Barfly Ventures | Paul Neitzel | Business Analysis | Summarize approved expenses for PPP loan | 2.1 | $ 525.00 | $ 1,102.50 |
| 12/18/2020 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | October disbursements for MOR | 4.3 | $ 525.00 | $ 2,257.50 |
| 12/20/2020 | Barfly Ventures | Chris Peirce | Business Operations | Update oldco bank activity and balances | 0.5 | $ 375.00 | $ 187.50 |
| 12/21/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Denise (AP), Chris and newco re: payments for the week | 0.3 | $ 525.00 | $ 157.50 |
| 12/21/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Follow-up with Chris re: payments | 0.2 | $ 525.00 | $ 105.00 |
| 12/21/2020 | Barfly Ventures | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel to discuss rent payments, reconciliation, and wind down budget | 0.3 | $ 375.00 | $ 112.50 |
| 12/21/2020 | Barfly Ventures | Chris Peirce | Business Operations | Call with Paul Neitzel to discuss payments | 0.2 | $ 375.00 | $ 75.00 |
| 12/22/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Review and approve disbursements for the week | 0.4 | $ 525.00 | $ 210.00 |
| 12/23/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Matt, Denise, Chris to discuss payments | 0.3 | $ 525.00 | $ 157.50 |
| 12/23/2020 | Barfly Ventures | Chris Peirce | Business Operations | Call with Denise Willison, Matt Killebrew, and Paul Neitzel to discuss payments, rent, oldco reconciliation | 0.3 | $ 375.00 | $ 112.50 |
| 12/28/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Denise and Chris to discuss payment reporting for October | 0.2 | $ 525.00 | $ 105.00 |
| 12/28/2020 | Barfly Ventures | Chris Peirce | Business Operations | Call with Denise Willison and Paul Neitzel to discuss payments, monthend, and remaining oldco items | 0.2 | $ 375.00 | $ 75.00 |
| 12/28/2020 | Barfly Ventures | Chris Peirce | Business Operations | Update bank activity through 12/24 | 0.8 | $ 375.00 | $ 300.00 |
| 12/28/2020 | Barfly Ventures | Brian Ayers | Business Operations | Discussion with Paul re oldco vs. newco payments | 0.2 | $ 475.00 | $ 95.00 |
| 12/28/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Discussion with Brian re oldco vs. newco payments | 0.2 | $ 525.00 | $ 105.00 |
| 12/29/2020 | Barfly Ventures | Chris Peirce | Bankruptcy Reporting | Produce store level P&L's with G&A and interest expense allocations for Oct. MOR | 1.5 | $ 375.00 | $ 562.50 |
| 12/30/2020 | Barfly Ventures | Chris Peirce | Business Operations | Call with Matt Killebrew, Denise Willison, and Paul Neitzel regarding insurance, 401k, payments, oldco bank accounts | 0.4 | $ 375.00 | $ 150.00 |
| 12/30/2020 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Matt, Denise, & Chris re: payments | 0.4 | $ 525.00 | $ 210.00 |
| 12/30/2020 | Barfly Ventures | Brian Ayers | Bankruptcy Reporting | review P&L's re allocations for OCT MOR | 0.5 | $ 475.00 | $ 237.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Client | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 1/4/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review of cash and 401k transfer with Matt Killebrew and Denise | 0.2 | $ 525.00 | $ 105.00 |
| 1/4/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Update wind-down budget for December activity | 0.7 | $ 525.00 | $ 367.50 |
| 1/5/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Calls with Plante Moran re: 2020 taxes | 0.2 | $ 525.00 | $ 105.00 |
| 1/5/2021 | Barfly Ventures | Paul Neitzel | Business Analysis | PPP Forgiveness application review | 2.6 | $ 525.00 | $ 1,365.00 |
| 1/5/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review PY K1 schedules | 2.1 | $ 525.00 | $ 1,102.50 |
| 1/6/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Denise (AP) and Chris re: professional payments and 1099's | 0.2 | $ 525.00 | $ 105.00 |
| 1/6/2021 | Barfly Ventures | Chris Peirce | Business Operations | Call with Denise Willison and Paul Neitzel regarding 1099's and payments | 0.2 | $ 375.00 | $ 75.00 |
| 1/6/2021 | Barfly Ventures | Chris Peirce | Business Operations | Update bank activity for oldco accounts | 0.5 | $ 375.00 | $ 187.50 |
