# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.*,[1]

    Debtors.

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

//

## DECLARATION OF JAMES GANSMAN

I am James Gansman, a managing member with Rock Creek Advisors LLC ("Rock Creek"). I am authorized and have knowledge of the facts and certify that I have read the foregoing fee application and believe the contents in the application are true and accurate. I have personally reviewed the fee application, in all respects, and believe the statement to be accurate and reasonable.

I certify that (a) Rock Creek is seeking compensation for services at its normal, customary rates, (b) the time and services rendered by Rock Creek's professionals were reasonable and necessary for the tasks that Rock Creek was retained by Debtors to perform, (c) Rock Creek's professionals are duly qualified and experienced to perform the services rendered to Debtors, (d) the time Rock Creek devoted to representing the Debtors in this case is time Rock Creek was unable to spend representing other clients, and (e) Rock Creek has no agreement or understanding to share any compensation awarded in this case with any person or entity, and

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCat-Chicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCat-GR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCat-Minneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

Rock Creek has been promised no compensation or reimbursement by any other party other than Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 16, 2021

*james gansman*

_____
James Gansman
Rock Creek Advisors LLC