UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et. al.*,[1]

Debtors.

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

// *Jointly Administered*

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC, AS FINACIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 3, 2020 THROUGH MARCH 1, 2021**

This matter having come upon the *First and Final Application for Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC, as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 3, 202 through March 1, 2021* (the "Final Application")[2] wherein Rock Creek Advisors, LLC ("Rock Creek") sought allowance of an administrative expense for fees and expenses incurred as financial advisor for the Debtors during the Compensation Period; notice of the Final Application being sufficient and consistent with the Compensation Procedures Order; and no objections to the Final Application having been filed:

**IT IS HEREBY ORDERED:**

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCat-Chicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCat-GR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCat-Minneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

1. The Application is granted.

2. Rock Creek is granted an allowed administrative expense under section 503(b)(2) for professional fees and expenses incurred during the Compensation Period in the amount of $763,316.18.

3. The fees and expenses set forth in the Supplemental Fee Statement filed by Rock Creek are allowed and approved on a final basis.

4. The Debtors are authorized and directed to promptly pay to Rock Creek the outstanding balance of the fees and expenses allowed under this Order.

5. This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**END OF ORDER**

*Order prepared and submitted by:*
WARNER NORCROSS + JUDD LLP
Elisabeth M. Von Eitzen (P70183)
150 Ottawa Avenue, NW Ste. 1500
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000
*Counsel to the Debtors and Debtors in Possession*
21504914-1