UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

## SUPPLEMENTAL FEE STATEMENT OF SUGAR FELSENTHAL GRAIS & HELSINGER LLP PURSUANT TO FINAL APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Sugar Felsenthal Grais & Helsinger LLP ("SFGH"), counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC (the "Committee") appointed in the above-captioned chapter 11 cases, submits this *Supplemental Fee Statement* for compensation for services rendered and reimbursement of expenses incurred as counsel to the Committee from March 1, 2021 through March 31, 2021 (the "Supplemental Period") pursuant to the *Final Application for Compensation & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 442] (the "Final Fee Statement"):

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

| Professional (name and address): | Sugar Felsenthal Grais & Helsinger, LLP<br>30 N. LaSalle Street, Suite 3000<br>Chicago, IL 60602 |
|---|---|
| Fees requested: | $2,400.00[2] |
| Expenses requested: | $0.00 |

A detailed statement regarding the fees and expenses incurred by SFGH during the Supplemental Period is attached hereto as **Exhibit 1.**

As set forth in the Final Fee Application, the estate professionals proposed that no later than eight days before they submitted proposed orders approving their final fee applications, such professionals would file supplemental fee statements with respect to any additional fees or expenses incurred subsequent to the period covered in the final fee applications. The estate professionals proposed to serve such supplemental fee statements on the notice parties set forth in the Compensation Order (as that term is defined in the Final Fee Application) with such notice providing that the notice parties shall have a period of seven days to file any objections to the supplemental fee statements. The Final Fee Application contemplates that if no objections are timely filed, then the fees and expenses set forth in the supplemental fee statements will, subject to Court approval, likewise be deemed allowed on a final basis.

**No hearing will be set before the Court with respect to this supplemental fee statement unless a written objection is timely filed with the Clerk of the Bankruptcy Court. If you have any objection, you have seven days from the date of service of this supplemental fee statement in which to file such written objection. If an objection is filed, a**

---

[2] Pursuant to the Committee's retention of SFGH, SFGH invoices the Committee at a blended hourly rate of $500.

subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

ANY OBJECTION MUST BE TIMELY FILED WITH:

United State Bankruptcy Court
One Division North
Grand Rapids, Michigan 49503

A COPY OF ANY OBJECTION MUST ALSO BE SENT TO:

Jaffe Raitt Heuer & Weiss, P.C.
Attn: Paul R. Hage
27777 Franklin, Suite 2500
Southfield, Michigan 48034
phage@jaffelaw.com

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:   /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbrandess@sfgh.com

*Counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et al.*

Dated: April 7, 2021.

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

Official Committee of Unsecured Creditors
Barfly Ventures, LLC, et al.
c/o Gordon Food Service, Inc.
Attn: Sharon Murphy, Dir of Credit
Palatine IL 60055

Page: 1
03/31/2021
Account No: 10836-001
Statement No: 269955

Attn: Sharon Murphy, Director of Credit

General Case Administration

Fees

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/2021 | MAB | Telephone conference with Paul Hage regarding case conversion issues (0.8). | 0.80 | 460.00 |
| 03/03/2021 | MAB | Draft email memorandum to professional working group regarding case conversion issues (0.4). | 0.40 | 230.00 |
| 03/04/2021 | MAB | Prepare for and participate in Mark Sellers' confirmation hearing (0.9); multiple telephone conferences and email correspondence with case professionals regarding conversion and next steps (0.7). | 1.60 | 920.00 |
| 03/23/2021 | MAB | Email correspondence with Paul Hage regarding Mark Sellers' bankruptcy case (0.2). | 0.20 | 115.00 |
| | | For Current Services Rendered | 3.00 | 1,725.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 3.00 | $575.00 | $1,725.00 |

Total Current Work    1,725.00

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

|  |  |
|---|---|
| | Page: 1 |
| Official Committee of Unsecured Creditors | 03/31/2021 |
| Barfly Ventures, LLC, et al. | Account No:  10836-005 |
| c/o Gordon Food Service, Inc. | Statement No:  269956 |
| Attn: Sharon Murphy, Dir of Credit | |
| Palatine IL 60055 | |

Attn: Sharon Murphy, Director of Credit

Employment & Fee Applications - SFGH

Fees

| Date | | | | Hours | |
|---|---|---|---|---|---|
| 03/02/2021 | MAB | Prepare final fee application (1.3). | | 1.30 | 747.50 |
| 03/04/2021 | MAB | Review and revise fee application (0.9). | | 0.50 | 287.50 |
| | | For Current Services Rendered | | 1.80 | 1,035.00 |

Recapitulation
| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 1.80 | $575.00 | $1,035.00 |

FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE