# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, et al.,[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

## SUPPLEMENTAL FEE STATEMENT OF JAFFE RAITT HEUER & WEISS, P.C. PURSUANT TO FINAL APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Jaffe Raitt Heuer & Weiss, P.C. ("Jaffe"), counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC (the "Committee") appointed in the above-captioned chapter 11 cases, submits this *Supplemental Fee Statement* for compensation for services rendered and reimbursement of expenses incurred as counsel to the Committee from March 1, 2021 through March 31, 2021 (the "Supplemental Period") pursuant to the *Final Application for Compensation & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 443] (the "Final Fee Statement"):

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

5201013.v1

| Professional (name and address): | Jaffe Raitt Heuer & Weiss, P.C.<br>27777 Franklin, Suite 2500<br>Southfield, MI 48034 |
|---|---|
| Fees requested: | $5,791.50 |
| Expenses requested: | $0.00 |

A detailed statement regarding the fees and expenses incurred by Jaffe during the Supplemental Period is attached hereto as **Exhibit 1.**

As set forth in the Final Fee Application, the estate professionals proposed that no later than eight days before they submitted proposed orders approving their final fee applications, such professionals would file supplemental fee statements with respect to any additional fees or expenses incurred subsequent to the period covered in the final fee applications. The estate professionals proposed to serve such supplemental fee statements on the notice parties set forth in the Compensation Order (as that term is defined in the Final Fee Application) with such notice providing that the notice parties shall have a period of seven days to file any objections to the supplemental fee statements. The Final Fee Application contemplates that if no objections are timely filed, then the fees and expenses set forth in the supplemental fee statements will, subject to Court approval, likewise be deemed allowed on a final basis.

**No hearing will be set before the Court with respect to this supplemental fee statement unless a written objection is timely filed with the Clerk of the Bankruptcy Court. If you have any objection, you have seven days from the date of service of this supplemental fee statement in which to file such written objection. If an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.**

ANY OBJECTION MUST BE TIMELY FILED WITH:

United State Bankruptcy Court
One Division North
Grand Rapids, Michigan 49503

A COPY OF ANY OBJECTION MUST ALSO BE SENT TO:

Jaffe Raitt Heuer & Weiss, P.C.
Attn: Paul R. Hage
27777 Franklin, Suite 2500
Southfield, Michigan 48034
phage@jaffelaw.com

Respectfully submitted by,

**JAFFE RAIT HEUER & WEISS, P.C.**

By:___/s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone: (312) 704-9400
mbrandess@sfgh.com

*Counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et al.*

Dated: April 7, 2021.



**JAFFE RAITT HEUER & WEISS**
A Professional Corporation
Attorneys & Counselors

27777 FRANKLIN ROAD, SUITE 2500 • P.O. BOX 5034 • SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Official Committee of Unsecured Creditors of Ba    April 6, 2021
c/o Gordon Food Service, Inc.
Sharon Murphy - Director of Credit
1300 Gezon Parkway SW
Wyoming, MI 49509-9300                              Invoice No. 475269

---

FOR LEGAL SERVICES RENDERED THROUGH MARCH 31, 2021
AS ITEMIZED ON THE ATTACHED REPORT:

ASSET ANALYSIS

|  |  |  |
|---|---|---|
|  | Total Fees | $1,134.00 |
|  | Total Costs | $0.00 |
|  | Subtotal | $1,134.00 |

CASE ADMINISTRATION

|  |  |  |
|---|---|---|
|  | Total Fees | $2,470.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $2,470.50 |

COMMITTEE COMMUNICATIONS

|  |  |  |
|---|---|---|
|  | Total Fees | $283.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $283.50 |

FEE APPLICATIONS / OBJECTIONS

|  |  |  |
|---|---|---|
|  | Total Fees | $1,903.50 |
|  | Total Costs | $0.00 |
|  | Subtotal | $1,903.50 |

|  |  |  |
|---|---|---|
| TOTAL FEES THIS INVOICE | $ | 5,791.50 |
| TOTAL AMOUNT DUE | $ | 5,791.50 |

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Apr  6, 2021    PAGE   2
CLIENT NUMBER: UCCBAR
INVOICE NO.: 475269


    FED. TAX I.D. 38-1915036    TERMS:  NET 30 DAYS

    {J1}
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Apr  6, 2021     PAGE   3
CLIENT NUMBER: UCCBAR
INVOICE NO.: 475269


     Official Committee of Unsecured Creditors of Barfly Ventures
     ASSET ANALYSIS
**OPEN FOR TIME ONLY**


    DATE    ATTY    SERVICE DESCRIPTION                              HOURS

 03/02/21 PRH REVIEW FILINGS RELATED TO SELLERS' PLAN AND       1.40   567.00
              FINANCIAL REPORTING (.7).  RELATED
              CORRESPONDENCE WITH J. PIGGINS (.3).  REVIEW
              NEW OPINION RE D&O INSURANCE ISSUES (.3). PHONE
              CALL WITH J. PIGGINS RE SELLERS ISSUES (.1).

 03/03/21 PRH ATTENTION TO ISSUES RELATED TO SELLERS PLAN AND    .40   162.00
              NONDISCHARGEABILITY ACTION.

 03/05/21 PRH REVIEW SELLERS CONFIRMATION ORDER.                 .20    81.00

 03/23/21 PRH PHONE CALL WITH J. PIGGINS REGARDING               .30   121.50
              NON-DISCHARGEABILITY DEADLINE.

 03/26/21 PRH CORRESPONDENCE WITH J PIGGINS REGARDING SELLERS    .10    40.50
              523 DEADLINE.

 03/30/21 PRH CORRESPONDENCE RE STIPULATION EXTENDING SELLERS    .30   121.50
              DISCHARGEABILITY DEADLINE (.1). ATTENTION TO
              FILING OF SAME (.2).

