IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>BARFLY VENTURES, LLC., *et al.*[1],<br><br><br>Debtors. | Chapter 11<br><br>Case No. 20-01947<br>Hon. James W. Boyd<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2021 I filed (i) the *Supplemental Fee Statement of Sugar Felsenthal Grais & Helsinger, LLP Pursuant to Final Application for Compensation & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors,* and (ii) the *Supplemental Fee Statement of Jaffe Raitt Heuer & Weiss, P.C. Pursuant to Final Application for Compensation & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors* (collectively, the "Supplemental Fee Statements") with the Clerk of the Court for the United States Bankruptcy Court for the Western District of Michigan using the CM/ECF

---

[1] The Debtors are: Barfly Ventures, LLC, (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC, (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat- GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat-KC, LLC and TikiCat)(6242), HopCat Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat- Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat- Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House LLC and McFadden's Restaurant Saloon) (4255).

5202394.v1

System, which sent notification of such filing to all attorneys and parties of record registered electronically.

I further certify that I served the Supplemental Fee Statements by electronic mail, on April 7, 20201, on: (i) BarFly Ventures, LLC, c/o Mark A. Sellers, III, mark@barflyventures.com; (ii) Pachulski Stang Ziehl & Jones LLP (Attn. John Lucas), jlucas@pszjlaw.com; (iii) Warner Norcross + Judd LLP (Attn. Elisabeth M. Von Eitzen), evoneitzen@wnj.com; (iv) the United States Trustee (Attn. Michael Maggio), michael.v.maggio@usdoj.gov; (v) Rayman & Knight (Attn: Steve Rayman), slr@raymanknight.com; and (vi) Paul Hastings LLP (Attn: Nathan S. Gimpel), nathangimpel@paulhastings.com.

Respectfully submitted by,

Dated: April 7, 2021

**JAFFE RAIT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
phage@jaffelaw.com

-and-

**SUGAR FELSENTHAL GRAIS & HELSINGER, LLP**

Michael A. Brandess
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
(312) 704-9400
mbrandess@sfgh.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC*