**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et. al.*,[1]

        Debtors.

        /

Chapter 11
Case No.  20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

**SUPPLEMENTAL FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP PURSUANT
TO FINAL APPLICATION FOR COMPENSATION & REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION**

        Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this Supplemental Fee Statement for compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor from March 2, 2021 through April 7, 2021 (the "Supplemental Period") pursuant to the First and Final Application for Compensation & Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtors and Debtors in Possession for the Period from June 3, 2020 through March 1, 2021 [Doc. No. 441] (the "Final Fee Application"):

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCat-Chicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCat-GR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCat-Minneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

| Professional (Name and Address): | Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 |
|---|---|
| Fees Requested: | $0.00 |
| Expenses Requested: | $204.00 |
| Fees Previously Allowed by Court: | N/A |

    A detailed statement regarding the fees and expenses incurred by PSZ&J during the Supplemental Period is attached hereto as **Exhibit 1**.

    As set forth in the Final Fee Application, PSZ&J proposed that no later than eight days before they submitted proposed orders approving their final fee applications, PSZ&J would file supplemental fee statements with respect to any additional fees or expenses incurred subsequent to the period covered in the final fee applications. PSZ&J proposed to serve such supplemental fee statements on the notice parties set forth in the Compensation Order (as that term is defined in the Final Fee Application) with such notice providing that the notice parties shall have a period of seven days to file any objections to the supplemental fee statements. The Final Fee Application contemplates that if no objections are timely filed, then the fees and expenses set forth in the supplemental fee statements will, subject to Court approval, likewise be deemed allowed on a final basis.

    **No hearing will be set before the Court with respect to this supplemental fee statement unless a written objection is timely filed with the Clerk of the Bankruptcy Court. If you have any objection, you have seven days from the date of service of this supplemental fee statement in which to file such written objection. If an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.**

ANY OBJECTION MUST BE TIMELY FILED WITH:

United State Bankruptcy Court
One Division North
Grand Rapids, Michigan 49503

A COPY OF ANY OBJECTION MUST ALSO BE SENT TO:

Pachulski Stang Ziehl & Jones LLP
Attn: John W. Lucas
150 California Street, 15th Floor
San Francisco, CA 94111
jlucas@pszjlaw.com

Respectfully submitted by,

**WARNER NORCROSS + JUDD LLP**

/s/ *Elisabeth M. Von Eitzen*

Rozanne M. Giunta (P29969)
Stephen B. Grow (P39622)
Elisabeth M. Von Eitzen (P70183)
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000

--and--

**PACHULSKI STANG ZIEHL & JONES LLP**

John W. Lucas (admitted *pro hac vice*)
Jason Rosell (admitted *pro hac vice*)
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 263-7000

*Counsel to the Debtors and Debtors in Possession*

# Pachulski Stang Ziehl & Jones LLP

150 California St.
Floor 15th
San Francisco, CA 94111

Jeffrey Sorum
Barfly Ventures
35 Oakes St. SW #400
Grand Rapids, MI  49503

April 06, 2021
Invoice      127492
Client        07979
Matter       00002
             **JWL**

RE:  Chapter 11

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   04/06/2021**

| | |
|---|---:|
| EXPENSES | $204.00 |
| **TOTAL CURRENT CHARGES** | **$204.00** |
| **BALANCE FORWARD** | **$86,464.64** |
| **TOTAL BALANCE DUE** | **$86,668.64** |

Pachulski Stang Ziehl & Jones LLP                                         Page:     2
Barfly Ventures LLC                                                       Invoice 127492
07979    - 00002                                                          April 06, 2021

Pachulski Stang Ziehl & Jones LLP                                                Page:     3
Barfly Ventures LLC                                                              Invoice 127492
07979    - 00002                                                                 April 06, 2021

Pachulski Stang Ziehl & Jones LLP     Page: 4
Barfly Ventures LLC     Invoice 127492
07979    - 00002     April 06, 2021

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page:     5 |
| Barfly Ventures LLC | Invoice 127492 |
| 07979    - 00002 | April 06, 2021 |

### Expenses

| | | | | |
|---|---|---|---|---|
| 04/06/2021 | PAC | Pacer - Court Research | | 204.00 |
| **Total Expenses for this Matter** | | | | **$204.00** |

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page:    6 |
| Barfly Ventures LLC | | Invoice 127492 |
| 07979   - 00002 | | April 06, 2021 |

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**     04/06/2021

**Total Expenses**                                                                                                                                            204.00

**Total Due on Current Invoice**                                                                                                                     $204.00

**Outstanding Balance from prior invoices as of     04/06/2021         (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125564 | 07/31/2020 | $81,370.00 | $652.09 | $7,535.21 |
| 125858 | 08/31/2020 | $32,489.50 | $355.84 | $32,845.34 |
| 125943 | 09/30/2020 | $56,695.50 | $0.00 | $11,339.10 |
| 126460 | 10/31/2020 | $81,152.50 | $390.39 | $16,230.50 |
| 126789 | 12/31/2020 | $11,505.00 | $21.52 | $11,526.52 |
| 127258 | 03/01/2021 | $6,975.00 | $12.97 | $6,987.97 |

**Total Amount Due on Current and Prior Invoices:**                                                               **$86,668.64**