**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-01947-jwb |
| BARFLY VENTURES, LLC, *et al,*[1] | Hon. James W. Boyd |
| Debtors. | *Jointly Administered*[1] |
| _____/ | |

**PROOF OF SERVICE**

The undersigned certifies that on April 8, 2021, a copy of the Supplemental Fee Statement of Pachulski Stang Ziehl & Jones LLP pursuant to Final Application for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession, was served electronically by CM/ECF and by U.S. Mail, postage prepaid, to the following:

| | |
|---|---|
| BarFly Ventures, LLC<br>Attn. Mark Sellers III<br>35 Oakes Street NW, Suite 400<br>Grand Rapids, Michigan 49503<br>mark@barflyventures.com | Pachulski Stang Ziehl & Jones LLP<br>Attn. John Lucas<br>150 California Street, 15th Floor<br>San Francisco, CA  94111-4500<br>jlucas@pszjlaw.com |
| Warner Norcross + Judd LLP<br>Attn. Elisabeth M. Von Eitzen<br>150 Ottawa Avenue, NW, Suite 1500<br>Grand Rapids, Michigan 49503<br>evoneitzen@wnj.com | The United States Trustee<br>Attn. Michael Maggio<br>125 Ottawa Street, Suite 200R<br>Grand Rapids, Michigan 49503<br>michael.v.maggio@usdoj.gov |
| Sugar Felsenthal Grais & Helsinger LLP<br>Attn. Michael Brandess<br>30 N. LaSalle Street, Suite 3000<br>Chicago, Illinois 60602<br>mbrandess@sfgh.com | Jaffe Raitt Heuer & Weiss<br>Attn. Paul Hage<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034<br>phage@jaffelaw.com |

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

| | |
|---|---|
| Rayman and Knight<br>Attn. Steve Rayman<br>141 E. Michigan Avenue, Suite 301<br>Kalamazoo, Michigan 49007<br>slr@raymanknight.com | Paul Hastings LLP<br>Attn. Nathan S. Gimpel<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>nathangimpel@paulhastings.com |

        /s/Elisabeth M. Von Eitzen
        Elisabeth M. Von Eitzen (P70183)
        150 Ottawa Ave. NW, Suite 1500
        Grand Rapids, MI 49503
        (616) 752-2000
        evoneitzen@wnj.com
        *Counsel to the Debtors*

21463108