UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  **BARFLY VENTURES, LLC, et al.,[1]**

Case No. 20-1947-jwb
Reporting Period: January 31, 2021

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | MOR 1 - Disbursements | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | MOR 1a | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | | X | |
| Status of Postpetition Taxes | MOR-4 | N/A | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | N/A | | |
| Listing of aged accounts payable | MOR-4 | N/A | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | N/A | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                              Date


_____          _____
Signature of Joint Debtor                         Date

_____          4.12.21
Signature of Authorized Individual*              _____
                                                 Date

Ned Lidvall                                      CEO
_____          _____
Printed Name of Authorized Individual            Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

1- The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC
Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552),
HopCatConcessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad
Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999),
HopCatLouisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St.
Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

In re:  **BARFLY VENTURES, LLC, et al.**
       Debtor

Case No. 20-1947-jwb
Reporting Period: January 31, 2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING  OF MONTH** | | | | | | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | See MOR 1 - Disbursements | | | |
| SALE  OF  ASSETS | | | | | | | | |
| OTHER  (ATTACH LIST) | | | | | | | | |
| TRANSFERS  (FROM  DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
|  TOTAL  RECEIPTS | | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER  (ATTACH  LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | |
| | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
|  LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ |
|  PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ |

**In re: BARFLY VENTURES, LLC, et al.**
Debtor

**Case No. 20-1947-jwb**
**Reporting Period: January 31, 2021**

### MOR 1 - Disbursements

| Account | Beginning Balance BS 12/31/2020 | In-transit (deposits/x-fer/disb.) | Deposits | Disbursements | X-Fer Out | X-fer In | X-fer to Buyer | Chargebacks | Service Charges & Other | Ending Bank Balance 1/31/2021 | Ending Balance BS 1/31/2021 | Bank Stmt | Diff. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chemical 5015 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | - |
| Chemical 5608 | $ 14,751 | $ - | $ 23 | $ - | $ - | $ - | $ - | $ - | $ (3) | $ 14,771 | $ 14,771 | $ 14,771 | - |
| Chemical 7488 | $ 1,188,764 | $ - | $ 152 | $ - | $ (100,000) | $ - | $ - | $ - | $ - | $ 1,088,916 | $ 1,088,916 | $ 1,088,916 | - |
| Chemical 5554 | $ 14,136 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (59) | $ 14,077 | $ 14,077 | $ 14,077 | 0.00 |
| Main Merchantile 4777 | $ 178,463 | $ - | $ 18,385 | $ (24,450) | $ (48) | $ 100,274 | $ (147,040) | $ - | $ (857) | $ 124,727 | $ 124,727 | $ 124,727 | (0.00) |
| Mercantile 6311 | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 | $ 0 | | 0.00 |
| Mercantile 6926 | $ (0) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (0) | $ (0) | | (0.00) |
| FSA-Mercantile 0888 | $ - | $ - | $ - | $ - | $ - | $ 17 | $ - | $ - | $ (17) | $ - | $ - | | - |
| GRBC-Mercantile 1069 | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 | $ 0 | | 0.00 |
| AA-Mercantile 3877 | $ 0 | $ - | $ - | $ (19) | $ - | $ 19 | $ - | $ - | $ - | $ 0 | $ 0 | | 0.00 |
| GRbel-Mercantile 0488 | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 | $ 0 | | 0.00 |
| HCBR 3840 | $ 0 | $ - | $ - | $ 23 | $ (23) | $ - | $ - | $ - | $ - | $ 0 | $ 0 | | 0.00 |
| HC Detroit 3859 | $ (0) | $ - | $ (13) | $ 55 | $ (55) | $ 13 | $ - | $ - | $ - | $ (0) | $ (0) | | (0.00) |
| HC EL 8171 | $ (0) | $ - | $ - | $ 56 | $ (56) | $ - | $ - | $ - | $ - | $ (0) | $ (0) | | (0.00) |
| HCGR 4123 | $ 0 | $ - | $ - | $ 62 | $ (62) | $ - | $ - | $ - | $ - | $ 0 | $ 0 | | 0.00 |
| HCHOL 0451 | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 | $ 0 | | 0.00 |
| HCKC 9044 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | - |
| HCKZ 9227 | $ 0 | $ - | $ - | $ 39 | $ (39) | $ - | $ - | $ - | $ - | $ 0 | $ 0 | | 0.00 |
| HCLN 0830 | $ 0 | $ - | $ - | $ 39 | $ (39) | $ - | $ - | $ - | $ - | $ 0 | $ 0 | | 0.00 |
| HCLV 8353 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | - |
| HCLX 5216 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | - |
| HCMD 8215 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | - |
| HCMN 8664 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | - |
| HCRO 9062 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | - |
| Stellas 4115 | $ (0) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (0) | $ (0) | | (0.00) |
| Waldron4460 | $ (0) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (0) | $ (0) | | (0.00) |
| HCCHIC6863 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | - |
| HCLIN8959 | $ (0) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (0) | $ (0) | | (0.00) |
| BFV4153 | $ 2,169 | $ - | $ 9,295 | $ - | $ - | $ - | $ - | $ - | $ (12) | $ 11,452 | $ 11,452 | $ 11,452 | - |
| BFV9371 | $ 29,586 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (221) | $ 29,365 | $ 29,365 | $ 29,365 | - |
| BFV9828 | $ 41,159 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (34) | $ 41,125 | $ 41,125 | $ 41,125 | - |
| Cash on hand & misc. | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | - |
| | | | | | | | | | | | | | - |
| Total | $ 1,469,028 | $ - | $ 27,844 | $ (24,195) | $ (100,323) | $ 100,323 | $ (147,040) | $ - | $ (1,204) | $ 1,324,433 | $ 1,324,433 | $ 1,324,433 | (0) |

