UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

## CERTIFICATION OF NO OBJECTION REGARDING FINAL APPLICATION OF SUGAR FELESNTHAL GRAIS & HELSINGER LLP FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

I, Paul R. Hage, counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC (the "Committee"), do hereby certify that:

(i) Sugar Felsenthal Grais & Helsinger ("SFGH") filed the *Final Application of Sugar Felsenthal Grais & Helsinger, LLP for Compensation & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 442] (the "Final Fee Application") with the Court on March 5, 2021;

(ii) the *Notice of Final Application of Sugar Felsensthal Grais & Helsinger, LLP For Compensation & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors* (the "Notice") was filed along with the Final Fee Application on March 5, 2021 advising parties that any objections to the

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

5202475.v1

<div style="padding-left: 2em;">

(iii)     Application must be filed within twenty-one days after the date of the Notice and that, in the absence of an objection, the Court may enter an order granting the relief requested in the Final Fee Application;

(iii)     consistent with the procedure set forth in the Final Fee Application, SFGH filed the *Supplemental Fee Statement of Sugar Felsenthal Grais & Helsinger LLP Pursuant to Final Application for Compensation & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 448] (the "<u>Supplemental Fee Statement</u>") with the Court on April 7, 2021;

(iv)     the Supplemental Fee Statement advised parties that any objections to the Supplemental Fee Statement must be filed within seven days after service of the Supplemental Fee Statement and that, in the absence of an objection, the Court may enter an order granting the relief requested in the Supplemental Fee Statement;

(v)     as evidenced by the certificates of service [Doc. Nos. 445 and 450] filed with the Court, the Final Fee Application and the Supplemental Fee Statement were served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Doc. No. 113] entered in these bankruptcy cases;

(vi)     no objections to the Final Fee Application or the Supplemental Fee Statement were made or filed; and

(vii)     the deadlines for filing an objection to the Final Fee Application and the Supplemental Fee Statement has expired.

</div>

5202475.v1

**WHEREFORE,** SFGH respectfully requests that the Court grant the Final Fee Application and enter an Order in the form attached hereto as **Exhibit 1.**

                                      Respectfully submitted by,

                                      **JAFFE RAITT HEUER & WEISS, P.C**

                                      By:/s/ Paul R. Hage
                                      Paul R. Hage (P70460)
                                      27777 Franklin Road, Suite 2500
                                      Southfield, MI 48034-8214
                                      Phone: (248) 351-3000
                                      phage@jaffelaw.com

                                      *Counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC*

Dated: April 15, 2021

**Exhibit 1**
**(Proposed Order)**

5202475.v1

<div align="center">

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

</div>

In re:

BARFLY VENTURES, LLC, *et al,*[2]

              Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

**ORDER APPROVING FINAL APPLICATION OF SUGAR FELSENTHAL GRAIS & HELSINGER, LLP FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This matter having come before the Court on the *Final Application of Sugar Felsenthal Grais & Helsinger, LLP for Compensation & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors* (the "Final Fee Application")[3] filed by Sugar Felsenthal Grais & Helsinger, LLP ("SFGH"); notice of the Final Fee Application being sufficient and consistent with the Compensation Order; and no objections to the Final Fee Application having been filed:

**IT IS HEREBY ORDERED:**

1.      The Final Fee Application is granted.

---

[2] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

[3] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Fee Application.

5202475.v1

2. The fees and expenses allowed and paid pursuant to the Interim Fee Order are allowed and approved on a final basis.

3. SFGH is granted an allowed administrative expense under section 503(b)(2) for professional fees and expenses incurred during the Application Period in the amount of $35,500.00.

4. The fees and expenses set forth on the Supplemental Fee Statement filed by SFGH, totaling $2,400.00, are allowed and approved on a final basis.

5. The Debtors are authorized and directed to promptly pay to SFGH the outstanding balance of the fees and expenses allowed under this Order, totaling $37,900.00.

6. This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**END OF ORDER**

*Order prepared and submitted by:*

JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (P70460)
27777 Franklin, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
phage@jaffelaw.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et. al.*

5202475.v1