UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.
_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

**CERTIFICATION OF NO OBJECTION REGARDING FINAL APPLICATION OF AMHERST CONSULTING, LLC FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL <u>COMMITTEE OF UNSECURED CREDITORS</u>**

I, Paul R. Hage, counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC (the "<u>Committee</u>"), do hereby certify that:

(i) Amherst Consulting, LLC ("<u>Amherst</u>") filed the *Final Application of Amherst Consulting, LLC for Compensation & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* [Doc. No. 444] (the "<u>Final Fee Application</u>") with the Court on March 5, 2021;

(ii) the *Notice of Final Application of Amherst Consulting, LLC For Compensation & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* (the "<u>Notice</u>") was filed along with the Final Fee Application on March 5, 2021 advising parties that any objections to the Application must be

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

5202590.v1

          filed within twenty-one days after the date of the Notice and that, in the absence of an objection, the Court may enter an order granting the relief requested in the Final Fee Application;

(iii)    no objections to the Final Fee Application were made or filed; and

(iv)    the deadline for filing an objection to the Final Fee Application has expired.

**WHEREFORE,** Amherst respectfully requests that the Court grant the Final Fee Application and enter an Order in the form attached hereto as **Exhibit 1.**

                                              Respectfully submitted by,

                                              **JAFFE RAITT HEUER & WEISS, P.C**

                                              By:/s/ Paul R. Hage
                                              Paul R. Hage (P70460)
                                              27777 Franklin Road, Suite 2500
                                              Southfield, MI 48034-8214
                                              Phone: (248) 351-3000
                                              phage@jaffelaw.com

                                              *Counsel to the Official Committee of Unsecured Creditors of Barfly Ventures, LLC*

Dated: April 15, 2021

**Exhibit 1**
**(Proposed Order)**

5202590.v1

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[2]

        Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

## ORDER APPROVING FINAL APPLICATION OF AMHERST CONSULTING, LLC FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

This matter having come before the Court on the *Final Application of Amherst Consulting, LLC for Compensation & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* (the "Final Fee Application")[3] filed by Amherst Consulting, LLC ("Amherst"); notice of the Final Fee Application being sufficient and consistent with the Compensation Order; and no objections to the Final Fee Application having been filed:

**IT IS HEREBY ORDERED:**

1. The Final Fee Application is granted.

2. The fees and expenses allowed and paid pursuant to the Interim Fee Order are allowed and approved on a final basis.

---

[2] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

[3] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Fee Application.

3. This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**END OF ORDER**

*Order prepared and submitted by:*

JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (P70460)
27777 Franklin, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
phage@jaffelaw.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et. al.*

5202590.v1