UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

BARFLY VENTURES, LLC, et al.,[1]

      Debtors.

_____/

Case No. BG 20-01947
Chapter 11
(Jointly Administered)

### ORDER SCHEDULING STATUS CONFERENCE ON APPLICATIONS FOR COMPENSATION FILED BY COMMITTEE PROFESSIONALS

PRESENT:  HONORABLE JAMES W. BOYD
United States Bankruptcy Judge

On March 5, 2021, Applications for Compensation were filed by Sugar Felsenthal Grais & Helsinger, LLP (Dkt. No. 442), Jaffe Raitt Heuer & Weiss, P.C. (Dkt. No. 443), and Amherst Consulting, LLC (Dkt. No. 444) (collectively, the "Committee Professionals") in the above-captioned cases. Supplemental fee statements were filed by Sugar, Felsenthal Grais & Helsinger, and Jaffe Raitt Heuer & Weiss on April 7, 2021. Appropriate notice was provided, and no objections were filed. On April 15, 2021, the Committee Professionals filed their certifications that no objections to the proposed fees were filed, and uploaded proposed orders approving their fee Applications as final.

In reviewing the Applications, the court cannot determine whether the final fees requested in the Applications and supplements are consistent with the caps set forth in

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat- Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

the Wind-Down budget, and that the approval of final fees will result in payment in full of the professionals' administrative claims.  The court might infer that from language in paragraph 19 of the Jaffe application, for instance, but that paragraph could be interpreted to apply to only the supplemental fee statements.  (*See* Dkt. No. 443, at ¶19.)

Out of an abundance of caution and to avoid any confusion upon conversion to chapter 7, the court would like the professionals to address these questions at a status conference.  Alternatively, the professionals may file a supplemental affidavit which the court will review, <u>and in its discretion</u>, may cancel the status conference.

NOW, THEREFORE, IT IS HEREBY ORDERED that a status conference on the Applications for Compensation filed by the Committee Professionals (Dkt. Nos. 442, 443, & 444) shall be held before this court on **April 29, 2021** at **11:30 a.m.**  The status conference will be conducted by videoconferencing using the Zoom Cloud Meeting program/app.  For information necessary to log in to the Zoom conference, please review the Notice pertaining to Judge Boyd's Grand Rapids, Traverse City, and Lansing Motion Days and Pretrial Conferences on the court's website at https://www.miwb.uscourts.gov/covid-19-notices.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon:  (a) counsel for the Debtors; (b) counsel for the Administrative Agent; (c) counsel for the Committee; (d) the Office of the United States Trustee; and (e) all parties registered to receive electronic notice through the court's CM/ECF system.

**END OF ORDER**

**IT IS SO ORDERED.**

Dated April 23, 2021



James W. Boyd
United States Bankruptcy Judge