**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-01947-jwb |
| BARFLY VENTURES, LLC, *et. al.*,[1] | Hon. James W. Boyd |
| Debtors. | // *Jointly Administered* |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 3, 2020 THROUGH MARCH 1, 2021**

This matter having come upon the *First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtors and Debtors in Possession for the Period from June 3, 202 through March 1, 2021* (the "Final Application")[2] wherein Pachulski Stang Ziehl & Jones LLP ("PSZ&J") sought allowance of an administrative expense for fees and expenses incurred as counsel for the Debtors during the Compensation Period; notice of the Final Application being sufficient and consistent with the Compensation Procedures Order; and no objections to the Final Application having been filed:

**IT IS HEREBY ORDERED:**

1. The Application is granted.

---

[1] The Debtors and the last four digits of their federal employment identification number are: Barfly Ventures, LLC (8379); 9 Volt, LLC (d/b/a HopCat) (1129); 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684); GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130); E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334); HopCat-Ann Arbor, LLC (5229); HopCat-Chicago, LLC (7552); HopCat-Concessions, LLC (2597); HopCat-Detroit, LLC (8519); HopCat-GR Beltline, LLC (9149); HopCat-Holland, LLC (7132); HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970); HopCat-Kalamazoo, LLC (8992); HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242); HopCat-Lexington, LLC (6748); HopCat-Lincoln, LLC (2999); HopCat-Louisville, LLC (0252); HopCat-Madison, LLC (9108); HopCat-Minneapolis, LLC (8622); HopCat-Port St. Lucie, LLC (0616); HopCat-Royal Oak, LLC (1935); HopCat-St. Louis, LLC (6994); Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2. PSZ&J is granted an allowed administrative expense under section 503(b)(2) for professional fees and expenses incurred during the Compensation Period in the amount of $362,169.46.

3. The fees and expenses set forth in the Supplemental Fee Statement filed by PSZ&J are allowed and approved on a final basis.

4. The Debtors are authorized and directed to promptly pay to PSZ&J the outstanding balance of the fees and expenses allowed under this Order.

5. This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

## END OF ORDER

*Order prepared and submitted by:*

WARNER NORCROSS + JUDD LLP
Rozanne M. Giunta (P29969)
Stephen B. Grow (P39622)
Elisabeth M. Von Eitzen (P70183)
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000
--and--
PACHULSKI STANG ZIEHL & JONES LLP
John W. Lucas (admitted *pro hac vice*)
Jason Rosell (admitted *pro hac vice*)
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 263-7000
*Counsel to the Debtors and Debtors in Possession*

**IT IS SO ORDERED.**

**Dated April 29, 2021**




James W. Boyd
United States Bankruptcy Judge