UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al,*[1]

Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered

**ORDER APPROVING FINAL APPLICATION OF SUGAR FELSENTHAL GRAIS & HELSINGER, LLP FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This matter having come before the Court on the *Final Application of Sugar Felsenthal Grais & Helsinger, LLP for Compensation & Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors* (the "Final Fee Application")[2] filed by Sugar Felsenthal Grais & Helsinger, LLP ("SFGH"); notice of the Final Fee Application being sufficient and consistent with the Compensation Order; and no objections to the Final Fee Application having been filed:

**IT IS HEREBY ORDERED:**

1. The Final Fee Application is granted.

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Fee Application.

5210776.v1

2. The fees and expenses allowed and paid pursuant to the Interim Fee Order are allowed and approved on a final basis.

3. SFGH is granted an allowed administrative expense under section 503(b)(2) for professional fees and expenses incurred during the Application Period in the amount of $35,500.00.

4. The fees and expenses set forth on the Supplemental Fee Statement filed by SFGH, totaling $2,400.00, are allowed and approved on a final basis.

5. The Debtors are authorized and directed to promptly pay to SFGH the outstanding balance of the fees and expenses allowed under this Order, totaling $37,900.00.

6. This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

### END OF ORDER

*Order prepared and submitted by:*

JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (P70460)
27777 Franklin, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
phage@jaffelaw.com

*Counsel for the Official Committee of Unsecured Creditors of Barfly Ventures, LLC et. al.*

**IT IS SO ORDERED.**

**Dated April 29, 2021**



James W. Boyd
United States Bankruptcy Judge

5210776.v1