# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[1]

                Debtors.

_____/

                Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*[1]

## PROOF OF SERVICE

The undersigned certifies that on May 4, 2021, a copy of the Order Approving First and Final Application for Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC, as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 3, 2020 through February 28, 2021, was served electronically by CM/ECF and by U.S. Mail, postage prepaid, to the following:

| | |
|---|---|
| BarFly Ventures, LLC<br>Attn. Mark Sellers III<br>280 Ann St NW<br>Grand Rapids, Michigan 49503<br>mark@barflyventures.com | Pachulski Stang Ziehl & Jones LLP<br>Attn. John Lucas<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500<br>jlucas@pszjlaw.com |
| Warner Norcross + Judd LLP<br>Attn. Elisabeth M. Von Eitzen<br>150 Ottawa Avenue, NW, Suite 1500<br>Grand Rapids, Michigan 49503<br>evoneitzen@wnj.com | The United States Trustee<br>Attn. Michael Maggio<br>125 Ottawa Street, Suite 200R<br>Grand Rapids, Michigan 49503<br>michael.v.maggio@usdoj.gov |
| Sugar Felsenthal Grais & Helsinger LLP<br>Attn. Michael Brandess<br>30 N. LaSalle Street, Suite 3000<br>Chicago, Illinois 60602<br>mbrandess@sfgh.com | Jaffe Raitt Heuer & Weiss<br>Attn. Paul Hage<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034<br>phage@jaffelaw.com |

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

| | |
|---|---|
| Rayman and Knight<br>Attn. Steve Rayman<br>141 E. Michigan Avenue, Suite 301<br>Kalamazoo, Michigan 49007<br>slr@raymanknight.com | Paul Hastings LLP<br>Attn. Nathan S. Gimpel<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>nathangimpel@paulhastings.com |

/s/Elisabeth M. Von Eitzen
Elisabeth M. Von Eitzen (P70183)
150 Ottawa Ave. NW, Suite 1500
Grand Rapids, MI 49503
(616) 752-2000
evoneitzen@wnj.com
*Counsel to the Debtors*

21506783