UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: **BARFLY VENTURES, LLC, et al.,**[1]

Case No. 20-1947-jwb
Reporting Period: April 30, 2021

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | MOR 1 - Disbursements | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | MOR 1a | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | | X | |
| Status of Postpetition Taxes | MOR-4 | N/A | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | N/A | | |
|    Listing of aged accounts payable | MOR-4 | N/A | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | N/A | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____        _____
Signature of Debtor                                           Date

_____        _____
Signature of Joint Debtor                                    Date

*/s/ Ned Lidvall*                                                  5.13.21
_____        _____
Signature of Authorized Individual*                 Date

Ned Lidvall                                                         CEO
_____        _____
Printed Name of Authorized Individual            Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

1- The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCatConcessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9349), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCatLouisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

In re: **BARFLY VENTURES, LLC, et al.**  
              Debtor

Case No. 20-1947-jwb  
Reporting Period: April 30, 2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | See MOR 1 - Disbursements | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | |
| **NET CASH FLOW** | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
|   LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
|   PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ |

| In re: BARFLY VENTURES, LLC, et al,1 | | Case No. 20-1947-jwb |
|---|---|---|
| Debtor | | Reporting Period: April 30, 2021 |

**MOR 1 - Disbursements**

| Account | Beginning Balance BS 3/31/2021 | In-transit (deposits/ x-fer/disb.) | Deposits | Disbursements | X-Fer Out | X-fer In | X-fer to Buyer | Chargebacks | Service Charges & Other | Ending Bank Balance 4/30/2021 | Ending Balance BS 4/30/2021 | Bank Stmt | Diff. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chemical 5015 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | - |
| Chemical 5608 | $ 14,765 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (3) | $ - | $ 14,762 | $ 14,762 | $ 14,762 - |
| Chemical 7488 | $ 1,089,016 | $ - | $ - | $ - | $ (655,000) | $ - | $ - | $ - | $ - | $ 42 | $ 434,058 | $ 434,058 | $ 434,058 - |
| Chemical 5554 | $ 13,952 | $ - | $ - | $ (88,965) | $ (105,000) | $ 655,000 | $ - | $ - | $ - | $ (51) | $ 474,936 | $ 474,936 | $ 474,936 - |
| Main Mercantile 4777 | $ 61,603 | $ - | $ - | $ (124,896) | $ - | $ 105,000 | $ - | $ - | $ - | $ (113) | $ 41,595 | $ 41,595 | $ 41,595 - |
| Mercantile 6311 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Mercantile 6926 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| FSA-Mercantile 0888 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| GRBC-Mercantile 1069 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| AA-Mercantile 3877 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| GRbel-Mercantile 0488 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCBR 3840 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HC Detroit 3859 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HC EL 8171 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCGR 4123 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCHOL 0451 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCKC 9044 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCKZ 9227 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCLN 0830 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCLV 8353 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCLX 5216 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCMD 8215 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCMN 8664 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCRO 9062 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Stellas 4115 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Waldron4460 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCCHIC6863 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| HCLIN8959 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| BFV4153 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| BFV9371 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| BFV9828 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Cash on hand & misc. | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Total | $ 1,179,337 | $ - | $ - | $ (213,860) | $ (760,000) | $ 760,000 | $ - | $ (3) | $ (122) | $ 965,351 | $ 965,351 | $ 965,351 | $ - |

| UST Fees | |
|---|---|
| Disbursements for the period | $ 213,860 |
| Rate effective April 2021 | 0.80% |
| | $ 1,710.88 |

In re: **BARFLY VENTURES, LLC, et al.**                        Case No. 20-1947-jwb
       Debtor                                                                       Reporting Period: April 30, 2021

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | See Attachment MOR 1a | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|    balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| OTHER | | | | | | | | |
| | | | | | | | | |

In re:  **BARFLY VENTURES, LLC, et al.**  Case No. 20-1947-jwb
**Debtor**  Reporting Period: April 30, 2021

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Filing-To-Date Fees | Filing-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Rock Creek Advisors (Debtor FA) | | | Debtor | WIRE | | | | $ 538,017 | $ - |
| Mastodon Ventures (Debtor IB) | | | Debtor | WIRE | | | | $ 60,000 | $ - |
| Warner Norcross + Judd (Debtor - Local) | | | Debtor | WIRE | | | | $ 152,588 | $ 52,807 |
| Sugar Felsnethal Grais & Helsinger LLP (UCC) | | | Debtor | WIRE | | | | $ 266,790 | $ 35 |
| Jaffee Raitt Heuer & Weiss (UCC) | | | Debtor | WIRE | | | | $ 131,477 | $ 168 |
| Amherst Partners (UCC FA) | | | Debtor | WIRE | | | | $ 53,780 | $ - |
| Pachulski Stang Ziehl & Jones LLP (Debtor Counsel) | | $ 88,965 | Debtor | WIRE | | $88,965 | | $ 231,067 | $ 746 |

| In re: BARFLY VENTURES, LLC, et al. | Case No. 20-1947-jwb |
|---|---|
| Debtor | Reporting Period: April 30, 2021 |

