UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In re**<br><br>**BARFLY VENTURES, LLC, *et al.*,**[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-01947-jwb<br><br>Jointly Administered |

**ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CHAPTER 7, REJECTING CONTRACTS AND GRANTING RELATED RELIEF**

This matter having come before the Court on the *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for an Order (I) Substantively Consolidating the Debtors' Estates; (II) Authorizing the Wind Down of the Estates; (III) Authorizing the Rejection of Contracts and Leases; and (IV) Authorizing the Debtors to Certify that the Estates May Be Converted to Chapter 7* [Docket Nos. 388 and 391] (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (the "Debtors") and the Official Committee of Unsecured Creditors; the Court having entered the *Order Substantively Consolidating the Debtors' Estates, Authorizing the Conversion of the Debtors' Cases to a Case Under Chapter 7 and Granting Related Relief* (the "Substantive Consolidation Order") granting certain relief requested in the Motion; the Debtors

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat) (1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge) (3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company) (2130), E L Brewpub, LLC (d/b/a HopCat East Lansing) (5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple) (7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat) (6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat- Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon) (4255).

[2] A capitalized term used but not defined herein shall have the meaning ascribed to such term in the Motion.

having filed the Certification contemplated in the Substantive Consolidation Order; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to section 1112(b) of the Bankruptcy Code, the chapter 11 cases of the above-captioned substantively consolidated debtors are hereby converted to chapter 7.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, all of the Debtors' executory contracts and unexpired leases that have not been previously assumed and assigned or rejected by order of the Court are hereby rejected effective as of the date of this Order. Notwithstanding the forgoing, this order shall not impact any executory contract related to any directors' and officers' insurance policies obtained by the Debtors.

3. The Debtors are authorized to take any and all actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

4. The Office of the United States Trustee has designated Thomas Bruinsma to serve as interim trustee.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated May 18, 2021**



James W. Boyd
United States Bankruptcy Judge