**Commercial Kitchen Services**

FILED
2021 JUN -3 AM 9:20
MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MI

May 27, 2021

US BANKRUPTCY COURT
1 DIVISION AVE NORTH
GRAND RAPIDS, MI 49503

RE: BANKRUPTCY NOTICES

To Whom It May Concern:

We recently received a bankruptcy notice from United States Bankruptcy Court Western District of Michigan for BARFLY VENTURES, LLC. There was a notice from the United States Post Office to immediately contact the Bankruptcy Court identified on the notice for an address correction. The address you have on file for our company, Commercial Kitchen Services, is incorrect. Please update your file and remit future correspondence to:

Commercial Kitchen Services
808 Hanley Industrial Ct.
St. Louis, MO 63144

Please contact me if you have any questions.

Thank you,

*Susan Borton*

Susan Borton
Collections Manager
Commercial Kitchen Services
808 Hanley Industrial Ct.
St. Louis, MO 63144
573-291-2770
susan@cks-stl.com

sb