**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

IN THE MATTER OF:

BARFLY VENTURES, LLC                                            Case No.:  BG 20-01947
                                                                Chapter 7
     Debtor.
_____/ /

## AMENDED-NOTICE OF §341 FIRST MEETING OF CREDITORS

Thomas A. Bruinsma, Trustee ("Trustee"), hereby gives notice that the §341 First Meeting of Creditors in this matter, originally scheduled for  July 6, 2021 @  1:00   has been scheduled for Tuesday, July 6, 2021, commencing at   1:00 , and shall be held **telephonically** due to the concerns about COVID-19/coronavirus.

Debtors, creditors and other interested parties should call the following conference line on the designated date and time:

      DIAL:          1-866-747-4099

      CONFERENCE ROOM NO.:  4769073 #

Counsels please be advised that if the Trustee has not been furnished all bank statements through the filing date, all vehicle titles, copies of all recorded mortgages and the previous year's tax returns, more than **3 days** prior to calling your case, your client[s]' case **will be** adjourned, and likely for another 30 days.  If your client[s] are not physically present with you, you will be required to attest that you have personally examined the debtor[s]' identification and they are the party present testifying on the telephone.

Multiple meetings will be scheduled during the same hour.  Upon being connected to the conference call, all parties must **immediately mute their lines until their case is called** by the Trustee.  Parties do not need to announce their names until their case is called.  All meetings will be recorded by the Trustee.  Any other recording is prohibited. Please contact the trustee with questions.

Dated:  June 15, 2021                             By:         /s/
                                                  Thomas A. Bruinsma
                                                  Chapter 7 Trustee
                                                  6812 Old 28th Street, SE, Suite E
                                                  Grand Rapids, MI  49546
                                                  (616) 975-2010