**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al,*[1]

        Debtors.

_____/

Chapter 7
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered and
Substantively Consolidated

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR ORDER**
**AUTHORIZING EMPLOYMENT OF JAFFE RAITT HEUER & WEISS, P.C. AS**
**COUNSEL FOR THE CHAPTER 7 TRUSTEE**

  I, Paul R. Hage, counsel for Thomas M. Bruinsma, Chapter 7 Trustee (the "Trustee"), do hereby certify that:

(i)   Jaffe Raitt Heuer & Weiss, P.C. ("Jaffe") filed the *Application for Order Authorizing Employment of Jaffe Raitt Heuer & Weiss, P.C. as Counsel for the Chapter 7 Trustee* [Doc. No. 491] (the "Retention Application") with the Court on June 3, 2021;

(ii)   the Retention Application was served on the Office of the United States Trustee via electronic mail on June 3, 2021; and

---

[1] The substantively consolidated Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant  Saloon)(4255).

—

(iii)    no objections to the Retention Application were made or filed by the Office of the

United States Trustee or any party within the thirty-day period contemplated in

Local Bankruptcy Rule 2014.

**WHEREFORE,** Jaffe respectfully requests that the Court grant the Retention Application

by entering an Order in the form attached hereto as **Exhibit 1.**

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C**

By:  /s/ Paul R. Hage
Judith Greenstone Miller (P29208)
Jay L. Welford (P34471)
Paul R. Hage (P70460)
27777 Franklin, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

*Counsel to Thomas Bruinsma, Chapter 7 Trustee*

Dated: July 7, 2021

4825-7036-6705.v1

**Exhibit 1**
**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[2]

                Debtors.

_____/

Chapter 7
Case No. 20-01947-jwb
Hon. James W. Boyd
Jointly Administered and
Substantively Consolidated

## ORDER AUTHORIZING EMPLOYMENT OF JAFFE RAITT HEUER & WEISS, P.C. AS COUNSEL FOR THE CHAPTER 7 TRUSTEE

This matter having come before the Court upon the *Application for Order Authorizing Employment of Jaffe Raitt Heuer & Weiss, P.C. as Counsel for Chapter 7 Trustee* (the "Application") filed by Thomas M. Bruinsma, interim Chapter 7 Trustee (the "Trustee") of the substantively consolidated estate of the above-captioned debtors (collectively, the "Debtors") seeking entry of an order authorizing and approving the employment of Jaffe Raitt Heuer & Weiss, P.C. ("Jaffe") as counsel to the Trustee pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); the Court having reviewed the Application; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estate and its creditors; and the Trustee having

---

[2] The substantively consolidated Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefore:

**IT IS HEREBY ORDERED THAT**:

1.　　The Application is granted as set forth herein.

2.　　The Trustee is authorized to employ Jaffe as his counsel in this chapter 7 case, pursuant to section 327(a) and 328(a) of the Bankruptcy Code, for the purposes set forth in the Application and pursuant to the terms set forth in the Application, effective as of May 19, 2021;

3.　　Jaffe shall apply to the Court for allowance of compensation and reimbursement of expenses in accordance with section 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the local bankruptcy rules, and any orders of this Court;

4.　　The terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and

5.　　The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**[END OF ORDER]**

Prepared by:
Jaffe Raitt Heuer & Weiss, P.C.
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
phage@jaffelaw.com

5

4825-7036-6705.v1