IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

BARFLY VENTURES, LLC, *et al*,

    Debtors.
_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

## REQUEST TO REMOVE CREDITORS FROM MATRIX

NOW COME Debtor Barfly Ventures, LLC, *et al*, by and through their counsel, Wardrop & Wardrop, P.C. and request that the following creditors/interested parties be removed from the Court's matrix:

JK East Beltline Real Estate LLC
c/o Denise D. Twinney, Esq.
300 Ottawa Avenue NW
Suite 150
Grand Rapids, MI  49503-2308

Denise D. Twinney
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, NW
Suite 150
Grand Rapids, MI  49503-2308

WARDROP & WARDROP, P.C.

Dated: July 12, 2021

By: _____
Denise D. Twinney (P40735)
300 Ottawa Avenue, NW, Suite 150
Grand Rapids, MI  49503
(616) 459-1225
denise@wardroplaw.com

483201.071221.MatrixAddressRemoval