Form JDG26 (01/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Barfly Ventures, LLC**<br>35 Oakes Street SW #400<br>Grand Rapids, MI 49503<br>Tax ID: 27–1798379<br><br>**Debtor** | **Case Number 20–01947–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# NOTICE TO PARTIES IN INTEREST OF HEARING

   YOU ARE HEREBY NOTIFIED THAT A **HEARING** will be held at the United States Bankruptcy Court **One Division Ave., N., 3rd Floor, Courtroom B, Grand Rapids, MI 49503 on  August 19, 2021 at  09:00 AM** to consider and act upon the following matter:

**Trustee's Motion for an Order Directing Mark A. Sellers, III, and Innovo Development Group, LLC, to Produce Certain Documents and Appear for Examination (DN 498)**

NOTE: The motion was filed on 7/6/21 and Mark Sellers filed a response on 7/19/21 .

The court will be re–opening for in–person hearings as of July 6, 2021. The parties should consult the "Remote Hearing Procedures" notice on the court's website, https://www.miwb.uscourts.gov/covid–19–notices, for information concerning court appearances.



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** July 22, 2021

/S/_____
J. Koerth
Deputy Clerk

A copy of this Notice was returned to Movant for appropriate service ( 7/22/21 – jak )

NOTICE IS HEREBY GIVEN THAT THE COURT MAY, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the continued or adjourned hearing. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the clerk's office of the United States Bankruptcy Court located at One Division Avenue, N.W., 2nd Floor, Grand Rapids MI 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 6:00 p.m. Monday through Friday, CST at (800) 676–6856 or via its web site at http://pacer.psc.uscourts.gov

[1] *Aliases for Debtor Barfly Ventures, LLC : Note See Joint Administration Order (DN 60)*