**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 20-01947-jwb** |
| | § | |
| **BARFLY VENTURES, LLC** | § | |
| | § | |
| | § | |
| | § | |
| **Debtor(s)** | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Marcia R. Meoli, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

One Division Avenue, N., Room 200, Grand Rapids, MI 49503-3132

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:                              By:  /s/ Marcia R. Meoli
                                                Trustee

Marcia R. Meoli
17 W. 10th Street, Suite 120
Holland, MI 49423

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

| In re: | § | Case No. 20-01947-jwb |
|---|---|---|
| | § | |
| **BARFLY VENTURES, LLC** | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $584,310.68
*and approved disbursements of*       $456,065.20
*leaving a balance on hand of[1] :*       $128,245.48

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 62 | Liberty Maynard, LLC | $62,500.00 | $62,500.00 | $0.00 | $0.00 |
| 73 | Mercantile Bank of Michigan | $30,000.00 | $30,000.00 | $0.00 | $0.00 |
| 94 | CIP Administrative, LLC | $29,729,422.08 | $29,729,422.08 | $0.00 | $0.00 |
| 126 | Bank of the West | $4,380.37 | $4,380.37 | $0.00 | $0.00 |

Total to be paid to secured creditors:       $0.00
Remaining balance:       $128,245.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| BRUINSMA ESTATE, Trustee Fees | $21,751.91 | $0.00 | $21,751.91 |
| THOMAS BRUINSMA, TRUSTEE, Trustee | $238.05 | $238.05 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Expenses | | | |
|---|---|---|---|
| TAFT STETTINIUS & HOLLISTER, LLP, Attorney for Trustee Fees | $618,367.00 | $309,183.50 | $67,553.64 |
| TAFT STETTINIUS & HOLLISTER, LLP, Attorney for Trustee Expenses | $41,186.84 | $41,186.84 | $0.00 |
| A.L. MITCHELL & ASSOCIATES, Accountant for Trustee Fees | $632.50 | $632.50 | $0.00 |
| Other: Marcia R. Meoli, Trustee Fees | $10,713.62 | $0.00 | $10,713.62 |
| Other: Marcia R. Meoli, Trustee Expenses | $144.72 | $0.00 | $144.72 |
| Other: LEE T. SILVER, Esq., Arbitrator/Mediator for Trustee Fees | $2,221.86 | $2,221.86 | $0.00 |
| Other: DISTEL, Consultant for Trustee Fees | $38,045.00 | $19,022.50 | $4,156.23 |
| Other: ROCK CREEK ADVISORS, LLC, Consultant for Trustee Fees | $128,508.50 | $64,254.25 | $14,038.94 |
| Other: CONSUMERS ENERGY COMPANY, Other Chapter 11 Administrative Expenses | $9,886.42 | $0.00 | $9,886.42 |
| Other: LEE T. SILVER, Arbitrator/Mediator for Trustee Expenses | $0.00 | $0.00 | $0.00 |
| Other: DISTEL, Consultant for Trustee Expenses | $1,641.67 | $1,641.67 | $0.00 |
| Other: ROCK CREEK ADVISORS, LLC, Consultant for Trustee Expenses | $536.60 | $536.60 | $0.00 |

Total to be paid for the above: $128,245.48
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: 222 Venture, LLP, Admin. Rent | $72,384.00 | $0.00 | $0.00 |
| Other: Project Oscar, LLC, Admin. Rent | $51,733.66 | $0.00 | $0.00 |