| 1/7/2021 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | Email with BFV and UST re: Oct MOR | 0.3 | $ 525.00 | $ 157.50 |
| 1/7/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review HNI workers comp premium audit and email counsel re: liability | 0.6 | $ 525.00 | $ 315.00 |
| 1/7/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Prepare status recap for court hearing | 0.8 | $ 525.00 | $ 420.00 |
| 1/7/2021 | Barfly Ventures | Jim Gansman | Attendance at Court Hearings and Review of Pleadings | Attendance at court hearing | 1.0 | $ 575.00 | $ 575.00 |
| 1/7/2021 | Barfly Ventures | Paul Neitzel | Attendance at Court Hearings and Review of Pleadings | Consolidation hearing | 1.3 | $ 525.00 | $ 682.50 |
| 1/7/2021 | Barfly Ventures | Paul Neitzel | Business Analysis | Review and summarize November professional fees vs cap | 1.2 | $ 525.00 | $ 630.00 |
| 1/7/2021 | Barfly Ventures | Chris Peirce | Business Operations | Call with Paul Neitzel to discuss funding Mercantile account | 0.2 | $ 375.00 | $ 75.00 |
| 1/7/2021 | Barfly Ventures | Chris Peirce | Business Operations | Initiate and approve transfer from TCF account to Mercantile account to fund payments | 0.2 | $ 375.00 | $ 75.00 |
| 1/7/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Chris re: bank balance and funds transfer | 0.2 | $ 525.00 | $ 105.00 |
| 1/7/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review wind-down budget in advance of hearing | 0.5 | $ 525.00 | $ 262.50 |
| 1/8/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review cash payments for the week and update future payment forecast | 0.5 | $ 525.00 | $ 262.50 |
| 1/8/2021 | Barfly Ventures | Paul Neitzel | Business Operations | review payroll reports for PPP loan forgiveness application | 0.4 | $ 525.00 | $ 210.00 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Client | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 1/10/2021 | Barfly Ventures | Chris Peirce | Business Operations | Update bank activity | 0.5 | $ 375.00 | $ 187.50 |
| 1/11/2021 | Barfly Ventures | Chris Peirce | Business Operations | Call with Denise Willison to discuss PPP disbursements and business update | 0.2 | $ 375.00 | $ 75.00 |
| 1/11/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review PPP forgiveness/wind-down budget for non-payroll expenditures | 0.4 | $ 525.00 | $ 210.00 |
| 1/12/2021 | Barfly Ventures | Paul Neitzel | Attendance at Court Hearings and Review of Pleadings | Bench opinion on consolidation | 0.5 | $ 525.00 | $ 262.50 |
| 1/12/2021 | Barfly Ventures | Jim Gansman | Attendance at Court Hearings and Review of Pleadings | conclusion of UST objection on consolidation | 0.5 | $ 575.00 | $ 287.50 |
| 1/12/2021 | Barfly Ventures | Chris Peirce | Meetings - Other | Meet with Paul Neitzel and Matt Killebrew at Hopcat - GR to discuss wind down budget, 401k, reconciliation, PPP (includes travel) | 1.8 | $ 375.00 | $ 675.00 |
| 1/12/2021 | Barfly Ventures | Paul Neitzel | Meetings - Other | Meeting with buyer and RC to review cash reconciliation | 1.8 | $ 525.00 | $ 945.00 |
| 1/12/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call Denise re: PPP forgiveness | 0.1 | $ 525.00 | $ 52.50 |
| 1/12/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Email tax accountants re: final tax return | 0.3 | $ 525.00 | $ 157.50 |
| 1/12/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review cash on hand and disbursements | 0.4 | $ 525.00 | $ 210.00 |
| 1/13/2021 | Barfly Ventures | Chris Peirce | Business Operations | Call with Denise Willison and Paul Neitzel to discuss PPP reconciliation and 1099's | 0.2 | $ 375.00 | $ 75.00 |
| 1/13/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Denise and Chris to discuss PPP forgiveness support | 0.2 | $ 525.00 | $ 105.00 |
| 1/13/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with counsel re: property taxes, work comp and lease assignment | 0.5 | $ 525.00 | $ 262.50 |
| 1/13/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review BFV bank transactions | 1.4 | $ 525.00 | $ 735.00 |
| 1/13/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Emails re: GR landlord and assumption of lease | 0.3 | $ 525.00 | $ 157.50 |