 03/31/21 PRH REVIEW ORDER IN SELLERS' BANKRUPTCY CASE           .10    40.50
              REGARDING DISCHARGEABILITY DEADLINE.


     TOTAL HOURS       2.80     FOR SERVICES RENDERED     $      1134.00
                                                                ----------
                                MATTER TOTAL              $      1134.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Apr  6, 2021    PAGE   4
CLIENT NUMBER: UCCBAR
INVOICE NO.: 475269


    *---------------------------TIME AND FEE SUMMARY-----------------------*
    *----------TIMEKEEPER---------*    RATE    HOURS           FEES
    PAUL R. HAGE                     405.00    2.80         1134.00
                            TOTALS             2.80         1134.00
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Apr  6, 2021      PAGE   5
CLIENT NUMBER: UCCBAR
INVOICE NO.: 475269
```

Official Committee of Unsecured Creditors of Barfly Ventures
   CASE ADMINISTRATION
\*\*OPEN FOR TIME ONLY\*\*

```
DATE     ATTY   SERVICE DESCRIPTION                              HOURS

03/02/21 PRH DISCUSS CONVERSION ISSUES WITH E. VONEITZEN AND   1.20    486.00
             M. BRANDESS (1.1). PHONE CALL TO M. MAGGIO
             (.1).

03/03/21 PRH CORRESPONDENCE AND CALL WITH E. VONEITZEN AND     1.70    688.50
             M. MAGGIO RE CONVERSION, PROFESSIONAL FEE
             ISSUES (1.3). CORRESPONDENCE AND CALL WITH M.
             BRANDESS RE CONVERSION ISSUES (.4).

03/04/21 PRH PHONE CALLS WITH E. VON EITZEN (.4) AND M.         .80    324.00
             BRANDESS (.4) REGARDING VARIOUS CONVERSION
             RELATED ISSUES.

03/05/21 PRH CORRESPONDENCE WITH ESTATE PROFESSIONALS RE        .20     81.00
             CONVERSION ISSUES.

03/22/21 PRH CORRESPONDENCE WITH M. BRANDESS RE TIMING FOR      .30    121.50
             FEE SUPPLEMENT, CONVERSION.

03/23/21 PRH PHONE CALL WITH M. BRANDESS RE STATUS OF CASE,     .50    202.50
             REMAINING STEPS.

03/29/21 PRH PHONE CALL WITH J. PIGGINS REGARDING SELLERS      1.40    567.00
             STIPULATION (.3). PHONE CALLS WITH M. BRANDESS
             AND E. VON EITZEN REGARDING CONVERSION/FEE
             ISSUES (.6). PREPARE STIPULATION RE SELLERS
             DEADLINE (.5).


TOTAL HOURS         6.10      FOR SERVICES RENDERED    $      2470.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Apr  6, 2021     PAGE   6
CLIENT NUMBER: UCCBAR
INVOICE NO.: 475269


                          MATTER TOTAL              $      2470.50




*---------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE    HOURS            FEES
PAUL R. HAGE                     405.00     6.10          2470.50
                       TOTALS                6.10          2470.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN   Apr  6, 2021      PAGE   7
CLIENT NUMBER: UCCBAR
INVOICE NO.: 475269



    Official Committee of Unsecured Creditors of Barfly Ventures
    COMMITTEE COMMUNICATIONS
**OPEN FOR TIME ONLY**


  DATE    ATTY   SERVICE DESCRIPTION                           HOURS

03/04/21 PRH CORRESPONDENCE WITH COMMITTEE MEMBERS RE           .70    283.50
             CONVERSION STATUS, FINAL FEE APPLICATIONS.



    TOTAL HOURS       0.70    FOR SERVICES RENDERED    $        283.50

                                                              ----------

                              MATTER TOTAL             $        283.50




*----------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*   RATE    HOURS             FEES
PAUL R. HAGE                     405.00    .70           283.50
                         TOTALS            .70           283.50
```

```
BARFLY VENTURES, ET AL, OFFICIAL COMMITTEE OF UN  Apr  6, 2021     PAGE   8
CLIENT NUMBER: UCCBAR
INVOICE NO.: 475269



   Official Committee of Unsecured Creditors of Barfly Ventures
    FEE APPLICATIONS / OBJECTIONS
**OPEN FOR TIME ONLY**


  DATE    ATTY    SERVICE DESCRIPTION                           HOURS

03/03/21 PRH ATTENTION TO FINAL FEE APPLICATIONS FOR            2.70   1093.50
             COMMITTEE PROFESSIONALS.

03/04/21 PRH ATTEND TO REVISIONS TO FEE APPLICATIONS             .90    364.50
             REGARDING SUPPLEMENTAL FEE STATEMENT CONCEPT.

03/05/21 PRH FINALIZE, FILE AND SERVE FINAL FEE APPLICATIONS     .70    283.50
             (5).  REVIEW FEE APPLICATIONS FILED BY DEBTOR
             PROFESSIONALS (.2).

03/08/21 PRH REVIEW FINAL FEE APPLICATIONS OF DEBTOR             .20     81.00
             PROFESSIONALS AND RELATED CORRESPONDENCE WITH
             E. VON EITZEN.

03/16/21 PRH REVIEW ROCK CREEK FEE APPLICATION.                  .20     81.00


     TOTAL HOURS       4.70      FOR SERVICES RENDERED     $         1903.50

                                                                 ----------

                                  MATTER TOTAL             $         1903.50




    *---------------------------TIME AND FEE SUMMARY---------------------*
    *---------TIMEKEEPER---------*    RATE    HOURS             FEES
    PAUL R. HAGE                     405.00    4.70          1903.50
                         TOTALS              4.70          1903.50
```