-

| UST Fees | |
|---|---|
| Disbursements for period | $ 24,195 |
| $15,000 to $74,999 | $ 650 |

In re:  **BARFLY VENTURES, LLC, et al.**
    Debtor

Case No. 20-1947-jwb
Reporting Period: January 31, 2021

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | # | | # | | # | | # | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | | | See Attachment MOR 1a | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | | | | | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re:  **BARFLY VENTURES, LLC, et al.**                                    **Case No. 20-1947-jwb**
                    **Debtor**                                    **Reporting Period: January 31, 2021**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Filing-To-Date Fees | Filing-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Rock Creek Advisors (Debtor FA) | Nov | $ 45,118 | Debtor | WIRE | | $ 36,094 | | $ 538,017 | $ - |
| Mastodon Ventures (Debtor IB) | | | Debtor | WIRE | | | | $ 60,000 | $ - |
| Warner Norcross + Judd (Debtor - Local) | Nov | $ 6,727 | Debtor | WIRE | | $ 5,382 | $ 3,528 | $ 152,588 | $ 52,807 |
| Sugar Felsnethal Grais & Helsinger LLP (UCC) | Nov & Fee App | $ 62,430 | Debtor | WIRE | | $ 60,270 | | $ 266,790 | $ 35 |
| Jaffee Raitt Heuer & Weiss (UCC) | Nov & Fee App | $ 34,327 | Debtor | WIRE | | $ 31,006 | $ 5 | $ 131,477 | $ 168 |
| Amherst Partners (UCC FA) | Fee App | $ 10,756 | Debtor | WIRE | | $ 10,756 | | $ 53,780 | $ - |
| Pachulski Stang Ziehl & Jones LLP (Debtor Counsel) | | | Debtor | WIRE | | | | $ 142,102 | $ 746 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re:  BARFLY VENTURES, LLC, et al.                    Case No. 20-1947-jwb
       Debtor                                    Reporting Period: January 31, 2021

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Current Reporting Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | | 8,445,922 |
| Less:  Returns and Allowances | | 266,160 |
| Net Revenue | | 8,179,762 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | 2,075,402 |
| | | 6,104,360 |
| **OPERATING EXPENSES** | | |
| Cure Costs | | 508,081 |
| Employee Benefits Programs | 22,285 | 360,685 |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | 14,400 |
| Rent and Lease Expense | | 2,075,725 |
| Salaries/Commissions/Fees | | 3,420,137 |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | 1,531 | 6,649 |
| Mise | 985 | 2,695,252 |
| Total Operating Expenses Before Depreciation | 24,800 | 9,080,930 |
| Depreciation/Depletion/Amortization | | 2,249,155 |
| Net Profit (Loss) Before Other Income & Expenses | (24,800) | (5,225,725) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | (73,363) |
| Interest Expense | | 1,458,001 |
| Other Expense (See attached schedule) "Other G&A" | | 417,527 |
| Net Profit (Loss) Before Reorganization Items | (24,800) | (7,027,890) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 147,040 | 973,460 |
| Impairment | | 186,130 |
| U. S. Trustee Quarterly Fees | | 59,430 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | 731,161 |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | ($171,840) | (8,978,071) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re:  BARFLY VENTURES, LLC, et al.