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Current Reporting Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | | 8,445,922 |
| Less: Returns and Allowances | | 266,160 |
| Net Revenue | | 8,179,762 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | 2,075,402 |
| | | 6,104,360 |
| **OPERATING EXPENSES** | | |
| Cure Costs | | 508,081 |
| Employee Benefits Programs | | 386,404 |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | 14,828 |
| Rent and Lease Expense | | 2,075,725 |
| Salaries/Commissions/Fees | | 3,420,137 |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | 8,180 |
| Misc | 20,147 | 2,698,945 |
| Total Operating Expenses Before Depreciation | 20,147 | 9,107,601 |
| Depreciation/Depletion/Amortization | | 2,249,155 |
| Net Profit (Loss) Before Other Income & Expenses | (20,147) | (5,252,396) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | (73,363) |
| Interest Expense | | 1,458,001 |
| Other Expense (See attached schedule) "Other G&A" | | 417,527 |
| Net Profit (Loss) Before Reorganization Items | (20,147) | (7,054,561) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 88,965 | 1,204,694 |
| Impairment | | 186,130 |
| U. S. Trustee Quarterly Fees | 104,749 | 59,430 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | 731,161 |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | ($213,860) | (9,235,975) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re: BARFLY VENTURES, LLC, et al. | | Case No. 20-1947-jwb |
|---|---|---|
| Debtor | | Reporting Period: April 30, 2021 |

## BALANCE SHEET [2]

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | $6,661,689 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | $36,786 |
| Notes Receivable | | |
| Inventories | | $628,379 |
| Prepaid Expenses | | $385,740 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | | $7,712,594 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | $21,414,637 |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | | $21,414,637 |
| **OTHER ASSETS** | | |
| Loans to Insiders* [1] | | $0 |
| Other Assets (attach schedule) | | 857,662 |
| *TOTAL OTHER ASSETS* | | $857,662 |
| **TOTAL ASSETS** | | $29,984,893 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Accrued Liabilities (see schedule) | | |
| Deferred Lease Credits | | |
| Secured Debt / Leases Obligations (Post Petition Interest) | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | | $29,729,084 |
| Priority Debt | | |
| Unsecured Debt | | |
|   Accounts Payable | | 5,154,857 |
|   PPP Loan | | 6,482,827 |
|   Acrued Liabilites (see schedule) | | 1,412,643 |
|   Other Liabilities (see schedule) | | 185,318 |
|   Deferred Lease Credits | | 10,065,439 |
| *TOTAL PRE-PETITION LIABILITIES* | | $53,030,168 |
| | | |
| *TOTAL LIABILITIES* | | $53,030,168 |
| **OWNER EQUITY** | | |
| Member Activity | | $16,495,173 |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings | | (31,611,871) |
| Adjustments to Owner Equity (attach schedule) | | |
| Net Income | | (7,928,577) |
| *NET OWNER EQUITY* | | (23,045,275) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $29,984,893 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

[1] - At December 31, 2018, the Company had unsecured, noninterest bearing advances due from a member in the amount of $1,554,059.

[2] - As of the sale transaction date the Debtor's only asset was cash as reported on MOR 1 Disbursements.

In re:  BARFLY VENTURES, LLC, et al.                                    Case No. 20-1947-jwb
      Debtor                                                             Reporting Period: April 30, 2021

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | N/A | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | $0 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | $0 | $0 | $0 | $0 | $0 | $0 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re:  BARFLY VENTURES, LLC, et al.                                          Case No. 20-1947-jwb
              Debtor                                                                        Reporting Period: April 30, 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Debtor Questionnaire explanation.

**Mercantile**
Bank of Michigan

5610 Byron Center Ave. SW
Wyoming, MI 49519

Return Service Requested

07001

| | |
|---|---|
| Page: | **1 of 1** |
| Statement Date: | **04/30/2021** |
| Primary Account: | **XXXXXX4777** |
| Documents: | **0** |

Period: 03/31/21 to 04/30/21

BARFLY VENTURES, LLC
35 OAKES ST SW STE 400
GRAND RAPIDS, MI 49503

E
<T> 30-0
0
0

## COMMERCIAL ANALYSIS CHECKING ACCOUNT — Account: XXXXXX4777

| Last Statement | Previous Balance | This Statement | Current Balance | Total Credits | Total Debits |
|---|---|---|---|---|---|
| 03/31/21 | 61,603.34 | 04/30/21 | 41,594.80 | 106,652.61 (2) | 126,661.15 (12) |

### CREDITS

| Date | Description | Amount |
|---|---|---:|
| 04/08 | Infinisource0706 Pc Mar21 | 1,652.61 |
| 04/21 | Incoming Wire    Barfly Ventures, Llc | 105,000.00 |

### CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 04/22 | 84191 | 658.00 | 04/22 | 84195 | 1,414.73 | 04/27 | 84198 | 864.40 |
| 04/23 | 84192 | 9.73 | 04/20 | 84196 | 100.00 | 04/27 | 84199 | 316.25 |
| 04/20 | 84193 * | 470.35 | 04/27 | 84197 | 1,159.67 | 04/29 | 84200 | 104,749.00 |

* Indicates a Gap in Check Number Sequence

### DEBITS

| Date | Description | Amount |
|---|---|---:|
| 04/15 | Commercial Service Charge | 112.77 |
| 04/15 | Internet Transfer To Internal Bank Ac XXXXXX639 On 4/15/21 At 9:32 | 9,050.25 |
| 04/26 | Adp Payroll Fees Adp - Fees | 7,756.00 |

### DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 04/08 | 63,255.95 | 04/21 | 158,522.58 | 04/26 | 148,684.12 |
| 04/15 | 54,092.93 | 04/22 | 156,449.85 | 04/27 | 146,343.80 |
| 04/20 | 53,522.58 | 04/23 | 156,440.12 | 04/29 | 41,594.80 |

MGMCSTMTN 210503-18686-0001



Business eBanking

# Activity - Deposit Accounts

| Report created: | 05/06/2021 01:20:40 PM (ET) |
|---|---|
| Account: | 072410013 • *5554 • Checking • COMMERCIAL CHECKING |
| Date range: | 4/1/2021 to 4/30/2021 |
| Transaction types: | All transactions |
| Detail option: | Includes transaction detail |

**072410013 • *5554 • Checking • COMMERCIAL CHECKING**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/30/2021 | BARFLY VENTURES   FE | | PREAUTHORIZED ACH DEBIT BARFLY VENTURES   FEES 210430 | $88,964.64 | | $474,936.10 |
| 04/29/2021 | | | BOOK TRANSFER CREDIT REF         FUNDS TRANSFER FRMDEP XXXXXX7488   FROM XFER FOR PROFESSIONALS AND PLANTE | | $550,000.00 | $563,900.74 |
| 04/21/2021 | 000000000000000 | | OUTGOING MONEY TRANSFER           BARFLY VENTURES   US TRUSTEE FEES | $105,000.00 | | $13,900.74 |
| 04/21/2021 | | | BOOK TRANSFER CREDIT REF         FUNDS TRAN      RMDEP XXXXXX7488   FROM | | $105,000.00 | $118,900.74 |
| 04/16/2021 | 000000000000000 | | ACCOUNT ANALYSIS FEE ANALYSIS ACTIVITY FOR 03/21 | $51.25 | | $13,900.74 |



**Business eBanking**

# Activity - Deposit Accounts

| | |
|---|---|
| Report created: | 05/06/2021 01:19:58 PM (ET) |
| Account: | 072410013 • *5608 • Checking • SMALL BUSINESS CHECKING |
| Date range: | 4/1/2021 to 4/30/2021 |
| Transaction types: | All transactions |
| Detail option: | Includes transaction detail |

**072410013 • *5608 • Checking • SMALL BUSINESS CHECKING**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/16/2021 | 000000000000000 | | ACCOUNT ANALYSIS FEE ANALYSIS ACTIVITY FOR 03/21 | $3.00 | | $14,762.04 |



# STATEMENT

BARFLY VENTURES, LLC
DEBTOR-IN-POSSESSION, CASE#20-01947
35 OAKES ST SW SUITE 400
GRAND RAPIDS MI 49503-3137

Last statement: March 31, 2021
This statement: April 30, 2021
Total days in statement period: 30

Page 1 of 2
XXXXXX7488
( 0 )

Direct inquiries to:
1-800-823-2265

TCF National Bank
PO Box 190
Minneapolis, MN 55440-0190

THANK YOU FOR BANKING WITH US!

## TCF Business Money Market

| | |
|---|---|
| Account number | XXXXXX7488 |
| Low balance | $434,016.28 |
| Average balance | $1,017,349.61 |
| Interest paid year to date | $294.19 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 03-31 | Beginning balance | | | $1,089,016.28 |
| 04-21 | ' Cash Mgmt Trsfr Dr | | -105,000.00 | 984,016.28 |
| | Ref 1110902L Funds Transfer To | | | |
| | Dep XXXXXX5554 From | | | |
| 04-29 | ' Cash Mgmt Trsfr Dr | | -550,000.00 | 434,016.28 |
| | Ref 1191305L Funds Transfer To | | | |
| | Dep XXXXXX5554 From | | | |
| | Xfer For ProfessioNals And Plante | | | |
| 04-30 | ' Interest Payment | 41.81 | | 434,058.09 |
| 04-30 | **Ending totals** | **41.81** | **-655,000.00** | **$434,058.09** |

### INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.05% |
| Interest-bearing days | 30 |
| Average balance for APY | $1,017,349.61 |
| Interest earned | $41.81 |

BARFLY VENTURES, LLC  
April 30, 2021

Page 2 of 2  
XXXXXX7488

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with TCF National Bank*