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $74,884.20 must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Gregory FX Daly, | $28.87 | $0.00 | $0.00 |
| 52 | Wisconsin Department of Revenue | $60,970.51 | $0.00 | $0.00 |
| 54 | US Signal Company LLC | $207.45 | $0.00 | $0.00 |
| 71 | State of Michigan | $254.51 | $0.00 | $0.00 |
| 106 | Missouri Department of Revenue | $814.36 | $0.00 | $0.00 |
| 107 | Missouri Department of Revenue | $0.00 | $0.00 | $0.00 |
| 110 | St. Louis County | $12,608.50 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,133,140.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Todd Kronebusch | $132,500.00 | $0.00 | $0.00 |
| 2 | Oracle Screening Services Inc | $2,140.00 | $0.00 | $0.00 |
| 3 | Wolfe Service, LLC | $3,642.12 | $0.00 | $0.00 |
| 4 | Accounting Principals dba Ajilon | $1,804.12 | $0.00 | $0.00 |
| 5 | Coverall of West Michigan | $1,995.00 | $0.00 | $0.00 |
| 6 | NORTHERN STATES POWER CO(MN) DBA XCEL ENERGY | $4,538.62 | $0.00 | $0.00 |
| 8 | Veritiv | $132.29 | $0.00 | $0.00 |
| 9 | The Green Company, Inc. | $10,073.05 | $0.00 | $0.00 |
| 10 | ThyssenKrupp Elevator Corp. | $5,686.73 | $0.00 | $0.00 |
| 11 | Wolf Tanglefoot, LLC c/o Rachel L Hillegonds | $24,002.85 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 12 | CONSUMERS ENERGY COMPANY | $3,169.43 | $0.00 | $0.00 |
| 14 | Commonwealth Edison Company | $3,677.61 | $0.00 | $0.00 |
| 16 | iHeart Media, Inc | $12,037.40 | $0.00 | $0.00 |
| 17 | First Savings Bank | $451,899.98 | $0.00 | $0.00 |
| 18 | Bright House Networks | $1,641.48 | $0.00 | $0.00 |
| 19 | Office Depot | $1,057.38 | $0.00 | $0.00 |
| 20 | Hoekstra Electrical Services LLC | $1,410.00 | $0.00 | $0.00 |
| 21 | Uline, Inc. | $962.17 | $0.00 | $0.00 |
| 22 | UniFi Equipment Finance, Inc. | $4,812.88 | $0.00 | $0.00 |
| 23 | GreatAmerica Financial Services Corporation | $65,639.66 | $0.00 | $0.00 |
| 24 | Nebraska Industrial Refrigeration, Inc. | $8,077.30 | $0.00 | $0.00 |
| 25 | Sonitrol Great Lakes - Michigan | $0.00 | $0.00 | $0.00 |
| 26 | Mac Services Inc | $426.32 | $0.00 | $0.00 |
| 27 | Ecolab Pest Elim Div | $38,923.80 | $0.00 | $0.00 |
| 28 | Fourth Enterprises, LLC | $16,057.80 | $0.00 | $0.00 |
| 29 | NuCO2, LLC | $14,553.16 | $0.00 | $0.00 |
| 30 | Gemini Media LLC | $4,350.00 | $0.00 | $0.00 |
| 31 | Allegra Marketing Print Mail | $3,716.71 | $0.00 | $0.00 |
| 32 | CenterPoint Energy | $1,941.37 | $0.00 | $0.00 |
| 33 | TelDesigns Inc | $9,600.00 | $0.00 | $0.00 |
| 34 | BB&T Commercial Equipment Capital Corp. now Truist | $1,497.90 | $0.00 | $0.00 |
| 35 | BB&T Commercial Equipment Capital Corp. now Truist | $2,934.36 | $0.00 | $0.00 |
| 36 | BB&T Commercial Equipment Capital Corp. now Truist | $4,338.36 | $0.00 | $0.00 |