| 1/13/2021 | Barfly Ventures | Brian Ayers | Bankruptcy Reporting | Follow-up calls/emails with Company and Paul re MOR info | 0.4 | $ 475.00 | $ 190.00 |
| 1/13/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Update cash activity in wind-down budget | 0.4 | $ 525.00 | $ 210.00 |
| 1/14/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review bank activity | 0.3 | $ 525.00 | $ 157.50 |
| 1/15/2021 | Barfly Ventures | Paul Neitzel | Meetings - with Debtor | Call with Ned and John Lucas to discuss tax return prep | 0.5 | $ 525.00 | $ 262.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Client | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 1/15/2021 | Barfly Ventures | Paul Neitzel | Meetings - with Counsel | Email counsel for partnership agreements | 0.1 | $ 525.00 | $ 52.50 |
| 1/15/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call and emails with Plante re: tax return timing | 0.3 | $ 525.00 | $ 157.50 |
| 1/15/2021 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | Prepare November and December disbursements files for MOR reporting | 0.7 | $ 525.00 | $ 367.50 |
| 1/18/2021 | Barfly Ventures | Chris Peirce | Business Operations | Call with Paul Neitzel and Denise Willison regarding PPP detail and payments | 0.1 | $ 375.00 | $ 37.50 |
| 1/18/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Denise & Chris to review outstanding items | 0.1 | $ 525.00 | $ 52.50 |
| 1/18/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Phone call with board member C Jalbert re: 2020 federal taxes | 0.1 | $ 525.00 | $ 52.50 |
| 1/18/2021 | Barfly Ventures | Paul Neitzel | Business Analysis | Email CEO and counsel re: 2020 federal taxes | 0.2 | $ 525.00 | $ 105.00 |
| 1/18/2021 | Barfly Ventures | Chris Peirce | Business Operations | Update bank activity through 1/18 and adjust reconciliation file for second reconciliation to newco | 1.0 | $ 375.00 | $ 375.00 |
| 1/19/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with tax preparer to discuss extension and filings | 0.5 | $ 525.00 | $ 262.50 |
| 1/19/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Prepare draft board email re: engagement of Plante Moran | 0.8 | $ 525.00 | $ 420.00 |
| 1/19/2021 | Barfly Ventures | Lindsey Neitzel | Fee Application | Fee App | 2.0 | $ 300.00 | $ 600.00 |
| 1/20/2021 | Barfly Ventures | Chris Peirce | Business Operations | Call with Denise Willison, Matt Killebrew, and Paul Neitzel to discuss taxes and cash reconciliation | 0.4 | $ 375.00 | $ 150.00 |
| 1/20/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Discuss need for BFV tax return with Jim & Chris | 0.3 | $ 525.00 | $ 157.50 |
| 1/20/2021 | Barfly Ventures | Chris Peirce | Business Operations | Call with Jim Gansman and Paul Neitzel regarding tax returns | 0.3 | $ 375.00 | $ 112.50 |
| 1/20/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Denise, Matt & Chris re: UST fee and BFV tax return | 0.4 | $ 525.00 | $ 210.00 |
| 1/20/2021 | Barfly Ventures | Paul Neitzel | Business Operations | email Ned & counsel re: need for BFV tax return | 0.2 | $ 525.00 | $ 105.00 |
| 1/20/2021 | Barfly Ventures | Jim Gansman | Business Operations | call w Pauland Chris re filing of final tax returns | 0.3 | $ 575.00 | $ 172.50 |
| 1/20/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Ned re: tax return | 0.3 | $ 525.00 | $ 157.50 |
| 1/21/2021 | Barfly Ventures | Paul Neitzel | Business Operations | emails, phone calls and research re: incoming check for state of Minnesota for covid relief | 0.3 | $ 525.00 | $ 157.50 |
| 1/21/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Research and wmail with WNJ re 941 tax filing | 0.2 | $ 525.00 | $ 105.00 |
| 1/21/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Email BFV (Ellen and Leann) re 941 filings | 0.1 | $ 525.00 | $ 52.50 |
| 1/22/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review payment activity and upcoming payments in wind-down budget | 0.4 | $ 525.00 | $ 210.00 |