Case No. 20-1947-jwb

Debtor

Reporting Period: January 31, 2021

## BALANCE SHEET [2]

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | $6,661,689 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | $36,786 |
| Notes Receivable | | |
| Inventories | | $628,379 |
| Prepaid Expenses | | $385,740 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | | $7,712,594 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | $21,414,637 |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | | $21,414,637 |
| **OTHER ASSETS** | | |
| Loans to Insiders* [1] | | $0 |
| Other Assets (attach schedule) | | 857,662 |
| *TOTAL OTHER ASSETS* | | $857,662 |
| **TOTAL ASSETS** | | $29,984,893 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Accrued Liabilities (see schedule) | | |
| Deferred Lease Credits | | |
| Secured Debt / Leases Obligations (Post Petition Interest) | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | | |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | |
| Secured Debt | | $29,729,084 |
| Priority Debt | | |
| Unsecured Debt | | |
| Accounts Payable | | 5,154,857 |
| PPP Loan | | 6,482,827 |
| Acrued Liabilites (see schedule) | | 1,412,643 |
| Other Liabilities (see schedule) | | 185,318 |
| Deferred Lease Credits | | 10,065,439 |
| *TOTAL PRE-PETITION LIABILITIES* | | $53,030,168 |
| *TOTAL LIABILITIES* | | $53,030,168 |
| ***OWNER EQUITY*** | | |
| Member Activity | | $16,495,173 |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings | | (31,611,871) |
| Adjustments to Owner Equity (attach schedule) | | |
| Net Income | | (7,928,577) |
| *NET OWNER EQUITY* | | (23,045,275) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $29,984,893 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

[1] At December 31, 2018, the Company had unsecured, noninterest bearing advances due from a member in the amount of $1,554,059

[2] As of the sale transaction date the Debtor's only asset was cash as reported on MOR 1 Disbursements.

In re:  BARFLY VENTURES, LLC, et al.                                    Case No. 20-1947-jwb
            Debtor                                    Reporting Period: January 31, 2021

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | N/A | | | |
| Other: | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | $0 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | $0 | $0 | $0 | $0 | $0 | $0 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re:  **BARFLY VENTURES, LLC, et al.**                                    Case No. 20-1947-jwb
                            **Debtor**                                              Reporting Period: January 31, 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Debtor Questionnaire explanation.

5610 Byron Center Ave. SW
Wyoming, MI 49519

**Mercantile**
Bank of Michigan

Return Service Requested

07001

| | |
|---|---|
| Page: | **1 of 2** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX4777** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

BARFLY VENTURES, LLC
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<T> 30-0
0
0

| COMMERCIAL ANALYSIS CHECKING ACCOUNT | | | | Account: XXXXXX4777 | |
|---|---|---|---|---|---|
| Last Statement | Previous Balance | This Statement | Current Balance | Total Credits | Total Debits |
| 12/31/20 | 178,463.27 | 01/29/21 | 124,727.05 | 143,178.56 (33) | 196,914.78 (23) |

### CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/04 | Transfer From Coml Analysis Ck Account ⬛9227 | 39.42 |
| 01/04 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term | 155.00 |
| 01/04 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 200.00 |
| 01/04 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 250.00 |
| 01/05 | Transfer From Coml Analysis Ck Account ⬛3840 | 23.26 |
| 01/05 | Transfer From Coml Analysis Ck Account ⬛0830 | 38.53 |
| 01/05 | Transfer From Coml Analysis Ck Account ⬛3859 | 55.15 |
| 01/05 | Transfer From Coml Analysis Ck Account ⬛8171 | 55.69 |
| 01/05 | Transfer From Coml Analysis Ck Account ⬛4123 | 62.42 |
| 01/05 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 275.00 |
| 01/06 | Transfer From Coml Analysis Ck Account ⬛3877 | 18.82 |
| 01/06 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 50.00 |
| 01/07 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 47.00 |
| 01/07 | Adp Payroll Fees Ach Return ⬛ | 194.25 |
| 01/07 | Payments Bhn Ft Sre ⬛ For 2021-01-07 A/C Mercanti | 6,175.25 |
| 01/08 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 70.00 |
| 01/08 | Incoming Wire ⬛ Barfly Ventures, Llc ⬛ | 100,000.00 |
| 01/11 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 140.00 |
| 01/11 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 175.00 |
| 01/12 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 35.00 |
| 01/12 | Infinisource0706 Pc Dec20 ⬛ | 2,866.56 |
| 01/14 | Payments Yelp Inc. ⬛ Rmr*Iv*12-Jan-2021 Nowait**8.22*8.22*0\dtm*003*20210 | 8.22 |
| 01/15 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 80.00 |
| 01/19 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 30.00 |
| 01/19 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 220.00 |
| 01/21 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 75.00 |
| 01/22 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 75.00 |
| 01/22 | Mercmobile Deposit | 10,000.00 |
| 01/25 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 65.00 |
| 01/26 | Barfly Ventures 1054 Return Feb Fees | 21,438.99 |
| 01/27 | Mercmobile Deposit | 50.00 |
| 01/27 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 170.00 |
| 01/29 | Comb. Dep. Worldpay Worldpay Comb. Dep. Term ⬛ | 40.00 |

MGMCSTMTN 210201-18525-0001



BARFLY VENTURES, LLC
35 OAKES ST SW STE 400
GRAND RAP DS, MI 49503

Page: **2 of 2**
Statement Date: **01/29/2021**
Primary Account: **XXXXXX4777**

MGMCSTMTN 210201-16525-0002

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 01/05 | 84154 | 152.50 | 01/27 | 84155 | 108.30 | | | |