| 37 | 2577 N. Clark Land Trust | $691,621.57 | $0.00 | $0.00 |
| 38 | Michael Moore | $0.00 | $0.00 | $0.00 |
| 39 | Black Truck Media & Marketing | $12,107.05 | $0.00 | $0.00 |
| 40 | CAD Management, LLC, et al. | $115,743.93 | $0.00 | $0.00 |
| 41 | Phillips Distributing Corporation | $791.68 | $0.00 | $0.00 |
| 42 | Mr. Handyman of NE Johnson County | $1,616.91 | $0.00 | $0.00 |
| 43 | Brewer Supply Group | $7,266.39 | $0.00 | $0.00 |
| 44 | WM CORPORATE SERVICES, INC. | $2,826.64 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 45 | Lansing Board of Water and Light | $4,733.81 | $0.00 | $0.00 |
| 46 | Cross Ventures Inc. | $0.00 | $0.00 | $0.00 |
| 47 | Gemini Media LLC | $4,350.00 | $0.00 | $0.00 |
| 48 | 58 Ionia Holdings, LLC | $3,332.00 | $0.00 | $0.00 |
| 49 | HOODZ North America, LLC | $6,502.83 | $0.00 | $0.00 |
| 50 | Fish Window Cleaning | $660.32 | $0.00 | $0.00 |
| 51 | Alliance Real Property Holding Co. LLC | $1,627.73 | $0.00 | $0.00 |
| 52a | Wisconsin Department of Revenue | $10,146.82 | $0.00 | $0.00 |
| 53 | Engineered Protection Systems | $580.20 | $0.00 | $0.00 |
| 54a | US Signal Company LLC | $4,274.89 | $0.00 | $0.00 |
| 55 | Docu-Confidential, LL C | $180.00 | $0.00 | $0.00 |
| 56 | TECH MASTERS | $2,500.66 | $0.00 | $0.00 |
| 57 | Legend Mechanical, Inc. | $13,845.00 | $0.00 | $0.00 |
| 59 | Deaton's Mechanical Co Inc | $2,768.82 | $0.00 | $0.00 |
| 60 | Project 35, LLC | $235,172.57 | $0.00 | $0.00 |
| 61 | Innovo Development Group, LLC | $4,979,998.01 | $0.00 | $0.00 |
| 62a | Liberty Maynard, LLC | $39,473.59 | $0.00 | $0.00 |
| 63 | No Tie Inc. dba Allen's Kentucky Mechanical | $12,804.85 | $0.00 | $0.00 |
| 64 | Boss Business Solutions | $25,714.85 | $0.00 | $0.00 |
| 65 | Great Lakes West, LLC | $20,038.40 | $0.00 | $0.00 |
| 66 | Rentokil North America | $3,741.18 | $0.00 | $0.00 |
| 67 | Hayes Mechanical | $2,979.81 | $0.00 | $0.00 |
| 68 | BOSTON SQUARE LOCK & KEY INC | $1,373.01 | $0.00 | $0.00 |
| 69 | Victorian Square, LLC | $106,129.44 | $0.00 | $0.00 |
| 70 | JK East Beltline Real Estate, LLC | $91,455.12 | $0.00 | $0.00 |
| 72B | Project Oscar, LLC | $34,321.24 | $0.00 | $0.00 |
| 74 | Madison Gas and Electric | $9,561.71 | $0.00 | $0.00 |
| 75a | Produce Alliance, LLC | $772.47 | $0.00 | $0.00 |
| 76 | Swanel, Inc. E.J. Roviaro | $4,514.82 | $0.00 | $0.00 |
| 77 | Brewer Supply Group | $7,266.39 | $0.00 | $0.00 |
| 78 | The Sweet House Foundation | $4,900.00 | $0.00 | $0.00 |
| 82B | 222 Venture, LLP | $396,463.00 | $0.00 | $0.00 |
| 83 | Delta Beer LLC | $250.00 | $0.00 | $0.00 |
| 84 | Star2Star Communications, LLC | $3,456.40 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 85 | UniFirst Corporation - 080 | $1,540.68 | $0.00 | $0.00 |
| 86 | UniFirst Corporation - 214 | $2,245.94 | $0.00 | $0.00 |