| 1/24/2021 | Barfly Ventures | Chris Peirce | Business Operations | Update bank activity for oldco | 0.5 | $ 375.00 | $ 187.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Client | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 1/24/2021 | Barfly Ventures | Chris Peirce | Business Operations | Review oldco bank activity for reconciliation with newco | 1.0 | $ 375.00 | $ 375.00 |
| 1/24/2021 | Barfly Ventures | Paul Neitzel | Business Analysis | Cash reconciliation oldco v newco with Chris | 2.4 | $ 525.00 | $ 1,260.00 |
| 1/24/2021 | Barfly Ventures | Chris Peirce | Business Operations | Review reconciliation to newco with Paul Neitzel | 2.4 | $ 375.00 | $ 900.00 |
| 1/25/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Congruent and chris re: cash reconciliation | 1.1 | $ 525.00 | $ 577.50 |
| 1/25/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Chris re: next steps on cash reconciliation | 0.1 | $ 525.00 | $ 52.50 |
| 1/25/2021 | Barfly Ventures | Chris Peirce | Business Operations | Call with Paul Neitzel and Matt Killebrew to review oldco-newco bank reconciliation | 1.1 | $ 375.00 | $ 412.50 |
| 1/25/2021 | Barfly Ventures | Chris Peirce | Business Operations | Send Matt Killebrew reconciliation file to review | 0.1 | $ 375.00 | $ 37.50 |
| 1/25/2021 | Barfly Ventures | Chris Peirce | Business Operations | Follow up call with Paul Neitzel | 0.1 | $ 375.00 | $ 37.50 |
| 1/26/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Emails and review of 401k assumption by buyer | 0.8 | $ 525.00 | $ 420.00 |
| 1/27/2021 | Barfly Ventures | Paul Neitzel | Business Analysis | Call with Matt, Denise & Chris to discuss payments | 0.2 | $ 525.00 | $ 105.00 |
| 1/27/2021 | Barfly Ventures | Tim Peach | Meetings - Other | Call with Paul and Plan Administrator on 401(k) audit and 5500 filing | 0.3 | $ 600.00 | $ 180.00 |
| 1/27/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Tim Peach, Matt Killebrew and Allison from TAG Resources re: 401k plan assumption | 0.3 | $ 525.00 | $ 157.50 |
| 1/27/2021 | Barfly Ventures | Chris Peirce | Business Analysis | Call with Matt, Denise & Paul to discuss payments | 0.2 | $ 375.00 | $ 75.00 |
| 1/27/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Approve payments for the week | 0.3 | $ 525.00 | $ 157.50 |
| 1/28/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review cash activity in bank accounts | 0.5 | $ 525.00 | $ 262.50 |
| 1/28/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review UST invoice | 0.2 | $ 525.00 | $ 105.00 |
| 1/29/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Cohen re: need for final tax return | 0.3 | $ 525.00 | $ 157.50 |
| 1/29/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Prepare BFV PPP forgiveness reporting for rents, utilities and benefits | 0.8 | $ 525.00 | $ 420.00 |
| 2/1/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Crowe re: need for final tax return | 0.3 | $ 525.00 | $ 157.50 |
| 2/1/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Email Ned re: final tax return | 0.2 | $ 525.00 | $ 105.00 |
| 2/1/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review prior year and current year tax engagement letters and compare fees with wind-down budget | 1.3 | $ 525.00 | $ 682.50 |
| 2/3/2021 | Barfly Ventures | Chris Peirce | Business Operations | Update bank activity in Oldco/Newco cash reconciliation | 0.5 | $ 375.00 | $ 187.50 |
| 2/3/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Emails re: property taxes pre-BK | 0.2 | $ 525.00 | $ 105.00 |
| 2/4/2021 | Barfly Ventures | Chris Peirce | Bankruptcy Reporting | Review schedules and files from company for creditor question from Warner Norcross | 0.1 | $ 375.00 | $ 37.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Client | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 2/4/2021 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | Oct MOR review | 0.5 | $ 525.00 | $ 262.50 |
| 2/4/2021 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | Review Oct MOR | 0.5 | $ 525.00 | $ 262.50 |
| 2/4/2021 | Barfly Ventures | Chris Peirce | Bankruptcy Reporting | Call with Paul Neitzel and Brian Ayers to review Oct MOR | 1.0 | $ 375.00 | $ 375.00 |
| 2/4/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review Mercantile bank history from Denise - closed accounts | 0.7 | $ 525.00 | $ 367.50 |