\* Indicates a Gap in Check Number Sequence

## DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 01/04 | Transfer To Coml Analysis Ck Account ███████3859 | 12.50 |
| 01/04 | Mthchgs Worldpay Merch Bankcard ████ Barfly App | 393.23 |
| 01/05 | Transfer To Coml Analysis Ck Account ███████3877 | 18.82 |
| 01/06 | Adp Payroll Fees Adp - Fees 10fb7 | 194.25 |
| 01/07 | Barfly Ventures 1054 Clm Fund | 25,151.08 |
| 01/07 | Internet Transfer To Internal Bank Ac XXXXXX639 On 1/07/21 At 15:18 | 147,040.39 |
| 01/15 | Transfer To Coml Analysis Ck Account ████████ | 17.00 |
| 01/15 | Commercial Service Charge | 17.60 |
| 01/15 | Commercial Service Charge | 67.30 |
| 01/15 | Commercial Service Charge | 67.45 |
| 01/15 | Commercial Service Charge | 67.60 |
| 01/15 | Commercial Service Charge | 67.60 |
| 01/15 | Commercial Service Charge | 67.75 |
| 01/15 | Commercial Service Charge | 67.90 |
| 01/15 | Commercial Service Charge | 67.90 |
| 01/15 | Commercial Service Charge | 68.05 |
| 01/15 | Commercial Service Charge | 68.20 |
| 01/15 | Commercial Service Charge | 68.24 |
| 01/15 | Commercial Service Charge | 161.43 |
| 01/19 | Twcable National Cable Svcs ██████ | 1,530.70 |
| 01/25 | Barfly Ventures 1054 Feb Fees | 21,438.99 |

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/04 | 178,701.96 | 01/06 | 178,915.26 | 01/08 | 113,210.29 |
| 01/05 | 179,040.69 | 01/07 | 13,140.29 | 01/11 | 113,525.29 |
| 01/12 | 116,426.85 | 01/21 | 114,435.35 | 01/27 | 124,687.05 |
| 01/14 | 116,435.07 | 01/22 | 124,510.35 | 01/29 | 124,727.05 |
| 01/15 | 115,641.05 | 01/25 | 103,136.36 | | |
| 01/19 | 114,360.35 | 01/26 | 124,575.35 | | |

**Mercantile**
Bank of Michigan

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

07001

| | **FINAL STATEMENT** |
|---|---|
| Page: | **1 of 1** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX4123** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

E
<C> <T>
0
0

9 VOLT LLC
DBA HOPCAT
OPERATING
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

## COMMERCIAL ANALYSIS CHECKING ACCOUNT — Account: XXXXXX4123

| Last Statement | Previous Balance | This Statement | Current Balance | Total Credits | Total Debits |
|---|---|---|---|---|---|
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 62.42 (2) | 62.42 (2) |

### CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/05 | Billng Vantiv_intg_pymt Merch Bankcard ▉ Hopcat Grand Rapids - Ecomm | 62.42 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DEBITS

| Date | Description | Amount |
|---|---|---|
| 01/05 | Transfer To Coml Analysis Ck Account ▉4777 | 62.42 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/05 | | 01/08 | | | |

MGMCSTMTN 210201-09627-0001

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

**Mercantile**
Bank of Michigan

07001

| | **FINAL STATEMENT** |
|---|---|
| Page: | **1 of 1** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX4115** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

50 AMP FUSE, LLC
DBA STELLA'S LOUNGE
OPERATING
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<C> <T>
0
0

| COMMERCIAL ANALYSIS CHECKING ACCOUNT | | | | Account: XXXXXX4115 | |
|---|---|---|---|---|---|
| **Last Statement** | **Previous Balance** | **This Statement** | **Current Balance** | **Total Credits** | **Total Debits** |
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 0.00 (1) | 0.00 (1) |

**CREDITS**

| Date | Description | Amount |
|---|---|---|
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

**DEBITS**

| Date | Description | Amount |
|---|---|---|
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

**DAILY BALANCE**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/08 | | | | | |

MGMCSTMTN 210201-09626-0001

**Mercantile**
Bank of Michigan

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

07001

| | FINAL STATEMENT |
|---|---|
| Page: | **1 of 1** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX4460** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

LUCK OF THE IRISH, LLC
DBA MCFADDENS RESTAURANT AND
SALOON
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<C> <T>
0
0

| COMMERCIAL ANALYSIS CHECKING ACCOUNT | | | | | Account: XXXXXX4460 |
|---|---|---|---|---|---|
| Last Statement | Previous Balance | This Statement | Current Balance | Total Credits | Total Debits |
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 0.00 (1) | 0.00 (1) |

**CREDITS**

| Date | Description | Amount |
|---|---|---|
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

**DEBITS**

| Date | Description | Amount |
|---|---|---|
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