| 87 | UniFirst Corporation - 150 | $3,742.37 | $0.00 | $0.00 |
| 88 | UniFirst Corporation - 088 | $2,477.63 | $0.00 | $0.00 |
| 89 | UniFirst Corporation - 096 | $1,573.01 | $0.00 | $0.00 |
| 90 | UniFirst Corporation - 082 | $28,794.44 | $0.00 | $0.00 |
| 91 | UniFirst Corporation - 226 | $1,503.59 | $0.00 | $0.00 |
| 92 | HC Woodward, LLC | $23,515.64 | $0.00 | $0.00 |
| 93 | UniFirst Corporation - 248 | $1,224.96 | $0.00 | $0.00 |
| 95 | NICOLLET RESIDENCES, LLC | $2,224,698.78 | $0.00 | $0.00 |
| 96 | Gordon Food Service, Inc. | $442.98 | $0.00 | $0.00 |
| 97 | The Knot | $3,780.00 | $0.00 | $0.00 |
| 98 | Page Communications | $3,639.00 | $0.00 | $0.00 |
| 99 | Kaats Water Conditioning - Culligan | $85.92 | $0.00 | $0.00 |
| 100 | Mr. Handyman of Central | $148.00 | $0.00 | $0.00 |
| 101 | Steptoe & Johnson PLLC | $3,361.50 | $0.00 | $0.00 |
| 102 | 1064 Bardstown, LLC | $1,320,737.97 | $0.00 | $0.00 |
| 103 | 1064 Bardstown, LLC | $1,320,737.97 | $0.00 | $0.00 |
| 104 | SEMCO Energy | $2,834.77 | $0.00 | $0.00 |
| 105 | City of Madison Water Utility | $2,408.75 | $0.00 | $0.00 |
| 108a | Mark A Sellers III | $1,260,856.03 | $0.00 | $0.00 |
| 109 | City of Ann Arbor | $1,422.06 | $0.00 | $0.00 |
| 111 | St. Louis County | $0.00 | $0.00 | $0.00 |
| 112 | Lexserv City Services | $1,098.87 | $0.00 | $0.00 |
| 113 | NORTHERN STATES POWER CO(MN) DBA XCEL ENERGY | $2,016.84 | $0.00 | $0.00 |
| 114 | Coloma Frozen Foods | $450.75 | $0.00 | $0.00 |
| 115 | Giant Jones Brewing, LLC | $300.00 | $0.00 | $0.00 |
| 116 | Jani - King of Michigan, Inc. | $2,655.06 | $0.00 | $0.00 |
| 117 | Qwest Corporation dba CenturyLink QC | $8.84 | $0.00 | $0.00 |
| 118 | Accurate Electric | $331.00 | $0.00 | $0.00 |
| 119 | City of Kalamazoo Treasurer | $766.40 | $0.00 | $0.00 |
| 120 | Victorian Square, LLC | $158,574.20 | $0.00 | $0.00 |
| 121 | Rivers Edge Landscape Management | $6,019.85 | $0.00 | $0.00 |
| 122 | Tech Masters, Inc. | $2,500.66 | $0.00 | $0.00 |
| 123 | The Green Company, Inc. | $10,073.05 | $0.00 | $0.00 |

| 124 | BOSTON SQUARE LOCK & KEY INC | $1,373.01 | $0.00 | $0.00 |
|---|---|---|---|---|
| 125 | Thinkbox Creative, LLC | $2,125.00 | $0.00 | $0.00 |
| 127 | Bank of the West | $4,107.70 | $0.00 | $0.00 |
| 128 | Vicinity Energy Grand Rapids | $3,932.17 | $0.00 | $0.00 |
| 129 | Brewers Supply Group | $7,266.39 | $0.00 | $0.00 |
| 130 | Louisville Water Company | $7,426.97 | $0.00 | $0.00 |
| 131 | Waste Management | $3,237.83 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:  $0.00
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:  $0.00
Remaining balance:  $0.00

Prepared By:   /s/ Marcia R. Meoli
Trustee

Marcia R. Meoli
17 W. 10th Street, Suite 120
Holland, MI 49423

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**