| 2/4/2021 | Barfly Ventures | Brian Ayers | Bankruptcy Reporting | Call with Paul and Chris to review Oct MOR | 1.0 | $ 475.00 | $ 475.00 |
| 2/4/2021 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | Call with Chris and Brian to review Oct MOR | 1.0 | $ 525.00 | $ 525.00 |
| 2/5/2021 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | Call with Ned & Cohen re: 2020 tax requirements | 0.5 | $ 525.00 | $ 262.50 |
| 2/5/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with WNJ and Chris re: Personal Property Tax | 0.9 | $ 525.00 | $ 472.50 |
| 2/5/2021 | Barfly Ventures | Chris Peirce | Business Operations | Call with Liz VonEitzen and Paul Neitzel regarding Broad Ripple personal property tax payment | 0.9 | $ 375.00 | $ 337.50 |
| 2/5/2021 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | Review Final Oct MOR | 0.6 | $ 525.00 | $ 315.00 |
| 2/5/2021 | Barfly Ventures | Chris Peirce | Bankruptcy Reporting | Call with Paul Neitzel and Brian Ayers to review final Oct MOR | 0.6 | $ 375.00 | $ 225.00 |
| 2/5/2021 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | Update November disbursements for MOR reporting | 0.7 | $ 525.00 | $ 367.50 |
| 2/6/2021 | Barfly Ventures | Chris Peirce | Business Operations | Update oldco bank file with bank activity through 2/5 | 0.5 | $ 375.00 | $ 187.50 |
| 2/9/2021 | Barfly Ventures | Lindsey Neitzel | Fee Application | Fee app | 2.9 | $ 300.00 | $ 870.00 |
| 2/10/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review cash activity for current week and prior week | 0.6 | $ 525.00 | $ 315.00 |
| 2/10/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review wind-down budget for property tax amounts due | 0.3 | $ 525.00 | $ 157.50 |
| 2/10/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Update PPP forgiveness schedule for non-payroll forgivable items | 1.1 | $ 525.00 | $ 577.50 |
| 2/12/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with buyer re: property taxes | 0.1 | $ 525.00 | $ 52.50 |
| 2/12/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Denise re: property taxes and PPP forgiveness | 0.2 | $ 525.00 | $ 105.00 |
| 2/12/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review APA and property tax emails | 0.7 | $ 525.00 | $ 367.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Client | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 2/13/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review BR and DET PPT and email buyer plan to pay and 401k/5500 invoice | 0.2 | $ 525.00 | $ 105.00 |
| 2/15/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Email buyer and TPA re: 401k assumption paperwork | 0.2 | $ 525.00 | $ 105.00 |
| 2/16/2021 | Barfly Ventures | Chris Peirce | Business Operations | Update oldco bank activity | 0.5 | $ 375.00 | $ 187.50 |
| 2/16/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with CEO Ned re: PPT and Federal Taxes | 0.3 | $ 525.00 | $ 157.50 |
| 2/16/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review PPT & bill payments for the week. | 0.6 | $ 525.00 | $ 315.00 |
| 2/17/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review bank activity | 0.3 | $ 525.00 | $ 157.50 |
| 2/17/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Emails with AP re: EPS contract | 0.2 | $ 525.00 | $ 105.00 |
| 2/17/2021 | Barfly Ventures | Paul Neitzel | Business Operations | emails with Ned (CEO) and John Lucas re: engaging Plante | 0.2 | $ 525.00 | $ 105.00 |
| 2/17/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Emails with Andrew Woodruff re: 5500 extension | 0.2 | $ 525.00 | $ 105.00 |
| 2/17/2021 | Barfly Ventures | Chris Peirce | Business Operations | Review APA schedules for EPS security contract | 0.2 | $ 375.00 | $ 75.00 |
| 2/17/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Leann (payroll) re: PPP forgiveness | 0.5 | $ 525.00 | $ 262.50 |
| 2/18/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review cash activity | 0.4 | $ 525.00 | $ 210.00 |
| 2/19/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Emails re: 401k transfer with buyer and TPA | 0.4 | $ 525.00 | $ 210.00 |
| 2/22/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review 401k audit fees and email Ellen Winterburn | 0.6 | $ 525.00 | $ 315.00 |