**DAILY BALANCE**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/08 | | | | | |

MGMCSTMTN 210201-09809-0001

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

**Mercantile**
Bank of Michigan

07001

**FINAL STATEMENT**

| | |
|---|---|
| Page: | **1 of 1** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX1069** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

GRBC HOLDINGS, LLC
DBA GRAND RAPIDS BREWING CO
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<C> <T>
0
0

| COMMERCIAL ANALYSIS CHECKING ACCOUNT | | | | Account: XXXXXX1069 | |
|---|---|---|---|---|---|
| Last Statement | Previous Balance | This Statement | Current Balance | Total Credits | Total Debits |
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 0.00 (1) | 0.00 (1) |

**CREDITS**

| Date | Description | Amount |
|---|---|---|
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

**DEBITS**

| Date | Description | Amount |
|---|---|---|
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

**DAILY BALANCE**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/08 | | | | | |

MGMCSTMTN 210201-09967-0001

5610 Byron Center Ave. SW
Wyoming, MI 49519

**Mercantile** Bank of Michigan

Return Service Requested

07001

| | **FINAL STATEMENT** |
|---|---|
| Page: | **1 of 1** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX8171** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

EL BREWPUB, LLC
DBA HOPCAT EAST LANSING
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<C> <T>
0
0

| COMMERCIAL ANALYSIS CHECKING ACCOUNT | | | | Account: XXXXXX8171 | |
|---|---|---|---|---|---|
| **Last Statement** | **Previous Balance** | **This Statement** | **Current Balance** | **Total Credits** | **Total Debits** |
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 55.69 (2) | 55.69 (2) |

### CREDITS

| **Date** | **Description** | **Amount** |
|---|---|---|
| 01/05 | Billng Vantiv_intg_pymt Merch Bankcard ▉ Hopcat East Lansing - Ecomm | 55.69 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DEBITS

| **Date** | **Description** | **Amount** |
|---|---|---|
| 01/05 | Transfer To Coml Analysis Ck Account ▉ 4777 | 55.69 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DAILY BALANCE

| **Date** | **Balance** | **Date** | **Balance** | **Date** | **Balance** |
|---|---|---|---|---|---|
| 01/05 | | 01/08 | | | |

MGMCSTMTN 210201-10215-0001

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

**Mercantile**
Bank of Michigan

07001

| **FINAL STATEMENT** | |
|---|---|
| Page: | **1 of 1** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX3840** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

HOPCAT- INDIANAPOLIS, LLC
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<C> <T>
0
0

| COMMERCIAL ANALYSIS CHECKING ACCOUNT | | | | Account: XXXXXX3840 | |
|---|---|---|---|---|---|
| Last Statement | Previous Balance | This Statement | Current Balance | Total Credits | Total Debits |
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 23.26 (2) | 23.26 (2) |

### CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/05 | Billng Vantiv_intg_pymt Merch Bankcard ███ Hopcat Indianapolis - Ecomm - | 23.26 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DEBITS

| Date | Description | Amount |
|---|---|---|
| 01/05 | Transfer To Coml Analysis Ck Account ███ 4777 | 23.26 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/05 | | 01/08 | | | |

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

**Mercantile**
Bank of Michigan

07001

**FINAL STATEMENT**

| | |
|---|---|
| Page: | **1 of 1** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX3859** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

HOPCAT-DETROIT, LLC
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<C> <T>
0
0

| COMMERCIAL ANALYSIS CHECKING ACCOUNT | | | | Account: XXXXXX3859 | |
|---|---|---|---|---|---|
| **Last Statement** | **Previous Balance** | **This Statement** | **Current Balance** | **Total Credits** | **Total Debits** |
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 67.65 (4) | 67.65 (3) |

### CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/04 | Transfer From Coml Analysis Ck Account ▇▇▇▇4777 | 12.50 |
| 01/05 | Intl Bancard Ach Return ▇▇▇▇ | 12.50 |
| 01/05 | Billng Vantiv_intg_pymt Merch Bankcard ▇▇▇▇ Hopcat Detroit - Ecomm | 42.65 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DEBITS

| Date | Description | Amount |
|---|---|---|
| 01/04 | Ach Intl Bancard Gift Card Sales | 12.50 |
| 01/05 | Transfer To Coml Analysis Ck Account ▇▇▇▇4777 | 55.15 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/04 | | 01/05 | | 01/08 | |

MGMCSTMTN 210201-16435-0001



5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

07001

**FINAL STATEMENT**

| | |
|---|---|
| Page: | **1 of 1** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX3877** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

HOPCAT-ANN ARBOR LLC
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<C> <T>
0
0

| COMMERCIAL ANALYSIS CHECKING ACCOUNT | | | | Account: XXXXXX3877 | |
|---|---|---|---|---|---|
| Last Statement | Previous Balance | This Statement | Current Balance | Total Credits | Total Debits |
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 37.64 (3) | 37.64 (3) |