| 2/22/2021 | Barfly Ventures | Chris Peirce | Business Analysis | Update oldco bank activity and review payment reports and bank statements to update outstanding checks | 1.0 | $ 375.00 | $ 375.00 |
| 2/22/2021 | Barfly Ventures | Chris Peirce | Bankruptcy Reporting | Request Nov, Dec, and Jan bank statements for closed accounts from Mercantile | 0.1 | $ 375.00 | $ 37.50 |
| 2/22/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Email to Ellen (HR) re: 401k audit | 0.2 | $ 525.00 | $ 105.00 |
| 2/23/2021 | Barfly Ventures | Paul Neitzel | Business Operations | email Denise to pay 401k 5500 & audit fee | 0.2 | $ 525.00 | $ 105.00 |
| 2/23/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Follow-up on 401k assumption/transfer from buyer | 0.1 | $ 525.00 | $ 52.50 |
| 2/23/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Email Leann (BFV payroll) re: PPP forgiveness reports | 0.1 | $ 525.00 | $ 52.50 |
| 2/23/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Update open items for conversion to chapter 7 | 0.7 | $ 525.00 | $ 367.50 |
| 2/24/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review PB GRBC brewing license and communicate with insurance broker to cancel liquor insurance | 0.4 | $ 525.00 | $ 210.00 |
| 2/24/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review email from Ellen (HR) re: 401k non-discrimination testing | 0.4 | $ 525.00 | $ 210.00 |
| 2/25/2021 | Barfly Ventures | Paul Neitzel | Business Operations | D&O insurance follow-up from broker emails | 0.4 | $ 525.00 | $ 210.00 |
| 2/25/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review disbursements | 0.1 | $ 525.00 | $ 52.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Date | Client | Professional | Project Category | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 2/25/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Emails with 401 auditor/5500 requesting w9 | 0.2 | $ 525.00 | $ 105.00 |
| 2/26/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review ADP PPP reporting with BFV payroll dept | 0.4 | $ 525.00 | $ 210.00 |
| 2/26/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Read & respond to insurance emails cancelling coverage to prepare for chapter 7 conversion | 0.6 | $ 525.00 | $ 315.00 |
| 2/26/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with UST re: trustee fees | 0.1 | $ 525.00 | $ 52.50 |
| 2/26/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review UST fees and email AP re: outstanding amounts | 0.4 | $ 525.00 | $ 210.00 |
| 2/26/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Pickup UST check and overnight to UST | 0.9 | $ 525.00 | $ 472.50 |
| 2/26/2021 | Barfly Ventures | Chris Peirce | Bankruptcy Reporting | Review bank statements received from Mercantile bank, request missing statements, and retrieve and request TCF bank statements | 0.7 | $ 375.00 | $ 262.50 |
| 2/26/2021 | Barfly Ventures | Chris Peirce | Bankruptcy Reporting | Request PNC and US Bank statements for MOR | 0.1 | $ 375.00 | $ 37.50 |
| 2/26/2021 | Barfly Ventures | Paul Neitzel | Bankruptcy Reporting | Mor bank recs with Chris | 0.3 | $ 525.00 | $ 157.50 |
| 2/26/2021 | Barfly Ventures | Chris Peirce | Bankruptcy Reporting | Call with Paul Neitzel regarding MOR and bank reconciliations | 0.3 | $ 375.00 | $ 112.50 |
| 2/26/2021 | Barfly Ventures | Chris Peirce | Business Analysis | Update bank activity file with this week's activity | 0.5 | $ 375.00 | $ 187.50 |
| 2/26/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Review ADP reporting for PPP forgiveness | 1.1 | $ 525.00 | $ 577.50 |
| 2/27/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Call with Ned & Counsel re: tax prep | 0.3 | $ 525.00 | $ 157.50 |
| 2/27/2021 | Barfly Ventures | Paul Neitzel | Business Operations | Document board update for case administration | 1.1 | $ 525.00 | $ 577.50 |
| | | | | | 137.2 | | $ 65,642.50 |

**BarFly Ventures, LLC**
**Western District of Michigan (Grand Rapids)**
**Case #: 20-1947-jwb**

| Expense | Amount |
|---|---|
| Parking | $ 3.00 |
| Postage | $ 51.78 |
| Pacer Fees | $ 683.90 |
| Total | $ 738.68 |