**CREDITS**

| Date | Description | Amount |
|---|---|---|
| 01/05 | Transfer From Coml Analysis Ck Account ████4777 | 18.82 |
| 01/06 | Vantiv_intg_pymt Ach Return ██████ | 18.82 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

**DEBITS**

| Date | Description | Amount |
|---|---|---|
| 01/05 | Billng Vantiv_intg_pymt Merch Bankcard █████ Hopcat Ann Arbor - Ecomm | 18.82 |
| 01/06 | Transfer To Coml Analysis Ck Account ████4777 | 18.82 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

**DAILY BALANCE**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/05 | | 01/06 | | 01/08 | |

MGMCSTMTN 210201-16436-0001

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

**Mercantile**
Bank of Michigan

07001

| FINAL STATEMENT | |
|---|---|
| Page: | **1 of 1** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX8215** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

HOPCAT-MADISON, LLC
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<C> <T>
0
0

| COMMERCIAL ANALYSIS CHECKING ACCOUNT | | | | Account: XXXXXX8215 | |
|---|---|---|---|---|---|
| Last Statement | Previous Balance | This Statement | Current Balance | Total Credits | Total Debits |
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 0.00 (1) | 0.00 (1) |

### CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DEBITS

| Date | Description | Amount |
|---|---|---|
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/08 | | | | | |

MGMCSTMTN 210201-16281-0001

**Mercantile**
Bank of Michigan

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

07001

| **FINAL STATEMENT** | |
| --- | --- |
| Page: | **1 of 1** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX0830** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

HOPCAT-LINCOLN, LLC
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<C> <T>
0
0

---

| **COMMERCIAL ANALYSIS CHECKING ACCOUNT** | | | | **Account: XXXXXX0830** | |
| --- | --- | --- | --- | --- | --- |
| **Last Statement** | **Previous Balance** | **This Statement** | **Current Balance** | **Total Credits** | **Total Debits** |
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 38.53 (2) | 38.53 (2) |

**CREDITS**

| **Date** | **Description** | **Amount** |
| --- | --- | --- |
| 01/05 | Billng Vantiv_intg_pymt Merch Bankcard ███████ Hopcat Lincoln - Ecomm | 38.53 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

**DEBITS**

| **Date** | **Description** | **Amount** |
| --- | --- | --- |
| 01/05 | Transfer To Coml Analysis Ck Account ██████4777 | 38.53 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

**DAILY BALANCE**

| **Date** | **Balance** | **Date** | **Balance** | **Date** | **Balance** |
| --- | --- | --- | --- | --- | --- |
| 01/05 | | 01/08 | | | |

MGMCSTMTN 210201-16620-0001

**Mercantile**
Bank of Michigan

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

07001

| **FINAL STATEMENT** | |
|---|---|
| Page: | **1 of 1** |
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX9227** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

HOPCAT - KALAMAZOO, LLC
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<C> <T>
0
0

| **COMMERCIAL ANALYSIS CHECKING ACCOUNT** | | | | **Account: XXXXXX9227** | |
|---|---|---|---|---|---|
| **Last Statement** | **Previous Balance** | **This Statement** | **Current Balance** | **Total Credits** | **Total Debits** |
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 39.42 (2) | 39.42 (2) |

### CREDITS

| **Date** | **Description** | **Amount** |
|---|---|---|
| 01/04 | Mthchgs Worldpay Merch Bankcard ▮ Hopcat Kalamazoo 2 - Ecom | 39.42 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DEBITS

| **Date** | **Description** | **Amount** |
|---|---|---|
| 01/04 | Transfer To Coml Analysis Ck Account ▮ 4777 | 39.42 |
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DAILY BALANCE

| **Date** | **Balance** | **Date** | **Balance** | **Date** | **Balance** |
|---|---|---|---|---|---|
| 01/04 | | 01/08 | | | |

MGMCSTMTN 210201-17259-0001

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

**Mercantile**
Bank of Michigan

07001

| Page: | **1 of 1** |
|---|---|
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX4153** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

E
BARFLY VENTURES, LLC                          <T> 30-0
BARFLY SITE CHECKING                               0
35 OAKES ST SW STE 400                             0
GRAND RAPIDS, MI 49503

| COMMERCIAL ANALYSIS CHECKING ACCOUNT | | | | Account: XXXXXX4153 | |
|---|---|---|---|---|---|
| **Last Statement** | **Previous Balance** | **This Statement** | **Current Balance** | **Total Credits** | **Total Debits** |
| 12/31/20 | 2,169.15 | 01/29/21 | 11,451.93 | 12,595.00 (5) | 3,312.22 (2) |

### DEPOSITS

| Reference | Date | Amount | Reference | Date | Amount | Reference | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 01/08 | 3,192.00 | | 01/08 | 604.00 | | | |
| | 01/08 | 4,073.00 | | 01/28 | 4,726.00 | | | |

### CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/08 | Request To Close Account - Shawn Blonk | 0.00 |

### DEBITS

| Date | Description | Amount |
|---|---|---|
| 01/15 | Commercial Service Charge | 12.22 |
| 01/28 | Withdrawal | 3,300.00 |

### DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/08 | 10,038.15 | 01/15 | 10,025.93 | 01/28 | 11,451.93 |

MGMCSTMTN 210201-19341-0001

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

**Mercantile**
Bank of Michigan

07001

| Page: | **1 of 1** |
|---|---|
| Statement Date: | **01/29/2021** |
| Primary Account: | **XXXXXX0888** |
| Documents: | **0** |

Period: 12/31/20 to 01/29/21

BARFLY VENTURES, LLC
FSA CHECKING
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<T> 30-0
0
0

| COMMERCIAL ANALYSIS CHECKING ACCOUNT | | | | Account: XXXXXX0888 | |
|---|---|---|---|---|---|
| Last Statement | Previous Balance | This Statement | Current Balance | Total Credits | Total Debits |
| 12/31/20 | 0.00 | 01/29/21 | 0.00 | 17.00 (1) | 17.00 (1) |

**CREDITS**

| Date | Description | Amount |
|---|---|---|
| 01/15 | Transfer From Coml Analysis Ck Account ████4777 | 17.00 |

**DEBITS**

| Date | Description | Amount |
|---|---|---|
| 01/15 | Commercial Service Charge | 17.00 |

**DAILY BALANCE**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/15 | | | | | |

MGMCSTMTN 210201-10328-0001

# Corporate Business Account Statement

|  |  |
|---|---|
| | Account number: ■■■■-9371 |
| **For the period 01/01/2021 to 01/31/2021** | Page 1 of 1 |
| | Number of enclosures: 0 |
| BARFLY VENTURES LLC CASE# 20-02619 | Tax ID Number: 27-1798379 |
| DEBTOR IN POSSESSION | ☎ For Client Services: |
| 35 OAKES ST SW STE 400 | Call 1-800-669-1518 |
| GRAND RAPIDS MI 49503 | 🖥 Visit us at PNC.com/treasury |
| | ✉ Write to: Treas Mgmt Client Care |
| | One Financial Parkway |
| | Locator Z1-Yb42-03-1 |
| | Kalamazoo , MI 49009 |

---

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 29,586.31 | 0.00 | 221.21 | 29,365.10 |

---

### IMPORTANT INFORMATION REGARDING PNC PURCHASE PAYBACK (R)

Updated PNC Purchase Payback Rewards Program (Program) Terms and Conditions (Terms and Conditions) are now available and can be viewed at *pnc.com/purchasepayback-terms*. By activating a Program offer, you agree to these Terms and Conditions. Please note that although we have made updates to the Terms and Conditions, we have not made any changes to the Program or how you can activate offers. **LEARN MORE** about PNC Purchase Payback at *pnc.com/purchasepayback.*

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 0 | 0.00 |
| National Lockbox | 0 | 0.00 |
| ACH Credits | 0 | 0.00 |
| Funds Transfers In | 0 | 0.00 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 |
| Total | 0 | 0.00 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 0 | 0.00 |
| Returned Items | 0 | 0.00 |
| ACH Debits | 0 | 0.00 |
| Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Debits | 1 | 221.21 |
| Total | 1 | 221.21 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 01/01 | 29,586.31 | 01/29 | 29,365.10 |

---

## Checks and Other Debits

### Other Debits                    1 transaction for a total of $ 221.21

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/29 | 221.21 | Corporate Account Analysis Charge | ■■■■■■■ |

# Corporate Business Account Statement

**For the period 01/01/2021 to 01/31/2021**

BARFLY VENTURES LLC CASE# 20-02619
SITE LEVEL CHECKING
DEBTOR IN POSSESSION
35 OAKES ST SW STE 400
GRAND RAPIDS MI 49503-3137

Account number: ███-9828

Page 1 of 1

Number of enclosures: 0
Tax ID Number: 27-1798379

☎ For Client Services:
  Call 1-800-669-1518

🖥 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
  One Financial Parkway
  Locator Z1-Yb42-03-1
  Kalamazoo , MI 49009

---

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 41,158.58 | 0.00 | 33.84 | 41,124.74 |

---

### IMPORTANT INFORMATION REGARDING PNC PURCHASE PAYBACK (R)

Updated PNC Purchase Payback Rewards Program (Program) Terms and Conditions (Terms and Conditions) are now available and can be viewed at *pnc.com/purchasepayback-terms*. By activating a Program offer, you agree to these Terms and Conditions. Please note that although we have made updates to the Terms and Conditions, we have not made any changes to the Program or how you can activate offers. **LEARN MORE** about PNC Purchase Payback at *pnc.com/purchasepayback.*

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 0 | 0.00 |
| National Lockbox | 0 | 0.00 |
| ACH Credits | 0 | 0.00 |
| Funds Transfers In | 0 | 0.00 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 |
| Total | 0 | 0.00 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 0 | 0.00 |
| Returned Items | 0 | 0.00 |
| ACH Debits | 0 | 0.00 |
| Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Debits | 1 | 33.84 |
| Total | 1 | 33.84 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 01/01 | 41,158.58 | 01/29 | 41,124.74 |

---

## Checks and Other Debits

### Other Debits                         1 transaction for a total of $ 33.84

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/29 | 33.84 | Corporate Account Analysis Charge | ███████ |



## S T A T E M E N T

Last statement: December 31, 2020
This statement: January 31, 2021
Total days in statement period: 31

BARFLY VENTURES. LLC
DEBTOR-IN-POSSESSION. CASE#20-01947
35 OAKES ST SW SUITE 400
GRAND RAPIDS MI 49503-3137

Page 1 of 2
XXXXXX7488
( 0)

Direct inquiries to:
1-800-823-2265

TCF National Bank
PO Box 190
Minneapolis, MN 55440-0190

*WE RECENTLY COMPLETED A COMPREHENSIVE REVIEW OF OUR TREASURY MANAGEMENT SERVICES AND OUR BUSINESS DEPOSIT ACCOUNTS. AS A RESULT, CERTAIN FEES CHANGE EFFECTIVE JANUARY 1, 2021. WE TRUST YOU WILL FIND OUR PRICING REMAINS COMPETITIVE AND REFLECTS THE OPTIMAL VALUE FOR YOUR BUSINESS. THANK YOU FOR CHOOSING TCF BANK. IF YOU HAVE ANY QUESTIONS REGARDING THE CHANGES, CONTACT YOUR RELATIONSHIP MGR OR TREASURY MGMT SALES ADVISOR.*

## TCF Business Money Market

| | |
|---|---|
| Account number | XXXXXX7488 |
| Low balance | $1,088,763.90 |
| Average balance | $1,108,118.74 |
| Interest paid year to date | $152.43 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 12-31 | Beginning balance | | | $1,188,763.90 |
| 01-07 | ' Cash Mgmt Trsfr Dr | | -100,000.00 | 1,088,763.90 |
| | Ref 0071525L Funds Transfer To | | | |
| | Dep XXXXXX5554 From | | | |
| 01-31 | ' Interest Payment | 152.43 | | 1,088,916.33 |
| 01-31 | **Ending totals** | **152.43** | **-100,000.00** | **$1,088,916.33** |

### INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.16% |
| Interest-bearing days | 31 |
| Average balance for APY | $1,108,118.74 |
| Interest earned | $152.43 |

BARFLY VENTURES, LLC                                                  Page 2 of 2
January 31, 2021                                                      XXXXXX7488

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with TCF National Bank*



# Activity - Deposit Accounts

| | |
|---|---|
| Report created: | 03/05/2021 11:41:45 AM (ET) |
| Account: | 072410013 • *5554 • Checking • COMMERCIAL CHECKING |
| Date range: | 1/1/2021 to 1/31/2021 |
| Transaction types: | Selected transactions |
| Detail option: | Includes transaction detail |

## 072410013 • *5554 • Checking • COMMERCIAL CHECKING

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 01/19/2021 | | | ACCOUNT ANALYSIS FEE ANALYSIS ACTIVITY FOR 12/20 | $59.34 | | $14,076.67 |
| 01/07/2021 | | | OUTGOING MONEY TRANSFER ▮▮▮▮▮▮▮▮ BARFLY VENTURES, LFUND ACCOUNT | $100,000.00 | | $14,136.01 |
| 01/07/2021 | ▮▮▮▮▮▮▮▮ | | BOOK TRANSFER CREDIT REF ▮▮▮▮ FUNDS TRANSFER FRMDEP XXXXXX7488 FROM | | $100,000.00 | $114,136.01 |
| 01/31/2021 | Totals | | | $100,059.34 | $100,000.00 | |



# Activity - Deposit Accounts

Report created:    03/05/2021 11:42:47 AM (ET)
Account:         072410013 • *5608 • Checking • SMALL BUSINESS CHECKING
Date range:      1/1/2021 to 1/31/2021
Transaction types:   Selected transactions
Detail option:      Includes transaction detail

**072410013 • *5608 • Checking • SMALL BUSINESS CHECKING**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|-----------|-----------|----------------------|-------------|-------|--------|--------------------|
| 01/19/2021 | | | ACCOUNT ANALYSIS FEE<br>ANALYSIS ACTIVITY FOR 12/20 | $3.00 | | $14,771.04 |
| 01/13/2021 | ▆▆▆▆ | | MISCELLANEOUS CREDIT<br>MERCHANT REFUND TERMINAL 469216 AMZN Mktp US Amzn<br>com WAXXXXX XXXXXXX3630 | | $23.31 | $14,774.04 |
| 01/31/2021 | Totals | | | $3.00 | $23.31 | |